1 Stephen McArthur (State Bar No. 277712)
stephen@smcarthurlaw.com
2 Thomas Dietrich (State Bar No. 254282)
tom@smcarthurlaw.com
3 THE MCARTHUR LAW FIRM, P.C.
9465 Wilshire Blvd., Ste. 300
4 Beverly Hills, CA 90212
Telephone: (323) 639-4455
5
*Attorneys for Plaintiff Thrive*
6 *Natural Care, Inc.*

7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10

11 THRIVE NATURAL CARE, INC., | Case No. 2:21-cv-02022-DOC-KES

12         Plaintiff, | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**

13     v.

14 LE-VEL BRANDS, LLC, | Hon. David O. Carter
United States District Court Judge
15         Defendant. | **Hearing Date:** April 12, 2021
**Time:** 8:30 a.m.
16 | **Courtroom:** 9D

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 12, 2021, at 8:30 a.m., or as soon thereafter as the matter may be heard, before the Honorable David O. Carter at the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 9D, Santa Ana, CA, 92701-4516, Plaintiff Thrive Natural Care, Inc. ("Thrive") will and hereby does move the Court, pursuant to Rule 65 of the Federal Rules of Civil Procedure and 17 U.S.C. § 502, for an Order enjoining Defendant Le-Vel Brands, LLC and any related persons or entities from further infringing Thrive's federally registered trademarks.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities and exhibits thereto, all records and papers on file in this action, and any argument offered at a hearing on this motion.

Dated: March 5, 2021                    Respectfully submitted

                                          **THE MCARTHUR LAW FIRM, PC**

                                        By */s/ Stephen C. McArthur*

                                        Stephen C. McArthur
                                        Thomas E. Dietrich

                                        *Attorneys for Plaintiff Thrive Natural Care, Inc.*

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION