# DECLARATION OF ALEX MCINTOSH

I, Alex McIntosh, hereby declare as follows:

1. I am the Chief Executive Officer for, and co-founder of, Thrive Natural Care, Inc. ("Thrive"), the plaintiff in the above-entitled action. I am over 18 years of age and make this declaration of facts known to me and, if called upon, I could and would testify competently to the facts stated herein.

2. From my duties for Thrive, I have personal knowledge about the sales of skincare products in the United States by Thrive bearing the word THRIVE.

3. Thrive started its business in 2013. It has always focused on selling skincare products, including lotions, balms, facial cleansers, soap, and shaving and grooming oils.

4. Thrive sells its products through its website, www.thrivecare.co, as well as through online retail partners, including Amazon.com and Walmart.com, and through brick-and-mortar retailers such as Whole Foods.

5. Thrive includes its THRIVE mark and branding on every product it sells, and it has done so since 2013. Each Thrive product bears THRIVE branding, including the word THRIVE in block letters on the package front as well as additional references to THRIVE on the bottle or package. The images below are correct and accurate representative examples of Thrive products.




6. Prices for Thrive's products range between $12.95 for a soap bar to $54.95 for a VIP Kit containing several Thrive skincare products.

7. Thrive ensures it sells the healthiest, most environmentally-sound skincare products on the market. Thrive adheres to a strict skin healthy philosophy and does not use any synthetic ingredients in its products. Further, Thrive does not source any ingredients in its products that are detrimental to the natural environment (e.g. ingredients that are listed by the Convention on International Trade in Endangered Species of Wild Fauna and Flora ("CITES"), an organization which lists ingredients the use of which can cause environmental harm or species depletion or extinction).

8. Thrive is built around a mission of utilizing regenerative agriculture to create both direct and indirect positive impact. Thrive partners with small farmers in Costa Rica to produce unique botanical oil "hero ingredients" for its products, while also restoring degraded landscapes and improving livelihoods of communities there. Since 2014, Thrive has conducted extensive research and development in Costa Rican ecosystems to regeneratively cultivate and source premium botanical ingredients to provide its unique skincare benefits. The company partners with women-led co-ops and smallholder farmers to cultivate native plants that improve soil and biodiversity on degraded lands, boost farmers' incomes and provide a high-quality supply of plant oils. Thrive teams with American and Costa Rican skincare experts, ethnobotanists, entrepreneurs, and rural farmers to create and sell native plant-based skincare products utilizing premium organic resources, without any synthetic colors, fragrances, or ingredients.

9. Ultimately, Thrive's goal is to serve as a commercially viable inspiration for regenerative practices in the agriculture, fisheries, and forestry sectors. This unique regenerative business model has positioned Thrive on the leading edge of healthy, natural, and sustainable.

10. Indeed, we chose to name our business "Thrive" specifically because it refers to our regenerative business methods that help the earth and communities

thrive. The name is not descriptive of any aspect of our products themselves.

11. Thrive's focus on a regenerative business model and organic, natural products is key to Thrive's appeal with customers.

12. Since 2013, Thrive has devoted substantial money, time, and resources to developing the THRIVE brand. Thrive advertises its skincare products extensively on the Amazon and Walmart online marketplaces. The company has promotional partnerships with Amazon and Whole Foods and advertises through marketing agencies, public relations firms, social media such as Instagram and Facebook, the Thrive website blog, and online articles published on sites such as Medium.

13. Thrive's positive business practices and natural products have gained significant attention by its retail partners. For example, Thrive was recently featured in a marketing video produced by Amazon, which was shared with Amazon's 600,000-plus employees and over 100 million customers. Further, in December 2020, Thrive was one of just two small businesses selected by Amazon from among thousands of sellers to receive the first Amazon Launchpad Innovation Grant for most innovative products and business model.

14. Thrive's products, mission, and business model have been featured in publications such as *Esquire*, *Progressive Grocer*, *Travel + Leisure Magazine*, Whole Foods Magazine, and *Natural Solutions Magazine*. I have also spoken on numerous podcasts about Thrive's business, and I delivered the opening keynote speech at The Future of Sustainability 2017 conference, hosted by the New York Society of Cosmetic Chemists.

15. In recognition of Thrive's innovative business model, the company was selected by Conservation International Ventures, the investment arm of one of the world's leading environmental organizations, for a five-year partnership and investment.

16. Attached hereto as Attachment ("Att.") 1 are true and correct copies of Thrive's U.S. trademark registration certificates for Registration Nos. 4,467,942 and

6,164,303 (together, the "THRIVE Marks").

17. A declaration of incontestability for the Registration No. 4,467,942 was accepted and acknowledged by the U.S. Patent & Trademark Office ("USPTO") on or about March 7, 2020.

