**DECLARATION OF STEPHEN MCARTHUR**

I, Stephen McArthur, hereby declare as follows:

1.     I am an attorney at law, duly admitted into practice before the State of California and this Court. I am an attorney with The McArthur Law Firm, P.C., counsel for Plaintiff Thrive Natural Care, Inc. ("Thrive"). I make this Declaration in support of Thrive's Motion for Preliminary Injunction ("Motion") against Defendant Le-Vel Brands, LLC ("LBL"). I am over 18 years of age and make this declaration of facts known to me and, if called upon, I could and would testify competently to the facts stated herein.

2.     Thrive has expended extensive resources enforcing and defending its intellectual property against such infringers, through cease-and-desist letters and litigation. Thrive has sent cease-and-desist letters to every third party it has identified as potentially infringing its THRIVE family of trademarks. Its enforcement efforts have been very successful and are identified, in part, below:

- The trademark registration for "ENTHRIVE", U.S. Reg. No. 4,841,662, for "Beauty and cosmetic moisturizers and creams for skin care and renewal" was surrendered and is now listed as Dead and Cancelled, after demand from Thrive sent January 14, 2021.

- A seller of skincare products, The Good Hippie, Inc., agreed to sell off and discontinue its use of "Thrive" branded skincare products after we sent a demand letter in October 2020. All of its "Thrive" skincare products have been removed from its website, distribution, and/or sale.

- The trademark registration for "DON'T JUST SURVIVE… THRIVE", U.S. Reg. No. 4,858,655, for skin creams was expressly surrendered on February 24, 2021, after a demand letter from Thrive sent in January 2021.

- The trademark application for "THRIVA", U.S. Serial No. 88049841, for skincare products was expressly permanently abandoned on February 19, 2021, after a December 2020 demand from Thrive.

- 1 -

- The trademark application for "Thriving Spirit", U.S. Serial No. 88908740, was amended on January 20, 2021, to remove all skincare and skincare-related products after a January 2021 demand letter from Thrive.

- The trademark registration for "NOURISH YOUR SKIN, AND THE REST WILL THRIVE", U.S. Reg. No. 6,037,264, was expressly surrendered by the owner on January 21, 2021, after a January 2021 demand letter from Thrive.

- The trademark registration for "THRIVING WITH DIABETES", U.S. Reg. No. 5,141,471, was amended on January 19, 2021, to remove all references to skincare products after a November 2020 demand letter from Thrive.

- The trademark application for "THRIVE HEMP", serial number 88477585, was issued an office action by the USPTO for likelihood of confusion with the THRIVE family of registered trademarks. Then, the owner of the THRIVE HEMP application officially abandoned the application on March 3, 2021, after a January 6, 2021 cease and desist letter from Thrive.

- A wellness center in Vancouver, Canada, Thrive Wellness Inc., removed its "Thrive" branded skincare products from sale and from its website after an October 2020 demand letter from Thrive.

- A demand letter was sent to Thrive Market Inc. in October 2020 for its use of "Thrive Market" branded skincare products. Thrive has been discussing a resolution with Thrive Market and expects to successfully resolve this issue in Thrive's favor without litigation. Thrive is prepared to bring litigation to enforce its rights if it needs to.

- Thrive filed a lawsuit and is currently in litigation against Thrive Causemetics, Inc. in the Central District of California concerning the latter's use of "Thrive Causemetics" in relation to skincare and cosmetics products.

Through its enforcement efforts, Thrive has substantially cleared the field in the skincare market of other entities' use of the term "thrive" as a skincare product brand.

        3.      Attached hereto as <u>Attachment 1</u> are true and correct copies of

DECLARATION OF STEPHEN MCARTHUR

1  screenshots from LBL's website dated September 15, 2012, obtained from the Internet

2  Archive's Wayback Machine on March 3, 2021.

3        4.     Attached hereto as <u>Attachment 2</u> are true and correct copies of

4  screenshots from LBL's current website and product description pages.

5        5.     LBL has been identified as a multi-level marketing ("MLM") company.

6  *See, e.g.*, https://mlmcompanies.org/le-vel/ (last visited March 3, 2021);

7  https://www.truthinadvertising.org/what-you-should-know-about-thrive/ (last visited

8  March 3, 2021). LBL sells some of its products through individual resellers that LBL

9  calls "Brand Promoters". *See* https://le-vel.com/Rewards/GettingStarted (last visited

10  March 3, 2021).

11        6.     LBL also sells its products directly through its website, www.le-vel.com.

12  Consumers can order LBL's products directly from the website, without ever

13  interacting with a promoter, and the products are shipped from LBL's warehouse in

14  Utah. I received a shipment of LBL's THRIVE SKIN products at my residence in Los

15  Angeles, California, which were ordered directly through LBL's website and shipped

16  from LBL's business location in West Jordan, Utah, without the purchaser ever once

17  interacting with a promoter of any sort.

18        7.     Attached hereto as <u>Attachment 3</u> is a true and correct copy of a

19  screenshot of the online point of sale page on LBL's website, taken March 3, 2021,

20  from which LBL's THRIVE SKIN products can be ordered directly and without a

21  promoter's involvement.

22        8.     Attached hereto as <u>Attachment 4</u> is a true and correct copy of

23  documentation from the Food and Drug Administration concerning adverse health

24  event reports relating to LBL's Thrive products, obtained from a consumer watchdog

25  group, TruthInAdvertising.org ("TINA.org"), and available at

26  https://www.truthinadvertising.org/wp-content/uploads/2015/08/Thrive-adverse-

27  event-reports1.pdf, last visited March 3, 2021.

28        9.     Attached hereto as <u>Attachment 5</u> is a true and correct copy of the

DECLARATION OF STEPHEN MCARTHUR

1   decision of the Better Business Bureau ("BBB") following an investigation of LBL,

2   obtained from TINA.org and available at https://www.truthinadvertising.org/wp-

3   content/uploads/2020/09/08_21_2020-DSSRC-Le_vel-Thrive-Decision.pdf, last

4   visited March 3, 2021.

5          10.     Attached hereto as Attachment 6 is a true and correct copy of an article

6   titled "What You Should Know about Thrive" by TINA.org, available at

7   https://www.truthinadvertising.org/what-you-should-know-about-thrive/, last visited

8   March 3, 2021.

9          11.     Attached hereto as Attachment 7 is a true and correct copy of an article

10  titled "THRIVE by Le-Vel Review…Is 'Natural' Always Better" by Abby Langer

11  Nutrition, available at https://abbylangernutrition.com/thrive-by-level-review-is-

12  natural-always-better-for-us/, last visited March 3, 2021.

13         12.     Attached hereto as Attachment 8 is a true and correct copy of an article

14  titled "An Unbiased Review of Le-Vel Thrive" by Ancestral Nutrition, available at

15  https://ancestral-nutrition.com/an-unbiased-review-of-level-thrive/, last visited March

16  3, 2021.

17         13.     Attached hereto as Attachment 9 is a true and correct copy of an article

18  titled "Is Le-Vel Thrive a Scam?" by Lazy Man and Money, available at

19  https://www.lazymanandmoney.com/le-vel-thrive-scam/, last visited March 3, 2021.

20         14.     Attached hereto as Attachment 10 is a true and correct copy of an article

21  titled "How Utah Became a Bizarre, Blissful Epicenter for Get-Rich-Quick Schemes"

22  by Talking Points Memo, available at

23  https://talkingpointsmemo.com/theslice/mormon-utah-valley-multilevel-marketing-

24  thrive-doterra, last visited March 3, 2021.

25         15.     Attached hereto as Attachment 11 is a true and correct copy of LBL's

26  press release dated May 1, 2019, describing its release of the THRIVE SKIN line of

27  products the previous day, available at https://www.prnewswire.com/news-

28  releases/introducing-thrive-skin-by-le-vel-300842275.html, last visited March 3,

2021.

16.     Attached hereto as Attachment 12 are true and correct copies of LBL's product description sheets for its THRIVE SKIN product line (the "Infringing Products"), which were downloaded from LBL's website at https://le-vel.com/Products/THRIVE/Skin on March 3, 2021.

17.     Attached hereto as Attachment 13 is a true and correct copy of a screenshot of Instagram posts using the #thriveskin hash tag taken March 3, 2021, showing that nearly every post relates to LBL's Infringing Products.

18.     Attached hereto as Attachment 14 is a true and correct copy of a screenshot of Instagram posts using the #thriveskincare hash tag taken March 3, 2021, showing that nearly every post relates to LBL's Infringing Products.

19.     Attached hereto as Attachment 15 are true and correct copies of screenshots of posts by LBL on its official Instagram page taken March 3, 2021. As shown in one screenshot, LBL uses the hash tag #thriveskin on its main Instagram homepage. In the other posts, LBL uses the hash tags #thriveskin and #thriveskincare to advertise the Infringing Products and tells its followers to use the #thriveskin hash tag on photos showing the Infringing Products.

20.     Attached hereto as Attachment 16 are true and correct copies of screenshots of additional posts by LBL on its official Instagram page taken March 3, 2021. In these posts, LBL refers to its Infringing Products by the name "THRIVE" alone or as "Thrive Skincare" or "THRIVE Skin".

21.     Attached hereto as Attachment 17 are true and correct copies of screenshots from Google searches for the terms "thrive skin" and "thrive skincare" taken on March 3, 2021. Links to LBL's webpage for the Infringing Products is displayed as the top result in both searches with an "Ad" notation, indicating LBL purchased Google adwords for those terms so that its site would appear at the top of those searches, putting it above the natural search placement of Thrive's website, www.thrivecare.co.

- 5 -

DECLARATION OF STEPHEN MCARTHUR

22.     Attached hereto as <u>Attachment 18</u> is a true and correct copy of an email from LBL that was sent upon signing up to purchase products from LBL's website stating, "Welcome to the THRIVE tribe!"

23.     Thrive's THRIVE products and LBL's THRIVE SKIN products can be found for sale together on third-party sales sites such as eBay. Attached hereto as <u>Attachment 19</u> is a true and correct copy of a screenshot from eBay for the search "thrive skin" taken on March 3, 2021.

24.     Attached hereto as <u>Attachment 20</u> is a true and correct copy of a list of trademark applications LBL has filed for its marks in relation to vitamin supplement, shake mix, and skin patch products, which was obtained from the USPTO's TESS trademark search website on March 2, 2021.

25.     Attached hereto as <u>Attachment 21</u> are true and correct copies of the cease-and-desist letter from Thrive to LBL dated October 27, 2020, and of LBL's response letter dated November 24, 2020.

26.     Attached hereto as <u>Attachment 22</u> is a true and correct copy of the email correspondence between counsel for Thrive and LBL.

27.     To date, despite several requests from Thrive's counsel, LBL has not offered any evidence to support its claim that it has any prior right to use THRIVE in relation to skincare products or any other related product. Despite receiving Thrive's cease-and-desist letter and having knowledge of Thrive's registered THRIVE Marks, LBL has continued to sell its infringing THRIVE SKIN products.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 4 , 2021.

*Stephen McArthur*
_____
Stephen McArthur

# McArthur Declaration

## **Attachment 1**







# McArthur Declaration

# **Attachment 2**



THE BRAND    THRIVE    ACHIEVEMENTS    LV REWARDS    LV LIFE    CUSTOMER    PROMOTER    CLOUD OFFICE





**THRIVE experience** the 1-2-3 system

1 — PREMIUM LIFESTYLE CAPSULES
PRODUCT INFO ⊙

2 — ULTRA MICRONIZED SHAKE MIX
PRODUCT INFO ⊙

3 — LIFESTYLE DFT WITH FUSION 2.0 TECHNOLOGY
PRODUCT INFO ⊙

The THRIVE Experience is a premium lifestyle system, to help you experience peak physical and mental levels. 1-2-3 premium products taken every morning, that have changed millions of lives...

WHAT DO I TAKE?



WHAT DOES IT DO?



WHAT ARE PEOPLE SAYING?



LEARN MORE ABOUT THE
THRIVE EXPERIENCE

*Results vary for individuals. There are no guarantees of specific results.*

 Terms    Contact



English Español

©2021 LE-VEL — The trademarks appearing throughout this site belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.



THE BRAND    THRIVE    ACHIEVEMENTS    LV REWARDS    LV LIFE    CUSTOMER    PROMOTER    CLOUD OFFICE    




Weight Management⁺

Supports Healthy Joint Function⁺

Calms General Discomfort⁺

Antioxidant Support⁺

Lean Muscle Support⁺

Digestive & Immune Support⁺

## PREMIUM LIFESTYLE CAPSULE
# THRIVE | W

THRIVE W is a premium formula and a premium approach to your daily lifestyle. The result of scientific research and years spent perfecting the formula, THRIVE W is the only premium lifestyle capsule of its kind. THRIVE W is about reaching for more and achieving more, each and every day.

Part of the innovative, yet simple THRIVE Experience, THRIVE W is Step 1 of the 3 Simple Steps in the THRIVE Experience. THRIVE W is formulated for every woman who's thriving for the ultimate daily lifestyle, our premium grade naturopathic formula of Vitamins, Minerals, Plant Extracts, Anti-oxidants, Enzymes, Pro-Biotics, and Amino Acids is the first and only Ultra Premium Formula ever developed. Live more, be more, experience more, THRIVE for more with THRIVE W.

Learn more about the THRIVE Experience here.


PRODUCT PDF
THRIVE W CAPSULE


SHOP FOR THRIVE

THE FOUNDATION OF THE THRIVE EXPERIENCE

THRIVE PLUS PRODUCTS FOR EVEN GREATER RESULTS

| | |
|---|---|
| THRIVE \| M | |
| THRIVE \| W | |
| THRIVE \| MIX | |
| THRIVE \| DFT | |

 DFT:TAC     SGT REST

BIOTIC    SGT FORM

THIRST    PURE

TREAT MEAL    EXPAND

 DFT:RECHARGE    CAFÉ

 DFT:ULTRA     PRO



BLACK LABEL

WHITE LABEL

DUO:BURN

ACTIVATE

BOOST

BALANCE

SGT MOVE

THRIVEFIT

DRIED BEEF BITES

BLAST

SCULPT

RESTORE

POPCORN CHIPS

+ These statements have not been evaluated by the Food and Drug Administration. This product is not intended to cure or prevent any disease. Keep out of reach of children. Not suitable for individuals under 18 years of age. If you are pregnant or breastfeeding consult a doctor before using this product. If you are taking any medication, or have any type of medical issue, consult with a doctor before using this product.

 Terms   Contact

English Español

©2021 LE-VEL. — The trademarks appearing throughout this site belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.



THE BRAND    THRIVE    ACHIEVEMENTS    LV REWARDS    LV LIFE    CUSTOMER    PROMOTER    CLOUD OFFICE







Ultra Micronized⁺

Nutrient Mineral Dense Formula⁺

Probiotic & Enzyme Blend⁺

Antioxidant & Extract Blend⁺

Lean Muscle Support⁺

Weight Management or Fitness⁺

Gluten Free⁺

## PREMIUM LIFESTYLE SHAKE
# THRIVE | MIX

THRIVE Mix is the finishing touch to the only Ultra Premium Product Line available - THRIVE. This ultra micronized mix was perfectly designed to complement our THRIVE Lifestyle Capsules and DFT. Our blend of Vitamins, Minerals, Plant Extracts, Anti-oxidants, Enzymes, Pro-Biotics, and Amino Acids is the first and only Ultra Premium Mix ever developed.

THRIVE Mix, combined daily with the THRIVE Capsules and DFT, completes a premium lifestyle and creates a premium you. The saying "not all shakes are created equal" is proven true by our ultra micronized Premium Lifestyle Mix, which is in a category all by itself. Live more, be more, experience more, THRIVE for more with THRIVE Mix.

TRY ALL 4 FLAVORS WITH OUR NEW SAMPLE PACK - NOW AVAILABLE!











THE FOUNDATION OF THE THRIVE EXPERIENCE

 THRIVE | M

 THRIVE | W

 THRIVE | MIX

 THRIVE | DFT

THRIVE PLUS PRODUCTS FOR EVEN GREATER RESULTS

 DFT:TAC

 BIOTIC

 THIRST

 TREAT MEAL

 SGT REST

 SGT FORM

 PURE

 EXPAND



DFT:RECHARGE          CAFE

DFT:ULTRA             PRO

BLACK LABEL           THRIVEFIT

WHITE LABEL           DRIED BEEF BITES

DUO:BURN              BLAST

ACTIVATE              SCULPT

BOOST                 RESTORE

BALANCE               POPCORN CHIPS

SGT MOVE

+ These statements have not been evaluated by the Food and Drug Administration. This product is not intended to cure or prevent any disease. Keep of out reach of children. Not suitable for individuals under 18 years of age. If you are pregnant or breastfeeding consult a doctor before using this product. If you are taking any medication, or have any type of medical issue, consult with a doctor before using this product.



Terms   Contact

  

English  Español

©2021 LE-VEL — The trademarks appearing throughout this site belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.



THE BRAND | THRIVE | ACHIEVEMENTS | LV REWARDS | LV LIFE | CUSTOMER | PROMOTER | CLOUD OFFICE







Weight Management

Supports Appetite Management

Derma Fusion Technology

2.0 Delivery Technology

Nutritional Support

## DERMA FUSION TECHNOLOGY
## THRIVE | DFT

THRIVE Premium Lifestyle DFT is a technology driven breakthrough in Health, Wellness, Weight Management, and Nutritional Support. Le-Vel's DFT (Derma Fusion Technology) delivery system is a category creator—the first of its kind—and now, with fusion 2.0 technology, DFT has reached even greater heights. Our DFT delivery system was designed to infuse the derma (skin) with our unique, premium grade THRIVE Lifestyle Formula, different than the Capsule & Shake formula, and to result in a delivery rate benefiting the individual over an extended period of time. Simply put—DFT helps you achieve premium results for a premium lifestyle. With fusion 2.0 designed to provide greater bioavailability, absorption, and nutritional support your results with DFT 2.0 should only get better.

When taken as part of the THRIVE 8-Week Experience—in conjunction with the THRIVE Premium Lifestyle Capsules and the THRIVE Premium Lifestyle Shake Mix—DFT promotes clean and healthy weight management and an overall healthy lifestyle. Individuals following this plan will experience ultra premium results, with benefits such as improved health, wellness, and fitness, as well as, weight management and nutritional support.


PRODUCT PDF
THRIVE | DFT 2.0


SHOP FOR THRIVE

THE FOUNDATION OF THE THRIVE EXPERIENCE

 THRIVE | M

 THRIVE | W

 THRIVE | MIX

 THRIVE | DFT

THRIVE PLUS PRODUCTS FOR EVEN GREATER RESULTS

DFT:TAC

BIOTIC

THIRST

TREAT MEAL

DFT:RECHARGE

 SGT REST

 SGT FORM

 PURE

 EXPAND

CAFÉ



DFT:ULTRA

PRO

BLACK LABEL

THRIVEFIT

WHITE LABEL

DRIED BEEF BITES

DUO:BURN

BLAST

ACTIVATE

SCULPT

BOOST

RESTORE

BALANCE

POPCORN CHIPS

SGT MOVE



Terms   Contact

  

English Español

©2021 LE-VEL — The trademarks appearing throughout this site belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.



PRODUCT INFORMATION



## ultra premium
### at its finest

> Weight Management⁺
> Supports Healthy Joint Function⁺
> Calms General Discomfort⁺
> Antioxidant Support⁺
> Lean Muscle Support⁺
> Digestive & Immune Support⁺

## Supplement Facts:

**Serving Size:** 1 capsule    **Servings Per Container:** 60

| | Amount Per Serving: | % Daily Value** |
|---|---|---|
| **Vitamin A** (as Vitamin A acetate) | 1500 IU | 30% |
| **Vitamin B1** (Thiamine) | 1.4 mg | 100% |
| **Vitamin B2** (Riboflavin) | 1.7 mg | 100% |
| **Vitamin B3** (Niacinamide) | 12 mg | 60% |
| **Vitamin B5** (Pantothenic acid) | 10 mg | 100% |
| **Vitamin B6** (Pyridoxine) | 2 mg | 100% |
| **Folic acid** | 800 mcg | 200% |
| **Vitamin B12** | 100 mcg | 1667% |
| **Vitamin D3** | 200 IU | 50% |
| **Chromium** (as Chromium AAC) | 200 mcg | 167% |
| **Selenium** (as Selenium AAC) | 90 mcg | 125% |
| **Vanadium** (as Vanadium AAC) | 25 mcg | * |

**Proprietary Blend:**                527 mg
B lactis, L. acidophilus, L. casei, L. helveticus, L. salivarius, L. plantarum, L. rhamnosus, Guarana Caffeine, Green tea Caffeine, Glucosamine, White Willow Ext, Glutamine, Green Coffee Bean, PEA, Kelp, Irvingia Extract, BCAA Blend, Theobromine, Ginger Ext, Citrus Aurantium Ext, Aspartic Acid, L-Serine, Grape Seed Ext, CoQ 10, White Tea Ext

\* Daily Values not established   ** Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

**Other ingredients:** Stearic Acid, Silica, gelatin

Contains: Shellfish

## Formulated for Women

**THRIVE | W** is a premium formula and a premium approach to your daily lifestyle. The result of scientific research and years spent perfecting the formula, **THRIVE | W** is the only premium lifestyle capsule of its kind. **THRIVE | W** is about reaching for more and achieving more, each and every day. Formulated for every woman who's thriving for the ultimate daily lifestyle, our premium grade naturopathic formula of Vitamins, Minerals, Plant Extracts, Anti-oxidants, Enzymes, Pro-Biotics, and Amino Acids is the first and only Ultra Premium Formula ever developed. Live more, be more, experience more, **THRIVE** for more with **THRIVE | W**.

⁺These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

The trademarks appearing here belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.



PRODUCT INFORMATION





ULTRA MICRONIZED NUTRITION

# THRIVE

## VANILLA LIFESTYLE MIX

DIETARY SUPPLEMENT | 35 GRAMS (1.2 OZ)

## ultra premium at its finest

> Ultra Micronized[+]

> Nutrient Mineral Dense Formula[+]

> Probiotic & Enzyme Blend[+]

> Antioxidant & Extract Blend[+]

> Lean Muscle Support[+]

> Weight Management or Fitness[+]

> Gluten Free[+]

## Supplement Facts:

Serving Size: 1 Packet (35g)    Servings Per Container: 16

| | Amount Per Serving | % Daily Value** |
|---|---|---|
| Calories | 110 | |
| Total Fat | 2 g | 3% |
| Total Carbohydrate | 9 g | 3% |
| Dietary Fiber | 5 g | 20% |
| Sugars | 2 g | * |
| Protein | 15 g | 30% |
| Vitamin A (as beta carotene) | 2,500 IU | 50% |
| Vitamin C (as ascorbic acid) | 24 mg | 40% |
| Vitamin D (as cholecalciferol) | 200 IU | 50% |
| Vitamin E (as d-alpha tocopheryl acetate) | 10.5 IU | 35% |
| Thiamine (as thiamine hydrochloride) | 750 mcg | 50% |
| Riboflavin | 850 mcg | 50% |
| Vitamin B6 (as pyridoxine hydrochloride) | 1 mg | 50% |
| Folate (as folic acid) | 200 mcg | 50% |
| Biotin | 135 mcg | 45% |
| Pantothenic Acid (as d-calcium pantothenate) | 4 mg | 40% |
| Calcium (as tricalcium phosphate) | 400 mg | 40% |
| Iodine | 60 mcg | 40% |
| Magnesium (as magnesium citrate) | 100 mg | 25% |
| Zinc (as zinc methionine) | 6.75 mg | 45% |
| Selenium (as selenium chelate) | 14 mcg | 20% |
| Copper (as copper chelate) | 1 mg | 50% |
| Manganese (as manganese chelate) | 600 mcg | 30% |
| Chromium (as chromium polynicotinate) | 60 mcg | 50% |
| Molybdenum (from sodium chelate) | 38 mcg | 50% |
| Proprietary Blend | 1595 mg | * |

[Garcinia fruit extract, Oat fiber, Natural Caffeine from Black Tea, Lactobacillus Acidophilus, Rice bran, Amylase 5000, Bromelain 600GDU, Cardomom seed extract, Cellulase 1000, Ginger root, Lipase1000, Papain 6000, Protease 1000, Protease 5000, Cinnamon bark extract]

* Percent Daily Values are not established.
**Percent Daily Values are based on a 2,000 calorie diet.
Your daily values may be higher or lower depending on your calorie needs.

Other Ingredients: Maltodextrin, Protein Blend (Soy, Pea, Whey concentrate), Cellulose, Sunflower Oil, Natural Flavors, Xanthan Gum, Sucralose, Magnasweet™(natural flavor), Stevia Leaf Extract.

Contains: Milk and soy

## Formulated for Men & Women

THRIVE MIX is the finishing touch to the only Ultra Premium Product Line available—THRIVE. This ultra micronized mix was perfectly designed to complement our THRIVE Lifestyle Capsules and DFT. Our blend of Vitamins, Minerals, Plant Extracts, Anti-oxidants, Enzymes, Pro-Biotics, and Amino Acids is the first and only Ultra Premium Mix ever developed. THRIVE MIX, combined daily with the THRIVE Capsules and DFT, completes a premium lifestyle and creates a premium you. The saying "not all shakes are created equal" is proven true by our ultra micronized Premium Lifestyle Mix, which is in a category all by itself. Live more, be more, experience more, THRIVE for more with THRIVE MIX.

+These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

The trademarks appearing here belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.



PRODUCT INFORMATION



# technology meets premium nutrition

> Weight Management
> Supports Appetite Management
> 2.0 Delivery Technology
> Nutritional Support



**THIS PRODUCT CONTAINS:** ForsLean®, Green Coffee Bean Extract, Garcinia Cambogia, CoQ10, White Willow Bark, Cosmoperine®, Limonene, Aloe Vera and L-Arginine. (ForsLean® and Cosmoperine® are registered trademarks of Sabinsa Corp.)

Not suitable for individuals under 18 years of age. If you are pregnant or breastfeeding consult a doctor before using this product. If you are taking any medication, or have any type of medical issue, consult with a doctor before using this product. Discontinue use if skin irritation occurs.

The trademarks appearing here belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.

THRIVE Premium Lifestyle **DFT** is a technology driven breakthrough in Health, Wellness, Weight Management, and Nutritional Support. Le-Vel's **DFT** (Derma Fusion Technology) delivery system is a category creator—the first of its kind—and now, with fusion 2.0 technology, **DFT** has reached even greater heights. Our **DFT** delivery system was designed to infuse the derma (skin) with our unique, premium grade THRIVE Lifestyle Formula, different than the Capsule & Shake formula, and to result in a delivery rate benefiting the individual over an extended period of time. Simply put—**DFT** helps you achieve premium results for a premium lifestyle. With fusion 2.0 designed to provide greater bioavailability, absorption, and nutritional support your results with **DFT** 2.0 should only get better.

When taken as part of the THRIVE 8-Week Experience—in conjunction with the THRIVE Premium Lifestyle Capsules and the THRIVE Premium Lifestyle Shake Mix—**DFT** promotes clean and healthy weight management and an overall healthy lifestyle. Individuals following this plan will experience ultra premium results, with benefits such as improved health, wellness, and fitness, as well as, weight management and nutritional support.

# McArthur Declaration

## **Attachment 3**



The Brand ▾   THRIVE ▾   Achievements   LV rewards   LV Life   Customer   Promoter   Cloud Office





BE SURE TO CREATE AN
autoship profile
TO LOCK IN
wholesale pricing

THRIVE Experience Packs                                                              ⌄

THRIVE Experience 1, 2, 3                                                             ⌄

THRIVE Plus Line                                                                     ⌄

THRIVE SKIN                                                                          ⌃

**THRIVE SKIN - 3 Step System**

Price: **$185.00**

| Autoship Program | Today's Order |
|---|---|
| ^ | ^ |
| 0 | 0 |
| ⌄ | ⌄ |

VIEW DETAILS                                                                          ⌄

**THRIVE SKIN - Skincare Sample Kit**

Price: **$75.00**

| Autoship Program | Today's Order |
|---|---|
| ^ | ^ |
| 0 | 0 |
| ⌄ | ⌄ |

VIEW DETAILS                                                                          ⌄

**THRIVE SKIN - Infinite CBD Enzyme Peel**

Price: $62.00



INFINITE CBD ENZYME PEE
Enriched with CBD Oil

Autoship Program     Today's Order
0                    0

VIEW DETAILS

**THRIVE SKIN - Infinite CBD Correcting Serum**

Price: $62.00

Autoship Program     Today's Order
0                    0

VIEW DETAILS

**THRIVE SKIN - Infinite CBD AM/PM Moisturizing Elixir**

Price: $62.00

Autoship Program     Today's Order
0                    0

VIEW DETAILS

**THRIVE SKIN - Infinite Daily Detox Purifying Bar**

Price: $44.00

Autoship Program     Today's Order
0                    0

VIEW DETAILS

**THRIVE SKIN - Infinite Charcoal Activated Mask**

Price: $38.00

Autoship Program     Today's Order



VIEW DETAILS

**THRIVE SKIN - Infinite Hand & Foot Reparative Cream**

Price: $28.00

Autoship Program    Today's Order

0    0

VIEW DETAILS

**THRIVE SKIN - Infinite Skin & Hair Peptide Gel**

Price: $56.00

Autoship Program    Today's Order

0    0

VIEW DETAILS

**THRIVE SKIN - Infinite Detox Body Scrub**

Price: $32.00

Autoship Program    Today's Order

0    0

VIEW DETAILS

Other Items

LeVel    Terms  Contact

Autoship Program (0):    USD $0.00
Today's Order (0):    USD $0.00

Empty Cart   Continue Order

# McArthur Declaration

## **Attachment 4**

## FOI 15-5027
## CAERS Reports Allegedly Related to Thrive Products (Le-Vel)
### Search Terms: Products Listed

FDA's Center for Food Safety and Applied Nutrition's (CFSAN's) Adverse Event Reporting System (CAERS) is a post-market surveillance system that collects reports about adverse events and product complaints that are allegedly related to CFSAN-regulated products. These products include conventional foods (and beverages), dietary supplements, infant formulas and cosmetics.

The adverse event reports about a product and the total number of adverse event reports for that product in CAERS only reflect information **AS REPORTED** and do not represent any conclusion by FDA about whether the product actually caused the adverse events. The attached reports are what have been **entered into CAERS during the requested dates** (the search date used was the CAERS entered date, as opposed to other dates such as the FDA Received Date or CAERS Received Date, etc.).

