KENDALL BRILL & KELLY LLP
Alan Jay Weil (63153)
  *ajweil@kbkfirm.com*
Shauna E. Woods (300339)
  *swoods@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone:  310.556.2700
Facsimile:   310.556.2705

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Mark Sommers (*pro hac vice* forthcoming)
  mark.sommers@finnegan.com
Patrick Rodgers (*pro hac vice* forthcoming)
patrick.rodgers@finnegan.com
901 New York Avenue, NW,
Washington, DC 20001-4413
Telephone:  (202) 408-4064
Facsimile:   (202) 408-4400
Morgan E. Smith (SBN 293503)
  morgan.smith@finnegan.com
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone:  (650) 849-6600
Facsimile:   (650) 849-6666

Attorneys for Specially Appearing
Defendant Le-Vel Brands, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| THRIVE NATURAL CARE, INC., | Case No. 2:21-CV-02022-DOC-KES |
| Plaintiff, | **DECLARATION OF DREW S. HOFFMAN IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| LE-VEL BRANDS, LLC, | **[REDACTED VERSION]** |
| Defendant. | **[REDACTED VERSION]** |
| | Judge:   Hon. David O. Carter |
| | Hearing Date: April 12, 2021 |
| | Time: 8:30 a.m. |
| | Crtrm.:   9D |

REDACTED VERSION OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603288558                                              Case No. 2:21-CV-02022-DOC-KES

DECLARATION OF DREW S. HOFFMAN

## <u>DECLARATION OF DREW S. HOFFMAN</u>

I, Drew S. Hoffman, declare as follows:

1.     I am the President and Chief Legal Officer at Le-Vel Brands, LLC ("Le-Vel"), where I have been employed since 2015.  The facts in this declaration are based on my personal knowledge and/or documents regularly and contemporaneously maintained in the ordinary course of business by Le-Vel.  If called upon to do so, I would testify competently to the facts contained in this declaration.

2.     Le-Vel is a health and wellness lifestyle company founded in July 2012 that offers a wide array of goods and services, including dietary and nutritional supplements (including capsules, powders, and gels, among others), vitamin skin patches, vitamins for the skin, snacks, skincare products, and related coaching/lifestyle/wellness programs, conventions, and educational materials.

3.     Le-Vel formulates all of its products with high quality premium ingredients in order to provide its customers premium products that help them live happier and healthier lifestyles, both mentally and physically, and look and feel better.

4.     Le-Vel operates (and always has operated) as a direct sales company that sells products directly to consumers through its website, https://thrivevitamin.le-vel.com/, and promotes its products primarily through a network of Independent Brand Promoters.

5.     Unlike a traditional direct sales company (also referred to as "multi-level-marketing" companies, or "MLM" companies for short), Le-Vel's promoters do not distribute or re-sell Le-Vel's products, nor do they pay to become Le-Vel promoters.  Instead, Le-Vel's promoters advertise and promote Le-Vel's products by sharing their experiences with Le-Vel's products to potential customers.  In other words, Le-Vel promoters share their positive experiences with potential customers in order to increase interest and visibility in Le-Vel as a company and Le-Vel's

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

products and to drive sales of Le-Vel's products.  Le-Vel refers to this as "social sharing," and it is central to Le-Vel's marketing for all of its products.  "Social sharing" has always been vital to Le-Vel's business model, so much so that Le-Vel's product expansion is guided by introducing products capable of being "socially shared" by Le-Vel's customers and promoters.

6.     Once a customer is introduced to Le-Vel's products, that customer must create an account on Le-Vel's website and then purchase the product directly from Le-Vel.

7.     Le-Vel's promoters only receive commissions on purchases of Le-Vel's products.  Le-Vel's promoter commissions are among the highest in the industry.

8.     Le-Vel offers numerous rewards to its promoters for meeting certain milestones related to the sales of Le-Vel's products.  One such reward is what Le-Vel calls the "Auto Bonus."  Through this reward program, Le-Vel's promoters can earn a monthly bonus towards a white or black BMW, Mercedes, Lexus, Cadillac, Audi, Tesla, Land Rover, or certain truck models.  Attached as Exhibit 28 is a true and correct copy of the current Product Sheet providing additional details about Le-Vel's Auto Bonus, including a description of the milestones a promoter must meet to qualify for the reward.  Le-Vel has always offered an Auto Bonus or "Car Plan," and, in fact, Le-Vel promoted the first iteration of its car plan on its original website http://thelvlife.com as the "#1 Industry Ranked Car Plan."  I understand that Plaintiff's counsel alleges Le-Vel's promotion of its "#1 Industry Ranked Car Plan" shows that Le-Vel started out by selling car insurance.  Le-Vel does not sell, has never sold, and does not intend to sell car insurance.  Le-Vel's Car Plan/Auto Bonus is not related in any way to the sale or offer of car insurance, nor has it ever been.

9.     One of Le-Vel's founders, Jason Camper, was the former president of IsXperia and LifeCore Global—two supplement companies that naturally expanded into skincare products.  I have known Mr. Camper since 2009, having represented

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

him in the past on legal matters before joining Le-Vel.  In my non-privileged conversations with Mr. Camper, Mr. Camper indicated that he drove the decision to expand into skincare products for those companies.

10.     Similar to Le-Vel, IsXperia and LifeCore Global were MLMs that used independent promoters to promote its skincare and supplement products.  Numerous customers and/or promoters from Mr. Camper's prior supplement and skincare businesses who were familiar with Mr. Camper and his prior supplement and skincare businesses joined Le-Vel as customers and/or promoters.

11.     Le-Vel's first THRIVE-branded products were introduced in commerce in August 2012, shortly after Le-Vel was founded.  The first products shipped and distributed were two THRIVE vitamin capsules—one for men and one for women. The men's capsule was branded THRIVE with an "M" and the women's capsule was branded THRIVE with a "W."  The second product was a powdered supplement shake also branded as THRIVE.  Since their release in August 2012, Le-Vel has continuously offered and sold those THRIVE vitamins and shakes in the United States.

12.     Attached as Exhibit 1 are true and correct copies of 91 different invoices dated August 24, 2012 through September 11, 2012 for Le-Vel's THRIVE vitamins and THRIVE shakes.  These invoices show the name and address of the customer (in the "Bill To" and "Ship To" boxes), the order number, the promoter number, the date ordered, the date shipped, the products, including the quantity ordered and shipped, and the price.  Each invoice shows a price of $0 because the THRIVE products reflected in these invoices were distributed for free to Le-Vel's interested promoters and customers.  Attached as Exhibit 2 is an Excel spreadsheet summarizing the invoices attached as Exhibit 1, including the order number, promoter number, shipping street, shipping city, shipping state, billing state, shipping postal code, and order date, all of which correspond to the invoices attached as Exhibit 1.  The product invoices attached as Exhibit 1 and summarized

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603288558                                    3                    Case No. 2:21-CV-02022-DOC-KES
DECLARATION OF DREW S. HOFFMAN

1   in Exhibit 2 show that THRIVE vitamins and THRIVE shakes were distributed

2   between August 24, 2012 and September 11, 2012 to the following 24 states:

3   California; Nevada; Connecticut; New York; Kentucky; Texas; Ohio; Florida;

4   Delaware; Pennsylvania; Georgia; Arizona; North Carolina; Alabama; Arkansas;

5   Idaho; Indiana; Michigan; Tennessee; South Carolina; New Jersey; Alaska; Oregon;

6   and Kansas.

7        13.     Each of the THRIVE products shipped in connection with the invoices

8   attached as Exhibit 1 prominently used Le-Vel's THRIVE mark.  A true and correct

9   picture of the THRIVE M and THRIVE W products as sent to customers identified

10  in the invoices attached as Exhibit 1 is attached as Exhibit 3.  The image attached as

11  Exhibit 3 was taken on August 23, 2012.

12       14.     Le-Vel made its first cash sale of its THRIVE products on September

13  15, 2012.  Attached as Exhibit 4 is a true and correct screen capture from the

14  Wayback Machine showing Le-Vel's first website, http://thelvlife.com/, on

15  September 15, 2012.  The screen capture attached as Exhibit 4 includes a true and

16  correct image of the THRIVE vitamins as they were shipped to customers as of that

17  date.  Attached as Exhibit 5 is another true and correct screen capture from the

18  Wayback Machine showing another capture of Le-Vel's first website on September

19  15, 2012.  The screen capture attached as Exhibit 5 includes a true and correct image

20  of the THRIVE shake product and the packaging for the THRIVE vitamins as they

21  were shipped to customers as of that date.  The website captures in Exhibits 4 and 5

22  can be accessed at https://web.archive.org/web/20120915142106/

23  http://thelvlife.com/.

24       15.     Attached as Exhibit 6 is a true and correct copy of the current Product

25  PDF for Le-Vel's THRIVE M vitamin.  Attached as Exhibit 7 is a true and correct

26  copy of the current Product PDF for Le-Vel's THRIVE W vitamin.  Attached as

27  Exhibit 8 are true and correct copies of the current Product PDFs for Le-Vel's

28  THRIVE shake products, including the vanilla, chocolate, strawberry, and apple pie

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603288558                                 4                    Case No. 2:21-CV-02022-DOC-KES
DECLARATION OF DREW S. HOFFMAN

flavors.  Each of the Product PDFs attached as Exhibits 6, 7, and 8 include a description of the products and an image of the products as they are offered and sold to customers today.

16.     While only two types of THRIVE products (vitamins and shakes) were released at launch in August 2012, Le-Vel's founders always intended to create and offer three interconnected products that functioned in unity to help Le-Vel's customers fill their nutritional gaps, live happier and healthier lives, and look and feel better. Le-Vel also sought to revolutionize the concept of nutrition and a person's skin though its THRIVE skin vitamin patches, known as THRIVE Derma Fusion Technology ("DFT").  THRIVE DFT provides many nutritional benefits as well as skin-benefits such as replenishing the skin's moisture barrier, helping improve skin elasticity, and making skin appear firm, toned, and visibly younger. (In fact, in Canada, THRIVE DFT is classified as a cosmetic.)  Attached as Exhibit 29 is a true and correct capture of the product page for Le-Vel's THRIVE DFT patch from Le-Vel's Canadian website, available at https://le-vel.ca/Products/THRIVE/DFT.

17.     Le-Vel soon released its THRIVE DFT vitamin skin patch as its third product.  Like Le-Vel's THRIVE vitamins and shakes, the THRIVE DFT vitamin skin patch has been offered and sold under the THRIVE name and mark to this day.

18.     Attached as Exhibit 9 is a true and correct copy of the current Product PDF for Le-Vel's THRIVE DFT vitamin skin patch.  The Product PDF attached as Exhibits 9 includes a description of the product and an image of the product as it is offered and sold to customers today.

19.     The combination of Le-Vel's THRIVE vitamins, THRIVE shakes, and THRIVE DFT vitamin skin patches were grouped together to form what Le-Vel named the THRIVE EXPERIENCE—three interconnected products providing customers three easy steps to reach their fitness goals, live a healthier life, and look and feel better.  The three steps are as follows:  (1) Take the THRIVE vitamins first

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1  thing in the morning; (2) 20 to 30 minutes later, mix and drink the THRIVE shake;

2  and (3) put on the THRIVE DFT vitamin skin patch.

3    20. The three steps of the THRIVE EXPERIENCE, including Le-Vel's

4  THRIVE vitamins, shakes, and vitamin skin patches, are the core of Le-Vel's

5  THRIVE product line, the backbone of Le-Vel's THRIVE business, and Le-Vel's

6  most popular offering.

7    21. Attached as Exhibit 10 is a true and correct copy of a capture of

8  Le-Vel's THRIVE EXPERIENCE webpage, available at https://thrivevitamin.le-

9  vel.com/Products/THRIVE.

10    22. The THRIVE EXPERIENCE, including the THRIVE products

11  included in the THRIVE EXPERIENCE, was met with significant commercial

12  success.  From the time Le-Vel launched its initial THRIVE products in August

13  2012 through September 4, 2013, which I understand is the day before Thrive

14  Natural Care claims that it first used THRIVE in commerce with any products, Le-

15  Vel sold ████████ of its THRIVE products (i.e. THRIVE vitamins, THRIVE

16  shakes, and THRIVE DFT vitamin skin patches) nationwide.  Based on my

17  experience with Le-Vel, conversations with Le-Vel's promoters and customers, and

18  observing reactions from Le-Vel's customers on social media, Le-Vel's THRIVE

19  EXPERIENCE achieved such immediate success due to both the high-quality nature

20  of the products and the three simple steps of the products' application, among other

21  reasons.  For example, sales of Le-Vel's THRIVE EXPERIENCE have grown from

22  ██ million in 2013 to approximately ████ million.  As a result, Le-Vel has focused

23  on the three steps of the THRIVE EXPERIENCE in its marketing, including by

24  designing products built around the concept of "three simple steps" and the literal

25  connection of the "skin" or "derma" to nutritional and skin benefits through

26  THRIVE Derma Fusion Technology.

27    23. Given the success of the THRIVE EXPERIENCE, Le-Vel's customer

28  base grew rapidly.  As Le-Vel's customer base grew, Le-Vel expanded its product

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603288558  6  Case No. 2:21-CV-02022-DOC-KES
DECLARATION OF DREW S. HOFFMAN

line. In doing so, Le-Vel leveraged the success of its original THRIVE products and the THRIVE EXPERIENCE by branding all new products under its THRIVE name and mark.

24. Le-Vel's expansion of its THRIVE product line over the years has successfully developed and leveraged the THRIVE brand, which is one of the most important and powerful assets Le-Vel owns, so much so that our consumers and the public more commonly know Le-Vel as THRIVE, not as Le-Vel.

25. In late 2013, Le-Vel conceived of a new off-shoot of the THRIVE EXPERIENCE, called THRIVE PLUS, which originally included new supplement products (all branded under the THRIVE name) that could be added to the core THRIVE EXPERIENCE. The first THRIVE PLUS products were released to the public throughout 2014, including THRIVE Balance vitamins and THRIVE Activate and Boost powdered shakes.

26. Le-Vel added more THRIVE PLUS products in early 2015 and 2016 with a series of sequential vitamin gels, including THRIVE Form, THRIVE Rest, and THRIVE Move.

27. Le-Vel's THRIVE Form gel vitamin was first offered and sold in March 2016. THRIVE Form was and still is a collagen protein vitamin intended to support firm and healthy skin, among other benefits. It is essentially a skin vitamin. Attached as Exhibit 11 is a true and correct screen capture from the Wayback Machine showing Le-Vel's website, http://www.le-vel.com, on March 22, 2016. The screen capture attached as Exhibit 11 includes a true and correct image of the THRIVE Form product as it was offered and sold to customers as of that date. The website capture in Exhibits 11 can be accessed at https://web.archive.org/web/20160322090613/https://le-vel.com/. Attached as Exhibit 12 is a true and correct copy of the current Product PDF for Le-Vel's THRIVE Form skin vitamin. The Product PDF attached as Exhibit 12 includes a description of the product and an image of the product as it is offered and sold to customers today.

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603288558

7

Case No. 2:21-CV-02022-DOC-KES

DECLARATION OF DREW S. HOFFMAN

28.   Le-Vel further expanded its THRIVE PLUS line by adding a liquid energy drink supplement called THRIVE Pure in late 2016; another vitamin named THRIVE Expand in early 2017; a coffee substitute named THRIVE Café in late 2017; a line of protein supplements named THRIVEFIT in early 2018; a kids vitamin named THRIVE K in late 2018; an antioxidant supplement drink mix called THRIVE Blast in early 2019; an amino acid vitamin named THRIVE Sculpt in late 2019; a fiber supplement drink mix named THRIVE Restore in late 2019; a hydration supplement drink mix called THRIVE Thirst in 2020; a digestive supplement called THRIVE Treat Meal in late 2020; and a pre/probiotic supplement called THRIVE BIOTIC in early 2021.

29.   As a result of the success of the THRIVE EXPERIENCE and other THRIVE products, Le-Vel became the fastest direct sales company to reach $1 billion in sales when it eclipsed that milestone in 2017.  Le-Vel surpassed $2 billion in sales of its THRIVE products in 2019 and is currently on its way to $3 billion in sales.  Typically, about 33% of annual sales occur in January to April.

30.   Le-Vel also greatly expanded its THRIVE DFT vitamin skin patches by offering numerous different variations of its THRIVE DFT product, continuing consumer association of Le-Vel connecting the "skin" to nutritional and skin benefit "care."  Expanded THRIVE vitamin skin patches included THRIVE DFT Ultra released in February 2014, THRIVE DFT Black Label released in August 2015, THRIVE DFT PINK Breast Cancer Awareness released in October 2015, THRIVE DFT Team Hoyt released in June 2016, THRIVE DFT DUO released in June 2017, THRIVE DFT BURN released in June 2018, THRIVE DFT White Label released in January 2019, and THRIVE DFT Recharge released in March 2020.

31.   As recently as March 1, 2021, Le-Vel released another THRIVE DFT vitamin skin patch called THRIVE AGAINST CANCER (TAC) DFT.  For every pack of TAC DFTs sold, Le-Vel donates $5 to a worthy organization, which Le-Vel designates each month, committed to fighting against a certain type of cancer.

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603288558                                    8                    Case No. 2:21-CV-02022-DOC-KES
DECLARATION OF DREW S. HOFFMAN

1    Attached as Exhibit 13 is a true and correct copy of the current Product PDF for the

2    TAC DFT, which provides additional details about Le-Vel's THRIVE AGAINST

3    CANCER program.  An image of Le-Vel's TAC DFT products are shown below:



14          32.    Le-Vel's TAC DFT is far from the first time Le-Vel has engaged in

15   charitable initiatives.  Rather, Le-Vel has made it part of its core mission to give

16   back to those in need.

17          33.    For example, since 2015, Le-Vel partnered with the Hoyt Foundation,

18   which was founded in 1989 by Dick and Rick Hoyt (Team Hoyt).  The Hoyt

19   Foundation aspires to build the individual character, self-confidence, and self-

20   esteem of America's disabled young people through inclusion in all facets of daily

21   life, including in family and community activities (especially sports), at home, in

22   schools, and in the workplace.  In April 2015, Le-Vel donated $50,000 to the Hoyt

23   Foundation and, in April 2016, Le-Vel donated an additional $240,000 to the Hoyt

24   Foundation.

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603288558                                   9                    Case No. 2:21-CV-02022-DOC-KES
DECLARATION OF DREW S. HOFFMAN

34.     Also in April 2016, Dick Hoyt spoke at Le-Vel's annual convention to thousands of Le-Vel's customers and promoters about the Hoyt Foundation.  At the same conference, Le-Vel announced that it would be releasing a special edition Hoyt THRIVE DFT vitamin skin patch, a portion of the proceeds of which would go directly to the Hoyt foundation.  Le-Vel continues to partner with the Hoyt Foundation today.  Attached as Exhibit 14 are true and correct copies of third-party articles discussing Le-Vel's partnership with the Hoyt Foundation.  Depicted below is an image of Dick Hoyt, who was brought to tears immediately prior to this picture when Le-Vel announced the Team Hoyt DFT vitamin skin patch and corresponding continued support of the Hoyt Foundation, at Le-Vel's April 2016 annual convention with Le-Vel founders:



35.     Beginning in 2015, Le-Vel also partnered with the National Breast Cancer Foundation ("NBCF"), which remains one of Le-Vel's partners to this day.  Since 2015, Le-Vel has made an annual donation to NBCF to support its fight against breast cancer.  Overall, since 2015, Le-Vel has donated a total of $1,080,000

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

to NBCF, making Le-Vel one of the largest donors in NBCF's history.  In addition, the Chief Operating Officer of NBCF, Kevin Hail, spoke at Le-Vel's annual convention in April 2017, and since October 2015, Le-Vel has run an annual campaign called #THRIVE4PINK, where Le-Vel sells Breast Cancer Awareness THRIVE DFT skin patches or some other product signifying Le-Vel's commitment to NBCF's mission, with a portion of the proceeds going directly to NBCF. Attached as Exhibit 15 are true and correct copies of third-party articles discussing Le-Vel's partnership with NBCF.

36.     Le-Vel has also previously partnered with the Marine Toys for Tots Foundation.  In December 2015, Le-Vel donated $140,000 to Toys for Tots and, in December 2017, Le-Vel donated $120,000 to Toys for Tots. Attached as Exhibit 16 (and depicted below) is an image of Le-Vel's founders presenting Le-Vel's donation to Toys for Tots in 2015.  In addition to the donations, Le-Vel's Independent Brand Promoters held regional toy drives across the country for Toys for Tots in December 2015.  Attached as Exhibit 17 are true and correct copies of third-party articles discussing Le-Vel's partnership with Toys for Tots.



Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

37.   In 2018, Le-Vel partnered with Rise Against Hunger, a non-profit organization with the goal of ending world hunger, in part, by providing sustainable food and responding to emergencies in countries around the world.  As part of Le-Vel's partnership with Rise Against Hunger, Le-Vel launched its THRIVE AGAINST HUNGER campaign and THRIVE NOURISH humanitarian aid mix in August 2018.  The THRIVE NOURISH product was formulated specifically to provide protein and nutritional benefits for children and adults in critical need.  As part of Le-Vel's THRIVE AGAINST HUNGER campaign, Le-Vel worked with Rise Against Hunger to deliver its THRIVE NOURISH products around the world. Depicted below is an image of Le-Vel's THRIVE NOURISH products:



38.   In 2018, 14,040 canisters of THRIVE NOURISH were shipped around the world; in 2019 6,480 canisters of THRIVE NOURISH were shipped; and in 2020 28,752 canisters of THRIVE NOURISH were shipped.  Also in 2020, Le-Vel worked with Rise Against Hunger to ship 134,179 boxes of its THRIVE Activate supplement to those in need.  Attached as Exhibit 18 are true and correct copies of third-party articles discussing Le-Vel's partnership with Rise Against Hunger.

39.   Le-Vel has also partnered with other non-profits to supply food and supplements to those in need.  For example, Le-Vel partnered with Convoy of Hope in 2020 to provide 1,898 packages of THRIVE Bites beef jerky and 41,915 units of

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1  THRIVEFIT protein powder to those struggling because of the COVID-19
2  pandemic, as well as front line workers in the fight against COVID-19.  And Le-Vel
3  also partnered with Off Their Plate in 2020 to provide an additional 12,178 packages
4  of THRIVE Bites beef jerky to those struggling because of COVID-19, as well as
5  front line workers in the fight against COVID-19.  Most recently, in 2021, Le-Vel
6  again partnered with Convoy of Hope to provide 11,980 boxes of THRIVE Bites
7  popcorn chips to those struggling from the pandemic, as well as front line workers
8  in the fight against COVID-19.

9      40.    Le-Vel has also previously donated substantial sums for disaster relief,
10  including $434,000 to Americares Hurricane Harvey Relief in August 2017 and
11  $42,030 to Americares Puerto Rico Hurricane Relief in September 2017.

12      41.    Le-Vel also recently donated $100,000 to National Urban League in
13  June 2020.  Attached as Exhibit 19 is a true and correct copy of a third-party article
14  discussing Le-Vel's donation to National Urban League.