18. Attached hereto as Attachment ("Att.") 2 is a true and correct copy of Thrive's pending trademark application, Serial No. 90/198,496.

19. Thrive has expended extensive resources enforcing and defending its THRIVE Marks against such infringers, through cease-and-desist letters and litigation. Thrive takes seriously any attempt by another company to use the "thrive" name in relation to skincare products. To date, Thrive has obtained numerous voluntary abandonments of "thrive"-related marks in the field and is currently engaged in one other lawsuit with an entity that has used an infringing "thrive" mark in relation to skincare products. As a result of its enforcement efforts, Thrive has substantially cleared the field in the skincare market of other entities' use of the term "thrive" as a skincare product brand.

20. I have reviewed the website for Defendant Le-Vel Brands, LLC ("LBL"), and particularly the portion of LBL's website displaying the "Thrive Skin" branded products. I noted in my review that LBL's "Thrive Skin" line includes lotions, cleansers, and body scrubs that are identical to the type of products sold by Thrive under its THRIVE Marks. Like Thrive, which markets its products as "powered by regenerative plants" and containing "powerful plants," LBL also markets its skincare products as containing powerful plant derivatives, specifically CBD oil, a derivative of a cannabis plant.

21. Thrive has positioned itself in the market as offering affordable *premium* quality skincare products that are backed up by highest quality natural ingredients. Thrive's products have received a "Premium Whole Body" certification from Whole Foods Market. Whereas LBL's product price points overlap with Thrive's at the higher end, the quality of LBL's ingredients and its packaging sustainability are

substandard and less healthy for consumers and the environment. Due to the similarity in LBL's marks to Thrive's marks, consumers can easily be misled into believing LBL's "Thrive Skin" products are a premium line within the Thrive catalog, also using special plants. But then consumers would be disappointed due to the unhealthy ingredients and less sustainable packaging used by LBL. For this reason, I view LBL as a direct and detrimental competitor to Thrive in the skincare market.

22. In addition, Thrive often refers to itself as a company by the name "Thrive" alone or "Thrive Skincare". Thrive's website contains numerous references to "Thrive Skincare". In a web browser, a tab open to Thrive's website will show the term "Thrive Skincare" as shown in the screenshot below at left. The page index on our website also refers to "THRIVE SKINCARE" as shown in the screenshot below at right.




In another location on our homepage, there is a large reference to "THRIVE SKINCARE" and our regenerative mission, as shown in the screenshot below.



23. Thrive's product packaging and marketing materials often use the term

- 5 -
DECLARATION OF ALEX MCINTOSH

"Thrive Skincare" to refer to Thrive and its products. The words "thrive" and "skin" appear next to each other in many of our webpages, advertising, and packages.

24. Similarly, Thrive's brand page on Amazon is seen by hundreds of thousands of shoppers monthly, and it consistently uses the name "Thrive" in conjunction with the words "skin" and "skincare".

25. Thrive has used the term "Thrive Tribe" as part of its brand messaging since at least December 2013. Throughout its history, Thrive has consistently referred to its followers and customers as the "Thrive Tribe," including sending new customers an email welcoming them to the "Thrive Tribe" upon purchasing Thrive products or signing up to receive Thrive messages. Thrive has also used the term "Thrive Tribe" throughout its website, including prominently on its homepage, and in marketing campaigns. For example, in 2018 Thrive ran an Instagram-based photograph contest and directed followers to use the hash tag #THRIVETRIBE on their photographs to identify that they were related to Thrive.

26. I have reviewed the ingredient lists for two of LBL's "Thrive Skin" products, "Infinite CBD Correcting Serum" and "Infinite AM/PM CBD Moisturizing Elixir," which are available as PDF files from LBL's website at https://le-vel.com/Products/THRIVE/Skin. I found that LBL uses several ingredients in these products that Thrive would never use due to either (a) health and safety reasons, or (b) they have been found to contribute to the degradation of the environment. For example, both of LBL's products contain Dimethicone, a type of silicone that is considered a synthetic ingredient. Thrive does not use any synthetic ingredients in its products. Both of the LBL products also contain Calanthe Discolor Extract, an extract from an orchid which is included on the CITES list of ingredients that cause negative environmental impact. As noted, Thrive does not use any extract in its products that has been listed by CITES.