The reports submitted to FDA vary in the quality and reliability of the information provided. Some reports to FDA do not necessarily include all relevant data, such as whether an individual also suffered from other medical conditions or used other products or medications at the same time. Reports may not include accurate or complete contact information for FDA to seek further information about the event, or complainants may choose not to participate in a follow-up investigation. When important information is missing from a report, it is difficult for FDA to fully evaluate whether the product caused the adverse event or simply coincided with it. There also may be duplicate reports in CAERS for the same adverse event because multiple people (such as an injured consumer and a health care provider who treated him or her) may have submitted reports.

Because CAERS is constantly updated with new information, the number of reports for a given product and the content of individual reports may change over time.

| Report # | Received Date | Brand/Product Name | PRM_Firm Name | Symptoms | Outcomes |
|---|---|---|---|---|---|
| 132454 | 5/11/10 | HEART THRIVE NUTRITIOUS MEALS TO GO APPLE ENERGY BAR | THE HEALTHY BAKING COMPANY | FEELING OF BODY TEMPERATURE CHANGE, HEADACHE, ABDOMINAL PAIN, DIARRHOEA, NAUSEA | NON-SERIOUS INJURIES/ ILLNESS |
| 177300 | 6/18/14 | THRIVE PREMIUM ICE CREAM VANILLA | THRIVE FROZEN NUTRITION | | NONE |
| 179679 | 9/29/14 | LEVEL THRIVE | UNKNOWN | BLOOD PRESSURE INCREASED, ATRIAL FIBRILLATION | VISITED AN ER, OTHER SERIOUS (IMPORTANT MEDICAL EVENTS) |
| 179693 | 7/29/14 | THRIVE "HONEY CRYSTALS" | THRIVE FOODS LLC | | NONE |

| Report # | Received Date | Brand/Product Name | PRM_Firm Name | Symptoms | Outcomes |
|---|---|---|---|---|---|
| 180013 | 10/14/14 | LE-VEL BRANDS, LLC LEVEL THRIVE M (FORMULATED FOR MEN) | LE-VEL BRANDS LLC | | NONE |
| | | LE-VEL BRANDS LLC LEVEL THRIVE MW (PREMIUM LIFESTYLE MIX) | LE-VEL BRANDS LLC | | |
| | | LE-VEL BRANDS LLC LEVEL THRIVE (PREMIUM LIFESTYE DFT) PATCH | LE-VEL BRANDS LLC | | |
| | | LE-VEL BRANDS, LLC LE-VEL THRIVE W (FORMULATED FOR WOMEN) CAPSULES | LE-VEL BRANDS LLC | | |
| 180167 | 10/20/14 | LE-VEL ACTIVATE | LE-VEL BRANDS LLC | HEADACHE, BLOOD PRESSURE ABNORMAL, BLOOD PRESSURE INCREASED, DEPRESSED MOOD, HYPERHIDROSIS, EUPHORIC MOOD, PAIN | NON-SERIOUS INJURIES/ ILLNESS |
| | | LEVEL THRIVE FORMULATED FOR MEN & WOMEN | LE-VEL BRANDS LLC | | |
| | | LEVEL THRIVE M FORMULATED FOR MEN | LE-VEL BRANDS LLC | | |
| | | LE-VEL THRIVE - PREMIUM LIFESTYLE DFT | LE-VEL BRANDS LLC | | |
| | | LEVEL THRIVE W FORMULATED FOR WOMEN | LE-VEL BRANDS LLC | | |
| 180670 | 11/7/14 | LE-VEL THRIVE | LE-VEL BRANDS LLC | DIZZINESS, DEHYDRATION, NAUSEA, HEADACHE, HEART RATE INCREASED, WITHDRAWAL SYNDROME | NON-SERIOUS INJURIES/ ILLNESS |
| 180686 | 11/10/14 | THRIVE+ POST ALCOHOL SUPPLEMENT | THRIVECURE.COM | | NONE |
| 180706 | 11/7/14 | LE-VEL THRIVE | LE-VEL BRANDS LLC | HEADACHE, HEART RATE INCREASED, JOINT SWELLING, WITHDRAWAL SYNDROME | NON-SERIOUS INJURIES/ ILLNESS |

| Report # | Received Date | Brand/Product Name | PRM_Firm Name | Symptoms | Outcomes |
|---|---|---|---|---|---|
| 180707 | 11/7/14 | LE- VEL THRIVE | LE-VEL BRANDS LLC | BLOOD PRESSURE INCREASED, ANXIETY, HEADACHE, ABDOMINAL DISCOMFORT, HYPERTENSION | NON-SERIOUS INJURIES/ ILLNESS |
| 180716 | 11/10/14 | LE-VEL THRIVE | LE-VEL BRANDS, LLC | HEART RATE INCREASED | NON-SERIOUS INJURIES/ ILLNESS |
| 181137 | 12/1/14 | LE-VEL THRIVE | LE-VEL BRANDS, LLC | FEELING JITTERY, ANXIETY, HEADACHE, ABDOMINAL DISCOMFORT, HEART RATE INCREASED | NON-SERIOUS INJURIES/ ILLNESS |
| 185496 | 4/28/15 | THRIVE LE-VEL | LE-VEL BRANDS, LLC | TREMOR, CENTRAL NERVOUS SYSTEM STIMULATION, BLOOD PRESSURE INCREASED, HYPERHIDROSIS | NON-SERIOUS INJURIES/ ILLNESS |
| 186514 | 5/31/15 | LE-VEL THRIVE | LE-VEL BRANDS LLC | BREATH SOUNDS ABNORMAL, ATRIAL FIBRILLATION | VISITED AN ER |
| 186996 | 9/26/13 | THRIVE FORMULATED FOR WOMEN PREMIUM LIFESTYLE MIX | UNKNOWN | | NONE |
| 187151 | 6/19/15 | THRIVE LEVEL | LE-VEL BRANDS, LLC | | OTHER SERIOUS (IMPORTANT MEDICAL EVENTS) |
| 187152 | 6/19/15 | THRIVE LE-VEL | LE-VEL BRANDS, LLC | BLOOD PRESSURE INCREASED | OTHER SERIOUS (IMPORTANT MEDICAL EVENTS) |
| 187474 | 6/28/15 | THRIVE PREMIUM LIFESTYLE MIX | NOT AVAILABLE | | NON-SERIOUS INJURIES/ ILLNESS |
| 187499 | 6/29/15 | LE-VEL THRIVE | DUN&BRADSTREET / LAVELLE CO | ABDOMINAL PAIN, DIARRHOEA, SECRETION DISCHARGE, HAEMATOCHEZIA | NON-SERIOUS INJURIES/ ILLNESS |
| 187570 | 6/30/15 | THRIVE PREMIUM LIFESTYLE DFT WOMEN'S TONE PACK - PATCH | LE-VEL BRANDS, LLC | PALPITATIONS, DYSPNOEA, ATRIAL FIBRILLATION, CHEST PAIN, DIZZINESS | HOSPITALIZATION |
| | | THRIVE PREMIUM LIFESTYLE DFT WOMEN'S TONE PACK - PILLS | LE-VEL BRANDS LLC | | |
| | | THRIVE PREMIUM LIFESTYLE DFT WOMEN'S TONE PACK - SHAKES | LE-VEL BRANDS LLC | | |
| 20 | | | | | |

# McArthur Declaration

## **Attachment 5**

**BBB NATIONAL PROGRAMS**
The Direct Selling Self-Regulatory Council

Case Number: 24-2020 – NGO Inquiry – Le-Vel Brands LLC

## COMPANY DESCRIPTION

Le-Vel Brands LLC ("Le-Vel" or the "Company") is a multi-level direct selling company that was founded in 2012 and sells health and wellness products. The Company's products include dietary supplements containing vitamins, minerals, plant extracts, antioxidants, enzymes, probiotics, and amino acids.

## BASIS OF INQUIRY

The Direct Selling Self-Regulatory Council ("DSSRC") is a national advertising self-regulation program administered by BBB National Programs, Inc. Pursuant to section D(II) of DSSRC's Policies & Procedures, DSSRC may commence an inquiry regarding the marketing disseminated by a direct selling company and/or its salesforce where the subject claims were referred to DSSRC by the Administrator of the Direct Selling Association's Code of Ethics, through media reports, or identified by other parties. Here, a nonprofit, non-governmental organization (NGO) dedicated to protecting consumers[1] identified to DSSRC certain product and income claims for Le-Vel.

Below are representative samples of the types of claims that formed the basis for this inquiry.

1. <u>Health-Related Product Claims</u>

The representative core health-related product claims that formed the basis of this inquiry are set forth below.

- "Do you struggle with any of these issues?
  - ☑ Headaches.
  - ☑ Struggling to lose weight.
  - ☑ Thyroid issues.
  - ☑ Anxiety.
  - ☑ Depression.
  - ☑ Skin issues like psoriasis, eczema & acne.
  - ☑ Digestive problems.
  - ☑ Sugar cravings.
  - ☑ Low energy level.
  If your answer is, HECK YES! I soooo feel you. I was right there with you."

---

[1]    See Tina.org for additional information.

- "Well…Monday I came home from an amazing best friend cruise that my roommate ended up having the flu…then the rest of the week we've been to the vet to get the dogs shots and meds for poor cypress for his allergies…the dr twice for one child that has Flu A and the other with a cough but thank God no flu…but still no leaving the house so had to miss soccer ⚽😔 We missed Jason Aldean but were able to gift our tickets to friends that deserved a date night .. so right now friends .. we cheers to the THRIVE EXPERIENCE bc without it I doubt we would have avoided the flu, the cough or the chaos!! #fluA #notusetho #thrivegoturback"

- "I LOVE THRIVE…for those of you who don't know I am diabetic and was diagnosed 8 years ago. For 8 years my sugar levels have been out of whack even on meds, my fasting blood when id wake up in the mornings was never under 250 sometimes as high as 350…since I started thrive 1 month ago my sugar levels have improved so much. For 3 weeks now my levels ranged from 115 to 130 even in the evenings it is still stable. My energy level has increased, my sugar cravings are gone (soda free for 3 ½ weeks), I feel absolutely amazing and I've lost 10 lbs. Its not a diet it's a lifestyle change. So come people what are you waiting for THRIVE WITH ME!"

2. Earnings Claims

The NGO also called DSSRC's attention to a number of earnings claims being disseminated by the Company which it believed were atypical. Such earnings claims allegedly conveyed the financial gains consumers will achieve by becoming promoters as well as that the Company's promoters can, among other things, become millionaires, get out of debt, go on extravagant vacations, and drive luxury cars. The representative claims that formed the basis of this inquiry are set forth below.

- Video depicting promoters on vacation holding "millionaire" signs

- "Over 100 Thriving Millionaires awarded"

- "I don't even know how to begin writing this. Today at noon I officially hit the millionaire's club, making me the youngest person in company history to earn a million dollars in commissions 😭

   Just over two years ago I joined this company completely broken, broke & lost with no idea how to pull myself out of the hole I was in. What I didn't know is that god had a plan and purpose for my □ YES □ and he was about to show just mighty and powerful his love truly is.

   Today isn't monumental because I want to hold the title of being a millionaire; it's because of what that million dollars represents."

2



- "I was cleaning out my office today and found the very first dream board I made when I started my business two years ago. These were those far out dreams that I N E V E R thought would be possible in this lifetime

  He was away in the oil field for 14 days straight

  I had 3+ maxed out credit cards

  Over 70k in combined debt

  Zero income to my name

  Zero savings

  All I wanted was to be able to breathe and feel like I could contribute to our life.

  Within 5 months every single item on this bboard was crossed off 😭"

## IDENTIFICATION OF ISSUES

1(A). <u>Health-Related Product Claims</u>

According to the NGO, Le-Vel, directly and through its promoters, has been using – and continues to use – unsubstantiated, and therefore deceptive, health-related and disease-treatment claims to market its flagship product line of supplements, shakes, and patches, known collectively as the Thrive experience.

3

In addition to the representative health-related claims identified above, the NGO stated that it has compiled more than 50 additional examples of what it claimed are unsubstantiated health and disease-treatment claims made about Thrive products, such as being able to treat, cure, or alleviate the symptoms of a number of health-realted conditions including, among other, anxiety, breast cancer, blood pressure, depression, thyroid issues, the flu, multiple sclerosis, psoriasis, eczema, and diabetes.

1(B). <u>Alleged COVID-19 Claims</u>

After the commencement of this inquiry, the NGO brought to DSSRC's attention additional health-related claims being disseminated on behalf of Le-Vel which the NGO argued inaccurately implied that the Company's Thrive products can help treat and/or prevent COVID-19 by improving an individual's immune system. Specifically, the NGO pointed to a YouTube video released by the Company that discussed the Company's Thrive products as recharging the immune system. In this YouTube video, the statement the Thrive patch is "designed to help recharge the immune system" appears several times and is interspersed over illustrations of a human body's functioning immune system and depictions of men and women wearing the Thrive patch while they sleep. According to the NGO, the subject YouTube video was released "at a time when the only illness anyone anywhere is talking about is the coronavirus" while communicating that Le-Vel products recharge the immune system. According to the NGO, "immune boosting claims made in the context of the coronavirus are not structure/function claims, but rather implied disease treatment and prevention claims, requiring substantiation and FDA approval."

The NGO also flagged a Le-Vel promoter's social media post stating the Company's products would "kick covid19's ass."

2.  <u>Earnings Claims</u>

In addition to the earnings claims set forth above in the Basis of Inquiry, the NGO alleged that it had compiled over 100 additional atypical and unsubstantiated earnings claims that are or have been disseminated in the marketplace by Le-Vel and/or its promoters.

With respect to earnings claims being disseminated by or on behalf of the Company, the NGO argued that Le-Vel and its promoters are using atypical, and unsubstantiated income claims regarding the financial success consumers will achieve by becoming Company promoters. More specifically, the NGO alleged that Le-Vel and its promoters advertise that Le-Vel's promoters can become millionaires, get out of debt, go on extravagant vacations, and drive luxury cars.

The NGO also asserted that such unqualified earnings claims are not only disseminated by the Company's promoters but also made directly by the Company itself. For example, the NGO cited to a February 2020 video published on the Company's YouTube channel, in which the Company's co-CEOs discuss the benefits of the Company and its compensation program while the following images of Le-Vel promoters holding "millionaire" signs are shown on the screen:



Similarly, the NGO alleged that similar messages are being disseminated by Company promoters on social media and pointed to a social media post in which a Le-Vel promoter touted her achievement of obtaining the Company's "Millionaire Award."

The NGO alleged that the such social media posts are typical of the 140 examples of Thrive marketing materials that the NGO compiled and that the internet is "littered" with these types of income claims being disseminated on behalf of Le-Vel.

In response to Le-Vel's written response to this inquiry, the NGO stated that while it appreciated Le-Vel's compliance program and the efforts made to date to eradicate

deceptive marketing, a plethora of deceptive earnings claims have been in circulation for years and, it argued, continue during the pendency of this inquiry.[2]

According to the NGO, one reason for this allegedly frequent noncompliance is that the Company either does not understand – or  is ignoring – Federal Trade Commission ("FTC") law as it pertains to consumer testimonials used in marketing and the requirement that they depict results that are "representative of what consumers will generally achieve."[3] The NGO noted that such legal requirement are neither laid out in the company's Promoter Agreement nor in any of the other materials provided by the Company. Further, the NGO characterized Le-Vel as taking the position that advertising atypical claims is appropriate so long as they are truthful, which is contrary to the law.

Specifically, according to the NGO, Le-Vel claims that it can advertise an auto bonus provided to less than one quarter of promoters having at least one active team member (i.e., less than one quarter of some percentage of Le-Vel promoters) without issue. The NGO further asserted that there can be no dispute that if less than one quarter of promoters is the sum total achieving a certain bonus, then that bonus is not typical or generally achievable, which according to the NGO means that it is a deceptive marketing claim pursuant to FTC law.

In addition, the NGO claimed that Le-Vel takes the position that it may advertise VIP bonuses and vacations achieved by "thousands" of promoters without providing any information regarding how many promoters achieve the advertised bonuses – i.e., how typical these bonuses and perks are.

Similarly, with respect to the Company's "Millionaire Award," the NGO characterized Le-Vel as taking the position that it can advertise that some of its promoters have earned $1 million in commissions without disclosing the likelihood of achieving this result.[4]

In response to Le-Vel's assertion that several posts identified by the NGO "appear to make no claims related to Le-Vel" and cites to four examples from the NGO's database, the NGO maintained that each of the income claims was unquestionably made by a Le-Vel promoter and that the words "Le-Vel" or "Thrive" need not be included in each claim for it to be attributable to the company in keeping with the FTC's longstanding practice of

---

[2]      The NGO removed one claim in its own Thrive Health Claims database from a promoter that markets a Thrive product that is not associated with Le-vel.

[3]      *See* FTC Guides Concerning the Use of Endorsements and Testimonials in Advertising, 16 CFR 255.2.

[44]      The NGO also stated that it made two attempts at contacting the company to obtain its income disclosure statement, which it alleges is not published, but that Le-vel has not agreed to provide such information. DSSRC notes that there is not a per se requirement that a direct selling company possess an income disclosure statement. Specifically, § 10 of the FTC's Business Guidance Concerning Multi-Level Marketing states "As stated in the Business Opportunity Rule's Statement of Basis and Purpose, the Commission crafted the Rule to avoid broadly sweeping in MLMs. It did so by tailoring the definition of business opportunity to exclude certain types of business assistance common to MLMs. 76 Fed. Reg. 76816, 76824 (Dec. 8, 2011). It is important to note, however, that the Rule does not explicitly exempt MLMs from coverage. As with any other business entity, the determination whether an MLM would be a business opportunity to which the Rule applies would have to be made on a case-by-case basis."

examining "the entire mosaic, rather than each tile separately" when reviewing advertising.[5]

In short, the NGO argued that simply addressing the items the NGO identified is not a sufficient remedy and that Le-Vel needs to fully understand and accept the law as it pertains to its marketing and the Company's promoters in order for any guidelines or compliance program to be effective.

## COMPANY'S POSITION

Background

Le-Vel stated that it has millions of customers for its health and wellness products including its dietary supplements. As a direct-sales company, Le-Vel maintained that it has devoted considerable resources to assuring that its distribution model and marketing are fully compliant with FTC guidelines for multilevel marketing ("MLM") programs. The Company stated that each of its promoters' earnings are based on actual sales, not recruiting commissions. The Company further maintained that there is no sign-up fee for customers or promoters, and there is never any fee outside of the cost to purchase and ship products. The Company informed DSSRC that its product is shipped directly to end consumers, and there is no re-selling, which, when combined with the Company's strict inventory policies, precludes inventory loading. Le-Vel stated that its promoters have no purchase requirement to earn and receive commissions. The Company stated that it also has a 30-day return policy and that the rate of repeat purchases by consumers confirms that consumers are happy with the product and there is a substantial market for the Company's products. Le-Vel argued that over 60% of revenue is generated from customer sales, that is, sales to individuals who are not involved in the compensation plan and cannot receive commissions.

The Company maintained that its focus on compliance is reflected in a series of policies, standard operating procedures, and training materials designed to avoid potentially problematic claims. Specifically, Le-Vel stated that it has made good-faith efforts to implement and enforce its policies by searching for non-compliant media posts, issuing compliance notices to promoters who have violated company policies, and, if necessary, suspending or terminating promoters who continue to be in violation of the Company's guidelines.

In addition, Le-Vel stated that its compliance department is run by a Chief Compliance Officer who reports directly to the President of the Company. The compliance department consists of 11 employees who constantly monitor the activities of promoters to assure compliance with Le-Vel's policies and provide ongoing training to ensure promoters are fully aware of how to be compliant and act accordingly. Le-Vel also informed DSSRC that it employs a third-party reputation management service to search social media posts and report possible infractions. The Company contended that because

---

[5]     *See* FTC Policy Statement of Deception,
https://www.ftc.gov/system/files/documents/public_statements/410531/831014deceptionstmt.pdf.

of its careful and proactive training, the majority of Le-Vel's promoters understand and comply with company policies. The Company noted that it regularly issues notices identifying potential violations. In fact, the Company stated that it has issued between 78 and 123 letters per month flagging non-compliant posts by promoters. Le-Vel argued that these letters typically result in quick compliance, but that its compliance department does continue to monitor problematic posts and sends monthly follow-up letters to promoters if corrective steps are not taken. Ultimately, a promoter may be suspended from the program if their posts remain problematic and are not remedied. Le-Vel stated that in recent months, approximately 6 promoters per month have been suspended, or permanently terminated. Le-Vel also stated that the number of promoters who are terminated is less than those that are suspended but that the Company will terminate promoters where necessary.

      1(A). <u>Health-Related Product Claims</u>

      Le-Vel argued that it takes a conservative approach to health-related claims and that the Company gives new promoters specific instructions on how to avoid improper health claims, including claims about treatment or prevention of disease, and provides guidance on permitted statements.[6] In the specific area of weight loss, the Company maintained that its policy strictly conforms to the FTC "Red Flags" guidance and prohibits claims "that indicate a large amount of weight loss in a short period of time or statements specifically excluding diet and exercise during the weight loss process," and, in particular, claims of weight loss over 2 pounds per week.

      As a general matter, the Company stated that it has restricted permitted health and wellness claims to very soft claims that are widely accepted and recognized for the vitamin and nutrient ingredients in its products.

      The Company stated that its review of the posts identified by the NGO with respect to health-related and disease treatment claims indicate that 19 of the identified posts were either removed or could not be found by the Company for other reasons. The Company also stated that one of its promoters appeared to have self-corrected her social media post without even receiving a compliance notice from Le-Vel. In addition, the Company stated that, prior to the commencement of DSSRC's inquiry, seven of the identified social media posts were voluntarily removed or unpublished following the Company's issuance of compliance notices to the promoters who authored those posts. For example, a "Thyroid Disorder YouTube" video was removed after Le-Vel issued a compliance notice in May of 2016.[7] Similarly, Le-Vel stated that an "ADHD, Diabetes Pinterest" page was taken down in 2017 after Le-Vel sent a compliance notice in June of the same year.[8] Le-Vel maintained that both letters identified the problematic language in the posts and reminded the promoters in question that they are prohibited from making medical or drug-related claims. In addition, Le-Vel stated that at least one post ("Anxiety YouTube") does not to relate to Le-Vel at all, and yet another

---

[6]    In this regard, the Company provided DSSRC with a copy of its Training Guide, Medical/Drug Claims.

[7]    The Company also provided DSSRC with a copy of its Compliance Letter to this promoter.

[8]    The Company provided DSSRC with a copy of its Compliance Letter to this promoter as well.

("Diabetes_Twitter") is maintained by a commercial Twitter account that is not owned or controlled by Le-Vel or any of the Company's promoters. The Company also pointed out that one of the identified posts relates to Le-Vel's breast cancer awareness PINK DFT fundraising campaign and did not contain any health-related claims relating to Le-Vel products.

Le-Vel agreed that 28 of the remaining social media posts identified by the NGO violate the Company's guidelines and stated that compliance action had been taken to remove or revise all of such posts.[9] The Company further stated that it will continue to take appropriate action pursuant to its compliance policies and procedures. While Le-Vel stated that it did not believe every aspect of each identified post was necessarily objectionable, it recognized that a number of the posts contained certain health-related claims that may not be consistent with the Company's policies. The Company reiterated that it takes a very conservative approach to these matters in a concerted effort to avoid any consumer misunderstanding. Thus, and in accordance with its policies, Le-Vel stated that it had contacted the promoters who are still with the Company and instructed them to remove or revise improper aspects of the posts. As of April 6, 2020, the Company stated that 21 of the 28 posts that Le-Vel agreed violated the Company's guidelines were removed or revised. The Company further stated that it would continue its compliance efforts with respect to the seven remaining posts and that it would take graduated enforcement actions if corrective actions are not taken, including suspension and termination of promoters' accounts. Le-Vel stated that it suspended the accounts of 5 promoters who have failed to revise or remove the posts at issue.

1(B). <u>Alleged COVID-19 Claims</u>

With respect to the alleged COVID-19 claims identified by the NGO during the pendency of this inquiry, Le-Vel stated that it is incredibly mindful of the rapidly evolving pandemic and the health and safety of consumers. Since the current health crisis began, Le-Vel stated that it has strongly warned promoters both in writing and verbally not to make express or implied claims referencing COVID-19, the coronavirus, or the current pandemic.  Indeed, the Company provided DSSRC with an April 24, 2020 "Compliance Update" to promoters that states:

> It is important to understand that <u>our work-at-home opportunity, in addition to the health benefits of our products, can in no way be associated with COVID-19, coronavirus, the global pandemic, etc.</u>  Accordingly, please refrain from making any type of post or video that mentions our company or products and the coronavirus, COVID-19, pandemic, or any other term or phrase related to the coronavirus.

Le-Vel also provided DSSRC with a document entitled "Compliance Update: DFT RECHARGE" dated March 30, 2020 which states "[I]t is important that we do not state or imply—in any way—that our products help to prevent or treat any type of cold, flu, or virus.  This, of course, includes the Coronavirus/Covid-19." The Company noted that

---

[9] The Company also noted that three of these 28 posts were authored by a promoter who resigned in 2018 and is no longer affiliated with Le-vel's program.

this prohibition is an extension of its existing policies prohibiting disease treatment claims.[10]

Le-Vel agreed that the social media post with references to COVID-19 was inappropriate and violated the Company's policies and guidelines regarding disease treatment claims, as well as the specific prohibition on claims related to the coronavirus and/or COVID-19. The Company stated that within 30 minutes of learning of the non-compliant post, its Compliance Team sent a notice to the promoter, directing her to take down the post. Le-Vel provided DSSRC with a copy of the Company's Compliance Letter dated April 29, 2020. Le-Vel further argued that it has been proactive in issuing compliance notices and following up with promoters who have made prohibited health-related or business opportunity claims related to COVID-19 and provided DSSRC with examples of such communications. The Company reiterated that its compliance staff will continue to follow up with the promoter responsible for the post and take progressive enforcement action if the promoter does not take corrective steps to come into compliance with its policies, including suspension and/or termination of the promoter's account.[11]

Regarding Le-Vel's DFT Recharge product, the Company maintained that it does not market that product for the treatment or prevention of COVID-19 and that Le-Vel instructs promoters not to "state or imply that DFT Recharge, or any other of our products, prevents, treats, cures, or helps with the Coronavirus/Covid-19." Conversely with respect to the video regarding Le-Vel's DFT Recharge product, the Company argued that representations that Le-Vel's products support the immune system are well-accepted structure-function claims that are in compliance with the Company's guidelines and federal law.[12] Le-Vel argued that it has long made such claims with respect to products containing vitamins, minerals, and other ingredients that are understood to have that effect on the immune system. Indeed, the Company argued that such claims are pervasive in the marketplace for a range of wellness products, and that it would represent a dramatic and unwarranted shift to impose new restrictions on such claims.

2. Earnings Claims

The Company argued that it also takes a conservative approach to earnings claims. Le-Vel stated that specific individual earnings may not be used in marketing

---

[10]    See, e.g., Le-vel Policies and Procedures, Section 2.20 (last rev. November 1, 2017): ("Le-vel's products are not intended to help, treat, cure, mitigate, or diagnose any type of disease or disorder.  Promoters understand that they will not say directly or indirectly that any Le-vel product is FDA approved, or discuss or suggest that any diagnosis, evaluation, prognosis, description, treatment, therapy, or management or remedy of illness, ailment or disease can be improved by consumption or application of Le-vel products.  Promoters understand that Le-vel products are not offered, intended or considered as medicinal treatment of any disorder or disease, either mental or physical.").

[11]    The social media post in question has since been removed.

[12]    65 Fed. Reg. 1,000, 1,029 (2000) ("An intact immune system has several functions. In addition to their role in the defense against pathogens, certain components of the immune system, namely white blood cells, have other important functions. For example, white blood cells play an essential role in the phagocytosis and disposal of aging red blood cells or otherwise damaged cells. A statement of support for the immune system, by itself, conveys no specific reference to disease treatment or prevention. The claim that vitamin A is necessary to maintaining a healthy immune response does not imply that a specific disease or class of diseases will be prevented.").

material and promoters may not make statements that are likely to mislead consumers or prospective promoters. As an initial matter, the Company stated that its review of the earnings claims identified by the NGO found that three of the identified posts were either removed or could not be found for other reasons. Further, the Company maintained that several posts identified by the NGO appeared to make no claims related to Le-Vel at all. Of the remaining identified earnings claims, Le-Vel agreed that 67 of those claims violated the Company's policies and/or made prohibited earnings claims or references. Le-Vel stated that these types of claims are not consistent with the Company's guidelines and that it has taken swift compliance action to ensure that such posts would be removed or revised. The Company stated that it removed a significant number of these claims and that its compliance staff would continue to follow up to ensure compliance with Le-Vel's policies.

Le-Vel also stated that the problematic posts containing earnings claims were concentrated among a small number of promoters (15) and that the small number of promoters will enable the Company's staff to focus more attention on these promoters, review their posts and any patterns of potentially problematic behavior, and provide further education on the Company's policies and procedures. Thus, Le-Vel maintained there was no indication of widespread promoter non-compliance with its policies or applicable law and, further, that the Company has been able to focus its attention on promoters who present more compliance issues for the Company. When potential violations of the Company's guidelines have been identified, Le-Vel stated that it has acted quickly to remediate the issue, as evidenced by its various actions and the number of social media posts that have since been removed or revised.

Le-Vel rejected the NGO's assertion that the Company takes "the position that advertising atypical claims is appropriate so long as they are truthful." The Company maintained that it has never taken this position and that it in fact goes to great lengths in its training to make sure that promoters understand the law on this point.[13] Indeed, Le-Vel stated that the Company's policy prohibits specific earnings claims for this reason and that the Company's policies and promoter training emphasize to promotors that individual claims are not permitted solely because they are true as to that individual. In this regard, Le-Vel maintained that its guidelines and training reflect and reinforce current federal law.

Le-Vel did argue, however, that several categories of the posts identified by the NGO should not be considered problematic or deceptive. For example, many of the social media posts identified by the NGO reference auto bonuses, VIP bonuses, or earned trips or getaways. The Company stated that these rewards are readily achievable by promoters.

---

[13]     The Company cited to its "Compliance Education and Strategy" Training Video which states "The problem is, just because it's true doesn't mean that we can say that to the world. And why is that? It's because we're selling a product behind that story. And so the FTC is concerned about us telling a story that could possibly mislead somebody to believe that our products can do for them exactly what it's done for you. So that's why we just have to be careful." The Company also cited to its "Compliance Training Opportunity" Email Template ("Making income earnings claims, even if true, is against our policies.").