15      42.    From 2015 through present, Le-Vel has donated a total of
16  $2,921,863.77 to charity and millions of dollars of product to those in need.  As a
17  result of these charitable donations and Le-Vel's charitable mission, Le-Vel has
18  developed a strong reputation in the industry related to its charitable donations.  As
19  early as December 2015, Le-Vel's founders were featured in the Houston Business
20  Journal for Le-Vel's philanthropic mission and impact.

21      43.    In early 2018, Le-Vel further expanded its THRIVE product line
22  introducing its THRIVE Pro protein bars.  This was the first product in a line of
23  THRIVE healthy snack options.  Le-Vel later added two additional healthy snack
24  options—THRIVE Bites beef jerky in late 2018 and THRIVE Bites popcorn chips
25  in late 2020.  While this was a small step removed from Le-Vel's vitamins and
26  supplement products, the expansion into health snack options was natural as such
27  products fit squarely within Le-Vel's mission to provide premium products aimed at
28  helping people look and feel better.

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603288558             13           Case No. 2:21-CV-02022-DOC-KES
DECLARATION OF DREW S. HOFFMAN

44.     In the summer of 2017, in addition to the expansion of its THRIVE product line in healthy snacks, Le-Vel decided the time was ripe to naturally expand to skincare products under its THRIVE mark.  Having previously run supplement companies that expanded into skincare products, Le-Vel's founder was well acquainted with such an expansion and the details of introducing skincare products in a supplement company.  Such an expansion is very common, as demonstrated by the multitude of competing vitamin and supplement companies that have naturally expanded into skincare, including such major brands as GNC, Vitamin Shoppe, Garden of Life, Goop, Bluebonnet Nutrition, Beachbody, Isagenix, Herbalife, Amway, and Shaklee.

45.     Over the next two years, Le-Vel thoroughly researched and ensured compliance with the Federal Trade Commission, Federal Drug Administration, and other requirements, developed the products, and created the brand and packaging for those products.  Specifically, it took Le-Vel ▪ to ▪ months to develop its initial THRIVE SKIN products.

46.     In sourcing the ingredients for its skincare products, Le-Vel used one of the skincare suppliers Mr. Camper previously used while at one of his prior supplement and skin care product companies.

47.     In April 2019, Le-Vel released its line of skincare products under the name and mark THRIVE SKIN.  The name THRIVE SKIN was chosen because it included Le-Vel's umbrella brand "THRIVE" and the word "SKIN," which was a play on Le-Vel's existing vitamin patches connecting the "skin" to nutritional and skin benefit "care" and the "skincare" products that the name would identify.  The THRIVE SKIN products were released at Le-Vel's annual event called THRIVEPALOOZA, which is attended by thousands of Le-Vel's customers and promoters and features celebrity speakers, discussions from Le-Vel's leadership about the business (including product expansion), and much more.  Le-Vel heavily advertises its THRIVEPALOOZA events on social media (including Le-Vel's

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603288558

14

Case No. 2:21-CV-02022-DOC-KES

DECLARATION OF DREW S. HOFFMAN

1  Twitter, Facebook, Instagram, and YouTube channel) and its website, and the 2019
2  THRIVEPALOOZA event was no different.  Le-Vel spent over ▇▇ million on the
3  April 2019 THRIVEPALOOZA event alone, during which the THRIVE SKIN
4  product was introduced, with over ▇▇▇▇ specifically dedicated to the launch and
5  branding of THRIVE SKIN specifically.  For example, the launch of THRIVE
6  SKIN was the biggest announcement and main event at the April 2019
7  THRIVEPALOOZA, so much so that Le-Vel had a VIP experience room at the
8  event solely dedicated to the THRIVE SKIN launch.  Beyond the
9  THRIVEPALOOZA event itself, Le-Vel also heavily promoted and advertised the
10 release of Le-Vel's THRIVE SKIN products on social media, both before, during,
11 and after the launch of THRIVE SKIN.  Attached as Exhibit 20 are true and correct
12 copies of social media posts from Le-Vel's official social media pages promoting
13 the launch of Le-Vel's THRIVE SKIN products.

14      48.    As noted above, the mark THRIVE SKIN was selected to leverage
15 Le-Vel's THRIVE brand, as Le-Vel had for all of its other products given that
16 THRIVE is Le-Vel and most of our customers refer to us as THRIVE, and play on
17 Le-Vel's existing vitamin patches connecting the "skin" to nutritional and skin
18 benefit "care" and the "skincare" products that such name identified.

19      49.    Like Le-Vel's THRIVE EXPERIENCE, Le-Vel's initial THRIVE
20 SKIN products were a three-step bundle.  The initial three THRIVE SKIN products
21 included THRIVE SKIN Peel exfoliating cream (Step 1), the THRIVE SKIN
22 Reduce facial serum (Step 2), and the THRIVE SKIN Restore skin moisturizer (Step
23 3).  True and correct copies of Le-Vel's current Product PDFs for THRIVE SKIN
24 Peel, Reduce, and Restore are attached as Exhibits 21, 22, and 23, respectively.
25 These Product PDFs describe the three-step THRIVE SKIN process and provide
26 additional details, as well as images, of each THRIVE SKIN product.

27      50.    Le-Vel's original THRIVE SKIN products released in April 2019 were
28 deliberately designed as a simple three-step process to mirror Le-Vel's THRIVE

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603288558                                  15                     Case No. 2:21-CV-02022-DOC-KES
                              DECLARATION OF DREW S. HOFFMAN

EXPERIENCE, and consumers publicly recognized that deliberate connection. Attached as Exhibit 24 is a true and correct copy of one of Le-Vel's Twitter posts from May 24, 2019, related to the launch of the THRIVE SKIN products, including a reply to the post that says "Like the original Thrive 1-2-3, this Thrive Skin Care 1-2-3 will be part of my life forever!"

51.     Prior to the launch of THRIVE SKIN in April 2019, Le-Vel made a post on its Instagram page on February 28, 2019, asking its followers to "guess" what product Le-Vel would be releasing soon (which was the THRIVE SKIN skincare product line).  At the time this post was made, none of Le-Vel's customers or promoters knew the product Le-Vel intended to launch.  Despite that lack of knowledge, Le-Vel Instagram followers responded to Le-Vel's February 28, 2019 post "guessing" that Le-Vel would expand into skincare.  Attached as Exhibit 25 is a true and correct copy of Le-Vel's February 28, 2019 Instagram post and some of the comments to that post.

52.     After Le-Vel's launch of THRIVE SKIN, many of Le-Vel's consumers noted the obvious complementary nature between Le-Vel's THRIVE SKIN skincare products and other of Le-Vel products, including Le-Vel's THRIVE Form skin vitamin and THRIVE DFT skin vitamin patches.  Attached as Exhibit 26 are true and correct copies of social media posts we located showing Le-Vel customers comparing Le-Vel's THRIVE SKIN skincare product to our other THRIVE products, include our THRIVE Form skin vitamin.

53.     In the first 24 hours following the launch of THRIVE SKIN in April 2019, Le-Vel generated ▉▉▉▉▉▉ in revenue on sales of THRIVE SKIN.  To date, Le-Vel has made over ▉▉ million in sales of its THRIVE SKIN products.  Since we launched THRIVE SKIN, approximately two thirds of those who purchased a THRIVE SKIN product had previously purchased other Le-Vel THRIVE products and already knew our THRIVE brand and THRIVE products.

54.     Given the success of THRIVE SKIN since its introduction, Le-Vel

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1 continues to develop new skincare products.  To date, over ▮ samples of potential

2 new THRIVE SKIN skincare products have been developed.

3      55.      Attached as Exhibit 27 is a spreadsheet containing financial analysis

4 related to Le-Vel's THRIVE SKIN products.  This spreadsheet includes information

5 about the number of Le-Vel customers and promoters who have ordered products

6 generally and have ordered THRIVE SKIN specifically, the number of Le-Vel

7 promoters that are active and qualified in general and through sales of THRIVE

8 SKIN, the percentage of Le-Vel purchases generally that are made through Le-Vel's

9 "autoship" program (i.e., Le-Vel's recurring purchase program where customers get

10 their product automatically every month), a list of  all of Le-Vel's SKUs,

11 information related to U.S. and Non-Canada THRIVE SKIN inventory, actual sales

12 and sales projections related to the THRIVE SKIN products, and expenses,

13 including projected expenses, related to Le-Vel's development, launch, and

14 promotion of the THRIVE SKIN brand.  This spreadsheet was created for purposes

15 of this litigation based on information Le-Vel stores in the ordinary course of

16 business.  The financial information cited in Paragraph 47 was obtained from this

17 spreadsheet.

18      56.      Over half (▮) of Le-Vel's purchasers of its THRIVE products are

19 repeat customers who have previously purchased other products offered by Le-Vel

20 of its THRIVE brand.  Many of Le-Vel's promoters have built up a brand

21 community that is highly involved with and passionate about the brand.

22      57.      Le-Vel currently has over ▮ million total global promoters, ▮ to

23 ▮ of which are actively purchasing and or sharing their experiences on a

24 monthly basis.

25      58.      About 75% of Le-Vel's current customers and promoters are women.

26      59.      Le-Vel's Facebook page (available at https://www.facebook.com/

27 LevelBrands/) has over 1.35 million followers and videos on Le-Vel's YouTube

28 channel (available at https://www.youtube.com/channel/

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1    UCgMaj7fQm4B3ABJCqKEdQ1w) have been viewed over 9.4 million views.

2        60.     I understand that Plaintiff claims that Le-Vel received "numerous

3    adverse health event reports concerning [Le-Vel's] Thrive products."  While Le-Vel

4    did indeed receive some adverse health reports, all of which were created by

5    *individuals and not reviewed nor confirmed by the FDA itself*, in 2014-2016, Le-Vel

6    has not received any such reports in over *four and a half years*, since August 11,

7    2016.  In addition, of those reports, over half of them were filed by the same

8    individual.

9        61.     Le-Vel currently has an A+ rating on the Better Business Bureau and

10   has received such ranking for *almost five years*, since May 25, 2016.

11       62.     Direct Selling News, a leading publication, recently asked me to write

12   the featured article on regulatory and legal compliance for their February 2021

13   issue. The article covers the importance of regulatory and legal compliance,

14   including a "how to" portion describing steps that Le-Vel has taken regarding

15   regulatory and legal compliance that, I believe, companies should mirror.  I was

16   asked to write this article because of Le-Vel's commitment to and strong focus on

17   operating in a manner that helps people around the world, benefits our customers,

18   and goes above and beyond legal and compliance requirements for products, sales,

19   and operations.

20

21

22

23

24

25

26

27

28

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603288558                                   18                    Case No. 2:21-CV-02022-DOC-KES
                              DECLARATION OF DREW S. HOFFMAN

1      I declare under penalty of perjury of the laws of the United States that the

2 foregoing is true and correct pursuant to 28 U.S.C. § 1746. This declaration was

3 executed on March 22, 2021 in Miami, Florida.

Drew S. Hoffman

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd
Suite 1725
Los Angeles, CA 90067

603288558                 19             Case No. 2:21-CV-02022-DOC-KES
DECLARATION OF DREW S. HOFFMAN

# Exhibit 1

## to the Declaration of Drew S. Hoffman

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



premium level : premium lifestyle

**Le-Vel Brands LLC**

**Order #: 2502**
**Order Date: 8/24/2012**

**Bill To:**                          **Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2502 | 405810 | | 0.00 qv | Shipped | USPS | 8/24/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|------------|--------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 20



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2503**
**Order Date: 8/24/2012**

**Bill To:**

**Ship To:**

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|----------------|--------------|
| 2503 | 406093 | | 0.00 qv | Shipped | USPS | 8/24/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 21



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2504**
**Order Date: 8/24/2012**

| **Bill To:** | **Ship To:** |
|---|---|
| | |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2504 | 405862 | | 0.00 QV | Shipped | USPS | 8/24/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 22



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2505**
**Order Date: 8/24/2012**

**Bill To:**



**Ship To:**

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|----------------|--------------|
| 2505 | 405886 | | 0.00 qv | Shipped | USPS | 8/24/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 23



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2506**
**Order Date: 8/24/2012**

**Bill To:**

**Ship To:**

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|------------|--------|--------|-----------------|--------------|
| 2506 | 406047 | | 0.00 qv | Shipped | USPS | 8/24/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|------------|--------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 24



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2507**
**Order Date: 8/24/2012**

**Bill To:**

**Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|----------------|--------------|
| 2507 | 406106 | | 0.00 QV | Shipped | USPS | 8/24/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 25



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2508**
**Order Date: 8/24/2012**

**Bill To:**                    **Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2508 | 405940 | | 0.00 qv | Shipped | USPS | 8/24/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|--------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 26



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2509**
**Order Date: 8/24/2012**



**Bill To:**

**Ship To:**

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2509 | 406191 | | 0.00 qv | Shipped | USPS | 8/24/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 27



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2510**
**Order Date: 8/24/2012**

**Bill To:**

**Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|------------|------------|--------|--------|-----------------|--------------|
| 2510 | 405813 | | 0.00 qv | Shipped | USPS | 8/24/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|------------|--------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 28



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

Order #: <u>2511</u>
Order Date: 8/24/2012

**Bill To:**

**Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| <u>2511</u> | <u>405809</u> | | 0.00 qv | Shipped | USPS | 8/24/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 29



premium level : premium lifestyle

**Le-Vel Brands LLC**

**Order #: 2512**
**Order Date: 8/24/2012**

**Bill To:**

**Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|----------------|--------------|
| 2512 | 406019 | | 0.00 qv | Shipped | USPS | 8/24/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE - Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE - Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE - Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 30



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2513**
**Order Date: 8/24/2012**

**Bill To:**  **Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|---------|---------|-----------------|--------------|
| 2513 | 406063 | | 0.00 qv | Shipped | USPS | 8/24/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|--------------|-----|-------|-------|
| SMPL001M | THRIVE - Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE - Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE - Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 31



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2514**
**Order Date: 8/24/2012**

**Bill To:**

**Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|------------|------------|--------|--------|-----------------|--------------|
| 2514 | 405890 | | 0.00 qv | Shipped | USPS | 8/24/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|------------|--------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 32



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2515**
**Order Date: 8/24/2012**

**Bill To:**

**Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2515 | 406053 | | 0.00 qv | Shipped | USPS | 8/24/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 33



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

Order #: <u>2516</u>
Order Date: 8/24/2012



**Bill To:**

**Ship To:**

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| <u>2516</u> | <u>405930</u> | | 0.00 qv | Shipped | USPS | 8/24/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|--------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 34



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

Order #: <u>2517</u>
Order Date: 8/24/2012

**Bill To:**

**Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| <u>2517</u> | <u>405838</u> | | 0.00 qv | Shipped | USPS | 8/24/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|--------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 35



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2518**
**Order Date: 8/24/2012**

**Bill To:**                                    **Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2518 | 405807 | | 0.00 qv | Shipped | USPS | 8/24/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 36



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

Order #: <u>2519</u>
Order Date: 8/24/2012

**Bill To:**

**Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| <u>2519</u> | <u>406170</u> | | 0.00 qv | Shipped | USPS | 8/24/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 37



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2520**
**Order Date: 8/24/2012**

**Bill To:**

**Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|----------------|-------------|
| 2520 | 405978 | | 0.00 qv | Shipped | USPS | 8/24/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 38



premium level : premium lifestyle

**Le-Vel Brands LLC**

**Order #: 2521**
**Order Date: 8/24/2012**

**Bill To:**

**Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|----------------|--------------|
| 2521 | 405880 | | 0.00 ǫᴠ | Shipped | USPS | 8/24/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | Sub-Total | | $0.00 |
| | | Le-Vel Credits Applied | | $0.00 |
| | | Sales Tax | | $0.00 |
| | | Shipping & Handling | | $0.00 |
| | | **Total** | | **$0.00** |
| | | Paid | | $0.00 |
| | | **Total Due** | | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 39



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2522**
**Order Date: 8/28/2012**

**Bill To:**                                    **Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2522 | 406158 | | 0.00 qv | Shipped | USPS | 8/29/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 40



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2523**
**Order Date: 8/28/2012**

**Bill To:**

**Ship To:**

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2523 | 407202 | | 0.00 qv | Shipped | USPS | 8/29/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |

| | |
|---|---|
| Sub-Total | $0.00 |
| Le-Vel Credits Applied | $0.00 |
| Sales Tax | $0.00 |
| Shipping & Handling | $0.00 |
| **Total** | **$0.00** |
| Paid | $0.00 |
| **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 41



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2524**
**Order Date: 8/28/2012**



**Bill To:**

**Ship To:**

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2524 | 406372 | | 0.00 qv | Shipped | USPS | 8/29/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|--------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 42



premium level : premium lifestyle

**Le-Vel Brands LLC**

**Order #: 2525**
**Order Date: 8/28/2012**

**Bill To:**

**Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2525 | 407236 | | 0.00 QV | Shipped | USPS | 8/29/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|------------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 43



**Le-Vel Brands LLC**

**Order #: 2526**
**Order Date: 8/28/2012**

| **Bill To:** | **Ship To:** |
|---|---|
| | |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2526 | 405835 | | 0.00 qv | Shipped | USPS | 8/29/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 44



premium level : premium lifestyle

**Le-Vel Brands LLC**

**Order #: 2527**
**Order Date: 8/28/2012**

**Bill To:**

**Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|------------|--------|--------|-----------------|--------------|
| 2527 | 407787 | | 0.00 qv | Shipped | USPS | 8/29/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 45



premium level : premium lifestyle

**Le-Vel Brands LLC**

**Order #: 2528**
**Order Date: 8/28/2012**

**Bill To:**

**Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|----------------|--------------|
| 2528 | 407206 | | 0.00 qv | Shipped | USPS | 8/29/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|--------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 46



premium **level** : premium **lifestyle**

**Le-Vel Brands LLCOrder #: 2529**
**Order Date: 8/28/2012**

| Bill To: | Ship To: |
|----------|----------|



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2529 | 406101 | | 0.00 QV | Shipped | USPS | 8/29/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|------------|--------------|-----|-------|-------|
| SMPL001M | THRIVE - Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE - Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE - Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 47



premium level : premium lifestyle

**Le-Vel Brands LLC**

**Order #: 2530**
**Order Date: 8/28/2012**

**Bill To:**                                    **Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2530 | 407567 | | 0.00 qv | Shipped | USPS | 8/29/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 48



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2531**
**Order Date: 8/28/2012**

**Bill To:**

**Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2531 | 406875 | | 0.00 qv | Shipped | USPS | 8/29/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|------------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | Sub-Total | | $0.00 |
| | | Le-Vel Credits Applied | | $0.00 |
| | | Sales Tax | | $0.00 |
| | | Shipping & Handling | | $0.00 |
| | | **Total** | | **$0.00** |
| | | Paid | | $0.00 |
| | | **Total Due** | | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 49



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

Order #: <u>2532</u>
Order Date: 8/28/2012

**Bill To:**

**Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|----------------|-------------|
| <u>2532</u> | <u>407511</u> | | 0.00 qv | Shipped | USPS | 8/29/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 50



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2533**
**Order Date: 8/28/2012**

| Bill To: | Ship To: |
|---|---|
|  | |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2533 | 405845 | | 0.00 **qv** | Shipped | USPS | 8/29/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 51



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

Order #: 2534
Order Date: 8/28/2012

**Bill To:**

**Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2534 | 406386 | | 0.00 qv | Shipped | USPS | 8/29/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|------------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 52



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2535**
**Order Date: 8/28/2012**

**Bill To:**

**Ship To:**

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2535 | 405877 | | 0.00 qv | Shipped | USPS | 8/29/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 3 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 53



premium level : premium lifestyle

**Le-Vel Brands LLC**

**Order #: 2536**
**Order Date: 8/30/2012**

| Bill To: | Ship To: |
|---|---|

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2536 | 406123 | | 0.00 qv | Shipped | USPS | 8/30/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 54



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

Order #: <u>2537</u>
**Order Date: 8/31/2012**

| Bill To: | Ship To: |
|---|---|
| | |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| <u>2537</u> | <u>408521</u> | | 0.00 qv | Shipped | USPS | 9/4/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 55



**Le-Vel Brands LLC**

**Bill To:**

**Ship To:**

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2538 | 407410 | | 0.00 qv | Canceled | Standard Delivery | |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 56



**Le-Vel Brands LLC**

**Order #: 2539**
**Order Date: 8/31/2012**

**Bill To:**

**Ship To:**

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|------------|--------|--------|-----------------|--------------|
| 2539 | 407851 | | 0.00 qv | Shipped | USPS | 9/4/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|------------|--------------|-----|-------|-------|
| SMPL001M | THRIVE - Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE - Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE - Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 57



premium level : premium lifestyle

**Le-Vel Brands LLC**

**Order #: 2540**
**Order Date: 8/31/2012**

**Bill To:**

**Ship To:**

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2540 | 406093 | | 0.00 qv | Shipped | USPS | 9/4/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|------------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 58



**Le-Vel Brands LLC**

Order #: 2541
Order Date: 8/31/2012

**Bill To:**

**Ship To:**

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|------------|--------|--------|-----------------|--------------|
| 2541 | 405810 | | 0.00 qv | Shipped | USPS | 9/4/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|------------|--------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 59



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2542**
**Order Date: 9/4/2012**

**Bill To:**                    **Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2542 | 408238 | | 0.00 qv | Shipped | USPS | 9/5/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|--------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 60



premium level : premium lifestyle

**Le-Vel Brands LLC**

Order #: 2543
Order Date: 9/4/2012

**Bill To:**

**Ship To:**

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2543 | 407521 | | 0.00 qv | Shipped | USPS | 9/5/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 61



premium level : premium lifestyle

**Le-Vel Brands LLC**

**Order #: 2544**
**Order Date: 9/4/2012**



**Bill To:**

**Ship To:**

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|------------|--------|--------|-----------------|--------------|
| 2544 | 408124 | | 0.00 qv | Shipped | USPS | 9/5/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|------------|--------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 62



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2545**
**Order Date: 9/4/2012**



**Bill To:**

**Ship To:**

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|----------------|--------------|
| 2545 | 409104 | | 0.00 qv | Shipped | USPS | 9/5/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 63



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2546**
**Order Date: 9/4/2012**

**Bill To:**                                    **Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|----------------|--------------|
| 2546 | 408834 | | 0.00 qv | Shipped | USPS | 9/5/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE - Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE - Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE - Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 64



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2547**
**Order Date: 9/4/2012**

**Bill To:**                    **Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2547 | 408358 | | 0.00 qv | Shipped | USPS | 9/5/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 65



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2548**
**Order Date: 9/4/2012**

**Bill To:**

**Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2548 | 406732 | | 0.00 qv | Shipped | USPS | 9/5/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 66



premium **level** : premium **lifestyle**

**Le-Vel Brands LLCOrder #: 2549**
**Order Date: 9/4/2012**

| Bill To: | Ship To: |
|---|---|



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2549 | 407790 | | 0.00 ǫv | Shipped | USPS | 9/5/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE - Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE - Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE - Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 67