27. Thrive has a reputation for selling the healthiest and most ecologically responsible products on the market. LBL, by contrast, is not selling the same type of

high-quality, organic, environmentally-safe products as Thrive. Further, I am informed and believe that LBL has been the subject of lawsuits, investigations into the content of LBL's claims about its products' benefits and its sellers' income, and many complaints by customers and sellers regarding LBL's multi-level marketing business model, suspicious product claims, and even selling of harmful products. Thus, despite having built a reputation for my company, Thrive, of having the highest-quality natural products and a leading edge socially responsible business model, that reputation stands to be severely damaged and undermined by confusion with LBL's dubious business practices and numerous complaints. This creates confusion in consumers' minds: "Is Thrive good or bad? Responsible or irresponsible?" It also creates the impression that Thrive's products are sold as part of a multi-level marketing scheme and of poor quality (as noted in consumer site reviews of LBL's "Thrive Skin" products). It would thus be particularly detrimental to Thrive's reputation if consumers were confused into believing that LBL's "Thrive Skin" products originated from Thrive.

28. Thrive is a small company. We have just six full-time employees and a few part-time employees who handle all company tasks from overseeing manufacturing to fulfilling orders, and they count on Thrive for their livelihood. I request that, if Thrive is required to post any bond for a preliminary injunction, the Court set a low bond so that Thrive does not have to devote a significant portion of its resources to stopping LBL's infringement of our THRIVE Marks.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March __2__, 2021.

_____
Alex McIntosh

# McIntosh Declaration

# **<u>Attachment 1</u>**

# United States of America
## United States Patent and Trademark Office

# THRIVE

| | |
|---|---|
| **Reg. No. 4,467,942** | THRIVE NATURAL CARE, INC. (DELAWARE CORPORATION) |
| **Registered Jan. 14, 2014** | 42 DARRELL PLACE <br> SAN FRANCISCO, CA 94133 |
| **Int. Cl.: 3** | FOR: NON-MEDICATED SKIN CARE PREPARATIONS, NAMELY, FACIAL LOTIONS, CLEANSERS AND CREAMS, CREAMS AND OILS FOR COSMETIC USE, SKIN MOISTURIZERS; PRE-SHAVING PREPARATIONS; AFTER SHAVE LOTIONS AND CREAMS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52). |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 9-5-2013; IN COMMERCE 9-5-2013. |

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-980,517, FILED 9-11-2012.

GISELLE AGOSTO, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

| | |
|---|---|
| From: | TMOfficialNotices@USPTO.GOV |
| Sent: | Saturday, March 7, 2020 11:00 PM |
| To: | trademarks@cobaltlaw.com |
| Subject: | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 4467942: THRIVE: Docket/Reference No. THRIVE 03 |

**U.S. Serial Number:** 85980517
**U.S. Registration Number:** 4467942
**U.S. Registration Date:** Jan 14, 2014
**Mark:** THRIVE
**Owner:** THRIVE NATURAL CARE, INC.

Mar 7, 2020

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065.  **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
003


TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date.  See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=85980517&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=85980517&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

- *   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

# United States of America
## United States Patent and Trademark Office

# THRIVE

**Reg. No. 6,164,303**  
**Registered Sep. 29, 2020**  
**Int. Cl.: 3**  
**Trademark**  
**Principal Register**

Thrive Natural Care, Inc. (DELAWARE CORPORATION)
42 Darrell Place
San Francisco, CALIFORNIA 94133

CLASS 3: Body and non-medicated soaps and skin cleansing gels; non-medicated skin care preparations, namely, facial lotions, cleansers and creams, oils for cosmetic use, skin moisturizers; cosmetic sun care preparations and sunscreens; shaving creams and gels; pre-shaving preparations; after shave lotions and creams

FIRST USE 9-5-2013; IN COMMERCE 9-5-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-021,374, FILED 05-02-2016



*Director of the United States Patent and Trademark Office*



# McIntosh Declaration

# Attachment 2

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 90198496**
**Filing Date: 09/22/2020**

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 90198496 |
| **MARK INFORMATION** | |
| *MARK | Thrive |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | Thrive |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Thrive Natural Care, Inc. |
| *MAILING ADDRESS | 42 Darrell Place |
| *CITY | San Francisco |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 94133 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 003 |
| | After-sun care lotion; After-sun cream; After-sun treatment; Lip cream; Lip balm; Face wipes impregnated with a skin cleanser; Beauty Mask for faces; non-medicated skin serums; Fragranced body care preparations, namely, body scrubs, and shower gels; Exfoliant creams; Non-medicated exfoliating preparations for skin and body; Body wash; Non-medicated liquid soap; Hand sanitizer; Skin cleanser; Body wipes impregnated with a skin cleanser; Anti-aging cream; Anti-aging cleanser; Anti-aging toner; Anti-aging moisturizer; Non-medicated anti-aging serum; Facial cleaning preparation, |