Specifically, Le-Vel argued that it provides qualifying promoters with auto bonus payments of up to $800 per month towards a car payment as opposed to an actual car purchased for the promoter by Le-Vel. The Company also offers a tiered bonus for achieving certain requirements within the promoter's first 14 days in the program (i.e., VIP bonuses). Le-Vel also stated that it rewards qualifying promoters with all-inclusive getaway trips. Le-Vel stated that in March 2020, 23.7% of promoters with at least one active team member qualified for the auto bonus. Similarly, Le-Vel stated that, as of April 2020, 87,957 promoters achieved a VIP bonus since April 2013. Likewise, the Company maintained that over 1,000 promoters qualified for Le-Vel's last getaway trip, and Le-Vel has had over 15,000 individuals qualify for getaway trips in the past 5 years. The Company stated that, while it will remind its promoters to describe the auto bonus accurately and not claim that the Company has given them a free car, it maintained statements regarding such programs are otherwise accurate and reasonable.

Le-Vel also maintained that the NGO has mischaracterized and taken out of context the video of Le-Vel's "Millionaire Award" ceremony, in which Le-Vel celebrates promoters who have earned $1 million in lifetime commissions. Le-Vel submitted that these are not traditional earnings claims but rather the "Millionaire Award" ceremony is a ceremony at which top performers are recognized which it argued is a universal practice for sales organizations. Le-Vel maintained that the videos and other related company statements about the Millionaire Award make explicit that the promoters featured are a select group as to whom the Company is rightly proud.[14] Le-Vel also noted that the segment featuring the Millionaire Award ceremony appears for only a few seconds in the nearly five-minute YouTube video, which it argued raised a question of whether and how many promoters have seen the segment.

Le-Vel also stated that, in some instances, promoters may refer to their or their teams' total sales volumes although individual or group commissions are not mentioned. Total sales statistics are another routinely disclosed statistic for sales organizations and do not pose any deception concerns according to Le-Vel. In fact, the Company argued that such information confirms its observation that there is a legitimate demand for Le-Vel's products and that the Company is making substantial actual sales.

---

[14] https://www.facebook.com/JasonCamperCEO/photos/we-now-have-41-Le-vel-millionaires-brand-promoters-who-have-earned-1-million-dol/203210957035090/ ("We now have 41 Le-vel Millionaires (Brand Promoters who have earned 1 million dollars in lifetime commissions from selling the fastest growing health and wellness program in the world - The Thrive 8 Week Experience). It's funny, we never set out to help people "become a millionaire" we just wanted to bring to market the most innovative, unique and technology based nutritional products ever seen. Turns out, there's a lot of demand in the market place for what the Thrive Experience does. We'll always be a product based and product first company, however, it's incredible to see this too. Here's to those people in Le-vel and outside of Le-vel, that chase what they want in life hard enough and long enough to see their goals come true. I know my goals didn't come easy, it was 17 plus years of what I thought was mostly failure mixed with a little success. Looking back, those failures were the learning ground, the boot camp if you will, to make Le-vel / Thrive what it is today - with the help of the Lord Almighty and my fabulous business partner @paul_gravette, of course. Congratulations to the Le-vel Millionaires of today and the army of the ones to come, cheers.

#thankfulthursday #lvmillionares #werejustgettingstarted"

Le-Vel argued that there is another reason it is confident that promoters in its program are not at risk for loss of money or other harm: Le-Vel does not require any payments or fees to sign up for or participate in the Company's program, and Le-Vel's auto bonus, VIP bonuses, travel benefits, and Millionaire Award all can be earned without any out-of-pocket expenditures by the Company's promoters. This, the Company maintained, eliminates a crucial factor driving enforcement by the FTC and other authorities with respect to income claims: the concern that lavish lifestyle claims could entice consumers to make large initial payments to get into a program and continue to make large payments, when in fact most participants in such programs do not earn back their initial and continuing investments. Because Le-Vel does not require such payments, it maintains that the Company's program does not threaten the types of harm about which regulators are legitimately concerned: heavy losses by a substantial portion of the participant population. While the Company's position is that the claims permitted by Le-Vel's policies are fair and accurate, Le-Vel nonetheless stated that it believes that consumers cannot be harmed by joining the program because they will not lose money by such participation.

Specifically, Le-Vel maintained that a fundamental legal flaw in the NGO's analysis is to lump award and bonus claims indiscriminately together in the broader category of income claims and treat them as if they are all the same. According to Le-Vel, once these claims are properly categorized, it is not at all apparent that the type of disclosure the NGO advocates here would be appropriate. Rather, Le-Vel argued that the frequency of such awards is not typically disclosed by direct-sales or multi-level marketing companies. The Company further maintained that as is the case for all advertising, the interpretation of specific marketing material is context and fact-specific, and not all claims are interpreted in the same way by consumers. Partly because of this diverse universe of potential claims, Le-Vel argued that direct-sales marketers are not required to "calculate a precise mathematical average for the expected results among all potential [promoters] in all situations." See Statement, David C. Vladeck, Fmr. Dir., Bureau of Consumer Protection, Fed. Trade Comm'n, A Look Forward with the FTC: Advertising and Marketing Enforcement Challenges (Feb. 3, 2010).[15] Le-Vel further maintained that the FTC's Endorsement Guides expressly acknowledge that the "representativeness" inquiry ask whether a claim represents what consumers could generally expect to achieve "in the depicted circumstances," in "actual, albeit variable conditions of use." 16 C.F.R. §255.2(b).

According to Le-Vel, approaching awards claims from this starting point makes apparent that discussion of a provision in a compensation plan, like the Le-Vel Rewards Plan, that a participant may be given an award or bonus for reaching a specified level of sales is obviously a different kind of claim than predicting what a typical consumer may expect for future earnings, or weight loss, or some other target that may land anywhere within a broad range of outcomes. According to the Company, reasonable prospective promoters understand that there are specific requirements that must be met for these awards because of the clearly-posted qualification criteria for these awards and bonuses

---

[15]     https://www.ftc.gov/sites/default/files/documents/public_statements/look-forward-ftc-advertising-and-marketing-enforcement-challenges/100203eraspeech.pdf

and the nature of the direct-selling business.[16] Le-Vel argued that the NGO's inflexible application of the FTC's Endorsement Guides' disclosure standards completely ignored the nuances and context-sensitive nature of the subject.[17]

Regarding the NGO's contention that Le-Vel has advertised its "Millionaire Award" without disclosing the likelihood of a promoter reaching this level, Le-Vel argued that it does make very clear that only a small number and percentage of promoters get this recognition.[18] The Company argued that thousands of new promoters sign up in a typical month and that there can be no question in the minds of prospective promoters that this award is achieved by only a small group of top performers over the total span of years that they participate in the program. Nonetheless, the Company stated that it will go to even greater lengths on its website to ensure that there is never any doubt that the "Millionaire Award" is an exceptional achievement.

<u>Dispute Regarding the NGO's Characterization of Le-Vel's Compliance</u>

Le-Vel rejected the NGO's overall characterization of its marketing message; specifically, that there is a vast sea of problematic posts from the Company's promoters and that the Company has done little about them. Le-Vel maintained that such characterization is categorically untrue. Specifically, the Company argued that the NGO had evidently been collecting posts for a long period of time but failed to correct and update its own database when posts were taken down, corrected, or shown to be compliant.

In particular, the NGO claimed that as of April 15, 2020, 80% of the income claims and nearly 40% of the health claims it identified in this inquiry were still in publication. Le-Vel characterized this assertion as "wildly inaccurate." In addition to the many posts that Le-Vel did not even believe to be non-compliant, the Company argued that the NGO ignored in its calculations those posts where the non-compliant claim had been edited or removed in order to bring the post into compliance with the Company's policies and applicable law, as well as other posts that do not relate to Le-Vel at all. Le-Vel submitted that with respect to the health claims the NGO identified, nearly 45% of the posts were removed prior to March 11, 2020, the date of the NGO's original letter to the DSSRC. Le-Vel further stated that prior to April 15[19], a further 40% of the posts had been either

---

[16]     In this regard, the Company cited to the "Guides Concerning the Use of Endorsements and Testimonials in Advertising," 73 Fed. Reg. 72,374, 72,378–79 (2008) ("[If an advertisement for a casino features a $100,000 slot machine winner, consumers likely understand from the nature of gambling that the winner's experience is not generally representative of those who use the casino's slot machines.").

[17]     The Company further stated that it takes comfort in the statistics that confirm that the promoters who post about these rewards are not outliers, and that such rewards are generally achievable among promoters who engage in sales (beyond purchases for personal consumption). Le-vel stated that significant numbers of promoters earn these benefits, that there is no systemic impediment to qualifying for these rewards, and the benefits are therefore real and not illusory.

[18]     Supra Note 14; Le-vel Back Office Resources, (noting that "[t]he Millionaire Award is the most prestigious award a Promoter can earn" and that "100 Promoters have become Le-vel Millionaires").

[19]     This is the date on which the NGO claimed that 80% of the earnings claims and 40% of the health-related claims it had identified in this inquiry remained active.

removed or revised in compliance with Le-Vel's guidelines and federal law.[20] Thus, Le-Vel rejected the NGO's claim that 40% of the health-related claims identified by the NGO have not been addressed and this does not even account for the posts that required no edits or removal. With respect to the income claims identified, Le-Vel stated that two posts had been removed before the inquiry was commenced and, prior to April 15, over 50% of the posts cited by the NGO had been removed or revised (arguing that this percentage of posts edited or removed does not include the substantial number of posts that required no action). Consequently, Le-Vel maintained that the NGO's claim of 80% of earnings claims remaining online as of April 15, 2020 was flatly inaccurate. The Company further maintained that the NGO pointing DSSRC to posts that were already out of circulation (or that were unobjectionable for other reasons) demonstrates that its analysis is outdated and indicates a lack of care and attention to this matter and that the NGO is relying on misleading and inaccurate claim statistics.[21]

Le-Vel disputed the NGO's argument that Le-Vel's compliance program is seemingly too robust, proactive, and conservative in nature due to the number of compliance notices the Company sends to promoters. The Company stated that the DSSRC has made clear that maintenance of a robust and proactive compliance program is commendable and indeed necessary, not a negative sign. See dōTERRA Int'l LLC, DSSRC Case No. 17-2020 at 13–14 (Apr. 3, 2020) (explaining that the company "provided DSSRC with specific information regarding its proactive monitoring process of supervising and assuring that distributers are compliant with company policies regarding claim dissemination and that it has sufficient procedures in place to respond to any actions by distributors that are potentially in violation of applicable laws and regulations". Le-Vel noted that the company had been responsive when unauthorized health and product claims have been brought to its attention. Furthermore, Le-Vel informed DSSRC that over 1,000 individuals sign up to become Le-Vel promoters every week. Thus, Le-Vel argued that the number of letters the Company sends per month thus represents a tiny proportion of the total number of Company promoters.

Le-Vel argued that the NGO's evident expectation that non-compliant claims, or even borderline and questionable claims, be removed immediately is unreasonable, unrealistic, and not the position previously taken by the DSSRC. Le-Vel also reiterated that it takes a very conservative approach to compliance matters and argued that this means that some promoters might receive notices about posts that a regulator might find unobjectionable, but which Le-Vel thought it would be best to remove or revise in an abundance of caution. In addition, Le-Vel stated that a majority of the Company's notices are sent to promoters in the very early stages of their participation in the program. The

---

[20]     As support for its position, the Company submitted to DSSRC a chart of information on the removal or revision of posts identified by the NGO which it argued demonstrated that virtually every post was either removed or revised as requested by Le-vel's compliance department within a day of the promoter being contacted.

[21]     The Company noted that it was particularly concerned about the NGO's approach to this inquiry when it learned that NGO recently posted an article on its website repeating these claims, without considering the Company's response. The Company submitted that the public posting of this article, while this inquiry was ongoing was inappropriate and inconsistent with the DSSRC self-regulatory process.

Company argued that this approach not only serves as protective compliance, but also as a training exercise in which posts that are defensible but potentially problematic still lead to compliance notices and allows the Company to further train and educate newer promoters directly.

Le-Vel noted that it does not have the ability to remove promoters' claims on social media, but instead must ask and encourage promoters to remove and revise their posts. This process can take some time as Le-Vel reaches out to the promoter and the Company and the promoter engage in a dialogue about the non-compliant claim and how to bring the post into compliance with company guidelines. For those posts made by entities that are not related to or controlled by Le-Vel, or by promoters who have resigned or have been terminated from the program, it is possible such posts may remain online if the entities and former promoters are not reachable or are unwilling to remove or revise the posts. The Company contended that the NGO's arguments ignore the reality that Le-Vel will not be able to unilaterally remove such claims from the public domain. Nevertheless, consistent with DSSRC guidance, Le-Vel stated that it uses its best efforts to contact with these entities and former promoters to compel them to bring down or edit their posts, making multiple attempts when necessary.[22]

## ANALYSIS AND RECOMMENDATION

1(A). Health-Related Product Claims

As discussed above, Le-Vel argued that it takes a conservative approach to health-related claims, and that its own policies limit permissible claims to "soft" claims and prohibit Le-Vel's promoters from making aggressive health-related or disease treatment claims.

DSSRC acknowledges that the Company addressed the representative health-related claims identified in DSSRC's opening letter to the Company. With respect to the 53 other health-related claims that formed the basis of this inquiry, DSSRC acknowledges and appreciates the Company's efforts to have 7 of the identified health-related posts removed from circulation prior to the commencement of this inquiry. DSSRC also appreciates the Company providing DSSRC with an overview of its compliance process ranging from issuance of compliance letters to suspension or termination of a promoter's account in some cases.[23]

Le-Vel conceded that another 28 health-related claims identified in this inquiry were against the Company's policies and it took action to have such claims removed

---

[22]    See dōTERRA Int'l LLC, DSSRC Case No. 17-2020 at 13–14 (noting that "[r]emoving unauthorized content that was communicated by inactive distributors or by individuals who had no previous relationship with dōTERRA was, not surprisingly, more of a challenge," and acknowledging the company's "good faith efforts" to remove such posts); Global Domains Int'l, DSSRC Case No. 15-2020 (Mar. 23, 2020) ("acknowledg[ing] and appreciat[ing] the Company's efforts to have claims made by inactive distributors removed from circulation").

[23]    As DSSRC has previously stated with respect to earnings claims, "Direct selling companies should engage in effective training, monitoring, and enforcement procedures to provide reasonable assurance that claims made by salesforce members are truthful and non-misleading." DSSRC Guidance on Earnings Claims for the Direct Selling Industry ("Earnings Guidance"), § 4.

resulting in the removal of 21 of the 28 claims. DSSRC acknowledges these voluntary steps which DSSRC found to be necessary and appropriate. DSSRC recommends that, to the extent Le-Vel has not already been able to address the seven additional claims, it uses bona fide good faith efforts to have such claims removed or significantly modified.[24]

With respect to the parties' dispute regarding the Company's response to claims raised in this inquiry, DSSRC notes that the vast majority of the health-related claims identified in this inquiry have been removed from circulation and acknowledges Le-Vel's commitment to continue to pursue and remedy any non-compliant claims. DSSRC also recommends that Le-Vel engage in effective training and monitoring of its promoters and use appropriate enforcement procedures to provide reasonable assurance that claims made by salesforce members are truthful and non-misleading; in particular, that the Company's promoters refrain from making aggressive health-related and/or disease treatment or prevention claims.[25]

1(B). Alleged COVID-19 Claims

DSSRC has previously urged all direct selling companies and their salesforces to ensure all claims made about health-related products are accurate and to be especially mindful of expressly claiming or implying that their products can treat, alleviate, or cure the symptoms of COVID-19, prevent symptoms of COVID-19, boost or improve immune function to prevent COVID-19, or eliminate all traces of COVID-19. While unprecedented research efforts are taking place on a global scale, according to the World Health Organization, there are no current cures or direct treatments for the novel coronavirus. In the United States, the Centers for Disease Control and Prevention and the Food and Drug Administration ("FDA") have both stated that there are no approved vaccines, drugs, or investigational products currently available to treat or prevent COVID-19.

DSSRC acknowledged and appreciated the Company's proactive steps to warn its promoters not to make express or implied claims referencing COVID-19, the coronavirus, or the current pandemic.  DSSRC also acknowledged and appreciated the Company's compliance updates that it provided to DSSRC making clear that any such claims regarding the current health crisis are prohibited by the Company and that such

---

[24]     Le-vel noted in this inquiry that it can difficult for a direct selling company to have claims removed from circulation when such claims were disseminated by a promoter who is no longer active. DSSRC acknowledges that a direct selling company may not be able to require a former or inactive promoter to remove a claim. In that instance, DSSRC nonetheless recommends that the direct selling company make a bona fide good faith effort to have the improper claim removed including a written request to remove improper claims made by promoters that have since become inactive. In addition, if the social media platform where the subject post was made provides a mechanism for reporting trademark or copyright violations, DSSRC recommends that the direct selling company promptly utilize such mechanism and seek removal of the subject claims and posts. If the subject claim occurred on a website or platform without a reporting mechanism, DSSRC recommends that in addition to contacting the former promoter in writing as described above, the Company contact the website or platform in writing and request removal of the subject claim or post. Young Living Essential Oils, LLC, Case No. 13-2020.
[25]     DSSRC encourages direct selling companies to engage in robust monitoring of its salesforce and does not believe that a certain volume of compliance actions will be proof that a direct selling company is not engaging in appropriate training and monitoring of its salesforce members especially when a direct selling company may have hundreds or thousands of new salesforce members enrolling each month.

prohibition is an extension of Le-Vel's existing policies prohibiting disease treatment claims.

With respect to the social media post identified by the NGO, DSSRC acknowledged Le-Vel's prompt actions to seek removal of the post referencing COVID-19 and confirmed that the post was removed. DSSRC determined that removal of such post was necessary and appropriate.

DFT: Recharge YouTube Video

With respect to the 58 second YouTube Video "DFT: Recharge" disseminated by Le-Vel, the NGO argued that because the video was released "at a time when the only illness anyone anywhere is talking about is the coronavirus" -- claims that the Company's products recharge the immune system are immune boosting claims made in the context of the coronavirus and that they are therefore not structure/function claims, but rather implied disease treatment and prevention claims, requiring substantiation and FDA approval. By contrast, and as discussed more fully in the Company's Position portion of this decision, the Company argued that general claims that Le-Vel's products support the immune system are well-accepted structure-function claims in compliance with federal law.

An advertiser is responsible for all reasonable interpretations of its claims, not simply the messages the advertiser intended to convey.[26] In the absence of extrinsic evidence regarding a claim's net impression to a reasonable consumer such as a consumer perception survey, self-regulatory precedent makes clear that DSSRC will step into the shoes of the consumer to determine the reasonable takeaway from the subject claim. In doing so, DSSRC will examine the totality or overall net impression created by the claim as a whole, not merely words or phrases standing alone, taking into consideration both the words and the visual images."[27] DSSRC determined that although the video makes general claims that the product is designed to help recharge the immune system, it contains no reference to COVID-19, the current pandemic, or the product's ability to help the human body fight off any specific health condition, disease, germ or virus. Nor does the video contain even a slight reference to the current public health situation (e.g. "now more than ever…" or "in these uncertain times…"). Accordingly, DSSRC concluded that the DFT: Recharge YouTube video would not be reasonably interpreted by consumers as meaning the Company's products can help treat or prevent COVID-19.

---

[26] Rubbermaid, Inc. (FreshWorks Produce Saver Containers), Report #6102, *NAD/CARU Case Reports* (August 2017); Verizon Communications, Inc. (Google Pixel Phone), Report #6086, *NAD/CARU Case Reports* (May 2016); Philips Oral Healthcare, LLC (Sonicare FlexCare PlatinumToothbrushes), Report #6073, *NAD/CARU Case Reports* (April 2017); Philips Oral Healthcare, LLC (Sonicare Electric Toothbrushes), Report #5963, *NAD/CARU Case Reports* (June 2016); ANTECH Diagnostics, Inc. (AccuPlex4 Diagnostic Screening Test), NAD Case #5732 (07/01/14); Unilever United States, Inc. (Degree Ultra Clear Antiperspirant), Report #4560, *NAD/CARU Case Reports* (September 2006).

[27] See, Philips Oral Healthcare, LLC (Sonicare FlexCare PlatinumToothbrushes), Report #6073, *NAD/CARU Case Reports* (April 2017); The Clorox Company (Glad Tall Kitchen Drawstring Bags), Report #5951, *NAD/CARU Case Reports* (May 2016); The Procter & Gamble Company (Swiffer Dust & Shine Furniture Spray with Febreze Freshness), Report #5141, *NAD/CARU Case Reports* (February 2010).

2. Earnings Claims

While Le-Vel stated that its review of the earnings claims identified in this inquiry indicated that three of the identified posts were either removed or could not be found for other reasons and that several posts identified appeared to make no claims related to Le-Vel at all, the Company agreed that 67 of the posts violated the Company's policies and that a number of the identified posts made prohibited specific earnings claims or references. Le-Vel stated that these types of claims are not consistent with the Company's guidelines and that it undertook swift compliance action to ensure that such posts would be removed or revised. The Company stated that it had a significant number of these claims removed and that its compliance staff would continue to follow up to ensure compliance with Le-Vel's policies. DSSRC determined that such actions are necessary and appropriate. DSSRC also recommends that Le-Vel engage in effective training and monitoring of its promoters and use appropriate enforcement procedures to provide reasonable assurance that earnings claims made by its promoters are substantiated, contain appropriate disclosures and are not misleading.

Auto Bonuses and Other Incentives for Promoters

For purposes of a DSSRC inquiry, an earnings claim is any claim, express or implied, that conveys that salesforce members may earn or have earned company-sponsored incentives, including representations that suggest that the ability to make lifestyle purchases – such as homes, vehicles, vacations – that are related to income earned from direct selling.[28]

As noted in the FTC's 2018 Business Guidance Concerning Multi-level Marketing, an MLM's compensation structure may give its participants incentives to make representations about the business opportunity to current or prospective participants. As a consequence, an MLM should (i) direct its participants not to make false, misleading, or unsubstantiated representations and (ii) monitor its participants so they don't make false, misleading, or unsubstantiated representations.[29]

A number of social media posts identified in this inquiry reference auto bonuses, VIP bonuses, or earned trips or getaways. Although Le-Vel maintained that these rewards

---

[28]   See Earnings Guidance, Section 2(B).

[29]   FTC Business Guidance Concerning Multi-level Marketing, section 13, sixth bullet point. As discussed above, DSSRC notes that Le-vel argued its business model distinguishes it from other multi-level marketers and  that as a result its promoters in its program are not at risk for loss of money or other harm which its argues is a crucial factor driving enforcement by the FTC and other authorities with respect to income claims. While that may be true, a potential recruit may nonetheless suffer harm if the recruit is induced to spend time pursing the business opportunity to achieve a certain level of financial success or incentive reward if such success or reward is not generally achievable by the typical program participant. Regardless, business model questions and related issues regarding promoter purchasing requirements, refund policies, inventory loading and the like are beyond the jurisdictional purview of DSSRC which is limited to addressing "earnings claims (including lifestyle representations) and product (including services) claims made by direct selling companies and their salesforce members to ensure the accuracy and adequate substantiation of those claims." DSSRC Policies and Procedures, I(A).

are "readily achievable by promoters," DSSRC remained concerned that incentives such as a car bonus or incentive trip reward would not be generally expected or achievable by the typical Le-Vel promoter and, as such, a disclosure of generally expected performance would be necessary.[30]

More specifically, the Company informed DSSRC that it provides qualifying promoters with auto bonus payments of up to $800 per month towards a car payment and that in March 2020, 23.7% of promoters with at least one active team member qualified for the auto bonus. Thus, although the auto bonus may be "readily achievable," it cannot be considered typical or generally expected if over 75% of a certain subset of the Company's promoters (those with one active team member) do not receive the incentive. Accordingly, DSSRC recommends that any advertising materials (e.g., social media posts) disseminated by Le-Vel or its promoters regarding the auto bonus be accompanied by a clear and conspicuous disclosure indicating the percentage of active Company promotors who have achieved the award.

In addition, DSSRC noted that while Le-Vel's data which indicated that 87,957 promoters achieved a VIP bonus since April 2013 is helpful, it should not conflate details of other types of bonus or incentives within a disclosure that is used to qualify a claim that pertains specifically to auto bonuses. Similarly, DSSRC's recommendation to include a disclosure of generally expected results to social media posts referencing an auto bonus should be similarly implemented to qualify all claims made by the Company or its promoters that reference Company incentives or bonuses such as getaway trips and VIP Bonuses if they would otherwise not be typically expected by potential Le-Vel promoters.[31]

Millionaire Award

As noted above, the NGO cited to a February 2020 video published on the Company's YouTube channel, in which Le-Vel's executives discuss the benefits of the Company, including its compensation program, while at one point in the video images of Le-Vel promoters holding "millionaire" signs are shown on the screen. Le-Vel argued that the video of Le-Vel's "Millionaire Award" ceremony, in which the Company recognizes promoters who have earned $1 million in lifetime commissions, was taken out of context and that videos and other related company statements make explicit that the promoters recognized are a select group of exceptionally performing promoters. The Company also noted that the video of the ceremony appears for only a few seconds in the nearly five-

---

[30]     According to section 255.2 (b) of Guides Concerning the Use of Endorsements and Testimonials in Advertising, an advertisement containing an endorsement relating the experience of one or more consumers on a central or key attribute of the product or service also will likely be interpreted as representing that the endorser's experience is representative of what consumers will generally achieve with the advertised product or service in actual, albeit variable, conditions of use. Therefore, an advertiser should possess and rely upon adequate substantiation for this representation. If the advertiser does not have substantiation that the endorser's experience is representative of what consumers will generally achieve, the advertisement should clearly and conspicuously disclose the generally expected performance in the depicted circumstances.

[31]     Aloette Cosmetics, Case No. 12-2020 ("The same principles that apply to testimonial earnings claims hold true with respect to claims regarding the ability of salesforce members to earn incentive trip.")

minute YouTube video, much of which does not discuss the earnings opportunity associated with being a Le-Vel promoter.

With respect to the video showing some Le-Vel promoters holding signs stating "Millionaire," DSSRC notes that its Earnings Guidance states that:

> When evaluating express and implied messages from an earnings claim, DSSRC will review the totality of the claim including its words, images, and context in order to determine the "net impression" or the takeaway message conveyed to the audience. The relevant audience to consider is that of a reasonable consumer when the claim is made to a general audience, such as by posting the claim on public social media or the internet. The relevant audience may be more limited, for example, when the claim is made to a specifically targeted group or at a particular event. For example, if a claim is made at an event limited to the top 1% of salesforce members, the relevant inquiry is the net impression of a reasonable top 1% salesforce member.

Here, the images of salesforce members holding signs that state "Millionaire" were taken at a live event and, thus, the relevant audience at that live event may have been more limited than that of a reasonable consumer if, for example, the audience at such event was comprised of top Le-Vel promoters. Nonetheless, as shown in the video, albeit briefly, the "Millionaire" signs are presented in an unqualified context and, since the video depicting a portion of the live event was disseminated on the internet, "[t]he relevant audience to consider is that of a reasonable consumer… ." While DSSRC acknowledges that Le-Vel committed to improve its disclosures to clarify that the "Millionaire Award" is an exceptional achievement, DSSRC recommends that the Company remove the "Millionaire" images from the video.[32]

The NGO also cited to a social media post that it argued conveyed misleading messages regarding a promoter's achieving the Company's Millionaire Award:

---

[32]     Consistent with the FTC Guide Concerning the Use of Endorsements and Testimonials in Advertising, DSSRC would typically recommend that, if the Company does not have substantiation that the experience of the individuals depicted is representative of what consumers will generally achieve, then the Company should remove the "Millionaire" images from the videos or, alternatively, modify them to "clearly and conspicuously disclose the generally expected performance in the depicted circumstances" at the time the claim is made i.e., what percentage of Le-vel promotors earn the depicted status.[32] 16 CFR §255.2. Here, however, given that the "Millionaire" image appears only briefly in the video, DSSRC does not believe that a clear and conspicuous disclosure could be made to clarify both that the award is achievable only by a select number of exceptionally performing promoters and that the term "millionaire" in this context refers to promoters who have earned over a million dollars in commissions cumulatively in their time as promoters for Le-vel.



As discussed above with respect to the "Millionaire Award" video, the statement that accompanies the photo "Today at noon I officially hit the millionaires club" is presented in an unqualified context with no disclosure of generally expected results.[33] Accordingly, with respect to that specific claim in text that the promoter "hit the millionaires club," DSSRC would typically recommend that such claim, and any similar claims that may be disseminated in the marketplace, be discontinued or significantly modified to clearly and conspicuously disclose the generally expected performance in the depicted circumstances.

This particular social media post, however, is potentially problematic for yet another reason. Specifically, the photo which is central to the social media post contains an image of the promoter alongside large balloons spelling out "1,000,000" and the word "millionaire." It is axiomatic that an advertiser has the burden to support all reasonable interpretations of its claims and not simply the messages it intended to convey. The Procter & Gamble Company (Pampers Easy Ups), Report #6045, NAD/CARU Case Reports (January 2017); Substantiation Policy Statement, appended to Thompson Medical Co., 104 F.T.C. 648 (1984). While the intended message may have been that the promoter in question is stating that she cumulatively earned a million dollars in commissions in her entire time as a promoter, yet another reasonable interpretation of the photo could also be that being a promoter for Le-Vel allowed her to become a "millionaire" or a person whose wealth amounts to a million or more dollars or who is or

---

[33]     DSSRC also notes that there is no disclosure as to how likely it is that a promoter could achieve this in just over two years.

has become wealthy.[34] Accordingly, DSSRC recommends that this claim, and similar claims presented in this context, be discontinued.

## CONCLUSION

DSSRC acknowledged and appreciated the voluntary steps Le-Vel undertook to have aggressive health-related claims removed from circulation which DSSRC found to be necessary and appropriate. DSSRC recommends that, to the extent Le-Vel has not already been able to address the additional health-related claims, that it use bona fide good faith efforts to have such claims removed or significantly modified. DSSRC also recommends that Le-Vel engage in effective training and monitoring of its promoters and use appropriate enforcement procedures to provide reasonable assurance that claims made by salesforce members are truthful and non-misleading; in particular, that the Company's promoters refrain from making strong health-related and/or disease treatment or prevention claims.

With respect to any express or implied product performance claims that Le-Vel products may treat, cure, or prevent COVID-19, DSSRC acknowledged and appreciated the Company's proactive steps to warn its promoters not to make express or implied claims referencing COVID-19 or the current pandemic. DSSRC also acknowledged and appreciated the Company's compliance updates that it provided to DSSRC making clear that any such claims regarding the current health crisis are prohibited by the Company and that such prohibition is an extension of Le-Vel's existing policies prohibiting disease treatment claims. As to the specific social media post identified by the NGO, DSSRC acknowledged Le-Vel's prompt actions to have the social media post referencing COVID-19 removed and determined that removal of such post was necessary and appropriate.