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2550**
**Order Date: 9/4/2012**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2550 | 408025 | | 0.00 qv | Shipped | USPS | 9/5/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 68



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2551**
**Order Date: 9/4/2012**

| Bill To: | Ship To: |
|----------|----------|



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2551 | 407866 | | 0.00 qv | Shipped | USPS | 9/5/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 69



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

Order #: <u>2552</u>
Order Date: 9/4/2012

**Bill To:**

**Ship To:**

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|----------------|-------------|
| <u>2552</u> | <u>407835</u> | | 0.00 **qv** | Shipped | USPS | 9/5/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE - Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE - Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE - Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 70



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2553**
**Order Date: 9/4/2012**

**Bill To:**

**Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2553 | 408885 | | 0.00 qv | Shipped | USPS | 9/5/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|--------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 71



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2554**
**Order Date: 9/4/2012**

**Bill To:**                    **Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2554 | 405830 | | 0.00 qv | Shipped | USPS | 9/5/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|------------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 72



premium level : premium lifestyle

**Le-Vel Brands LLC**

**Order #: 2555**
**Order Date: 9/4/2012**

**Bill To:**

**Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|------------|--------|--------|-----------------|--------------|
| 2555 | 406044 | | 0.00 qv | Shipped | USPS | 9/5/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|------------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 73



premium level : premium lifestyle

**Le-Vel Brands LLC**

**Order #: 2556**
**Order Date: 9/4/2012**

**Bill To:**

**Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2556 | 405920 | | 0.00 qv | Shipped | USPS | 9/5/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 74



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2557**
**Order Date: 9/4/2012**

| Bill To: | Ship To: |
|---|---|
|  | |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2557 | 406071 | | 0.00 **qv** | Shipped | USPS | 9/5/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 75



premium level : premium lifestyle

**Le-Vel Brands LLC**

**Order #: 2558**
**Order Date: 9/4/2012**

**Bill To:**

**Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2558 | 405816 | | 0.00 qv | Shipped | USPS | 9/5/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|--------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 76



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2559**
**Order Date: 9/4/2012**

| Bill To: | Ship To: |
|---|---|
|  | |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2559 | 406151 | | 0.00 qv | Shipped | USPS | 9/5/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 77



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

Order #: <u>2560</u>
Order Date: 9/4/2012

**Bill To:**

**Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| <u>2560</u> | <u>405950</u> | | 0.00 qv | Shipped | USPS | 9/5/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|--------------|-----|-------|-------|
| SMPL001M | THRIVE - Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE - Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE - Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 78



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2561**
**Order Date: 9/4/2012**

**Bill To:**                                      **Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|------------|------------|--------|--------|-----------------|--------------|
| 2561 | 405811 | | 0.00 qv | Shipped | USPS | 9/5/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|--------------|-----|-------|-------|
| SMPL001M | THRIVE - Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE - Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE - Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 79



premium **level** : premium **lifestyle**

**Le-Vel Brands LLC**

**Order #: 2562**
**Order Date: 9/4/2012**

**Bill To:**

**Ship To:**



| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2562 | 405809 | | 0.00 qv | Shipped | USPS | 9/5/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE - Men's Sample | 3 | $0.00 | $0.00 |
| SMPL001W | THRIVE - Women's Sample | 3 | $0.00 | $0.00 |
| SMPL002 | THRIVE - Shake Sample | 3 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 80



**Le-Vel Brands LLC**

**Order #: 2563**
**Order Date: 9/4/2012**

| **Bill To:** | | **Ship To:** | |
|---|---|---|---|
| | | | |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2563 | 405804 | | 0.00 qv | Shipped | USPS | 9/5/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 3 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 3 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 3 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 81



**Le-Vel Brands LLC**

**Order #: 2564**
**Order Date: 9/4/2012**

| Bill To: | Ship To: |
|----------|----------|
|          |          |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|------------|--------|--------|-----------------|--------------|
| 2564 | 405810 | | 0.00 qv | Shipped | USPS | 9/5/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 3 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 3 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 3 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 82



**Le-Vel Brands LLC**

**Order #: 2565**
**Order Date: 9/4/2012**

| Bill To: | Ship To: |
|---|---|
| | |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2565 | 405880 | | 0.00 qv | Shipped | USPS | 9/5/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 3 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 3 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 3 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 83



**Le-Vel Brands LLC**

**Order #: 2566**
**Order Date: 9/4/2012**

| Bill To: | Ship To: |
|---|---|
| | |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2566 | 405813 | | 0.00 qv | Shipped | USPS | 9/5/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 3 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 3 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 3 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 84



**Le-Vel Brands LLC**

**Order #: 2567**
**Order Date: 9/4/2012**

| Bill To: | Ship To: |
|----------|----------|
|          |          |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2567 | 406019 | | 0.00 qv | Shipped | USPS | 9/5/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 3 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 3 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 3 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 85



**Le-Vel Brands LLC**

**Order #: 2568**
**Order Date: 9/4/2012**

| Bill To: | Ship To: |
|---|---|
| █████ | █████ |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2568 | 405805 | | 0.00 qv | Shipped | USPS | 9/5/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 3 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 3 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 3 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 86



**Le-Vel Brands LLC**

**Order #: 2569**
**Order Date: 9/7/2012**

| Bill To: | Ship To: |
|---|---|
| | |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2569 | 409765 | | 0.00 qv | Shipped | USPS | 9/7/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 87



**Le-Vel Brands LLC**

**Order #:** 2570
**Order Date:** 9/7/2012

| Bill To: | Ship To: |
|---|---|
| | |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2570 | 406047 | | 0.00 qv | Shipped | USPS | 9/7/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 88



**Le-Vel Brands LLC**

Order #: <u>2571</u>
Order Date: 9/7/2012

| Bill To: | Ship To: |
|---|---|
| | |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| <u>2571</u> | <u>409090</u> | | 0.00 qv | Shipped | USPS | 9/7/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 89



**Le-Vel Brands LLC**

**Order #: 2572**
**Order Date: 9/9/2012**

| Bill To: | Ship To: |
|---|---|
| | |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2572 | 408887 | | 0.00 qv | Shipped | USPS | 9/11/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 90



**Le-Vel Brands LLC**

**Order #: 2573**
**Order Date: 9/9/2012**

| Bill To: | Ship To: |
|----------|----------|
|          |          |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2573 | 408700 | | 0.00 qv | Shipped | USPS | 9/11/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|------------|-------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 91



**Le-Vel Brands LLC**

**Order #: 2574**
**Order Date: 9/9/2012**

**Bill To:**

**Ship To:**

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2574 | 408814 | | 0.00 qv | Shipped | USPS | 9/11/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |

| | |
|---|---|
| Sub-Total | $0.00 |
| Le-Vel Credits Applied | $0.00 |
| Sales Tax | $0.00 |
| Shipping & Handling | $0.00 |
| **Total** | **$0.00** |
| Paid | $0.00 |
| **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 92



**Le-Vel Brands LLC**

**Order #: 2575**
**Order Date: 9/9/2012**

| Bill To: | Ship To: |
|---|---|
| | |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2575 | 408991 | | 0.00 qv | Shipped | USPS | 9/11/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | Sub-Total | | $0.00 |
| | | Le-Vel Credits Applied | | $0.00 |
| | | Sales Tax | | $0.00 |
| | | Shipping & Handling | | $0.00 |
| | | **Total** | | **$0.00** |
| | | Paid | | $0.00 |
| | | **Total Due** | | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 93



**Le-Vel Brands LLC**

**Order #: 2576**
**Order Date: 9/9/2012**

| Bill To: | Ship To: |
|---|---|
|  |  |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2576 | 406800 |  | 0.00 qv | Shipped | USPS | 9/11/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
|  | Sub-Total | | | $0.00 |
|  | Le-Vel Credits Applied | | | $0.00 |
|  | Sales Tax | | | $0.00 |
|  | Shipping & Handling | | | $0.00 |
|  | **Total** | | | **$0.00** |
|  | Paid | | | $0.00 |
|  | **Total Due** | | | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 94



**Le-Vel Brands LLC**

**Order #: 2577**
**Order Date: 9/9/2012**

| Bill To: | Ship To: |
|---|---|
| ███████ | ███████ |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2577 | 408300 | | 0.00 qv | Shipped | USPS | 9/11/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 95



**Le-Vel Brands LLC**

**Order #: 2578**
**Order Date: 9/9/2012**

| Bill To: | Ship To: |
|---|---|
| | |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2578 | 407393 | | 0.00 qv | Shipped | USPS | 9/11/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 96



**Le-Vel Brands LLC**

**Order #: 2579**
**Order Date: 9/9/2012**

| Bill To: | Ship To: |
|---|---|
| | |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2579 | 406319 | | 0.00 QV | Shipped | USPS | 9/11/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 97



**Le-Vel Brands LLC**

**Order #: 2580**
**Order Date: 9/9/2012**

| Bill To: | Ship To: |
|---|---|
| ███████ | ███████ |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2580 | 408832 | | 0.00 qv | Shipped | USPS | 9/11/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 98



**Le-Vel Brands LLC**

**Order #: 2581**
**Order Date: 9/9/2012**

| Bill To: | Ship To: |
|---|---|
| | |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2581 | 408599 | | 0.00 qv | Shipped | USPS | 9/11/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | Sub-Total | | $0.00 |
| | | Le-Vel Credits Applied | | $0.00 |
| | | Sales Tax | | $0.00 |
| | | Shipping & Handling | | $0.00 |
| | | **Total** | | **$0.00** |
| | | Paid | | $0.00 |
| | | **Total Due** | | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 99



**Le-Vel Brands LLC**

**Order #: 2582**
**Order Date: 9/10/2012**

| Bill To: | Ship To: |
|---|---|
| | |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2582 | 408887 | | 0.00 qv | Shipped | USPS | 9/11/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | Sub-Total | | $0.00 |
| | | Le-Vel Credits Applied | | $0.00 |
| | | Sales Tax | | $0.00 |
| | | Shipping & Handling | | $0.00 |
| | | **Total** | | **$0.00** |
| | | Paid | | $0.00 |
| | | **Total Due** | | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 100



**Le-Vel Brands LLC**

**Order #: 2583**
**Order Date: 9/10/2012**

| Bill To: | Ship To: |
|---|---|
| | |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2583 | 407202 | | 0.00 qv | Shipped | USPS | 9/11/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | Sub-Total | | $0.00 |
| | | Le-Vel Credits Applied | | $0.00 |
| | | Sales Tax | | $0.00 |
| | | Shipping & Handling | | $0.00 |
| | | **Total** | | **$0.00** |
| | | Paid | | $0.00 |
| | | **Total Due** | | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 101



**Le-Vel Brands LLC**

Order #: **2584**
Order Date: 9/10/2012

| Bill To: | Ship To: |
| --- | --- |
| | |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
| --- | --- | --- | --- | --- | --- | --- |
| 2584 | 409697 | | 0.00 **QV** | Shipped | USPS | 9/11/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
| --- | --- | --- | --- | --- |
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 102



**Le-Vel Brands LLC**

**Order #: 2585**
**Order Date: 9/10/2012**

| Bill To: | Ship To: |
|---|---|
| | |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2585 | 409369 | | 0.00 qv | Shipped | USPS | 9/11/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 103



**Le-Vel Brands LLC**

**Order #: 2586**
**Order Date: 9/10/2012**

| Bill To: | Ship To: |
|---|---|
| | |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2586 | 409349 | | 0.00 **qv** | Shipped | USPS | 9/11/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | Sub-Total | | $0.00 |
| | | Le-Vel Credits Applied | | $0.00 |
| | | Sales Tax | | $0.00 |
| | | Shipping & Handling | | $0.00 |
| | | **Total** | | **$0.00** |
| | | Paid | | $0.00 |
| | | **Total Due** | | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 104



**Le-Vel Brands LLCOrder #: 2587**
**Order Date: 9/10/2012**

| Bill To: | Ship To: |
|---|---|
|  |  |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2587 | 406639 |  | 0.00 QV | Shipped | USPS | 9/11/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE - Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE - Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE - Shake Sample | 1 | $0.00 | $0.00 |
|  | Sub-Total |  |  | $0.00 |
|  | Le-Vel Credits Applied |  |  | $0.00 |
|  | Sales Tax |  |  | $0.00 |
|  | Shipping & Handling |  |  | $0.00 |
|  | **Total** |  |  | **$0.00** |
|  | Paid |  |  | $0.00 |
|  | **Total Due** |  |  | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 105



**Le-Vel Brands LLC**

Order #: **2588**
Order Date: **9/10/2012**

| Bill To: | Ship To: |
|---|---|
| ██████ | ██████ |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2588 | 408133 | | 0.00 QV | Shipped | USPS | 9/11/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 106



**Le-Vel Brands LLC**

**Order #: 2589**
**Order Date: 9/10/2012**

| Bill To: | Ship To: |
|----------|----------|
| ███ | ███ |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| 2589 | 406108 | | 0.00 QV | Shipped | USPS | 9/11/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|--------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 107



**Le-Vel Brands LLC**

**Order #: 2590**
**Order Date: 9/11/2012**

| Bill To: | Ship To: |
|---|---|
| | |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2590 | 406053 | | 0.00 QV | Shipped | USPS | 9/11/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 108



**Le-Vel Brands LLC**

**Order #: 2591**
**Order Date: 9/11/2012**

| Bill To: | Ship To: |
|---|---|
| ████ | ████ |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2591 | 405862 | | 0.00 qv | Shipped | USPS | 9/11/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 109



**Le-Vel Brands LLC**

**Order #: 2592**
**Order Date: 9/11/2012**

| Bill To: | Ship To: |
|---|---|
| | |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---|---|---|---|---|---|---|
| 2592 | 406047 | | 0.00 qv | Shipped | USPS | 9/11/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|---|---|---|---|---|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |

|  | |
|---|---|
| Sub-Total | $0.00 |
| Le-Vel Credits Applied | $0.00 |
| Sales Tax | $0.00 |
| Shipping & Handling | $0.00 |
| **Total** | **$0.00** |
| Paid | $0.00 |
| **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 110



**Le-Vel Brands LLC**

Order #: <u>2593</u>
Order Date: 9/11/2012

| Bill To: | Ship To: |
|----------|----------|
| ███ | ███ |

| Order # | Promoter # | Customer # | Volume | Status | Shipping Method | Date Shipped |
|---------|-----------|-----------|--------|--------|-----------------|--------------|
| <u>2593</u> | <u>407206</u> | | 0.00 qv | Shipped | USPS | 9/11/2012 12:00:00 AM |

| Product ID | Product Name | Qty | Price | Total |
|-----------|--------------|-----|-------|-------|
| SMPL001M | THRIVE – Men's Sample | 1 | $0.00 | $0.00 |
| SMPL001W | THRIVE – Women's Sample | 1 | $0.00 | $0.00 |
| SMPL002 | THRIVE – Shake Sample | 1 | $0.00 | $0.00 |
| | | | Sub-Total | $0.00 |
| | | | Le-Vel Credits Applied | $0.00 |
| | | | Sales Tax | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | **Total** | **$0.00** |
| | | | Paid | $0.00 |
| | | | **Total Due** | **$0.00** |

**Thank You for Your Order!**

Exhibit 1
Page 111

# Exhibit 2
## to the Declaration of Drew S. Hoffman

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



| OrderID | PromoterID | CustomerID | ShipStreet1 | ShipStreet2 | ShipCity | ShipState | BillState | ShipPostalCode | ShipCountry | OrderVolume | OrderTotal | OrderDate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2502 | 405810 | | | | | | | | | 0 | 0 | 8/24/2012 15:56 |
| 2503 | 406093 | | | | | | | | | 0 | 0 | 8/24/2012 15:56 |
| 2504 | 405862 | | | | | | | | | 0 | 0 | 8/24/2012 15:56 |
| 2505 | 405886 | | | | | | | | | 0 | 0 | 8/24/2012 15:56 |
| 2506 | 406047 | | | | | | | | | 0 | 0 | 8/24/2012 16:06 |
| 2507 | 406106 | | | | | | | | | 0 | 0 | 8/24/2012 16:07 |
| 2508 | 405940 | | | | | | | | | 0 | 0 | 8/24/2012 16:07 |
| 2509 | 406191 | | | | | | | | | 0 | 0 | 8/24/2012 16:07 |
| 2510 | 405813 | | | | | | | | | 0 | 0 | 8/24/2012 16:09 |
| 2511 | 405809 | | | | | | | | | 0 | 0 | 8/24/2012 16:10 |
| 2512 | 406019 | | | | | | | | | 0 | 0 | 8/24/2012 16:10 |
| 2513 | 406063 | | | | | | | | | 0 | 0 | 8/24/2012 16:10 |
| 2514 | 405890 | | | | | | | | | 0 | 0 | 8/24/2012 16:11 |
| 2515 | 406053 | | | | | | | | | 0 | 0 | 8/24/2012 16:12 |
| 2516 | 405930 | | | | | | | | | 0 | 0 | 8/24/2012 16:12 |
| 2517 | 405838 | | | | | | | | | 0 | 0 | 8/24/2012 16:12 |
| 2518 | 405807 | | | | | | | | | 0 | 0 | 8/24/2012 16:12 |
| 2519 | 406170 | | | | | | | | | 0 | 0 | 8/24/2012 16:12 |
| 2520 | 405978 | | | | | | | | | 0 | 0 | 8/24/2012 16:13 |
| 2521 | 405880 | | | | | | | | | 0 | 0 | 8/24/2012 16:13 |
| 2522 | 406158 | | | | | | | | | 0 | 0 | 8/28/2012 15:25 |
| 2523 | 407202 | | | | | | | | | 0 | 0 | 8/28/2012 15:25 |
| 2524 | 406372 | | | | | | | | | 0 | 0 | 8/28/2012 15:25 |
| 2525 | 407236 | | | | | | | | | 0 | 0 | 8/28/2012 15:25 |
| 2526 | 405835 | | | | | | | | | 0 | 0 | 8/28/2012 15:26 |
| 2527 | 407787 | | | | | | | | | 0 | 0 | 8/28/2012 15:26 |
| 2528 | 407206 | | | | | | | | | 0 | 0 | 8/28/2012 15:26 |
| 2529 | 406101 | | | | | | | | | 0 | 0 | 8/28/2012 15:26 |
| 2530 | 407567 | | | | | | | | | 0 | 0 | 8/28/2012 15:28 |
| 2531 | 406875 | | | | | | | | | 0 | 0 | 8/28/2012 15:28 |
| 2532 | 407511 | | | | | | | | | 0 | 0 | 8/28/2012 15:28 |
| 2533 | 405845 | | | | | | | | | 0 | 0 | 8/28/2012 15:28 |
| 2534 | 406386 | | | | | | | | | 0 | 0 | 8/28/2012 15:28 |
| 2535 | 405877 | | | | | | | | | 0 | 0 | 8/28/2012 15:30 |
| 2536 | 406123 | | | | | | | | | 0 | 0 | 8/30/2012 11:45 |
| 2537 | 408521 | | | | | | | | | 0 | 0 | 8/31/2012 13:47 |
| 2539 | 407851 | | | | | | | | | 0 | 0 | 8/31/2012 13:47 |
| 2540 | 406093 | | | | | | | | | 0 | 0 | 8/31/2012 13:47 |
| 2541 | 405810 | | | | | | | | | 0 | 0 | 8/31/2012 13:49 |
| 2542 | 408238 | | | | | | | | | 0 | 0 | 9/4/2012 15:02 |
| 2543 | 407521 | | | | | | | | | 0 | 0 | 9/4/2012 15:02 |
| 2544 | 408124 | | | | | | | | | 0 | 0 | 9/4/2012 15:08 |
| 2545 | 409104 | | | | | | | | | 0 | 0 | 9/4/2012 15:10 |
| 2546 | 408834 | | | | | | | | | 0 | 0 | 9/4/2012 15:10 |
| 2547 | 408358 | | | | | | | | | 0 | 0 | 9/4/2012 15:11 |
| 2548 | 406732 | | | | | | | | | 0 | 0 | 9/4/2012 15:11 |
| 2549 | 407790 | | | | | | | | | 0 | 0 | 9/4/2012 15:11 |
| 2550 | 408025 | | | | | | | | | 0 | 0 | 9/4/2012 15:11 |
| 2551 | 407866 | | | | | | | | | 0 | 0 | 9/4/2012 15:11 |
| 2552 | 407835 | | | | | | | | | 0 | 0 | 9/4/2012 15:11 |
| 2553 | 408885 | | | | | | | | | 0 | 0 | 9/4/2012 15:12 |
| 2554 | 405830 | | | | | | | | | 0 | 0 | 9/4/2012 15:16 |
| 2555 | 406044 | | | | | | | | | 0 | 0 | 9/4/2012 15:16 |

Exhibit 2
Page 112



| OrderID | PromoterID | CustomerID | ShipStreet1 | ShipStreet2 | ShipCity | ShipState | BillState | ShipPostalCode | ShipCountry | OrderVolume | OrderTotal | OrderDate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2556 | 405920 | | | | | | | | | 0 | 0 | 9/4/2012 15:17 |
| 2557 | 406071 | | | | | | | | | 0 | 0 | 9/4/2012 15:18 |
| 2558 | 405816 | | | | | | | | | 0 | 0 | 9/4/2012 15:18 |
| 2559 | 406151 | | | | | | | | | 0 | 0 | 9/4/2012 15:18 |
| 2560 | 405950 | | | | | | | | | 0 | 0 | 9/4/2012 15:18 |
| 2561 | 405811 | | | | | | | | | 0 | 0 | 9/4/2012 15:20 |
| 2562 | 405809 | | | | | | | | | 0 | 0 | 9/4/2012 17:04 |
| 2563 | 405804 | | | | | | | | | 0 | 0 | 9/4/2012 17:06 |
| 2564 | 405810 | | | | | | | | | 0 | 0 | 9/4/2012 17:08 |
| 2565 | 405880 | | | | | | | | | 0 | 0 | 9/4/2012 17:09 |
| 2566 | 405813 | | | | | | | | | 0 | 0 | 9/4/2012 17:10 |
| 2567 | 406019 | | | | | | | | | 0 | 0 | 9/4/2012 17:12 |
| 2568 | 405805 | | | | | | | | | 0 | 0 | 9/4/2012 17:13 |
| 2569 | 409765 | | | | | | | | | 0 | 0 | 9/7/2012 11:13 |
| 2570 | 406047 | | | | | | | | | 0 | 0 | 9/7/2012 13:46 |
| 2571 | 409090 | | | | | | | | | 0 | 0 | 9/7/2012 15:10 |
| 2572 | 408887 | | | | | | | | | 0 | 0 | 9/9/2012 11:13 |
| 2573 | 408700 | | | | | | | | | 0 | 0 | 9/9/2012 11:13 |
| 2574 | 408814 | | | | | | | | S | 0 | 0 | 9/9/2012 11:13 |
| 2575 | 408991 | | | | | | | | | 0 | 0 | 9/9/2012 11:13 |
| 2576 | 406800 | | | | | | | | | 0 | 0 | 9/9/2012 11:13 |
| 2577 | 408300 | | | | | | | | | 0 | 0 | 9/9/2012 11:13 |
| 2578 | 407393 | | | | | | | | | 0 | 0 | 9/9/2012 11:13 |
| 2579 | 406319 | | | | | | | | | 0 | 0 | 9/9/2012 11:14 |
| 2580 | 408832 | | | | | | | | | 0 | 0 | 9/9/2012 11:14 |
| 2581 | 408599 | | | | | | | | | 0 | 0 | 9/9/2012 11:14 |
| 2582 | 408887 | | | | | | | | | 0 | 0 | 9/10/2012 15:00 |
| 2583 | 407202 | | | | | | | | | 0 | 0 | 9/10/2012 15:03 |
| 2584 | 409697 | | | | | | | | | 0 | 0 | 9/10/2012 15:06 |
| 2585 | 409369 | | | | | | | | | 0 | 0 | 9/10/2012 15:08 |
| 2586 | 409349 | | | | | | | | | 0 | 0 | 9/10/2012 15:09 |
| 2587 | 406639 | | | | | | | | | 0 | 0 | 9/10/2012 15:10 |
| 2588 | 408133 | | | | | | | | | 0 | 0 | 9/10/2012 15:11 |
| 2589 | 406108 | | | | | | | | | 0 | 0 | 9/10/2012 15:12 |
| 2590 | 406053 | | | | | | | | | 0 | 0 | 9/11/2012 10:11 |
| 2591 | 405862 | | | | | | | | | 0 | 0 | 9/11/2012 13:18 |
| 2592 | 406047 | | | | | | | | | 0 | 0 | 9/11/2012 13:41 |
| 2593 | 407206 | | | | | | | | | 0 | 0 | 9/11/2012 13:50 |