| | |
|---|---|
| *IDENTIFICATION | namely, salicylic acne cleanser not for medical purposes; Hair shampoos and conditioners; Hair styling preparations; Hair gel; Shower gel; Hair cream; Dry shampoos; Hair pomades; Shaving soap; Shaving lotions; Mustache wax; Non-medicated beard care preparations, namely, balm, cream, wax, lotion, oil, cleaner; Deodorant; Antiperspirant; Perfume; Cologne; Fragranced facial moisturizer; Body spray used as a personal deodorant and as fragrance; Fragrances for personal use; Aromatic essential oils; Baby lotion; Baby oil; Baby powder; Baby shampoo; Baby hair conditioner; Baby hand soap; Non-medicated soaps for babies; Non-medicated cleansers, namely, skin cleansers for babies; Baby suncream; Non-medicated diaper rash cream; Non-medicated diaper rash ointments and lotions; Baby wipes impregnated with cleaning preparations |
| FILING BASIS | SECTION 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |
| ACTIVE PRIOR REGISTRATION(S) | The applicant claims ownership of active prior U.S. Registration Number(s) 4467942. |
| **ATTORNEY INFORMATION** | |
| NAME | Stephen McArthur |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | The McArthur Law Firm, PC |
| STREET | 9465 Wilshire Blvd., Suite 300 |
| CITY | Beverly Hills |
| STATE | California |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 90212 |
| PHONE | 323-639-4455 |
| EMAIL ADDRESS | stephen@smcarthurlaw.com |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Stephen McArthur |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | stephen@smcarthurlaw.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Standard |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 275 |
| *TOTAL FEES DUE | 275 |
| *TOTAL FEES PAID | 275 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Alex McIntosh/ |

| **SIGNATORY'S NAME** | Alex Mcintosh |
| --- | --- |
| **SIGNATORY'S POSITION** | CEO |
| **SIGNATORY'S PHONE NUMBER** | 203-249-7285 |
| **DATE SIGNED** | 09/21/2020 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 90198496**
**Filing Date: 09/22/2020**

## To the Commissioner for Trademarks:

**MARK:** Thrive (Standard Characters, see [mark](mark))
The literal element of the mark consists of Thrive. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Thrive Natural Care, Inc., a corporation of Delaware, having an address of
    42 Darrell Place
    San Francisco, California 94133
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 003: After-sun care lotion; After-sun cream; After-sun treatment; Lip cream; Lip balm; Face wipes impregnated with a skin cleanser; Beauty Mask for faces; non-medicated skin serums; Fragranced body care preparations, namely, body scrubs, and shower gels; Exfoliant creams; Non-medicated exfoliating preparations for skin and body; Body wash; Non-medicated liquid soap; Hand sanitizer; Skin cleanser; Body wipes impregnated with a skin cleanser; Anti-aging cream; Anti-aging cleanser; Anti-aging toner; Anti-aging moisturizer; Non-medicated anti-aging serum; Facial cleaning preparation, namely, salicylic acne cleanser not for medical purposes; Hair shampoos and conditioners; Hair styling preparations; Hair gel; Shower gel; Hair cream; Dry shampoos; Hair pomades; Shaving soap; Shaving lotions; Mustache wax; Non-medicated beard care preparations, namely, balm, cream, wax, lotion, oil, cleaner; Deodorant; Antiperspirant; Perfume; Cologne; Fragranced facial moisturizer; Body spray used as a personal deodorant and as fragrance; Fragrances for personal use; Aromatic essential oils; Baby lotion; Baby oil; Baby powder; Baby shampoo; Baby hair conditioner; Baby hand soap; Non-medicated soaps for babies; Non-medicated cleansers, namely,skin cleansers for babies; Baby suncream; Non-medicated diaper rash cream; Non-medicated diaper rash ointments and lotions; Baby wipes impregnated with cleaning preparations
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.


**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 4467942.


The owner's/holder's proposed attorney information: Stephen McArthur. Stephen McArthur of The McArthur Law Firm, PC, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    9465 Wilshire Blvd., Suite 300
    Beverly Hills, California 90212
    United States
    323-639-4455(phone)
    stephen@smcarthurlaw.com

Stephen McArthur submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
    Stephen McArthur
    PRIMARY EMAIL FOR CORRESPONDENCE: stephen@smcarthurlaw.com      SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and

the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Alex McIntosh/   Date: 09/21/2020
Signatory's Name: Alex Mcintosh
Signatory's Position: CEO
Payment Sale Number: 90198496
Payment Accounting Date: 09/22/2020

Serial Number: 90198496
Internet Transmission Date: Tue Sep 22 05:55:45 ET 2020
TEAS Stamp: USPTO/BAS-XXXX:XXXX:XXXX:XXXX:XXXX:XXXX:
XXXX:XXXX-20200922055545101501-90198496-
750b66886550cacef8276a9dbdac8946f5a5073c
428c5d7b3284517021a7591-CC-55437475-2020
0921232918654574

# Thrive