As to Le-Vel's DFT: Recharge YouTube video, DSSRC determined that although the video makes general claims that the product is designed to help recharge the immune system, it contains no reference to COVID-19, the current health crisis, or the product's ability to help the human body fight off any specific health condition. Accordingly, DSSRC concluded that the DFT: Recharge YouTube video would not be reasonably interpreted by consumers as meaning the Company's products can help treat or prevent COVID-19.

DSSRC acknowledged and appreciated that a significant number of the earnings claims at issue in the inquiry were removed as well as the Company's commitment that its compliance staff would continue to follow up to ensure compliance with Le-Vel's policies. DSSRC determined that such actions are necessary and appropriate. DSSRC also recommends that that Le-Vel engage in effective training and monitoring of its promoters and use appropriate enforcement procedures to provide reasonable assurance that earnings claims made by its promoters are substantiated, contain appropriate disclosures and are not misleading.

---

[34]   https://www.dictionary.com/browse/millionaire

With respect to auto bonus and other incentive programs for Le-Vel promoters, DSSRC recommends that any advertising materials (e.g., social media posts) disseminated by Le-Vel or its promoters regarding the auto bonus be accompanied by a clear and conspicuous disclosure indicating the percentage of active Company promotors who have achieved the award if it would otherwise not be typically expected by potential Le-Vel promoters.

Finally, while the Company celebrating and recognizing its top promoters who have achieved the Company's Millionaire Award may be appropriate at, for example, a live event with a select audience, DSSRC recommends that the Company remove the "Millionaire" images from the video at issue in this inquiry and that was disseminated on the internet and discontinue any similar claims disseminated to a general audience. DSSRC also encourages the Company to reinforce with its promoters that any representations made at events with a select audience or on a platform limited to Le-Vel's top sales leaders should not be repurposed and/or disseminated in a different context or platform or to a different audience. Likewise, DSSRC recommends that the Le-Vel promoter's social media post regarding the Millionaire Award, and any similar claims, be discontinued.

DSSRC will continue to monitor the messages disseminated by the Company's promoters on social media and will take prompt and necessary steps to initiate a compliance inquiry should it identify an ongoing proliferation of unsupported product or income claims disseminated by Le-Vel and/or Le-Vel promoters.

## COMPANY STATEMENT

Le-Vel respects the self-regulatory process and appreciates the time and attention the DSSRC has devoted to this matter.   Le-Vel appreciates the DSSRC's acknowledgment of the robustness and effectiveness of the Company's compliance program, as well as the DSSRC's recognition that—at the time of the initial complaint—many of the materials cited by the Complainant had already been taken down, were in the process of coming down, or were not problematic for various reasons. Although Le-Vel understands that business model questions are beyond the jurisdiction of the DSSRC, see note 29 above, Le-Vel nevertheless stresses that promoters in its program are not at risk for loss of money or other harm, as (1) Le-Vel does not require any upfront or continuing payments or fees to sign up for, participate in, or receive commissions through the Company's program; (2) Le-Vel ships product directly to the end consumer as opposed to utilizing a reselling model; and (3) Le-Vel enjoys strong direct consumer demand for its products wholly outside the promoter system.  Le-Vel will be guided by the DSSRC recommendations in its ongoing marketing programs.

(Case No. 24-2020 HJS, closed on 08/31/2020)
© 2020. BBB National Programs, Inc.

# McArthur Declaration

## **Attachment 6**

# What You Should Know about Thrive

truthinadvertising.org/what-you-should-know-about-thrive/



*Editor's Note: Updates have been posted at the end of this article.*
Lifestyle getaways, luxury cars and a steady stream of income await affiliates of the Thrive experience. Or at least that's how Le-Vel markets the opportunity to sell — and recruit others to sell — its flagship product line of supplements, shakes and patches, which are known collectively as the Thrive experience. But there are a few things you should know about this MLM, which started in 2012, and what it claims is "the hottest weight-loss, nutrition and fitness plan sweeping North America." TINA.org first warned readers about Le-Vel and Thrive last November but here's a more detailed look. First things first...

**Does it work?**

In a welcome video on its website, Le-Vel claims that the Thrive product line — which costs between $100 and $300 per month on an auto-delivery program — enables consumers to "reach peak physical and mental levels." But a TINA.org review of the company's website did not find any clinical studies supporting the advertised claims. In lieu of clinical data, Le-Vel points to glowing testimonials as proof that the product works. However, TINA.org found that several of these testimonials come from people whose Facebook activity indicates they have pitched the Thrive product themselves at one point or another. That is to say, they are past or present Le-Vel affiliates — or what the company calls "brand promoters" or simply "promoters" — whose views as salespeople may very well be skewed.



## Adverse health events mounting

Since 2013, the FDA has received 16 adverse health event reports concerning Thrive products, documents obtained by TINA.org through a Freedom of Information Act (FOIA) request show. Common symptoms reported so far have included abdominal pain, headache and increased blood pressure. Three of the 16 reports cited the need for hospitalization or a visit to the emergency room. Manufacturers of dietary supplements like Thrive are not required to obtain FDA approval before going to market but they are required to report adverse health events to the agency.

## MIA income disclosures

Want to know what percentage of promoters make what amount of money selling Thrive and recruiting others to do the same? Too bad. While Le-Vel says in the aforementioned welcome video that you can "build weekly residual income" as a promoter for its flagship brand, TINA.org looked high and low but could not locate an income disclosure statement on the company's website.

Furthermore, Le-Vel's rewards plan is riddled with confusing terminology — including acronyms like BV whose meanings aren't fully explained — that makes it tough to decipher exactly how a promoter qualifies for all the perks, such as the "lifestyle getaways." But perhaps most telling is this disclaimer on the company's policies, terms and conditions page (emphasis added): "The earnings of Le-Vel Promoters relating to Le-Vel Brands LLC and Le-Vel.com are not necessarily a representation of the income, **if any**, that a Le-Vel Brand Promoter can or will earn through his or her participation in the Le-Vel Compensation Plan."



**Not OK in the UK**

The Advertising Standards Authority (ASA) recently found Le-Vel in violation of the U.K. regulatory body's advertising code. The health claims at issue included "enhanced weight management," "immune support" and "ph balancing blend." The claims appeared in a Facebook ad and Le-Vel claimed it was not placed by one of its promoters, though the copy starkly resemblances how Le-Vel describes the same supplement on its own website. In the end, the ASA ruled that Le-Vel, as "beneficiaries of the marketing material," was responsible for the ad and said that it must not appear again in its current form.

**A company removed from its people?**

Complaints against Le-Vel filed with the FTC since 2012, also obtained by TINA.org through an FOIA request, show a company that is hard to reach when its promoters call with problems — and there have been problems. Among other things, promoters have complained about not being paid their promised commissions, not canceling customers' auto-shipment deliveries when requested, and about difficulties getting answers about the products' nutritional information.

One promoter wrote:

> When a customer asks about an ingredient and specifics to the product, somebody that works for Le-Vel and created the product should be able to answer.

Another wrote:

> This company is a joke and a scam that preys on desperate people who want to lose weight and
> then continues to charge, even when the orders have been 'canceled' on their 'cloud.' Then,
> you can't even call and speak to anyone.

## MLM hopping

Last September, Le-Vel Brands shared on its Facebook page, which has more than 370,000
followers, the "Thrive experience" of one Jon Holbrook. But Holbrook is no ordinary
promoter. He is the former vice chairman and chief investment officer of WakeUpNow, a
multi-level marketing company that folded its affiliate operations in the U.S. earlier this year
amid allegations of malfeasance and gross mismanagement.

## B-B-Bad rating

As of this writing, Le-Vel has an F rating with the Better Business Bureau, aka the BBB. (BBB
ratings fluctuate. For current ratings click here. See more here about BBB ratings.)

TINA.org reached out to Le-Vel for information on its average incomes and the issues raised
by promoters in complaints. The company has not responded.

For more of TINA.org's coverage of  MLMs click here.

## UPDATES

**9/25/20**: The Direct Selling Self-Regulatory Council (DSSRC) has issued a case decision
based on a TINA.org complaint finding that Le-Vel and its distributors were making
inappropriate health claims about the Thrive product line and atypical income claims about
the company's business opportunity. The decision concluded by stating that "DSSRC will
continue to monitor the messages disseminated by the Company's promoters ... and will take
prompt and necessary steps ... should it identify an ongoing proliferation of unsupported
product or income claims."

**3/11/20**: A TINA.org investigation has cataloged 140 instances in which Le-Vel and/or its
distributors have made or referenced atypical earnings claims that lack appropriate legal
disclosures, in addition to more than 50 instances from 2016 to 2020 in which Le-Vel and/or
its distributors have either made or referenced claims that the Thrive product line can treat,
cure, alleviate the symptoms of, prevent, or reduce the risk of developing diseases and
disorders.

**CORRECTION 2/25/16**: An earlier version of this post incorrectly stated the amount of
adverse events reported to the FDA regarding Thrive. The post has been updated to reflect
the accurate number.

# McArthur Declaration

# **Attachment 7**



# THRIVE by Le-Vel Review…Is 'Natural' Always Better?

Abby Langer | Diet Reviews | February 15, 2016 | 0





| Share | Tweet | Pin |

This Thrive by Level review is an opinion piece.

It's funny how many people have started emailing me after reading my reviews of Isagenix, Shakeology, Zija, Juice Plus, Plexus, and Herbalife. Most of these emails involve requests for me to review various diet products and programs. Thanks to everyone who has given me such positive feedback and taken the time to shoot me a message to ask for a review. I love taking requests for recipes, blog posts, and diet reviews!

Ad

Hidden Valley Ranch Dips
Hidden Valley Ranch dips are the refresher your snacking's been lacking. Get dipping!

Hidden Valley Ranch    Get Recipes

BY MEDIAVINE    Report this ad

I've gotten a lot of requests for lately for a THRIVE by LeVel review. Just like a few of the other products I've reviewed, I had zero idea about this one and went over to their website to investigate.

Abby Rants:
Should I Be Taking Collagen?

SUSTAINED ENERGY

## Search

RECENT POSTS

Do Pruvit Exogenous Ketones Replace a Ketogenic Diet? March 2, 2021

Where Does Fat Go When We Lose Weight? February 22, 2021

Want to Quit Sugar? Here's Why You Don't Have To. February 15, 2021

Everlywell Food Sensitivity Testing – Are Food Sensitivity Tests Legit? February 11, 2021

## ABOUT ABBY



Abby Langer has been a Registered Dietitian since 1999. Educated at Dalhousie University in Halifax, Nova Scotia and Loyola University in Chicago, Abby has worked extensively both in nutrition management and in clinical nutrition.

Read More

## ABBY'S NEW BOOK



good food bad diet

The Habits You Need to Ditch Diet Culture, Lose Weight, and Fix Your Relationship With Food Forever

abby langer, RD

## The philosophy of THRIVE is stated on the website:

*Le-Vel was created and envisioned with a greater purpose, a premium plan. This plan is not to create a product, or a product line, but to build a global brand, a new icon.*

*The largest and most successful companies in the world are extremely good at one thing. They build brands, not products. They are so good at this one focus, they can literally put their logo on anything and it is passionately accepted worldwide. The quality, passion and efficacy with one product line, will flawlessly continue on to all product lines, because the true focus, our passion will always remain at its inception, The Brand: Le-Vel.*

What I'm reading is that the company's boldly stated confidence is about 100 on a scale of 1-10, but guess what?

The greatest branding can't hide a faulty product, even if you declare that product as 'premium'. Putting your logo on something and having it accepted just because of that is the stuff that big brands like Coca Cola are made of, and even those brands are having issues with this now. If you're selling supplements and making big claims about their efficacy, your success rates will define your brand, not the other way around.

This is another product that's sold using multi level marketing. There are incentives to sell it to your friends – including a free month of THRIVE if you sell to two or three people. I'm pretty sure that a lot of you have been approached by someone trying to pawn some of this stuff off on you. Some guy on my LinkedIn just tried to sell me some. Um. No way, buddy. *blocks him*



One thing I think you should know is that at the time of writing of this Thrive by level review, there has never been any research done to verify that THRIVE works. There are testimonials though! The testimonials on the THRIVE site seem to be written in that familiar Facebook font, which suggests that they've been pulled off THRIVE's Facebook page. Wherever they came from, testimonials are really not worth the paper (or computer) they're written on. What's really worth something is some good solid research on the product. Search high and low, but you won't find any on THRIVE. There is none.

Because I'm a dietitian and people generally want me to review stuff for weight management purposes, I'm going to take a mostly weight-loss assessment of this program, even though THRIVE makes other, non-weight loss claims as well, depending on which product you're looking for.

THRIVE is based on an "8-Week Experience", during which the company encourages users to apply a patch to their skin to deliver the active ingredients. No shakes or pills needed! High tech!! Thrive's Dermal Fusion Technology delivers the 'all natural formula' (which we know means exactly nothing in regulatory terms) transdermally, which means through your skin. Like the nicotine patch, the birth control patch, and the anti-nausea patch, the method isn't really new, but fair enough to say it hasn't been done for supplements.

The company claims that 'The DFT formula supports energy & circulation, promoting clean, healthy weight management.'



I'm not sure what all natural, clean, and healthy weight management is, but congratulations to Thrive for using three huge, completely meaningless nutrition buzzwords in one paragraph! What a feat!

They also state that there is better bioavailability of the product's active ingredients when absorbed in patch form, and that the DFT formula doesn't aid in muscle breakdown or deterioration like other weight loss products.

You should know though that unless you're taking amphetamines, no weight loss *product* causes muscle breakdown. That happens when you injure your muscles physically or chemically. Muscle deterioration, or atrophy, happens when you either don't move enough or don't eat enough. So THRIVE's claim is essentially meaningless.

As an aside, I love that the patches are all pretty with colors and designs, as if people aren't going to look at you like you have 2 heads for wearing a weight-loss patch if it looks cute. My personal fave is the one that says, 'hey girl'...you thrivin'?' Ha ha ha!! Good one, THRIVE!!

The company goes on to encourage people to take a whole load of their products together, for the 'premium' experience. It states: "For Premium results, use THRIVE DFT daily, with THRIVE Capsule and THRIVE Shake Mix." Okay, wait. Didn't they say something about no pills or shakes? What the...

"In a world overflowing with nutritional nonsense, Abby Langer is the rare expert bringing light to dietary darkness. Good Food, Bad Diet is exceptional."

~ James Fell ~
*author of The Holy Shit Moment*

"You can trust Abby Langer to get you out of the diet trap and onto a truly healthy path for life. She not only has the nutrition expertise, she has a gutsy way of cutting through all the BS, and she offers clear, practical strategies for making lasting change."

~ Ellie Krieger, MS, RD ~
*Food Network and Public Television personality, and award-winning cookbook author*

Find Out More



TOPICS

Ask Abby (1)

Blog Posts (192)

Diet Reviews (84)

Learning Curve (20)

Recipes (148)

Videos (1)

ARCHIVES

Select Month

SIGN UP TO STAY UPDATED

Sign up for my newsletter to stay up to date on my posts!

First Name

Last Name

E-Mail Address

Go





THRIVE DFT is one thing, but then if you really want great results, the company encourages the DFT Ultra. And then, if you want really really REALLY great results, the company suggests the Black Label, which is more effective than even the DFT Ultra, 'taking the whole THRIVE 8 week experience to a whole new level'.



**Hidden Valley Ranch Dips**

Hidden Valley Ranch dips are the refresher your snacking's been lacking. Get dipping!

Hidden Valley® Ranch    Get Recipes

I mean, if I was gullible and not well-versed in science, they might convince me to spend tons of money using this upselling, 'go hard or go home' tactic. But me being who I am, I just get a headache looking at the relentless 'convince you to spend more and more of your money to get an even better result' BS on the site.

So what's in this stuff, anyhow?

Let's take a look at the plain old THRIVE DFT, the super crazy premium THRIVE Black Label, the THRIVE shake, and a brief peek at the vitamin capsules (M or W, depending on your gender)

**THRIVE DFT:** Forslean®, Green Coffee Bean Extract, Garcinia Cambogia, CoQ10, White Willow Bark, Cosmoperine®.

**Black Label:** Forslean®, Green Coffee Bean Extract, Garcinia Cambogia, CoQ10, Cosmoperine®, Satiereal Saffron Extract, Green Tea Extract, White Willow Bark, 5-HTP (amino acid), L-Theanine (amino acid), L-Arginine (amino acid), Quercetin (flavonoid), Guarana (herbal stimulant), Yerba Mate (herbal stimulant), B12 (vitamin).

**THRIVE Shake:** 123 calories, 15g protein, 3g fiber, 2g fat, 11g carbohydrate, with most of the vitamins and minerals you'll find in any multivitamin (or *ahem* a balanced diet).

It also contains a 'proprietary blend' that consists of some digestive and fruit enzymes (mostly useless), caffeine (drink a coffee), lactobacillus (eat a yogurt), plus ginger root, cardamom, and cinnamon (sounds like my mom's rice pudding recipe).

What's the evidence?

Thrive's Forslean® is basically a herb called *Coleus Forskohlii*, which has not been shown in any reputable studies to cause weight loss. This is despite its reputation to the contrary and its long-term use in Asian medicine for things like skin conditions, asthma, and obesity, among others.



THE NISSAN
THRILL OF
THE DRIVE
SALES EVENT

$14,830

THE 2020 NISSAN SENTRA® SEDAN

SHOP NOW

Cosmoperine® is a metabolite of black pepper which is supposed to enhance the absorption of Forslean and that seems to be its main purpose in this product.

What they've basically done is throw a bunch of ingredients together. Some, like white willow bark, CoQ10, enzymes, green coffee bean, and amino acids, have never been proven to cause weight loss, and some – like garcinia cambogia, saffron extract, and yerba mate – have weak evidence that they might work for weight loss. But none of this evidence has been studied in trials using a patch delivery system. And neither has Thrive. Oh, I already said that. Just checking that you get that..no evidence!

**The THRIVE shake** is super low in calories and I can't find anything in it of any value. What's it's purpose, anyways? I can't figure it out. Eat real food.

**The THRIVE M and W** are supplements that have everything that a multivitamin has, plus a few enzymes and probiotics. FYI: No one needs 1667% of their DRI for vitamin B12. Yikers.

One of the claims for this product is that it 'calms general discomfort'. Like the discomfort I feel when I think of people buying THRIVE and believing that it works better than REAL FOOD?

In Short:

No matter how confident a company is about its brand, if it can't produce evidence that its product works, then why are you buying it?

Fancy science like cute patches (hey girl, you thrivin'?') pales in comparison when it doesn't necessarily deliver promised results.

There is really no compelling evidence that any of the ingredients in THRIVE cause weight loss. In fact, you can get most of the ingredients in a multivitamin and some real food. Supplements like garcinia, green coffee bean, and white willow etc etc aren't magical. If they were magical weight loss miracles, someone would have caught on by now.



HARLEY—DAVIDSON VISA

VISA

Unlock $150
in H-D gift cards.



Throwing a bunch of herbs and other ingredients together doesn't instantly make them effective. Weak evidence + weak evidence equals.....weak evidence?

And no, they don't become magic when combined with THRIVE's other ingredients or delivered by patch, so don't even go there.

It's not cool to upsell all over the place and make vulnerable people feel like they need to buy a premium product plus plus plus to get the best results. If THRIVE DFT really works, why is it less effective than the Black Label? Make a product that works without upselling.

Multi Level Marketing is annoying. Stop bugging your friends to buy diet supplements. It makes everyone uncomfortable and they just don't have the heart to tell you.

**The Verdict?**

Leave it. I believe it's expensive multivitamins and useless other stuff packaged in a pretty way. And those patches...cute, but I'm not convinced they increase the efficacy of the product. Nothing magical to see here, people. Move on.

| f Share | 🐦 Tweet | 📌 Pin |
|---------|---------|--------|

«« Previous: Scale Obsession: 4 Reasons Why You Should Throw Your Scale Into The Garbage

Next: One-Pot Chicken with Preserved Lemon and Couscous »»

# McArthur Declaration

## **Attachment 8**



BLOG

## *AN UNBIASED REVIEW OF LE-VEL THRIVE*

SEPTEMBER 20, 2017

116
SHARES



| Share | Tweet |
|---|---|

| Pin |
|---|

116
SHARES

*Read this honest Le-vel Thrive Review by a holistic nutritionist before you invest in weight loss patches, capsules and shakes!*

## WHAT IS LE-VEL THRIVE?

Out of all the review requests I've received recently, Le-Vel Thrive has been at the top of the list.

I get more requests to review this company than any other, and I can see why. They're exploding.

The company started in 2012 and has made a billion dollars in the past five years. That's pretty impressive. But I have to be honest, something about this company rings really dishonest to me.

Le-Vel is a direct selling company offering a so-called "health and wellness experience". Thrive is a three-step regimen consisting of Thrive capsules, Thrive Lifestyle Mix and Thrive DFT.

The whole thing is meant as a premium lifestyle plan to help individuals reach peak physical and mental levels.

## MY LE-VEL THRIVE REVIEW — IS THIS LEGIT OR ONE BIG SCAM?

Let's take a closer look. Starting with the customer service experience.

You have to comment on their Facebook page, be contacted by a rep, and only then can you be invited to create an account – and only *after that* can you reach out to customer service to ask any questions.

I would have just looked at the information provided by the company on the ingredients they use, their practices, the benefits of their products – but there is next to none. Which is incredibly bizarre.

I first asked if the products were certified GMO-free and was told not that they were certified but that they were "GMO-free."

## FIRST IMPRESSION OF LE-VEL THRIVE — SOMETHING IS FISHY!

This is a huge difference.

116
SHARES

I'm not saying the products contain GMOs. But I am saying I do have legitimate doubts about this claim without a certification. Because ingredients contained within these products are some of the highest genetically modified foods, upward of 90% of soy and corn are GMO and both are contained in these products.

The customer service rep went on to tell me,

> " We source **all our ingredients** *from fruit and vegetable farms from around th* *farms certified organic and some are not. (emphasis mine)*

Wait, hold on a minute. You source *all ingredients* from fruit and vegetable farms? **That is a flat out lie.**

First, not every ingredient, in fact I'd say majority of the ingredients in Le-Vel Thrive products – are not from fruit and vegetable farms.

I mean, last I checked, synthetic vitamins, MSG and artificial sweeteners don't grow on trees.

I probed further, asking the following:

- Are you *certified* GMO-free?
- What about the ingredients you don't obtain from farms because they simply don't come from farms, like caramel color, maltodextrin, sucralose, natural flavors, etc? These are not made in farms. They're made in labs.
- Is the hydrolyzed collagen from grass-fed, organic animals?

## THE INFORMATION I RECEIVED ABOUT THE INGREDIENTS DIDN'T SEEM ACCURATE AT ALL.

I was again told that Le-Vel Thrive products are GMO-free but no mention of certification. And without a certification – I don't blindly trust that anything is GMO-free, whether it's Thrive products or a bag of chips.

I was told that the whey is non-GMO and therefore organic and grass-fed. Clearly, this person had no idea what they were talking about.

Just because whey is non-GMO does not mean that it's grass-fed and/or organic. In fact, the majority of non-GMO whey in the US comes from cows in concentrated animal feeding operations (CAFOs) being fed non-GMO soy and corn.

Just because something is non-GMO (which I question the validity of in the first place) does not mean it's grass-fed. There's a HUGE difference. Again, it's possible that it's grass-fed, but this person didn't

116
SHARES

seem to have any actual idea what grass-fed means.

I was also told that *nothing synthetic is used in these products*. Word for word, that is what I was told.




116
SHARES

So in the same breath, you're telling me that the products are non-GMO, that the whey is grass-fed and organic just because it's non-GMO, that you can't disclose where the corn is sourced from and that not a single ingredient is synthetic?

That's simply false and it makes it extremely difficult to believe anything I was told during my research for this Le-Vel Thrive review.

Splenda is synthetic. Folic acid is synthetic. Caramel color is synthetic. Natural flavors are synthetic. Potassium sorbate is synthetic. Modified starch is synthetic. The list goes on and on.

These products weren't made in nature. They're man-made in a lab.

Last time I checked, nature doesn't make patches that help you lose weight or foam that delivers vitamins.



## WHAT'S REALLY IN LE-VEL THRIVE CAPSULES AND PATCHES?

If you take away one thing from this Le-Vel Thrive review, let it be this:

You're consuming these products, you're consuming carcinogens, preservatives, additives, artificial sweeteners and MSG (among other things).

For a brief overview without getting into the studies, scientific literature and my getting pissed off about people applying patches to their arms thinking it's a healthy and effective way to lose weight:

- these products are not *certified* GMO-free – if you've grossed a billion dollars in five years, you can afford the certification
- these products contain probable carcinogens, aka ingredients that have been shown to cause cancer
- these ingredients contain processed food-like products (potassium sorbate, caramel colors, maltodextrin, natural flavors, etc)
- these products contain artificial sweeteners (sucralose aka Splenda!)
- these products contain MSG (modified starch, natural flavors, modified food starch and potentially corn starch)
- these products contain synthetic vitamins that have been linked to cancer (folic acid)

As part of my Le-Vel Thrive review, I will share a few of the ingredient labels and then delve into the specifically harmful ingredients contained within these products.

### INGREDIENTS OF LE-VEL THRIVE LIFESTYLE MIX:

The Lifestyle Mix

116
SHARES

Proprietary Blend: 1595 mg *
[Oat fiber, Garcinia fruit extract, Natural Caffeine from Black Tea, Rice Bran,
Lactobacillus Acidophilus, Amylase 5000, Bromelain 600GDU, Cellulase 1000,
Lipase1000, Papain 6000 USP, Protease 5000, Protease 1000, Ginger root,
Cardomom seed extract, Cinnamon bark extract]

* Percent Daily Values are not established.
**Percent Daily Values are based on a 2,000 calorie diet.
Your daily values may be higher or lower depending on your calorie needs.

Other Ingredients: Protein Blend (Soy, Pea, Whey concentrate), Maltodextrin,
Cocoa Powder, Sunflower Oil, Xanthan Gum, Sucralose, Magnasweet™ (natural
flavor), Corn Starch, Natural Flavors, Caramel Color, Stevia Leaf Extract.

Contains: Milk and soy

## INGREDIENTS OF LE-VEL PREMIUM LIFESTYLE SHOT:

The Premium Lifestyle Shot

### Supplement Facts:

Serving Size: 1 Bottle (2 fl oz / 60ml)   Servings Per Container: 12

| | Amount Per Serving | % Daily Value** |
|---|---|---|
| Vitamin C (as Ascorbic Acid) | 100 mg | 167% |
| Riboflavin | 1 mg | 59% |
| Niacin (as Niacinamide) | 20 mg | 100% |
| Vitamin B6 (as Pyridoxine Hydrochloride) | 10 mg | 500% |
| Folic Acid | 100 mcg | 25% |
| Vitamin B12 (as Cyanocobalamin) | 500 mcg | 8333% |
| Pantothenic Acid (as D-Calcium Pantothenate) | 20 mg | 200% |
| Thrive Energy Complex: | 1490 mg | * |
| N-Acetyl L-Tyrosine, Taurine, Glucuronolactone, Caffeine, L-Glycine, Gamma-Aminobutyric Acid (GABA) | | |

* Percent Daily Values are not established. **Percent Daily
Values are based on a 2,000 calorie diet. Your daily values
may be higher or lower depending on your calorie needs.

Other Ingredients: Purified Water, Natural Flavor, Malic Acid,
Potassium Sorbate, Sucralose.

## INGREDIENTS OF LE-VEL THRIVE BOOST PREMIUM GREENS BEVERAGE:

Boost Premium Greens Beverage

116
SHARES

## Supplement Facts:

Serving Size: 1 packet (10g)   Servings Per Container: 30

| | Amount Per Serving: | % Daily Value** |
|---|---|---|
| Total Calories | 25 | |
| Calories from Fat | 5 | |
| Total Fat | <1 g | <2% |
| Total Carbohydrate | 5 g | 2% |
| Sugars | 2 g | * |
| Vitamin E (as d-alpha tocopheryl succinate) | 66 IU | 220% |
| Sunflower Lecithin | 670 mg | * |
| Sodium Copper Chlorophyllin | 13 mg | * |
| Vinpocetine (from Vinca Minor) | 0.67 mg | * |
| Chlorella | 234 mg | * |
| Royal Jelly | 34 mg | * |
| Spinach Leaves | 33 mg | * |
| Bee Pollen | 67 mg | * |
| Coenzyme Q10 | 0.67 mg | * |
| Fructooligosaccharides (FOS) | 134 mg | * |
| Probiotic Cultures L. casei ssp. Rhamnosus, B. breve, B. longum, S. thermophilus, L. acidophilus, L. casei, L. bulgaricus. | 250 mil CFU | * |
| Enzyme Blend Amylase, cellulase, protease, lipase, lactase, maltase. | 33 mg | * |
| Vegetable Blend Spirulina, Alfalfa leaf powder, Wheat grass powder, Barley grass powder, Beet root powder and juice, Nova Scotia Dulce leaf powder, Ginger root powder. | 2,220 mg | * |
| Fruit Blend Acerola fruit extract, Apple fiber, Citrus bioflavanoids complex, Raspberry fruit powder, Bilberry fruit extract. | 415 mg | * |
| Herbal Blend Green Tea leaf powder, Licorice root extract, Flaxseed powder, Echinacea Purpurea aerial parts powder, Eleuthero root extract, Milk Thistle extract, Suma root powder, Astragalus root extract, Ginkgo leaf extract, Ashwagandha root, Grape seed extract. | 462 mg | * |

* Daily Values not established  ** Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

Other Ingredients: Fructose, Maltodextrin, Natural Flavors, Silicon Dioxide, Stevia Leaf Extract, Xanthan Gum, Thaumatin Extract (Talin ™), Glycyrrhizic Acid (Magnasweet®), Gum Acacia, Rice Flour, Dextrose, Modified Starch.

Contains: Milk, Wheat (Gluten Free)

116
SHARES

Wtf is gluten-free wheat?