Exhibit 2
Page 113

# Exhibit 3
## to the Declaration of Drew S. Hoffman



Exhibit 3
Page 114

# Exhibit 4

## to the Declaration of Drew S. Hoffman



# Exhibit 5

## to the Declaration of Drew S. Hoffman



# Exhibit 6

## to the Declaration of Drew S. Hoffman



PRODUCT INFORMATION

Exhibit 6
Page 117



ultra premium
at its finest

> Weight Management*
> Supports Healthy Joint Function*
> Calms General Discomfort*
> Antioxidant Support*
> Lean Muscle Support
> Digestive & Immune Support*

## Supplement Facts:

**Serving Size:** 1 capsule    **Servings Per Container:** 60

| | Amount Per Serving: | % Daily Value** |
|---|---|---|
| **Vitamin A** (as Vitamin A acetate) | 1500 IU | 30% |
| **Vitamin B1** (Thiamine) | 1.4 mg | 100% |
| **Vitamin B2** (Riboflavin) | 1.7 mg | 100% |
| **Vitamin B3** (Niacinamide) | 12 mg | 60% |
| **Vitamin B5** (Pantothenic acid) | 10 mg | 100% |
| **Vitamin B6** (Pyridoxine) | 2 mg | 100% |
| **Folic acid** | 800 mcg | 200% |
| **Vitamin B12** | 100 mcg | 1667% |
| **Vitamin D3** | 200 IU | 50% |
| **Chromium** (as Chromium AAC) | 200 mcg | 167% |
| **Selenium** (as Selenium AAC) | 90 mcg | 125% |
| **Vanadium** (as Vanadium AAC) | 25 mcg | * |

**Proprietary Blend:** 526 mg
B lactis, L. acidophilus, L. casei, L. helveticus, L. salivarius,
L. plantarum, L. rhamnosus, Guarana Caffeine, Green tea
Caffeine, Glucosamine, White Willow Ext, Green Coffee Bean,
PEA, Irvingia Ext, Theobromine, Ginger Ext, Citrus Aurantium
Ext, Glutamine, L-Arginine, Grape Seed Ext, BCAA Blend,
CoQ 10, Kelp, White Tea Ext

\* Daily Values not established   \*\* Percent Daily Values
are based on a 2,000 calorie diet. Your daily values may
be higher or lower depending on your calorie needs.

**Other ingredients:** Stearic Acid, Silica, gelatin

Contains: Shellfish

## Formulated for Men

**THRIVE | M** is a premium formula and a premium approach to your daily lifestyle. The result of scientific research and years spent perfecting the formula, **THRIVE | M** is the only premium lifestyle capsule of its kind. **THRIVE | M** is about reaching for more and achieving more, each and every day. Formulated for every man who's thriving for the ultimate daily lifestyle, our premium grade naturopathic formula of Vitamins, Minerals, Plant Extracts, Anti-oxidants, Enzymes, Pro-Biotics, and Amino Acids is the first and only Ultra Premium Formula ever developed. Live more, be more, experience more, **THRIVE** for more with **THRIVE | M**.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

The trademarks appearing here belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.

Exhibit 6
Page 118

# Exhibit 7

## to the Declaration of Drew S. Hoffman



PRODUCT INFORMATION

Exhibit 7
Page 119



ultra premium
at its finest

> Weight Management*
> Supports Healthy Joint Function*
> Calms General Discomfort*
> Antioxidant Support*
> Lean Muscle Support*
> Digestive & Immune Support*

## Supplement Facts:

**Serving Size:** 1 capsule          **Servings Per Container:** 60

| | Amount Per Serving: | % Daily Value** |
|---|---|---|
| **Vitamin A** (as Vitamin A acetate) | 1500 IU | 30% |
| **Vitamin B1** (Thiamine) | 1.4 mg | 100% |
| **Vitamin B2** (Riboflavin) | 1.7 mg | 100% |
| **Vitamin B3** (Niacinamide) | 12 mg | 60% |
| **Vitamin B5** (Pantothenic acid) | 10 mg | 100% |
| **Vitamin B6** (Pyridoxine) | 2 mg | 100% |
| **Folic acid** | 800 mcg | 200% |
| **Vitamin B12** | 100 mcg | 1667% |
| **Vitamin D3** | 200 IU | 50% |
| **Chromium** (as Chromium AAC) | 200 mcg | 167% |
| **Selenium** (as Selenium AAC) | 90 mcg | 125% |
| **Vanadium** (as Vanadium AAC) | 25 mcg | * |

**Proprietary Blend:**          527 mg
B lactis, L. acidophilus, L. casei, L. helveticus, L. salivarius, L. plantarum, L. rhamnosus, Guarana Caffeine, Green tea Caffeine, Glucosamine, White Willow Ext, Glutamine, Green Coffee Bean, PEA, Kelp, Irvingia Extract, BCAA Blend, Theobromine, Ginger Ext, Citrus Aurantium Ext, Aspartic Acid, L-Serine, Grape Seed Ext, CoQ 10, White Tea Ext

* Daily Values not established   ** Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

**Other ingredients:** Stearic Acid, Silica, gelatin

**Contains:** Shellfish

## Formulated for Women

**THRIVE | W** is a premium formula and a premium approach to your daily lifestyle. The result of scientific research and years spent perfecting the formula, **THRIVE | W** is the only premium lifestyle capsule of its kind. **THRIVE | W** is about reaching for more and achieving more, each and every day. Formulated for every woman who's thriving for the ultimate daily lifestyle, our premium grade naturopathic formula of Vitamins, Minerals, Plant Extracts, Anti-oxidants, Enzymes, Pro-Biotics, and Amino Acids is the first and only Ultra Premium Formula ever developed. Live more, be more, experience more, **THRIVE** for more with **THRIVE | W.**

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

The trademarks appearing here belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.

Exhibit 7
Page 120

# Exhibit 8

## to the Declaration of Drew S. Hoffman



PRODUCT INFORMATION

Exhibit 8
Page 121





## ultra premium
### at its finest

> Ultra Micronized[+]
> Nutrient Mineral Dense Formula[+]
> Probiotic & Enzyme Blend[+]
> Antioxidant & Extract Blend[+]
> Lean Muscle Support[+]
> Weight Management or Fitness[+]
> Gluten Free[+]

## Supplement Facts:

Serving Size: 1 Packet (35g)   Servings Per Container: 16

| | Amount Per Serving | % Daily Value** |
|---|---|---|
| Calories | 110 | |
| Total Fat | 2 g | 3% |
| Total Carbohydrate | 9 g | 3% |
| Dietary Fiber | 5 g | 20% |
| Sugars | 2 g | * |
| Protein | 15 g | 30% |
| Vitamin A (as beta carotene) | 2,500 IU | 50% |
| Vitamin C (as ascorbic acid) | 24 mcg | 40% |
| Vitamin D (as cholecalciferol) | 200 IU | 50% |
| Vitamin E (as d-alpha tocopheryl acetate) | 10.5 IU | 35% |
| Thiamine (as thiamine hydrochloride) | 750 mcg | 50% |
| Riboflavin | 850 mcg | 50% |
| Vitamin B6 (as pyridoxine hydrochloride) | 1 mg | 50% |
| Folate (as folic acid) | 200 mcg | 50% |
| Biotin | 135 mcg | 45% |
| Pantothenic Acid (as d-calcium pantothenate) | 4 mg | 40% |
| Calcium (as tricalcium phosphate) | 400 mg | 40% |
| Iodine | 60 mcg | 40% |
| Magnesium (as magnesium citrate) | 100 mg | 25% |
| Zinc (as zinc methionine) | 6.75 mg | 45% |
| Selenium (as selenium chelate) | 14 mcg | 20% |
| Copper (as copper chelate) | 1 mg | 50% |
| Manganese (as manganese chelate) | 600 mcg | 30% |
| Chromium (as chromium polynicotinate) | 60 mcg | 50% |
| Molybdenum (from sodium chelate) | 38 mcg | 50% |

**Proprietary Blend:** 1595 mg                                          *
{Garcinia fruit extract, Oat fiber, Natural Caffeine from Black Tea, Lactobacillus Acidophilus, Rice bran, Amylase 5000, Bromelain 600GDU, Cardomom seed extract, Cellulase 1000, Ginger root, Lipase1000, Papain 6000, Protease 1000, Protease 5000, Cinnamon bark extract}

* Percent Daily Values are not established.
**Percent Daily Values are based on a 2,000 calorie diet.
Your daily values may be higher or lower depending on your calorie needs.

Other Ingredients: Maltodextrin, Protein Blend (Soy, Pea, Whey concentrate), Cellulose, Sunflower Oil, Natural Flavors, Xanthan Gum, Sucralose, Magnasweet™ (natural flavor), Stevia Leaf Extract.

Contains: Milk and soy

## Formulated for Men & Women

**THRIVE MIX** is the finishing touch to the only Ultra Premium Product Line available—**THRIVE**. This ultra micronized mix was perfectly designed to complement our **THRIVE** Lifestyle Capsules and DFT. Our blend of Vitamins, Minerals, Plant Extracts, Anti-oxidants, Enzymes, Pro-Biotics, and Amino Acids is the first and only Ultra Premium Mix ever developed. **THRIVE MIX**, combined daily with the **THRIVE** Capsules and DFT, completes a premium lifestyle and creates a premium you. The saying "not all shakes are created equal" is proven true by our ultra micronized Premium Lifestyle Mix, which is in a category all by itself. Live more, be more, experience more, **THRIVE** for more with **THRIVE MIX**.

+These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

The trademarks appearing here belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.

Exhibit 8
Page 122



PRODUCT INFORMATION

Exhibit 8
Page 123



ultra premium
at its finest

> Ultra Micronized⁺
> Nutrient Mineral Dense Formula⁺
> Probiotic & Enzyme Blend⁺
> Antioxidant & Extract Blend⁺
> Lean Muscle Support⁺
> Weight Management or Fitness⁺
> Gluten Free⁺

## Supplement Facts:

Serving Size: 1 Packet (35g)  Servings Per Container: 16

| | Amount Per Serving | % Daily Value** |
|---|---|---|
| Calories | 123 | |
| Total Fat | 2 g | 3% |
| Total Carbohydrate | 11 g | 4% |
| Dietary Fiber | 3 g | 12% |
| Sugars | 1 g | * |
| Protein | 15 g | 30% |
| Vitamin A (as beta carotene) | 2,500 IU | 50% |
| Vitamin C (as ascorbic acid) | 24 mg | 40% |
| Vitamin D (as cholecalciferol) | 200 IU | 50% |
| Vitamin E (as d-alpha tocopheryl acetate) | 10.5 IU | 35% |
| Thiamine (as thiamine hydrochloride) | 750 mcg | 50% |
| Riboflavin | 850 mcg | 50% |
| Vitamin B6 (as pyridoxine hydrochloride) | 1 mg | 50% |
| Folate (as folic acid) | 200 mcg | 50% |
| Biotin | 135 mcg | 45% |
| Pantothenic Acid (as d-calcium pantothenate) | 4 mg | 40% |
| Calcium (as tricalcium phosphate) | 400 mg | 40% |
| Iodine (as potassium iodide) | 60 mcg | 40% |
| Magnesium (as magnesium citrate) | 100 mg | 25% |
| Zinc (as zinc methionine) | 6.75 mg | 45% |
| Selenium (as selenium amino acid chelate) | 14 mcg | 20% |
| Copper (as copper amino acid chelate) | 1 mg | 50% |
| Manganese (as manganese rice chelate) | 600 mcg | 30% |
| Chromium (as chromium amino acid chelate) | 60 mcg | 50% |
| Molybdenum (as molybdenum rice chelate) | 38 mcg | 50% |
| **Proprietary Blend:** | 1595 mg | * |

[Oat fiber, Garcinia fruit extract, Natural Caffeine from Black Tea, Rice Bran, Lactobacillus Acidophilus, Amylase 5000, Bromelain 600GDU, Cellulase 1000, Lipase1000, Papain 6000 USP, Protease 5000, Protease 1000, Ginger root, Cardomom seed extract, Cinnamon bark extract]

\* Percent Daily Values are not established.
\*\*Percent Daily Values are based on a 2,000 calorie diet.
Your daily values may be higher or lower depending on your calorie needs.

Other Ingredients: Protein Blend (Soy, Pea, Whey concentrate), Maltodextrin, Cocoa Powder, Sunflower Oil, Xanthan Gum, Sucralose, Magnasweet™(natural flavor), Corn Starch, Natural Flavors, Caramel Color, Stevia Leaf Extract.

Contains: Milk and soy

## Formulated for Men & Women

THRIVE MIX is the finishing touch to the only Ultra Premium Product Line available—THRIVE. This ultra micronized mix was perfectly designed to complement our THRIVE Lifestyle Capsules and DFT. Our blend of Vitamins, Minerals, Plant Extracts, Anti-oxidants, Enzymes, Pro-Biotics, and Amino Acids is the first and only Ultra Premium Mix ever developed. THRIVE MIX, combined daily with the THRIVE Capsules and DFT, completes a premium lifestyle and creates a premium you. The saying "not all shakes are created equal" is proven true by our ultra micronized Premium Lifestyle Mix, which is in a category all by itself. Live more, be more, experience more, THRIVE for more with THRIVE MIX.

+These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

The trademarks appearing here belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.

Exhibit 8
Page 124



PRODUCT INFORMATION

Exhibit 8
Page 125



## ultra premium at its finest

> Ultra Micronized[+]
> Nutrient Mineral Dense Formula[+]
> Probiotic & Enzyme Blend[+]
> Antioxidant & Extract Blend[+]
> Lean Muscle Support[+]
> Weight Management or Fitness[+]
> Gluten Free[+]

### Supplement Facts:

Serving Size: 1 Packet (35g)  Servings Per Container: 16

| | Amount Per Serving | % Daily Value** |
|---|---|---|
| Calories | 110 | |
| Total Fat | 2 g | 3% |
| Total Carbohydrate | 9 g | 3% |
| Dietary Fiber | 5 g | 20% |
| Sugars | 2 g | * |
| Protein | 15 g | 30% |
| Vitamin A (as beta carotene) | 2,500 IU | 50% |
| Vitamin C (as ascorbic acid) | 24 mg | 40% |
| Vitamin D (as cholecalciferol) | 200 IU | 50% |
| Vitamin E (as d-alpha tocopheryl acetate) | 10.5 IU | 35% |
| Thiamine (as thiamine hydrochloride) | 750 mcg | 50% |
| Riboflavin | 850 mcg | 50% |
| Vitamin B6 (as pyridoxine hydrochloride) | 1 mg | 50% |
| Folate (as folic acid) | 200 mcg | 50% |
| Biotin | 135 mcg | 45% |
| Pantothenic Acid (as d-calcium pantothenate) | 4 mg | 40% |
| Calcium (as tricalcium phosphate) | 400 mg | 40% |
| Iodine (as potassium iodide) | 60 mcg | 40% |
| Magnesium (as magnesium citrate) | 100 mg | 25% |
| Zinc (as zinc methionine) | 6.75 mg | 45% |
| Selenium (as selenium chelate) | 14 mcg | 20% |
| Copper (as copper chelate) | 1 mg | 50% |
| Manganese (as manganese chelate) | 600 mcg | 30% |
| Chromium (as chromium amino acid chelate) | 60 mcg | 50% |
| Molybdenum (as molybdenum amino acid chelate) | 38 mcg | 50% |
| Proprietary Blend: | 1595 mg | * |

[Oat fiber, Garcinia fruit extract, Natural Caffeine from Black Tea, Rice bran, Lactobacillus Acidophilus, Amylase 5000, Bromelain 600GDU, Cellulase 1000, Protease 5000, Lipase1000, Papain 6000, Protease 1000, Ginger root, Cardomom seed extract, Cinnamon bark extract]

* Percent Daily Values are not established.
**Percent Daily Values are based on a 2,000 calorie diet.
Your daily values may be higher or lower depending on your calorie needs.

Other Ingredients: Protein Blend (Soy, Pea, Whey concentrate), Maltodextrin, Microcrystalline Cellulose, Sunflower Oil, Natural Flavors, Xanthan Gum, Sucralose, Corn Starch, Beet Color, Magnasweet™(natural flavor), Monk Fruit Extract, Stevia Leaf Extract.

Contains: Milk and soy

## Formulated for Men & Women

THRIVE MIX is the finishing touch to the only Ultra Premium Product Line available—THRIVE. This ultra micronized mix was perfectly designed to complement our THRIVE Lifestyle Capsules and DFT. Our blend of Vitamins, Minerals, Plant Extracts, Anti-oxidants, Enzymes, Pro-Biotics, and Amino Acids is the first and only Ultra Premium Mix ever developed. THRIVE MIX, combined daily with the THRIVE Capsules and DFT, completes a premium lifestyle and creates a premium you. The saying "not all shakes are created equal" is proven true by our ultra micronized Premium Lifestyle Mix, which is in a category all by itself. Live more, be more, experience more, THRIVE for more with THRIVE MIX.

+These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

The trademarks appearing here belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.

Exhibit 8
Page 126



PRODUCT INFORMATION

Exhibit 8
Page 127



## ultra premium at its finest

> Ultra Micronized[+]
> Nutrient Mineral Dense Formula[+]
> Probiotic & Enzyme Blend[+]
> Antioxidant & Extract Blend[+]
> Lean Muscle Support[+]
> Weight Management or Fitness[+]
> Gluten Free[+]

## Supplement Facts:

Serving Size: 1 Packet (35g)     Servings Per Container: 16

| | Amount Per Serving | % Daily Value** |
|---|---|---|
| Calories | 125 | |
| Total Fat | 2 g | 3% |
| Total Carbohydrate | 11 g | 4% |
| Dietary Fiber | 5 g | 20% |
| Sugars | 2 g | * |
| Protein | 15 g | 30% |
| Vitamin A (as beta carotene) | 2,500 IU | 50% |
| Vitamin C (as ascorbic acid) | 24 mg | 40% |
| Vitamin D (as cholecalciferol) | 200 IU | 50% |
| Vitamin E (as d-alpha tocopheryl acetate) | 10.5 IU | 35% |
| Thiamine (as thiamine hydrochloride) | 750 mcg | 50% |
| Riboflavin | 850 mcg | 50% |
| Vitamin B6 (as pyridoxine hydrochloride) | 1 mg | 50% |
| Folate (as folic acid) | 200 mcg | 50% |
| Biotin | 135 mcg | 45% |
| Pantothenic Acid (as d-calcium pantothenate) | 4 mg | 40% |
| Calcium (as tricalcium phosphate) | 400 mg | 40% |
| Iodine (as potassium iodide) | 60 mcg | 40% |
| Magnesium (as magnesium citrate) | 100 mg | 25% |
| Zinc (as zinc methionine) | 6.75 mg | 45% |
| Selenium (as selenium chelate) | 14 mcg | 20% |
| Copper (as copper chelate) | 1 mg | 50% |
| Manganese (as manganese chelate) | 600 mcg | 30% |
| Chromium (as chromium amino acid chelate) | 60 mcg | 50% |
| Molybdenum (as molybdenum amino acid chelate) | 38 mcg | 50% |
| Sodium | 200 mg | 8% |
| Potassium | 70 mg | 2% |

**Proprietary Blend:** 1595 mg *
[Oat fiber, Garcinia fruit extract, Natural Caffeine from Black Tea, Rice bran, Lactobacillus Acidophilus, Amylase 5000, Bromelain 600GDU, Cellulase 1000, Protease 5000, Lipase1000, Papain 6000, Protease 1000, Ginger root, Cardomom seed extract, Cinnamon bark extract]

* Percent Daily Values are not established.
**Percent Daily Values are based on a 2,000 calorie diet.
Your daily values may be higher or lower depending on your calorie needs.

Other Ingredients: Protein Blend (Soy, Pea, Whey concentrate), Maltodextrin, Microcrystalline Cellulose, Sunflower Oil, Natural Flavors, Xanthan Gum, Guar Gum, Sucralose, Magnasweet™ (natural flavor), Stevia Leaf Extract.

Contains: Milk and soy

## Formulated for Men & Women

THRIVE MIX is the finishing touch to the only Ultra Premium Product Line available–THRIVE. This ultra micronized mix was perfectly designed to complement our THRIVE Lifestyle Capsules and DFT. Our blend of Vitamins, Minerals, Plant Extracts, Anti-oxidants, Enzymes, Pro-Biotics, and Amino Acids is the first and only Ultra Premium Mix ever developed. THRIVE MIX, combined daily with the THRIVE Capsules and DFT, completes a premium lifestyle and creates a premium you. The saying "not all shakes are created equal" is proven true by our ultra micronized Premium Lifestyle Mix, which is in a category all by itself. Live more, be more, experience more, THRIVE for more with THRIVE MIX.

+These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

The trademarks appearing here belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.

Exhibit 8
Page 128

# Exhibit 9

## to the Declaration of Drew S. Hoffman



## PRODUCT INFORMATION

Exhibit 9
Page 129



# technology meets premium nutrition

> Weight Management

> Supports Appetite Management

> 2.0 Delivery Technology

> Nutritional Support



THIS PRODUCT CONTAINS: ForsLean®, Green Coffee Bean Extract, Garcinia Cambogia, CoQ10, White Willow Bark, Cosmoperine®, Limonene, Aloe Vera and L-Arginine. (ForsLean® and Cosmoperine® are registered trademarks of Sabinsa Corp.)