## INGREDIENTS OF LE-VEL THRIVE COLLAGEN PROTEIN GEL:

Collagen Protein Gel

## Supplement Facts:

Serving Size: 1 packet (30 ml)   Servings Per Container: 16

| | Amount Per Serving: | % Daily Value** |
|---|---|---|
| Calories | 90 | |
| Total Carbohydrate | 8 g | 3% |
| Sugars | 6 g | * |
| Protein | 15 g | |

Ingredients: Hydrolyzed Collagen Peptides, Purified Water, Fructose, Citric Acid, Natural Flavor, Potassium Sorbate, Stevia Leaf Extract, Glycerin

* Daily Values not established.
** Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

## INGREDIENTS OF LE-VEL THRIVE THE WOMEN'S MULTIVITAMIN:

**Supplement Facts:**

| Serving Size: 1 capsule | Servings Per Container: 2 | |
|---|---|---|
| | Amount Per Serving: | % Daily Value** |
| Vitamin A (as Vitamin A acetate) | 1500 IU | 30% |
| Vitamin B1 (Thiamine) | 1.4 mg | 100% |
| Vitamin B2 (Riboflavin) | 1.7 mg | 100% |
| Vitamin B3 (Niacinamide) | 12 mg | 60% |
| Vitamin B5 (Pantothenic acid) | 10 mg | 100% |
| Vitamin B6 (Pyridoxine) | 2 mg | 100% |
| Folic acid | 800 mcg | 200% |
| Vitamin B12 | 100 mcg | 1667% |
| Vitamin D3 | 200 IU | 50% |
| Chromium (as chromium AAC) | 200 mcg | 167% |
| Selenium (as Selenium AAC) | 90 mcg | 125% |
| Vanadium (as Vanadium AAC) | 25 mcg | * |

**Proprietary Blend:** 527 mg
B lactis, L. acidophilus, L. casei, L. helveticus, L. salivarius, L. plantarum, L. rhamnosus, Guarana Caffeine, Green tea Caffeine, Glucosamine, White Willow Ext, Glutamine, Green Coffee Bean, PEA, Kelp, Irvingia Extract, BCAA Blend, Theobromine, Ginger Ext, Citrus Aurantium Ext, Aspartic Acid, L-Serine, Grape Seed Ext, CoQ 10, White Tea Ext

* Daily Values not established   ** Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

**Other ingredients:** Stearic Acid, Silica, gelatin

Contains: Shellfish

## INGREDIENTS OF LE-VEL THRIVE THE MEN'S MULTIVITAMIN:

**Supplement Facts:**

| Serving Size: 1 capsule | Servings Per Container: 2 | |
|---|---|---|
| | Amount Per Serving: | % Daily Value** |
| Vitamin A (as Vitamin A acetate) | 1500 IU | 30% |
| Vitamin B1 (Thiamine) | 1.4 mg | 100% |
| Vitamin B2 (Riboflavin) | 1.7 mg | 100% |
| Vitamin B3 (Niacinamide) | 12 mg | 60% |
| Vitamin B5 (Pantothenic acid) | 10 mg | 100% |
| Vitamin B6 (Pyridoxine) | 2 mg | 100% |
| Folic acid | 800 mcg | 200% |
| Vitamin B12 | 100 mcg | 1667% |
| Vitamin D3 | 200 IU | 50% |
| Chromium (as chromium AAC) | 200 mcg | 167% |
| Selenium (as Selenium AAC) | 90 mcg | 125% |
| Vanadium (as Vanadium AAC) | 25 mcg | * |

**Proprietary Blend:** 526 mg
B lactis, L. acidophilus, L. casei, L. helveticus, L. salivarius, L. plantarum, L. rhamnosus, Guarana Caffeine, Green tea Caffeine, Glucosamine, White Willow Ext, Green Coffee Bean, PEA, Irvingia Ext, Theobromine, Ginger Ext, Citrus Aurantium Ext, Glutamine, L-Arginine, Grape Seed Ext, BCAA Blend, CoQ 10, Kelp, White Tea Ext

* Daily Values not established   ** Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

**Other ingredients:** Stearic Acid, Silica, gelatin

Contains: Shellfish

116
SHARES

## MY HONEST OPINION ABOUT LE-VEL THRIVE MULTIVITAMINS :

A quick note about these multivitamins before we delve into the horrible ingredients in these products: the vitamin and mineral makeup of these multis isn't even good.

There are SO many better multivitamins on the market that contain more vitamins and minerals and are made of organic food!

Compare the above multivitamins to the one I take, which is an organic, food based multi. It has a ton more vitamins, minerals, enzymes and herbs!

Also – the Thrive vitamins are $60 for a month-long supply – that's insane. They're incredibly

overpriced – especially considering how few vitamins and minerals you get – and not to mention the one

I use is made up of organic food which provides vitamins and minerals that are actually bioavailable and

easy to digest!

The multivitamin I personally use, seen below, is **$32.89 for a three month supply**! You can see it

here.

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin A (as Beta Carotene from Organic Food Blend) | 5,000 IU | 100% |
| Vitamin C (from Organic Food Blend) | 60 mg | 100% |
| Vitamin D (D3 from Lichen) | 1,000 IU | 250% |
| Vitamin E (from Organic Food Blend) | 30 IU | 100% |
| Vitamin K (K Complex with K2 MK-7) | 80 mcg | 100% |
| Thiamin (Vitamin B1 from Organic Food Blend) | 2 mg | 130% |
| Riboflavin (Vitamin B2 from Organic Food Blend) | 2 mg | 120% |
| Niacin (from Organic Food Blend) | 20 mg | 100% |
| Vitamin B6 (from Organic Food Blend) | 10 mg | 500% |
| Folate (from Organic Food Blend) | 800 mcg | 200% |
| Vitamin B12* (as Methylcobalamin) | 30 mcg | 500% |
| Biotin (from Organic Food Blend) | 300 mcg | 100% |
| Pantothenic Acid (from Organic Food Blend) | 10 mg | 100% |
| Calcium (from Organic Food Blend) | 15 mg | 2% |
| Iron (from Organic Food Blend) | 18 mg | 100% |
| Iodine (from Organic Food Blend) | 150 mcg | 100% |
| Magnesium (from Organic Food Blend) | 6 mg | 2% |
| Zinc (from Organic Food Blend) | 5 mg | 35% |
| Selenium (from Organic Food Blend) | 70 mcg | 100% |
| Manganese (from Organic Food Blend) | 1 mg | 50% |
| Chromium (from Organic Food Blend) | 120 mcg | 100% |
| **Certified Organic Food Blend** | **1.1 g** | + |
| Organic Curry *Murraya koenigii* (leaf), Organic *Sesbania grandiflora* (leaf), Organic Guava (fruit & leaf), Organic Amla Berry (fruit), Organic Sea Kelp, Organic Lemon (peel), Organic Annatto (fruit & seed), Organic Holy Basil (leaf), Organic Moringa (leaf), Organic Apple (fruit), Organic Beet (root), Organic Broccoli (stalk & flower), Organic Carrot (root), Organic Spinach (leaf), Organic Tomato (fruit), Organic Strawberry (fruit), Organic Cherry (fruit), Organic Blackberry (fruit), Organic Green Bell Pepper (fruit), Organic Brussels Sprout (leaf), Organic Ginger (root), Organic Blueberry (fruit), Organic Garlic (bulb), Organic Green Onion (bulb), Organic Raspberry (fruit), Organic Parsley (leaf), Organic Cauliflower (flower & stem), Organic Red Cabbage (leaf), Organic Kale (leaf), Organic Cucumber (gourd), Organic Celery (stalk), Organic Asparagus (flower & stem) | | |
| **Certified Organic Stomach Soothing Blend** | **100 mg** | + |
| Organic Lemon (fruit), Organic Tomato (fruit), Organic Ginger (root), Organic Peppermint (leaf) | | |



116
SHARES

# 7 REASONS WHY I DO NOT RECOMMEND LE-VEL THRIVE PRODUCTS:

**FOLIC ACID**

Folic acid is the synthetic form of folate, which has proven to be particularly problematic.

Folate is a naturally occurring water soluble B vitamin. Folic acid, however, is a synthesized form of folate that the body is unable to properly absorb or utilize.

In fact, folic acid supplementation has even been linked to cancer.

> *…in the Journal of the American Medical Association — suggesting that all the extra folic acid might increase your odds of developing cancer. "The more we learn about folic acid, the more it's clear that giving it to everyone has very real risks," says folic acid researcher David Smith, PhD, a professor of pharmacology at the University of Oxford in England.*

Another study out of Chile linked folic acid supplementation with an increased risk of colon cancer.

And yet another study out of Norway linked folic acid supplementation with a 21% increase in lung cancer.

> *Folic acid and B12 supplementation was associated with a 21% increased risk for cancer, a 38% increased risk for dying from the disease, and an 18% increase in deaths from all causes.*

**116**
**SHARES**

While folate is a necessary part of a balanced diet, folic acid has actually been linked to increased rates of cancer (another source for ya).

It's been estimated that 40% of the population has an MTHFR gene mutation which makes people completely inept at absorbing folic acid! Dr. Will Cole has a great article on MTHFR you can check out here.

## SUCRALOSE

These products contain the artificial sweetener, sucralose, also known as Splenda.

From the mouth of the beast,

> *Sucralose is made through a patented, multi-step process that starts with sugar and selectively replaces three hydrogen-oxygen groups on the sugar molecule with three chlorine atoms. The result is an exceptionally stable sweetener that tastes like sugar, but without sugar's calories.*

That's right, it's **chlorinated**. Sucralose destroys beneficial gut flora, thus impairing immune function and promoting obesity.

No. Sucralose is not a natural product – it is not found in nature.  Although sucralose is made from sugar, the sugar molecule is **chemically modified** to make sucralose which is classified as an **artificial sweetener**.

## SOY

This study from Harvard found that men consuming the equivalent of one cup of soy milk per day had 50% lower sperm count than men who did not consume soy (even accounting for other factors like age, caffeine and alcohol intake, etc.).

From the study,

> *There was an inverse association between soy food intake and sperm concentration that remained significant after accounting for age, abstinence time, body mass index, caffeine and alcohol intake and smoking. In the multivariate-adjusted analyses, men in the highest category of soy food intake had 41 million sperm/ml less than men who did not consume soy foods.*

Several studies have also linked soy to **cancer**.

> *...this pilot study indicates that prolonged consumption of soy protein isolate has a stimulatory effect on the premenopausal female breast, characterized by increased secretion of breast fluid, the appearance of hyperplastic epithelial cells, and elevated levels of plasma estradiol. Source*

as well as,

> *We have demonstrated that the isoflavone, genistein, stimulates growth of estrogen-dependent human breast cancer (MCF-7) cells in vivo...Here we present new information that soy protein isolates containing increasing concentrations of genistein stimulate the growth of estrogen-dependent breast cancer cells in vivo in a dose-dependent manner. Source*

## MALTODEXTRIN

I reached out to Thrive (or Level? what do I call them? the branding is NOT clear at all) about their maltodextrin and was told it's made from rice, which is better than corn but is still an overly processed

116
SHARES

additive that should be avoided by those with high blood sugar, insulin resistance, obesity and/or diabetes.

There is evidence that maltodextrin can alter gut flora and suppress beneficial bacteria in the gut.

## CORN STARCH AND MODIFIED STARCH AKA MONOSODIUM GLUTAMATE (MSG)

116
SHARES

Corn starch and modified starch are two names that MSG masquerades under. There is no legal reason to disclose this information as the FDA does not require companies to do so.

Glutamic acid is found in foods like tomatoes, beef, walnuts, peas, etc. Monosodium glutamate, however, is manufactured glutamic acid that takes on an entirely different chemical composition and reacts differently in the body.

Studies have linked MSG to nonalcoholic fatty liver disease (NAFLD) and nonalcoholic steatohepatitis (NASH) as well as type 2 diabetes, inflammation and obesity. From this study,

> " We previously reported that injection of monosodium glutamate (MSG) in ICR mice leads to the development of significant inflammation, central obesity, and type 2 diabetes. To directly address the long-term consequences of MSG on inflammation, we have performed serial analysis of MSG-injected mice and focused in particular on liver pathology. By 6 and 12 months of age, all MSG-treated mice developed NAFLD and NASH-like histology, respectively. In particular, the murine steatohepatitis at 12 months was virtually undistinguishable from human NASH.

Meanwhile, this study linked MSG to cognitive decline, learning disability and impaired memory function. This study linked MSG to headaches. This study linked MSG to pancreatic dysfunction and diabetes.

## CARAMEL COLOR

Caramel color, not to be confused with actual caramel (made of cream and sugar), is made using ammonia and sulfites under high pressure.

Caramel color is most notably added to soft drinks, like Coke or Pepsi.

Johns Hopkins did a study on the caramel color found in these drinks and determined that it is indeed a carcinogen.

*"Soft drink consumers are being exposed to an avoidable and unnecessary cancer risk from an ingredient that is being added to these beverages simply for aesthetic purposes," says* Keeve Nachman, *PhD, senior author of the study and director of the Food Production and Public Health Program at the CLF and an assistant professor at the Johns Hopkins Bloomberg School of Public Health "This unnecessary exposure poses a threat to public health and raises questions about the continued use of caramel coloring in soda."* Source

## POTASSIUM SORBATE

PS is a common chemical made in a lab that serves as a preservative, to extend the shelf-life of food. Because why shouldn't food sit out for months, even years at a time without going bad?

From Fooducate,



> *However, two studies have shown that potassium sorbate has the potential to mess with our DNA. In* one study*, PS is clearly seen to be genotoxic to the human peripheral blood lymphocytes (white blood cells). In* another study*, potassium sorbate mixed with ascorbic acid (vitamin C, which is present in many foods), caused mutagenicity and DNA-damaging activity. the risk demonstrated in the studies is very low, but it is statistically significant.*

## THE CONCLUSION OF MY LE-VEL THRIVE REVIEW:

So let me sum up my Le-Vel Thrive review:

This scammy company has made **a billion dollars in five years** by selling carcinogens, additives, preservatives, synthetic vitamins and overall unhealthy, overly processed, trendy products to unsuspecting people who don't know what they're actually consuming.

To people who want to get healthy. To people who want to make an income and put their kids through college.

This is not okay with me and this is why I wrote this Le-Vel Thrive review.

People need to know what they're selling and what they're buying – because

I'm willing to bet the majority of the people who sell and consume these products are good people who are completely unaware that folic acid and caramel color have been directly linked to cancer.

These people don't know that they're consuming preservatives linked to altered and damaged DNA.

116
SHARES

They don't know they're consuming artificial sweeteners that damage gut health. **You deserve to know the truth.**

116
SHARES

## HEALTH DOES NOT COME IN A PATCH. IT DOESN'T COME IN A MEAL REPLACEMENT SHAKE.

We have overcomplicated the key to health which is real, organic, unprocessed food, good sleep, low stress, exercise and a fun lifestyle.

Think about it. You're applying a patch to your arm to lose weight. That's nuts.

(Side note: I asked how these work and was told directly from the company "Support is not able to explain the science behind DFT Duo.").

I mean, we've come so far away from the simple truth: real food is the key to health.

Not shakes, not patches, not gel foam derma technology.

For more unbiased reviews, check out my:

- Review of Flat Tummy Tea
- Review of Beautycounter
- Review of Monat
- Review of Doterra
- Review of It Works

**DID YOU ENJOY MY LEVEL THRIVE REVIEW? LET ME KNOW IN THE COMMENTS SECTION BELOW! AND LET'S CONNECT ON INSTAGRAM!**

# McArthur Declaration

# **Attachment 9**






BLOG    HOME    ABOUT    CONSUMER PROTECTION    CONTACT    ARCHIVE

## Is Le-vel Thrive a Scam?

June 14, 2020 by Lazy Man — 468 Comments

[We're in the world of COVID-19 and I'm homeschooling two kids on two curricula at the same time. My military wife is deployed helping with the COVID-19 response.

However, the FTC has warned many MLM companies about COVID-19 claims about health and investment claims. I thought it may be useful to refresh (not republish) this article with this message. It may give you a flavor for how MLMs work in general.

Le-Vel tried to sue me for the article below... **AND I WON!** The court's decision is here. Their conclusion states, "We decide in [Lazy Man's] favor on his first, second, third, fourth, fifth, sixth, seventh, and tenth issues. We need not reach [Lazy Man's] eighth and ninth issues."

The court also ruled that Le-Vel must pay sanctions, which in my understanding, is money they have to pay for bad behavior with their lawsuit. Score one for this blogger who was only giving his opinion on a reader's question.

I have provided this information so that you can make an informed decision. I encourage everyone to look for sources that are not influenced by Le-Vel's money.]

About 6 weeks ago, regular reader Jason wrote me:

> "[My neighbor] has started this 'Thrive' regimen with a patch, a pill, and perhaps some other lifestyle changes, and posts daily pictures of herself on Facebook to 'document' her progress with weight-loss. To me, this looks to be just another one of the plethora of scams and schemes out there. What do you know about this 'company'? Perhaps you've already written articles on it that I wasn't aware of. If not... perhaps this could be one to look into and write about for future articles.



Earlier this month, Talking Points Memo wrote a great article about MLM which featured a Le-vel distributor: How Utah Became a Bizarre, Blissful Epicenter for Get-Rich-Quick Schemes

So let's dig in and see what we can learn about Le-vel Thrive.

## What is THRIVE?

Thrive is a series of products from the Le-vel MLM. I'll cover a few of them in the article below.

**THRIVE Premium Lifestyle DFT™ Patch**

The aforementioned Talking Points Memo article gives an introduction to the Thrive patch. It is as good a place to start as any:

> "After a week of wearing the Thrive nutritional patch, Denise Holbrook discovered what seemed like superhuman strength. When her husband fainted outside of a hospital, she caught him. 'How the hell am I holding up a 200-pound man by myself?' she remembers thinking... In a post, she announced that she thought it would be selfish not to share the supplement, considering it had allowed her to stop taking anti-anxiety medication and stay awake after sleepless nights amid her husband's deterioration."

The article continues:

> Still, few dietary supplements have the kind of negative reviews that Thrive does, and many have been evaluated with much more thoroughness by the scientific community. (Q Sciences, for instance, claims its products are backed by research at 15 universities.) So why do distributors choose Thrive, in spite of so many stories about sketchy side effects?

When pressed by the author, Denise Holbrook said, "It's a lot of mind-over-matter."





### AS SEEN IN...

The Washington Post
THE CONSUMERIST msn
USNews lifehacker

### JOIN AND FOLLOW



you@you.com
JOIN!



### SEARCH THE SITE

Search this website





### RECENT COMMENTS

J. Money on Happy National Consumer Protection Week!

Terri on Happy National Consumer Protection Week!

Furball on Safeway's Just For U Program Reviewed

Master Closer on Is Jeunesse a Scam?

J. Money on Invest in Sports Players?



97% of Outback® vehicles sold in the last 10 years are still on the road today.

SUBARU    Explore More



So much to process here:

- There's the obvious adrenaline that would explain holding up a 200-pound man. Also she isn't picking the man off the ground. a majority of his weight was probably still supported.
- There's the typical unbelievable claims that **accompanies many MLM companies according to a Huffington Post article**.
- The claims appear to violate the **FTC endorsement guidelines** of "Using Testimonials That Don't Reflect the Typical Consumer Experience."
- The claims may also violate the FDA rules of marketing supplements. I do not believe that Le-Vel Thrive Patch is an FDA-approved treatment for anxiety. These types of claims have gotten **other MLMs like DoTERRA in trouble with the FDA**.

That's just the stuff from the first quote block. The second quote block highlights the bad reputation Thrive has. The ensuing quote about it being "mind-over-matter" seems to suggest that the Thrive Patch may be the same as the Dove Beauty Patch:



If you intend to watch the video do it now, because I'm going to give some spoilers.

It turns out that the Dove Beauty Patch has no ingredients. Yet all the women were going on and on about how "life altering" the patch was and that they'd buy it. You can see their reactions **on the Today Show as well.**



Thrive's **website about the patch says**: "The DFT™ formula supports the metabolic rate, promoting clean and healthy weight management without aiding in muscle breakdown or deterioration – like a majority of weight loss products available."

I'm curious what "dirty" weight management may be if the patch is about clean weight management. Nonetheless, **the FTC makes it clear how they feel about weight loss patches**:

> "Lose weight with our miracle diet patch or cream! You've seen the ads for diet patches or creams that claim to melt away the pounds. Don't believe them. There's nothing you can wear or apply to your skin that will cause you to lose weight."

So don't take my word for it, take the FTC's.

The same Thrive website says, "Our all natural nutritional formula, combined with our DFT™ delivery system, infuses the derma (skin) with a THRIVE Lifestyle Formula, different than the Capsule & Shake formula. The result is a time released delivery and absorption rate superior to most consumable products."

However, according to **this Wall Street Journal article**, you can't really know if a patch is working without well-designed clinical trials. From a logical standpoint, I know ketchup is getting in my system when I eat it. A ketchup patch? Well, my confidence level in that is close to zero.

Of course, the patch alone would be too easy. Thrive website says, "Individuals using the THRIVE Premium DFT™, in conjunction with THRIVE Premium Lifestyle Capsule™, THRIVE Premium Lifestyle Shake Mix™, and the THRIVE 8 Week Experience™, will experience ultra premium results, unrivaled in regards to Nutrition, Weight Management, and Fitness."

So let's look at the Thrive Capsule and Thrive Shake Mix



**What is the THRIVE Premium Lifestyle Capsule™?**

Le-vel's **website on THRIVE M (the men's capsule)** says, "THRIVE M is a premium formula and a premium approach to your daily lifestyle. Developed from years of experience, science, and perfecting, THRIVE M is the only premium lifestyle capsule of its kind."

For those keeping track that's SEVEN uses of the word "premium" in only THREE quoted sentences (going back to the last heading). Someone get Le-vel a thesaurus. It's easy to call something premium, but that doesn't make it so.

Thrive M is essentially a multivitamin with a proprietary blend of ingredients **which you can see here**. The vitamins and minerals are unexciting. With only 11 vitamins and minerals with an RDA daily value, you can do better with many other products. They don't even put vitamin C or vitamin E in it. You can do much better with **Kirkland Signature Daily Multi Vitamins & Minerals Tablets** (which provides more than 100% of each).

That Kirkland vitamin & minerals costs around 4 cents a pill (at the time of article publishing). For a full year it would cost around $14.60.

~~In sharp contrast, **Thrive M – Premium Lifestyle Capsules Mens** is on Amazon for $62.50 for a 30 day supply.~~ It seems that Thrive M isn't on Amazon anymore, but I see Ebay listings at around the same price. At the $62.50 price, Thrive M – Premium Lifestyle Capsules Mens is about $2.08 a day or $760.42 a year.

(If you want a gender-specific brand of vitamins, you can get **Solimo Women's One Daily Multivitamin Multimineral** and **Solimo Men's One Daily Multivitamin Multimineral** for about the same 4 cents a pill.)

So it appears you can spend less than $15/year for a complete multivitamin... or you can spend more than $750/year for an incomplete one.

Reflect on that for a moment. **You can spend 50 times more money and get less value by going with Le-vel's product.**


30 new EVs by 2025
Learn More

To make matters worse, it is scientifically proven that vitamin and mineral supplements are unnecessary for the general population. See this journal article: **Enough Is Enough: Stop Wasting Money on Vitamin and Mineral Supplements**. As the article notes, vitamin and mineral supplements could even be harmful. The science has gotten exhaustive and it increasing says that most people **shouldn't be buying supplements**.

A strong case could be made that you shouldn't buy either product. However, if you are going to buy one, the choice should be very obvious. I'd rather spend $15 over $750 any day.

I'm not being entirely fair in this comparison. Thrive M has a proprietary blend in addition to vitamins and minerals. Actually in fairness the Kirkland vitamins do as well (Ginseng at least from the description).

The problem with proprietary blends is that you don't know how much of what you are getting. This isn't like the Colonel's secret recipe or Coca-cola's recipe that are meant to taste good. This is your health. You should know what you are paying for. However, even if you knew how much you were getting of the ingredients, they may not benefit you. I didn't see much in the proprietary formula that had the science behind it to show the FDA it had real benefits. That's a list of approved health claims from supplements.

**What is the Thrive Premium Lifestyle Mix™?**

The third product is the Thrive Shake Mix. It seems that every MLM/pyramid scheme needs to have a shake mix nowadays. I've covered a few with **Beachbody's Shakeology**, **One24's NutraBurst**, and **ViSalus' Vi-Shake**.

Thrive's marketing of the mix shouldn't surprise anyone: "THRIVE Mix, combined daily with the THRIVE Capsules and DFT™, completes a premium lifestyle, and a premium you." I guess they had a few more "premium" mentions in there to get off their chest.

Thrive seems to want you to buy all three products. Fortunately the shake has many of the vitamins and minerals that were missing from the multivitamin above. Or should I say unfortunately, because then you have to buy two products to make up the void in one... and you still aren't getting much vitamin C and vitamin E.



On Amazon, **Thrive Premium Shake Mix** costs $45 for 16 servings. That's $2.81 a serving. That's really, really expensive for a shake. You could get **Spiru-Tein Shake** which is about a dollar a serving and has many, many glowing reviews. It might not seem like much, but it is the difference between spending more than $1000 a year on a shake or $350. How many other articles have you read today that saved you $650 a year?

MLMs love shakes and it is easy to understand why. Supplement, fiber, and multivitamins are extremely cheap. You can get 24 grams of protein with **Optimum Nutrition Whey Protein**. At $0.77 a serving and nearly 10,000 awesome reviews on Amazon it seems to be a great value... especially considering that Thrive only has 15 grams of protein. For fiber, you can buy this **Benefiber** (switch to the 500 gram size). At $20, you'll get 500 servings of 3 grams of fiber (1500 grams total). The 5 grams of fiber in Thrive shakes would cost you 6.6 cents (we'll round up to $0.07).

Finally, there's **Optimum Nutrition Opti-Men Supplement**. I can currently buy 240 pills (80 servings) for $22.88 (my Subscribe and Save price) or $0.36 a serving. Opti-Men seems to blow away the vitamins and minerals in both of Thrive's mix and the capsules put together. It even includes it's own proprietary blend, just in case Thrive supporters wanted to play the card that there's other stuff of value in the products.

Between the three products, you'd spend less than a dollar a day to replace about $5 a day of Thrive shake and capsules. That saves you around $1200 a year. Add in the savings of avoiding the patch and it's nearly $2000 in your pocket every year!

## What others are saying

In an effort to provide you with the best information, here are a couple of other sources worth reading.

### Truth In Advertising

**Truth in Advertising** is one of my favorite websites because they, like me, highlight the bits of misleading marketing that consumers should be aware of. The non-profit is truly one of the great unbiased organizations out there looking out for consumer's best interests.



They've twice written about Le-Vel Thrive and each is a great resource:

- **The Thrive Experience**
- **What You Should Know About Thrive**

### Registered Dietitian Abby Langer

Abby Langer **writes a scathing review of Le-Vel**. Here are some of the highlights:

> "The greatest branding can't hide a faulty product, even if you declare that product as 'premium'... One thing I think you should know is that there has never been any research done to verify that THRIVE works... Wherever they came from, testimonials are really not worth the paper (or computer) they're written on. What's really worth something is some good solid research on the product. Search high and low, but you won't find any on THRIVE. There is none...
>
> I'm not sure what all natural, clean, and healthy weight management is, but congratulations to Thrive for using three huge, completely meaningless nutrition buzzwords in one paragraph! What a feat!...
>
> So THRIVE's claim is essentially meaningless...
>
> I mean, if I was gullible and not well-versed in science, they might convince me to spend tons of money using this upselling, 'go hard or go home' tactic. But me being who I am, I just get a headache looking at the relentless 'convince you to spend more and more of your money to get an even better result' BS on the site.
>
> Thrive's Forslean® is basically a herb called Coleus Forskohlii, which has not been shown in any reputable studies to cause weight loss... What they've basically done is throw a bunch of ingredients together... But none of this evidence has been studied in trials using a patch delivery system. And neither has Thrive. Oh, I already said that. Just checking that you get that..no evidence!
>
> The THRIVE shake is super low in calories and I can't find anything in it of any value. What's it's purpose, anyways? I can't figure it out. Eat real food.
>
> There is really no compelling evidence that any of the ingredients in THRIVE cause weight loss."

It's tempting to quote the whole article, but I think this covers most of it sufficiently. I can

see why Abby Langer writes for the Huffington Post with such a comment.



**Iron Beaver Fitness**

Iron Beaver Fitness writes: **Scam DuJour: Thrive by Le-Vel**. One of my favorite quotes is at the beginning when they quote Le-Vel's website and come to the conclusion that the product is irrelevant:

> "Le-Vel was created and envisioned with a greater purpose, a premium plan. This plan is not to create a product, or a product line, but to build a global brand, a new icon." – Le-Vel's website (https://le-vel.com/brand/philosophy)

Le-Vel seems to have threatened them with a lawsuit for hosting images of the products ingredients. Clearly an editorial is allowed to display such images by fair use, but it doesn't stop Le-Vel from attempting to sue them.

**Plant City Observer**

Plant City Observer has **an article on Le-Vel Thrive** titled "Don't waste your money on fitness fallacies." Here are some notable quotes from sports editor Justin Kline:

> "After spending part of my last summer in college convincing a roommate that his Vemma energy drinks were part of an illegal pyramid scheme (which was actually proven to be true last year), I thought I was in the clear. But on Friday, a good friend hit me up about some energy patches... A quick Google search will tell you that these patches are part of the THRIVE eight-week fitness system, an initiative of the Le-Vel company. And a quick look at the Le-Vel website shows that it's a similar kind of multi-level marketing company that Vemma was sold through.
>
> Add in the fact that you're buying product for yourself, as well as to sell to others, and that these companies often ask you to travel and buy tickets to conferences, and you could easily end up losing more money than you make.
>
> But, this isn't a business column. The other reason I can't stand things like this is because the science behind them often disproves them. Essentially, there's a chance that you're losing money on simple bandage patches, glorified Saran wrap and smoothies you could make from the grass in your back yard."

## Recent MLM Developments You Should Know (Update 4/10/2017*)

I believe that anyone considering a "business opportunity", should spend a few hours of research. I think these are two great areas to research:

**1. Must Watch: A Humorous, Detailed Analysis on MLM**

HBO's John Oliver covers MLM in great detail.

In my opinion, it's a tremendous read for any potential customers, but I believe no one should be allowed to sign up as a distributor without viewing this video and signing a disclosure form that they did:



There's a specific Le-Vel mention in that video. I don't think you want to miss it.

(Full Disclosure: I wrote this article long before HBO decided to cover Le-Vel. HBO's and their shows' network's opinions are obviously their own, but I do agree with the video cited here.)

**Another view of the FTC on MLMs**

The FTC Chairwoman recently gave some guidance to MLMs. I think it's important information for anyone considering joining an MLM. **View the FTC guidance here**. It is a little technical, because I believe the audience is MLM companies.

I believe you should ask any sponsor to provide you with a written statement on how that company complies with the FTC guidance. I don't believe it should come from a sponsor, unless it is officially endorsed by the MLM company and the exact language is clearly

disclosed on their website. A salesman trying to get you to join may admit they are clearly in compliance with that guidance, but I believe you should have the whole company agreeing to the FTC guidance.