Not suitable for individuals under 18 years of age. If you are pregnant or breastfeeding consult a doctor before using this product. If you are taking any medication, or have any type of medical issue, consult a doctor before using this product. Discontinue use if skin irritation occurs.

The trademarks appearing here belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.

THRIVE Premium Lifestyle **DFT** is a technology driven breakthrough in Health, Wellness, Weight Management, and Nutritional Support. Le-Vel's **DFT** (Derma Fusion Technology) delivery system is a category creator—the first of its kind—and now, with fusion 2.0 technology, **DFT** has reached even greater heights. Our **DFT** delivery system was designed to infuse the derma (skin) with our unique, premium grade THRIVE Lifestyle Formula, different than the Capsule & Shake formula, and to result in a delivery rate benefiting the individual over an extended period of time. Simply put—**DFT** helps you achieve premium results for a premium lifestyle. With fusion 2.0 designed to provide greater bioavailability, absorption, and nutritional support your results with **DFT** 2.0 should only get better.

When taken as part of the THRIVE 8-Week Experience—in conjunction with the THRIVE Premium Lifestyle Capsules and the THRIVE Premium Lifestyle Shake Mix—**DFT** promotes clean and healthy weight management and an overall healthy lifestyle. Individuals following this plan will experience ultra premium results, with benefits such as improved health, wellness, and fitness, as well as, weight management and nutritional support.

Exhibit 9
Page 130

# Exhibit 10
## to the Declaration of Drew S. Hoffman







LeVel

THE BRAND | THRIVE | ACHIEVEMENTS | LV REWARDS | LV LIFE | CUSTOMER | PROMOTER | CLOUD OFFICE

# THRIVE experience the 1-2-3 system

PREMIUM LIFESTYLE CAPSULES

PRODUCT INFO

ULTRA MICRONIZED SHAKE MIX

PRODUCT INFO

LIFESTYLE DFT WITH FUSION 2.0 TECHNOLOGY

PRODUCT INFO

The THRIVE Experience is a premium lifestyle system, to help you experience peak physical and mental levels. 1-2-3 premium products taken every morning, that have changed millions of lives...

## WHAT DO I TAKE?

## WHAT DOES IT DO?

## WHAT ARE PEOPLE SAYING?

LEARN MORE ABOUT THE THRIVE EXPERIENCE

*Results vary for individuals. There are no guarantees of specific results.*

LeVel Terms Contact

English Español

©2021 LE-VEL – The trademarks appearing throughout this site belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.

# Exhibit 11

## to the Declaration of Drew S. Hoffman





# Exhibit 12
## to the Declaration of Drew S. Hoffman



Exhibit 12
Page 133



## Supplement Facts:

| Serving Size: 1 packet (30 ml) | Servings Per Container: 16 | |
|---|---|---|
| | Amount Per Serving: | % Daily Value** |
| Calories | 90 | |
| Total Carbohydrate | 8 g | 3% |
| Sugars | 6 g | * |
| Protein | 15 g | |

**Ingredients:** Hydrolyzed Collagen Peptides, Purified Water, Fructose, Citric Acid, Natural Flavor, Potassium Sorbate, Stevia Leaf Extract, Glycerin

\* Daily Values not established.

\*\* Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

## The Formula

**FORM** is the latest addition to Le-Vel's Sequential Gel Technology line. More importantly, it's the latest discovery for the human body and human nutrition. Combining our proprietary Hydrolyzed Collagen Protein with our proprietary delivery system— Sequential Gel Technology—**FORM** is the world's only Sequentially absorbed Collagen Protein.

Collagen is the second most common substance found in the human body, the first being water. It's estimated that one third of all protein in the body is collagen protein. Collagen is the foundation for strong connective tissues. Aging causes collagen protein to break down, weakening the connective tissues. Not only does the collagen break down but the body loses its ability to produce more. It's believed that this process begins around the age of twenty. Our premium grade hydrolyzed collagen protein peptides are designed to help the body repair itself by introducing collagen protein into the body, allowing the body to repair, to rebuild, to **FORM**. This breakthrough discovery of collagen protein, combined with a sequential delivery system allowing you to truly maximize absorption, has made **FORM** the hybrid product of the decade. Le-Vel is proud to bring to market this true nutritional innovation, the world's only sequentially absorbed hydrolyzed collagen protein gel, **FORM**.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

The trademarks appearing here belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.

Exhibit 12
Page 134

# Exhibit 13

## to the Declaration of Drew S. Hoffman



Exhibit 13
Page 135



OUR MOST **POWERFUL** ENGINEERED FORMULA FOR THE MOST **MEANINGFUL** CAUSE

## CAMPAIGNS & COLORS BY MONTH

**FEBRUARY : COLORECTAL CANCER**

**MARCH : KIDNEY CANCER**

**APRIL : TESTICULAR CANCER**

MAY : BRAIN CANCER

**JUNE : LEUKEMIA**

**JULY : LYMPHOMA**

**AUGUST : PROSTATE CANCER**

**SEPTEMBER : BONE CANCER**

**OCTOBER : BREAST CANCER**

**NOVEMBER : LIVER CANCER**

DECEMBER : PANCREATIC CANCER

**JANUARY : CERVICAL CANCER**

**THIS PRODUCT CONTAINS:** Guarana Extract, Garcinia Cambogia, Forslean®, Green Tea Extract, Green Coffee Extract, 5-HTP, Satiereal®, White Willow Bark Extract, L-Theanine, L-Arginine, Vitamin B-12, Cosmoperine®, Limonene, Aloe Vera Leaf Gel Extract, Proprietary Antioxidant Blend [CoQ10, Black Elderberry Extract, Vitamin C, Pterostilbene, Quercetin, Oregano Oil, Alpha Lipoic Acid, L-Glutathione, Vitamin E]. (ForsLean® and Cosmoperine® are registered trademarks of Sabinsa Corp. Satiereal® is a registered trademark of INOREAL. International patents pending.)

Not suitable for individuals under 18 years of age. If you are pregnant or breastfeeding consult a doctor before using this product. If you are taking any medication, or have any type of medical issue, consult with a doctor before using this product. Discontinue use if skin irritation occurs.

The trademarks appearing here belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights of otherwise are used with the permission of others to constitute fair use.

Whether it's a family member, a friend or your own personal fight, cancer has impacted us all in one way or another. While we're extremely proud of the over $1,000,000 we've already donated to Breast Cancer Awareness over the years, Le-Vel has been inspired to take the fight to cancer year round!

**TAC DFT**s are a new and versatile addition to Le-Vel's Wearable Nutrition. For every pack sold, LV will donate $5 to an outstanding organization committed to fighting against a certain type of cancer we've designated for that particular month. You can see the breakdown in the list to the left.

Maybe you just want a great looking DFT that covers all the bases. The **TAC DFT** may be the perfect "step 3" of your THRIVE Experience for: weight management, energy support, mood support, antioxidants, and enhanced delivery technology. TAC is the most powerful engineered DFT yet!

Pick from 3 different color themes that will cycle throughout the year (see list to the left for [1] February–May; [2] June–September; and [3] October–January). Or, better yet, add **TAC DFT** to your autoship and the colors will change up for you automatically every 4 months. Either way, $5 will go toward the fight against cancer for each pack of TAC DFTs you purchase. **WE THRIVE WITH PURPOSE!**

Exhibit 13
Page 136

# Exhibit 14

## to the Declaration of Drew S. Hoffman

A Race To End Barriers



# A Race To End Barriers

Le-Vel supports Hoyt Foundation's efforts to improve quality of life for
those living with disabilities



NEWS PROVIDED BY                                    SHARE THIS ARTICLE
**Le-Vel Brands, LLC →**
Jul 29, 2016, 07:30 ET

    

DALLAS, July 29, 2016 /PRNewswire/ -- Le-Vel Brands, LLC, the world leader in human nutritional innovation, presented
the Hoyt Foundation with a $240,000 donation from the proceeds of its limited-edition Hoyt Derma Fusion
Technology (DFTs), of which $5 from every purchase in June was earmarked for the Hoyt Foundation. Founded by
athletes Dick and Rick Hoyt of teamhoyt.com, the Hoyt Foundation strives to build the individual character,
confidence and self-esteem of America's disabled and physically challenged young people through inclusion in all
facets of daily life.



"I want to thank Le-Vel and all of their representatives for working so hard during the month of June to raise
awareness and funds for the Hoyt Foundation through the sale of Hoyt DFTs," said Dick Hoyt. "This wonderful
contribution from Le-Vel will enable the Hoyt Foundation Inc. to support more local organizations and, in turn, help
enhance the lives of countless individuals who live with disabilities."

Established in 2012, Le-Vel is a cloud-based virtual direct selling company, the first of its kind in the direct sales
industry. Company Founders Jason Camper and Paul Gravette built their company on a platform that would enable
maximum investment in superior ingredients. Their mission was to help people throughout the world not just survive,
but thrive with simple yet highly effective products that would boost their energy, enable them to feel better and
meet the demands of daily life head on. Four years later, this $500 million company enjoys a global following of
independent Brand Promoters and customers who have grown the brand organically through powerful product
testimonials. Quite simply, they're feeling better and doing more than they ever thought possible.

Le-Vel's Derma Fusion Technology, or DFT, is part of a simple three-step regimen called THRIVE, designed to help
people of all ages live healthier, more active and vital lives. The first of its kind, the DFT time-released delivery system
infuses the skin, or derma, with Le-Vel's unique THRIVE Lifestyle Formula. Consumers experience benefits including
increased mental performance and appetite management. Used in tandem with THRIVE Premium Lifestyle Shake
and THRIVE Premium Lifestyle Capsules, THRIVE helps people recapture their well-being and reach peak physical and
mental levels through weight management, digestive support, healthy joint function and lean muscle support,
among other benefits. The limited-edition Hoyt DFT features the "Yes You Can" call to action of the Hoyt Foundation,
along with the organization's logo.

Exhibit 14
Page 137

3/20/2021                                                A Race To End Barriers

The legendary Dick Hoyt was the surprise headline speaker during Le-Vel's convention, held April 29-30 in Grapevine, Texas. The moving story he shared of his son's perseverance was incredibly inspiring to the more than 20,000 Le-Vel independent Brand Promoters in the audience. Dick, a retired Lt. Colonel, travels the country educating the public about disability awareness and promoting the motto, "Yes, You Can." His son, Rick was born in 1962 as a quadriplegic with cerebral palsy and without the ability to speak. But his family remained undeterred by those challenges and fiercely supported his quest for independence and participation in community, sports, education and the workplace. With Dick by his side, Rick has competed in more than 1,100 athletic events in the last 37 years, including 32 Boston Marathons and six Ironman competitions. This father-son pair, known as Team Hoyt, are continually pushing the limits of what was previously thought possible for people living with disabilities.

"The Hoyts are proof that, with perseverance, belief and a strong support system, we can achieve incredible things. On behalf of our employees, independent Brand Promoters and their customers, we're honored to support Team Hoyt and the Hoyt Foundation in their tireless efforts to help the disabled and physically challenged live their lives to the fullest," said Paul Gravette, Co-CEO, Co-Owner and Co-Founder of Le-Vel.

Adds fellow Co-Founder, Co-Owner and Co-CEO Jason Camper: "Team Hoyt's message of 'Yes, you can' is something we should all take to heart, as it inspires each one of us to rise to the occasion, no matter the obstacles. As a company, we share their mission to help people who face some of the toughest hurdles to push beyond their barriers and achieve excellence in their lives, while inspiring others do the same. We're thrilled that we were able to lend a hand to help Team Hoyt as they continue to create more opportunities for people living with disabilities."

**About Le-Vel**

Founded in 2012 by Jason Camper and Paul Gravette, Le-Vel formulates and sells nutritional/health and wellness products and is the only health and wellness company that uses cloud-based technology for its day-to-day operations. Le-Vel's cloud-based infrastructure enables the company to keep overhead to a minimum while increasing commissions to its Promoters and putting more money into the Thrive product line. Le-Vel products include DFT, Thrive Premium Lifestyle Capsules, THRIVE Premium Lifestyle Mix, THRIVE Kids, Activate, Boost, Balance, Black Label, FORM, Move and Rest. Le-Vel has over 4.5 million Customer and Promoter accounts, currently ships within the United States, Canada, Australia, New Zealand and the United Kingdom and is looking to surpass $500 million in annual revenue in 2016. For more information about Le-Vel, visit le-vel.com.

Contact: Drew Hoffman (Drew.Hoffman@le-vel.com)

Video - https://youtu.be/ZV495gwl3Ao

Photo - http://photos.prnewswire.com/prnh/20160728/394032

Photo - http://photos.prnewswire.com/prnh/20160728/394033

Photo - http://photos.prnewswire.com/prnh/20160728/394043

Photo - http://photos.prnewswire.com/prnh/20160728/394044

Logo - http://photos.prnewswire.com/prnh/20150820/259960LOGO

SOURCE Le-Vel Brands, LLC

Related Links

http://le-vel.com



Exhibit 14
Page 138

3/20/2021                                                 Le-Vel Continues Race To Break Down Barriers



# Le-Vel Continues Race To Break Down Barriers

Company once again backs Hoyt Foundation's mission of inclusion and empowerment of disabled young people



NEWS PROVIDED BY
**Le-Vel Brands →**
Jun 06, 2019, 08:00 ET

SHARE THIS ARTICLE

    

FRISCO, Texas, June 6, 2019 /PRNewswire/ -- Le-Vel Brands, LLC, the world leader in human nutritional innovation, has kicked off a month-long promotion in which $5 from the sale of each pack of limited-edition Hoyt Derma Fusion Technology (DFT) will be donated to the Hoyt Foundation. Founded by athletes Dick and Rick Hoyt, the Hoyt Foundation strives to build the individual character, confidence and self-esteem of America's disabled and physically challenged young people through inclusion in all facets of daily life.



Le-Vel continues race to break down barriers

In the spring of 1977, Rick Hoyt told his father, Dick, that he wanted to participate in a 5-mile road race to benefit a local Lacrosse player who had been paralyzed in an accident. It was an extraordinary request for one reason: Rick had been born 15 years earlier as a quadriplegic with cerebral palsy and without the ability to speak. But his family remained undeterred by those challenges and fiercely supported his quest for independence and participation in community, sports, education and the workplace. In 1972, a group of engineers at Tufts University built an interactive computer for Rick that enabled him to communicate in full sentences – and "no" simply wasn't in his vocabulary.

Dick agreed to push Rick in his wheelchair, and they finished all five miles. Although they came in second to last, Rick was on top of the world, telling his dad that when they raced, his disability disappeared. That realization was just the beginning of what would become more than 1,000 races completed, including marathons, duathlons and triathlons, six of them Ironman competitions. The father-son duo's 1,000th race was the 2009 Boston Marathon. To this day, Dick, a retired Lt. Colonel, travels the country educating the public about disability awareness and promoting the motto, "Yes, You Can." Together with Rick, the pair, known as Team Hoyt, are continually pushing the limits of what was previously thought possible for people living with disabilities.

"Our ongoing partnership with The Hoyt Foundation is something we're incredibly proud of," say Le-Vel Co-CEOs Jason Camper and Paul Gravette. "In 2015, we donated $50,000 and in 2016, thanks to our Brand Promoters and their customers who rallied behind the cause, we presented $240,000 to The Hoyt Foundation. We're excited to see how much support we can generate this year. Our Brand Promoters, their customers and our employees are extremely passionate about supporting the Foundation's mission to help disabled and physically challenged young people live their lives to the fullest. It's an honor to lend a hand of support to people who truly personify what it means to overcome obstacles and achieve greatness."

For more information about limited-edition Team Hoyt DFT, visit https://le-vel.com/Lander/Thrive4Hoyt.

**About Le-Vel**

Exhibit 14
Page 139

3/20/2021                                Le-Vel Continues Race To Break Down Barriers

Founded in 2012 by Jason Camper and Paul Gravette, Le-Vel formulates and sells health and wellness products and skincare. In 2018, less than six years after the company's inception, Le-Vel reached a milestone of $1.5 billion in lifetime orders.

Le-Vel products include the THRIVE Experience (consisting of the three core products THRIVE Premium Lifestyle DFT, THRIVE Premium Lifestyle Capsules and THRIVE Premium Lifestyle Mix), Activate, Balance, Black Label, Blast, Boost, BURN, Café, DUO, Expand, FORM, Move, PRO, Pure, Rest, THRIVE BITES, THRIVEFIT, THRIVE K, Ultra, and White Label. In April 2019, Le-Vel launched its THRIVE SKIN line, which has been a wild success and provided amazing benefits to THRIVERS around the world. Le-Vel has more than 8 million Customer and Brand Promoter accounts, currently ships within the United States, Canada, Australia, New Zealand, the United Kingdom, and Mexico.

For more information about Le-Vel, visit www.le-vel.com, the Le-Vel Facebook Page, Le-Vel on Twitter, Instagram and the Le-Vel YouTube Channel.

Media Contact: Liz Reuth, liz.reuth@le-vel.com

SOURCE Le-Vel Brands

## Also from this source

**Thrive, Fight, Win: Le-Vel Goes To Battle Against Cancer...**



**Time For A Gut Check: Introducing THRIVE BIOTIC By Le-Vel...**



## Explore

More news releases in similar topics

Health Care & Hospitals

Supplementary Medicine

General Sports

Corporate Social Responsibility

People With Disabilities



**Contact Cision**

Cision Distribution 888-776-0942
from 8 AM - 9 PM ET
Contact Us ∧

**Products**

Cision Communication Cloud®
For Marketers
For Public Relations
For IR & Compliance
For Agency
For Small Business
All Products

**About**

About PR Newswire
About Cision
Become a Publishing Partner
Become a Channel Partner
COVID-19 Resources
Accessibility Statement

Global Sites ∧

**My Services**

All New Releases
Online Member Center
ProfNet

Terms of Use | Privacy Policy | Information Security Policy | Site Map | RSS | Cookie Settings

Copyright © 2021 Cision US Inc.

Exhibit 14
Page 140

# Exhibit 15

## to the Declaration of Drew S. Hoffman



About Breast Cancer     Find Support     Get Involved     More ⌄     🔍      Donate      Fundraise

OCTOBER 1, 2019

# Le-Vel Kicks Off Campaign To Support Breast Cancer Awareness

**DALLAS, TX, Oct. 1, 2019** – For the fifth consecutive year, Le-Vel, the world leader in human nutritional and skincare innovation, kicked off its month-long campaign to support the National Breast Cancer Foundation (NBCF). Le-Vel is donating $5 for every limited-edition Breast Cancer Awareness PINK DFT Ultra and PINK Label DFT pack sold during the month of October. This year, Le-Vel is on a mission: to break the $1 million milestone in total donations to NBCF.

Founded in 1991 by breast cancer survivor Janelle Hail, NBCF maintains a steadfast mission to provide help and inspire hope to those affected by breast cancer through early detection, education and support services. For the last 13 years, NBCF has received the highest rating of four stars by Charity Navigator, America's largest independent charity evaluator.

"NBCF is grateful for the five years of partnership with Le-Vel and for their support to our mission of Helping Women Now," said Janelle Hail, NBCF Founder & CEO. "They have nearly reached the $1 million mark in funds raised to join our top donor recognition tier, The Circle of Hope. These funds will enable us to continue providing help and inspiring hope through our programs to thousands of women affected by breast cancer across the U.S."

Throughout October, Le-Vel is having a "pink out" on all of its social media channels, symbolizing the company's commitment to the fight against breast cancer. #THRIVE4PINK is the company's call to action and a symbol of their independent Brand Promoters' and customers' passion for supporting those in need. Wearing a Breast Cancer Awareness PINK DFT Ultra or PINK Label DFT identifies all THRIVERS' commitment to the cause and their $5 donation to NBCF. The PINK DFT Ultra and PINK Label DFT is part of the THRIVE Experience, a 3-step premium lifestyle system designed to help experience peak physical and mental levels. The 3-step system includes Premium Lifestyle Capsules, an Ultra Micronized Shake Mix and a Lifestyle DFT.

Ten randomly selected Brand Promoters will travel to Dallas in November to tour the NBCF facility, learn about the organization's efforts and assemble HOPE Kits filled with thoughtful, comforting and encouraging items for patients undergoing breast cancer treatment. These THRIVERS will be selected from Breast Cancer Awareness DFT orders placed through October 15, 2019. All travel and accommodation costs will be covered by Le-Vel.

Exhibit 15
Page 141

"On behalf of all of our Promoters and customers, we're honored to support the National Breast Cancer Foundation in its goal to increase the number of breast cancer survivors and ensure that women everywhere have access to the resources and information they need for early detection and treatment. Reaching $1 million in donations is an important milestone for THRIVERS everywhere and shows the incredible impact we are making together," say Le-Vel Co-CEOs Jason Camper and Paul Gravette.

PINK DFT Ultra and PINK Label is available now. To be a part of Le-Vel's campaign, please visit here.

**About Le-Vel**

Founded in 2012 by Jason Camper and Paul Gravette, Le-Vel formulates and sells health and wellness products and skincare. In 2019, less than seven years after the company's inception, Le-Vel reached a milestone of $2 billion in lifetime orders.

Le-Vel products include the THRIVE Experience (consisting of the three core products THRIVE Premium Lifestyle DFT, THRIVE Premium Lifestyle Capsules and THRIVE Premium Lifestyle Mix), Activate, Balance, Black Label, Blast, Boost, BURN, Café, DUO, Expand, FORM, Move, PRO, Pure, Rest, Sculpt, THRIVE BITES, THRIVEFIT, THRIVE K, Ultra, and White Label.

In April 2019, Le-Vel launched its THRIVE SKIN line, which has been a wild success and provided amazing benefits to THRIVERS around the world. Le-Vel has over 10 million Customer and Brand Promoter accounts and currently ships within the United States, Canada, Australia, New Zealand, the United Kingdom, and Mexico.

For more information about Le-Vel, visit www.le-vel.com, the Le-Vel Facebook Page, Le-Vel on Twitter, Instagram and the Le-Vel YouTube Channel.

Published October 1, 2019



# Help support women in need

Donations are always appreciated, but there are lots of great ways to get involved.



**Helping Women Now.**

JOIN THE CAUSE:    Subscribe for email updates    Submit

ABOUT BREAST CANCER        FIND SUPPORT        GET INVOLVED        ABOUT NBCF

Exhibit 15
Page 142

| | | | |
|---|---|---|---|
| What Is Breast Cancer | National Mammography Program | Give | The NBCF Story |
| Early Detection | Patient Navigator Program | Corporate Partnership | Our Impact |
| Diagnosis | HOPE Kit | Fundraise | Our Founder |
| Stages | Metastatic Breast Cancer Retreats | Game Pink | Our Corporate Partners |
| Types | Breast Cancer Support Group | Share | People |
| Treatment | Breast Health Education | Volunteer | Careers |
| Myths | Navigating Breast Cancer In The Workplace | Shop Hope | Financial Reports |
| Breast Cancer FAQs | | Breast Cancer Awareness Month | Contact Us |
| Resources | Breast Cancer Research | | Media Inquiries |
| | | Planned Giving | |

PO Box 676910, Dallas, TX 75267-6910

Terms of Service  Privacy Policy  Sitemap  Trademark Licensing  Contact Us

©2021 National Breast Cancer Foundation, Inc. is a non-profit organization with a 501(c)(3) tax-exempt status. All rights reserved. Site by GLIDE.