If the company (as opposed to a distributor) doesn't state a notice of compliance in prominent view with that FTC guidance, I would personally walk away.

**But What About the Business of Le-Vel?**

Le-vel has a "refer 2 and you get yours for free" program. Given the financial information above, it seems to me that it is like convincing two people to buy a Honda Civic for $100,000 so that you can yours for free. Any company would happily do that because they are sending out $60K worth of cars to bring in $200,000 in cash.

This encourages people to throw two people under the bus financially to get free product for themselves. I think that's pretty selfish.

These kinds of programs highlight how overpriced the products are. Obviously the company couldn't stay in business giving it away for free.

The rest of the Le-vel compensation plan looks like every other MLM/pyramid scheme that I've covered. There's the requirement to be Qualified and Active, which means that you have to buy product yourself or sell enough of it each month. As mentioned above, the pricing is banana pants crazy, which is one of a few reasons **why no one would buy a MLM product from you**. That means you are typically going to be left paying for itself, which makes it look like a Pay to Play scheme.

Le-vel seems to have the same car "bonus" as other MLMs. The specifics of the car bonus are left out of the **compensation brochure**. Typically an MLM company requires you to get a lease in your name and reimburses you as long as you maintain the level. However, as many ViSalus distributors found out, when the pyramid implodes they are left with an expensive lease in their name, no bonus from the company, and little income from the business. It's a path to financial ruin

However, the most insane part of the Le-vel "reward" plan is the Waiting Room which you can find at **the bottom of this PDF**. You can place newly recruited people under other people you have recruited in the past. This is the kind of thing that only makes sense in the world of MLM.

If you recruit a person, they should go under you. You should get the rewards for that work. It simply doesn't make sense to give away those rewards to someone else. Thrive's brochure is extremely lacking in details (as you can see), and it wastes value space with women in bikinis, beaches, hot air balloons, etc. Instead the Rewards Plan suggests that this Waiting Room concept allows for "very strategic team building." (Tip: whenever you see "team" in MLM, substitute the words "pyramid" to describe the recruitment hierarchy.)

The compensation plan clearly focuses the rewards on people with the most volume in their downline, not sales to outside people. According to **these FTC guidelines**, that focus would appear to make Thrive a pyramid scheme. Here's what the FTC says.

> "Not all multilevel marketing plans are legitimate. If the money you make is
> based on your sales to the public, it may be a legitimate multilevel marketing
> plan. If the money you make is based on the number of people you recruit and
> your sales to them, it's not. It's a pyramid scheme. Pyramid schemes are illegal,
> and the vast majority of participants lose money."

If you need more information on this, this video is very helpful:



**Le-Vel Manufacturing Facebook Popularity?**

One of the things that most people seem to complain about is how overzealous Le-Vel distributors flood their Facebook. It's one thing if people are genuinely interested in sharing a product they love. It's another thing when they coordinate all their distributors to flood Facebook all at once.

Someone passed along their "Rise and Thrive" attempt coming on Dec. 10th at 8AM CST. See this:

To Add to YOUR Calendars ASAP! Thursday, December 10th @ 8 am CST

Le-Vel LEADERS,

**This Thursday, December 10th...set your calendars and forward this to your ENTIRE TEAM!**

We are asking EVERYONE to post "Rise And THRIVE" on your

**THIS IS IMPORTANT.....Email, text, and share this information PRIVATELY to your team! DO NOT POST THIS in your group messages...and make SURE no one shares this "planned post campaign" on their face book today unless it's a private fb message!**

12k - 40k's......hold a private TEAM CALL today or Wednesday and GET YOUR TEAM READY...another VIRAL push on fb with a SIMPLE message that

(Click For Larger Version)

Of course the Le-Vel leaders want to keep this very quite so that it seems like it is naturally going viral. Overall, it's pretty harmless, but I'm not a fan of secret cult manipulations.

## My Gift to You

If you've read this far, I appreciate your dedication. Whether you found what you were looking for or not in the article above, I want to help you with your financial situation. It's what I do.

Here are two things you can do to put yourself in a better financial position:

- **Create an Emergency Fund** – **Dobot** squirrels small amounts of money from your checking account to its FDIC-insured account. It's 100% free. You simply have to create a goal of having an emergency fund. You don't have to think about it and you'll likely never notice the small amount of money being moved. I've squirreled away more than $1100. You can read my **Dobot review** here.
- **Track Your Money** – Over the years, I've gathered so many financial accounts. Banks, Brokerages, Loans, I got multiple of them all. The best software for tracking them all is **Personal Capital**. You can't get to your destination if you don't know where you are to start. Personal Capital gives you that... and, like Dobot, it is completely free.

For more visit my **five minute financial fixes** article. If neither of the above is helpful, I'm sorry. I appreciate you for just being here. The person recruiting you has a financial incentive to present only one side of the story. Kudos to you for searching for more information to make an informed decision.

## Final Thoughts on Le-Vel Thrive

Between the extremely expensive products, dubious marketing, and what appears to be a pyramid scheme (see aforementioned FTC guidelines), I think it is clear that Le-vel Thrive is a scam. (For more on scams see: **What is a Scam Anyway?**)

I think consumers should make better use of $2000 or more a year... and certainly shouldn't push others to spend that kind of money. Don't try to convince yourself that a pyramid scheme is a legitimate business. Don't try to convince yourself that you are helping people by inflicting a significant financial burden on them. If you are really interested in helping them, suggest some of the products that I mentioned in the article (or other equivalent ones from non-pyramid scheme companies) that are reasonably priced.

Finally, I'd like to make a special pleading for the FTC (SEC or other government agency) to look into Le-Vel and ensure all its practices are legal. In my opinion, they should have a statement page stating how they comply with **with this FTC guidance**. In the past I've found that the FTC simply works too slow in catching MLM/pyramid scheme fraud. For example, it took a decade and millions of lost dollars for the **FTC to catch Fortune High-Tech's MLM pyramid scheme**. More recently it took nearly a decade **for the FTC to halt Vemma for being a pyramid scheme** which claimed to be a legal MLM. Finally, it took decades for the **FTC to help Herbalife victims**.

In each case, consumers found out years later that they were scammed out of hundreds millions of dollars (in aggregate). I agree with Former FTC Economist Peter Vander Nat, Ph.D. **in calling for a federal pyramid scheme rule** as the status quo is not effective in eliminating pyramid schemes. The damage is already done.

Consumers can **make a complaint with the FTC here**.

**Lawyer Stuff: Regarding Updates (Added 4/10/2017)**

It's disappointing to me that I have to cover my butt with disclaimers. I believe we (USA) have freedom of speech and freedom of the press.

**The courts agreed that I published this article for you** (at least in my reading.)
*I STRONGLY IMPORE* everyone to petition the government with your feelings about this as I have done. The official FTC Twitter account has instructions about how you can communicate your opinion of scams and help others avoid being scammed:



FTC ✓
@FTC

If you think you see a scam, talk with someone. Your story could help someone avoid that scam. Then report it to the FTC at FTC.gov/complaint:

Why Report Fraud? (old version - link to updated versio...
Here's a newer version of this video:
https://youtu.be/MUA0wtZVXl3If you think you see a ...
𝒫 youtube.com

1:23 PM · May 20, 2020

♡ 11    ♡ 13    ↗ Copy link to Tweet

This article was originally published on June 26, 2015 (or earlier). It contains the best information I found at the time of publication. If anyone has factual information where I may be incorrect in my *OPINION* above, they are welcome to leave a comment for my own and public review. Readers with different opinions are always free to publicize those opinions elsewhere.

I strive to update this article, and all my articles, with the best information available to help consumers make an informed decision. I may not always achieve that goal due my other career and family obligations, but I do my best. If I've been informed publicly (such as Twitter) multiple times over 1-3 months it will probably get my attention. One easier way is to leave a comment.

Just to make it extremely clear to readers and MLM lawyers looking to sue me, the article above is my constitutionally protected opinion. It's strange that I have to say it and cite the FTC above, but some lawyers act badly when they are offered a bunch of money by a company looking to bully a military family.

Email (and share) This

[ Email ]  [ Facebook ]  [ Twitter ]  [ Pinterest 0 ]

Related

**Le-Vel is Suing Me to Silence Criticism**
Last year a reader wrote me to ask about Le-Vel Thrive. Jason wrote: " [My neighbor] has started this 'Thrive' regiment with a patch, a pill, and perhaps some other lifestyle
February 23, 2016
In "MLM"

**Le-Vel Lawsuit Update**
I apologize to readers, but this is going to be a lost week as far as personal finance blogging goes. Hopefully next week we can get back on track with talking about
February 29, 2016
In "MLM"



**Let's Fight Autism Together!**
July 7, 2017
In "charity"

Filed Under: **MLM**
Tagged With: **Le-vel**, **thrive**

**SIGN UP NOW FOR MONEY TIPS AND A CHANCE TO WIN $25 MONTHLY**

Your Name

Your Email

[ JOIN ]

## Comments

Amy B says
**September 12, 2016 at 12:24 am**

I got pulled into this by a really good friend because it worked wonders for her. My husband and I tried it and now I simply can't afford to keep it up so am having to "wean" myself off all of these stimulants. Any advice would be GREATFULLY appreciated.
I also wanted to ask, my husband and I have both had lower back pain for years. My husband was the worst and now he is PAIN FREE for the first time in 2 years but now we have stopped the patch (stopping one thing at a time) his pain is coming back.
Could you recommend an alternative for whatever the hell has taken away our lower back pain that is in thrive?
Appreciate your help and will try keep an eye on this post :)
Thrive is overpriced, over stimulants that no human really needs to take!!!

**Reply**

TJ says
**October 5, 2016 at 6:30 pm**

Amy, the reduction in pain is coming from the white willow bark that is in their supplements. White willow contains salicin, which is an anti-inflammatory that has been proven to help with back pain. Willow bark has been used for 6000 years to treat pain, and works very similarly to aspirin but in far smaller doses. I would suggest that your husband looks into white willow supplement! You can also google "salicin sources" and find foods that naturally have them. You can get 3 months of white willow bark extract pills on Amazon for $15.

Good luck!

Amy B says
**October 5, 20116 at 7:08 pm**

Thank you. Yes I looked into it and we have a natural pill called "Pain ease" and it has White Willow Bark in it among other things. Its working wonders ?

Vogel says
**October 6, 2016 at 10:30 am**

TJ said: "Amy, the reduction in pain is coming from the white willow bark that is in their supplements."

Not likely. Remember that this is a topical patch, not an oral supplement, and the company doesn't

# McArthur Declaration

## __Attachment 10__



☰    CONTRIBUTE    JOIN TPM    SIGN IN

*Latest*



*56 mins ago*
Biden Announces Enough COVID Vaccine For All Adult Americans By End Of May



*3 hours ago*
5 Points On FBI Director Wray's First Congressional Testimony Since Capitol Attack



*3 hours ago*
Diverse Group Assembles To Punch Back At 'Character Assassination' Of Top DOJ Pick Vanita Gupta

# How Utah Became a Bizarre, Blissful Epicenter for Get-Rich-Quick Schemes



   

**By Alice Hines**

June 9, 2015 11:41 a.m.

Three years ago I walked out of my house and put a .32 pistol to my head."

Jared Allen, a property manager from Idaho, chokes up as he tells this story, a tear running down his weathered face. Jared didn't kill himself that day. He fell to the ground and begged the Lord for help, and soon, his brother-in-law arrived from Canada with a dietary supplement he had designed, EMPowerplus Q96.

ADVERTISING



In the years since his brush with suicide, Jared has gone off Lithium. He works 14-hour days and doesn't even get tired. Now, he's in business selling the supplements—or, as he sees it, helping others find happiness. "There aren't too many things in this world that will pay you a lot of money and give you that fuzzy, warm feeling," says Esther, his wife.

EMPowerplus Q96 is a capsule of grainy, off-white powder, with an odor that recalls chewable Flintstones vitamins. According to its package, it's a blend of minerals, vitamins and amino acids specially formulated to supply the brain with nutrients—but this does little to explain how it makes people feel. Swallow one, devotees say, and the negative thoughts cluttering your mind might gradually melt away, like patches of snow on mountains in the distance.

It's early May and I'm at a Marriott hotel in Salt Lake City for a conference of Q Sciences, the company that sells EMPowerplus Q96. Here, everyone but me is a salesperson, which means these testimonials are also pitches. Q Sciences is a multi-level marketing company, selling not in stores but through regular people, who earn commission from selling products as well as recruiting others to do the same. This last bit makes multi-level marketing unique—and controversial. Trying to wrap your head around the concept of selling a business opportunity to sell a business opportunity to sell a business opportunity can feel like being lost in a hall of mirrors (after ingesting grainy, off-white powder). It's profitable: The industry's biggest players, like Amway, Mary Kay and Herbalife, each bring in upwards of $4 billion per year, according to *Direct Selling News*, a trade publication.



*Q Sciences HQ in Pleasant Grove, Utah*

To figure out how much the workers make, head back to the hall of mirrors. Tales of newly-minted millionaires circulate

**WHAT DO YOU THINK?** ⋮

**How likely or unlikely do you think it is that senators will alter the stimulus checks when the $1.9 trillion plan is taken up by the Senate this week?**

◯ Very likely

◯ Somewhat likely

◯ Somewhat unlikely

◯ Very unlikely

◯ Other / No opinion

NEXT

like cash, as do stories of people who've lost fatal amounts of it. Money is only part of why one joins, though: Here in Utah Valley, distributors preach a gospel of mind-body wellness, founded on healthy supplements and spiritual growth. These suburban towns nestled at the foot of the Rockies are the epicenter of a global industry worth $183 billion. Depending on who you ask, this industry is either a bastion of American innovation or a scam of epic proportions, the Giza of pyramid schemes. Meanwhile, facts that might help you decide which one it is—such as whether distributors earn or lose money, and how much—are difficult to pin down.

At the Q Sciences conference, facts are swept up in avalanches of feelings. One activity consists of standing up and telling the person next to you, "You're the smartest person I've met all day." A motivational video teaches that success depends not on your circumstances, but your state of mind. "You gotta want to succeed as bad as you want to breathe!" proclaims a voice out of a *Rocky* movie. One company doctor gives a speech wearing a white coat, yet turns out to have a degree in Psychology and Christian Counseling when I Google him. He introduces a gadget that looks like a set of VR goggles, a kind of hypnosis device to help you lose weight, quit smoking or relax. It works in part by flashing light into your ears. You aren't able to hear the light, but your brain understands its frequencies like "computer code." It's for sale in the gift shop for $495.

AdChoic





Sacrifice Motivational Montage with Les Br…

ADVERTISING



★ STAR TREK: PICARD ★      ★ THE GOOD FIGHT ★      ★ THE STAND ★

Paramount+ - Sponsored

**Paramount+ Arrives March 4**

Get Offer

After two days, I realize that the most mystifying thing about the Q Sciences conference isn't that the facts don't add up—it's that no one but me cares. Something about being part of this company is appealing enough to make the 300 people here look past reality in favor of something more transcendent. I don't know what that something is, but I suspect it's pretty great. So, on my third day in Utah, after dinner and a bath, I swallow my first capsule of EMPowerplus Q96.



After a week of wearing the Thrive nutritional patch, Denise Holbrook discovered what seemed like superhuman strength. When her husband fainted outside of a hospital, she caught him. "How the hell am I holding up a 200-pound man by myself?" she remembers thinking.

In December 2014, weeks after Denise caught her husband, he died of leukemia at the age of 30. (Denise is 26.) Nine days later, Denise invited her friends on Facebook to learn about Thrive. In a post, she announced that she thought it would be selfish not to share the supplement, considering it had allowed her to stop taking anti-anxiety medication and stay awake after sleepless nights amid her husband's deterioration.



*Denise Holbrook with her Thrive patch*

Denise lives in South Jordan, Utah, off of Interstate 15, the aorta of Utah Valley. As I drive up and down it, I count multi-level marketing office parks marked by pastel signs: eight in Orem, five in Pleasant Grove, four in Provo. There are more of them here than anywhere in the world, though exactly how many is difficult to say, as they open and close as fast as start-ups in a different Valley. Everyone I talk to gives the same reason why: Mormons make up 82 percent of the population in this county, and Latter-Day Saints consider it a joy and privilege to share their religion with others, which makes them amenable to sharing products, too. Mormons also tend to be more open-minded about natural medicine, while abstaining from alcohol, coffee and tobacco. Multi-level marketers here mostly sell dietary supplements. Around the world, though, they promote an arsenal of products—greeting cards, coupons, gas-enhancing liquid, real estate coaching, gold bars.

According to trade association figures, global participants in direct selling, which includes multi-level marketing, earn just

$1,833 a year on average. If you think of it as a salary, this is very low, particularly considering the initial investments some distributors make to grow their businesses. Yet the World Federation of Direct Selling Associations, which published the figures, notes that some participants are only looking for part-time income, or hoping to get discounts on products they use themselves. Meanwhile, those who join to make money rarely see what they do as a job—it's an opportunity to pursue the American Dream, determine their incomes based on hard work and embrace a positive outlook.

From this perspective, $1,833 a year is a steal. Denise makes $1,000 a month already, she says, not yet enough to quit her job at a dentist's office but a decent part-time income. She hopes to one day earn all her income working for Thrive's Dallas-based maker, Le-Vel.

When I meet Denise, she has talked to more than 100 people about Thrive in the five months since her husband's death—on the Internet and in grocery stores and on a trip to Hawaii. She regularly posts selfies to Facebook and Instagram displaying the Thrive patch, which looks like a quit-smoking aid made by Lisa Frank, on her forearm. (Hashtags: #ThriveOn and #Thrivin.) Thrive's patch—officially called Premium Lifestyle DFT™, for Derma Fusion Technology—puts antioxidants, fruit extracts and other supplements into your body via your skin. The company recommends it be used along with daily capsules and a nutritional shake. A month's supply of all three is $190, but if you sign up two customers at that rate, you can get yours for free.

e not selling anything, they say, but sharing things they love.

It's easy to find rapturous stories about Thrive on the Internet—and almost as easy to find distressed, furious reviews. "It is basically legalized crack," writes one former distributor on a forum. "I've never been down right drunk, and never been a

drug user, but I'm assuming that this might be what it feels like to come off of some kind of heavy drug," writes another. Claims a third, "Literally would get lost leaving my home going to the post office (this has never happend before). By day 5 & 6 I was slurring all day-i couldn't make it stop." Others complain of chest pain, blood-pressure spikes, heart palpitations and trips to the ER for caffeine overdose.

In equal proportion are distributors professing their love for Thrive and its positive impact on energy, mood and weight. But even some supportive testimonials speak of bizarre side effects. "Help! I LOVE this product…but when I take it, by 4pm, I smell like I've rolled in a can of hot chicken of the sea!"

I found all this through a simple Google search, and the reviews go on forever: One forum contains 700 comments (35 pages) about Thrive since 2013, as of publication. Le-Vel promoters must see these, yet it doesn't dissuade them from joining. Judging by the comments, many are intrigued by the apparently very real effects of weight loss and energy—and skeptical that the FDA stamp of approval means much. Unlike drugs, the FDA does not approve dietary supplements before they go to market, though it does govern what kinds of claims they are allowed to make: nothing about curing, treating, mitigating or preventing actual diseases.

Still, few dietary supplements have the kind of negative reviews that Thrive does, and many have been evaluated with much more thoroughly by the scientific community. (Q Sciences, for instance, claims its products are backed by research at 15 universities.) So why do distributors choose Thrive, in spite of so many stories about sketchy side effects?

I ask Denise this question a few weeks after our initial encounter, via Facebook message. Her reply: "It's the internet. Haters gonna hate lovers gonna love 😁." In our initial conversation, her explanation about Thrive's health effects

was similarly succinct: "It just works!" she told me. "Even though I'm going through the worst time I've ever gone through, I'm finding a big sense of purpose." As she launched her Thrive business, she moved into a new place, got a dog and started teaching violin again. She's now supporting herself financially. Happiness is a choice, she says, not a result of circumstances: "It's a lot of mind-over-matter."



Mind-over-matter" is the ethos that unites dietary supplements and multi-level marketing. In America, taking a supplement necessitates optimism in the face of limited facts: that the company's claims are researched, that the ingredients are safe and that what they make you feel is more than the placebo effect. Of course, participation in the mainstream medical system requires optimism, too, when many drugs approved by the FDA turn out to be unsafe and are recalled, or are marketed for unapproved uses. Multi-level marketing, meanwhile, requires distributors aspiring to build businesses to have faith that their opportunities will yield more than $1,833 per year.

Usually, when a multi-level marketing company makes the news, it's because distributors made less. One couple from New Mexico accumulated more than $100,000 worth of debt over five years as distributors for Reno-based MXI Corp, they told the *Washington Post* last year. The losses came largely from buying up large quantities of the company's chocolate— or rather, "Xoçaí HealthyChocolate"—in order to advance in the distributor hierarchy and receive higher commissions. They've since filed a lawsuit calling MXI a pyramid scheme. The chocolate is so expensive (roughly $140 for a month's supply) that the only people willing to buy it are trying to build businesses themselves, plaintiffs say. (In the U.S., multi-level marketing companies are generally considered illegal

when they generate a majority of income through recruiting, rather than selling products to consumers.) The couple's story encapsulates almost every negative stereotype about the industry: greedy corporations, quacky, expensive products, brainwashed distributors. It's a reputation enhanced by a track record of targeting vulnerable communities, including Hispanic immigrants (Herbalife), indebted college students (Vemma) and unemployed workers in China.

The thing is, little of what I've read on the Internet about multi-level marketing applies to what I see in Utah. No one I talk to is poor—most are suburban moms, some with college degrees, who cheerfully explain that the industry has empowered them to work flexible hours and spend time with their kids. Partially, this reflects the state's demographics—Utah had the sixth highest median household income in the U.S. in 2013, $62,967—but also the fact that the Mormon church encourages female members to stay in the home. A recent *New York Times* analysis estimated that 46 percent of prime-age women in Utah Valley are not working, compared to 8 percent of men. As a result, their vision of economic success is unique. At a Mother's Day Boutique in South Jordan, a craft fair where half of the booths have nothing to do with crafting, multi-level marketers talk about their operations less as businesses than passion projects. They're not selling anything, they say, but sharing things they love, including candles, body scrubs and charm bracelets.

This cheerfulness could be a trick,   
fostered by companies in order to keep distributors peppily treading water while they sink money into something that's never going to pay off. Or could it be the real deal, evidence that something is paying off? My conversations don't lead to any more definite answers than the income statements and cryptic compensation plans of publicly-held multi-level marketers. One Boutique vendor says her scented candle

income has been enough to allow her to comfortably stay at home with her kids for years while not otherwise working (though she doesn't give exact numbers). Another confesses she's $2,000 in the hole after less than a year selling printed dresses, which are piling up in boxes around her living room.

Amid the uncertainty, two things are clear. First, no one is doing this full-time, to support her entire family. Second, whether they're losing or earning money, the women here are getting sincere, emotional satisfaction out of this work. They're #Thrivin! So does it really matter if this is a job or merely the illusion of one?

For Jeanne Call, who invited me here, it matters a lot, because she has invested significant time and money into building a business with dōTERRA, a "therapeutic-grade" essential oil company. Jeanne left a traditional job as a mental health nurse—with a guaranteed paycheck—a few months ago to pursue health coaching, and decided to become a dōTERRA Wellness Advocate because of how much the company's oils had helped with her own health. She currently spends $100 to $200 a month on oils for her family of four to use, and isn't breaking even yet, but hopes to one day earn upwards of $56,000 a year from sharing the products. The dream? Bring her husband, who works as a supervisor at an electrical warehouse, into the business, where they'd coach their downline of recruits not only on healthy living but on how to become successful dōTERRA leaders.

This dream is a long way away. There are eight dōTERRA Wellness Advocates in a two-block radius of Jeanne's house, and today, there's even one across the room—a planning error, since Boutiques are supposed to only allow one vendor per company. Meanwhile, Jeanne's friends and family (her "warm market") have not been as receptive as she'd hoped. Because there are so many multi-level marketers in Utah,

outsiders are often sick of being pitched. It would be easy to
conclude that Jeanne's facing an uphill battle, and would be
better off directing her efforts towards stable, full-time work
with guaranteed income and benefits. Yet to do so ignores the
fact of her passion. Jeanne is sacrificing money and stability
for something less quantifiable but still immensely important
—doing what she loves. In the long run, she's confident that
her business can grow, because she believes the oils help
people.



*Jeanne Call's dōTERRA oils*

You see her sincerity in the way she applies a lotion containing
wintergreen, camphor and peppermint oil onto the neck of an
old lady so frail she looks like she might be blown away by
Jeanne's dōTERRA diffuser. The woman had surgery, and can
barely move her neck because of the pain. "I take pills but
they don't work," she whispers. "It feels like I've got a built-in
piece of two by four." Later, she comes back to take one of
Jeanne's cards. The lotion helped, she says.

I try a peppermint oil myself on my last day in Utah, when I'm
having allergies. Jeanne had mentioned it was great for sinus
problems, so I place a few drops under my nose and wait
optimistically. The spicy candy cane smell helps clear my
sinuses exactly as much as the EMPowerplus Q96 helped me
overcome my irrational fear of wrecking my rental car: not at
all. On my way to the airport, still sniffling, I stop by a coffee
shop and order a lavender Kombucha. Bubbly, sour, fragrant,
*tonic*...the liquid does everything the oil didn't. As I sip it and
think about how in a few hours I'll be home, rental car safely
returned, the mucus in my throat washes away. Maybe it was
the Zyrtec I took that morning, or maybe it was something
more transcendent. To quote Denise, it just worked.

Mind-over-matter optimism is not unique to multi-level
marketing, or Utah. It's part of almost anything we buy with
an emotional payoff. Green juice doesn't cost $10 for 8 oz.
because it cleanses your digestive tract (*Note: this statement
has not been approved by the FDA*). It's because it makes you
*feel* clean. People spend chunks of their paychecks on clothes
not because they need fabric to cover their bodies, but
because clothes help them inhabit identities. Jewelry
designers and sweater knitters on Etsy look past their
businesses' bottom lines because they're living their dreams.
The strain of criticism that argues multi-level marketing
brainwashes people ignores the larger context: We all spend
money on products with intangible, unproven effects, we all
disregard reality in favor of feelings, and we all want a piece
of the American Dream.

ps the problem is I never really believed it would work.

Yet, whether or not participants' dreams become a reality,
multi-level marketing companies themselves make money,
which is why Jon Taylor considers the industry exploitative.
Now in his seventies, he spent a year as a distributor for the
Provo, Utah-based Nu Skin in 1994—long enough to lose
$50,000. Jon, who had an MBA and a Psychology PhD and had
been working as an insurance salesman, tried to use his
business savvy as a leg up, buying newspaper ads and paying
teenagers to plaster car windshields with advertisements. Like
the couple suing MXI, he also spent money on inventory, in an
attempt to reach higher sales volumes and qualify for better
commissions. Eventually, Jon's wife did the math—and
threatened to leave him.

Jon left Nu Skin instead, and in the two decades since, has
devoted his life to debunking the industry, via books, a
website, MLM-TheTruth.com, FOIA requests and serving as an
expert witness in lawsuits. Jon is a devout Mormon, and in his

eyes, the business model preys on Latter-Day Saints' innate desire to share. Jon's wife recently tried to talk him into quitting multi-level marketing once and for all, but he hasn't been able to. "I get emails all the time from people who have a loved one involved and ask what to do," he says. "There's an addictive quality."

After lunch with Jon in Salt Lake City's Temple Square, a missionary gives me a copy of the Book of Mormon. The great thing about her religion, she says, is that no one can talk you into believing it. You have to discover it yourself. "You must ask me if it be right, and if it is right I will cause that your bosom shall burn within you," reads the piece of scripture she points out.

I think about these lines when I get home and take my last EMPowerplus Q96, still waiting for something to happen. Perhaps the problem is I never really believed it would work. To be converted you have to have faith, and then maybe you'll uncover a burn in your bosom that validates it. I imagine that burn to be so sublime, your external world becomes inconsequential, because you are the ruler of your mind. I've never found such transcendence, but I'm convinced it exists. I'm still looking for it, in places different, but no better than, that grainy, off-white powder.

*This story has been supported by the journalism nonprofit Economic Hardship Reporting Project.*

*Alice Hines is a writer in New York. Follow her on Twitter @alicehines.*

   

*⊿ Have a tip? Send it Here!*

Around The Web

Ads by Revcontent

# McArthur Declaration

# <u>Attachment 11</u>

Resources | Blog | Journalists

Log In | Sign Up | Data Privacy | Send a Release

CISION
PR Newswire

News | Products | Contact

Search

News in Focus | Business & Money | Science & Tech | Lifestyle & Health | Policy & Public Interest | People & Culture



## Introducing THRIVE SKIN By Le-Vel

CBD skincare launches to record sales

NEWS PROVIDED BY
Le-Vel Brands →
May 01, 2019, 17:20 ET

SHARE THIS ARTICLE



FRISCO, Texas, May 1, 2019 /PRNewswire/ -- **Last night**, Le-Vel, the world leader in human nutritional innovation, released a brand-new product line that takes the CBD revolution in an incredibly exciting new direction: THRIVE SKIN, a proprietary anti-aging masterpiece and the largest product launch in the company's seven-year history.  Within the first hour of sales, THRIVE SKIN amassed over $2 Million in sales.



Introducing THRIVE SKIN by Le-Vel

THRIVE SKIN is an industry-first approach to anti-aging based on exhaustive research and testing, superior ingredients, and an innovative formula, including CBD, and delivery system. The results are nothing short of incredible: a flawless, defined, vibrant, and youthful look. In fact, Le-Vel's Brand Promoters had an opportunity to sample the products at last weekend's THRIVEPALOOZA and the reactions and before-and-after pictures were astounding.

THRIVE SKIN capitalizes on the medicinal benefits of CBD and incorporates disruptive technology in three simple steps:

- **Step 1: Peel** (Infinite CBD Enzyme Peel enriched with CBD Oil) contains enzymes that naturally digest (exfoliate/peel) dead skin cells without irritation and without causing uneven skin tone. After using this powerful soothing and calming antioxidant as directed, your skin immediately has more luminosity and a radiant glow and will be ready to absorb steps 2 and 3.
- **Step 2: Reduce** (Infinite CBD Correcting Serum enriched with CBD Oil) is a balance of nature, science and CBD innovation that works harmoniously to provide a luxurious high-performance facial serum. Excellent for all skin types, this proprietary serum helps reduce the negative results of oxidative stress (such as redness, fine lines, and skin roughness), increases moisture and reduces the appearance of fine lines and wrinkles.
- **Step 3: Restore** (Infinite AM/PM CBD Moisturizing Elixir) is a multifunctional CBD moisturizing elixir featuring microencapsulation technology, plus powerful soothing and calming antioxidants that provide excellent moisturizing properties and support skin cell health. Suitable for all skin types, the elixir helps restore healthy, even skin tone and improves the appearance of aging skin.