Exhibit 15
Page 143

3/20/2021                          Le-Vel Celebrates 6 Years Of Supporting Breast Cancer Awareness With Annual Campaign



# Le-Vel Celebrates 6 Years Of Supporting Breast Cancer Awareness With Annual Campaign

Company has surpassed $1 million in lifetime donations in its partnership with NBCF



NEWS PROVIDED BY
**Le-Vel Brands →**
Oct 01, 2020, 09:00 ET

SHARE THIS ARTICLE



FRISCO, Texas, Oct. 1, 2020 /PRNewswire/ -- Le-Vel, the leading innovator in nutrition and skincare, has announced its commitment to continue to support the National Breast Cancer Foundation in its efforts to provide help and hope to those affected by breast cancer. Starting today, Le-Vel is donating $5 for every limited-edition Breast Cancer Awareness PINK DFT Ultra and PINK Label DFT pack sold through Oct. 31.

Last year Le-Vel exceeded $1 million in lifetime donations to NBCF. As a result, the company received NBCF's highest level of donor recognition, the Circle of Hope Award.



LE-VEL CELEBRATES 6 YEARS OF SUPPORTING BREAST CANCER AWARENESS WITH ANNUAL CAMPAIGN

"We are thankful for Le-Vel's support of our mission and their six years of partnership with NBCF" said Janelle Hail, NBCF Founder & CEO. "This past year they reached the $1 million mark in funds raised to join our top donor recognition tier, The Circle of Hope. These funds will enable us to continue providing help and inspiring hope to thousands of women affected by breast cancer across the U.S so that no one faces breast cancer alone."

One in every eight women will be diagnosed with breast cancer in her lifetime. There is currently no known cure, and early diagnosis is critical for survival. Through the National Mammography Program, a network of partner medical facilities across the United States, NBCF provides grants for free breast screening and diagnostic services to those in need.

"It's an honor to join NBCF and help further their mission to support those affected by breast cancer. We're immensely proud of our Thrivers throughout the world for spreading the message far and wide that, working together, we can ensure that all women, regardless of their circumstances, have access to potentially life-saving services," say Co-CEOs Jason Camper and Paul Gravette.

To symbolize Le-Vel's ongoing support of this important cause, there will be a "pink-out" on Le-Vel's social media throughout October. #THRIVE4PINK is Le-Vel's call to action and a symbol of Thrivers' passion for supporting those in need. Wearing a Breast Cancer Awareness PINK DFT Ultra or PINK Label DFT identifies Thrivers' contributions to creating a world in which breast cancer is no longer a reality.

PINK DFT Ultra and PINK Label are available now. To show your support and #THRIVE4PINK, visit us here: https://le-vel.com/lander/THRIVE4Pink

Exhibit 15
Page 144

3/20/2021                          Le-Vel Celebrates 6 Years Of Supporting Breast Cancer Awareness With Annual Campaign

**About Le-Vel**

Founded in 2012 by Jason Camper and Paul Gravette, Le-Vel formulates and sells health and wellness products and skincare. Le-Vel products include the THRIVE Experience (consisting of the three core products, THRIVE Premium Lifestyle DFT, THRIVE Premium Lifestyle Capsules and THRIVE Premium Lifestyle Mix), and THRIVE SKIN (a CBD skincare system). All of Le-Vel's products contain premium vitamins and nutrients made with the highest quality ingredients.

In 2019, less than seven years after the company's inception, Le-Vel reached a milestone of $2 billion in lifetime orders. Le-Vel has over 10 million customer and Brand Promoter accounts and currently ships within the United States, Canada, Australia, New Zealand, and the United Kingdom.

For more information about Le-Vel, visit www.le-vel.com and follow us on Instagram @le_veloffical, Facebook, Twitter and YouTube.

Media Contact: Liz Reuth, liz.reuth@le-vel.com

SOURCE Le-Vel Brands

Related Links

http://Le-Vel.com

## Also from this source

**Thrive, Fight, Win: Le-Vel Goes To Battle Against Cancer...**



**Time For A Gut Check: Introducing THRIVE BIOTIC By Le-Vel...**



## Explore

More news releases in similar topics

Retail

Cosmetics and Personal Care

Household, Consumer & Cosmetics

Health Care & Hospitals

Women



**Contact Cision**

Cision Distribution 888-776-0942
from 8 AM - 9 PM ET
Contact Us

**Products**

For Marketers
For Public Relations
For IR & Compliance
For Agency
For Small Business
All Products

**About**

About PR Newswire
About Cision
Become a Publishing Partner
Become a Channel Partner
Careers
COVID-19 Resources
Accessibility Statement

Global Sites

**My Services**

All New Releases
Online Member Center
ProfNet

Cision Communication Cloud®

Terms of Use | Privacy Policy | Information Security Policy | Site Map | RSS | Cookie Settings                    Copyright © 2021 Cision US Inc.

# Exhibit 16
## to the Declaration of Drew S. Hoffman



Exhibit 16
Page 146

# Exhibit 17
## to the Declaration of Drew S. Hoffman

3/20/2021                    Le-Vel Announces December Initiative Supporting Toys for Tots | Direct Selling News



## Le-Vel Announces December Initiative Supporting Toys for Tots

By DSN Staff   |   December 4, 2015   |   0 💬



### Following an October promotion benefitting the National Breast Cancer Foundation, Le-Vel is partnering with Marine Toys for Tots Foundation in December to provide toys for children this holiday season.

The nutrition and weight-management company has introduced a Holiday Edition DFT product, with $5 of each purchase benefitting Toys for Tots. The company's patent-pending DFT patch is worn directly on the skin to support the body's metabolism process. A similar promotion during Breast Cancer Awareness Month in October raised $250,000 to fund cancer research and prevention programs.

Toys for Tots, a program of the U.S. Marine Corps Reserve, distributes new, unwrapped toys to less fortunate children throughout the U.S. Leading up to the holiday season each year, the program collects toy donations at more than 700 sites across the country. All net proceeds donated by Le-Vel will be used by the program to purchase toys.

In addition to its product promotion, Dallas-based Le-Vel is encouraging its network of independent Promoters—who number about 90,000—to hold regional toy drives or "Locals" during the month of December.

"We are thrilled to have Le-Vel on board this holiday season," Bill Grein, Toys for Tots Foundation Vice President of Marketing and a retired Marine, said in a statement. "Their monetary donation along with the numerous toy drives hosted by Promoters will guarantee that many additional disadvantaged children across the country will have a memorable Christmas."



*Posted in Le-Vel, News*

## Leave a Comment

You must be logged in to post a comment.



Search

OPEN 9AM-8PM

### Archives

Select Month

### Read August DSN Digital Format

FEBRUARY DIGITAL ISSUE

DIRECT SELLING REDEFINED

### Subscribe to Print

DIRECT SELLING NEWS

LEGENDS

March 2021

### Sponsored Content

FULFILLMENT FOR DIRECT SELLING COMPANIES
5 Keys to Success

**Mastering Order Fulfillment in Direct Sales**

By Amware   |   May 27, 2020

### Sponsored Content



**Shopify PLUS Firestorm®: A Powerful Combination for the Future**

By Jerry Reynolds   |   March

20, 2020

**Sponsored Content**



**Penny: The Intelligent Personal Assistant For Direct Sales**

By Penny | March 17, 2020



Exhibit 17
Page 148

3/20/2021                                    Le-Vel Raises Substantial Amount In Toys For Tots Campaign



Resources   Blog   Journalists                                    Log In   Sign Up   Data Privacy   Send a Release

**CISION**
PR Newswire

News   Products   Contact                                                      Search 🔍

News in Focus   Business & Money   Science & Tech   Lifestyle & Health   Policy & Public Interest   People & Culture

## Le-Vel Raises Substantial Amount In Toys For Tots Campaign

Donations help provide gifts to children in need during Christmas season



NEWS PROVIDED BY
**Le-Vel Brands →**
Jan 25, 2018, 09:00 ET

SHARE THIS ARTICLE



DALLAS, Jan. 25, 2018 /PRNewswire/ -- Children in communities across the country woke up to unexpected gifts on Christmas morning thanks to money raised by Le-Vel for the U.S. Marine Corps Reserve Toys for Tots Program.

Le-Vel Brands, LLC, the world leader in human nutritional innovation, donated $5 from every purchase in December of their limited-edition Holiday Derma Fusion Technology (DFT) for this worthy cause. The campaign resulted in another successful round of donations for children in need, with the total contribution from Le-Vel's two Toys for Tots campaigns exceeding $250,000.

"This fundraiser is one of our favorites at Le-Vel. There's nothing better than giving less fortunate children a chance to experience the magic of the season. We're so grateful we can play a part in this important nationwide program," said Drew Hoffman, COO & Chief Legal Officer of Le-Vel.

The mission of the U.S. Marine Corps Reserve Toys for Tots Program is to collect new, unwrapped toys, and distribute those toys as Christmas gifts to children in communities across the United States.

"We were very pleased to welcome back Le-Vel as a national corporate sponsor of the Marine Toys for Tots Program," said retired Marine Colonel Ted Silvester, vice president of the Marine Toys for Tots Foundation.

"Finding a present under the tree on Christmas morning is an experience every child deserves, and Le-Vel has certainly done more than its fair share to help us bring that joy to children whose families have suffered so much. Their community service goals certainly align with those the Marine Corps has promoted for nearly 70 years through our Toys for Tots Program.

"With their generous support we will be able to fulfill the Christmas holiday dreams of thousands of less fortunate children who otherwise might be forgotten."

Le-Vel is committed to the Toys for Tots mission of giving hope to children and helping them experience the joy of Christmas. It's a meaningful opportunity for Le-Vel Brand Promoters, customers and employees to come together and contribute to improving communities and serving families in need.

**About Toys for Tots**
Toys for Tots, a 70-year national charitable program run by the U.S. Marine Corps Reserve, provides happiness and hope to disadvantaged children during each Christmas holiday season.  The toys, books and other gifts collected and distributed by the Marines offer these children recognition, confidence and a positive memory for a lifetime.  It is such experiences that help children become responsible citizens and caring members of their community.

Last year the Marine Toys for Tots Program fulfilled the holiday hopes and dreams of 7 million less fortunate children in 792 communities nationwide.  Since 1947 over 244 million children have been assisted.

The Marine Toys for Tots Foundation is a not for profit organization authorized by the U.S. Marine Corps and the Department of Defense to provide fundraising and other necessary support for the annual Marine Corps Reserve Toys for Tots Program.  For more information, visit www.toysfortots.org.

Exhibit 17
Page 149

3/20/2021                          Le-Vel Raises Substantial Amount In Toys For Tots Campaign

**About Le-Vel**

Founded in 2012 by Jason Camper and Paul Gravette, Le-Vel formulates and sells nutritional/health and wellness products and is the only health and wellness company that uses cloud-based technology for its day-to-day operations.

Le-Vel products include DFT, Thrive Premium Lifestyle Capsules, THRIVE Premium Lifestyle Mix, THRIVE Kids, Activate, Boost, Balance, Black Label, Café, FORM, Move, Rest and Pure. Le-Vel has more than 7 million Customer and Brand Promoter accounts, currently ships within the United States, Canada, Australia, New Zealand, the United Kingdom, and Mexico. In 2017, less than five years after the company's inception, Le-Vel reached a remarkable milestone: $1 billion in lifetime orders.

Le-Vel received *Direct Selling News'* Bravo Growth Award in 2016 in recognition for its extraordinary year-over-year growth – the largest in the world in direct sales. For more information about Thrive Experience 2.0, visit www.Thrive2Point0.com. For more information about Le-Vel, visit www.le-vel.com or find us on Facebook (https://www.facebook.com/LevelBrands/) and YouTube (https://www.youtube.com/user/TheLVLife).

Contact: Liz Reuth, liz.reuth@le-vel.com

SOURCE Le-Vel Brands

Related Links

http://www.le-vel.com



Exhibit 17
Page 150

# Exhibit 18

**to the Declaration of Drew S. Hoffman**

3/20/2021                                     Le-Vel Delivers 266,000 Meals In Its Fight To End Hunger | BioSpace





JOB SEEKER SIGN IN          FOR EMPLOYERS

HOME    NEWS    JOBS    JOB ALERTS    CAREER RESOURCES    HOTBEDS    CAREER EVENTS    COMPANY PROFILES

### Filter News

▸ **All** (655,026)
▸ Topic (627,200)
▸ Industry (95,296)
▸ Hotbed/Location (607,684)
▸ Career Advice (3,530)
▸ Employer Insights (48)
▸ Therapeutic Insights (193)
▸ Coronavirus (COVID-19) News (1,010)

## Le-Vel Delivers 266,000 Meals In Its Fight To End Hunger

Published: Feb 07, 2019

**Partnership with Rise Against Hunger delivers critical nutrition to those in need**

DALLAS, Feb. 7, 2019 /PRNewswire/ -- Approximately 22,000 adults and children throughout the world die each day from malnutrition or lack of food. And 815 people – one out of every nine people walking this earth – are affected by hunger. Breaking this cycle of poverty requires two things: supplying nourishment for those in need and providing additional training or services that lead to self-supporting and sustainable communities.



With those realities in mind, **Le-Vel**, the worldwide leader in human nutritional innovation, committed to a long-term partnership with global relief organization Rise Against Hunger in August 2018 to eliminate worldwide hunger by 2030. To meet that objective, Le-Vel announced the launch of Thrive Nourish, a humanitarian aid mix that delivers protein and nutritional benefits. #ThriveAgainstHunger, a call to action that challenges Thrivers everywhere to take a stand against one of the world's most urgent crises, has been hugely successful to date, with over 266,000 meals delivered to those in need.

Like all Le-Vel products, Thrive Nourish is based on premium-grade ingredients, but it's tailored to address the specific needs of nutritionally deficient individuals – particularly those with a lack of protein in their diets. Rise Against Hunger meals, packaged by volunteers, are designed to provide a comprehensive array of micronutrients. The meals include enriched rice, soy protein, dried vegetables, 23 essential vitamins and nutrients, and Thrive Nourish by Le-Vel.

Rise Against Hunger's Nourishing Lives initiative distributes Rise Against Hunger meals and Thrive Nourish in schools where need is most critical. Students who receive adequate nutrition are far more likely to enroll in school, remain in attendance and, ultimately, graduate. Safety net programs like this one, along with additional skills training and services, promote sustainability and can break the cycle of poverty.

"With Le-Vel, we've been able to provide Thrive Nourish in the countries we serve – giving our beneficiaries another source of protein, protecting against deficiency and allowing children to stay in school. Thrive Nourish also is being given to chronically ill medical patients around the world. The protein it delivers is a key component of the recovery process and helps patients get back on track to a





Exhibit 18
Page 151

healthy future," said Ray Buchanan, Founder of Rise Against Hunger.

"Nobody should be suffering from hunger in 2019 when we have the means to wipe out this humanitarian crisis," say Le-Vel Co-CEOs Jason Camper and Paul Gravette. "That's why Le-Vel is passionate about working with Rise Against Hunger to create a world free of hunger. It's absolutely possible, and we're not going to give up until that vision is a reality."

Any Brand Promoter or customer may donate an order of Thrive Nourish either on a one-time basis or monthly auto-ship. To learn more, visit https://le-vel.com/Lander/ThriveAgainstHunger

**About Le-Vel**
Founded in 2012 by Jason Camper and Paul Gravette, Le-Vel formulates and sells nutritional/health and wellness products and is the only health and wellness company that uses cloud-based technology for its day-to-day operations.

Le-Vel products include the THRIVE Experience (consisting of the three core products THRIVE Premium Lifestyle DFT, THRIVE Premium Lifestyle Capsules and THRIVE Premium Lifestyle Mix), Activate, Boost, Balance, Black Label, White Label, Café, DUO, Expand, FORM, THRIVE BITES, THRIVEFIT, THRIVE K, Move, PRO, Rest, Pure and BURN. Le-Vel has more than 8 million Customer and Brand Promoter accounts, currently ships within the United States, Canada, Australia, New Zealand, the United Kingdom, and Mexico. In early 2018, less than six years after the company's inception, Le-Vel reached a milestone of $1.5 billion in lifetime orders.

For more information about Le-Vel, visit www.le-vel.com, the Le-Vel Facebook Page, Le-Vel on Twitter, Instagram and the Le-Vel YouTube Channel.

**About Rise Against Hunger**
Rise Against Hunger, an international hunger relief organization, aims to show the world that it is, in fact, possible to end hunger by the year 2030. With 25 U.S. locations and five international offices, the organization is committed to nourishing lives, providing emergency aid, empowering communities and growing the hunger movement. Rise Against Hunger has facilitated meal packaging of more than 407 million meals to be distributed to 74 countries around the world.

Media Contact: Liz Reuth, liz.reuth@le-vel.com



⇕ View original content to download multimedia:http://www.prnewswire.com/news-releases/le-vel-delivers-266-000-meals-in-its-fight-to-end-hunger-300791368.html

SOURCE Le-Vel Brands



◄ Back to news

---

**FOR MORE INFORMATION**          **HOTBEDS**                                    **CONNECT WITH US**

About Us                          Biotech Bay        Genetown                     f   Facebook
Contact Us                        Biotech Beach      Ideal Employer
Terms & Conditions                BioCapital         Pharm Country                ✕   Twitter

Exhibit 18
Page 152

Le-Vel Delivers 266,000 Meals In Its Fight To End Hunger | BioSpace

Privacy Policy                 BioMidwest        Lone Star Bio                                    in  LinkedIn

RSS Feeds                      Bio NC            NextGen Bio

Jobs                           BioForest

Free eNewsletters

Contributors

Post a job with us

Submit a press release

BioSpace   © 1985 - 2021 BioSpace.com. All rights reserved. Powered by Madgex Job Board Software

Exhibit 18
Page 153

3/20/2021 Le-Vel Donates 140,000 THRIVE Nourish Meals to Communities Impacted by COVID-19 in Partnership with Nonprofit Rise Against Hunger



## Le-Vel Donates 140,000 THRIVE Nourish Meals to Communities Impacted by COVID-19 in Partnership with Nonprofit Rise Against Hunger

Rise Against Hunger partner, Convoy of Hope, to distribute donated meals across the United States



NEWS PROVIDED BY
**Le-Vel Brands →**
Apr 08, 2020, 13:38 ET

SHARE THIS ARTICLE

FRISCO, Texas, April 8, 2020 /PRNewswire/ -- Leading innovator in nutrition and skincare, Le-Vel announces a strategic partnership with nonprofit organization Rise Against Hunger, donating 140,000 THRIVE Nourish meals to COVID-19 impacted communities. Through this initiative, Le-Vel is donating protein rich meals across the United States with the help of Rise Against Hunger partner, Convoy of Hope.



THRIVE Nourish Donation with Rise Against Hunger | Photo Courtesy of Le-Vel

Le-Vel is committed to providing support to nonprofit organizations feeding, nourishing and supplying emergency aid to those in need. The donated THRIVE Nourish canisters will be distributed internationally through Rise Against Hunger and distributed nationwide by Convoy of Hope.

THRIVE Nourish is a humanitarian aid mix that delivers essential nutritional benefits. It is tailored to target the specific needs of nutritionally deficient individuals, particularly those with a lack of protein in their diets. Every canister provides fourteen 100 calorie servings, each packed with 15g of protein.

"821 million people, one out of every nine people on this planet, are affected by hunger. We have the resources to help reverse that unacceptable statistic and through the partnership of Convoy of Hope, Rise Against Hunger, and Thrivers around the world, we can play a role in helping those who are in desperate need right now," shared Jason Camper and Paul Gravette, co-CEOs of Le-Vel. "Now more than ever, people need the crucial protein and nutrition that THRIVE Nourish provides."

Rise Against Hunger is committed to ending hunger by providing food and life-changing aid to the world's most vulnerable and creating a global commitment to mobilize the necessary resources. By partnering with organizations like Convoy of Hope—a faith-based, humanitarian-relief organization with a driving passion to feed the world—Le-Vel is also able to provide support to families in the United States impacted by COVID-19.

Le-Vel has successfully delivered over 405,000 meals to date and their network of 'Thrivers' including brand promoters and customers, continue to take a stand against hunger, one of the world's most urgent crises. Thrivers around the world have taken the lead and participated in this global partnership by donating canisters of THRIVE Nourish.

Exhibit 18
Page 154

3/20/2021 Le-Vel Donates 140,000 THRIVE Nourish Meals to Communities Impacted by COVID-19 in Partnership with Nonprofit Rise Against Hunger

Follow Le-Vel's commitment to supporting those in need on social media with the hashtag #THRIVECares. To learn more about THRIVE Nourish and Le-Vel, visit www.le-vel.com.

**About Le-Vel**
Founded in 2012 by Jason Camper and Paul Gravette, Le-Vel formulates and sells health and wellness products and skincare. Le-Vel products include the THRIVE Experience (consisting of the three core products, THRIVE Premium Lifestyle DFT, THRIVE Premium Lifestyle Capsules and THRIVE Premium Lifestyle Mix), and THRIVE SKIN (a CBD skincare system). All of Le-Vel's products contain premium vitamins and nutrients made with the highest quality ingredients.

In 2019, less than seven years after the company's inception, Le-Vel reached a milestone of $2 billion in lifetime orders. Le-Vel has over 10 million Customer and Brand Promoter accounts and currently ships within the United States, Canada, Australia, New Zealand, the United Kingdom, and Mexico.

For more information about Le-Vel, visit www.le-vel.com and follow us on social media on Instagram, Facebook, Twitter and YouTube.

*Media Contact:*
Ari Johnson, The ACE Agency
ari@theaceagency.com, 916-420-4092

SOURCE Le-Vel Brands

Related Links

https://le-vel.com

## Also from this source

**Thrive, Fight, Win: Le-Vel Goes To Battle Against Cancer...**



**Time For A Gut Check: Introducing THRIVE BIOTIC By Le-Vel...**



## Explore

More news releases in similar topics

Food & Beverages

Corporate Social Responsibility

Not For Profit



**Contact Cision**
Cision Distribution 888-776-0942
from 8 AM - 9 PM ET
Contact Us ^

**Products**
Cision Communication Cloud®
For Marketers
For Public Relations
For IR & Compliance
For Agency
For Small Business
All Products

**About**
About PR Newswire
About Cision
Become a Publishing Partner
Become a Channel Partner
Careers
COVID-19 Resources
Accessibility Statement

Global Sites ^

**My Services**
All New Releases
Online Member Center
ProfNet

Terms of Use | Privacy Policy | Information Security Policy | Site Map | RSS | Cookie Settings

Copyright © 2021 Cision US Inc.