According to Orbis Research, the global beauty and skincare market was valued at $532.43 billion in 2017 and is expected to reach a market value of $805.61 billion by 2023. THRIVE SKIN represents the most advanced CBD skin care system available today.

"The launch of THRIVE SKIN is another historic moment for Le-Vel and for Thrivers around the globe," say CO-CEOs Jason Camper and Paul Gravette. "Combining our unparalleled access to superior ingredients, science, research and technology, with the medicinal benefits of CBD, produces anti-aging results that have never before been witnessed - ever. THRIVE SKIN truly is an industry first and one of the most advanced anti-aging systems in the last 100 years."

Le-Vel has been charting a new course for the nutritional supplementation and direct sales industries since its founding in 2012. This billion-dollar company is a social phenomenon - a global movement of health and wellness that began when Camper and Gravette launched their company on a cloud-based infrastructure, freeing them to channel maximum investment into superior ingredients, formulas and delivery systems. A commitment to leading-edge science and technology has produced some of the most innovative products the nutritional supplementation industry has ever seen. Le-Vel's Brand Promoter and customer base grew almost entirely by word of mouth and now exceeds 10 million Thrivers throughout the world.

**About Le-Vel**

Founded in 2012 by Jason Camper and Paul Gravette, Le-Vel formulates and sells health and wellness products and skincare.  Le-Vel is the only health and wellness company that uses cloud-based technology for its day-to-day operations.

Le-Vel products include the THRIVE Experience (consisting of the three core products THRIVE Premium Lifestyle DFT, THRIVE Premium Lifestyle Capsules and THRIVE Premium Lifestyle Mix), Activate, Balance, Blast, Black Label, Boost, BURN, Café, DUO, Expand, FORM, THRIVE BITES, THRIVEFIT, THRIVE K, THRIVE Skin, Move, PRO, Rest, Pure and White

Label. Le-Vel has more than 10 million Customer and Brand Promoter accounts, currently ships within the United States, Canada, Australia, New Zealand, the United Kingdom, and more. In early 2018, less than six years after the company's inception, Le-Vel reached a milestone of $1.5 billion in lifetime orders.

For more information about Le-Vel, visit www.le-vel.com, the Le-Vel Facebook Page, Le-Vel on Twitter, Instagram and the Le-Vel YouTube Channel.

Media Contact: Liz Reuth, liz.reuth@le-vel.com

SOURCE Le-Vel Brands

Related Links

http://Le-Vel.com

## Also from this source

**Time For A Gut Check: Introducing THRIVE BIOTIC By Le-Vel...**



**Get Inspired, Get Healthy And Earn A Piece Of $200K From Le-Vel...**



## Explore

More news releases in similar topics

Retail

Supplementary Medicine

Health Care & Hospitals

Cosmetics and Personal Care

Household, Consumer & Cosmetics

### Contact Cision

Cision Distribution 888-776-0942
From 8 AM - 9 PM ET
Chat with an Expert
Contact Us ∧

### Products

Cision Communication Cloud®
For Marketers
For Public Relations
For IR & Compliance
For Agency
For Small Business
All Products

### About

About PR Newswire
About Cision
Become a Publishing Partner
Become a Channel Partner
Careers
COVID-19 Resources
Accessibility Statement

Global Sites ∧

### My Services

All New Releases
Online Member Center
ProfNet

Terms of Use  |  Privacy Policy  |  Information Security Policy  |  Site Map  |  RSS  |  Cookie Settings

Copyright © 2021 Cision US Inc.

# McArthur Declaration

## <u>Attachment 12</u>



## PRODUCT INFORMATION



THE MOST ADVANCED CBD SKINCARE SYSTEM

## peel | reduce | restore



Our 3-step system known as PEEL · REDUCE · RESTORE is the first of its kind in skincare technology, CBD biohacking, and anti-aging advancement. | Our propriety system uses clinically studied, premium grade ingredients and is powered by the many medicinal benefits CBD is known for. | Even further anti-aging benefits were discovered while developing this system through over a year of internal CBD biohacking efforts. | Our proprietary sourced CBD grade oil takes this system to even greater heights. THRIVE SKIN is a true masterpiece...



Use 3–5 times a week. Apply a thin layer to the entire face, massage until product is done peeling. Rinse and pat dry. When applying, you will feel small round particles starting to form—these particles are your dead skin cells.

For external use only. Keep out of reach of children. Avoid getting into eyes. If eye contact occurs, flush thoroughly with water. If irritation persists, contact a physician.

### INFINITE CBD ENZYME PEEL
### Enriched with CBD Oil

Le-Vel's CBD Enzyme Peel is designed for all skin types. This unique proprietary formula contains enzymes that naturally digest (exfoliate/peel) dead skin cells without irritation and without causing uneven skin tone. After using as directed, your skin will immediately have more luminosity and a radiant glow, and will be ready to absorb Infinite CBD Correcting Serum and Infinite AM/PM CBD Moisturizing Elixir.

Ingredients: Water, Cannabis Sativa Stem Oil (CBD), Butylene Glycol, Sodium Hydroxide, Carbomer, Sodium Hyaluronate, Glycerin, Bromelain, Papain, Glyceryl Linoleate, Sodium Benzoate, Gluconolactone, Calcium Gluconate, Maltodextrin, Aloe Barbadensis Leaf Juice, Carica Papaya Fruit Extract, Cucumis Sativus (Cucumber) Fruit Extract, Chlamydocapsa Extract, Citrus Limon (lemon) Fruit Extract, Calanthe Discolor Extract, Hibiscus Abelmoschus Extract, Ananas Sativus (Pineapple) Fruit Extract, Salvia Officinalis (Sage) Extract, Camellia Sinensis (Green Tea) Leaf Extract, Bellis Perennis (Daisy) Flower Extract, Tocopheryl Acetate, Sucrose Palmitate, Tetrahexyldecyl Ascorbate, Lecithin, Xanthan Gum, Caprylyl Glycol, Hexylene Glycol, Phenoxyethanol, Ethylhexylglycerin.



## THRIVE
## SKIN

The trademarks appearing here belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.  //  2020-0326



**PRODUCT INFORMATION**

THE MOST ADVANCED CBD SKINCARE SYSTEM

## peel | reduce | restore



Our 3-step system known as PEEL · REDUCE · RESTORE is the first of its kind in skincare technology, CBD biohacking, and anti-aging advancement. | Our propriety system uses clinically studied, premium grade ingredients and is powered by the many medicinal benefits CBD is known for. | Even further anti-aging benefits were discovered while developing this system through over a year of internal CBD biohacking efforts. | Our proprietary sourced CBD grade oil takes this system to even greater heights. THRIVE SKIN is a true masterpiece...



Apply a small amount to the entire face and neck, once to twice a day. Use preferably after Infinite CBD Enzyme Peel and before Infinite AM/PM CBD Moisturizing Elixir.

For external use only. Keep out of reach of children. Avoid getting into eyes. If eye contact occurs, flush thoroughly with water. If irritation persists, contact a physician.

### INFINITE CBD CORRECTING SERUM
Enriched with CBD Oil

A balance of nature, science and CBD innovation, working harmoniously to provide a luxurious high performance Facial Serum. Excellent for all skin types, this proprietary Serum helps reduce the negative results of oxidative stress (such as redness, fine lines, and skin roughness), increases moisture and reduces the appearance of lines and wrinkles.

**Ingredients:** Organic Aloe Barbardensis Leaf Juice, Cannabis Sativa Stem Oil (CBD), Bellis Perennis (Daisy) Flower Extract, Pentylene Glycol, Caprylic/Capric Triglyceride, Dimethicone, Maltodextrin, Cetearyl Olivate, Sodium Hyaluronate, Panthenol, Allantoin, Glycerin, Gluconolactone, Sodium Phytate, Sodium Benzoate, Sorbitan Olivate, Cetearyl Glucoside, Butylene Glycol, Glyceryl Linoleate, Calcium Gluconate, Hibiscus Abelmoschus Extract, Calanthe Discolor Extract, Chlamydocapsa Extract, Tocopheryl Acetate, Tetrahexyldecyl Ascorbate, Sucrose Palmitate, Lecithin, Sclerotium Gum, Xanthan Gum, Caprylyl Glycol, Hexylene Glycol, Phenoxyethanol, Ethylhexylglycerin.



THRIVE
## SKIN

The trademarks appearing here belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.  // 2019-0429



INFINITE AM/PM CBD
MOISTURIZING ELIXIR

Enriched with CBD Oil

1.69 fl. oz  //  50 ml

## PRODUCT INFORMATION



THE MOST ADVANCED CBD SKINCARE SYSTEM

# peel | reduce | restore



Our 3-step system known as PEEL · REDUCE · RESTORE is the first of its kind in skincare technology, CBD biohacking, and anti-aging advancement. | Our propriety system uses clinically studied, premium grade ingredients and is powered by the many medicinal benefits CBD is known for. | Even further anti-aging benefits were discovered while developing this system through over a year of internal CBD biohacking efforts. | Our proprietary sourced CBD grade oil takes this system to even greater heights. THRIVE SKIN is a true masterpiece...



**Apply a small amount to the entire face and neck, once to twice a day, preferably after using Infinite CBD Enzyme Peel and Infinite CBD Correcting Serum, in sequential order.**

For external use only. Keep out of reach of children. Avoid getting into eyes. If eye contact occurs, flush thoroughly with water. If irritation persists, contact a physician.

### INFINITE AM/PM CBD MOISTURIZING ELIXIR
### Enriched with CBD Oil

Our multi-functional CBD Moisturizing Elixir is excellent for all skin types, restoring a healthier, more even skin tone, while improving the appearance of aging skin. Patented microencapsulation technology, plus powerful soothing and calming antioxidants provide excellent moisturizing properties and support skin cell health.

**Ingredients:** Organic Aloe Barbadensis Leaf Juice, Cannabis Sativa Stem Oil (CBD), Dicaprylyl Carbonate, Bellis Perennis (Daisy) Flower Extract, Glycerin, Cetyl Alcohol, Dimethicone, Maltodextrin, Cetearyl Olivate, Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer, Sodium Hyaluronate, Panthenol, Allantoin, Sodium Phytate, Sorbitan Olivate, Butylene Glycol, Sodium Benzoate, Gluconolactone, Calcium Gluconate, Glyceryl Linoleate, Chlamydocapsa Extract, Hibiscus Abelmoschus Extract, Calanthe Discolor Extract, Tocopheryl Acetate, Sucrose Palmitate, Tetrahexyldecyl Ascorbate, Lecithin, Xanthan Gum, Caprylyl Glycol, Hexylene Glycol, Phenoxyethanol, Ethylhexylglycerin.



THRIVE
SKIN

The trademarks appearing here belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.  //  2019-0429



# PRODUCT INFORMATION



# Enjoy purifying your face and body daily with the Infinite Daily Detox Purifying Bar.

PARABEN FREE // SULFATE FREE
ENRICHED WITH SHEA BUTTER



Use detox purifying bar daily to cleanse face and body.

For external use only. Avoid getting into eyes. If eye contact occurs, flush thoroughly with water. If irritation persists, contact a physician.

## INFINITE DAILY DETOX PURIFYING BAR

This purifying black bar soap for face and body deeply cleanses pores, relieves dry skin and neutralizes free radicals; it also works wonders for helping correct and prevent various types of blemishes and imperfections.The high concentration of Shea Butter maximizes moisture retention while the acids and charcoal work to exfoliate and renew the skin. Daily deep cleansing with this bar minimizes pores and their size.

**Ingredients:** Sodium Palmate, Sodium Cocoate, Water (Aqua, Eau), Glycerin, Lavandula Angustifolia (Lavender) Oil, Citrus Aurantium Dulcis (Orange) Peel Oil, Ocimum Basilicum (Basil) Oil, Boswellia Carterii (Olibanum) Oil, Commiphora Myrrha Oil, Potassium Shea Butterate, Potassium Cocoate, Potassium Palm Kernelate, Theobroma Cacao Pod Ash, Sodium Chloride, Iron Oxides (Black), Butyrospermum Parkii (Shea Butter), Avena Sativa (Oat Kernel) Flour, Aloe Barbadensis (Aloe) Leaf Juice, Plantago Lanceolata (Plantain) Leaf Powder, Simmondsia Chinensis (Jojoba) Seed Oil, Natural Vitamin E, Glycolic Acid, Salicylic acid, Activated Charcoal, Sodium Gluconate, Rosmarinus Officinalis (Rosemary) Leaf Extract.



The trademarks appearing here belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.  //  2019-0723



INFINITE CHARCOAL
ACTIVATED MASK
A clay mask that's like
a therapeutic facial
2.0 oz ⫻ 56.7 g

# PRODUCT INFORMATION



**T H R I V E**

**SKIN**

INFINITE CHARCOAL
ACTIVATED MASK

A clay mask that's like
a therapeutic facial

2.0 oz // 56.7 g

## Achieve therapeutic facial-like results with this Infinite Charcoal Activated Mask.

**A CLAY MASK THAT'S LIKE A THERAPEUTIC FACIAL**



**Apply to face or body. Allow 15–20 minutes for product to dry. Rinse off with water.**

For external use only. Keep out of reach of
children. Avoid getting into eyes. If eye
contact occurs, flush thoroughly with water.
If irritation persists, contact a physician.

### INFINITE CHARCOAL ACTIVATED MASK

The large porous surface of this clay charcoal mask absorbs impurities of the skin and filters or balances oil and water levels for healthier more vibrant skin, all while minimizing pore size. After treatment, your skin will appear smoother and more vibrant and will be softer to the touch.

> Designed to refine skin and remove surface impurities

> Encourages collagen synthesis, while exfoliating

> Promotes deep cleansing of molecular pores

> Provides calming benefits to the skin

**Ingredients:** Purified Water, Kaolin, Magnesium Aluminum Silicate, Activated Charcoal, Niacinamide, Ceramide NP, Ceramide AP, Ceramide EOP, Glycyrrhiza Glabra (Licorice) Root Extract, Aloe Barbadensis (Aloe Vera) Leaf Juice, Phytosphingosine, Cholesterol, Sodium Lauroyl Lactylate, Xanthan Gum, Carbomer, Maltodextrin, Iron Oxides, Phenoxyethanol, Ethylhexylglycerin.



**T H R I V E**

**SKIN**

The trademarks appearing here belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.  //  2019-0723



## PRODUCT INFORMATION



## THRIVE
### SKIN

The feel, the aroma, and the results from this Infinite Hand & Foot Reparative Cream are truly outstanding.

**INFINITE HAND & FOOT REPARATIVE CREAM**
A luxurious daily cream for hands, feet and cuticles
3.8 fl. oz / 88.2 ml





**Massage into hands and feet as needed.**

For external use only. Keep out of reach of children. Avoid getting into eyes. If eye contact occurs, flush thoroughly with water. If irritation persists, contact a physician.

### A LUXURIOUS DAILY CREAM FOR HANDS, FEET AND CUTICLES

#### INFINITE HAND & FOOT REPARATIVE CREAM

This calming Hand and Foot Cream is a luxurious, rich formula that moisturizes the skin, leaving it soft and supple. The combination of Shea Butter, Jojoba Seed Oil, Safflower Oil, and Aloe Vera enrich the skin with nutrients and hydration, leaving hands and feet feeling incredibly soft. Lavender and Balsam Rose fragrance gives this cream a calming aroma.

> Enhances the health, quality, moisture and texture of all skin types
> Soothes and softens rough, dry, and chapped skin on contact
> Improves the skin's ability to hydrate itself and aids in removal of dead skin cells
> Protects the skin from external stressors and preserves and increases moisture and firmness within the skin

**Ingredients:** Water (Aqua), Caprylic/Capric Triglyceride, Glycerin, Glyceryl Stearate SE, Aloe Barbadensis Leaf Juice, Cetearyl Alcohol, Carthamus Tinctorius (Safflower) Seed Oil, Bentonite, Dimethicone, Cetearyl Glucoside, Cetyl Alcohol, Lavendula Angustifolia (Lavender) Flower Extract, Geranium Maculatum Extract, Camellia Sinensis Leaf Extract, Lavendula Angustifolia (Lavender) Oil, Butyrospermum Parkii (Shea) Butter, Bisabolol, Tocopheryl Acetate (Vitamin E), Panthenol, Hydrolyzed Vegetable Protein, Allantoin, Maltodextrin, Sodium Hyaluronate, Kaolin, Beta-Glucan, Xylitol, Xanthan Gum, Fragrance, Phenoxyethanol, Benzyl Alcohol.



## THRIVE
### SKIN

The trademarks appearing here belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise used with the permission of others or constitute fair use.  //  2019-0923



PRODUCT INFORMATION





THRIVE

SKIN

INFINITE SKIN AND HAIR
PEPTIDE GEL
Strawberry Lemonade

dietary supplement // 1 fl. oz // 30 ml

# A great tasting daily peptide gel that supports skin elasticity & firmness, healthy hair function and collagen production.

**DELICIOUS STRAWBERRY
LEMONADE FLAVOR**

## INFINITE SKIN AND HAIR PEPTIDE GEL

Collagen is the most abundant protein in our body and helps support our skin, hair and nails. As we age, the production of collagen levels in our body decreases. This collagen and multi-peptide driven formula was designed to strengthen skin elasticity and support hair production and thickness.



Squeeze one gel packet into mouth, hold gel in mouth for at least 20 seconds before swallowing. Take 1–3 gel packets daily.

### Supplement Facts:

Serving Size: 1 gel pack (30 ml)   Servings Per Container: 16

| | Amount Per Serving: | % Daily Value** |
|---|---|---|
| Calories | 80 | |
| Total Carbohydrate | 9 g | 3% |
| Total Sugars | 6 g | * |
| Includes 6g Added Sugars | | 12% |
| Protein | 12 g | |
| Vitamin A (as Vitamin A Palmitate) | 900 mcg | 100% |
| Vitamin C (as Ascorbic Acid) | 90 mg | 100% |
| Vitamin D (as Cholecalciferol) | 20 mcg | 100% |
| Folate (as Folic Acid) | 400 mcg DFE | 100% |
| Biotin | 30 mcg | 100% |
| Zinc (as Zinc Amino Acid Chelate) | 11 mg | 100% |
| Proprietary Blend | 80 mg | * |
| Hyaluronic Acid, Green Tea Leaf Extract, Grape Seed Extract, Resveratrol | | |

\* Daily Value not established.
\*\* Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

**Other Ingredients:** Purified Water, Collagen Peptides, Fructose, Citric Acid, Natural Flavor, Potassium Sorbate, Stevia Leaf Extract, Glycerine.

•These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease. Keep out of reach of children. Not suitable for individuals under 18 years of age. If you are pregnant or breastfeeding consult a doctor before using this product. If you are taking any medication, or have any type of medical issue, consult with a doctor before using this product.



THRIVE

SKIN

The trademarks appearing here belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.  //  2019-1008



**PRODUCT INFORMATION**



# THRIVE
## SKIN

### INFINITE DETOX BODY SCRUB
A gentle detox for skin impurities

2.5 fl. oz. / 73.9 ml

## Exfoliate, Protect & Purify with Infinite Detox Body Scrub.

**A GENTLE DETOX FOR SKIN IMPURITIES**

### INFINITE DETOX BODY SCRUB

This Detox Body Scrub is a gentle yet effective way to exfoliate dead skin cells while helping to detox impurities in the skin.

> Contains powerful antioxidants that help protect and detox the skin from external stressors

> Removes impurities in the skin

> Exfoliates the skin leaving it more radiant in appearance

**Ingredients:** Water (Aqua), Decyl Glucoside, Bambusa Vulgaris Stem Powder, Cocamidopropyl Betaine, Sodium Cocoyl Isethionate, Disodium Cocoamphodiacetate, Propanediol, Glycerin, Allantoin, Sodium Phytate, Sucrose Cocoate, Carbon, Vita Veggie Hi Actives® Blend of: Broccoli & Broccoli Sprout Extract & Tomato Powder & Carrot Powder & Spinach Powder & Kale Powder & Brussel Sprout Powder & Onion Extract – Sub-Ingredients: Maltodextrin & Cornstarch & Lecithin, Caprylhydroxamic Acid, Lycium Barbarum Fruit Extract, Coffea Arabica (Coffee) Seed Extract, Euterpe Oleracea Fruit Extract, Morinda Citrifolia Extract, Punica Granatum Fruit Extract, Camellia Sinensis Leaf Extract, Garcinia Mangostana Fruit Extract, Brassica Oleracea Italica (Broccoli) Seed Oil, Acrylates/C10-30 Alkyl Acrylate Crosspolymer, Caprylyl Glycol.





Apply to damp skin, massage in circular motions, then rinse thoroughly. Use 2–3 times a week.

For external use only. Keep out of reach of children. Avoid getting into eyes. If eye contact occurs, flush thoroughly with water. If irritation persists, contact a physician.



## THRIVE
### SKIN

The trademarks appearing here belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.  //  2020-0228

# McArthur Declaration

## **Attachment 13**

Instagram



#thriveskin

22,859 posts

Follow

Top posts













Most recent








































# McArthur Declaration

## <u>Attachment 14</u>

Instagram



#thriveskincare
2,054 posts

Follow

Top posts

  

  

  

Most recent

  

  

  

  



















# McArthur Declaration

## <u>Attachment 15</u>







# McArthur Declaration

## **Attachment 16**















# McArthur Declaration

# <u>Attachment 17</u>



Google      thrive skin

🔍 All    🛍 Shopping    🖼 Images    ▶ Videos    📰 News    ⋮ More          Settings    Tools

About 83,500,000 results (0.53 seconds)

Ads · thrive skin

| Thrive Skin... | Acv Active G... | Thrive Natur... | Thrive Liquid... | Ink The... |
|---|---|---|---|---|
| $36.00 | $26.99 | $43.95 | $59.00 | $24.95 |
| Used Poshmark | Thrive Market | Amazon.com Free shipping | Thrive Cause... ★★★★☆ (259) | Thrive Market ★★★★★ (949) |

Ad · www.le-vel.com/ ▾
**THRIVE SKIN - Advanced Skincare System**
A 3-step system designed for all **skin** types, PEEL, REDUCE, RESTORE. It's the first of its kind in anti-aging skincare technology. **Thrive** Plus Line. $2B+ in Lifetime Sales. 10 Million Customers.
What People Are Saying · What's New? · THRIVE Experience

Ad · www.thrivecausemetics.com/ ▾
**Thrive Causemetics - High-Performance Skincare**
100% Cruelty-Free Cosmetics Go Beyond **Skin**-Deep by Empowering Women. Shop Online Today!
Toxin-Free. Eco-Friendly. Free Shipping. 100% Vegan & Cruelty-Free.

le-vel.com › Products › THRIVE › Skin   ⋮
**THRIVE SKIN advanced CBD skincare system | Le-Vel**
Get a youthful, flawless look with **THRIVE SKIN**, a 3-step system known as PEEL, REDUCE, RESTORE. For all skin types.
Infinite Skin and Hair Peptide Gel · Infinite charcoal activated mask
You've visited this page many times. Last visit: 2/18/21

**People also ask** ⋮

How much does thrive skin care cost?                                    ⌄

What is thrive skin?                                                     ⌄

How do you use thrive skin care?                                        ⌄

Does thrive have collagen?                                              ⌄
                                                                  Feedback

cdn.le-vel.com › Documents › SKIN001  PDF   ⋮
**thrive skin - PRODUCT INFORMATION**
**THRIVE SKIN** is a true masterpiece... Le-Vel's CBD Enzyme Peel is designed for all skin types.
This unique proprietary formula contains enzymes that naturally.

www.pinterest.com › originalthriver › thrive-skin   ⋮
**26 Thrive Skin ideas | thrive, skin, thrive experience - Pinterest**
**Thrive Skin. THRIVE SKIN** capitalizes on the medicinal benefits of CBD and incorporates disruptive technology. * Naturally digests ( ...

www.prnewswire.com › news-releases › introducing-thr...   ⋮
**Introducing THRIVE SKIN By Le-Vel - PR Newswire**
May 1, 2019 — **THRIVE SKIN** is an industry-first approach to anti-aging based on exhaustive research and testing, superior ingredients, and an innovative ...
You've visited this page 4 times. Last visit: 3/3/21

▶ **Videos** ⋮

  **I Tried CBD Skincare! Thrive Skincare Review**
YouTube · Ericas Girly World
Dec 6, 2019

  **THRIVE SKIN | Advanced CBD Skincare System**
YouTube · Le-Vel Brands
Apr 28, 2019

  **THRIVE SKIN | How To**
YouTube · Le-Vel Brands
Apr 28, 2019

  **CBD in my Skincare? Thrive Skin 3-Step System Review ...**
YouTube · Candace Hall
May 18, 2020
                                                                  Feedback

→ View all

**thrivecare.co** ⋮

Thrive Natural Care: Thrive Skincare | Powered By ...

**Thrive** Natural Care products are as unique as our regenerative business model. High-performance ... EMBODY CHANGE WITH REGENERATIVE **SKIN** CARE.

You've visited this page many times. Last visit: 2/22/21

**www.eclatmedspa.com** › 2019/09/23 › thrive-cbd-skin-... ⋮

THRIVE CBD Skin Care Review - Eclat Clinical Esthetics

Sep 23, 2019 · products, the **Thrive** CBD **skin** care line will run you a whopping $1800 per year - more than most people spend annually on products, Botox and ...

You've visited this page 3 times. Last visit: 3/2/21

**www.highya.com** › thrive-skin-reviews ⋮

Thrive Skin Reviews - Is It Really Worth It? - HighYa

Jul 8, 2019 · Offered by Le-Vel, **Thrive Skin** is a three-step skincare system designed to deliver anti-aging benefits through exfoliants and lotions that contain ...

How It Works · CBD in Skincare Products · Ingredients · Cost

You visited this page on 3/2/21.

🖼 Images for thrive skin ⋮

charcoal mask   face mask   peptide gel   enzyme peel   hair   detox   ⌄



Report Images

→ View all

**thriveskininstitute.com** ⋮

Thrive Integrative Skin Institute: Chicago Esthetician Training ...

**Thrive** Integrative **Skin** Institute for Estheticians in Chicago.

Ad · www.amazon.com/ ▾

Shop Thrive Skin - Amazon - Free 2-day Shipping w/ Prime

Find Deals on **Thrive Skin** in **Skin** Care on Amazon.

★★★★☆ Rating for amazon.com: 4.5 · Order accuracy: 95–100%

Amazon Handmade · Men's Grooming · FSA & HSA Eligible Items · Amazon Prime Benefits

Related searches ⋮

| 🔍 thrive skin **reviews** | 🔍 thrive skin **infinite cbd correcting serum** |
| 🔍 thrive skin **collagen** | 🔍 thrive skin **care before and after pictures** |
| 🔍 thrive skin **before and after** | 🔍 **level** thrive |
| 🔍 thrive skin **samples** | 🔍 thrive skin **charcoal mask** |


1  2  3  4  5  6  7  8  9  10  Next



CBD in my skincare? Thrive skin 3-step System Review ...
YouTube · Candace Hall
May 18, 2020

Feedback

→ View all

www.amazon.com › ThriveNaturalCareInc › page ⋮
**Thrive Natural Care, Inc. - Amazon.com**
**Thrive** Natural Care sells the most unique and healthy mens shave and **skincare** on the planet.
Better skin health with premium natural grooming products, ...
You visited this page on 3/2/21.

www.amazon.com › Thrive-Natural-Clean-Skincare-W... ⋮
**THRIVE Natural Deep Clean Skincare Kit for ... - Amazon.com**
Amazon.com: **THRIVE** Natural Deep Clean **Skincare** Kit for Men & Women (3 Piece) – Gift Set
with Natural Face Scrub, Wash & Moisturizing Face Lotion ...
★★★★★ Rating: 4.6 · 632 reviews

thrivemarket.com › skincare ⋮
**Buy Skincare Products Online - Thrive Market**
Buy **skincare** products online at **Thrive** Market. Shop the best brands and save up to 50% off
retail prices. Free shipping on most orders!
You've visited this page 2 times. Last visit: 10/1/20

cbdoilproductsforsale.com › AWSProducts › THRIVE-CB... ⋮
**THRIVE CBD Skincare System - CBD Oil Products**
**THRIVE** CBD **Skincare** System. Product Code: BEST **SKIN CARE** ON THE MARKET!! Leaves face
looking ...
Jun 4, 2019 · Uploaded by Le-Vel Brands

Ad · www.amazon.com/ ▾
**Shop Thrive Skincare - Amazon - Fast Free Delivery with Prime.**
Find Deals on **Thrive Skincare** in Personal Care on Amazon.
★★★★★ Rating for amazon.com: 4.5 · Average delivery time: 1–3 days
Men's Grooming · Amazon Handmade · Beauty Sales & Deals · Beauty & Personal Care

Related searches ⋮

| | |
|---|---|
| 🔍 thrive skincare **reviews** | 🔍 thrive **market** |
| 🔍 thrive **cosmetics** | 🔍 thrive **skin care before and after pictures** |
| 🔍 thrive **natural care** | 🔍 **where to buy** thrive **cosmetics** |
| 🔍 thrive **natural care reviews** | 🔍 thrive **cbd skin care before and after** |



Go**ooooooooo**gle >
1 2 3 4 5 6 7 8 9 10 Next

# McArthur Declaration

## **Attachment 18**

**Tom Dietrich**



**From:** Le-Vel <Updates@email.Le-Vel.com>
**Date:** Sunday, January 31, 2021 at 11:08 PM
**To:** Rob Wallace <rob@bestofbreedbranding.com>
**Subject:** Welcome to the Thrive Tribe





 | It's a movement, Thrive Experience!

Click Here if you would like to view this email in a browser.

Copyright ©2020 Le-Vel, 9201 Warren Pkwy Suite 200 Frisco, Texas 75035, 888-557-0005. All rights reserved. The trademarks appearing here belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise used with permission of others, or constitute fair use. All amounts expressed in USD unless noted otherwise.