3/20/2021                                        Le-Vel Makes Substantial Donation To Combat Worldwide Hunger



## Le-Vel Makes Substantial Donation To Combat Worldwide Hunger

Ongoing partnership with Rise Against Hunger delivers critical aid to vulnerable communities



NEWS PROVIDED BY
**Le-Vel Brands →**
Sep 22, 2020, 08:00 ET

SHARE THIS ARTICLE

  

FRISCO, Texas, Sept. 22, 2020 /PRNewswire/ -- At this moment, 821 million people in the world, or one out of every nine people, aren't getting the nutrients they need to live a healthy life. Sadly, this year an additional 71 to 100 million people will be pushed into extreme poverty, according to a report issued by the United Nations and the Committee for the Coordination of Statistical Activities.



Le-Vel makes substantial donation to combat worldwide hunger

Leading innovator in nutrition and skincare, Le-Vel, once again has lent its support to global relief organization Rise Against Hunger through the donation of 13,632 canisters of Thrive Nourish, a humanitarian aid mix that delivers vital protein and other crucial nutritional benefits. Each canister contains 14 servings; accordingly, this donation will provide more than 190,000 servings of premium nutrition to those who need it most. Some of the canisters are currently on their way to Haiti, and the remainder will be delivered to other countries in the coming weeks.

Rise Against Hunger and Le-Vel are on a shared mission to eliminate worldwide hunger by 2030. Thrive Nourish is tailored to address the specific needs of nutritionally deficient individuals – particularly those with a lack of protein in their diets. Rise Against Hunger meals, packaged by volunteers, are designed to provide a comprehensive array of micronutrients. The meals include enriched rice, soy protein, dried vegetables, 23 essential vitamins and nutrients, and Thrive Nourish by Le-Vel.

"The protein in Thrive Nourish is absolutely critical in the diet of children everywhere – it allows them to learn, exercise and recover from illness," says Ray Buchanan, Founder of Rise Against Hunger.

"Le-Vel is honored to continue our important work with Rise Against Hunger, especially at a time when the need for hunger relief efforts is critical in every corner of the world," say Co-CEOs Jason Camper and Paul Gravette. "Thrivers are bringing the heart and the determination required to combat this crisis and, working hand in hand with Rise Against Hunger, eliminate worldwide hunger by 2030."

Any Brand Promoter or customer may donate an order of Thrive Nourish, either on a one-time basis or through a recurring Autoship order. To learn more, visit https://le-vel.com/Lander/ThriveAgainstHunger.

**About Le-Vel**
Founded in 2012 by Jason Camper and Paul Gravette, Le-Vel formulates and sells health and wellness products and skincare. Le-Vel products include the THRIVE Experience (consisting of the three core products, THRIVE Premium

Exhibit 18
Page 156

Lifestyle DFT, THRIVE Premium Lifestyle Capsules and THRIVE Premium Lifestyle Mix), and THRIVE SKIN (a CBD skincare system). All of Le-Vel's products contain premium vitamins and nutrients made with the highest quality ingredients.

In 2019, less than seven years after the company's inception, Le-Vel reached a milestone of $2 billion in lifetime orders. Le-Vel has over 10 million Customer and Brand Promoter accounts and currently ships within the United States, Canada, Australia, New Zealand, and the United Kingdom.

For more information about Le-Vel, visit www.le-vel.com and follow us on social media on Instagram @le_veloffical, Facebook, Twitter and YouTube.

Media Contact: Liz Reuth, liz.reuth@le-vel.com

SOURCE Le-Vel Brands

Related Links

http://Le-Vel.com

## Also from this source

**Thrive, Fight, Win: Le-Vel Goes To Battle Against Cancer...**



**Time For A Gut Check: Introducing THRIVE BIOTIC By Le-Vel...**



## Explore

More news releases in similar topics

Health Care & Hospitals

Fitness/Wellness

Cosmetics and Personal Care

Household, Consumer & Cosmetics

Corporate Social Responsibility



**Contact Cision**

Cision Distribution 888-776-0942
from 8 AM - 9 PM ET
Contact Us ∧

**Products**

Cision Communication Cloud®
For Marketers
For Public Relations
For IR & Compliance
For Agency
For Small Business
All Products

**About**

About PR Newswire
About Cision
Become a Publishing Partner
Become a Channel Partner
Careers
COVID-19 Resources
Accessibility Statement

Global Sites ∧

**My Services**

All New Releases
Online Member Center
ProfNet

Terms of Use | Privacy Policy | Information Security Policy | Site Map | RSS | Cookie Settings          Copyright © 2021 Cision US Inc.

Exhibit 18
Page 157

3/20/2021 Le-Vel Teams Up With Off Their Plate To Expand Domestic COVID-19 Relief Efforts



## Le-Vel Teams Up With Off Their Plate To Expand Domestic COVID-19 Relief Efforts

Partnership delivers 50,000 packages of protein-rich snacks to essential workers and families in need



NEWS PROVIDED BY
**Le-Vel Brands →**
May 12, 2020, 08:00 ET

SHARE THIS ARTICLE
 

BOSTON, May 12, 2020 /PRNewswire/ -- Doubling down on their commitment to help those in need, Le-Vel has announced a new partnership with Off Their Plate, a grassroots organization dedicated to serving healthcare workers on the front lines of the COVID-19 pandemic, many of whom don't have time for nutritious meals. Through Off Their Plate and ongoing partner, Convoy of Hope, 50,000 packages of THRIVE BITES, an on-the-go snack made from premium grade dried beef, have been distributed.  Each package of THRIVE BITES contains 16g of protein and 150 calories, is 98 percent fat-free, gluten-free and contains no antibiotics or hormones.


Partnership delivers 50,000 packages of protein-rich snacks to essential workers and families in need

The partnership with Off Their Plate is the latest in Le-Vel's ongoing effort to help those affected directly by the pandemic. Last month, in partnership with nonprofit Rise Against Hunger and its partner Convoy of Hope, Le-Vel donated 140,000 protein-rich THRIVE Nourish meals to communities impacted by the virus. THRIVE Nourish is a humanitarian aid mix tailored to address the specific needs of nutritionally deficient individuals. Le-Vel has delivered over 416,000 THRIVE Nourish meals to date.

"As a global community committed to health and wellness, we're honored to partner with dedicated organizations like Off Their Plate to ensure that front line healthcare workers, who are giving everything to serve others during this critical time, have the nutrition they need. We're blown away by their selfless deeds, as well as, our community of caring Thrivers who continue to do their part during this pandemic," says Le-Vel President, Drew Hoffman.

Share the news with the hashtag #THRIVECares and join our community of Thrivers at Le-Vel.com.

**About Le-Vel**
Founded in 2012 by Jason Camper and Paul Gravette, Le-Vel formulates and sells health and wellness products and skincare. Le-Vel products include the THRIVE Experience (consisting of the three core products, THRIVE Premium Lifestyle DFT, THRIVE Premium Lifestyle Capsules and THRIVE Premium Lifestyle Mix), and THRIVE SKIN (a CBD skincare system). All of Le-Vel's products contain premium vitamins and nutrients made with the highest quality ingredients.

In 2019, less than seven years after the company's inception, Le-Vel reached a milestone of $2 billion in lifetime orders. Le-Vel has over 10 million Customer and Brand Promoter accounts and currently ships within the United States, Canada, Australia, New Zealand, the United Kingdom, and Mexico.

Exhibit 18
Page 158

3/20/2021                    Le-Vel Teams Up With Off Their Plate To Expand Domestic COVID-19 Relief Efforts

For more information about Le-Vel, visit www.le-vel.com and follow us on social media on Instagram, Facebook, Twit-
ter and YouTube.

**Media Contact:**
Ari Johnson, The ACE Agency BL
ari@theaceagency.com, 916-420-4092

**About Off Their Plate**

Off Their Plate is a grassroots movement that began with a simple idea. We rally around the tireless frontline COVID
healthcare workers by restoring work and livelihoods to our local frontline workforce. We can do more than stay
home. Our work provides a conduit for the community to provide during a moment of crisis: provide nutritious meals
to the hospital teams we depend on, provide jobs to those who have lost them. Together, we can help take one thing
Off Their Plate. Support us here.

SOURCE Le-Vel Brands

Related Links

http://Le-Vel.com

## Also from this source

**Thrive, Fight, Win: Le-Vel Goes To Battle Against Cancer...**



**Time For A Gut Check: Introducing THRIVE BIOTIC By Le-Vel...**



## Explore

More news releases in similar topics

Health Care & Hospitals

Supplementary Medicine

Food & Beverages

Beverages

Cosmetics and Personal Care



**Contact Cision**
Cision Distribution 888-776-0942
from 8 AM - 9 PM ET
Contact Us ⌃

**Products**
Cision Communication Cloud®
For Marketers
For Public Relations
For IR & Compliance
For Agency
For Small Business
All Products

**About**
About PR Newswire
About Cision
Become a Publishing Partner
Become a Channel Partner
Careers
COVID-19 Resources
Accessibility Statement

Global Sites ⌃

**My Services**
All New Releases
Online Member Center
ProfNet

Terms of Use | Privacy Policy | Information Security Policy | Site Map | RSS | Cookie Settings                    Copyright © 2021 Cision US Inc.

# Exhibit 19

## to the Declaration of Drew S. Hoffman

3/20/2021 Le-Vel Announces Charitable Donation Of $100,000 To National Urban League



## Le-Vel Announces Charitable Donation Of $100,000 To National Urban League

Company pledges to be part of solution to end inequality and racial injustice

NEWS PROVIDED BY
**Le-Vel Brands →**
Jun 09, 2020, 13:00 ET

SHARE THIS ARTICLE



FRISCO, Texas, June 9, 2020 /PRNewswire/ -- Leading innovator in nutrition and skincare, Le-Vel, today announced a $100,000 donation to the National Urban League in support of the organization's mission to eliminate equality gaps in education, employment, housing, health, and justice.

Founded in 1910, the National Urban League promotes economic empowerment through education and job training, housing and community development, workforce development, entrepreneurship, health, and quality of life and is dedicated to helping African Americans achieve true social parity, economic self-reliance, and civil rights.

"National Urban League is grateful to have the support of committed partners like Le-Vel Brands, who are passionate about expanding economic opportunity and dedicated to good corporate citizenship," said Marc H. Morial, National Urban League President and CEO.

"As the recent tragedies and protests around our country illustrate, we have a lot of work to do as Americans to ensure that the principles of equality are upheld and advanced," said Le-Vel Co-CEOs Jason Camper and Paul Gravette. "The National Urban League has a long history of working at the local level to empower and support African Americans, and our donation in support of their mission is just one step in our ongoing commitment to be part of the solution."



Le-Vel partners with National Urban League

**About the National Urban League**
The National Urban League is a historic civil rights organization dedicated to economic empowerment in order to elevate the standard of living in historically underserved urban communities. The National Urban League spearheads the efforts of its 90 local affiliates through the development of programs, public policy research and advocacy, providing direct services that impact and improve the lives of more than 2 million people annually nationwide. Visit www.nul.org and follow us on Twitter and Instagram: @NatUrbanLeague.

**About Le-Vel**
Founded in 2012 by Jason Camper and Paul Gravette, Le-Vel formulates and sells health and wellness products and skincare. Le-Vel products include the THRIVE Experience (consisting of the three core products, THRIVE Premium Lifestyle DFT, THRIVE Premium Lifestyle Capsules and THRIVE Premium Lifestyle Mix), and THRIVE SKIN (a CBD skincare system). All of Le-Vel's products contain premium vitamins and nutrients made with the highest quality ingredients.

Exhibit 19
Page 160

3/20/2021                    Le-Vel Announces Charitable Donation Of $100,000 To National Urban League

Le-Vel has made cash and product donations of millions of dollars to great organizations such as National Urban League, National Breast Cancer Foundation, Toys for Tots, Hoyt Foundation, Red Cross Australia, Rise Against Hunger, Off Their Plate, and Americares.

For more information about Le-Vel, visit www.le-vel.com and follow us on social media on Instagram @le_veloffical, Facebook, Twitter and YouTube.

Media Contact: Liz Reuth, liz.reuth@le-vel.com

SOURCE Le-Vel Brands

Related Links

http://Le-Vel.com

## Also from this source

**Thrive, Fight, Win: Le-Vel Goes To Battle Against Cancer...**

**Time For A Gut Check: Introducing THRIVE BIOTIC By Le-Vel...**

## Explore

More news releases in similar topics

Retail

Cosmetics and Personal Care

Household, Consumer & Cosmetics

Fitness/Wellness

Corporate Social Responsibility



### Contact Cision

Cision Distribution 888-776-0942
from 8 AM - 9 PM ET
Contact Us ⌄

### Products

Cision Communication Cloud®
For Marketers
For Public Relations
For IR & Compliance
For Agency
For Small Business
All Products

### About

About PR Newswire
About Cision
Become a Publishing Partner
Become a Channel Partner
Careers
COVID-19 Resources
Accessibility Statement

Global Sites ⌄

### My Services

All New Releases
Online Member Center
ProfNet

Terms of Use | Privacy Policy | Information Security Policy | Site Map | RSS | Cookie Settings

Copyright © 2021 Cision US Inc.

# Exhibit 20

## to the Declaration of Drew S. Hoffman







*Instagram*

  **le_velofficial** • Follow ⋯



  **le_velofficial**   INTRODUCING... the most novel, cutting-edge, anti-aging skincare system ever created, THRIVE SKIN. The advanced CBD skincare system! It's the first of its kind in skincare technology, CDB biohacking, and anti-aging advancement. Available for purchase NOW! Link in bio.

#thriveskin #skincare #anitagaing

  1,747 likes

APRIL 30, 2019

Add a comment...                               Post

More posts from **le_velofficial**









Exhibit 20
Page 162

3/20/2021         Le-Vel Brands on Instagram: "INTRODUCING... the most novel, cutting-edge, anti-aging skincare system ever created…"



About    Blog    Jobs    Help    API    Privacy    Terms    Top Accounts    Hashtags    Locations

English ∨    © 2021 Instagram from Facebook

Exhibit 20
Page 163

3/20/2021          Le-Vel Brands on Instagram: "Step 1: PEEL. Infinite CBD Enzyme Peel. This unique formula designed for all skin types, contains…"

*Instagram*



THE MOST ADVANCED CBD SKINCARE SYSTEM

peel | reduce | restore

STEP 1    STEP 2    STEP 3

 le_velofficial • Follow

 **le_velofficial**  Step 1: PEEL. Infinite CBD Enzyme Peel. This unique formula designed for all skin types, contains enzymes that within seconds, naturally digest and PEEL dead skin cells away without irritation. After using, skin will immediately have more luminosity and allow for maximum absorption potential with steps 2 and 3. Available for purchase NOW! Link in

**885 likes**

MAY 1, 2019

Add a comment...                    Post

More posts from **le_velofficial**









https://www.instagram.com/p/Bw60z2tgsxl/                                    3/24

Exhibit 20
Page 164

3/20/2021        Le-Vel Brands on Instagram: "Step 1: PEEL. Infinite CBD Enzyme Peel. This unique formula designed for all skin types, contains…"



Exhibit 20
Page 165

3/20/2021   Le-Vel Brands on Instagram: "Step 2: REDUCE. Infinite CBD Correcting Serum. A high performance serum excellent for all skin types…"





 **le_velofficial** ✔ • *Follow*  ···

 **le_velofficial** ✔ Step 2: REDUCE. Infinite CBD Correcting Serum. A high performance serum excellent for all skin types. A balance of nature, science and CBD innovation, working harmoniously to REDUCE the negative results of oxidative stress and aging; such as, complexion imperfections, fine lines, wrinkles, aging skin, moisture depletion. Available for purchase

970 likes

MAY 2, 2019

Add a comment…   Post

More posts from **le_velofficial**















Exhibit 20
Page 166

3/20/2021   Le-Vel Brands on Instagram: "Step 2: REDUCE. Infinite CBD Correcting Serum. A high performance serum excellent for all skin types…"



Exhibit 20
Page 167

3/20/2021   Le-Vel Brands on Instagram: "Step 3: RESTORE. Infinite AM/PM CBD Moisturizing Elixir. This multi-functional CBD Elixir is excellent…"





le_velofficial ✔ • Follow

**le_velofficial** ✔ Step 3: RESTORE. Infinite AM/PM CBD Moisturizing Elixir. This multi-functional CBD Elixir is excellent for RESTORING a healthier, more even skin tone, while improving the appearance of aging skin, with patented micro-encapsulation technology. CBD and other calming antioxidants, provide excellent moisture to the derma barrier, while providing day and

926 likes

MAY 3, 2019

Add a comment...                    Post

More posts from **le_velofficial**





3/20/2021    Le-Vel Brands on Instagram: "Step 3: RESTORE. Infinite AM/PM CBD Moisturizing Elixir. This multi-functional CBD Elixir is excellent…"



Exhibit 20
Page 169

3/20/2021       Le-Vel Brands on Instagram: "Defy complexion imperfections, fine lines and wrinkles with calming antioxidants and anti-aging tech…"



**le_velofficial** ✓  •  Follow

**le_velofficial** ✓ Defy complexion imperfections, fine lines and wrinkles with calming antioxidants and anti-aging tech. THRIVE SKIN, the advanced CBD skincare system known as PEEL, REDUCE, RESTORE, is for every skin type. Link in bio.

97w

**3,078 likes**

MAY 9, 2019

Add a comment...                    Post

More posts from **le_velofficial**







Exhibit 20
Page 170

3/20/2021      Le-Vel Brands on Instagram: "Defy complexion imperfections, fine lines and wrinkles with calming antioxidants and anti-aging tech…"



About    Blog    Jobs    Help    API    Privacy    Terms    Top Accounts    Hashtags    Locations

English ⌄    © 2021 Instagram from Facebook

Exhibit 20
Page 171

3/20/2021          Le-Vel Brands on Instagram: "Before & After CONTEST! Post your BEST Before & After using THRIVE SKIN, with the hashtag…"

          🔍 Search                  





le_velofficial ✔ • **Follow**          •••

THRIVERS!

#thriveskin #beforeandafter
#contest #thrivecredits #cbdskincare
#thriveexperience #thriver #thrive
#infinity #antiagingskincare #cbd

95w

⊕

793 likes

MAY 20, 2019

😊 Add a comment...          Post

More posts from **le_velofficial**









3/20/2021          Le-Vel Brands on Instagram: "Before & After CONTEST! Post your BEST Before & After using THRIVE SKIN, with the hashtag…"

# *Instagram*

🔍 Search



About    Blog    Jobs    Help    API    Privacy    Terms    Top Accounts    Hashtags    Locations

English ⌄    © 2021 Instagram from Facebook

Exhibit 20
Page 173

3/20/2021    Le-Vel Brands on Instagram: ""Just can't get enough of this advanced skincare system. •  It's luminous and lightweight, yet powerful…"



 le_veloficial ✔ • Follow

le_veloficial ✔ "Just can't get enough of this advanced skincare system. 😎 It's luminous and lightweight, yet powerful. You won't believe your eyes when you see THRIVE SKIN in action." @sarikamehtamakeupartist #thriveskin #infinity #peel #reduce #restore #thriveexperience #level

86w

1,053 likes

JULY 23, 2019

Add a comment...    Post

More posts from **le_veloficial**







Exhibit 20
Page 174

3/20/2021    Le-Vel Brands on Instagram: ""Just can't get enough of this advanced skincare system. •  It's luminous and lightweight, yet powerful…"



Search

   

   

About      Blog      Jobs      Help      API      Privacy      Terms      Top Accounts      Hashtags      Locations

English ∨      © 2021 Instagram from Facebook

3/20/2021  Le-Vel Brands on Instagram: "Introducing the next step in THRIVE SKIN technology"

*Instagram*



le_velofficial · **Follow**

le_velofficial Introducing the next step in THRIVE SKIN technology

86w

judy_jackalope When I used Thrive Skin I said I wanted it for my whole body! They heard

**2,177 likes**

JULY 26, 2019

Add a comment...  Post

More posts from **le_velofficial**









Exhibit 20
Page 176



Exhibit 20
Page 177

3/20/2021                    Le-Vel Brands on Instagram: "Mask unmasked. Pore filter effect coming at you next week."





 **le_velofficial** ✓ • **Follow**
The Ritz-Carlton, Denver

**le_velofficial** ✓ Mask unmasked. Pore filter effect coming at you next week.

86w

ashleylauria06 So excited

86w · 1 like · Reply

**908 likes**

JULY 27, 2019

Add a comment...                    Post

---

More posts from **le_velofficial**















Exhibit 20
Page 178

3/20/2021                    Le-Vel Brands on Instagram: "Mask unmasked. Pore filter effect coming at you next week."



About     Blog     Jobs     Help     API     Privacy     Terms     Top Accounts     Hashtags     Locations

English ∨     © 2021 Instagram from Facebook

Exhibit 20
Page 179



**le_velofficial** ✔ • Follow

**le_velofficial** ✔ Bask in the glow of THRIVE SKIN this summer. 🌀 @galvanmaria92 #thriveskin #summer #glow #sun #beach #vacation #getaway #antiaging #peel #reduce #restore #skincaresystem #thriveexperience

85w

**893 likes**

AUGUST 1, 2019

Add a comment...                    Post

More posts from **le_velofficial**















Exhibit 20
Page 180

3/20/2021          Le-Vel Brands on Instagram: "Bask in the glow of THRIVE SKIN this summer.          @galvanmaria92 #thriveskin #summer #glow…"

*Instagram*          🔍 Search



About     Blog     Jobs     Help     API     Privacy     Terms     Top Accounts     Hashtags     Locations

English ∨     © 2021 Instagram from Facebook

Exhibit 20
Page 181

3/20/2021        Le-Vel Brands on Instagram: "Saturdays = Sleep, THRIVE, Mask, Glow.☐ #charcoalactivatedmask facial. @lgkyle"



🔍 Search

    



 le_velofficial ✔ • **Follow**    ...



le_velofficial ✔ Saturdays = Sleep, THRIVE, Mask, Glow. **#charcoalactivatedmask** facial. **@lgkyle**

84w



bobbi_thrivelife Another home

681 likes

AUGUST 10, 2019

😊 Add a comment...                    Post

---

More posts from **le_velofficial**




FREQUENT NAPPER 💤
COUCH POTATO 🛏️
MOMBIE 🧟
✓ THRIVING ✨




SUPER SATURDAY TRAINING




They now get a mom full of energy to do all the things with them.

Exhibit 20
Page 182

Le-Vel Brands on Instagram: "Saturdays = Sleep, THRIVE, Mask, Glow.□ #charcoalactivatedmask facial. @lgkyle"



Exhibit 20
Page 183

3/20/2021          Le-Vel Brands on Instagram: "Meet the two new must haves in your facial routine. @jocedanielle #thriveskin"

*Instagram*



**le_velofficial** • Follow

**le_velofficial** Meet the two new must haves in your facial routine. @jocedanielle #thriveskin

83w

christina.bowers Mine is being delivered to my house within the hour!