+These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

If you do not wish to receive emails from Le-Vel.com. Click Here



# McArthur Declaration

## __Attachment 19__



# McArthur Declaration

## <u>Attachment 20</u>



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Feb 23 03:47:23 EST 2021*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | BOTTOM | HELP |

Logout  *Please logout when you are done to release system resources allocated for you.*

Start  List At: [          ]  OR  Jump  to record: [          ]

**37 Records(s) found (This page: 1 ~ 37)**

Refine Search [(le-vel brands)[OW]          ]  Submit

**Current Search:** S1: **(le-vel brands)[OW]** docs: 37 occ: 74

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 90256373 | | THRIVE SCULPT | TSDR | LIVE |
| 2 | 88400489 | | THRIVE | TSDR | LIVE |
| 3 | 88602369 | | ELITE TRAINING SERIES | TSDR | DEAD |
| 4 | 88046575 | | ULTRA U | TSDR | DEAD |
| 5 | 88046565 | | ULTRA YOU | TSDR | DEAD |
| 6 | 88033307 | 5723915 | THRIVEFIT | TSDR | LIVE |
| 7 | 87891284 | 5880859 | THRIVE AGAINST HUNGER | TSDR | LIVE |
| 8 | 87869941 | | THRIVECEUTICALS | TSDR | DEAD |
| 9 | 87742945 | 5698837 | THRIVE NOURISH | TSDR | LIVE |
| 10 | 87500576 | 5522461 | DFT DUO | TSDR | LIVE |
| 11 | 87203167 | 5476338 | I AM LE-VEL | TSDR | LIVE |
| 12 | 87395797 | 5328699 | L-V | TSDR | LIVE |
| 13 | 87371782 | 5306136 | M | TSDR | LIVE |
| 14 | 87202159 | 5212968 | W | TSDR | LIVE |
| 15 | 87034379 | 5108820 | MW | TSDR | LIVE |
| 16 | 86527994 | 4830540 | DERMA FUSION TECHNOLOGY | TSDR | LIVE |
| 17 | 86761270 | 5772374 | THRIVE | TSDR | LIVE |
| 18 | 86445941 | 5663888 | THRIVE PLUS BALANCE | TSDR | LIVE |
| 19 | 86445889 | 5663887 | THRIVE PLUS BOOST | TSDR | LIVE |
| 20 | 86445841 | 5663886 | THRIVE PLUS ACTIVATE | TSDR | LIVE |
| 21 | 86429217 | 5663885 | THRIVE PREMIUM LIFESTYLE DFT | TSDR | LIVE |
| 22 | 86429213 | 5663884 | THRIVE PREMIUM LIFESTYLE MIX | TSDR | LIVE |
| 23 | 86429210 | 5663883 | THRIVE PREMIUM LIFESTYLE CAPSULE | TSDR | LIVE |
| 24 | 86827478 | 5372459 | LE-VEL | TSDR | LIVE |
| 25 | 86882151 | 5351149 | SEQUENTIAL GEL TECHNOLOGY | TSDR | LIVE |
| 26 | 86894030 | 5174403 | THRIVE EXPERIENCE | TSDR | LIVE |
| 27 | 86894090 | 5169444 | THRIVE BY LE-VEL | TSDR | LIVE |
| 28 | 86894067 | 5144648 | RELEASE THE THRIVE | TSDR | LIVE |
| 29 | 86894114 | 5115923 | SGT | TSDR | LIVE |

| 30 | 86761014 | 5107541 | DFT | TSDR | LIVE |
|----|----------|---------|-----|------|------|
| 31 | 86387524 | 5057064 | LE-VEL | TSDR | LIVE |
| 32 | 86813264 | 4992747 | WEARABLE NUTRITION | TSDR | LIVE |
| 33 | 86827865 | 4978163 | LV LE-VEL | TSDR | LIVE |
| 34 | 86761233 | 4972290 | | TSDR | LIVE |
| 35 | 86760989 | 4972284 | | TSDR | LIVE |
| 36 | 86760965 | 4972283 | L-V | TSDR | LIVE |
| 37 | 86536499 | | SUBLINGUAL GEL TECHNOLOGY | TSDR | DEAD |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   PREV LIST   NEXT LIST   IMAGE LIST   TOP   HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# McArthur Declaration

## <u>Attachment 21</u>

9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212



**M © A R T H U R**

(323) 639-4455
stephen@smcarthurlaw.com

## LAW FIRM

*October 27, 2020*

**<u>Via Email and Postal Mail</u>**
Le-Vel Brands, LLC
9201 Warren Pkwy #200
Frisco, TX 75035
Support@Le-Vel.com

Morgan E. Smith
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
3300 Hillview Avenue, 2nd Floor
Palo Alto, CA 94304-1203
morgan.smith@finnegan.com

Mark Sommers
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Ave. NW
Washington, DC 20001-4413
mark.sommers@finnegan.com

**Re:    *Infringement of Thrive Natural Care, Inc.'s Registered Trademarks***

Dear Le-Vel Brands:

We are intellectual property counsel for Thrive Natural Care, Inc. ("Thrive")—a California company that makes and sells natural skincare and personal grooming products. Thrive was founded in 2013 with the mission of making the best natural skincare products on the market, using regenerative agriculture methods to produce unique botanical ingredients while also restoring degraded landscapes and improving livelihoods of rural farming communities. Thrive sells a wide range of skincare and grooming products, including face washes and scrubs, lotions, moisturizers, sunscreens, face balms, shaving lotions, lip balms, and grooming oils. Thrive skincare products are sold online at www.thrivecare.co and through retail partnerships with Amazon and Walmart.com, as well as at Whole Foods Markets.

This letter concerns Le-Vel Brands, LLC's ("Le-Vel") unauthorized use of registered trademarks owned by Thrive on skincare and personal grooming products. Le-Vel is infringing Thrive's rights in violation of the Lanham Act.

**A.    Thrive's Rights in THRIVE Marks**

Thrive is the owner of the following U.S. trademark registrations:

1.  Reg. No. 4,467,942 for the mark THRIVE in International Class 003 for "Non-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams" (the "'942 Mark"). This THRIVE mark has achieved incontestable status under the Lanham Act, because it has been continuously used by Thrive for more than five consecutive years.

2.  Reg. No. 6,164,303 for the mark THRIVE in International Class 003 for "Body and non-medicated soaps and skin cleansing gels; non-medicated skin care preparations, namely, facial lotions, cleansers and creams, oils for cosmetic use, skin moisturizers; cosmetic sun care preparations and sunscreens; shaving creams and gels; pre-shaving preparations; after shave lotions and creams" (the "'303 Mark") (together with the '942 Mark, the "THRIVE Marks").

Thrive is also the owner of a pending trademark application, U.S. Serial No. 90/198,496, covering a wide range of skincare, grooming, and related products that fall within the natural zone of expansion of Thrive's two registered THRIVE Marks.

Thrive's business is built on the THRIVE Marks, which appear on all of Thrive's products. Thrive has used THRIVE Marks on its products continuously since at least as early as 2013 and has devoted substantial money, time, and resources to developing the THRIVE brand. Thrive advertises its skincare products extensively on the Amazon and Walmart marketplaces. Thrive has also built over the past seven years a robust network of partners via its regenerative business model operating in Costa Rica. Thrive has communicated its unique brand via marketing agencies, public relations firms, social media such as Instagram and Facebook, and through the company's website blog and online articles published on sites such as Medium.

**B.    Le-Vel is Infringing Thrive's Registered Trademarks**

Despite Thrive's registration of its THRIVE Marks, it has come to our attention that in or about April 2019, Le-Vel began selling THRIVE-branded skincare and personal grooming products (the "Infringing Products"). This includes, but is not limited to, all products in Le-Vel's THRIVE SKIN line, including but not limited to THRIVE Infinite Daily Detox Purifying Bar, THRIVE Infinite Charcoal Activated Mask, THRIVE Infinite Hand & Foot Reparative Cream, THRIVE Infinite Skin & Hair Peptide Gel, THRIVE Infinite Detox Body Scrub, THRIVE Infinite CBD Enzyme Peel, THRIVE CBD Correcting Serum, and THRIVE Infinite CBD Moisturizing Elixer. Certain Infringing Products appear on Le-Vel's website, https://le-vel.com/Products/THRIVE/Skin. Screenshots of representative examples of Le-Vel's Infringing Products are below:



In each instance, Le-Vel advertises and markets the Infringing Products using prominently displayed THRIVE marks. The marks used by Le-Vel are identical to Thrive's registered and common law trademarks for identical and very similar products.

Due to Thrive's exclusive and continuous use of its THRIVE Marks—and the substantial goodwill our client has established among consumers—Le-Vel's use of similar marks on the Infringing Products is likely to cause consumer confusion as to whether those products originate from or have some affiliation with Thrive. In addition, Le-Vel's widespread distribution and advertising, and that by its multi-level marketing promoters, have created and contributed to consumer confusion. Le-Vel's use of THRIVE branding on its Infringing Products is also harmful to Thrive's business reputation, as Le-Vel has received hundreds of consumer complaints through the Better Business Bureau and other review sites and has been investigated for deceptive health and marketing claims made by Le-Vel and its promoters.

The actions by Le-Vel constitute willful trademark infringement and unfair competition in violation of Section 43 of the Lanham Act. Should Thrive decide to pursue trademark infringement litigation on these grounds, it would be entitled to a permanent injunction blocking all further infringement by Le-Vel and an award of Thrive's lost profits, all profits Le-Vel made on its unauthorized use of the infringing marks, treble damages, and attorneys' fees and costs. *See* 15 U.S.C. § 1117. Thrive is committed to enforcing its intellectual property and has already filed a lawsuit against Thrive Causemetics, Inc. to enforce its THRIVE family of trademarks (*Thrive Natural Care, Inc. v. Thrive Causemetics, Inc.*, Case No. 2:20-cv-09091, Central District of California).

While Thrive would prefer to settle this dispute without filing a lawsuit, it is willing to protect its valuable intellectual property in court if necessary. Le-Vel knows how valuable trademarks for the term THRIVE are, having itself sued Thrive Market, Inc. in the Central District of California in 2017 to stop Thrive Market from using THRIVE marks on nutritional supplements. In a good faith effort to avoid litigation from Le-Vel's unauthorized use of our client's marks on skincare and grooming products—which are a vital source of Thrive's continued livelihood—Thrive is willing to explore settling this matter if Le-Vel agrees to:

1.  Provide to Thrive a full accounting of all revenue and profits made from all sales of any of the Infringing Products so that Thrive may determine a reasonable licensing fee for Le-Vel to pay for its past infringement.

2.  Immediately cease and desist any further unauthorized use, display, offering for sale, and sale of the Infringing Products and any similar types of goods using the name THRIVE or THRIVE SKIN or any brand or logo that includes those names.

3.  Agree to forever cease all use of Thrive's intellectual property.

As Le-Vel has misappropriated Thrive's exclusive marks in their entirety, we believe these demands are fair and reasonable. If this issue is litigated, Thrive will recover millions in actual damages, a treble damages enhancement, and all of its litigation attorneys' fees and costs. Our proposal to explore resolving this matter, without resorting to formal legal action, is for settlement purposes only and should be considered a Rule 408 Confidential Settlement Communication. Nothing contained in this letter shall be deemed a waiver of or prejudice any of our rights, all of which are expressly reserved.

Now that you have been formally advised of Thrive's rights, we trust that this matter can be resolved quickly and amicably. We look forward to receiving your affirmative response that you will fully comply with the above-stated demands **by close of business on November 6, 2020**. All correspondence regarding this matter should be directed to my attention. I can best be reached by email at stephen@smcarthurlaw.com.

Sincerely,

THE MCARTHUR LAW FIRM, P.C.

*Stephen McArthur*

Stephen C. McArthur

**FINNEGAN** | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
WWW.FINNEGAN.COM

**MARK SOMMERS**
202.408.4064
mark.sommers@finnegan.com

November 24, 2020

Stephen McArthur, Esq.                                    **VIA E-MAIL**
McArthur Law Firm
9465 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212
stephen@smcarthurlaw.com

                    Re:  <u>Alleged Trademark Infringement</u>

Dear Mr. McArthur,

        We have had the opportunity to review and consider the allegations raised in your
October 27, 2020 letter on behalf of your client Thrive Natural Care, Inc ("TNC").

        TNC asks that Le-Vel stop using the mark THRIVE in connection with skincare and
personal grooming products because such use allegedly infringes TNC's rights in the trademark
THRIVE for such products.  For at least the reasons below, we disagree that Le-Vel's natural and
inevitable product expansion from its long-standing and prior use of the mark THRIVE for
supplements and related products/services to skincare products violates any trademark rights
owned by TNC.

        As you are aware, Le-Vel is a lifestyle company that offers a wide range of products and
services in the health and wellness and related sectors, including dietary and nutritional
supplements, related coaching/lifestyle/wellness programs, protein and other snacks, and
skincare products.  Le-Vel's flagship product line is sold under the brand THRIVE and various
THRIVE-formative marks.  Le-Vel introduced its THRIVE-branded products in July 2012, when
it first released its THRIVE dietary and nutritional supplements.  Since then, Le-Vel has
continuously and naturally expanded its THRIVE products from the supplement products
released in July 2012 into highly related and complementary products, including protein and
other snack products and the skincare products cited in your letter.  We note that TNC did not
begin using its THRIVE mark until at least September 2013—over a year after Le-Vel began
using THRIVE for its products.

        It is black-letter law that a trademark owner like Le-Vel is entitled to rights not only for
the products actually sold, but for those products where expansion can reasonably be expected in
the future.  Restatement (Third) of Unfair Competition § 21 cmt. j (1995) ("If consumers believe,
even though falsely, that the natural tendency of producers of the type of goods marketed by the
prior user is to expand into the market for the type of goods marketed by the subsequent user,
confusion may be likely.").  *See also Interpace Corp. v. Lapp, Inc.*, 721 F.2d 460, 464 (3d Cir.

Mr. Stephen McArthur, Esq.
Page 2

1983) ("One of the chief reasons for granting a trademark owner protection in a market not his own is to protect his right somebody to enter that market."); *Elvis Presley Enters., Inc. v. Capece*, 141 F. 3d 188, 202 (5th Cir. 1998) ("The danger of affiliation of sponsorship confusion increases when the junior user's services are in a market that is one into which the senior user would naturally expand.  The actual intent of the senior user to expand is not particularly probative of whether the junior user's market is one into which the senior user would naturally expand.") (citations omitted); *CAE, Inc. v. Clean Air Eng'g, Inc.*, 267 F. 3d 660, 681 (7th Cir. 2001) ("Courts have recognized that an important reason to protect trademark owners against the use of similar marks on closely related products is 'to protect the owner's ability to enter product markets in which it does not now trade but into which it might reasonably be expected to expand in the future.'") (citation omitted).

When a senior trademark user—as Le-Vel is here—naturally expands into such products, the senior user is insulated from infringement claims from and can even assert infringement claims of its own against any intervening users—as TNC is here.  *See Virgin Enters. Ltd. v. Nawab*, 335 F.3d 141, 150 (2d Cir. 2003) (finding district court erred in denying plaintiff preliminary injunctive relief because, even though plaintiff did not use its mark in connection with defendant's telecommunications products prior to defendant, there was a likelihood that plaintiff would expand into that field from its sale of other consumer electronic products); *Rosenthal A.G. v. Ritelite, Ltd.*, 986 F. Supp. 133, 141 (E.D.N.Y. 1997) (finding plaintiff's use of mark for china, dinnerware, glassware, and flatware afforded plaintiff priority over defendant's use of mark for Judaica goods even though defendant's use of mark for Judaica goods was intervening between plaintiff's introduction of china, dinnerware, glass ware, and flatware and plaintiff's introduction of Judaica goods); *J.C. Penney Co., Inc. v. Security Tire & Rubber Co., Inc.*, 382 F. Supp. 1342, 1344 (E.D. Va. 1974) (finding plaintiff had priority over defendant, and defendant infringed, where plaintiff first used its mark SCAT-TRAC for bicycle tires in 1966, defendant used the mark SCAT TRAC for automobile tires in 1967, and plaintiff used the mark SCAT-TRAC for automobile tires in 1969 because "[i]t is common practice in the trade for automobile supply outlets to sell both automotive and bicycle tires, hence plaintiff's extension of its use of its mark bicycle to automotive tires was a logical one. … This is so even though plaintiff's extension of its trade from bicycle tires to automotive tires began subsequent to defendant's sale of automotive tires").

Whether a trademark owner would be reasonably expected to expand into an industry "depends on whether the nature of the industries was such that purchasers would reasonably expect the services rendered by these industries to originate from a common source." *Commerce Nat'l Ins. Servs. Inc. v. Commerce Ins. Agency, Inc.*, 214 F.3d 432, 438 (3d Cir. 2000).  In other words, courts will look to whether competitors in similar industries have similarly expanded or offer both products at issue.  *See Scarves by Vera, Inc. v. Todo Imports Ltd.*, 544 F.2d 1167 (2d Cir. 1976) (finding likely expansion from apparel design to cosmetics and fragrances where "[p]laintiff proved that many, if not most, of the leading designers sell perfumes and cosmetics under their own trademarks"); *Interpace Corp.*, 721 F.2d at 464 (finding likely expansions from ceramic insulators to electrical wire where "some companies … make or offer ceramic insulators and wire or cables as well"); *CAE, Inc.*, 267 F.3d at 680-81 (finding likely expansion from data acquisition, flow modeling, and process engineering for industrial companies to air quality

Mr. Stephen McArthur, Esq.
Page 3

products and services where "two of [plaintiff's] major competitors … currently offer air quality services that overlap with some of [defendant's] products and services").

Such is the case here.  Numerous leading companies in the health and wellness industry that sell supplements expanded into the sale of skincare products or vice versa.  Our cursory search for such entities revealed at least the following companies offering both skincare and supplement products, e.g.:

| Company Name | Supplement Product | Skincare Product |
|---|---|---|
| GNC | https://www.gnc.com/vitamins-supplements/  | https://www.gnc.com/beauty-skin-care/skin-care/  |
| Vitamin Shoppe | https://www.vitaminshoppe.com/c/vitamins-supplements/N-cp99hx  | https://www.vitaminshoppe.com/c/natural-beauty-skin/N-cp99mo  |
| Arbonne | https://www.arbonne.com/Pws/homeoffice/store/AMUS/catalog/Nutrition,272.aspx?itemsperpage=18  | https://www.arbonne.com/Pws/homeoffice/store/AMUS/catalog/Skincare,199.aspx?itemsperpage=18  |

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

Mr. Stephen McArthur, Esq.
Page 4



Mr. Stephen McArthur, Esq.
Page 5

| | | |
|---|---|---|
| Nikken | http://nettrax.myvoffice.com/nikkenusa/ShoppingCart/Shop.cfm?CurrPage=FrontPage&NextPage=CategoryDetail&CategoryID=96&shiptocountry=USA&lng=eng  | http://nettrax.myvoffice.com/nikkenusa/ShoppingCart/Shop.cfm?CurrPage=FrontPage&NextPage=CategoryDetail&CategoryID=746&shiptocountry=USA&lng=eng  |
| Herbalife | https://catalog.herbalife.com/Catalog/en-US/Core-Products  | https://catalog.herbalife.com/Catalog/en-US/Skin-Hair-Care  |
| Shaklee | https://us.shaklee.com/Nutrition/c/100  | https://us.shaklee.com/Beauty/c/400  |

Mr. Stephen McArthur, Esq.
Page 6

| | https://www.melaleuca.com/ProductStore/content/category?c=2 | https://www.melaleuca.com/productstore/categorylanding/30 |
|---|---|---|
| Melaleuca | | |

Given the above, and the countless other companies that offer both supplements and skincare products, Le-Vel's expansion from supplements to skincare products was both natural and inevitable.  Le-Vel's long-standing, prior use of THRIVE for supplements insulates Le-Vel from TNC's claims related to Le-Vel's natural and foreseeable expansion into skincare products.

In your letter, you reference TNC's lawsuit filed against Thrive Causemetics, captioned *Thrive Natural Care, Inc. v. Thrive Causemetics, Inc.*, Case No. 2:20-cv-09091 (C.D. Cal.).  We reviewed TNC's pleading in that case and note that TNC requests only that Thrive Causemetics be enjoined from using THRIVE alone for its cosmetic products, while specifically conceding that Thrive Causemetics can "continue to use the complete term THRIVE CAUSEMETICS—with CAUSEMTICS in equally-sized and equally visible font to THRIVE."  Given TNC's legal concession, TNC should have no issue with Le-Vel's use of "THRIVE" for its skincare products, as Le-Vel uses "THRIVE" with its prominent Infinity Logo, both of which still smaller than "SKIN," as depicted below:



Mr. Stephen McArthur, Esq.
Page 7

     Having the benefit of our response, context of Le-Vel's natural and foreseeable expansion from supplements to skincare products, and the manner of Le-Vel's actual use of "THRIVE" in connection with such products, we are hopeful that your client's concerns have been addressed.  If you have any additional questions or concerns or wish to discuss this matter further, I invite you to telephone.

                      Sincerely,

                      Mark Sommers

MS/PJR

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

# McArthur Declaration

## Attachment 22

| From: | Stephen McArthur |
|---|---|
| To: | Sommers, Mark |
| Cc: | Tom Dietrich; Ricky Brown; Rodgers, Patrick; Powell, Virginia; Smith, Morgan |
| Subject: | Re: Infringement of Thrive Natural Care, Inc.'s Registered Trademarks |
| Date: | Friday, January 22, 2021 6:18:05 PM |

Mr. Sommers, we are following up on this. When can we expect a substantive response and for your client to provide evidence of its first use in commerce date?

**The McArthur Law Firm**
Stephen Charles McArthur
9465 Wilshire Blvd, Suite 300
Beverly Hills, CA 90212
(424) 258-6815
www.smcarthurlaw.com

*This email, including any attachments, may contain material that is confidential, privileged and/or attorney work product, or inside information, for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited and may be unlawful. If you are not the intended recipient or if you received this message in error, please notify The McArthur Law Firm at stephen@smcarthurlaw.com and delete all copies. Sender reserves and asserts all rights to confidentiality, including all privileges and copyrights that may apply. Thank you.*


On Wed, Jan 13, 2021 at 8:00 AM Stephen McArthur <stephen@smcarthurlaw.com> wrote:
Mr. Sommers, we think it unlikely that a court would rule that supplements and skincare are related products. Nevertheless, you asserted that Le-Vel is a "senior trademark user" and that it "introduced its THRIVE-branded products in July 2012", prior to Thrive Natural Care's priority date. But you provided zero evidence to support that, and we can find no evidence online to support that early first use date either. We are making a good faith attempt to avoid litigation by giving you an opportunity to simply provide evidence for the facts that you assert are true. If you provide evidence for your client's alleged first use date, that would help us assess the situation and we can continue our discussion for how to move forward from there.

**The McArthur Law Firm**
Stephen Charles McArthur
9465 Wilshire Blvd, Suite 300
Beverly Hills, CA 90212
(424) 258-6815
www.smcarthurlaw.com

*This email, including any attachments, may contain material that is confidential, privileged and/or attorney work product, or inside information, for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited and may be unlawful. If you are not the intended recipient or if you received this message in error, please notify The McArthur Law Firm at stephen@smcarthurlaw.com and delete all copies. Sender reserves and asserts all rights to confidentiality, including all privileges and copyrights that may apply. Thank you.*

On Tue, Jan 12, 2021 at 7:18 AM Sommers, Mark <<u>mark.sommers@finnegan.com</u>> wrote:

> Mr. McArthur, I trust this letter finds you healthy and safe as 2021 begins.  You have yet to substantively respond to our last letter regarding whether Thrive Naturals believes skin care products fall within the zone of natural product expansion of supplements or vice versa.  Please provide your client's answer to that question and we can continue discussing a disposition of this matter.  Thanks, Mark

> **Mark Sommers**
> Partner
> Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
> 901 New York Avenue, NW, Washington, DC 20001-4413
> 202.408.4064 | fax: 202.408.4400 | <u>mark.sommers@finnegan.com</u> | <u>www.finnegan.com</u>

---

> **From:** Stephen McArthur <<u>stephen@smcarthurlaw.com</u>>
> **Sent:** Thursday, December 31, 2020 1:37 PM
> **To:** Sommers, Mark <<u>mark.sommers@finnegan.com</u>>
> **Cc:** Tom Dietrich <<u>tom@smcarthurlaw.com</u>>; Ricky Brown <<u>ricky@smcarthurlaw.com</u>>; Rodgers, Patrick <<u>Patrick.Rodgers@finnegan.com</u>>; Powell, Virginia <<u>virginia.powell@finnegan.com</u>>; Smith, Morgan <<u>Morgan.Smith@finnegan.com</u>>
> **Subject:** Re: Infringement of Thrive Natural Care, Inc.'s Registered Trademarks

> *EXTERNAL* Email:

> Mr. Sommers, Happy holidays. I'm following up on my previous email. We are doing our best to make a good faith attempt at resolving this dispute without litigation. But we cannot do so without more cooperation on your end. Do you have any intention of providing to us Le-Vel's purported evidence of its senior use? If you'd prefer to discuss telephonically, that is fine. Please let me know.

> Best regards,

> **The McArthur Law Firm**

Stephen Charles McArthur
9465 Wilshire Blvd, Suite 300
Beverly Hills, CA 90212

(424) 258-6815
www.smcarthurlaw.com

*This email, including any attachments, may contain material that is confidential,
privileged and/or attorney work product, or inside information, for the sole use of the
intended recipient. Any review, reliance or distribution by others or forwarding without
express permission is strictly prohibited and may be unlawful. If you are not the intended
recipient or if you received this message in error, please notify The McArthur Law Firm at
stephen@smcarthurlaw.com and delete all copies. Sender reserves and asserts all rights
to confidentiality, including all privileges and copyrights that may apply. Thank you.*

On Mon, Nov 30, 2020 at 1:12 PM Stephen McArthur <stephen@smcarthurlaw.com>
wrote:

> Mr. Sommers,  thank you for the response. The letter asserts, without any evidence, that
> Le-Vel's Thrive supplement products were released in July 2012. While it appears that
> Le-Vel Brands as a company may have been created then, the evidence we have seen
> indicates that the product sales did not begin until after that date. The burden of proof is
> on you to show an earlier common law usage than TNC's registered trademark rights.
> Can you provide to us Le-Vel's actual evidence of its purported senior use: e.g, dated
> invoices/purchase orders/etc. bearing the Thrive brand name for supplement products?
> If Le-Vel is, in fact, the senior user, then it should have no issue providing this limited
> set of documents.
>
>
> Best regards,
>
>
> **The McArthur Law Firm**
> Stephen Charles McArthur
> 9465 Wilshire Blvd, Suite 300
> Beverly Hills, CA 90212
>
> (424) 258-6815
> www.smcarthurlaw.com
>
> *This email, including any attachments, may contain material that is confidential,
> privileged and/or attorney work product, or inside information, for the sole use of the
> intended recipient. Any review, reliance or distribution by others or forwarding without
> express permission is strictly prohibited and may be unlawful. If you are not the
> intended recipient or if you received this message in error, please notify The McArthur
> Law Firm at stephen@smcarthurlaw.com and delete all copies. Sender reserves and*

*asserts all rights to confidentiality, including all privileges and copyrights that may apply. Thank you.*

On Tue, Nov 24, 2020 at 4:29 PM Sommers, Mark <mark.sommers@finnegan.com> wrote:

Dear Mr. McArthur,

Please see my attached letter.  I invite you to call if you have any questions or would like to discuss this matter further.

Best, Mark

**Mark Sommers**
Partner
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4064 | fax: 202.408.4400 | mark.sommers@finnegan.com | www.finnegan.com

---

**From:** Stephen McArthur <stephen@smcarthurlaw.com>
**Sent:** Friday, November 6, 2020 8:29 PM
**To:** Smith, Morgan <Morgan.Smith@finnegan.com>
**Cc:** Sommers, Mark <mark.sommers@finnegan.com>; Tom Dietrich <tom@smcarthurlaw.com>; Ricky Brown <ricky@smcarthurlaw.com>; Rodgers, Patrick <Patrick.Rodgers@finnegan.com>; Powell, Virginia <virginia.powell@finnegan.com>
**Subject:** Re: Infringement of Thrive Natural Care, Inc.'s Registered Trademarks

*EXTERNAL* **Email:**

Morgan, thank you for the email. Do you have an estimate for when your client will be prepared to provide a substantive response?

**The McArthur Law Firm**
Stephen Charles McArthur
9465 Wilshire Blvd, Suite 300
Beverly Hills, CA 90212

(424) 258-6815
www.smcarthurlaw.com

*This email, including any attachments, may contain material that is confidential, privileged and/or attorney work product, or inside information, for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited and may be unlawful. If you are not the intended recipient or if you received this message in error, please notify The McArthur Law Firm at stephen@smcarthurlaw.com and delete all copies. Sender reserves and asserts all rights to confidentiality, including all privileges and copyrights that may apply. Thank you.*

On Fri, Nov 6, 2020 at 4:12 PM Smith, Morgan <Morgan.Smith@finnegan.com> wrote:

> Mr. McArthur,
>
> After we have investigated and weighed the various issues raised in your letter, we will provide you with our substantive response.
>
> If you have any questions in the meantime, please let us know.
>
> Best,
>
> Morgan
>
> **Morgan Elizabeth Smith**
> Attorney at Law
>
> *Pronouns: She, Her, Hers*
> Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
> 3300 Hillview Avenue, Palo Alto, CA 94304-1203
> +1 650 849 6665 | fax: +1 650 849 6666 | morgan.smith@finnegan.com | www.finnegan.com

# FINNEGAN

**From:** Stephen McArthur <stephen@smcarthurlaw.com>
**Sent:** Tuesday, October 27, 2020 8:00 AM
**To:** Support@le-vel.com; Smith, Morgan <Morgan.Smith@finnegan.com>; Sommers, Mark <mark.sommers@finnegan.com>
**Cc:** Tom Dietrich <tom@smcarthurlaw.com>; Ricky Brown <ricky@smcarthurlaw.com>
**Subject:** Infringement of Thrive Natural Care, Inc.'s Registered Trademarks

*EXTERNAL* **Email:**

Dear Ms. Smith and Mr. Sommers, We are legal counsel to Thrive Natural Care, Inc.. Please see attached trademark cease and desist letter to your client, Le-Vel Brands, LLC. Note that we demand a response by November 6.

Best regards,

**The McArthur Law Firm**
Stephen Charles McArthur
9465 Wilshire Blvd, Suite 300
Beverly Hills, CA 90212

(424) 258-6815
www.smcarthurlaw.com

*This email, including any attachments, may contain material that is confidential, privileged and/or attorney work product, or inside information, for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited and may be unlawful. If you are not the intended recipient or if you received this message in error, please notify The McArthur Law Firm at stephen@smcarthurlaw.com and delete all copies. Sender reserves and asserts all rights to confidentiality, including all privileges and copyrights that may apply. Thank you.*

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.