83w   2 likes   Reply

**1,301 likes**

AUGUST 11, 2019

Add a comment...                    Post

More posts from **le_velofficial**





FREQUENT NAPPER

COUCH POTATO

MOMBIE

✓ THRIVING



3/20/2021                     Le-Vel Brands on Instagram: "Meet the two new must haves in your facial routine. @jocedanielle #thriveskin"



   

  



About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations

English ⌄   © 2021 Instagram from Facebook

Exhibit 20
Page 185

# Exhibit 21
## to the Declaration of Drew S. Hoffman

PRODUCT INFORMATION

Exhibit 21
Page 186

THE MOST ADVANCED CBD SKINCARE SYSTEM

# peel | reduce | restore



Our 3-step system known as PEEL · REDUCE · RESTORE is the first of its kind in skincare technology, CBD biohacking, and anti-aging advancement. | Our propriety system uses clinically studied, premium grade ingredients and is powered by the many medicinal benefits CBD is known for. | Even further anti-aging benefits were discovered while developing this system through over a year of internal CBD biohacking efforts. | Our proprietary sourced CBD grade oil takes this system to even greater heights. THRIVE SKIN is a true masterpiece...



Use 3–5 times a week. Apply a thin layer to the entire face, massage until product is done peeling. Rinse and pat dry. When applying, you will feel small round particles starting to form—these particles are your dead skin cells.

For external use only. Keep out of reach of children. Avoid getting into eyes. If eye contact occurs, flush thoroughly with water. If irritation persists, contact a physician.

### INFINITE CBD ENZYME PEEL
Enriched with CBD Oil

Le-Vel's CBD Enzyme Peel is designed for all skin types. This unique proprietary formula contains enzymes that naturally digest (exfoliate/peel) dead skin cells without irritation and without causing uneven skin tone. After using as directed, your skin will immediately have more luminosity and a radiant glow, and will be ready to absorb Infinite CBD Correcting Serum and Infinite AM/PM CBD Moisturizing Elixir.

**Ingredients:** Water, Cannabis Sativa Stem Oil (CBD), Butylene Glycol, Sodium Hydroxide, Carbomer, Sodium Hyaluronate, Glycerin, Bromelain, Papain, Glyceryl Linoleate, Sodium Benzoate, Gluconolactone, Calcium Gluconate, Maltodextrin, Aloe Barbadensis Leaf Juice, Carica Papaya Fruit Extract, Cucumis Sativus (Cucumber) Fruit Extract, Chlanydocapsa Extract, Citrus Limon (lemon) Fruit Extract, Calanthe Discolor Extract, Hibiscus Abelmoschus Extract, Ananas Sativus (Pineapple) Fruit Extract, Salvia Officinalis (Sage) Extract, Camellia Sinensis (Green Tea) Leaf Extract, Bellis Perennis (Daisy) Flower Extract, Tocopheryl Acetate, Sucrose Palmitate, Tetrahexyldecyl Ascorbate, Lecithin, Xanthan Gum, Caprylyl Glycol, Hexylene Glycol, Phenoxyethanol, Ethylhexylglycerin.



T H R I V E
SKIN

All trademarks appearing here belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights. Infringement use are not with the permission of others or trademarks that you. © 2020 Le-Vel

Exhibit 21
Page 187

# Exhibit 22

## to the Declaration of Drew S. Hoffman

THRIVE
SKIN

INFINITE CBD
CORRECTING SERUM
Enriched with CBD Oil
1.0 fl. oz  //  30 ml

PRODUCT INFORMATION

Exhibit 22
Page 188

## T H E   M O S T   A D V A N C E D   C B D   S K I N C A R E   S Y S T E M

# peel | reduce | restore



Our 3-step system known as PEEL • REDUCE • RESTORE is the first of its kind in skincare technology, CBD biohacking, and anti-aging advancement. │ Our propriety system uses clinically studied, premium grade ingredients and is powered by the many medicinal benefits CBD is known for. │ Even further anti-aging benefits were discovered while developing this system through over a year of internal CBD biohacking efforts. │ Our proprietary sourced CBD grade oil takes this system to even greater heights. THRIVE SKIN is a true masterpiece...



Apply a small amount to the entire face and neck, once to twice a day. Use preferably after Infinite CBD Enzyme Peel and before Infinite AM/PM CBD Moisturizing Elixir.

For external use only. Keep out of reach of children. Avoid getting into eyes. If eye contact occurs, flush thoroughly with water. If irritation persists, contact a physician.

### INFINITE CBD CORRECTING SERUM
### Enriched with CBD Oil

A balance of nature, science and CBD innovation, working harmoniously to provide a luxurious high performance Facial Serum. Excellent for all skin types, this proprietary Serum helps reduce the negative results of oxidative stress (such as redness, fine lines, and skin roughness), increases moisture and reduces the appearance of lines and wrinkles.

**Ingredients:** Organic Aloe Barbardensis Leaf Juice, Cannabis Sativa Stem Oil (CBD), Bellis Perennis (Daisy) Flower Extract, Pentylene Glycol, Caprylic/Capric Triglyceride, Dimethicone, Maltodextrin, Cetearyl Olivate, Sodium Hyaluronate, Panthenol, Allantoin, Glycerin, Gluconolactone, Sodium Phytate, Sodium Benzoate, Sorbitan Olivate, Cetearyl Glucoside, Butylene Glycol, Glyceryl Linoleate, Calcium Gluconate, Hibiscus Abelmoschus Extract, Calanthe Discolor Extract, Chlamydocapsa Extract, Tocopheryl Acetate, Tetrahexyldecyl Ascorbate, Sucrose Palmitate, Lecithin, Sclerotium Gum, Xanthan Gum, Caprylyl Glycol, Hexylene Glycol, Phenoxyethanol, Ethylhexylglycerin.



## T H R I V E
# SKIN

The trademarks appearing here belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.  //  2019-0429

Exhibit 22
Page 189

# Exhibit 23

## to the Declaration of Drew S. Hoffman

THRIVE

SKIN

INFINITE AM/PM CBD
MOISTURIZING ELIXIR

Enriched with CBD Oil

1.69 fl. oz  //  50 ml

PRODUCT INFORMATION

Exhibit 23
Page 190

THE MOST ADVANCED CBD SKINCARE SYSTEM

## peel | reduce | restore



Our 3-step system known as PEEL · REDUCE · RESTORE is the first of its kind in skincare technology, CBD biohacking, and anti-aging advancement. | Our propriety system uses clinically studied, premium grade ingredients and is powered by the many medicinal benefits CBD is known for. | Even further anti-aging benefits were discovered while developing this system through over a year of internal CBD biohacking efforts. | Our proprietary sourced CBD grade oil takes this system to even greater heights. THRIVE SKIN is a true masterpiece...



Apply a small amount to the entire face and neck, once to twice a day, preferably after using Infinite CBD Enzyme Peel and Infinite CBD Correcting Serum, in sequential order.

For external use only. Keep out of reach of children. Avoid getting into eyes. If eye contact occurs, flush thoroughly with water. If irritation persists, contact a physician.

### INFINITE AM/PM CBD MOISTURIZING ELIXIR
Enriched with CBD Oil

Our multi-functional CBD Moisturizing Elixir is excellent for all skin types, restoring a healthier, more even skin tone, while improving the appearance of aging skin. Patented microencapsulation technology, plus powerful soothing and calming antioxidants provide excellent moisturizing properties and support skin cell health.

**Ingredients:** Organic Aloe Barbadensis Leaf Juice, Cannabis Sativa Stem Oil (CBD), Dicaprylyl Carbonate, Bellis Perennis (Daisy) Flower Extract, Glycerin, Cetyl Alcohol, Dimethicone, Maltodextrin, Cetearyl Olivate, Hydroxyethyl Acrylate/Sodium Acryloyldimethyl Taurate Copolymer, Sodium Hyaluronate, Panthenol, Allantoin, Sodium Phytate, Sorbitan Olivate, Butylene Glycol, Sodium Benzoate, Gluconolactone, Calcium Gluconate, Glyceryl Linoleate, Chlamydocapsa Extract, Hibiscus Abelmoschus Extract, Calanthe Discolor Extract, Tocopheryl Acetate, Sucrose Palmitate, Tetrahexyldecyl Ascorbate, Lecithin, Xanthan Gum, Caprylyl Glycol, Hexylene Glycol, Phenoxyethanol, Ethylhexylglycerin.



THRIVE
SKIN

The trademarks appearing here belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others at in connection with use. © 2019 LVIP.

Exhibit 23
Page 191

# Exhibit 24
## to the Declaration of Drew S. Hoffman

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

**Tweet**

**Le-Vel THRIVE**
@thelvlife

SKIN GOALS! #thriveskintransformations have us all, 😍 !

8:00 AM · May 24, 2019 · LaterMedia

**20** Retweets **7** Quote Tweets **46** Likes

**Carolyn Grammylew** @grammylew · May 24, 2019
Replying to @thelvlife
Like the original Thrive 1-2-3, this Thrive Skin Care 1-2-3 will be part of my life forever!
3

**chris westlake** @westy6265 · May 24, 2019
Replying to @thelvlife
If only promoters weren't putting phony doctored pics all over social after 20 minutes of applications. i have real friends that are using, and it takes 4-6 weeks for the most part to show real signs of anti aging, just as YOU claim... stop the phonies and let the product talk.
1 1

This Tweet was deleted by the Tweet author. Learn more

Show replies

Search Twitter

**Relevant people**

**Le-Vel THRIVE** Follow
@thelvlife
Le-Vel is a Premium Lifestyle Company featuring the world's only Premium Nutrition Product Line: THRIVE. The Le-Vel THRIVE Experience changes lives.

**What's happening**

NCAA Men's Basketball · 1 hour ago
**Georgetown Hoyas at Colorado Buffaloes**
Trending with Georgetown, Colorado

Trending in United States
**game 2**
61.3K Tweets

Trending in United States
**Cam Thomas**
Trending with St. Bonaventure, #BootUp

COVID-19 · LIVE
**COVID-19: News and updates for Washington, DC**

The Daily Beast · Yesterday
**Son of Atlanta Shooting Victim Hyun Jung Grant Opens Up About His Mom**

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ··· © 2021 Twitter, Inc.

Exhibit 24
Page 192

# Exhibit 25
## to the Declaration of Drew S. Hoffman



     

**View Insights**                          **Promote**

♡  ○  ⊲                                        🔖

 Liked by **jackielvla** and **1,333 others**

**le_velofficial** It is coming and it is going to be EPIC! Just you wait and see. What are your guesses? ∞
#infinity #thriveexperience #thrive #thrivelevel
#premiumlifestyle #lvlife #thrivelife

Exhibit 25
Page 193



Verizon 9:13 AM 100%

**Comments**

**pamela_jf123** A new type of Skin Care but not skincare as it has been known . DFT collagen And only time will tell ... build the excitement. Last year at Thrivepalooza Skincare the word was dropped by Jason ! But this is Le-Vel the Innovators. Our minds will be blown !!!

107w 1 like Reply

**tonistrathman** Can't wait ∞⭐∞⭐∞⭐

107w 5 likes Reply

**carrie.chewning** I have no doubt it will be incredible. I've leaned toward skincare for a while, of our insides are stellar, why not the outside? Agree the market is somewhat saturated but, I trust these boys, demographics and science all leads up to INFINITE SUCCESS!

107w 1 like Reply

**bj_campbell_prairiegirl** Innovative skincare

107w Reply

**kissypurdy** Hoping weight loss

107w Reply

**kissypurdy** Love the nutrition but need to loose more weight

❤️ 🙌 🔥 👏 😢 😍 😮 😂

Add a comment as le_velofficial...

   **Verizon**    9:13 AM   100% 

 **Comments** •••

 **patginter** Being said on a call Infinity is part of a multi multi multi Billion dollar industry #Infinity is likely an #advancedpatentedtechnology especially with us all needing our skin wrinkles to reverse in time.  I guess it is an #antiaging product here today of tomorrow.

107w   Reply

 **s_brown73** A new innovative weight loss program that brings years back to your life! ∞∞ 

107w   **Reply**

 **yousayfreakisayunique_93** 🔥 wondering what it is 🔥 INFINITE ENERGY, MAYBE A WHOLE BURN LINE 🔥🔥 

107w   Reply

 **jacobfender** Anti-aging or something with omegas would be nice too 

107w   **Reply**

 **jessiketo2.0** @le_velofficial when is this supposed to be released? 

107w   **Reply**

Exhibit 25
Page 195

ıll Verizon 📶                    9:14 AM                    100% 🔋

<

# Comments

•••

 **ajgrimes78** Face care and weight loss

107w    Reply                                    

 **jaimelea3** weight loss

107w    Reply                                    

 **sherigambsky** Leto products

107w    Reply                                    

 **tammyjohnson5566** Lotion/body cream

106w    Reply                                    

Exhibit 25
Page 196

 Verizon    9:15 AM    100% 

< **Comments** • • •

 **angelina_la_thriver3** 💖 melt away the stress lines on the face to tighten and hydrating under eyes and forehead as it's smoothing the face.

107w   3 likes   Reply 

—— View 2 replies

 **aivicarrillo** Skin Care ✌🏻 

107w   Reply

 **kimlumbra** OMG I'm so excited to hear the news!!! Bring it! 😍 

107w   Reply

 **jenmckinnon4** I am praying it's skin care! 

107w   1 like   Reply

 **thrivenhappiness** Something to do with being younger. I honestly don't think it will be skincare. But hey this company is full of surprises 

107w   Reply

Exhibit 25
Page 197



Verizon 9:15 AM 100%

**Comments**

107w 2 likes Reply

mz_bou Infinite= forever young
107w 1 like Reply

babygirlsweettart Something for hair,skin and for weightloss
107w 4 likes Reply

kautzkim Work out training, exercise motivation?? And skin care?
107w 1 like Reply

strangerdanger27 Skin care pleasereee
107w Reply

sumrethrives Something age defying for skin from the inside out but restores "old" skin or cellulite!!!!
107w Reply

susanbudy @snow_kaetrinity
107w 1 like Reply

barnertherese Skin care!!!!!
107w Reply

Add a comment as le_velofficial...

📶 Verizon 📶                            9:16 AM                           100% 🔋

‹                              **Comments**                              •••

**carissasims** Skin care!                                              ♡

107w      4 likes      Reply

**thatchickkathryn** I am crossing my fingers for       ♡
skin care!!!! I NEED more Le-Vel products!!!!💜
💜💜

107w      4 likes      Reply

——  **Hide replies**

**strangerdanger27** @thatchickkathryn me      ♡
too!

107w      1 like      Reply

**carissainspired** @thatchickkathryn Same,      ♡
an awesome eye cream would rock.

107w      1 like      Reply

**thatchickkathryn** @carissainspired      ♡
@strangerdanger27  today is the day
ladies 😍😍😍

107w      2 likes      Reply

**carissainspired** @thatchickkathryn how      ♡
exciting!! 😍😍

107w      1 like      Reply

Exhibit 25
Page 199



Verizon 9:16 AM 100%

**Comments**

**kirstyndiane** @alexisnaquin
107w 2 likes Reply

View 1 reply

**kwmeadows** Let's face it! I wonder? Whatever , i am super excited to get it in my hands! Le Vel has never let up down before, this will be EPIC!
107w 1 like Reply

**xoxo.carrie18** Cant wait to see!!
107w Reply

**claudiastepan** I'd love for it to be a powerful anti-aging face care product!
107w 9 likes Reply

View 2 replies

Reply to claudiastepan...

**leakrystal** Skin care!!!!🙌
107w Reply

**alcaparras38** Thrive infinity
107w Reply

❤️ 🙌 🔥 👏 😢 😍 😮 😂

Add a comment as le_velofficial...

# Exhibit 26

## to the Declaration of Drew S. Hoffman

3/20/2021                    Alyssa Kopczynskie on Instagram: "After a great life group at church tonight, getting the kiddos home…"



# Instagram

Search



 alyssakopczynskie • Follow   •••

 **alyssakopczynskie** After a great life group at church tonight, getting the kiddos home and tucked into bed, and then a whole gym to yourself to reflect on life, the changes I'm making, how excited I am for the future. I'm ending the day by adding another product to my thrive experience! 🙏 Form; world's FIRST sequentially absorbed collagen protein gel. What does it do❓



**17 likes**

APRIL 5, 2018

Add a comment…                    Post

---

More posts from **alyssakopczynskie**









Exhibit 26
Page 201

3/20/2021                           Alyssa Kopczynskie on Instagram: "After a great life group at church tonight, getting the kiddos home…"

   

  

About    Blog    Jobs    Help    API    Privacy    Terms    Top Accounts    Hashtags    Locations

English ⌄    © 2021 Instagram from Facebook

3/20/2021          Nathan J. Nowak on Instagram: "•••Quick shout to and testimonial from Fanny Baires Flores She's been using Thrive Form and…"



**nathanjnowak** • Follow

**nathanjnowak** 🎤🔊Quick shout to and testimonial from Fanny Baires Flores She's been using Thrive Form and Thrive Skin peptide gel for 3 weeks.

She's noticed an increase in energy during her workouts. (Thrive Form) and her skin isn't as dry (Thrive Skin Gel) 😄😁

22 likes

JULY 15, 2020

Add a comment...                    Post

More posts from **nathanjnowak**







Exhibit 26
Page 203

3/20/2021                Nathan J. Nowak on Instagram: "• • • Quick shout to and testimonial from Fanny Baires Flores She's been using Thrive Form and…"

# *Instagram*

🔍 Search



About    Blog    Jobs    Help    API    Privacy    Terms    Top Accounts    Hashtags    Locations

English ⌄    © 2021 Instagram from Facebook

3/20/2021                          s h i n e . m a r i e on Instagram: "It's                            - • ..:"





 shiinemariie • Follow

shiinemariie It's  COLLAGEN - O'CLOCK ✌
·
My daily Essentials.
·
Collagen is a major component of your skin. It plays a role in strengthening skin, plus may benefit elasticity and hydration. As you age, your body produces less collagen leading to dry skin and the formation of wrinkles.
Also, helps maintain the integrity of

17 likes
JANUARY 24

Add a comment...                                    Post

More posts from **shiinemariie**



GREAT THINGS
NEVER CAME FROM
COMFORT ZONES



3/20/2021                           s h i n e . m a r i e on Instagram: "It's                              -   • ..:"



3/20/2021          Cole Abiah Wadsworth III on Instagram: "Collagen peptides + protein. Faster recovery from workouts…"

*Instagram*

🔍 Search        



 **coleabiahwadsworth** • *Follow*          ···

 **coleabiahwadsworth** Collagen peptides + protein. Faster recovery from workouts and a whole mess a joint support! #form collagen protein gel. Helps hair and nail growth and about 100 other benefits as well! Get some suckas! Message for some sweet deals. #thriveform #spartan #anw #training #athletes

127...

            

**60 likes**

OCTOBER 10, 2018

 Add a comment...          Post

---

More posts from **coleabiahwadsworth**



Exhibit 26
Page 207

3/20/2021                    Cole Abiah Wadsworth III on Instagram: "Collagen peptides + protein. Faster recovery from workouts…"





About    Blog    Jobs    Help    API    Privacy    Terms    Top Accounts    Hashtags    Locations

English ⌄    © 2021 Instagram from Facebook

Search Facebook
Pre Form
Forming
PICCOLLAGE
Le-Vel
August 31, 2016
Hey all, Kelly Thompson here and I just wanted to give you a little update on my Form Experience!
I started Form as soon as it was released...I like a lot of you have struggled with my skin & hair....so to say I was excited to see what Form would do for me is an understatement! Well fast forward 6 months & you be the judge...my opinion I think it's working!!
281
17 Comments 263 Shares
Like
Comment
Share
Most Relevant
Kenzie Gibson
Awesome
Like · Reply · 4y
Tara Price
You look great Kelly Sue Thompson!
Like · Reply · 4y
1
Kim Rowland Collins
Write a comment...
Press Enter to post.



Search Facebook

Le-Vel
December 5, 2016 ·

My name is Evan Merkley and this is my Thrive Experience!

I'm 28 yrs. old and I was introduced to the 8 week Thrive Experience by my mother, December 2014. For the past 7 months I have been very faithful and consistent in taking the 3 steps. I love that I can wake up at 5 am to take a 2 mile walk each morning with my mom. I love the mental clarity it gives me without coffee or other caffeinated beverages in the morning. I am saving so much money not going to the coffee shop on the way to work! I also take the Form, and my skin is softer than it has ever been. I like to run also, and when I get home from a run, I down the PURE, and go to work.

I feel very productive all day! I don't sleep as much now and when I get home I find more time to enjoy what I like, which is reading. I am more outgoing and active with my family and friends. Thrive does give you your life back! **See Less**

323 12 Comments 316 Shares

Write a comment...

Press Enter to post.

3/20/2021                                                Facebook



**Le-Vel** ✔
about 4 years ago

My name is Kristen Leonhardt and I just want to take a moment to rave about my collagen protein... I use to gag drinking my protein shakes everyday and never really could find one that didn't taste like what I imagine sweaty gym socks taste like. I finally found one that literally tastes like candy 🍭. I've been taking my form (3 a day) for a couple weeks now and I can no longer finish all of my meals, I don't snack at all anymore (LITERALLY) and my skin feels AMAZING!!!! 💕 I will NEVER go back to protein powder... ever ever again!

👍 1.2K    💬 101    ➤ 1K

# Exhibit 27

## to the Declaration of Drew S. Hoffman

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# Exhibit 28
## to the Declaration of Drew S. Hoffman



Earn a monthly bonus toward a white or black
**BMW, Mercedes, Lexus, Cadillac, Audi, Tesla, Land Rover or Select Truck Models***

> You must have 4 Personal Q&A (Qualified & Active) Promoters to Qualify.

> You must have at least 800PV (Personal Lifetime Volume).
Personal Lifetime Volume is an accumulation of your personal orders and/or Retail Sales from personal Customer orders.

> Must complete and upload Le-Vel auto agreement.

> Auto Bonus pays $800 monthly at 12K VIP or above.

> Auto Elite Bonus pays $1,600 monthly, plus a custom Auto Elite travel bag (see page 2 of this PDF).

* **The following truck models are included in the Auto Bonus:**
Ford: **Raptor, F250/F350/F450** (trims Lariat, King Ranch, Platinum, Limited)
Jeep: **Gladiator | Chevrolet: 1500/2500/3500** (trims LTZ, Z71, Trail Boss, High Country)
GMC: **1500/2500/3500/Denali | Tesla: Cybertruck (once available)**

The trademarks appearing here belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.



## Earn a Monthly Bonus of $1,600...
### plus a custom bespoke LV Travel Bag!

> To qualify for Auto Elite: must be 40K VIP or greater with 8 personal Q&A Promoters; 2 of those 8 Promoters must be 12K VIP.

> Must also have 12 personal Customer autoships with a $100 QV minimum.

> Must complete and upload Le-Vel auto agreement.

> Auto Elite qualifiers will also receive a custom bespoke LV travel bag. Must qualify for Auto Elite for 3 consecutive months to receive travel bag.

> Once qualified, Promoters will get to select the custom bag of their choosing. (Pictured bags are representations only, official bag options may differ. "Custom" is an understatement.)

The trademarks appearing here belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.

# Exhibit 29
## to the Declaration of Drew S. Hoffman

