KENDALL BRILL & KELLY LLP
Alan Jay Weil (63153)
 *ajweil@kbkfirm.com*
Shauna E. Woods (300339)
 *swoods@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Mark Sommers (*pro hac vice* forthcoming)
 mark.sommers@finnegan.com
Patrick Rodgers (*pro hac vice* forthcoming)
patrick.rodgers@finnegan.com
901 New York Avenue, NW,
Washington, DC 20001-4413
Telephone:   (202) 408-4064
Facsimile:   (202) 408-4400
Morgan E. Smith (SBN 293503)
 morgan.smith@finnegan.com
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone:   (650) 849-6600
Facsimile:   (650) 849-6666

Attorneys for Specially Appearing
Defendant Le-Vel Brands, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| THRIVE NATURAL CARE, INC., | Case No. 2:21-CV-02022-DOC-KES |
| Plaintiff, | **DECLARATION OF MORGAN E. SMITH IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| LE-VEL BRANDS, LLC, | |
| Defendant. | Judge:   Hon. David O. Carter<br>Hearing Date: April 12, 2021<br>Time: 8:30 a.m.<br>Crtrm.:   9D |

## REDACTED VERSION OF DOCUMENT
## PROPOSED TO BE FILED UNDER SEAL

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603288558

Case No. 2:21-CV-02022-DOC-KES

DECLARATION OF MORGAN E. SMITH

## <u>DECLARATION OF MORGAN E. SMITH</u>

I, Morgan E. Smith, declare as follows:

1.      I am an attorney at Finnegan, Henderson, Farabow, Garrett & Dunner LLP and am counsel for Le-Vel Brands, LLC in this action.  I make this declaration in support of Le-Vel's Brief in Opposition to Plaintiff's Motion for Preliminary Injunction.  This declaration is based on my personal knowledge.

2.      Attached as Exhibit 1 to this declaration is a timeline of the operative facts and dates relevant to Plaintiff's Motion for Preliminary Injunction and Le-Vel's Opposition to Plaintiff's Motion for Preliminary Injunction.

3.      Attached as Exhibit 2 to this declaration are true and correct screen captures of the Amway "Vitamins & Supplements - Nutrition - Shop" and "Skin Care - Beauty - Shop" pages from the Amway United States website captured on March 20, 2021.  The pages shown in Exhibit 2 can be accessed at https://www.amway.com/en_US/Shop/Nutrition/Vitamins-%26-Supplements/c/124 and https://www.amway.com/en_US/Shop/Beauty/Skin-Care/c/105, respectively.

4.      Attached as Exhibit 3 to this declaration are true and correct screen captures of the Arbonne "Nutrition" and "Skincare" pages from the Arbonne website captured on March 19, 2021.  The pages shown in Exhibit 3 can be accessed at https://www.arbonne.com/Pws/homeoffice/store/AMUS/catalog/Nutrition and https://www.arbonne.com/Pws/homeoffice/store/AMUS/catalog/Skincare, respectively.

5.      Attached as Exhibit 4 to this declaration are true and correct screen captures of the Herbalife "Core Products" and "Skin & Hair Care" pages from the Herbalife website captured on March 20, 2021.  The pages shown in Exhibit 4 can be accessed at https://catalog.herbalife.com/catalog/en-us/Core-Products and https://catalog.herbalife.com/catalog/en-us/skin-hair-care, respectively.

6.      Attached as Exhibit 5 to this declaration are true and correct screen captures of the Isagenix "Natural Botanicals Skin Care - Isagenix Age-Defying

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603288558                                        1                          Case No. 2:21-CV-02022-DOC-KES
DECLARATION OF MORGAN E. SMITH

Skincare Products Overview" pages from the Isagenix website captured on March 19, 2021.  The pages shown in Exhibit 5 can be accessed at

https://www.isagenix.com/en-us/products/performance and

https://www.isagenix.com/en-us/products/personal-care, respectively.

7.       Attached as Exhibit 6 to this declaration are true and correct screen captures of the Jeunesse Global "AM/PM" and "Luminesce" pages from the Jeunesse Global website captured on March 19, 2021.  The pages shown in Exhibit 6 can be accessed at https://www.jeunesseglobal.com/en-US/am/pmessentials and

https://www.jeunesseglobal.com/en-US/luminesce, respectively.

8.       Attached as Exhibit 7 to this declaration are true and correct screen captures of the Melaleuca "Product Store - Vitamins & Supplements" and "Product Store - Beauty" pages from the Melaleuca website captured on March 20, 2021. The pages shown in Exhibit 7 can be accessed at

https://www.melaleuca.com/ProductStore/content/category?c=2 and

https://www.melaleuca.com/productstore/categorylanding/30, respectively.

9.       Attached as Exhibit 8 to this declaration are true and correct screen captures of the Nikken "Kenzen Nutrition" and "True Elements® Marine Organic Skincare" pages from the Nikken website captured on March 20, 2021.  The pages shown in Exhibit 8 can be accessed at

http://nettrax.myvoffice.com/nikkenusa/ShoppingCart/Shop.cfm?CurrPage=FrontPage&NextPage=CategoryDetail&CategoryID=96&shiptocountry=USA&lng=eng and

http://nettrax.myvoffice.com/nikkenusa/ShoppingCart/Shop.cfm?CurrPage=FrontPage&NextPage=CategoryDetail&CategoryID=746&shiptocountry=USA&lng=eng, respectively.

10.       Attached as Exhibit 9 to this declaration are true and correct screen captures of the Shaklee "Nutrition" and "Beauty" pages from the Shaklee U.S. website captured on March 20, 2021.  The pages shown in Exhibit 9 can be accessed

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603288558                                    2                      Case No. 2:21-CV-02022-DOC-KES
DECLARATION OF MORGAN E. SMITH

1   at https://us.shaklee.com/Nutrition/c/100 and https://us.shaklee.com/Beauty/c/400,

2   respectively.

3        11.    Attached as Exhibit 10 to this declaration are true and correct screen

4   captures of the "Vitamins and Supplements - Department" and "Department - Skin

5   Care" pages from the GNC website captured on March 19, 2021.  The pages shown

6   in Exhibit 10 can be accessed at https://www.gnc.com/vitamins-supplements/ and

7   https://www.gnc.com/beauty-skin-care/skin-care/, respectively.

8        12.    Attached as Exhibit 11 to this declaration are true and correct screen

9   captures of the "Vitamins & Natural Supplements" and "Natural Beauty & Skin

10   Care" pages from the The Vitamin Shoppe website captured on March 19, 2021.

11   The pages shown in Exhibit 11 can be accessed at

12   https://www.vitaminshoppe.com/c/vitamins-supplements and

13   https://www.vitaminshoppe.com/c/natural-beauty-skin, respectively.

14        13.    Attached as Exhibit 12 to this declaration is a true and correct copy of

15   Plaintiff's trademark registration certification, Reg. No. 4,467,942, for the mark

16   THRIVE, retrieved from the U.S. Patent and Trademark Office's Trademark Status

17   & Document Retrieval System on March 21, 2021.

18        14.    Attached as Exhibit 13 to this declaration is a true and correct screen

19   capture of the homepage of Plaintiff's website, as archived on November 18, 2014

20   by web.archive.org, captured on March 21, 2021.  The page shown in Exhibit 13 can

21   be accessed at http://web.archive.org/web/20141118130813if_/

22   https://thrivecare.co/#products.

23        15.    Attached as Exhibit 14 to this declaration are true and correct screen

24   captures of Plaintiff's social media posts as accessed on March 21, 2021. Exhibit 14

25   includes screen captures of an October 1, 2014 post from Plaintiff's Instagram

26   account, an April 24, 2015 post from Plaintiff's Facebook account, a June 17, 2015

27   post from Plaintiff's Instagram account, and an April 23, 2019 post from Plaintiff's

28   Instagram account.  These posts can be accessed at

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603288558                                    3                    Case No. 2:21-CV-02022-DOC-KES
DECLARATION OF MORGAN E. SMITH

1    https://www.instagram.com/p/tmo3EyA88b/,

2    https://www.facebook.com/thrivecare/photos/1592754427630615,

3    https://www.instagram.com/p/4DLMsPg8zl/,

4    https://www.instagram.com/p/BwmwyfyD0Q8/, respectively.

5       16.    Attached as Exhibit 15 to this declaration is a true and correct screen

6    capture of the homepage of Plaintiff's website, as archived December 2, 2018, by

7    web.archive.org, captured on March 21, 2021.  The page shown in Exhibit 15 can be

8    accessed at https://web.archive.org/web/20181202003025/https://thrivecare.co/.

9       17.    Attached as Exhibit 16 to this declaration are true and correct screen

10   captures of posts on Plaintiff's Instagram account as accessed on March 21, 2021.

11   Exhibit 16 includes posts from: October 1, 2014; June 26, 2015; September 23,

12   2015; October 1, 2016; December 9, 2016; May 6, 2017; June 11, 2017; July 9,

13   2018; March 20, 2019; June 25, 2019; March 17, 2020; and June 12, 2020.  These

14   posts can be accessed at https://www.instagram.com/p/tmrDOaA895/,

15   https://www.instagram.com/p/4aIZHUA8xG/,

16   https://www.instagram.com/p/7_iyBTA843/,

17   https://www.instagram.com/p/BLBx4UtjoQ9/,

18   https://www.instagram.com/p/BNzzWbJDzXV/,

19   https://www.instagram.com/p/BTwo_1Mj6A6/,

20   https://www.instagram.com/p/BVNdNmsjdZy/,

21   https://www.instagram.com/p/BlBlnJahmhW/,

22   https://www.instagram.com/p/BvPUp8ug2TG/, https://www.instagram.com/p/BzI-

23   3M4FYSh/, https://www.instagram.com/p/B92BJ90DfoV/, and

24   https://www.instagram.com/p/CBWPJkBnh3e/, respectively.

25       18.    Attached as Exhibit 17 to this declaration are true and correct screen

26   captures of posts on Plaintiff's Instagram account as accessed on March 21, 2021.

27   Exhibit 17 includes posts from December 28, 2020 and January 20, 2021.  These

28   posts can be accessed at https://www.instagram.com/p/CJXQvZbBn38/ and

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603288558                  4               Case No. 2:21-CV-02022-DOC-KES
DECLARATION OF MORGAN E. SMITH

1    https://www.instagram.com/p/CKSCSowsMgx/ respectively.

2        19.    Attached as Exhibit 18 to this declaration is a true and correct copy of

3    Plaintiff's Trademark Application No. 85980517 for the mark THRIVE covering

4    various Class 3 goods, filed September 11, 2012, retrieved from the U.S. Patent and

5    Trademark Office's Trademark Status & Document Retrieval System on March 21,

6    2021.

7        20.    Attached as Exhibit 19 to this declaration is a true and correct copy of

8    Defendant's Petition to Cancel Plaintiff's U.S. Trademark Reg. No. 4,467,942, filed

9    at the U.S. Patent and Trademark Office ("USPTO") Trademark Trial and Appeal

10   Board the morning of March 22, 2021.

11       21.    Attached as Exhibit 20 to this declaration is a true and correct screen

12   capture of a blog post on JD Supra titled "Highlights Part I of the Trademark

13   Modernization Act of 2020: Irreparable Harm and TTAB Inferior Officers" by Case

14   Collard and Lexie Ross, as captured on the JD Supra website on March 21, 2021.

15   The blog post shown in Exhibit 20 can be accessed at

16   https://www.jdsupra.com/legalnews/highlights-part-i-of-the-trademark-4121318/.

17       22.    Attached as Exhibit 21 to this declaration is a true and correct copy of

18   the Complaint filed by Thrive Natural Care, Inc. in the case captioned *Thrive*

19   *Natural Care, Inc. v. Thrive Causemetics, Inc.*, No. 2:20-cv-09091-PA-AS (C.D.

20   Cal. Oct. 2, 2020).

21       I declare under penalty of perjury of the laws of the United States that the

22   foregoing is true and correct pursuant to 28 U.S.C. § 1746.  This declaration was

23   executed on March 22, 2021 in San Jose, CA.

24

25

26                              _____

27                              Morgan E. Smith

28

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603288558          5          Case No. 2:21-CV-02022-DOC-KES
DECLARATION OF MORGAN E. SMITH

# Exhibit 1

## to the Declaration of Morgan E. Smith

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Le-Vel first introduces and distributes THRIVE vitamins and shakes
August 24, 2012
September 11, 2012
Filing date of Plaintiff's THRIVE Application
Sales of Le-Vel's THRIVE vitamins, including skin vitamin patches, exceeds [redacted]
September 4, 2013
September 5, 2013
Plaintiff's alleged first use of THRIVE in commerce
Le-Vel first sold THRIVE SKIN skincare products
April 2019
Le-Vel's sales of THRIVE SKIN exceed [redacted] and overall sales of THRIVE exceed [redacted]
March 2021
March 5, 2021
Plaintiff files Motion for Preliminary Injunction against Le-Vel's THRIVE SKIN mark



# Exhibit 2

## to the Declaration of Morgan E. Smith







Start a Business Our Story English Help Sign In

Amway SHOP PRODUCTS SHOP BRANDS AMPERKS™ Search

Home / Shop / Nutrition / Vitamins & Supplements

# Vitamins & Supplements

1 - 45 of 80 results 1 2 ITEMS PER PAGE 45

FILTERS Clear all
CATEGORY +
BRAND +
PRICE +
PRODUCT AVAILABILITY (3) +
COLLECTIONS +
CERTIFICATIONS +
CONCERNS +
PRODUCT PREFERENCES +

80 RESULTS SORT BY Name (A-Z)

n* by Nutrilite™ Focus! – Topical Essential Oil Blend
★★★★★ (3)
Item # 124560
$20.00
AmPerks Points 40
QUANTITY - 1 +
In Stock
Add to cart
SHOPPING LIST DITTO™

NEW

n* by Nutrilite™ Go Shield Effervescent Tablets
★★★★★ (15)
Item # 124931
$8.50
AmPerks Points 17
QUANTITY - 1 +
In Stock
Add to cart
SHOPPING LIST DITTO™

ORDER LIMIT 5

n* by Nutrilite™ Go Shield – Immunity Gummies
★★★★★ (39)
Item # 124555
$16.50
AmPerks Points 33
QUANTITY - 1 +
In Stock
Add to cart
SHOPPING LIST DITTO™

NEW

n* by Nutrilite™ Hit Reset Effervescent Tablets
★★★★★ (17)
Item # 124932
$10.00
AmPerks Points 20
QUANTITY - 1 +
In Stock
Add to cart
SHOPPING LIST DITTO™

NEW

n* by Nutrilite™ Hit Reset Shots – Vitamin B & Milk Thistle Shot
★★★★★ (38)
Item # 124937
$31.00
AmPerks Points 62
QUANTITY - 1 +
In Stock
Add to cart
SHOPPING LIST DITTO™

n* by Nutrilite™ Less Stress, More Yes – Relax Gummies
★★★★★ (24)
Item # 124505
$16.50
AmPerks Points 33
QUANTITY - 1 +
In Stock
Add to cart
SHOPPING LIST DITTO™

n* by Nutrilite™ Rays for Days – Sunny Vitamin D Gummies
★★★★★ (23)
Item # 124504
$16.50
AmPerks Points 33
QUANTITY - 1 +
In Stock

n* by Nutrilite™ Rays for Days – Sunny Topical Essential Oil Blend
★★★★★ (0)
Item # 124561
$20.00
AmPerks Points 40
QUANTITY - 1 +
In Stock

n* by Nutrilite™ Slay the Day – Focus Gummies
★★★★★ (24)
Item # 124556
$16.50
AmPerks Points 33
QUANTITY - 1 +
In Stock

Nutrilite™ Cal Mag D
★★★★★ (60)
Item # 110610
$39.00
AmPerks Points ♥ 78
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Nutrilite™ Carb Blocker
★★★★★ (13)
Item # 100193
$33.00
AmPerks Points ♥ 66
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Nutrilite™ Chewable Vitamin E
★★★★★ (62)
Item # A4042
$43.00
AmPerks Points ♥ 86
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Nutrilite™ Cholesterol Health
★★★★★ (10)
Item # 100070
$31.00
AmPerks Points ♥ 62
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Nutrilite™ ClearGuard
★★★★★ (4)
Item # 102735
$21.00
AmPerks Points ♥ 42
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Nutrilite™ Concentrated Fruits and Vegetables
★★★★★ (36)
Item # 100648
$42.00
AmPerks Points ♥ 84
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

NEW

Nutrilite™ Daily
★★★★★ (8)
Item # 124484
$15.00
AmPerks Points ♥ 30
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Nutrilite™ Daily
★★★★★ (45)
Item # A4230
$40.00
AmPerks Points ♥ 80
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Nutrilite™ Digestive Enzyme
★★★★★ (109)
Item # A8903
$48.00
AmPerks Points ♥ 96
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Nutrilite™ Double X™ Multivitamin – 10-day Supply
★★★★★ (9)
Item # 123364
$23.00
AmPerks Points ♥ 46
QUANTITY - 1 +

Nutrilite™ Double X™ Multivitamin – 31-Day Refill
★★★★★ (351)
Item # A0244
$59.00
AmPerks Points ♥ 118
QUANTITY - 1 +

Nutrilite™ Double X™ Multivitamin – 31-Day Supply with Case
★★★★★ (214)
Item # A4300
$61.00
AmPerks Points ♥ 122
QUANTITY - 1 +



✓ In Stock

Add to cart

SHOPPING LIST DITTO™

✓ In Stock

Add to cart

SHOPPING LIST DITTO™

✓ In Stock

Add to cart

SHOPPING LIST DITTO™

Nutrilite™ Fiber Powder

★★★★★ (30)
Item # 102736

$28.00

AmPerks Points ♥ 56

QUANTITY - 1 +

✓ In Stock

Add to cart

SHOPPING LIST DITTO™

Nutrilite™ Garlic Heart Care

★★★★★ (56)
Item # A5923

$34.00

AmPerks Points ♥ 68

QUANTITY - 1 +

✓ In Stock

Add to cart

SHOPPING LIST DITTO™

Nutrilite™ Glucose Health

★★★★★ (19)
Item # A8600

$33.00

AmPerks Points ♥ 66

QUANTITY - 1 +

✓ In Stock

Add to cart

SHOPPING LIST DITTO™

Nutrilite™ Hair, Skin & Nail Health

★★★★★ (37)
Item # A7553

$25.00

AmPerks Points ♥ 50

QUANTITY - 1 +

✓ In Stock

Add to cart

SHOPPING LIST DITTO™

Nutrilite™ Heart Health CoQ10

★★★★★ (10)
Item # A8601

$28.00

AmPerks Points ♥ 56

QUANTITY - 1 +

✓ In Stock

Add to cart

SHOPPING LIST DITTO™

Nutrilite™ Heart Health Omega

★★★★★ (8)
Item # A8919

$35.00

AmPerks Points ♥ 70

QUANTITY - 1 +

✓ In Stock

Add to cart

SHOPPING LIST DITTO™

Nutrilite™ Heart Health Pack

★★★★★ (25)
Item # 123367

$125.00

AmPerks Points ♥ 250

QUANTITY - 1 +

✓ In Stock

Add to cart

SHOPPING LIST DITTO™

Nutrilite™ Immunity Defense Zinc + Holy Basil

★★★★★ (9)
Item # 124692

$16.50

AmPerks Points ♥ 33

QUANTITY - 1 +

✓ In Stock

Add to cart

SHOPPING LIST DITTO™

Nutrilite™ Immunity Echinacea

★★★★★ (18)
Item # A5986

$33.00

AmPerks Points ♥ 66

QUANTITY - 1 +

✓ In Stock

Add to cart

SHOPPING LIST DITTO™



Nutrilite™ Immunity Pack

★★★★★ (21)
Item # 123843
$27.00
AmPerks Points ♥ 54
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Nutrilite™ Iron Folic

★★★★★ (7)
Item # 102046
$15.75
AmPerks Points ♥ 32
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Nutrilite™ Joint Health – 30 Day Supply

★★★★★ (21)
Item # 104664
$32.00
AmPerks Points ♥ 64
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Nutrilite™ Joint Health – 60 Day Supply

★★★★★ (69)
Item # 106964
$58.00
AmPerks Points ♥ 116
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Nutrilite™ Kids Chewable Concentrated Fruits and Vegetables

★★★★★ (9)
Item # 100346
$25.00
AmPerks Points ♥ 50
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Nutrilite™ Kids Chewable Daily

★★★★★ (7)
Item # 104276
$15.75
AmPerks Points ♥ 32
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

1 - 45 of 80 results 1 2 ITEMS PER PAGE 45

Contact Us
Our support team is here to help by phone, chat, or email.
Learn More >

AMWAYPROMISE
Satisfaction will always be our goal, and protection—our promise.
Learn More >

Start a Business
Sell quality products that people use every day.
Learn More >

| FEATURED BRANDS | HELP CENTER | COMPANY | RESOURCES |
|---|---|---|---|
| Nutrilite | Amway ID / Login | Our Story | Partner Stores |
| Artistry | Shipping & Delivery | Amway Insider | Mobile Apps |
| XS | Orders & Returns | Events | Digital Catalogs |
| Amway Home | DITTO™ | Careers | |
| Satinique | See All Topics | Making a Difference | |
| | | AmwayGlobal.com | |

US English

Copyright © 2020 Amway SiteMap | Privacy Notice | Terms of Use



Start a Business Our Story English Help Sign In

Amway SHOP PRODUCTS SHOP BRANDS AMPERKS™ Search

Home / Shop / Beauty / Skin Care

# Skin Care

1 - 45 of 83 results 1 2 ITEMS PER PAGE 45

FILTERS Clear all

CATEGORY +

BRAND +

PRICE +

PRODUCT AVAILABILITY (2) +

COLLECTIONS +

CONCERNS +

83 RESULTS SORT BY Name (A-Z)

Artistry Exact Fit™ Beauty Balm Perfecting Primer
★★★★★ (7)
Item # 118209
$33.00
AmPerks Points 66
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Artistry Hydra-V™ Fresh Foaming Cleanser
★★★★★ (12)
Item # 117642V
$21.00
AmPerks Points 42
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Artistry Hydra-V™ Fresh Toner
★★★★★ (6)
Item # 117644V
$21.00
AmPerks Points 42
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Artistry Hydra-V™ Nourishing Gel Cream (for Combination/Normal Skin)
★★★★★ (20)
Item # 117648V
$40.00
AmPerks Points 80
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Artistry Hydra-V™ Refreshing Eye Gel Cream
★★★★★ (19)
Item # 117649V
$33.00
AmPerks Points 66
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Artistry Hydra-V™ Refreshing Gel for Oily Skin
★★★★★ (8)
Item # 117647V
$36.00
AmPerks Points 72
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Artistry Hydra-V™ Replenishing Moisture Cream for Dry Skin
★★★★★ (32)
Item # 117646V
$36.00
AmPerks Points 72
QUANTITY - 1 +
✓ In Stock

Artistry Hydra-V™ System for Combination/Normal Skin with Nourishing Gel Cream
★★★★★ (37)
Item # 119882V
$82.00
AmPerks Points 164
QUANTITY - 1 +
✓ In Stock

Artistry Hydra-V™ System for Dry Skin with Replenishing Moisture Cream
★★★★★ (28)
Item # 120227V
$78.00
AmPerks Points 156
QUANTITY - 1 +
✓ In Stock





Add to cart
SHOPPING LIST DITTO™

Add to cart
SHOPPING LIST DITTO™

Add to cart
SHOPPING LIST DITTO™

Artistry Hydra-V™ System for Oily Skin with Refreshing Gel

★★★★★ (12)
Item # 119881V
$78.00
AmPerks Points ♥ 156
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Artistry Ideal Radiance™ Illuminating CC Cream – Light Medium

★★★★★ (10)
Item # 118207
$33.00
AmPerks Points ♥ 66
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Artistry Ideal Radiance™ Illuminating Foam Cleanser

★★★★★ (18)
Item # 119618V
$35.00
AmPerks Points ♥ 70
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Artistry Ideal Radiance™ Illuminating Milky Emulsion (Moisturizer for Combination-to-Oily Skin)

★★★★★ (13)
Item # 119621V
$73.00
AmPerks Points ♥ 146
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Artistry Ideal Radiance™ Illuminating Moisture Cream (Moisturizer for Normal-to-Dry Skin)

★★★★★ (21)
Item # 119622V
$67.00
AmPerks Points ♥ 134
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Artistry Ideal Radiance™ Illuminating Softening Lotion (Toner)

★★★★★ (9)
Item # 119619V
$40.00
AmPerks Points ♥ 80
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Artistry Ideal Radiance™ System for Combination-to-Oily Skin with Illuminating Milky Emulsion (Moisturizer)

★★★★★ (10)
Item # 119690
$148.00
AmPerks Points ♥ 296
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Artistry Ideal Radiance™ System for Normal-to-Dry Skin with Illuminating Moisture Cream

★★★★★ (15)
Item # 119691
$142.00
AmPerks Points ♥ 284
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Artistry Ideal Radiance™ UV Protect SPF 50+

★★★★★ (28)
Item # 117809
$43.00
AmPerks Points ♥ 86
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Artistry Signature Select™ Anti-Spot Amplifier

★★★★★ (5)
Item # 121560V
$39.00
AmPerks Points ♥ 78
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Artistry Signature Select™ Anti-Spot Amplifier and Base Serum

★★★★★ (28)
Item # 282717
$72.00
AmPerks Points ♥ 144
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Artistry Signature Select™ Anti-Wrinkle Amplifier

★★★★★ (5)
Item # 121558V
$33.00
AmPerks Points ♥ 66
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Artistry Signature Select™ Anti-Wrinkle Amplifier and Base Serum

★★★★★ (35)
Item # 282718
$66.00
AmPerks Points ♥ 132
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Artistry Signature Select™ Brightening Amplifier

★★★★★ (3)
Item # 121557V
$33.00
AmPerks Points ♥ 66
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Artistry Signature Select™ Brightening Amplifier and Base Serum

★★★★★ (5)
Item # 282716
$66.00
AmPerks Points ♥ 132
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

NEW

Artistry Signature Select™ Brightening Body Cream

★★★★★ (5)
Item # 123862V
$31.00
AmPerks Points ♥ 62
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Artistry Signature Select™ Brightening Mask

★★★★★ (8)
Item # 122340V
$36.00
AmPerks Points ♥ 72
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Artistry Signature Select™ Firming Amplifier

★★★★★ (3)
Item # 121559V
$39.00
AmPerks Points ♥ 78
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST DITTO™

Artistry Signature Select™ Firming Amplifier and Base Serum

★★★★★ (13)
Item # 282719
$72.00

NEW

Artistry Signature Select™ Firming Body Lotion

★★★★★ (18)
Item # 123861V
$38.00

Artistry Signature Select™ Firming Mask

★★★★★ (15)
Item # 122341V
$38.00



| | | |
|---|---|---|
| AmPerks Points ♥ 76 | AmPerks Points ♥ 76 | AmPerks Points ♥ 76 |
| QUANTITY - 1 + | QUANTITY - 1 + | QUANTITY - 1 + |
| ✓ In Stock | ✓ In Stock | ✓ In Stock |
| Add to cart | Add to cart | Add to cart |
| ⊕ SHOPPING LIST ⟳ DITTO™ | ⊕ SHOPPING LIST ⟳ DITTO™ | ⊕ SHOPPING LIST ⟳ DITTO™ |

NEW

| | | |
|---|---|---|
| Artistry Signature Select™ Hydrating Body Gel | Artistry Signature Select™ Hydrating Mask | Artistry Signature Select™ Hydration Amplifier |
| ★★★★★ (13) | ★★★★★ (13) | ★★★★☆ (4) |
| Item # 123858V | Item # 122343V | Item # 121556V |
| $23.00 | $33.00 | $28.00 |
| AmPerks Points ♥ 46 | AmPerks Points ♥ 66 | AmPerks Points ♥ 56 |
| QUANTITY - 1 + | QUANTITY - 1 + | QUANTITY - 1 + |
| ✓ In Stock | ✓ In Stock | ✓ In Stock |
| Add to cart | Add to cart | Add to cart |
| ⊕ SHOPPING LIST ⟳ DITTO™ | ⊕ SHOPPING LIST ⟳ DITTO™ | ⊕ SHOPPING LIST ⟳ DITTO™ |

NEW

| | | |
|---|---|---|
| Artistry Signature Select™ Hydration Amplifier and Base Serum | Artistry Signature Select™ Polishing Body Scrub | Artistry Signature Select™ Polishing Mask |
| ★★★★★ (16) | ★★★★★ (10) | ★★★★★ (17) |
| Item # 282715 | Item # 123860V | Item # 122339V |
| $61.00 | $30.00 | $29.00 |
| AmPerks Points ♥ 122 | AmPerks Points ♥ 60 | AmPerks Points ♥ 58 |
| QUANTITY - 1 + | QUANTITY - 1 + | QUANTITY - 1 + |
| ✓ In Stock | ✓ In Stock | ✓ In Stock |
| Add to cart | Add to cart | Add to cart |
| ⊕ SHOPPING LIST ⟳ DITTO™ | ⊕ SHOPPING LIST ⟳ DITTO™ | ⊕ SHOPPING LIST ⟳ DITTO™ |

NEW

NEW

| | | |
|---|---|---|
| Artistry Signature Select™ Purifying Body Cleanser | Artistry Signature Select™ Purifying Mask | Artistry Studio™ Clean Start Micellar Makeup Remover + Cleanser |
| ★★★★★ (18) | ★★★★★ (12) | ★★★★★ (16) |
| Item # 123859V | Item # 122342V | Item # 124811 |
| $26.00 | $29.00 | $8.50 |
| AmPerks Points ♥ 52 | AmPerks Points ♥ 58 | AmPerks Points ♥ 17 |
| QUANTITY - 1 + | QUANTITY - 1 + | QUANTITY - 1 + |
| ✓ In Stock | ✓ In Stock | ✓ In Stock |
| Add to cart | Add to cart | Add to cart |

Exhibit 2
Page 15



SHOPPING LIST | DITTO™ | SHOPPING LIST | DITTO™ | SHOPPING LIST | DITTO™

NEW

Artistry Studio™ Every Day I'm Bubblin' Cleanser + Skin Invigorator

★★★★★ (14)
Item # 124817
$15.00
AmPerks Points ♥ 30
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST | DITTO™

NEW

Artistry Studio™ Eye Look Rested De-Puffer + Brightener

★★★★★ (30)
Item # 124818
$30.00
AmPerks Points ♥ 60
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST | DITTO™

NEW

Artistry Studio™ Glow Boss Cleanser + Exfoliator

★★★★★ (32)
Item # 124812
$16.00
AmPerks Points ♥ 32
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST | DITTO™

NEW

Artistry Studio™ Hydro-Prime Light Hydrator + Primer

★★★★★ (21)
Item # 124814
$25.00
AmPerks Points ♥ 50
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST | DITTO™

NEW

Artistry Studio™ Pampered Pout Lip Balm + Overnight Mask

★★★★★ (37)
Item # 124819
$19.50
AmPerks Points ♥ 39
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST | DITTO™

NEW

Artistry Studio™ Rosé All Day Anti-Acne Toner + Pore Refresher 1% Salicylic Acid Treatment

★★★★★ (9)
Item # 124813
$15.00
AmPerks Points ♥ 30
QUANTITY - 1 +
✓ In Stock
Add to cart
SHOPPING LIST | DITTO™

1 - 45 of 83 results

1 2

ITEMS PER PAGE 45

Contact Us
Our support team is here to help by phone, chat, or email.
Learn More >

AMWAYPROMISE
Satisfaction will always be our goal, and protection—our promise.
Learn More >

Start a Business
Sell quality products that people use every day.
Learn More >

| FEATURED BRANDS | HELP CENTER | COMPANY | RESOURCES |
|---|---|---|---|
| Nutrilite | Amway ID / Login | Our Story | Partner Stores |
| Artistry | Shipping & Delivery | Amway Insider | Mobile Apps |
| XS | Orders & Returns | Events | Digital Catalogs |
| Amway Home | DITTO™ | Careers | |
| Satinique | See All Topics | Making a Difference | |
| | | AmwayGlobal.com | |

US English

Copyright © 2020 Amway SiteMap | Privacy Notice | Terms of Use

# Exhibit 3

## to the Declaration of Morgan E. Smith





Shipping delays due to enhanced safety and sanitation procedures for COVID-19. Read more.

**Planned Maintenance Period: Saturday, March 20th at 2:00 a.m EDT (March 19th, 11:00 p.m. PDT) for approx. 4 hours.**
**During the maintenance period, the site will be unavailable. Thank you for your patience**

News | Catalogue | Customer Service | B.E.S.T. | Reward Programs | Return Policy | About Arbonne

arbonne.

SEARCH

Shop | Login | Register | Your Account | Country/Language | Shopping Bag

WHAT'S NEW | SKINCARE | BATH & BODY | MAKEUP | NUTRITION | HAIR | SPECIAL OFFERS

Order Destination
US CA NZ UK PL AU

Shop Home > Nutrition

INDEPENDENT CONSULTANT REGISTRATION

IC

Become an Independent Consultant and begin your business today.

START EARNING

Learn More

PREFERRED CLIENT REGISTRATION

PC

Save 20-40% on your order! Discounts, complimentary products, FREE shipping, and other rewards!

START SAVING

Learn More

# Nutrition

COLLECTIONS: All Collections | SHOP BY NEED: All Needs | SHOP BY CATEGORY: All Categories

Page 1 2 3
View All

EnergyFizz Ginseng Fizz Sticks – Blackberry Flavor #2109
$57.00
$45.60 PC
ADD TO BAG

NEW! Limited Edition! Spiced Rooibos Tea Set #5404
$47.00
$37.60 PC
ADD TO BAG

EnergyFizz Ginseng Fizz Sticks - Citrus Flavor #2077
$57.00
$45.60 PC
ADD TO BAG

EnergyFizz Ginseng Fizz Sticks - Pomegranate Flavor #2079
$57.00
$45.60 PC
ADD TO BAG

GutHealth Digestion & Microbiome Support #2063
$55.00
$44.00 PC
ADD TO BAG

BeWell Superfood Greens #6232
$54.00
$43.20 PC
ADD TO BAG

NEW! Limited Edition! EnergyFizz Ginseng Fizz Sticks - Lemon Lime Flavor #2055
$57.00

SkinElixir Collagen Builder #6105
$55.00

MindHealth Focus Super Powder #6102
$57.00

$45.60 PC     $44.00 PC     $45.00 PC

**SuperBoost Antioxidant Shot #6298**
**$90.00**
$72.00 PC

**FeelFit Pea Protein Snack Bar - Iced Lemon Flavor #6094**
**$30.00**
$24.00 PC

**FeelFit Chews - Caramel Flavor #2067**
**$24.00**
$19.20 PC

**FeelFit Chews - Chocolate Flavor #2068**
**$24.00**
$19.20 PC

**FeelFit Chews - Lemon Flavor #6114**
**$24.00**
$19.20 PC

**SleepWell Vegan Melatonin Spray #6218**
**$43.00**
$34.40 PC

**Arbonne Bio-Hydria Herbal Tea #2081**
$18.00
**$12.60**
$10.08 PC

**Limited Edition! Ginseng Energy Fizz Sticks - Blood Orange Flavor #2113**
Sold Out          Not In Stock

**NEW! Limited Edition! Pea Protein Shake - Mint Chocolate Flavor #2965**
**$79.00**
$63.20 PC

Page  1  2  3



**NEED HELP?**
CUSTOMER SERVICE
SHIPPING RATES
GREEN WILL CALL
RETURN POLICY
B.E.S.T.
ACCESSIBILITY
CONTACT US

**ABOUT ARBONNE**
LEADERSHIP
OFFICES
OUR INDUSTRY
CAREERS
ARBONNECYCLE
FLOURISH FOUNDATION
CODE OF ETHICS

**OUR APPROACH**
ARBONNE PROMISE
INGREDIENTS GUIDE
DO NOT SELL MY INFORMATION

**FIND US**
1.800.ARBONNE
ARBONNE HEADQUARTERS
9400 JERONIMO RD. IRVINE, CA 92618

Proud members of the Direct Selling Association. View the Code of Ethics by which we abide or contact the DSA directly.

TERMS & CONDITIONS | PRIVACY POLICY | SECURITY | OUR SUPPLY CHAIN | © 2020 ARBONNE INTERNATIONAL, LLC

Cookie Settings



Shipping delays due to enhanced safety and sanitation procedures for COVID-19. Read more.

**Planned Maintenance Period: Saturday, March 20th at 2:00 a.m EDT (March 19th, 11:00 p.m. PDT) for approx. 4 hours.**
**During the maintenance period, the site will be unavailable. Thank you for your patience**

News | Catalogue | Customer Service | B.E.S.T. | Reward Programs | Return Policy | About Arbonne

arbonne.

SEARCH

Shop | Login | Register | Your Account | Country/Language | Shopping Bag

WHAT'S NEW SKINCARE BATH & BODY MAKEUP NUTRITION HAIR SPECIAL OFFERS

Order Destination
US CA NZ UK PL AU

Shop Home > Skincare

INDEPENDENT CONSULTANT REGISTRATION
IC
Become an Independent Consultant and begin your business today.
START EARNING
Learn More

PREFERRED CLIENT REGISTRATION
PC
Save 20-40% on your order! Discounts, complimentary products, FREE shipping, and other rewards!
START SAVING
Learn More

## Skincare

COLLECTIONS: All Collections | SHOP BY NEED: All Needs | SHOP BY CATEGORY: All Categories | SKIN TYPE: All

Page 1 2 3 4 5
View All

Genius Nightly Resurfacing Pads & Solution #4317
~~$98.00~~
$73.50
$58.80 PC
ADD TO BAG

RE9 Advanced Prepwork Gel Eye Masks #4680
~~$50.00~~
$35.00
$28.00 PC
ADD TO BAG

Arbonne Bio-Hydria Herbal Tea #2081
~~$18.00~~
$12.60
$10.08 PC
ADD TO BAG

Arbonne Bio-Hydria Gel Cleanser #8601
~~$24.00~~
$16.80
$13.44 PC
ADD TO BAG

Arbonne Bio-Hydria Liquid Serum #8602
~~$45.00~~
$31.50
$25.20 PC
ADD TO BAG

Arbonne Bio-Hydria Gel Cream #8603
~~$40.00~~
$28.00
$22.40 PC
ADD TO BAG

RE9 Advanced Skin Revitalizing Facial Sheet Mask #8220
~~$10.00~~
$7.50
ADD TO BAG

NEW! Limited Edition! Dual Action Facial Set #5412
$77.00

NEW! Limited Edition! Charcoal Clarifying Facial Set #5413
$54.00

Skincare Hetdoana

$6.00 (PC)    $61.80 (PC)    ADD TO BAG    $43.20 (PC)    ADD TO BAG



NEW! AgeWell Silky Cleanser with Vegan Surfactants #8111
**$46.00**
$36.80 (PC)    ADD TO BAG

NEW! AgeWell Refreshing Toning Mist with Vitamin B3 #8121
**$41.00**
$32.80 (PC)    ADD TO BAG

NEW! AgeWell Collagen Nurturing Serum with 2% Bakuchiol #8131
**$70.00**
$56.00 (PC)    ADD TO BAG

NEW! AgeWell Enriching Eye Cream with Caffeine + Bakuchiol #8141
**$67.00**
$53.60 (PC)    ADD TO BAG

NEW! AgeWell Intense Repairing Night Cream with 2% Bakuchiol #8151
**$91.00**
$72.80 (PC)    ADD TO BAG

NEW! AgeWell Moisture Restoring Cream with Broad Spectrum SPF 15 Sunscreen #8161
**$70.00**
$56.00 (PC)    ADD TO BAG

NEW! AgeWell Moisture Restoring Cream with 0.5% Bakuchiol #8160
**$70.00**
$56.00 (PC)    ADD TO BAG

NEW! AgeWell Firming Neck Cream with 0.5% Bakuchiol #8381
**$90.00**
$72.00 (PC)    ADD TO BAG

AgeWell Restoring (SPF 15) Set #8181
**$282.00**
$225.60 (PC)    ADD TO BAG

Page  1  2  3  4  5



**NEED HELP?**
CUSTOMER SERVICE
SHIPPING RATES
GREEN WILL CALL
RETURN POLICY
B.E.S.T.
ACCESSIBILITY
CONTACT US

**ABOUT ARBONNE**
LEADERSHIP
OFFICES
OUR INDUSTRY
CAREERS
ARBONNECYCLE
FLOURISH FOUNDATION
CODE OF ETHICS

**OUR APPROACH**
ARBONNE PROMISE
INGREDIENTS GUIDE
DO NOT SELL MY INFORMATION

**FIND US**
1.800.ARBONNE
ARBONNE HEADQUARTERS
9400 JERONIMO RD, IRVINE, CA 92618

Proud members of the Direct Selling Association. View the Code of Ethics by which we abide or contact the DSA directly

TERMS & CONDITIONS | PRIVACY POLICY | SECURITY | OUR SUPPLY CHAIN | © 2020 ARBONNE INTERNATIONAL, LLC

Cookie Settings

# Exhibit 4

## to the Declaration of Morgan E. Smith



Distributor login    Find a Distributor    Support    **English**    Español     United States

MENU ☰

## Product Catalog

Suggested retail price. Please contact your **Herbalife Nutrition Independent Distributor** for details.

Search products 🔍

**Product Catalog**

**Core Products**
  Core Products

**Healthy Weight**
  Formula 1
  Protein
  Enhancers
  Snacks
  Programs

**Specialized Nutrition**
  Digestive Health
  Immune Health
  Heart Health
  Healthy Aging
  Stress Management
  Brain Health
  Women's Health
  Men's Health
  Children's Health

**Energy & Fitness**
  Energy & Fitness
  Herbalife24
  Hydration

**Skin & Hair Care**
  Herbalife SKIN
  Herbal Aloe Bath & Body Care
  Enrichual



Product Overview

### Core Products

Whether you're a serious athlete, always on the go, or simply looking to improve your health, Core Products nourish your body at the cellular level, so you can achieve optimum health

Order from a Distributor ▶

Core Products        Show All    Page 1 of 1
                     |< 1 >|

**Formula 3 Cell Activator®**    **Formula 2 Multivitamin**    **Formula 1 Healthy Meal**
**$28.95**                        **Complex $26.40**             **Nutritional Shake Mix**
                                                                 **$43.30**

Core Products        Show All    Page 1 of 1
                     |< 1 >|

 

**HERBALIFE NUTRITION**

View the Statement Of Average Gross Compensation

© 2021 Herbalife International of America, Inc. No reproduction in whole or in part without written permission. All Rights Reserved. All trademarks and product images exhibited on this site, unless otherwise indicated, are the property of Herbalife International, Inc.



**INFORMATION**

Product Catalog
Discovergoodnutrition.com
IAmHerbalifeNutrition.com
FAQs
Terms of Use
Privacy Policy
CCPA Supplemental Notice
Refund Policy
Career Opportunities
Contact Us
SAGC
FB Terms of Use
Supplier Terms



Distributor login    Find a Distributor    Support    English    Español     United States

**MENU**    ☰

## Product Catalog

Suggested retail price. Please contact your **Herbalife Nutrition Independent Distributor** for details.

Search products 🔍

**Product Catalog**

**Core Products**

Core Products

**Healthy Weight**

Formula 1

Protein

Enhancers

Snacks

Programs

**Specialized Nutrition**

Digestive Health

Immune Health

Heart Health

Healthy Aging

Stress Management

Brain Health

Women's Health

Men's Health

Children's Health

**Energy & Fitness**

Energy & Fitness

Herbalife24

Hydration

**Skin & Hair Care**

Herbalife SKIN

Herbal Aloe Bath & Body Care

Enrichual

**Product Overview**



### Skin & Hair Care

Just as your body needs proper nutrition for long-term health, your skin and hair require the right nourishment to keep you looking your best. Herbalife's Outer Nutrition products are your secret weapon in maintaining a healthy, youthful appearance.

Order from a Distributor ▶

Skin & Hair Care    Show All    Page 1 of 4
|< 1 2 3 4 >|

Herbalife SKIN Basic Program For Normal to Dry Skin $108.05

Herbalife SKIN Basic Program For Normal to Oily Skin $108.05

Herbalife SKIN™ Advanced Program For Normal to Dry Skin $221.40

Herbalife SKIN™ Advanced Program For Normal to Oily Skin $221.40

Herbalife SKIN Ultimate Program For Normal to Dry Skin $291.20

Herbalife SKIN Ultimate Program For Normal to Oily Skin $291.20

Herbalife SKIN® Instant Reveal Berry Scrub $16.35

Herbalife SKIN™ Daily Glow Moisturizer $35.60

Herbalife SKIN Soothing Aloe Cleanser $20.95

Skin & Hair Care    Show All    Page 1 of 4
|< 1 2 3 4 >|

 

View the Statement Of Average Gross Compensation

© 2021 Herbalife International of America, Inc. No reproduction in whole or in part without written permission. All rights Reserved. All trademarks and product images exhibited on this site, unless otherwise indicated, are the property of Herbalife International, Inc.

**INFORMATION**

  

Product Catalog

Discovergoodnutrition.com

IAmHerbalifeNutrition.com

FAQs

Terms of Use

Privacy Policy

CCPA Supplemental Notice

Refund Policy

Career Opportunities

Contact Us





Exhibit 4
Page 24

SAGC

FB Terms of Use

Supplier Terms

# Exhibit 5

## to the Declaration of Morgan E. Smith



ISAGENIX

Shop    Feel Better    Eat Better    Move Better    Look Better    About      Take Our Quiz

HOME | PRODUCTS | PERFORMANCE

## Performance



## Paks & Systems

Isagenix paks and systems are conveniently packaged to help you take the guesswork out of achieving your best results.



**NEW AMPED™ Next Level Pack**
Boost every aspect of your workout to get better results faster. This AMPED™ pack delivers what you need before, during, and after your workout so you can take your goals to the next level.

BUILD YOUR SYSTEM



**AMPED™ Core Bundle**
The AMPED™ Core Bundle includes the two must-have products for anyone who wants to get the most out of their exercise: AMPED Nitro and AMPED Tri-Release Protein

BUILD YOUR SYSTEM



## Individual Items

Products you can integrate into your healthy lifestyle to help you reach your goals.



**AMPED™ Tri Release Protein**
AMPED™ Tri-Release Protein is designed to help you get better results faster.

CLICK HERE TO VIEW



**AMPED™ BCAA Plus**

AMPED™ BCAA Plus (previously known as AMPED Recover) is an elite intra-workout product!

CLICK HERE TO VIEW



**AMPED™ Repair**

AMPED™ Repair is a post-workout supplement that helps boost recovery, repair muscles, reduce soreness, and support better joint health so you can develop lean muscle and get ready for your next workout.*

CLICK HERE TO VIEW



**AMPED™ Nitro**

A pre-workout supplement that provides energy, strength, and focus for optimal training*

CLICK HERE TO VIEW



**AMPED™ NOX**

A pre-workout shot that supports nitric oxide production, which increases blood flow and oxygen delivery to cells so your muscles can function efficiently and prevent fatigue.

CLICK HERE TO VIEW



**AMPED™ Power**

AMPED Power is a pre-workout supplement designed to prepare your body for better strength and power before exercise.

CLICK HERE TO VIEW



**IsaLean® PRO Shake**

Complete meal replacement for maximum lean muscle building and boosting metabolism. A premium protein blend with a superior BCAA profile to naturally boost muscle growth and maintenance.

CLICK HERE TO VIEW



**AMPED™ Hydrate**

Hydration and Nutrients for the Whole Family.

CLICK HERE TO VIEW



**Quality and Integrity Are Our Standards**

We stand by our no-compromise policy. At Isagenix, we select only the highest-quality ingredients for our products, which are backed by science. In addition, we conduct rigorous testing and quality verification on all of our raw materials—a process that is implemented from formulations to finished products.

LEARN MORE

* This statement has not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.



United States • English

Corporate Careers
Help Center
Contact Us
Newsroom

Terms of Use
Privacy and Cookie Policy
Disclaimers

ISA FOUNDATION

We are proud members of the Direct Selling Association. To view the Code of Ethics by which we abide please click here. To file a business complaint, please email us at Compliance@IsagenixCorp.com. If you are unsatisfied with the resolution, you may escalate your complaint to the DSA.

©2021 Isagenix Worldwide, Inc. All Rights Reserved. No reproduction without prior written permission. Unless otherwise indicated, all trademarks and product images displayed on this site are the property of Isagenix Worldwide, Inc.



ISAGENIX

Shop   Feel Better   Eat Better   Move Better   Look Better   About     Take Our Quiz

HOME / PRODUCTS / PERSONAL CARE

## Personal Care + Beauty



### Paks & Systems

Isagenix paks and systems are conveniently packaged to help you take the guesswork out of achieving your best results.

**Rejuvity® Skincare Paks/Systems**

Feel good, look incredible with Rejuvity, which combines nature and science for the ultimate experience in hydration, illumination and rejuvenation. Our skincare solutions work synergistically to invigorate the skin.

BUILD YOUR SYSTEM

**Beauty Afterglow Bundle**

This hot beauty bundle can help boost your collagen and your business.

CLICK HERE TO VIEW

**Beauty Bundle**

Natural beauty relies on collagen.

CLICK HERE TO VIEW

## Individual Items

Products you can integrate into your healthy lifestyle to help you reach your goals.



**Rejuvity ® Essential Youth Serum™**

Rich sea pearl powder will reveal dramatically resilient skin while Renewal C2C Complex™ supports collagen and elastin. Feel and see the benefits with this exclusive formula.

CLICK HERE TO VIEW



Rejuvity® Hydrating Toner
Retain your skin's natural moisture with the antioxidant power of vitamin C. This alcohol-free toner is specially formulated to cleanse your pores and improve skin tone for brighter, happier skin.

CLICK HERE TO VIEW

Rejuvity® Bamboo Exfoliating Polish
Revitalize and refresh your skin with our powerful yet gentle bamboo exfoliator for luxurious spa-like results at home.

CLICK HERE TO VIEW

Rejuvity® Purifying Cleanser
Satisfy your skin with the unique hydrating technology in this cleanser. Revitalizing antioxidant support will leave your face feeling balanced, clean, and ready for the day.

CLICK HERE TO VIEW

Rejuvity® Moisturizing Day Cream
The Moisturizing Day Cream helps provide protection from the sun and maintain cellular hydration.

CLICK HERE TO VIEW

Ultra Hydrating Hand and Body Cream
This rich formula is designed to provide deep, all-day moisture.

CLICK HERE TO VIEW

Rejuvity® Age-Defying Eye Cream
Awaken your eyes. Made with the exclusive IsaGen Illuminating Complex™, you'll notice a decrease in the appearance of undereye puffiness to reveal brighter, more alert eyes.

CLICK HERE TO VIEW

Refreshing Body Wash
Cleanse, refresh, and renew your skin with this Refreshing Body Wash.

CLICK HERE TO VIEW

Rejuvity® Renewing Night Cream
This luxuriously hydrating night treatment will leave your skin refreshed and renewed.

CLICK HERE TO VIEW



Quality and Integrity Are Our Standards

We stand by our no-compromise policy. At Isagenix, we select only the highest-quality ingredients for our products, which are backed by science. In addition, we conduct rigorous testing and quality verification on all of our raw materials—a process that is implemented from formulations to finished products.

LEARN MORE

United States • English

Corporate Careers
Help Center
Contact Us
Newsroom

Terms of Use
Privacy and Cookie Policy
Disclaimers

We are proud members of the Direct Selling Association. To view the Code of Ethics by which we abide please click here. To file a business complaint, please email us at Compliance@IsagenixCorp.com. If you are unsatisfied with the resolution, you may escalate your complaint to the DSA.

©2021 Isagenix Worldwide, Inc. All Rights Reserved. No reproduction without prior written permission. Unless otherwise indicated, all trademarks and product images displayed on this site are the property of Isagenix Worldwide, Inc.

# Exhibit 6

## to the Declaration of Morgan E. Smith



AM & PM Essentials™

$89.95 Buy Now Price

ADD TO CART

AM & PM ESSENTIALS are dietary supplements exclusively designed for your well-being. By targeting your body's morning and nighttime needs, AM & PM ESSENTIALS provides a balanced approach to improving your quality of life from the inside out.

SIZE: 2 bottles – 120 Caplets
*60 caplets per bottle

BENEFITS

INGREDIENTS

USAGE

AM Essentials™

$44.98 Buy Now Price

Monthly SmartDelivery

ADD TO CART

AM Essentials has 70 essential vitamins and key minerals to help you get up and go each morning.*

SIZE: 60 Caplets, 1 bottle

INGREDIENTS

USAGE



PM Essentials™

$44.98 Buy Now Price

Monthly SmartDelivery

ADD TO CART



Exhibit 6
Page 31

1/4



## GET SERIOUS ABOUT YOUR VITAMINS

Today's nutrient-poor foods only supply 27% of an adult's energy intake.**

**AM Essentials**
GET UP AND GO

Innovative daytime formula +
70 vitamins, minerals and
botanicals

## AM ESSENTIALS INGREDIENTS

**VITAMINS**

- Vitamin A (as retinyl palmitate and 85% as natural beta-carotene)
- Vitamin C (as ascorbic acid and ascorbyl palmitate)
- Vitamin D (as cholecalciferol)
- Vitamin E (as d-alpha tocopheryl succinate and from mixed natural tocopherols)
- Vitamin K (as phytonadione)
- Thiamin (as thiamin Hal)
- Riboflavin (as riboflavin and riboflavin-5-phosphate)
- Niacin (as niacinamide and niacin)
- Vitamin B6 (as pyridoxine HCl and pyridoxal-5 phosphate)
- Folate (as Quatrefolic® [6S]-5-methyltetrahydrofolic acid



glucosamine salt (vegan, shellfish-free))
- Vitamin B12 (as cyanocobalamin)
- Biotin, Pantothenic acid (as D-calcium pantothenate)

| MINERALS | |
| --- | --- |
| PROPRIETARY BLENDS | |
| OTHER INGREDIENTS | |





**PM Essentials**

SWEET DREAMS ARE MADE OF THESE.

restorative nighttime formula +
77 vitamins, minerals and botanicals*

## PM ESSENTIALS **INGREDIENTS**



**VITAMINS**
- Vitamin A (as retinyl palmitate and 85% as natural beta-carotene)
- Vitamin C (as ascorbic acid and ascorbyl palmitate)
- Vitamin D (as cholecalciferol)
- Vitamin E (as d-alpha tocopheryl succinate and from mixed natural tocopherols)
- Vitamin K (as phytonadione)
- Thiamin (as thiamin Hal)
- Riboflavin (as riboflavin and riboflavin-5-phosphate)
- Niacin (as niacinamide and niacin)
- Vitamin B6 (as pyridoxine HCl and pyridoxal-5-phosphate)
- Folate (as Quatrefolic™ (6S)-5-methyltetrahydrofolic acid glucosamine salt (vegan, shellfish-free))
- Vitamin B12 (as cyanocobalamin)
- Biotin
- Pantothenic acid (as D-calcium pantothenate)



| MINERALS | |
| --- | --- |
| PROPRIETARY BLENDS | |
| OTHER INGREDIENTS | |



**AM/PM** is part of the Y.E.S. Youth Enhancement System™

LEARN MORE





## Am/Pm Essentials BLOGS



**Dr. Giampapa's personal tips for cell health**

May 3 2019

We all want our cells to age well. It's easy math: Healthy cells = longer life. Dr. Vincent Giampapa, a board-certified physician, Nobel Prize nominee and member of the Jeunesse Scientific Advisory Board, has dedicated his career to the study and practice of preventative medicine. ...

Read More



**Get a good night's sleep with AM & PM Essentials**

Aug 12 2017

One of the best ways to make sure you get a good night's sleep is to have a productive day. That's why AM & PM Essentials give your body key vitamins and minerals: to help you get the most out of your day and night. For a little extra help, here are some other ways to make sure ...

Read More



**Six ways to kick-start your AM**

Aug 11 2017

Whether or not you have a great day has little to do with which side of the bed you wake up on and a lot to do with how you wake up. A restful night, the right nutrition and a proper routine all determine how you'll feel both physically and emotionally. We created AM & PM Essentials™ to give ...

Read More

Related Blog Posts

## WHAT'S **TRENDING**









Luminesce - Jeunesse Global



Beauty   Wellness   Opportunity

☰ JOIN OUR FAMILY                                     ⊕ Enable Accessibility   ⊕ Support   ⊕ English   ⊕ Sign in




# luminesce®
### Youthful Skin Care

**RESULTS ARE A BEAUTIFUL THING**

The Luminesce skin care line restores youthful vitality and radiance to your skin, reduces the appearance of fine lines and wrinkles and reveals your youthful glow.

**BUY NOW**

## The Best Skin Of Your Life **Starts Here**

Created by Dr. Nathan Newman, the Luminesce skin care line features APT-200. This Advanced Polypeptide Technology contains more than 200 polypeptides that spark a "youth message" and help maintain the appearance of softer, smoother, younger skin.





**Polypeptides** With A Purpose

Advanced Polypeptide Technology = **APT-200**™

APT-200 is the unique, dermatologist developed technology that sparks a "youth message" to your skin.

## Select A Luminesce Product



LUMINESCE™ cellular rejuvenation serum



Exhibit 6
Page 35



Luminesce Cellular Rejuvenation Serum, featuring the highest concentration of the Jeunesse exclusive APT-200, brings out your skin's luminous glow. It revitalizes with botanical ingredients, including coconut and sweet potato root extracts.

BENEFITS

USAGE

**Luminesce daily moisturizing complex**

$49.95 Buy Now Price
☐ Monthly SmartDelivery ❓

1    ADD TO CART

Protect skin from premature aging with this high-performance moisturizer featuring broad spectrum SPF 30. Formulated for all skin types, this lightweight facial lotion infuses skin with lasting hydration and works to reduce fine lines and dryness with APT-200 and fruit and legume extracts.

BENEFITS

USAGE

**Luminesce advanced night repair**

$69.95 Buy Now Price
☐ Monthly SmartDelivery ❓

1    ADD TO CART

This refreshing night cream helps skin repair signs of aging – while you sleep. It contains deeply hydrating, skin-conditioning ingredients and diminishes the look of fine lines with Jeunesse exclusive APT-200. Upon waking, skin looks more youthful and feels smoother.

BENEFITS

USAGE

**Luminesce youth restoring cleanser**

$29.95 Buy Now Price
☐ Monthly SmartDelivery ❓

1    ADD TO CART

This gentle daily cleanser leaves skin looking brighter and feeling smoother. It works to sweep away and micro-exfoliate dead skin cells, prepping the skin for the ultimate benefits of the Luminesce skin care line.

BENEFITS

USAGE

**Luminesce ultimate lifting masque**

$49.95 Buy Now Price
☐ Monthly SmartDelivery ❓

1    ADD TO CART

Create your own spa experience with this nourishing, lifting masque. Formulated with Jeunesse exclusive APT-200, it peels

Exhibit 6
Page 36



youthful-looking appearance.

BENEFITS

USAGE

Luminesce essential body renewal

$39.95 Buy Now Price

Monthly SmartDelivery

1 ADD TO CART

Featuring Jeunesse Exclusive APT-200, this lightweight body lotion enriched with fruit and legume extracts moisturizes to nourish skin and reveal a skin tone. Formulated with ultra-hydrating ingredients, this luxe cream targets the signs of aging and provides long-lasting benefits from head to toe, giving you a youthful-looking glow.

BENEFITS

USAGE

Luminesce flawless skin brightener

$94.95 Buy Now Price

Monthly SmartDelivery

1 ADD TO CART

This illuminating, non-greasy brightener features skin protectors, vitamin B3 and Jeunesse exclusive APT-200 to boost your youthful radiance. Ideal for all skin types and tones, the lightweight formula works to diffuse hyperpigmentation and imperfections as well as smooth skin for a youthful and radiant glow.

BENEFITS

USAGE

Luminesce HydraShield mask

$59.95 Buy Now Price

Monthly SmartDelivery

1 ADD TO CART

The Luminesce HydraShield Mask helps minimize the effects of exposure to environmental aggressors and helps defend against free radicals. Made of coconut biocellulose, this mask includes powerful elements, including hydration and APT-200. Infused with antioxidant-rich shea butter and ultra-hydrating Asian grass root extract to visibly soothe and moisturize dull, tired skin, this mask works to purify and reveal a more radiant and youthful complexion.

Size: 5 biocellulose sheet masks | 5 x 0.8oz / 25g pouches

BENEFITS

USAGE

YES YOUTH ENHANCEMENT SYSTEM

**Luminesce** is part of the Y.E.S. Youth Enhancement System™

VIEW ALL

APF-200 is a trademark of Nathan Newman, MD.

## Luminesce BLOGS



**Skin care is self-care: Take time to 'mask'**

Apr 17 2019

Cared-for, beautiful skin is truly an everyday endeavor. Cleansing, treatment and broad-spectrum SPF are steps you can't skip, but did you know sheet masks are also a "skin care nonnegotiable"? "Ever since becoming a market sensation nearly 10 years ago, facial masks have grown

Read More



**Ready, set, glow: Winter skin care**

Jan 21 2019

Now is not the time to throw caution to the wind – winter winds, sun and snow mean taking extra precautions with your beauty routine to help keep weakened, dry and prematurely-aged skin at bay. Whether you're embracing winter in the mountains, the desert or somewhere in

Read More



**Three reasons you need the Luminesce HydraShield Mask**

Oct 6 2017

After launching our newest Youth Enhancement System (Y.E.S.) product on the EXPO Elevate 2017 World Tour: Macau, we know you're eager to learn more about the Luminesce HydraShield Mask, and why this ultra-hydrating mask is a must-have for your Luminesce regimen. That's

Read More

Related Blog Posts

## what's trending

     

JEUNESSE™

©2021 Jeunesse Global Holdings, LLC. All Rights Reserved

AFFILIATES   

CONNECT 

GET STARTED
Start living your dreams?
JOIN OUR FAMILY

HOME     MARKETS     TERMS OF USE     PRIVACY POLICY     ACCESSIBILITY STATEMENT     CONTACT US



# Exhibit 7

## to the Declaration of Morgan E. Smith



# Vitamins & Supplements

CATEGORY
All Products
Multivitamins
Specialty Supplements
Peak Performance Packs
Savings Packs & Bundles

PRODUCT TYPE
- Immune System Support (7)
- Multivitamins (23)
- Probiotic (9)
- St. John's Wort (2)
- Supplements (3)
- Shakes (5)
- Snack Bars (3)
- Single Oils (1)
- Moisturizer (1)

HEALTH INTEREST
- Anti-Aging (3)
- Beauty Supplements (3)
- Bone and Joint (15)
- Brain (20)
- Cholesterol (6)
- Digestive (15)
- Eye (8)
- Hair, Skin & Nails (2)
- Heart (16)
- Immune Support (30)
- Memory (7)
- Menopause (1)
- Metabolic (11)
- Prenatal (7)
- Prostate (1)
- Sleep and Mood (6)

AGE/GENDER SPECIFIC
- Women (17)
- Men (11)
- Longevity 50+ (15)
- Children's (7)

FORM
- Capsule (1)
- Drinks (11)
- Soft Gels (11)
- Tablet (17)

DIETARY NEED
- Gluten-Free (72)
- Kosher (37)
- Low Glycemic (1)

Showing 48 of 92 products. Show All

Sort by Relevance

Vitality Multivitamin & Mineral Women
Item 400 | Size 60 tablets

Vitality Multivitamin & Mineral Men
Item 401 | Size 60 tablets

Vitality Multivitamin & Mineral 50+
Item 402 | Size 60 tablets

Vitality Multivitamin & Mineral : Prenatal
Item 403 | Size 60 tablets

Vitality Essential Nutrition Women **Save $26.97**
Item 1106 | Size 60 packets

Vitality Essential Nutrition Men **Save $26.97**
Item 1107 | Size 60 packets

Vitality Essential Nutrition Longevity 50+ **Save $26.97**
Item 1108 | Size 60 packets

Florify® Daily Probiotic
Item 4304 | Size 30 capsules

Florify® for Kids Probiotic
Item 4306 | Size 30 packets

Florify® Daily Probiotic 2-Pack **Save $3.00**
Item 1127 | Size 2 products

Replenex® Extra Strength
Item 1693 | Size 90 tablets

Replenex® Extra Strength Joint Health Drink Mix
Item 4120 | Size 20 packets

Replenex® Extra Strength 2-Pack **Save $4.00**
Item 885 | Size 2 products

K2-D3 Optimal Calcium Delivery
Item 8195 | Size 30 softgels

Vitality Calcium Complete®
Item 405 | Size 120 tablets







Bone Health Pack with Vitality Calcium Complete and K2-D3 **Save $3.00**

Item 3028 | Size 2 products

ProvexCV® Blood Pressure Support

Item 2000 | Size 60 capsules

Phytomega® Cholesterol Support

Item 2155 | Size 120 softgels

CoQ10+ Cellular Energy Support

Item 2195 | Size 30 softgels

Hair, Skin & Nails

Item 2397 | Size 30 capsules

Methyl B Complex

Item 6897 | Size 30 tablets

Vitality Coldwater Omega-3®

Item 1545 | Size 60 softgels

Omega-3 Crème Delight®—Lime Sorbet

Item 3123 | Size 12 oz

Omega-3 Crème Delight®—Peach Mango Tango

Item 3124 | Size 12 oz

NutraView® Vision Support

Item 2855 | Size 30 softgels

NutraView® Vision Support 2-Pack **Save $3.00**

Item 1126 | Size 2 products

Good Zymes™ Digestive Enzymes

Item 4302 | Size 60 capsules

Good Zymes™ Digestive Enzymes 2-Pack **Save $3.00**

Item 1134 | Size 2 products

Gut Health Bundle **Save $8.00**

Item 1294 | Size 3 products

Activate Immune Complex®—Immunity Booster

Item 2562 | Size 60 capsules

Activate-C Immune Complex™ — Immunity Booster Drink Mix

Item 4545 | Size 20 packets

Vitality Vitamin D3

Item 2799 | Size 120 tablets

Unforgettables® Cognitive Health Support

Item 8654 | Size 30 softgels

Unforgettables® Cognitive Health Support 2-Pack **Save $3.00**

Item 1131 | Size 2 products

Acuity AZ™ Brain Health Support

Item 8661 | Size 90 capsules

Luminex® Mood Support

Item 2380 | Size 90 capsules

EstrAval® Menopause Support

Item 2390 | Size 60 capsules

ProstAvan® Prostate Support

Item 2056 | Size 30 softgels

Provex-Plus® Circulatory System Antioxidant

Item 1411 | Size 30 capsules

Recover AI™ Inflammatory Response Support

Item 7078 | Size 60 tablets

CellWise® Broad Spectrum Antioxidant

Item 7780 | Size 60 tablets

CranBarrier® Urinary Tract Support

Item 6025 | Size 60 chewables

Prenatal Omega-3™

Item 8545 | Size 90 softgels

CardiOmega EPA™

Item 1548 | Size 60 softgels

Peak Performance Metabolic Health Bundle **Save $118.91**

Item 1357 | Size 3 products

Vitality Pack: Women **Save $6.00**

Item 410 | Size 2 products

Vitality Pack: Men **Save $6.00**

Item 411 | Size 2 products

Vitality Pack: Prenatal **Save $6.00**

Item 413 | Size 2 products

SHOW MORE SHOW ALL

What do you think about our products? WE'D LOVE TO HEAR

Contact Melaleuca
Product Store
Privacy Policy
Safety Notice
Employment Opportunities
Income Statistics
Ingredients Philosophy
Terms of Use
About Melaleuca

SELECT REGION AND LANGUAGE
United States - English

CONNECT WITH US

© Copyright 2021 Melaleuca Inc. All Rights Reserved.



Melaleuca The Wellness Company

UNITED STATES - ENGLISH | Create Your Online Account | Contact Us

Search SIGN IN

PRODUCT STORE | LEARN TO EARN | MARKETPLACE | BUSINESS CENTER | ABOUT MELALEUCA

NUTRITION | MEDICINE CABINET | BEAUTY | HOUSEHOLD | BATH & BODY | ESSENTIAL OILS | EXTRA SAVINGS | LOGO GEAR

Product Store • Beauty

- Vitamins & Supplements
- Food & Weight Management
- Medicine Cabinet
- Beauty
- Cleaning & Laundry
- Home Fragrances
- Bath & Body
- Dental Care
- Essential Oils
- Extra Savings

- Sales Aids & Materials
- Learn to Earn
- Loyalty Shopping Dollars

*Shop for:*

Logo Gear, Kosher, Gluten-Free, Kids

3 Must-Haves for a Healthy Glow

Sei Bella Necessities Skin Care Set >

Sei Bella

**Skin Care**
- Luxury
- Moisturizer
- Cleanser/Toner
- Eye Care
- Fine Lines/Wrinkles
- Lift/Firm
- Dry Skin
- Oily Skin
- Savings Packs

**Makeup**
- Face
- Powder
- Blush/Bronzer
- Lips
- Eyes
- Brushes/Tools
- Nails
- Seasonal Products
- Savings Packs

**Luxury Hair Care**
- Shampoo & Conditioner
- Styling Aids
- Treatments
- Savings Packs

**Perfume/Cologne**
- Men
- Women

SHOW ALL

## Purchase our most popular products

- Peak Performance Longevity 50+
- Lemon Brite 3-Pack
- Whitening Tooth Polish 3-Pack
- Bath Bars Pantry 3-Pack

**Necessities Hair Care**
for Shine, Softness, and Manageability
> Learn More

**Turn Back the Clock**
with Timeless Age-Defying Serum
> Learn More

**Ultimate Luxury**
with the Luxury Creme Concentrate
> Learn More

What do you think about our products? WE'D LOVE TO HEAR

Contact Melaleuca | Product Store | Privacy Policy | Safety Notice
Employment Opportunities | Income Statistics | Ingredients Philosophy
Terms of Use | About Melaleuca

SELECT REGION AND LANGUAGE
United States - English

CONNECT WITH US

ACCREDITED BUSINESS

© Copyright 2021 Melaleuca Inc. All Rights Reserved.

# Exhibit 8

## to the Declaration of Morgan E. Smith





Customer Login | View Cart | Contact Nikken | English

NIKKEN® Discover It. Live It. Share It.

Home | Shop Now | Join Nikken | Find A Consultant

CAN cart | USA cart

Cart Summary
(0 Items) | Total: $ 0.00
View Cart / Checkout

Search Products

View All Products

**WELLNESS HOME PACKS**
- PiMag® Water Packs
  - Water Pack 1 with Wall mount MicroJet
  - Water Pack 2 with Hand held MicroJet

**REST & RELAXATION**
- Kenko Sleep Products
  - Kenko PowerSleep Mask
  - Kenko Dream® Comforter
  - Kenko Dream® Light Comforter
  - Kenko Naturest® Custom Pillowcase
  - KenkoTherm® Cocoon
  - Kenko Naturest® Custom Pillow
- Insoles
  - Kenko mSteps®
  - Insoles: Magnet Replacement Pack
  - Kenko mStrides®
- Jewelry
  - Kenko PowerBand® Wrist
  - Kenko PowerBand® Neck
  - Kenko Perfect Link® II
  - Kenko Perfect Link® II (Gold)
  - Kenko Heart Set
- Magnetic Massage
  - KenkoTouch®
- Magnetic Support
  - Kenko MagFlex®
  - Kenko MagDuo®
  - Kenko PowerChip®
  - Kenko PowerMini®
- Support Wraps
  - KenkoTherm® Ankle Wrap
  - KenkoTherm® Back Belt
  - KenkoTherm® Elbow Wrap
  - KenkoTherm® Knee Wrap
  - KenkoTherm® Wrist Wrap
  - KenkoTherm Duk® Tape
- CM Complex Cream
- Nikken® Sport Socks
- MagCreator™
- KenkoGround®

**ENVIRONMENT**
- PiMag® Water Technology
  - PiMag® Sport Bottle
  - PiMag Waterfall®
  - PiMag MicroJet® Shower System
- KenkoAir Purifier®

**NUTRITION & PERSONAL CARE**
- Kenzen Nutrition
  - Kenzen® Mega Daily 4
  - Jade GreenZymes®
  - Kenzen® Digestion Complex 4-20
  - Kenzen® Omega Green + DHA
  - Kenzen® Joint
  - Kenzen® Bone Health Pack
  - Kenzen® Immunity
  - Kenzen Daily Pack for Men
  - Kenzen Daily Pack for Women
  - Kenzen® Clarity
  - Kenzen Ten4® Energy Drink Mix
  - Kenzen® Cleanse & Detox
  - Kenzen Lactoferrin® 2.0
  - Kenzen® Calcium Complex
  - Kenzen Bergisterol® 60
  - Kenzen Super Ciaga Powder US
  - Kenzen BDZ™
  - Kenzen Vital Balance® Meal Vanilla Replacement Mix
  - Kenzen Total Vegan Drink Mix - US
- True Elements® Marine Organic Skincare
  - True Elements® Velvet Cleansing Milk
  - True Elements® Refreshing Tonic Lotion
  - True Elements® Youth Activ Serum
  - True Elements® Nourishing Face Cream
  - True Elements Radiance Scrub
- True Elements® Hair Care
  - True Elements® Shampoo
  - True Elements® Conditioner
- Personal Care
  - Kenzen Hand Sanitizer
  - Kenzen Face Masks
  - Kenzen Surface Cleaner and refill

**ACCESSORIES & REPLACEMENTS**
- Filters & Components
  - PiMag® Deluxe Countertop & Under Counter Water System Filter
  - PiMag® Deluxe Countertop Diverter Valve
  - PiMag® Aqua Pour® Gravity Water Systems Components
  - PiMag® Aqua Pour® Express Filter & Carafe
  - PiMag MicroJet® Replacement Filter Cartridge
  - PiMag® Optimizer II Ring & Pitcher
  - PiMag® Sport Bottle Filters/Spouts
  - PiMag® Ultra Shower System Replacement Filter
  - PiMag® Waterfall® System Components
  - KenkoAir Purifier HEPA filter pack
  - PiMag Sport Bottle Replacement Cap
- Product Related Accessories
  - Mix & Go Shaker
  - KenkoGround grounding cord
- Air Wellness Power 5 Replacement Filter
- Air Wellness® Power5™ Pro Filter Pack

**SPECIAL OFFERS / WHILE SUPPLIES LAST**
- KenkoTherm Duk® Tape - Black
- Kalkei Watch
- Water is Life: Special Water Packs
  - 2 Wall Showers Pack
  - 2 Sport Bottles Pack
  - 2 Waterfalls Pack
  - 2 Handheld Showers Pack

**TRAINING AND SELF DEVELOPMENT**
- Humans Being More online for Consultant
- Humans Being More online for Customer

Shop Home > Nutrition & Personal Care > Kenzen Nutrition

# Kenzen Nutrition

**Naturally better.**

Nikken believes — as you do — that the best way to take care of your nutritional needs, is the natural way. So we created the first complete program based on organic ingredients. These can fill the nutritional gaps in your daily diet, to help you "eat right," even when your meals may fall short of the mark. Organic-Based Nutrition means that all ingredients are carefully chosen and the organic content is maximized.

Nikken Kenzen® Wellness nutrition was founded on a whole-food philosophy. These organic-based solutions bring your daily diet even closer to nature.

## Jade GreenZymes®

Called "nature's perfect food," barley grass is said to have more nutrition than an equal serving of any other vegetable. The barley grass in organic Jade GreenZymes® is beneficial in helping ...
DETAILS

JadeGreenzymes Jar | JadeGreenzymes Capsules | JGZjarSupFacts | JGZBottleSupFacts

| Sku | Description | Price | Qty. |
|---|---|---|---|
| 15553 | Jade Greenzymes 50-Serving Jar | US$ 42.30 | |
| 15555 | Jade Greenzymes Capsules | US$ 46.80 | |

Available for Autoship | Add to Cart | Checkout

## Kenzen BDZ™

"Bone buddies are your best friends for life." A house requires a sturdy frame for its foundation. The human body's frame is the skeletal system, made up of bones from skull to toes. When the ...
DETAILS

Kenzen BDZ US label

| Sku | Description | Price | Qty. |
|---|---|---|---|
| 15530 | Kenzen BDZ™ - US | US$ 66.00 | |

Available for Autoship | Add to Cart | Checkout

## Kenzen Bergisterol® 60

Kenzen Bergisterol® is a unique formulation made from Citrus bergamia Risso, an exclusive strain of the bergamot fruit. For help in maintaining levels of triglycerides, blood glucose, blood ...
DETAILS

Bergisterol Label

| Sku | Description | Price | Qty. |
|---|---|---|---|
| 17004 | Kenzen Bergisterol® 60 | US$ 71.50 | |

Available for Autoship | Add to Cart | Checkout

## Kenzen Daily Pack for Men

Kenzen® Mega Daily 4 for Men includes natural herbs including turmeric and green tea extract and plants such as saw palmetto and Pygmeum africanum, to help support a healthy prostate.* Kenzen® ...
DETAILS

| Sku | Description | Price | Qty. |
|---|---|---|---|
| 4626 | Kenzen® Daily Pack Men | US$ 88.00 | |

Available for Autoship | Add to Cart | Checkout

## Kenzen Daily Pack for Women

Kenzen® Mega Daily 4® for Women includes a blend of traditional herbs such as green tea, dong quai and grape seed extract to assist in moderating common effects of premenstrual syndrome and ...
DETAILS

| Sku | Description | Price | Qty. |
|---|---|---|---|
| 4627 | Kenzen® Daily Pack Women | US$ 88.00 | |

Available for Autoship | Add to Cart | Checkout

## Kenzen Lactoferrin® 2.0

Lactoferrin is a protein whose main biological function is to bind and transport iron, an essential mineral that helps hemoglobin carry oxygen from the lungs to the rest of the body. Lactose-free, ...
DETAILS

Lacto2SupFacts

| Sku | Description | Price | Qty. |
|---|---|---|---|
| 15700 | Kenzen Lactoferrin® 2.0 US | US$ 53.90 | |

Available for Autoship | Add to Cart | Checkout

Super Ciaga

## Kenzen Super Ciaga Powder US

Kenzen Super Ciaga Powder has all the goodness of the juice but with only 10 calories per serving. This superfruit antioxidant mix is naturally sweetened with organic monkfruit which is super sweet ...
DETAILS

Super Ciaga Label

| Sku | Description | Price | Qty. |
|---|---|---|---|
| 17003 | Kenzen Super Ciaga Powder- US | US$ 53.60 | |

Available for Autoship | Add to Cart | Checkout

ten4

## Kenzen Ten4® Energy Drink Mix

New formula and packaging! Wake up your body and mind the healthy way. Kenzen Ten4® is now made with USDA certified organic ingredients, contains no sugar and is only 8 calories per serving. ...
DETAILS

Ten4NutriFacts

| Sku | Description | Price | Qty. |
|---|---|---|---|
| 16000 | Kenzen Ten4® Energy Drink Mix | US$ 57.80 | |
| 16020 | Ten4 (3 for 2 Promo) | US$ 106.00 | |

Available for Autoship | Add to Cart | Checkout

## Kenzen Total Vegan Drink Mix - US

What's a parent to do if the kids won't go near a vegetable, especially a nutrient-dense green, leafy one? Nikken has the solution with Kenzen® Total Vegan Drink Mix.

Exhibit 8
Page 43

... organic ...
DETAILS

Ingredient list

| Sku | Description | Price | Qty. |
|---|---|---|---|
| 15401 | Kenzen Total Vegan Drink Mix - US | US$ 64.90 | |

Available for Autoship — Add to Cart — Checkout

### Kenzen Vital Balance® Meal Vanilla Replacement Mix

Kenzen Vital Balance® Meal Replacement Mix is designed to help burn fat, help manage weight, build muscle, boost metabolism, promote healthy brain function and eliminate toxins in the body.* Our ...
DETAILS

KVB Label

| Sku | Description | Price | Qty. |
|---|---|---|---|
| 15541 | Kenzen Vital Balance® Vanilla - US | US$ 97.90 | |

Available for Autoship — Add to Cart — Checkout

### Kenzen® Clarity

Whether you're a student who wants to excel in school, a professional who requires quick thinking on the job, a senior who wants to maintain memory and focus, or anyone who requires mental ...
DETAILS

ClaritySupFacts

| Sku | Description | Price | Qty. |
|---|---|---|---|
| 15461 | Kenzen Clarity | US$ 53.60 | |

Available for Autoship — Add to Cart — Checkout

### Kenzen® Cleanse & Detox

Supports healthy liver and weight The importance of liver health cannot be overstated, as it is vital to sustaining life. Cleanse & Detox contains a blend of 100% organic ingredients formulated to ...
DETAILS

CDSupFacts

| Sku | Description | Price | Qty. |
|---|---|---|---|
| 16008 | Kenzen Cleanse & Detox - US | US$ 52.30 | |

Available for Autoship — Add to Cart — Checkout

### Kenzen® Immunity

Mushrooms have been employed by herbalists for centuries — some species have been used as far back as 3,000 BC. More recently, studies have been devoted to the relationship between mushrooms and ...
DETAILS

Immunity Label

| Sku | Description | Price | Qty. |
|---|---|---|---|
| 1512 | Kenzen Immunity 1-ct | US$ 44.00 | |

Available for Autoship — Add to Cart — Checkout

### Kenzen® Joint

The High Potency CM Complex in Kenzen Joint is an advanced formulation that nutritionally supports collagen, bone and connective tissue repair. This formula has a high concentration of cetyl ...
DETAILS

Supplement Facts

| Sku | Description | Price | Qty. |
|---|---|---|---|
| 15141 | Kenzen® Joint | US$ 46.80 | |

Available for Autoship — Add to Cart — Checkout

### Kenzen® Bone Health Pack

"Bone buddies are your best friends for life." A house requires a sturdy frame for its foundation. The human body's frame is the skeletal system, made up of bones from skull to toes. When the ...
DETAILS

BDZ Label    Kenzen Calcium Complex Label

| Sku | Description | Price | Qty. |
|---|---|---|---|
| 4450 | Kenzen® Bone Health Pack US | US$ 79.80 | |

Available for Autoship — Add to Cart — Checkout

### Kenzen® Calcium Complex

Kenzen® Calcium Complex is formulated to support bone health with naturally sourced calcium that is easier to absorb than elemental calcium. The addition of key minerals enhances calcium absorption ...
DETAILS

CalCompSupFacts

| Sku | Description | Price | Qty. |
|---|---|---|---|
| 15585 | Kenzen Calcium Complex US | US$ 21.60 | |

Available for Autoship — Add to Cart — Checkout

### Kenzen® Digestion Complex 4-20

New studies show that there are four enzyme groups critical to the digestive process. Many digestive products on the market contain only one or two of these notable enzyme groups and do not provide ...
DETAILS

DigestSupFacts

| Sku | Description | Price | Qty. |
|---|---|---|---|
| 15471 | Kenzen® Digestion Complex 4-20 | US$ 57.80 | |

Available for Autoship — Add to Cart — Checkout

### Kenzen® Mega Daily 4

Kenzen® Mega Daily 4 is far more than a multivitamin supplement. Formulated with organic vegetables, Mega Daily 4 gives you all known types of water-soluble and fat-soluble antioxidants, as ...
DETAILS

MegaDaily4SupFacts

| Sku | Description | Price | Qty. |
|---|---|---|---|
| 1568 | Kenzen® Mega Daily 4 Women | US$ 48.10 | |
| 1569 | Kenzen® Mega Daily 4 Men | US$ 48.10 | |

Available for Autoship — Add to Cart — Checkout

Kenzen® Omega Green + DHA

Nothing fishy here. Omega fatty acids are necessary for maintaining health. These compounds cannot be produced by the body and must be consumed in the diet.* There are many omega supplements on ...

DETAILS

OmegaGreenSupFacts

| Sku | Description | Price | Qty |
|-----|-------------|-------|-----|
| 15472 | Kenzen® Omega Green + DHA | US$ 48.10 | |

Available for Autoship

Add to Cart    Checkout

Certifications/Affiliations     Terms and Conditions  |  Privacy Policy  |  Contact Us

© 2021 Nikken Inc. All rights reserved.



Customer Login | View Cart | Contact Nikken | English

NIKKEN® Discover It. Live It. Share It.

Home | Shop Now | Join Nikken | Find A Consultant

CAN cart | USA cart

Cart Summary
(0 items) | Total: $ 0.00
View Cart / Checkout

Search Products

View All Products

**WELLNESS HOME PACKS**
+PiMag® Water Packs
Water Pack 1 with Wall mount MicroJet
Water Pack 2 with Hand held MicroJet

**REST & RELAXATION**
+Kenko Sleep Products
Kenko PowerSleep Mask
Kenko Dream® Comforter
Kenko Dream® Light Comforter
Kenko Naturest® Custom Pillowcase
KenkoTherm® Cocoon
Kenko Naturest® Custom Pillow
+Insoles
Kenko mSteps®
Insoles: Magnet Replacement Pack
Kenko mStrides®
+Jewelry
Kenko PowerBand® Wrist
Kenko PowerBand® Neck
Kenko Perfect Link® II
Kenko Perfect Link® II (Gold)
Kenko Heart Set
+Magnetic Massage
KenkoTouch®
+Magnetic Support
Kenko MagFlex®
Kenko MagDuo®
Kenko PowerChip®
Kenko PowerMini®
+Support Wraps
KenkoTherm® Ankle Wrap
KenkoTherm® Back Belt
KenkoTherm® Elbow Wrap
KenkoTherm® Knee Wrap
KenkoTherm® Wrist Wrap
KenkoTherm Duk® Tape
CM Complex Cream
Nikken® Sport Socks
MagCreator™
KenkoGround®

**ENVIRONMENT**
+PiMag® Water Technology
PiMag® Sport Bottle
PiMag Waterfall®
PiMag MicroJet® Shower System
KenkoAir Purifier®

**NUTRITION & PERSONAL CARE**
+Kenzen Nutrition
Kenzen® Mega Daily 4
Jade GreenZymes®
Kenzen® Digestion Complex 4-20
Kenzen® Omega Green + DHA
Kenzen® Joint
Kenzen® Bone Health Pack
Kenzen® Immunity
Kenzen Daily Pack for Men
Kenzen Daily Pack for Women
Kenzen® Clarity
Kenzen Ten4® Energy Drink Mix
Kenzen® Cleanse & Detox
Kenzen Lactoferrin® 2.0
Kenzen® Calcium Complex
Kenzen Bergisterol® 60
Kenzen Super Ciaga Powder US
Kenzen BDZ™
Kenzen Vital Balance® Meal Vanilla Replacement Mix
Kenzen Total Vegan Drink Mix - US
−True Elements® Marine Organic Skincare
True Elements® Velvet Cleansing Milk
True Elements® Refreshing Tonic Lotion
True Elements® Youth Activ Serum
True Elements® Nourishing Face Cream
True Elements Radiance Scrub
+True Elements® Hair Care
True Elements® Shampoo
True Elements® Conditioner
+Personal Care
Kenzen Hand Sanitizer
Kenzen Face Masks
Kenzen Surface Cleaner and refill

**ACCESSORIES & REPLACEMENTS**
+Filters & Components
PiMag® Deluxe Countertop & Under Counter Water System Filter
PiMag® Deluxe Countertop Diverter Valve
PiMag® Aqua Pour® Gravity Water Systems Components
PiMag® Aqua Pour® Express Filter & Carafe
PiMag MicroJet® Replacement Filter Cartridge
PiMag® Optimizer II Ring & Pitcher
PiMag® Sport Bottle Filters/Spouts
PiMag® Ultra Shower System Replacement Filter
PiMag® Waterfall® System Components
KenkoAir Purifier HEPA filter pack
PiMag Sport Bottle Replacement Cap
+Product-Related Accessories
Mix & Go Shaker
KenkoGround grounding cord
Air Wellness Power 5 Replacement Filter
Air Wellness® Power5™ Pro Filter Pack

**SPECIAL OFFERS / WHILE SUPPLIES LAST**
KenkoTherm Duk® Tape - Black
Kalkei Watch
+Water is Life: Special Water Packs
2 Wall Showers Pack
2 Sport Bottles Pack
2 Waterfalls Pack
2 Handheld Showers Pack

**TRAINING AND SELF DEVELOPMENT**
Humans Being More online for Consultant
Humans Being More online for Customer

Shop Home > Nutrition & Personal Care > True Elements® Marine Organic Skincare

## True Elements® Marine Organic Skincare

### True Elements Radiance Scrub

This gentle facial scrub is suitable for virtually all skin types, including those with sensitive skin. FEATURES AND BENEFITS •Buffs skin, leaving a smooth and refined feeling •Oxygenates skin ...
DETAILS

| Sku | Description | Price | Qty. |
|---|---|---|---|
| 2052 | True Elements Radiance Scrub | US$ 23.50 | |

Available for Autoship | Add to Cart | Checkout

### True Elements® Nourishing Face Cream

TO DEEPLY NOURISH SKIN shea butter, marine minerals and trace elements help restore the barrier function of the skin, provide nutrition and supply moisture to the upper layers of the epidermis. ...
DETAILS

| Sku | Description | Price | Qty. |
|---|---|---|---|
| 2044 | Nourishing Face Cream | US$ 56.40 | |

Available for Autoship | Add to Cart | Checkout

### True Elements® Refreshing Tonic Lotion

TO PERFECT YOUR CLEANSING ROUTINE this soft tonic lotion perfects makeup removal. Laminaria extract together with sodium-light, spray-dried seawater, activate cellular exchanges and ...
DETAILS

| Sku | Description | Price | Qty. |
|---|---|---|---|
| 2041 | Refreshing Tonic Lotion | US$ 34.50 | |

Available for Autoship | Add to Cart | Checkout

### True Elements® Velvet Cleansing Milk

TO REMOVE THE EFFECTS OF THE DAY True Elements® Velvet Cleansing Milk gently removes impurities and makeup while respecting the natural balance of skin. The seaweed extracts laminaria, chondrus ...
DETAILS

| Sku | Description | Price | Qty. |
|---|---|---|---|
| 2040 | Velvet Cleansing Milk | US$ 38.10 | |

Available for Autoship | Add to Cart | Checkout

### True Elements® Youth Activ Serum

SUPPORT FOR NATURAL FIRMNESS this serum concentrates several active ingredients to reinforce the skin. Ulva algae stimulate the cellular metabolism and synthesis of elastin fibers. The hyaluronic ...
DETAILS

| Sku | Description | Price | Qty. |
|---|---|---|---|
| 2042 | Youth Activ Serum | US$ 49.50 | |

Available for Autoship | Add to Cart | Checkout

Exhibit 8
Page 46

Certifications/Affiliations    Terms and Conditions  |  Privacy Policy  |  Contact Us

© 2021 Nikken Inc. All rights reserved.

# Exhibit 9

## to the Declaration of Morgan E. Smith





LOG IN CART 0 US ENGLISH
FREE Organic Greens Booster with Your First Order of $200+. Ends 3/31.
#2021Reset Set your 2021 wellness goals. LEARN MORE

Shaklee

Product Search

SHOP ABOUT US MEOLOGY PERSONAL PLAN BECOME A MEMBER BECOME A DISTRIBUTOR

Nutrition Healthy Weight Beauty Sports Green Home +

Home / Nutrition

BEST SELLERS
NEW ARRIVALS
PROVE IT CHALLENGE
1+ ESSENTIAL NUTRITION -
- NUTRITION REGIMENS
- MULTIVITAMINS
- NEW LIFE SHAKE
- ALL PROTEIN SHAKES
- PRENATAL

+2 TARGETED SOLUTIONS -
- + AGING WELL
- + BLOOD SUGAR
- + BONE & JOINT
- + CLEANSE & DETOX
- + DIGESTIVE HEALTH
- + ENERGY
- + EYE
- + FIBER
- + GREENS
- + HEART HEALTH
- + IMMUNITY
- + MEN'S HEALTH
- + MIND
- + OMEGA
- + PROBIOTICS
- + SLEEP
- + STRESS & MOOD
- + TURMERIC
- + WOMEN'S HEALTH

+3 VITAMIN & MINERAL BOOSTS
CHILDREN'S NUTRITION

Prove It Challenge

Prove It Challenge™

## 1+ Essential Nutrition

Nutrition Regimens

Prove It Challenge™

Immunity Challenge Plan

Vitalizing Plan

Life Plan™

Shaklee 180® Shake It Off Bundle

Rx for a Healthier Life®

See More

Multivitamins

Vitalizer™ Women

Vitalizer™ Men

Vitalizer™ Gold

Vita-Lea® Women

Vita-Lea® Men

Vita-Lea Gold®

See More

New Life Shake

Life Shake™ Plant Protein

Life Shake™ Soy Protein

Life Shake™ Family Pack

All Protein Shakes

Life Shake™ Plant Protein

Life Shake™ Soy Protein

Life Shake™ Family Pack

Energizing Soy Protein

Instant Protein® Soy Mix

Shaklee® Meal Shakes

Prenatal

Vitalizer™ Women

Iron Plus C Complex

OsteoMatrix®

OmegaGuard®

Vita-Lea® Women

Sustained Release VitalMag®

See More

+2 Targeted Solutions

+ Aging Well

Vivix® | MindWorks® | CaratoMax® | Healthy Solutions Regimen | Healthy Solutions Plus

+ Blood Sugar

Glucose Regulation Complex Kosher* | Glucose Regulation Complex*

+ Bone & Joint

Advanced Joint Health Complex* | OsteoMatrix® | Chewable Cal Mag Plus | Pain Relief Complex* | Joint & Muscle Pain Cream

+ Cleanse & Detox

7-Day Healthy Cleanse | Liver DTX® Complex | Live Clean Pack

+ Digestive Health

EZ-Gest® | Herb-Lax® | Stomach Soothing Complex*

+ Energy

Performance™ Energy Chews | CorEnergy®

+ Eye

CaratoMax®

+ Fiber

Shaklee Fiber Plan®

+ Greens

Organic Greens Booster | FlavoMax® | Alfalfa Complex

Exhibit 9
Page 49



+ Heart Health

CoQHeart® with Q-Trol®

Blood Pressure

Cholesterol Reduction Complex*

SmartHeart Blood Pressure Regimen

SmartHeart Cholesterol Regimen

Vegan Omega-3

See More

+ Immunity

Triple Defense Boost

Shakleekids™ Super Immunity

NutriFeron®

Chewable Vita-C®

Sustained Release Vita-C®

Defend & Resist Complex

See More

+ Men's Health

Saw Palmetto Complex

Vita-Lea® Men

Vitalizer™ Men

+ Mind

MindWorks®

Mental Acuity Plus®

+ Omega

Vegan Omega-3

OmegaGuard®

+ Probiotics

Optiflora® DI

Optiflora® Prebiotic and Pearl Probiotic

+ Sleep

Gentle Sleep Complex*

+ Stress & Mood

Stress Relief Complex*

MoodLift® Complex

+ Turmeric

Turmeric Boost



+ Women's Health

GLA Complex    Menopause Balance Complex*    Vitalizer™ Women

+3 Vitamin & Mineral Boosts

B-Complex    Chewable Vita-C®    Sustained Release Vita-C®    Vita-D3®    Vitamin E    Garlic Complex

See More

Children's Nutrition

Shakleekids™ Super Immunity    Shakleekids™ Mighty Smart® Choice    Shaklee® Meal Shakes    Shakleekids® Incredivites®



**SUBSCRIBE** and never miss out on member perks, newest releases and health news.

Enter Email Address    [SUBSCRIBE]

**About Shaklee**
The Shaklee Difference®
Current Offers
Athletes
Proud Adherent of the DSA Code of Ethics
Careers
Leadership

No Animal Testing
Sustainability
Beyond Organic
Non-GMO Policy
Clinical Studies & Ingredient Glossary
Accessibility Statement

**Support**
Customer Service
Shipping & Return Policy
**Stay Connected**
*Naturally* Blog

DSA Member    BBB A+ Rating

Terms & Conditions  |  Privacy Policy  |  Legal  |  Copyright ® Shaklee Corporation 2000-2021. All Rights Reserved.



LOG IN | CART 0 | US | ENGLISH

FREE Organic Greens Booster with Your First Order of $200+. Ends 3/31. SHOP NOW

#2021Reset Set your 2021 wellness goals. LEARN MORE

Shaklee
NUTRITION | BODY | HOME

Product Search

SHOP ABOUT US MEOLOGY PERSONAL PLAN BECOME A MEMBER BECOME A DISTRIBUTOR

Nutrition | Healthy Weight | Beauty | Sports | Green Home | +

Home / Beauty

BEST SELLERS
NEW ARRIVALS
YOUTH® -
- ANTI-AGING COLLECTION
- HYDRATING COLLECTION
- PERSONALIZED REGIMEN
- PERFECTING MAKEUP
- ACCESSORIES

ENFUSELLE
SHAKLEE BABY
PROSANTE
DAILY CARE

## YOUTH®

### Anti-Aging Collection

YOUTH® Advanced Anti-Aging Regimen

YOUTH® Restoring Eye Treatment

YOUTH® Activating Serum

YOUTH® Luminous Gel Oil Cleanser

YOUTH® Perfecting Skin Toner

YOUTH® Advanced Renewal Night Cream

See More

### Hydrating Collection

YOUTH® Advanced Hydration Regimen

YOUTH® Moisture Activating Serum

YOUTH® Moisture Lock Day Cream

YOUTH® Hydrating Gel Mask

YOUTH® Purifying Clay Mask

YOUTH® Perfecting Skin Toner

See More

### Personalized Regimen

YOUTH® Personalized Regimen

### Perfecting Makeup

YOUTH® Lash Revitalizing and Conditioning Mascara

YOUTH® Activating BB Cream



Accessories

YOUTH® Activating BB Cream Expert Applicator Brush | YOUTH® Mesh Carry-All Bag | YOUTH® Spatula | YOUTH® Gauze Pads | YOUTH® Cosmetics Wedge | YOUTH® Spray Bottle

Enfuselle

Gentle Cleansing Bar | Ultra Moisturizing Shea Butter Cream | Eye Makeup Remover | Hand & Body Lotion | Moisturizing Shower Gel | Lip Treatment SPF 15

See More

Shaklee Baby

Shakleebaby Gentle Wash | Shakleebaby Soothing Lotion | Shakleebaby Massage Oil

ProSante

ProSanté® Nourishing Scalp Treatment | ProSanté® Long-Lasting Finishing Spray | ProSanté® Revitalizing Shampoo | ProSanté® Replenishing Conditioner

Daily Care

Meadow Blend Cleansing bar | Desert Wind Roll-On Antiperspirant | Antiperspirant Cream | Joint & Muscle Pain Cream | Herbal Blend Multi-Purpose Cream



SUBSCRIBE and never miss out on member perks, newest releases and health news.

Enter Email Address     SUBSCRIBE



| About Shaklee | | Support |
| --- | --- | --- |
| The Shaklee Difference® | No Animal Testing | Customer Service |
| Current Offers | Sustainability | Shipping & Return Policy |
| Athletes | Beyond Organic | **Stay Connected** |
| Proud Adherent of the DSA Code of Ethics | Non-GMO Policy | *Naturally* Blog |

Careers

Clinical Studies & Ingredient Glossary



Leadership

Accessibility Statement

DSA Member    BBB A+ Rating

Terms & Conditions | Privacy Policy | Legal | Copyright ® Shaklee Corporation 2000-2021. All Rights Reserved.

# Exhibit 10
## to the Declaration of Morgan E. Smith



## Vitamins & Supplements

- Multivitamins
- Vitamins A-Z
- Fish Oil & Omegas
- Sexual Health
- Wellness Essentials
- Minerals
- Joint Support
- Antioxidants
- Specialty Supplements
- Vitapak Programs

# BUY 1, GET 1 50% OFF!

Buy 1, get 1 50% off our best immune support during our Summer Goals Sale, happening now!

SHOP NOW

## VITAMINS: REMEMBER YOUR ABCS

Vitamins A, B & C support your overall wellness!

SHOP NOW

## FISH OIL & OMEGAS

Live well with fish oil & omegas.

SHOP NOW

## Featured For You

Alani Nu Self Balance Powder - Rainbow Candy
★★★★☆ (55)
$59.99

GNC Mega Men® 50 Plus
★★★★½ (328)
$39.99

GNC Triple Strength Fish Oil
★★★★½ (694)
$49.99

GNC Mega Men® Healthy Testosterone Vitapak® Program
★★★★☆ (132)
$79.99

GNC Mega Men®
★★★★½ (840)
$29.99

## Best Sellers

GNC Mega Men® 50 Plus
★★★★½ (328)
$39.99

GNC Triple Strength Fish Oil
★★★★½ (694)
$49.99

Alani Nu Balance Capsules
★★★★½ (412)
$49.99

Nugenix® Total-T
★★★★☆ (301)
$64.99

GNC Mega Men® 50 Plus Vitapak® Program
★★★★½ (193)
$44.99

Shop Vitamins and Supplements Department - GNC

Gift Cards

© 1997-2021 GNC Holdings, LLC    Privacy Statement    Terms & Conditions



— DEPARTMENTS
Beauty & Skin Care
Collagen
Skin Care
Face Masks & Scrubs
Facial Cleansers
Facial Moisturizers
Skin Clarity
Toners
Lip Care
Hair Care
Beauty Supplements
Body Care
Aromatherapy
CBD
+ BRAND
+ PRICE
+ FLAVOR
+ PRODUCT FORM
+ GENDER
+ STORE AVAILABILITY

# SKIN CARE

FEATURED FOR YOU

1 - 49 of 49

GNC Vitamins E, A & D Moisturizing Cream
(99)
Size 2 oz(s)
$2.99
Free Shipping $49+

GNC Vitamin C Moisturizing Cream
(148)
Size 2 oz(s)
$2.99
Free Shipping $49+

GNC Aloe Vera Moisturizing Cream
(183)
Size 2 oz(s)
$2.99
Free Shipping $49+

NEW!

Codeage Beauty Tonic Supplement
(65)
Size 3 Capsule(s) / 30 Servings Per Container
$29.99
Free Shipping $49+

GNC Vitamin E Ointment
(44)
Size 2 oz(s)
$2.99
Free Shipping $49+

ONLINE ONLY

Thank™ Goat Gel Cleanser
(0)
Size 3.21 fl.oz.
$19.99
Free Shipping $49+

GNC Skin Gel with Aloe Vera
(8)
Size 3 oz(s) / 3 Servings Per Container
$2.99
Free Shipping $49+

ONLINE ONLY

Source Vital Apothecary Charcoal Clay Mask
(0)
Size 2.2 oz(s)
$24.99
Free Shipping $49+

NEW!

Codeage Hydrolyzed Collagen + Peptides
(19)
Size 14 Servings / 14 Servings Per Container
$24.99
Free Shipping $49+

Thayers® Lavender Witch Hazel
(100)
Size 12 fluid ounce(s) / 3 Flavors Available
$9.99
Free Shipping $49+

ONLINE ONLY

Source Vital Apothecary Ageless Algae Mask
(0)
Size 2.2 oz(s)
$24.99
Free Shipping $49+

eos™ Lip Balm - Mint
(2)
Size 1 Item(s)
$3.99
Free Shipping $49+

ONLINE ONLY

Thank™ Goat Day + Night Cream
(0)
Size 1.52 fl.oz.
$29.99
Free Shipping $49+

GNC Vitamin E Skin Oil
(26)
Size 4 fluid ounce(s)
$11.99
Free Shipping $49+

NEW!

SweatZone Sweat Wipes Disposable Body Wipes
(0)
Size 12 Wipe(s)
$7.99
Free Shipping $49+

The Grandpa Soap Co. Thylox® Acne Treatment Soap
(28)
Size 1 Bar(s)
$4.99
Free Shipping $49+

Thayers® Cucumber Witch Hazel
(100)
Size 12 fluid ounce(s) / 3 Flavors Available

Nourish Organic™ Moisturizing Shea Butter
(10)

ONLINE ONLY

Thank™ Goat Sun Recovery Mask
(0)
Size 3.38 fl.oz

Thayers® Rose Petal Witch Hazel
(100)
Size 12 fluid ounce(s) / 3 Flavors Available



$9.99
$9.97
$25.99
$9.99
Free Shipping $49+
Free Shipping $49+
Free Shipping $49+
Free Shipping $49+

NOW® Hyaluronic Acid Firming Serum
★★★☆☆ (4)
Size 1 fluid ounce(s)
$19.99
Free Shipping $49+

Basic Organics L-Lysine Ointment
★★★★★ (98)
Size 1 cd(s)
$6.49
Free Shipping $49+

Source Vital Apothecary Watermelon Seed Oil
★☆☆☆☆ (1)
Size 1.1 fl oz.
$25.99
Free Shipping $49+

Source Vital Apothecary Prickly Pear Oil - Botanical Collection
☆☆☆☆☆ (0)
Size 1.1 fl oz.
$25.99
Free Shipping $49+

Source Vital Apothecary Acne & Blemish Infusion
☆☆☆☆☆ (0)
Size 0.4 fl.oz.
$28.99
Free Shipping $49+

Source Vital Apothecary Restorative Infusion
☆☆☆☆☆ (0)
Size 0.4 fl.oz.
$28.99
Free Shipping $49+

Source Vital Apothecary Lavender Cleanser
☆☆☆☆☆ (0)
Size 8.39 fl.oz.
$29.99
Free Shipping $49+

Source Vital Apothecary Algae Deep Cleanse
☆☆☆☆☆ (0)
Size 8.39 fl.oz.
$36.99
Free Shipping $49+

Source Vital Apothecary Immiracle® Elixir
☆☆☆☆☆ (0)
Size 1.1 fl oz.
$31.99
Free Shipping $49+

Way of Will Shave Set: Pre-Shave, Aftershave and Beard Oil
☆☆☆☆☆ (0)
Size 1 set
$55.99
Free Shipping $49+

Way of Will 28 Energy Hydrating Face Spray
☆☆☆☆☆ (0)
Size 2 oz(s)
$19.99
Free Shipping $49+

Way of Will 21 Dry Skin Face Toner
★★★★★ (1)
Size 1 oz(s)
$28.99
Free Shipping $49+

Way of Will 40 Face and Body Spray
☆☆☆☆☆ (0)
Size 2 oz(s)
$26.99
Free Shipping $49+

Way of Will 20 Sensitive Skin Face Toner
☆☆☆☆☆ (0)
Size 1 oz(s)
$28.99
Free Shipping $49+

Way of Will 15 Dry Skin Face Serum
☆☆☆☆☆ (0)
Size 1 oz(s)
$25.99
Free Shipping $49+

Way of Will 10 Sensitive Skin Face Serum
☆☆☆☆☆ (0)
Size 1 oz(s)
$25.99
Free Shipping $49+

Way of Will 14 Oily Skin Face Serum
☆☆☆☆☆ (0)
Size 1 oz(s)
$25.99
Free Shipping $49+

Way of Will 24 Aftershave Splash - Spearmint + Eucalyptus
☆☆☆☆☆ (0)
Size 1 Bottle(s)
$24.99
Free Shipping $49+

Way of Will 25 Beard Oil - Black Spruce + Black Pepper
☆☆☆☆☆ (0)
Size 1 Bottle(s)
$24.99
Free Shipping $49+

Way of Will 23 Pre Shave Oil - Eucalyptus + Rosemary
☆☆☆☆☆ (0)
Size 1 Bottle(s)
$24.99
Free Shipping $49+





1 - 49 of 49

# Exhibit 11

## to the Declaration of Morgan E. Smith

# Vitamins and Supplements

The benefits of a regular vitamin and supplement regime are endless. Shop our selection of vitamins and supplements to support continuous health and wellness.

Contact-Free Curbside Pickup Available
EXTENDED!
20% OFF $150
15% OFF $100 | 10% OFF $75 *
PLUS FREE SHIPPING
Online Only | Use Code: COMPETES

Shop Now

**Vitamins & Supplements**
- Supplements (1060)
- Condition Specific (1036)
- Letter Vitamins (564)
- Minerals (416)
- Multivitamins (404)
- Popular (283)
- Children's Health (182)

**Filter Products**

**Brand** -

Search for Brand
- the Vitamin Shoppe
- Garden of Life
- Solgar
- Natures Way
- Rainbow Light Nutritional Systems

See More +

**Product Form** -
- Capsules
- Tablets
- Softgels
- Powder
- Vegan Capsules

See More +

**Serving Size** -
- 1 CAPSULE
- 1 SOFTGEL
- 1
- 1 TABLET
- 2 TABLETS

See More +

Strength +
Flavor +
Specialty Diet +
Specialty +
Gender +
Life Stage (People) +
More Ways To Shop +
Size +
Color +
Scent +
Number Of Servings +
Price +
Rating +
Price Per Serving +

Displaying 1 - 48 of 3670 | Sort by: Featured

Auto Delivery Save 10%

ZINC
50 MG

The Vitamin Shoppe
**Zinc - Immune Support - 50 MG (300 Capsules)**
★★★★½ (29)
$24.99
($0.08/Serving)
FREE In-Store Pick Up
Add To Cart

Sale | 25% Off - See Sale Price In Cart

VITAL PROTEINS
COLLAGEN
PEPTIDES

Vital Proteins
**Collagen Peptides Powder - Unflavored (28 Servings)**
★★★★½ (2313)
4 Sizes
$42.99
($1.54/Serving)
FREE Shipping
FREE In-Store Pick Up
Add To Cart

Auto Delivery Save 10%

THE VITAMIN SHOPPE
D3
125 MCG (5000 IU)

The Vitamin Shoppe
**Vitamin D3 - Immune Support & Bone Health - 5,000 IU (200 Softgels)**
★★★★½ (76)
8 Strengths | More Sizes
$14.99
($0.07/Serving)
FREE In-Store Pick Up
Add To Cart

Buy 2, Get 15% Off or Buy 3, Get 20% Off

L-TYROSINE
500 MG

The Vitamin Shoppe
**L-Tyrosine - Amino Acid To Support Mental Alertness & Brain Function - 500 MG (300 Capsules)**
★★★★★ (3)
$29.99
($0.10/Serving)
FREE Shipping
FREE In-Store Pick Up
Add To Cart

Auto Delivery Save 10%

NORDIC NATURALS
ULTIMATE OMEGA

Nordic Naturals
**Ultimate Omega - 1,280 MG Omega-3 - Lemon (180 Softgels)**
★★★★★ (55)
2 Strengths | More Sizes
$59.99
($0.67/Serving)
FREE Shipping
FREE In-Store Pick Up
Add To Cart

Sale | Auto Delivery Save 10%

Garden of Life
VITAMIN
CODE

Garden Of Life
**Vitamin Code Raw Whole Food Multivitamin For Women 50 & Wiser (240 Vegetarian Capsules)**
★★★★★ (53)
$57.39 Sale Price
Reg $69.99 Save $12.60 (18% off)
FREE Shipping
FREE In-Store Pick Up
Add To Cart

Auto Delivery Save 10%

THE VITAMIN SHOPPE
ULTIMATE
MAN® 50+

The Vitamin Shoppe
**Ultimate Man 50+ High Potency Multivitamin & Multimineral (180 Tablets)**
★★★★☆ (30)
$25.99

Auto Delivery Save 10%

NEW CHAPTER
WHOLE-FOOD
MULTIVITAMIN

New Chapter
**Organic Multivitamin For Every Woman 40+ - Whole-Food Complex - Once Daily (72 Tablets)**
★★★★★ (19)
$54.99

Auto Delivery Save 10%

UBIQUINOL
CoQ-10
100 MG

The Vitamin Shoppe
**Ubiquinol CoQ-10 - Supports Cardiovascular Health & Energy Production - 100 MG (120 Softgels)**
★★★★☆ (9)
5 Strengths | More Sizes
$57.99



The Vitamin Shoppe
Omega 3 Fish Oil - EPA 600mg/DHA 240mg - Supports Cardiovascular, Brain & Eye Health - 1200mg Per Serving (180 Softgels)
★★★★★ (11)
4 Strengths | More Sizes
$39.99
(50.22/Serving)
FREE Shipping ⓘ
FREE In-Store Pick Up

Garden Of Life
Mykind Organics Whole Food Multivitamin For Women - Once Daily (60 Vegan Tablets)
★★★★★ (58)
$37.79 Sale Price ⓘ
Reg $41.99 Save $4.20 (10% off)
FREE Shipping ⓘ
FREE In-Store Pick Up

Garden Of Life
Vitamin Code Raw Whole Food Zinc (60 Vegan Capsules)
★★★★★ (33)
$11.99 Sale Price ⓘ
Reg $14.99 Save $3.00 (20% off)
FREE In-Store Pick Up

The Vitamin Shoppe
Vitamin D3 - Bone Health & Immune Support - 2,000 IU (100 Softgels)
★★★★★ (92)
8 Strengths | More Sizes
$7.99
(50.08/Serving)
FREE In-Store Pick Up

Garden Of Life
Vitamin Code Raw Whole Food Multivitamin For Men 50 & Wiser (240 Vegetarian Capsules)
★★★★★ (22)
$57.39 Sale Price ⓘ
Reg $69.99 Save $12.60 (18% off)
FREE Shipping ⓘ
FREE In-Store Pick Up

Garden Of Life
Mykind Organics Whole Food Multivitamin For Women 40+ (120 Vegan Tablets)
★★★★★ (38)
2 Flavors | More Sizes
$60.89 Sale Price ⓘ
Reg $62.99 Save $2.10 (3% off)
FREE Shipping ⓘ
FREE In-Store Pick Up

The Vitamin Shoppe
Alpha Lipoic Acid 600 Mg - Antioxidant (120 Vegetarian Capsules)
★★★★★ (16)
4 Strengths | More Sizes
$34.99
(50.29/Serving)
FREE Shipping ⓘ
FREE In-Store Pick Up

The Vitamin Shoppe
Vitamin C - Immune Support - 1,000 MG (300 Softgels)
★★★★★ (31)
$19.99
(50.13/Serving)
FREE Shipping ⓘ
FREE In-Store Pick Up

Nugenix
Natural Testosterone Booster For Men (90 Capsules)
★★★★★ (27)
$57.99 Sale Price
Reg $59.99 Save $2.00 (3% off)
FREE Shipping ⓘ
FREE In-Store Pick Up

The Vitamin Shoppe
Vitamin B-Complex 100 (100 Vegetarian Capsules)
★★★★★ (27)
2 Flavors | More Sizes
$19.99

Garden Of Life
Vitamin Code Grow Bone System With Raw Whole Food Plant Calcium + Elemental Strontium - 30-Day Supply (21 ...
★★★★★ (42)
$44.79 Sale Price ⓘ

Natures Way
Alive! Once Daily Women's 50+ Multivitamin - Ultra Potency (60 Tablets)
★★★★★ (56)
$22.99

Exhibit 11
Page 61

Vitamins and Natural Supplements | Vitamin Shoppe



**Garden Of Life**
Vitamin Code Raw Whole Food Multivitamin For Women (120 Vegetarian Capsules)
★★★★★ (54)

$35.99 Sale Price ⓘ
Reg $44.99 Save $9.00 (20% off)

FREE Shipping ⓘ
FREE In-Store Pick Up

**Garden Of Life**
Mykind Organics Whole Food Gummy Multivitamin For Women - Organic Berry (120 Vegan Gummies)
★★★★★ (37)

2 Flavors | More Sizes

$25.19 Sale Price ⓘ
Reg $29.99 Save $4.80 (16% off)

FREE Shipping ⓘ
FREE In-Store Pick Up

**The Vitamin Shoppe**
Super Omega-3 Fish Oil - Supports Cardiovascular Health & Brain Health - 900mg EPA & DHA Per Serving (120...
★★★★★ (40)

2 Strengths | More Sizes

$34.99
($0.29/Serving)

FREE Shipping ⓘ
FREE In-Store Pick Up

**The Vitamin Shoppe**
Quercetin With Bromelain For Seasonal Support (60 Capsules)
★★★★☆ (8)

$11.99
($0.20/Serving)

FREE In-Store Pick Up

**Ancient Nutrition**
Multi Collagen Protein Powder - Unflavored (45 Servings)
★★★★★ (342)

3 Flavors | More Sizes

$39.96 Sale Price
Reg $47.99 Save $8.03 (17% off)

FREE Shipping ⓘ
FREE In-Store Pick Up

**Rainbow Light Nutritional Systems**
Women's One Multivitamin With Probiotics - Once Daily (120 Tablets)
★★★★★ (7)

$39.99
($0.33/Serving)

FREE Shipping ⓘ
FREE In-Store Pick Up

**The Vitamin Shoppe**
Liquid Vitamin D3 - Citrus - Easy Absorption - 5,000 IU (1 Fluid Ounce)
★★★★★ (58)

3 Strengths | More Sizes

$11.99
($0.06/Serving)

FREE In-Store Pick Up

**Garden Of Life**
Vitamin Code Raw Vitamin C - 500 MG Whole Food Vitamin C With Bioflavonoids (120 Vegan Capsules)
★★★★★ (46)

$25.19 Sale Price ⓘ
Reg $28.99 Save $3.80 (13% off)

FREE Shipping ⓘ

**Trace Minerals Research**
No! Muscle Cramps - Electrolyte Balance Nightime Support (4.06 Fluid Ounces)
★★★★★ (2)

$14.99 ⓘ
($0.25/Serving)

FREE In-Store Pick Up

**Garden Of Life**
Vitamin Code Raw Vitamin B-Complex - High Potency Whole Food Formula (120 Vegan Capsules)
★★★★★ (38)

**Natures Way**
Alive! Once Daily Men's 50+ Multivitamin - Ultra Potency (60 Tablets)
★★★★☆ (20)

**The Vitamin Shoppe**
Ultimate Man High Potency Multivitamin & Multimineral (180 Tablets)
★★★★☆ (59)

$31.99 Sale Price
Reg $39.99 Save $8.00 (20% off)
FREE Shipping
FREE In-Store Pick Up
Add To Cart

($0.38/Serving)
FREE In-Store Pick Up
Add To Cart

$25.99
($0.29/Serving)
FREE Shipping
FREE In-Store Pick Up
Add To Cart

Auto Delivery Save 10%

The Vitamin Shoppe
Biotin For Hair, Skin & Nails Support - 10,000 MCG (120 Capsules)
★★★★½ (12)
6 Strengths | More Sizes
$19.99
($0.17/Serving)
FREE In-Store Pick Up
Add To Cart

Auto Delivery Save 10%

The Vitamin Shoppe
Triple Strength Glucosamine Chondroitin With MSM - Supports Joint, Mobility & Flexibility (120 Tablets)
★★★½☆ (55)
3 Strengths | More Sizes
$37.99
($0.63/Serving)
FREE Shipping
FREE In-Store Pick Up
Add To Cart

Auto Delivery Save 10%

The Vitamin Shoppe
Zinc - Immune Support - 50 MG (100 Capsules)
★★★★★ (27)
$9.99
($0.10/Serving)
FREE In-Store Pick Up
Add To Cart

Sale Auto Delivery Save 10%

Garden Of Life
Mykind Organics Whole Food Multivitamin For Men - Once Daily (60 Vegan Tablets)
★★★★★ (16)
$37.79 Sale Price
Reg $41.99 Save $4.20 (10% off)
FREE Shipping
FREE In-Store Pick Up
Add To Cart

Auto Delivery Save 10%

NeoCell Corporation
Super Collagen Powder - Hair, Skin, Nails, Joints, Bones - Unflavored (20 Servings)
★★★★½ (72)
3 Flavors | More Sizes
$19.99
($1.00/Serving)
FREE In-Store Pick Up
Add To Cart

Sale Auto Delivery Save 10%

Rainbow Light Nutritional Systems
Women's One Multivitamin With Probiotics - Once Daily (60 Tablets)
★★★★☆ (5)
$19.99 Sale Price
Reg $24.99 Save $5.00 (20% off)
FREE In-Store Pick Up
Add To Cart

Sale Auto Delivery Save 10%

Garden Of Life
Vitamin Code Raw Vitamin B-Complex - High Potency Whole Food Formula (60 Vegan Capsules)
★★★★★ (24)
$17.59 Sale Price
Reg $21.99 Save $4.40 (20% off)
FREE In-Store Pick Up
Add To Cart

Sale Auto Delivery Save 10%

Garden Of Life
Vitamin Code Raw Whole Food Vitamin D3 - 2,000 IU (120 Vegetarian Capsules)
★★★★★ (28)
2 Flavors | More Sizes
$31.99 Sale Price
Reg $39.99 Save $8.00 (20% off)
FREE Shipping
FREE In-Store Pick Up
Add To Cart

Sale Auto Delivery Save 10%

Garden Of Life
Grass Fed Collagen Peptides Powder For Hair, Skin, Nails & Joints - Bovine Type I & III - Unflavored (28 Servings)
★★★★★ (41)
3 Flavors | More Sizes
$34.39 Sale Price
Reg $42.99 Save $8.60 (20% off)
FREE Shipping
FREE In-Store Pick Up
Add To Cart

Auto Delivery Save 10%

The Vitamin Shoppe
Vitamin C - Easy To Swallow - Immune Support - 1,000 MG (100 Softgels)
★★★½☆ (24)

Auto Delivery Save 10%

The Vitamin Shoppe
B12 Methylcobalamin - Energy Production & Nervous System Support - 1,000 MCG - Black Cherry (120 Lozenges)
★★★★☆ (22)

Sale Auto Delivery Save 10%

Garden Of Life
Dr. Formulated Organic Kids+ Probiotics 5 Billion - Berry Cherry (30 Chewables)
★★★★½ (9)
3 Strengths | More Sizes

Exhibit 11
Page 63



$7.99
($0.16/Serving)

$13.99
($0.12/Serving)

$19.99 Sale Price
Reg $24.99 Save $5.00 (20% off)

FREE In-Store Pick Up    Add To Cart

FREE In-Store Pick Up    Add To Cart

FREE In-Store Pick Up    Add To Cart

Sale | Auto Delivery Save 10%    Auto Delivery Save 10%    Auto Delivery Save 10%

Solgar
Natural Vitamin D3 - 10,000 IU (120 Softgels)

The Vitamin Shoppe
Biotin - Supports Healthy Hair, Skin & Nails - 5,000 MCG (120 Capsules)

Vitafusion
Women's Multivitamin Gummy - Energy Metabolism & Bone Support - Berry (150 Gummies)

★★★★☆ (13)    ★★★★☆ (39)    ★★★★★ (11)
7 Strengths | More Sizes    6 Strengths | More Sizes    2 Flavors | More Sizes

$16.99 Sale Price    $15.99    $17.99
Reg $19.99 Save $3.00 (15% off)    ($0.13/Serving)    ($0.24/Serving)

FREE In-Store Pick Up    Add To Cart

FREE In-Store Pick Up    Add To Cart

FREE In-Store Pick Up    Add To Cart

Items per page:    48 ⌄

01    02    03    04    ...    77    Next ›

### Vitamins and Supplements

In a perfect world, you'd obtain all of the essential micronutrients your body needs through food. But with so many nutrients and daily requirements to keep track of, being sure that your diet is up to the challenge can be hard. The right vitamins, minerals, and dietary supplements can help to provide your body with the nutrition it requires to function at its best. Learn more about the many vitamins and supplements you'll find at The Vitamin Shoppe, and how they can support your personal health and wellness goals.

#### Vitamins and Multivitamins

Vitamins come in a range of options. You can take specific letter vitamins, such as vitamin C or vitamin D3, for targeted benefits. For certain vitamin groups, you can take a vitamin complex that includes all the variations of that vitamin, like vitamin B complex. A multivitamin, meanwhile, combines a number of vitamins and may also include minerals and other dietary nutrients.
Different vitamins are available to fill in multiple nutritional gaps. These are just a few of the areas that vitamins can offer support for:

- Energy levels
- Memory and focus
- Immune system function
- Skin, hair, and nail health

#### Supplements

As opposed to the narrower world of vitamins, the term "supplement" covers a lot more ground. Supplements can contain a range of important nutrients:

- Vitamins, whether individual or in combination
- Dietary minerals such as magnesium, calcium, iron, or others
- Essential fatty acids like omega-3
- Essential amino acids like lysine and tryptophan
- Other beneficial supplements like collagen and CoQ-10

## Choose vitamins or supplements based on a specific health objective

Many vitamin and supplement options are formulated to support specific health goals, and can even be tailored to the unique needs of men and women. For example, since women tend to lose bone density at a quicker rate than men, women's health supplements will often contain higher amounts of calcium. Some men's health supplements, meanwhile, contain ingredients like saw palmetto for prostate health and L-arginine to promote blood flow. You'll find a huge selection of condition-specific supplements in our assortment.

#### Where to buy quality vitamins and supplements

The Vitamin Shoppe is your definitive source for high-quality supplements to help you maintain a healthy lifestyle. After all, it's right there in our name! Browse our large selection of vitamins and dietary supplements from top-rated brands or our own exclusive lines. Find deals on vitamins including free shipping, BOGO offers, and mix-and-match. Shop conveniently from home, or visit your local The Vitamin Shoppe store today.



Sorry, Chat is not available right now.

You can directly Contact Us ›





# Natural Beauty & Skin

Natural Beauty & Skin
- Skin Care (403)
- Facial Care (307)
- Aromatherapy (300)
- Hair (182)
- Oral Care (115)

Filter Products

Brand –

Search for Brand

- the Vitamin Shoppe
- South Of France
- Nubian Heritage
- Grandpas Soap Company
- Aura Cacia

See More +

Product Form –

- Bar Soap
- Liquid
- Oil
- Cream
- Serum

See More +

Serving Size –

- 1 BAR SOAP
- 1 PIECE
- 6.25 OZ
- 1 PACKET
- 1 FACE MASK

See More +

Strength +
Flavor +
Specialty Diet +
Specialty +
Gender +
More Ways To Shop +
Size +
Color +
Scent +
Number Of Servings +
Price +
Rating +
Price Per Serving +

Shop Now

Displaying 1 - 48 of 1284 Sort by: Featured

Sale | Auto Delivery Save 10%

Reviva
**Vitamin E Stick For Lips & Eye Areas (3.5 Grams)**
★★★★★ (13)
$3.59 Sale Price
Reg $4.49 Save $0.90 (20% off)
FREE In-Store Pick Up | Add To Cart

Sale

The Vitamin Shoppe
**DMAE Lifting Beauty Serum - Firms & Tightens Skin (1 Ounce Serum)**
★★★★★ (5)
$1.99 Sale Price
Reg $7.97 Save $5.98 (75% off)
FREE In-Store Pick Up | Add To Cart

Auto Delivery Save 10%

The Vitamin Shoppe
**Hyaluronic Acid Booster Serum - Moisturizes, Rejuvenates & Restores (1 Ounce Serum)**
★★★★☆ (23)
$9.99
FREE In-Store Pick Up | Add To Cart

Auto Delivery Save 10%

Andalou Naturals
**Luminous Night Cream With Purple Carrot + Vitamin C - Brightening (1.7 Ounces)**
Be the First to Review
$21.99
FREE In-Store Pick Up | Add To Cart

Auto Delivery Save 10%

Mad Hippie
**Vitamin C Serum - 8 Actives With Konjac Root, Ferulic & Hyaluronic Acid (1.02 Fluid Ounces)**
★★★★★ (6)
$29.99
FREE Shipping
FREE In-Store Pick Up | Add To Cart

Sale | Auto Delivery Save 10%

Life-Flo Health Care
**Organic Pure Rosehip Seed Oil - Cold Pressed Skin Care - Replenishes & Restores (1 Fluid Ounce)**
★★★★☆ (37)
$9.67 Sale Price
Reg $11.99 Save $2.32 (19% off)
FREE In-Store Pick Up | Add To Cart

BOGO | Buy One, Get One 50% Off

Grandpas Soap Company
**Epsom Salt Bar Soap For Face & Body - Deep Cleanse (4.25 Ounces)**
★★★★★ (1)
$4.99

Auto Delivery Save 10%

SheaMoisture
**Raw Shea Butter Body Wash With Frankincense & Myrrh (13 Fluid Ounces)**
★★★★☆ (14)
$8.99

BOGO | Buy One, Get One 50% Off

South Of France
**French Milled Oval Soap With Organic Shea Butter - Lemon Verbena (6 Ounces)**
★★★★★ (4)
12 Scents | More Sizes
$3.99

Exhibit 11
Page 65

Natural Beauty & Skin Care | The Vitamin Shoppe



FREE In-Store Pick Up     Add To Cart     FREE In-Store Pick Up     Add To Cart     FREE In-Store Pick Up     Add To Cart

Auto Delivery Save 10%     Auto Delivery Save 10%     BOGO   Buy One, Get One 50% Off

Thayer
Witch Hazel Facial Mist - Aloe Vera Formula - Coconut Water (8 Ounces)
Be the First to Review
3 Scents | More Sizes
$10.99
FREE In-Store Pick Up     Add To Cart

Nubian Heritage
Goat's Milk & Chai Bar Soap With Rose Extract (5 Ounces)
★★★★★ (12)
11 Scents | More Sizes
$4.99
FREE In-Store Pick Up     Add To Cart

Grandpa Soap Company
Charcoal Bar Soap For Face & Body - Detoxify (4.25 Ounces)
★★★★★ (3)
$4.99
FREE In-Store Pick Up     Add To Cart

Sale   Auto Delivery Save 10%     BOGO   Buy One, Get One 50% Off     Auto Delivery Save 10%

Desert Essence
Tea Tree Blemish Touch Stick (0.31 Fluid Ounces)
★★★★★ (7)
$6.40  Sale Price
Reg $9.99  Save $3.59 (36% off)
FREE In-Store Pick Up     Add To Cart

Grandpa Soap Company
Witch Hazel Shampoo With Lavender Flower & Coconut Oil - Clarifying For All Hair Types (8 Ounces)
★★☆☆☆ (2)
$7.99
FREE In-Store Pick Up     Add To Cart

The Vitamin Shoppe
Bentonite Clay 100% Natural Powder - Soothing Facial Mask For Healthy Vibrant Skin & Deep Cleans Pores (16 Ounces)
★★★☆☆ (4)
$7.99
FREE In-Store Pick Up     Add To Cart

Auto Delivery Save 10%     Auto Delivery Save 10%     Auto Delivery Save 10%

Life-Flo Health Care
Pure Almond Oil - Cold Pressed & Hexane Free Skin Care (16 Fluid Ounces)
★★★★★ (8)
$14.99
FREE In-Store Pick Up     Add To Cart

The Vitamin Shoppe
Vitamin E, A & D Beauty Creme - Moisturizes & Rejuvinates (2 Ounces)
★★★★☆ (17)
$4.99
FREE In-Store Pick Up     Add To Cart

Dr Bronners
18-In-1 Hemp Pure-Castile Soap - Made With Organic Oils - Lavender (8 Fluid Ounces)
★★★★☆ (2)
23 Sizes
$6.49
FREE In-Store Pick Up     Add To Cart

Auto Delivery Save 10%     BOGO   Buy One, Get One 50% Off     BOGO   Buy One, Get One 50% Off

The Vitamin Shoppe
Vitamin C Beauty Crme - Firm & Tightening Facial Cream (2 Ounces)
★★★★☆ (18)
$4.99

South Of France
Hand Wash With Soothing Aloe Vera - Shea Butter (8 Fluid Ounces)
★★★★★ (3)
8 Scents | More Sizes
$2.99

South Of France
Hand Wash With Soothing Aloe Vera - Orange Blossom Honey (8 Fluid Ounces)
Be the First to Review
8 Scents | More Sizes
$2.99

Exhibit 11
Page 66







FREE In-Store Pick Up Add To Cart

FREE In-Store Pick Up Add To Cart

FREE In-Store Pick Up Add To Cart

Sale Auto Delivery Save 10%

Aura Cacia
**Sweet Orange 100% Pure Essential Oil - Brightening Aromatherapy (0.5 Fluid Ounces)**
★★★★★ (3)
26 Scents | More Sizes
$2.39 Sale Price
Reg $2.99 Save $0.60 (20% off)
FREE In-Store Pick Up Add To Cart

BOGO Buy One, Get One 50% Off

South Of France
**Foaming Hand Wash - Lemon Verbena (8 Fluid Ounces)**
★★★☆☆ (2)
5 Scents | More Sizes
$2.99
Add To Cart

Sale Auto Delivery Save 10%

Burts Bees
**Beeswax Moisturizing Lip Balm - Vanilla Bean - 100% Natural (0.15 Ounces)**
Be the First to Review
2 Flavors | More Sizes
$3.35 Sale Price
Reg $3.59 Save $0.24 (7% off)
FREE In-Store Pick Up Add To Cart

BOGO Buy One, Get One 50% Off

South Of France
**French Milled Oval Soap With Organic Shea Butter - Orange Blossom Honey (6 Ounces)**
★★★★★ (3)
12 Scents | More Sizes
$3.99
FREE In-Store Pick Up Add To Cart

Aurora International
**Chandrika Ayurvedic Bar Soap (2.64 Ounces)**
★★★★½ (40)
$0.99
FREE In-Store Pick Up Add To Cart

BOGO Buy One, Get One 50% Off

Grandpas Soap Company
**Pine Tar Bar Soap For Face, Body & Hair (4.25 Ounces)**
★★★★½ (8)
$4.99
FREE In-Store Pick Up Add To Cart

Auto Delivery Save 10%

The Vitamin Shoppe
**Hand Sanitizer Spray With Aloe Vera - Kills 99.9% Of Germs - Lavender (2 Ounces)**
★★★★½ (15)
$2.99
FREE In-Store Pick Up Add To Cart

Sale

The Vitamin Shoppe
**Alpha Lipoic Acid Anti-Aging Serum (1 Ounce Serum)**
★★★★½ (5)
$1.99 Sale Price
Reg $7.97 Save $5.98 (75% off)
FREE In-Store Pick Up Add To Cart

Auto Delivery Save 10%

Farm Skin
**Fresh Food For Skin - Missing Puzzle Soap - Purifying Charcoal (1 Bar)**
Be the First to Review
12 Scents | More Sizes
$1.49
($1.49/Serving)
FREE In-Store Pick Up Add To Cart

Auto Delivery Save 10%

Nubian Heritage
**Raw Shea Butter Bar Soap With Soy Milk, Frankincense & Myrrh (5 Ounces)**
★★★★½ (24)
11 Scents | More Sizes
$4.99

Sale

The Vitamin Shoppe
**Glass Bottle With Cap (1 Ounce)**
★★★★★ (1)
$0.48 Sale Price

Exclusive Auto Delivery Save 10%

The Vitamin Shoppe
**Eucalyptus Essential Oil 100% Pure Essential Oil (4 Fl Oz)**
★★★★½ (6)
26 Scents | More Sizes
$9.99

Reg $0.97 Save $0.49 (51% off)

FREE In-Store Pick Up | Add To Cart
FREE In-Store Pick Up | Add To Cart
FREE In-Store Pick Up | Add To Cart

Auto Delivery Save 10%

Life-Flo Health Care
Pure Grapeseed Oil - Cold Pressed Skin Care - Nourishes, Tightens & Tones (16 Fluid Ounces)
★★★★★ (4)

$12.99

FREE In-Store Pick Up | Add To Cart

Sale | Auto Delivery Save 10%

Hello Products
Antiplaque & Whitening Toothpaste - Fluoride Free - Natural Peppermint With Tea Tree & Coconut Oil (4.7 Ounces)
★★★★★ (3)

$4.79 Sale Price
Reg $5.99 Save $1.20 (20% off)

FREE In-Store Pick Up | Add To Cart

Sale | Auto Delivery Save 10%

Aura Cacia
Eucalyptus 100% Pure Essential Oil - Exhilarating Aromatherapy (0.5 Fluid Ounces)
★★★★★ (3)
26 Scents | More Sizes

$5.59 Sale Price
Reg $6.99 Save $1.40 (20% off)

FREE In-Store Pick Up | Add To Cart

Auto Delivery Save 10%

Derma E
Skin Lighten With A;Pha-Arbutin & Licorice Extract (2 Ounces)
★★★★☆ (2)

$22.99

FREE In-Store Pick Up | Add To Cart

BOGO | Buy One, Get One 50% Off

Grandpas Soap Company
Witch Hazel Conditioner With Lavender Flower & Argan Oil - Clarifying For All Hair Types (8 Fluid Ounces)
Be the First to Review

$7.99

Add To Cart

Auto Delivery Save 10%

Nubian Heritage
African Black Soap Bar Soap With Aloe, Oats & Vitamin E (5 Ounces)
★★★★☆ (157)
11 Scents | More Sizes

$4.99

FREE In-Store Pick Up | Add To Cart

Auto Delivery Save 10%

Derma E
Tea Tree & Vitamin E Antiseptic Cream (4 Ounces)
★★★★★ (9)

$12.99

FREE In-Store Pick Up | Add To Cart

Auto Delivery Save 10%

Derma E
Firming DMAE Moisturizer With Alpha Lipoic Acid & C-Ester (2 Ounces)
★★★★☆ (15)

$18.99

FREE In-Store Pick Up | Add To Cart

BOGO | Buy One, Get One 50% Off

South Of France
Hand Wash With Soothing Aloe Vera - Lavender Fields (8 Fluid Ounces)
★★★★☆ (2)
8 Scents | More Sizes

$2.99

FREE In-Store Pick Up | Add To Cart

BOGO | Buy One, Get One 50% Off

South Of France
Hand Wash With Soothing Aloe Vera - Lemon Verbena (8 Fluid Ounces)
★★★☆☆ (1)
8 Scents | More Sizes

Sale | Auto Delivery Save 10%

Aura Cacia
Spearmint 100% Pure Essential Oil - Animating Aromatherapy (0.5 Fluid Ounces)
Be the First to Review
26 Scents | More Sizes

Sale

Hello Products
Activated Charcoal Whitening Toothpaste With Fresh Mint & Coconut Oil (4 Ounces)
Be the First to Review
2 Flavors | More Sizes

Exhibit 11
Page 68

$2.99 ⓘ

FREE In-Store Pick Up   Add To Cart

Reg $5.49   Sale Price ⓘ   Save $1.10 (20% off)

FREE In-Store Pick Up   Add To Cart

$4.79   Sale Price ⓘ
Reg $5.99   Save $1.20 (20% off)

FREE In-Store Pick Up   Add To Cart

Auto Delivery Save 10%    Auto Delivery Save 10%    Auto Delivery Save 10%

The Vitamin Shoppe
**Tea Tree 100% Pure Essential Oil - Aromatherapy (1 Fluid Ounce)**
★★★★★ (6)
26 Scents | More Sizes
$7.99
FREE In-Store Pick Up   Add To Cart

Nubian Heritage
**Lemongrass & Tea Tree Bar Soap With Orange Peel (5 Ounces)**
★★★★☆ (13)
11 Scents | More Sizes
$4.99
FREE In-Store Pick Up   Add To Cart

Nubian Heritage
**Olive Oil & Green Tea Bar Soap With Avocado (5 Ounces)**
★★★★☆ (10)
11 Scents | More Sizes
$4.99
FREE In-Store Pick Up   Add To Cart

Items per page:   48 ▾       01   02   03   04   ...   27   Next ›

Promote your skin health with the extensive selection of natural beauty and natural skin care products at The Vitamin Shoppe.
We offer a wide array of natural beauty products, including facial care, aromatherapy, hair care, makeup, and oral care, from leading natural and organic brands, such as Dr. Bronner's, The Vitamin Shoppe, Naturcolor, SheaMoisture, Uncle Bud's, and more.

**Skin Care**

The ingredients you use on your skin matter. Whether you're searching for natural soaps and body washes, aluminum-free deodorants, or organic body lotions and creams, you can find it at The Vitamin Shoppe. We offer a wide selection of natural shaving and beard-care products, including organic shaving soap, after-shave elixir, beard wash, and conditioning oil, along with facial scrubs and lotion for men. For outdoor protection, choose from natural sunscreen options for kids and adults, and calm your skin after sun exposure with soothing aloe vera and moisturizers.

**Aromatherapy**

Our aromatherapy shop includes a wide assortment of pure essential oils and accessories, including carrier oils, essential oil diffusers, and CBD hemp extract essential oil blends specially formulated to help promote relaxation.

**Facial Care and Makeup**

Fight the appearance of wrinkles and promote a youthful glow with our natural beauty products, including eye serums, face masks, anti-wrinkle cream, hyaluronic acid serums, vitamin C serums, moisturizers, lip balms, and more – made with organic, vegan, and non-GMO ingredients.

**Hair**

Keep your hair looking luscious with our assortment of shampoos, conditioners, and styling products made with natural ingredients to enhance the health and appearance of your locks. For those who dye their hair, we carry natural hair color options. Find henna and organic-based color in a broad spectrum of hues.

**Oral Care**

Make oral health a priority with toothpaste and mouthwash for everyday hygiene. Find great-tasting chewing gum and breath mints made with xylitol for a sugar-free yet flavorful treat.
Explore the full selection of natural beauty products and natural skincare here at The Vitamin Shoppe.



**Sorry, Chat is not available right now.**
You can directly Contact Us ›

Home › Natural Beauty & Skin



**MY ACCOUNT**
My Account
My Auto Delivery
Gift Cards
Order Tracking & History
Quick Reorder
Order By Item Number
My Healthy Awards

**SHOP WITH US**
Store Locator
Vitamin Shoppe Brand
Quality Promise
Certificate of Analysis
About Healthy Awards
FREE Nutrition Coaching
About Auto Delivery
Shipping Rates
*Promotion Details & Exclusions
Returns

**CORPORATE INFORMATION**
About The Vitamin Shoppe
Careers
Press Room
Product Recalls
New Suppliers
Affiliate Program
International Licensing
Contact Us
Help / FAQs

**POLICIES**
Accessibility Notice
CA Transparency In Supply Chains
EU/Swiss-U.S. Privacy Shield
Consumer Privacy Policy
Privacy Policy
(Updated 1/31/2021)
Terms of Use
(Updated 11/08/2018)

**STAY CONNECTED**
Read Our What's Good Blog
Learn About Our Wellness Council

Get special offers, exclusive promotions, and health information sent directly to your inbox

Email Address   Sign Up

Site Map | ©2021 The Vitamin Shoppe®

Statements made on this website have not been evaluated by the U.S. Food and Drug Administration. These products are not intended to diagnose, treat, cure or prevent any disease. Information provided by this website or this company is not a substitute for individual medical advice.

# Exhibit 12
## to the Declaration of Morgan E. Smith



# United States of America

## United States Patent and Trademark Office

# THRIVE

**Reg. No. 4,467,942**

**Registered Jan. 14, 2014**

**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

THRIVE NATURAL CARE, INC. (DELAWARE CORPORATION)
42 DARRELL PLACE
SAN FRANCISCO, CA 94133

FOR: NON-MEDICATED SKIN CARE PREPARATIONS, NAMELY, FACIAL LOTIONS, CLEANSERS AND CREAMS, CREAMS AND OILS FOR COSMETIC USE, SKIN MOISTUR-IZERS; PRE-SHAVING PREPARATIONS; AFTER SHAVE LOTIONS AND CREAMS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 9-5-2013; IN COMMERCE 9-5-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-980,517, FILED 9-11-2012.

GISELLE AGOSTO, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

Exhibit 12
Page 70

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Exhibit 12
Page 71

# Exhibit 13

## to the Declaration of Morgan E. Smith

https://web.archive.org/web/20141118130813if_/http://www.thrivecare.co/#products    03/21/2021





**FACE WASH**
*a remarkable gel removes dirt, oil, sweat, and other impurities*

**FACE BALM**
*reduces irritation after shaving and protects all skin types*

**SHAVE OIL**
*just a little of this premium oil gives an ultra-close shave every time*

**BORN IN COSTA RICA, RAISED IN SAN FRANCISCO**

We think guys can do better than the stuff that dominates the market for men's grooming. Something without synthetics that restores skin naturally. Something with real personality.

So we traveled to an amazing place—the rainforests and family farms of Costa Rica—to source the highest quality, sustainably-harvested botanical ingredients for superior face care. After more than fifteen months of research and refining, we're proud to present to you Thrive Natural Care.

**Welcome to a better way to groom.**



**WHAT MAKES THRIVE AWESOME?**

A potent blend of medicinal plants from Costa Rica that actually work. They're more effective than the synthetic chemicals found in most skin care products. These active ingredients are unique to Thrive's products, and help to restore the vitality of a man's skin.

**FIERRILLO VINE**

Used for centuries by indigenous Costa Ricans to repair skin and control inflammation.

**JUANILAMA HERB**

Potent antioxidant used to treat skin abrasions and a wide range of other ailments.

Exhibit 13
Page 72



**WASH**

Thrive's **Face Wash**
Removes oil, makeup, and SPF
without drying out your skin.

Refreshing natural scent makes
you feel like you're zip-lining
through the rainforest.

$9.99

ADD TO CART

**SHAVE**

Thrive's **Shave Oil**
Replaces old-school foams and
gels for closer, smoother shaves.

See it working as it reduces
irritation and extends the life
of your razor blades.

$9.99

ADD TO CART

**RESTORE**

Thrive's **Face Balm**
Helps protect and restore skin
from sun damage or stress.

Anti-inflammatory and
anti-microbial properties
combat razor burn.

$14.99

ADD TO CART



**BUY THE THRIVE KIT.**
Try all three products and save $5.

$29.99

ADD TO CART

**FIND A STORE.**







hello@thrivecare.co

Exhibit 13
Page 73

# Exhibit 14

## to the Declaration of Morgan E. Smith



**Instagram**

Search

 thrivenaturalcare • Follow

 thrivenaturalcare Lookin' good up there, if we do say so ourselves. #thrive #wheredoyouthrive

337w

bartledub Hi @thrivecare are your products vegan friendly?

300w · Reply

 thrivenaturalcare @ethicaldan Yes they are! Would you be interested in checking them out? We can send you some samples. 😊

4 likes

OCTOBER 1, 2014

Add a comment...

Post

More posts from **thrivenaturalcare**








3/21/2021 Natural Care (naturalcareinstagoods) • Instagram photos and videos 3/21/21 ourselves #glowforward #wearedoyou #tage

Case 2:21-cv-02029-DOC-KES Document 22-3 Filed 03/22/21 Page 90 of 264 Page ID #:1093

*Instagram*

  

About    Blog    Jobs    Help    API    Privacy    Terms    Top Accounts    Hashtags    Locations

English ⌄     © 2021 Instagram from Facebook

     



 **Thrive Natural Care**
April 24, 2015 ·

👍 Like          💬 Comment          ↗ Share

 Write a comment...

Press Enter to post.

   

# Instagram

Search



 **thrivenaturalcare** • **Follow**  ···

 **thrivenaturalcare** We believe in sea foam, not sulfate suds! (p.s. a lot of laughter and wave running went into snapping this photo) #wethrive | 25% off all orders till end of day 6/21 with code SUMMERTHRIVE on our website (link in bio)

300w

 **thrivenaturalcare** #skincare #fathersday #mensskincare #costarica #beach #naturalbeauty #naturalskincare #beachday #seafoam #bubbles

300w    Reply

                      

**14 likes**

JUNE 17, 2015

 Add a comment...                    Post

More posts from **thrivenaturalcare**











MANTRA 003

2.have natural Class2-ID Instagram: We believe in real ecos, not smart suds (2.2.21d of Ragger and Wave brinning vegemic snappin...

*Instagram*

   

 

About    Blog    Jobs    Help    API    Privacy    Terms    Top Accounts    Hashtags    Locations

English ⌄        © 2021 Instagram from Facebook



*Instagram*

Search





thrivenaturalcare • Follow

thrivenaturalcare Our hardest-working ingredients, Juanilama and Fierrillo, help make your morning shave an important part of your skincare ritual. Antioxidant rich, they help replenish the skin so that while you shave, instead of irritation and redness, you leave your skin feeling better than ever (and smooth, too).

#mensgroomingproducts

42 likes

APRIL 23, 2019

Add a comment...                Post

More posts from **thrivenaturalcare**







About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations

English ⌄   © 2021 Instagram from Facebook

Exhibit 14
Page 79

# Exhibit 15

## to the Declaration of Morgan E. Smith

http://web.archive.org/web/20181202003025/https://thrivecare.co/                                                                03/21/2021



## A POSITIVE FOOTPRINT

---

Our business model is as unique as our products. A farm to face approach for the
best natural skincare, good for your skin and for the planet

Exhibit 15
Page 80

BEST SELLER



### ENERGY SCRUB - 3.38FL.OZ.(100ML)

$ 13.95

Product Description    Our Commitments

Whether you need to scrub off the day's adventure or are
preparing your skin for a smooth shave, Thrive's Energy Scrub
harnesses the power of plant-based exfoliants and natural
cleansers to provide a powerful cleansing scrub without the
harsh abrasives or cleansers that can do more harm than good.
Our natural formula is made with exclusive, high-quality plant
extracts from Costa Rica that invigorate your skin for an
energetic start to your day.

**ADD TO CART**

## YOUR MORNING ROUTINE FOR THE SMOOTHEST SHAVE

**Been shaving for years? Gearing up for your first shave? Either way, a complete
shave goes beyond a good razor. And we've got you covered!**

  

### 1 CLEAN

Clean your face with Thrive Face Wash to
remove dead skin and fat. Beard hair is hard as
copper wire while it is dry; but wet, it is quite
soft.

### 2 SHAVE

Put a few drops of Thrive Shave Oil into the palm
of your hand. Splash some (warm) water on your
face- the fact that water and oil do not mix well
is the reason why your blade glides so fine. This
gives you a closer shave. And with our Oil, you
also enjoy the skin moisturizing and coditioning
also enjoy the skin moisturizing and coditioning
benefits of our plants.

### 3 RESTORE

Apply Thrive Face Balm to restore, hydrate and
protect your skin. Best if applied to face and
neck right after shaving. Enjoy how fresh and
confident you feel as you head out your door to
tackle the day!

Exhibit 15
Page 81

OUR NO COMPROMISE COMMITMENTS TO YOU, YOUR SKIN, AND THE PEOPLE AND THE PLANET THAT MAKE IT POSSIBLE

SEE ALL PRODUCTS

#THRIVEOWNTHEDAY



FOLLOW

HOME    PRODUCTS    OWN THE DAY BLOG    CONTACT US / FAQS

Enter your email address...    SIGN UP

75 Folsom St, San Francisco, CA, 94103 /

© 2018 Thrive Natural Care. Privacy Policy

Exhibit 15
Page 82

# Exhibit 16
## to the Declaration of Morgan E. Smith

https://www.instagram.com/p/tmrDOaA895/     03/21/2021



*Instagram*     Sign Up   **Log In**   Sign Up



thrivenaturalcare • Follow   •••

**thrivenaturalcare** Going to the beach? Don't forget your sunscreen, water, and #Thrive for later!

337w

**thrivenaturalcare** #skincare #veganskincare #vegan #allnatural #menstyle #grooming #beachday #adventure #wanderlust #spf #sunscreen

298w   Reply

4 likes

OCTOBER 1, 2014

Log in to like or comment.

More posts from **thrivenaturalcare**











Exhibit 16
Page 83








See More Posts

About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations

English ⌄   © 2021 Instagram from Facebook

Exhibit 16
Page 84

https://www.instagram.com/p/4alZHUA8xG/      03/21/2021

*Instagram*     🔍     **Log In**   Sign Up



  

thrivenaturalcare • Follow    •••

**thrivenaturalcare** Thank you @vegancuts for featuring Thrive in your Men's grooming box. #wethrive #mensgrooming #vegan #crueltyfree

299w

**thrivenaturalcare** #mensskincare #mensstyle #grooming #allnatural #facewash

298w   Reply

**thrivenaturalcare** @aliciarose47 thank you for the love 🖤

298w   Reply

♡ ◯ ◁      🔖

**20 likes**

JUNE 26, 2015

Log in to like or comment.

More posts from **thrivenaturalcare**











Exhibit 16
Page 85







See More Posts

About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations

English ⌄   © 2021 Instagram from Facebook

Exhibit 16
Page 86



*Instagram*

 

Log In   Sign Up



 thrivenaturalcare • Follow    •••

 **thrivenaturalcare** We are stoked to be sold at @sunlifeorganics, a specialty juice and health food store in Malibu, Calabasas, and Thousand Oaks. If you ever go there try their rocket fuel coffee. #wethrive #coffeetime

286w

**thrivenaturalcare** #vegan #veganskincare #allnatural #mensgrooming #menstyle #adventure #organic #malibu #calabasas #thousandoaks

286w   Reply

22 likes

SEPTEMBER 23, 2015

Log in to like or comment.

More posts from **thrivenaturalcare**

  

  

MANTRA 003

Exhibit 16
Page 87









See More Posts

About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations

English ∨   © 2021 Instagram from Facebook

Exhibit 16
Page 88

https://www.instagram.com/p/BLBx4UtjoQ9/                                03/21/2021



*Instagram*

Log In    Sign Up



thrivenaturalcare • Follow

thrivenaturalcare Happy Saturday from the Thrive team! Any big adventures for the weekend? Refresh yourself with totally unique grooming products that help you look and feel healthy after a big adventure at: www.thrivecare.co

#wethrive #mengrooming #adventure #gooutside #weekend #mensfashion #explore #refreshed #workout #lifequotes

233w

adventurecaravans Pretty nice :)

233w  Reply

12 likes

OCTOBER 1, 2016

Log in to like or comment.

More posts from **thrivenaturalcare**







Exhibit 16
Page 89







See More Posts

About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations

English ⌄   © 2021 Instagram from Facebook

Exhibit 16
Page 90

https://www.instagram.com/p/BNzzWbJDzXV/                                                    03/21/2021






**thrivenaturalcare** • Follow

**thrivenaturalcare** We thrive in Campeche, Mexico. Fortified port city with a unique historic center. It is the gateway to the Mayan world and its majestic archaeological sites. Where do you thrive? #owntheday #naturalskincare #mengrooming

223w

**malestandard** 🙌
217w   Reply

20 likes
DECEMBER 9, 2016

**Log in** to like or comment.

More posts from **thrivenaturalcare**








Exhibit 16
Page 91









See More Posts

About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations

English ⌄   © 2021 Instagram from Facebook

Exhibit 16
Page 92



*Instagram*          Q Search                              **Log In**  Sign Up



**thrivenaturalcare** · **Follow**                    ...

**thrivenaturalcare** If our face balm could talk -- well it wouldn't talk much. That's because it's results speak for themselves. For this truly healthy, moisturizing experience, follow the link in our bio.

#thrivecare #WhereIThrive #shaveoil #shave #shaving #naturaloils #naturalskincare #morningroutine #mensgrooming#grooming #skincare #skincareroutine #healthyskincare

202w

**smjupp** 🌰👏

202w  Reply

♡ ○ ◁                                    🔖

**354 likes**

MAY 6, 2017

**Log in** to like or comment.

More posts from **thrivenaturalcare**







Exhibit 16
Page 93







**See More Posts**

About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations

English ⌄   © 2021 Instagram from Facebook

Exhibit 16
Page 94

https://www.instagram.com/p/BVNdNmsjdZy/     03/21/2021



*Instagram*

Log In   Sign Up



**thrivenaturalcare** • Follow

**thrivenaturalcare** Take it all in. We call it Vitamin T. Thrive.

#whereithrive #thrivecare #naturalskincare #forest #weekendwarrior #travel #lifestyle #mensgrooming #menstyle #instamood #picoftheday #exploring #selfexpression #beyourself #sundayfunday #photographer #photography #hiking #hiker #weekendtrip #roadtrip #jungle #nature

197w

**jaiveer.jadeja** Well captured 👌

197w   Reply

**970 likes**

JUNE 11, 2017

Log in to like or comment.

More posts from **thrivenaturalcare**





Exhibit 16
Page 95







See More Posts

About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations

English ∨   © 2021 Instagram from Facebook

Exhibit 16
Page 96

*Instagram*  Log In  Sign Up



 thrivenaturalcare • Follow  ...

 **thrivenaturalcare** Healthy is handsome. Our grooming oil helps you feel both! It's a summer essential for the bearded adventurers out there.

#socent #socialbusiness #costarica #biodiversity #sustainability #farmtoface #naturalskincare #entrepreneurlife #entrepreneur #naturalproducts #crueltyfree #startuplife #thrivelife #naturalproducts #skincare #mensgrooming #sustainability #groomingoil #beards #bearded

140w

**jameslucylondon** Love this!

   

**2,357 likes**

JULY 9, 2018

Log in to like or comment.

More posts from **thrivenaturalcare**









Exhibit 16
Page 97








See More Posts

About    Blog    Jobs    Help    API    Privacy    Terms    Top Accounts    Hashtags    Locations

English ˅    © 2021 Instagram from Facebook

Exhibit 16
Page 98





*Instagram*

Log In  Sign Up



thrivenaturalcare • Follow  ...





thrivenaturalcare Soaking up some of that Costa Rican sun. Always feels good to go home and get back to your roots.

#mensgroomingproducts #skincareshop #veganskincare #menskincare #greenskincare #greenbeautyproducts #mensproducts #farmtoface #ecolifestyle #ThriveNaturalCare

     

46 likes

MARCH 20, 2019

Log in to like or comment.

More posts from **thrivenaturalcare**













Exhibit 16
Page 99







See More Posts

About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations

English ∨   © 2021 Instagram from Facebook

Exhibit 16
Page 100

 

*Instagram*

 thrivenaturalcare • Follow · · ·



 **thrivenaturalcare** With great compassion and care, Don Juan works under the Costa Rican sun to cultivate the plants that end up in our SPF moisturizer. So the plants that end up protecting you on your summer trips are full of nutrients nourished by the tropical heat (and Don Juan's regenerative practices). How's that for potent plants?
#mensgroomingproducts

            

**25 likes**

JUNE 25, 2019

Log in to like or comment.

More posts from **thrivenaturalcare**

  

  

Exhibit 16
Page 101







See More Posts

About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations

English ∨   © 2021 Instagram from Facebook

Exhibit 16
Page 102



 



thrivenaturalcare • Follow

exploring its use as a dye which would allow them to stretch the use of our amazing super-plants.

#groomingproducts #skincareshop
#veganskincare #naturalskincare
#greenskincare #greenbeautyproducts
#cleanformulas #farmtoface
#seedtoskin #ecolifestyle
#ThriveNaturalCare
#ThriveOwnTheDay
#ThriveLeaveItBetter
#plantbasedpower #seeyououtthere
#findyouradventure #livelifeoutside
#wildme #themoderndayexplorer
#modernoutdoorsman
#liveofadventure #nontoxicliving
#ditchandswitch #skincaretips
#morningritual

52w

18 likes

MARCH 17, 2020

Log in to like or comment.

More posts from **thrivenaturalcare**

  

 

Exhibit 16
Page 103








See More Posts

Exhibit 16
Page 104



*Instagram*

Log In    Sign Up



thrivenaturalcare · Follow

thrivenaturalcare Here are some of Thrive's favorite dads that make the plants happen for Thrive's products.

Thanks to Amazon for including Thrive in their Father's Day Gift Guide.

#fathersday #fathersdaygift #groomingproducts #veganskincare #naturalskincare #greenskincare #greenbeautyproducts #cleanformulas #farmtoface #seedtoskin #ecolifestyle #ThriveNaturalCare #ThriveOwnTheDay #ThriveLeaveItBetter #plantbasedpower #seeyououtthere #findyouradventure #livelifeoutside #wildme #themoderndayexplorer #nontoxicliving #ditchandswitch

33 likes

JUNE 12, 2020

Log in to like or comment.

More posts from **thrivenaturalcare**





❤ 27   💬 1



Exhibit 16
Page 105









See More Posts

About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations

English ∨   © 2021 Instagram from Facebook

Exhibit 16
Page 106

# Exhibit 17

## to the Declaration of Morgan E. Smith

https://www.instagram.com/p/CJXQvZbBn38/    03/21/2021






thrivenaturalcare • Follow

thrivenaturalcare Powerful skincare comes from powerful plants.

Juanilama, shown here, has been used by indigenous people for hundreds of years to soothe irritation, skin abrasions, and a wide range of other conditions.

11w

thrivenaturalcare #ThriveNaturalCare #SuperplantSkincare #indigenouswisdom #juanilama #superplants #regenerativebusiness #regenerativeagriculture #regenerativefarming #regenerativeag #costarica #skincare #naturalskincare

11w  Reply

20 likes

DECEMBER 28, 2020

Log in to like or comment.

More posts from **thrivenaturalcare**








Exhibit 17
Page 107







See More Posts

About    Blog    Jobs    Help    API    Privacy    Terms    Top Accounts    Hashtags    Locations

English ∨    © 2021 Instagram from Facebook

Exhibit 17
Page 108

https://www.instagram.com/p/CKSCSowsMgx/ 03/21/2021



*Instagram*

Log In  Sign Up



**thrivenaturalcare** · Follow

**thrivenaturalcare** OUR DAILY DEFENSE

"I love this sunscreen. I was skeptical at first because I am used to rubbing thick white mineral sunscreens on my face when surfing. This isn't anything like that. It smells good, feels like a clean light lotion, and the whiteness disappears almost immediately. This will help me get into the habit of wearing a daily sunscreen." - ⭐⭐⭐⭐⭐. Nick H.

8w

**thrivenaturalcare**
#RegnerativeSkincare #RegenerativeBusiness #Innovation

**20 likes**

JANUARY 20

**Log in** to like or comment.

More posts from **thrivenaturalcare**











Exhibit 17
Page 109








See More Posts

About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations

English ∨   © 2021 Instagram from Facebook

Exhibit 17
Page 110

# Exhibit 18
## to the Declaration of Morgan E. Smith

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 85726058**
**Filing Date: 09/11/2012**

---

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85726058 |
| **MARK INFORMATION** | |
| *MARK | [THRIVE](#) |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | THRIVE |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Ecomundi Ventures, LLC |
| *STREET | 42 Darrell Place |
| *CITY | San Francisco |
| *STATE<br>(Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE<br>(Required for U.S. applicants only) | 94133 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | limited liability company |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Connecticut |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 003 |
| *IDENTIFICATION | Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely facial lotions, cleansers and creams, body lotions, creams and oils for cosmetic use, skin moisturizers; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; pre-shaving preparations; after shave lotions and creams; non-medicated baby care products, namely baby lotions, creams, body cleansers, shampoos, gels and washes, diaper rash creams and ointments |
| FILING BASIS | SECTION 1(b) |

Exhibit 18
Page 111

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | John W. Crittenden |
| ATTORNEY DOCKET NUMBER | 313705-20000 |
| FIRM NAME | Cooley LLP |
| STREET | 777 6th Street NW, Suite 1100 |
| CITY | Washington |
| STATE | District of Columbia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 20001 |
| PHONE | 415 693 2090 |
| FAX | 415 693 2222 |
| EMAIL ADDRESS | trademarks@cooley.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Janet L. Cullum, Anne H. Peck, Peter J. Willsey, Vincent J. Badolato, Todd S. Bontemps, Bryan J. Boyle, Morgan A. Champion, Susan Piascik Christoff, Heather Dunn Navarro, Angela Dunning, Kathryn Duvall, Aaron M. Fennimore, Ariana Gallisá Hiscott, Brendan J. Hughes, Carolyn V. Juarez, Nishan Kottahachchi, Katie Krajeck, Lori Mayall, Jeffrey T. Norberg, John P. Oleksiuk, Kathlyn Querubin, and Karen K. Won |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | John W. Crittenden |
| FIRM NAME | Cooley LLP |
| STREET | 777 6th Street NW, Suite 1100 |
| CITY | Washington |
| STATE | District of Columbia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 20001 |
| PHONE | 415 693 2090 |
| FAX | 415 693 2222 |
| EMAIL ADDRESS | trademarks@cooley.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |

## SIGNATURE INFORMATION

| | |
|---|---|
| SIGNATURE | /Alex G. McIntosh/ |

Exhibit 18
Page 112

| SIGNATORY'S NAME | Alex G. McIntosh |
|---|---|
| SIGNATORY'S POSITION | Chief Executive Officer |
| DATE SIGNED | 09/11/2012 |

Exhibit 18
Page 113

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 85726058**
**Filing Date: 09/11/2012**

## To the Commissioner for Trademarks:

**MARK:** THRIVE (Standard Characters, see mark)
The literal element of the mark consists of THRIVE.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Ecomundi Ventures, LLC, a limited liability company legally organized under the laws of Connecticut, having an address of
   42 Darrell Place
   San Francisco, California 94133
   United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

   International Class 003:  Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely facial lotions, cleansers and creams, body lotions, creams and oils for cosmetic use, skin moisturizers; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; pre-shaving preparations; after shave lotions and creams; non-medicated baby care products, namely baby lotions, creams, body cleansers, shampoos, gels and washes, diaper rash creams and ointments
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant's current Attorney Information:
   John W. Crittenden and Janet L. Cullum, Anne H. Peck, Peter J. Willsey, Vincent J. Badolato, Todd S. Bontemps, Bryan J. Boyle, Morgan A. Champion, Susan Piascik Christoff, Heather Dunn Navarro, Angela Dunning, Kathryn Duvall, Aaron M. Fennimore, Ariana Gallisá Hiscott, Brendan J. Hughes, Carolyn V. Juarez, Nishan Kottahachchi, Katie Krajeck, Lori Mayall, Jeffrey T. Norberg, John P. Oleksiuk, Kathlyn Querubin, and Karen K. Won of Cooley LLP
   777 6th Street NW, Suite 1100
   Washington, District of Columbia 20001
   United States
The attorney docket/reference number is 313705-20000.
The applicant's current Correspondence Information:
   John W. Crittenden

   Cooley LLP

   777 6th Street NW, Suite 1100

   Washington, District of Columbia 20001

   415 693 2090(phone)

   415 693 2222(fax)

   trademarks@cooley.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or

Exhibit 18
Page 114

association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Alex G. McIntosh/   Date: 09/11/2012
Signatory's Name: Alex G. McIntosh
Signatory's Position: Chief Executive Officer
RAM Sale Number: 2623
RAM Accounting Date: 09/12/2012

Serial Number: 85726058
Internet Transmission Date: Tue Sep 11 15:50:40 EDT 2012
TEAS Stamp: USPTO/BAS-XX.XXX.XX.XXX-2012091115504035
3230-85726058-4907aa97e47411f992f4dbb30f
a268694-DA-2623-20120911143417971173

Exhibit 18
Page 115

# THRIVE

Exhibit 18
Page 116

# Exhibit 19

## to the Declaration of Morgan E. Smith

# Receipt

**Your submission has been received by the USPTO.**
**The content of your submission is listed below.**
**You may print a copy of this receipt for your records.**

| | |
|---|---|
| ESTTA Tracking number: | **ESTTA1121911** |
| Filing date: | **03/22/2021** |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

## Petition for Cancellation

Notice is hereby given that the following party has filed a petition to cancel the registration indicated below.

Petitioner Information

| Name | Le-Vel Brands, LLC | | |
|---|---|---|---|
| **Entity** | limited liability company | **Citizenship** | Texas |
| **Address** | 9201 WARREN PARKWAY #200<br>FRISCO, TX 75035<br>UNITED STATES | | |

| | |
|---|---|
| **Attorney information** | MARK SOMMERS<br>FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP<br>901 NEW YORK AVENUE, NW<br>WASHINGTON, DC 20001<br>UNITED STATES<br>Primary Email: docketing@finnegan.com<br>Secondary Email(s): mark.sommers@finnegan.com,<br>morgan.smith@finnegan.com, patrick.rodgers@finnegan.com,<br>jessica.hannah@finnegan.com, TTAB-Legal-Assistants@finnegan.com<br>202-408-4000 |
| **Docket Number** | 13113.8095 |
| **Bar Information (bar informatio** | Year of Admission: 1989 |
| | U.S. State/Commonwealth/Territory: DC |
| | Membership Number: 420169 |
| | This attorney of record is an active member in good standing of the bar of the highest court of a U.S. |

Exhibit 19
Page 117

| n will not appear in the record, or e-mail confirmation, and will not be publically displayed) | state, the District of Columbia, or any U.S. Commonwealth or territory. |
|---|---|

Registration Subject to Cancellation

| **Registration No.** | 4467942 | **Registration date** | 01/14/2014 |
|---|---|---|---|
| **Registrant** | THRIVE NATURAL CARE, INC. 42 DARRELL PLACE SAN FRANCISCO, CA 94133 UNITED STATES | | |

Goods/Services Subject to Cancellation

Class 003. First Use: 2013/09/05 First Use In Commerce: 2013/09/05
All goods and services in the class are subject to cancellation, namely: Non-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams

Grounds for Cancellation

| Fraud on the USPTO | Trademark Act Section 14(3); In re Bose Corp., 580 F.3d 1240, 91 USPQ2d 1938 (Fed. Cir. 2009) |
|---|---|

| **Attachments** | 2021-03-22 Petition to Cancel Reg 4467942 with Exhibits.pdf(4136321 bytes ) |
|---|---|

| **Signature** | /Mark Sommers/ |
|---|---|
| **Name** | Mark Sommers |
| **Date** | 03/22/2021 |

Exhibit 19
Page 118

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

| | |
|---|---|
| LE-VEL BRANDS, LLC<br><br>                    Petitioner,<br><br>    v.<br><br>THRIVE NATURAL CARE, INC.<br>                    Registrant. | Cancellation No. _____<br><br><br>Mark:  THRIVE<br>Registration No. 4467942<br>Registration Dates: January 14, 2014 |

## PETITION FOR CANCELLATION

Le-Vel Brands, LLC believes that it is being and will continue to be damaged by the continued registration of Registrant Thrive Natural Care, Inc.'s Registration No. 4467942 for the mark THRIVE covering "Non-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams" in Class 3.  As grounds for its petition, Le-Vel alleges the following, upon actual knowledge with respect to itself and its own acts, and upon information and belief as to other matters:

### Le-Vel and Its THRIVE Marks

1.     Le-Vel is a Texas limited liability company with an address of 9201 Warren Parkway #200, Frisco, Texas 75035.

2.     Le-Vel is a health and wellness lifestyle company founded in the summer of 2012 that offers a wide array of goods, including vitamins (such as capsules, powders, and gels), vitamin skin patches, vitamins for the skin, snacks, and skincare products under the trademark THRIVE.  Le-Vel formulates all of its THRIVE products with the highest quality and premium

Exhibit 19
Page 119

ingredients with a single goal in mind:  provide its customers with premium products that help them live a happier and healthier life, both mentally and physically.

3.      Le-Vel's principal product line is sold under the brand THRIVE.  Since at least August 2012, Le-Vel has continuously used its THRIVE trademark (in standard character form) in U.S. commerce in connection with supplements, vitamins, and skin vitamin patches in the United States, as shown in the examples below:





4.      From the very beginnings of Le-Vel's business, it has sought to revolutionize the concept of nutrition and a person's skin through its THRIVE skin vitamin patches, known as THRIVE DFT.  Hundreds of millions of dollars of sales of Le-Vel's THRIVE skin vitamin patches have literally connected the "skin" with nutritional and skin benefit "care."

2

Exhibit 19
Page 120



5.      Over the years, Le-Vel has expanded its product line to a range of other health and wellness products and services, including a wide range of dietary and nutritional supplements for physical and mental wellness and healthy living, a wider range of skin vitamin patches, skin vitamins, protein snacks, skincare products, and related coaching/lifestyle/wellness programs and educational materials.  Le-Vel's distinctive THRIVE mark has been used and promoted across Le-Vel's various product lines.  Some examples of Le-Vel's THRIVE mark as used on its current product line are shown below, including on Le-Vel's THRIVE Form skin vitamin and THRIVE SKIN skincare products are shown below:




3

Exhibit 19
Page 121

6.      In addition to its THRIVE mark, Le-Vel has extensively used and promoted numerous other THRIVE-formative marks in connection with its dietary and nutritional supplements, related health and wellness goods, and related coaching/lifestyle/wellness programs, including THRIVE EXPERIENCE, RELEASE THE THRIVE, THRIVE BY LE-VEL, THRIVE PLUS, THRIVE PLUS ACTIVATE, THRIVE PLUS BALANCE, THRIVE PLUS BOOST, THRIVE PLUS DFT ULTRA, THRIVE PREMIUM, THRIVE PREMIUM LIFESTYLE MIX, THRIVE PREMIUM LIFESTYLE CAPSULE, and THRIVE PREMIUM LIFESTYLE DFT, among others, including those marks alleged in Paragraph 14 below (individually and collectively the "THRIVE Marks").  Le-Vel continues to expand its various uses of its THRIVE umbrella brand with its products and services to this day.



Exhibit 19
Page 122



LeVel

THE BRAND THRIVE ACHIEVEMENTS LV REWARDS LV LIFE CUSTOMER PROMOTER CLOUD OFFICE 0

# THRIVE PLUS PRODUCTS

CAPSULES FORMULATED FOR WOMEN

PRODUCT PDF

CAPSULES FORMULATED FOR MEN

PRODUCT PDF

<< Weight Management+
<< Cognitive Performance+
<< Supports Healthy Joint Function+
<< Calms General Discomfort+
<< Antioxidant Support+
<< Lean Muscle Support+
<< Digestive & Immune Support+

PREMIUM LIFESTYLE MIX

PRODUCT PDF

<< Ultra Micronized+
<< Nutrient Mineral Dense Formula+
<< Probiotic & Enzyme Blend+
<< Antioxidant & Extract Blend+
<< Lean Muscle Support+
<< Weight Management or Fitness+
<< Gluten Free+

PREMIUM LIFESTYLE DFT

PRODUCT PDF

<< Weight Management
<< Mental Acuity
<< Supports Appetite Management
<< Derma Fusion Technology
<< Supports Energy & Circulation

7.      Le-Vel's THRIVE Marks have been used and advertised in promotional material

or in everyday sales activities in such a manner as to create common exposure and recognition

among the purchasing public such that the shared, distinctive THRIVE element in the THRIVE

Marks is itself indicative of a common origin of Le-Vel's goods and services, and Le-Vel has

developed a family of THRIVE marks.

8.      Since the THRIVE product line was first introduced in 2012, Le-Vel has long

promoted and displayed its THRIVE Marks in a variety of ways, including as a standalone

brand, as part of THRIVE-formative terms or phrases (such as THRIVE PLUS), as well as in

connection with other Le-Vel names and marks through Le-Vel's website, social media, and

product packaging, e.g.:












Exhibit 19
Page 125






9.      Since Le-Vel first used its THRIVE mark in 2012, Le-Vel's THRIVE Marks have obtained substantial success and been widely promoted and distributed throughout the United States in connection with Le-Vel's goods and services.

10.     Le-Vel now has more than ten million independent Brand Promoters and customers around the world, toppled $1 billion in total sales in May 2017, and surpassed $2 billion in total sales in Fall 2019.

11.     Le-Vel and its founders have a tremendous online following, including over three million Facebook followers.  Its promotional videos have been viewed on YouTube over nine million times.

8

Exhibit 19
Page 126

12.     Le-Vel has spent over $32 million in advertising, marketing, and promoting the THRIVE Marks in connection with its products through a variety of media, promotional and marketing initiatives, and celebrity endorsements.  Some of the celebrity users of Le-Vel's products include: (1) Emmitt Smith, the all-time leading rusher in the history of the NFL; (2) Andy Roddick, one-time #1 ranked tennis player in the world and a tennis Hall-of-Famer; (3) Dick and Rick Hoyt of Team Hoyt, the father and son team who have participated in over 1,000 races to raise awareness for and instill confidence in the physically challenged (Rick is a spastic quadriplegic with cerebral palsy, and his father, Dick, pushes, pulls, and carries him through races such as the Ironman triathlon); (4) Kirk Hammett, lead guitarist for the band Metallica; (5) Don Mattingly, Major League Baseball Hall-of-Famer; (6) Amy Purdy, *New York Times* best-selling author, runner-up in *Dancing with the Stars*, and medalist in the 2014 Winter Paralympic Games; (7) Olga Tanon, five-time Grammy-winning artist; (8) Brian Westbrook, former All-Pro NFL player; (9) Drake White, country music performing artist; (10) television and movie actor Kevin Sorbo from shows such as *Hercules*; (11) Missy Robertson from the *Duck Dynasty* series; (12) former All-Pro NFL player, Bernard Pierce; and many others.



9

Exhibit 19
Page 127

13.     In addition, Le-Vel and the THRIVE Marks have been featured (1) at Times

Square during the New Year's Eve ball drop and throughout the holiday season, including during

the Macy's Thanksgiving Day Parade; (2) on billboards throughout the U.S. during national

billboard campaigns; (3) in football stadiums across the U.S. during college and professional

football games; (4) in the "Rise and Thrive" marketing campaign, which has been viewed by

millions of individuals around the globe; (5) in a nationally distributed magazine, *Thrivin'*, found

in thousands of bookstores throughout the U.S.; (6) in hundreds of press releases and blogs

circulated throughout the world; and (7) in Facebook and YouTube ads receiving millions of

views and interactions, e.g.:



10

Exhibit 19
Page 128



14. Further, the THRIVE Marks have received notable third-party press, attention, and recognition. In 2020, Le-Vel's THRIVE products were featured in Rolling Stone magazine as a top holiday gift for 2020. In 2016, Le-Vel was featured in *USA Today*, along with Uber, Etsy, and two other companies, as the leaders in the "YouEconomy." In 2019, Le-Vel was again featured in *USA Today* as the nutritional movement taking the country by storm. In 2015, Le-Vel was featured in the *Houston Business Journal* for its substantial and meaningful

charitable works and efforts.  In 2016, Le-Vel received the *Direct Selling News* Bravo Growth Award, which recognizes the largest year-over-year growth *in the world* in direct sales.  In 2015 and 2016, Le-Vel was named to the *Direct Selling News* Global 100, an exclusive ranking of the top revenue-generating companies worldwide in the direct selling industry.  Le-Vel has also been featured in *Direct Selling News* on multiple occasions and has been the cover story twice.  In 2013-2017, Le-Vel was featured in *Success from Home* magazine, the first time that a company has been featured as the exclusive company in full-length *Success from Home* issues four years in a row, e.g.:






12

Exhibit 19
Page 130



  

15.    As a result of extensive use, sales, advertising, promotion, commercial

success, and third-party recognition, the THRIVE Marks are strong and well-known, and

consumers associate the shared, distinctive characteristic of the THRIVE umbrella brand

with Le-Vel.

### Ecomundi Ventures, LLC and Thrive Natural Care, Inc.

16.    Ecomundi Ventures, LLC ("Ecomundi") is a Connecticut limited liability

company with an address of 42 Darrell Place, San Francisco, California 94133.

17.    Thrive Natural Care, Inc. ("TNC") is a Delaware corporation with an address of

42 Darrell Place, San Francisco, California 94133.

18.     Upon information and belief, Ecomundi is a venture capital firm that is in the business of investing in companies and projects.

19.     Upon information and belief, Ecomundi does not offer, sell, or transport goods in commerce.

20.     Upon information and belief, Ecomundi, as a venture capital firm, never had any intent to use the THRIVE mark in connection with the sale or transport of grooming (or other) products in U.S. commerce.

21.     Upon information and belief, Ecomundi's sole intent relating to the THRIVE mark was to transfer to the THRIVE mark to TNC for TNC's use.

22.     Upon information and belief, Ecomundi never used the THRIVE mark in commerce in connection with any goods.

23.     TNC was incorporated in Delaware on December 19, 2012.

24.     Upon information and belief, at the time TNC was incorporated, TNC did not offer for sale or sell any products, under the THRIVE mark or otherwise, in the United States.

**The '058 Application and the Improper Assignment to TNC**

25.     On September 11, 2012, Ecomundi filed intent-to-use Application Serial No. 85726058 for the mark THRIVE covering the following goods in Class 3 (the "'058 Application"):

> Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely facial lotions, cleansers and creams, body lotions, creams and oils for cosmetic use, skin moisturizers; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; pre-shaving preparations; after shave lotions and creams; non-medicated baby care products, namely baby lotions, creams, body cleansers, shampoos, gels and washes, diaper rash creams and ointments.

14

Exhibit 19
Page 132

26.     Alex G. McIntosh signed the '058 Application as the Chief Executive Officer of Ecomundi.

27.     The Notice of Allowance issued for the '058 Application on April 9, 2013.

28.     Reel/Frame 005123/0443-0446—recorded at the USPTO on October 10, 2013, contains a nunc pro tunc trademark assignment executed by Alex McIntosh, as the CEO of Ecomundi, on September 27, 2013 (the "Assignment")—states that, as of the purported effective date of May 23, 2013, Ecomundi assigned all right, title, and interest in the THRIVE trademark, including, in relevant part, the '058 Application to TNC.  A true and correct copy of the Assignment is attached as Exhibit 1.

29.     The Assignment states that TNC "is the successor to the business of the Assignor to which the Trademark pertains" and that Ecomundi and TNC "entered into the TECHNOLOGY ASSIGNMENT AGREEMENT dated May 23, 2013, regarding the transfer of all rights to the THRIVE trademark, which is incorporated herein by reference and made part of this agreement."  The Technology Assignment Agreement referenced in the Assignment is not included in the documents at Reel/Frame 005123/0443-0446 or elsewhere on TSDR or the Assignment database.

30.     The Assignment states that Ecomundi also assigned to TNC "the Trademark and the Applications, together with the good will associated therewith, that portion of the Assignor's ongoing and existing business to which the Trademarks pertain."

31.     The Assignment was purportedly effective when the '058 Application was still an intent-to-use application and before any statement of use had been filed.

32.     Upon information and belief, the THRIVE mark applied for in the '058 Application had not been used on any goods, including the Class 3 goods covered by the '058

15

Exhibit 19
Page 133

Application, and no goodwill had yet developed in the applied-for THRIVE mark at the time the

Assignment was executed (September 27, 2013) or purportedly effective (May 23, 2013).

33.     Even though the Assignment stated that TNC was the successor to the business of

the Assignor Ecomundi, an archive of Ecomundi's website from October 13, 2014 from the

Wayback Machine shows that Ecomundi was still involved in the business related to the

allegedly assigned THRIVE mark.  Specifically, the October 13, 2014 website capture attached

as Exhibit 2 contains a hyperlink labeled "Learn more about our investment in Thrive Natural

Care," which links to <www.thrivecare.co/>.  An excerpt of that capture is shown below:



**Ecomundi's Request to Divide the '058 Application and the Birth of the '517 Application**

34.     Before the Assignment was recorded with USPTO, Ecomundi filed a request for

extension of time to file a statement of use for the '058 Application on October 4, 2013.[1]  In this

---

[1] Upon information and belief, Alex McIntosh is the CEO and founder of both Ecomundi and TNC.  The
October 4, 2013 request for extension of time filed in connection with the '058 Application on October
4, 2013 listed Ecomundi as the current owner of the '058 Application and TNC as the proposed

Exhibit 19
Page 134

filing, Ecomundi proposed that Thrive Natural Care, Inc., of 42 Darrell Place, San Francisco,

California 94133 be the new owner of the '058 Application.

35.      On October 4, 2013, TNC filed a request to divide the '058 Application.

Alex G. McIntosh signed the request and alleged that the following goods were in use as of

September 5, 2013:

> Non-medicated skin care preparations, namely facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams.

36.      In the October 4, 2013 request to divide, McIntosh also alleged that the following

goods remained under the Section 1(b) intent-to-use basis:

> Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely body lotions; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; non-medicated baby care products, namely baby lotions, creams, body cleansers, shampoos, gels and washes, diaper rash creams and ointments.

37.      On November 5, 2013, the USPTO processed TNC's request to divide the '058

Application, after which time the '058 Application covered only the following goods in Class 3:

> Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely, body lotions; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; non-medicated baby care products, namely, baby lotions, creams, body cleansers, shampoos, gels and washes, diaper rash creams and ointments

---

owner.  Although Alex McIntosh signed the request for extension of time, it is unclear whether he signed on behalf of Ecomundi or TNC.  Considering that TNC is the current owner of Registration No. 4467942, which matured from the divided '058 Application (discussed in Paragraphs 35-39), and that Ecomundi had already assigned the '058 Application to TNC (albeit invalidly), Le-Vel assumes, for the purposes of this pleading, that McIntosh intended to sign the October 4, 2013 request for extension of time on behalf of TNC.

Exhibit 19
Page 135

38.     After five extensions of time to file a statement of use were filed, the '058 Application covering the personal care products listed in Paragraph 37 was abandoned on May 16, 2016, for failure to file a statement of use.

39.     The October 4, 2013 request to divide also created the child Application Serial No. 85980517 covering the following goods in Class 3 (the "'517 Application"):

> Non-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams.

40.     The '517 Application matured into Registration No. 4467942 (the "'942 Registration") on January 14, 2014.

### **TNC's Fraudulent Claim that Use of THRIVE Began on September 5, 2013**

41.     Upon information and belief, Ecomundi (TNC's alleged predecessor in interest) has never used the THRIVE mark in connection with any goods it has offered, advertised, sold, or transported in commerce which may lawfully be regulated by Congress.

42.     Upon information and belief, TNC did not use the THRIVE mark in commerce on any of the goods identified in the '517 Application until at least January 2014, long after TNC's alleged September 5, 2013 first use-in-commerce date.

43.     Upon information and belief, TNC only alleged a September 5, 2013 first use date in an attempt to retroactively validate the Assignment (which was executed on September 27, 2013) and not because the THRIVE mark covered by the '517 Application was in use on September 5, 2013.

44.     On TNC's LinkedIn page, available at https://www.linkedin.com/company/thrive-natural-care, the "About Us" section states that TNC brought its products to markets "in 2014."

18

Exhibit 19
Page 136

A true and correct copy of TNC's LinkedIn page showing the "About Us" section is attached as Exhibit 3.

45.     TNC's website is located at <thrivecare.co>, as indicated from the specimen that TNC submitted on January 13, 2020 for the '942 Registration.  A true and correct copy of the specimen is attached as Exhibit 4 and an excerpt of that capture is shown below:



46.     WhoIs domain name records indicate that TNC's website domain name, thrivecare.co, was not created or registered until January 8, 2014.  A true and correct copy of the WhoIs domain name records showing the thrivcare.co domain was not created or registered until January 8, 2014 is attached as Exhibit 5 and an excerpt of that capture is shown below:

Whois Record ( last updated on 2021-03-20 )

Domain Name: thrivecare.co
Registry Domain ID: D52886047-CO
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: whois.godaddy.com
Updated Date: 2021-01-13T18:26:42+00:00
          2021-01-13
Creation Date: 2014-01-08T23:58:03+00:00
          2014-01-08
Registrar Registration Expiration Date: 2022-01-07T23:59:59+00:00
          2022-01-07
Registrar: GoDaddy.com, LLC
Sponsoring Registrar IANA ID: 146
Registrar Abuse Contact Email:  abuse@godaddy.com

19

Exhibit 19
Page 137

47.     The earliest Wayback Machine capture of TNC's thrivecare.co website was

captured on November 18, 2014.  A true and correct copy of that capture is attached as Exhibit 6.

48.     TNC's Twitter page, available at https://twitter.com/thrivecare, was not created

until January 2014.  A true and correct copy of an excerpt of TNC's Twitter page, which shows

the date the page was created, is attached as Exhibit 7.  An excerpt from TNC's Twitter page is

shown below:



49.     TNC's Facebook page, available at https://www.facebook.com/thrivecare/, was

not created until January 12, 2014.  A true and correct copy of an excerpt of TNC's Facebook

page, which shows the date the page was created, is attached as Exhibit 8.  A true and correct

copy of an excerpt from TNC's Facebook page is shown below:

20

Exhibit 19
Page 138



50.     The oldest post on TNC's Instagram page, available at

https://www.instagram.com/thrivenaturalcare/, is dated October 1, 2014.  This Instagram post

includes what appears to be a photograph of a check and the caption "Check: check. Or [sic]

check list is only just beginning," implying that TNC received a check for the sale of its first

THRIVE-branded product sometime shortly before or on October 1, 2014.  A true and correct

copy of the first post on TNC's Instagram page dated October 1, 2014 is attached as Exhibit 9

and shown below.

21

Exhibit 19
Page 139



**TNC's Fraudulent Identification of and Lack of "Non-Medicated Skin Care Preparations"**

51.     As explained above in Paragraph 34, the '517 Application (which matured into the '942 Registration) covered the following Class 3 goods:

> Non-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams

52.     TNC's initial product offering, which, upon information and belief, occurred sometime in January 2014, was limited solely to "pre-shaving preparations" and "after shave lotions and creams," and did not include "[n]on-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers."

53.     Specifically, the first Wayback Machine archived capture of TNC's website, dated November 18, 2014, shows that TNC's website contained only three goods available for purchase: (1) a post-shave Face Balm, which "reduces irritation after shaving and protects all

22

Exhibit 19
Page 140

skin types; (2) a pre-shave Face Wash, "a remarkable gel removes dirt, oil, sweat, and other impurities;" and (3) a pre-shave Shave Oil, "just a little of this premium oil gives an ultra-close shave every time." *See* Exhibit 6.

54.    None of these products were facial lotions, facial creams, creams for cosmetic use, or skin moisturizers.  Rather, they were men's grooming products.

55.    TNC knew that its initial three-product offering was limited exclusively to men's grooming products, namely "pre-shaving preparations" and "after shave lotions and creams," as TNC's advertised its products as men's grooming and shaving products.  *See* Exhibit 6.

56.    For example, TNC used the tagline A BETTER WAY TO GROOM together with its first three products and described its company as one specifically aimed at providing high-quality men's grooming products, *not* non-medicated skincare preparations.  As stated by TNC itself on its website at least as on November 18, 2014 (which is the earliest date a page from TNC's website is archived on web.archive.org):

> We think guys can do better than the stuff that dominates the market for men's grooming.  Something without synthetics that restores skin naturally.  Something with real personality.
>
> So we traveled to an amazing place—the rainforests and family farms of Costa Rica—to source the highest quality, sustainably-harvested botanical ingredients for superior face care.  After more than fifteen months of research and refining, we're proud to present to you Thrive Natural Care.
>
> **Welcome to a better way to groom**.

*See* Exhibit 6.

57.    Other than the three products shown on TNC's website on November 18, 2014 (the post-shave Face Balm, pre-shave Face Wash, and pre-shave Shave Oil), upon information and belief, TNC did not offer, and had not before offered, any other products in connection with the mark THRIVE.

58.     Despite offering no other products other than the three products—comprised entirely of "pre-shaving preparations" and "after shave lotions and creams"—with the THRIVE mark as of and before November 18, 2014, Alex McIntosh, as Co-Founder and CEO of TNC, still signed a sworn declaration in the October 4, 2013 Statement of Use, attesting to TNC's use of the THRIVE mark for all of the goods identified in what became the '517 Application, including "[n]on-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers," which TNC did not offer at least as of November 18, 2014, and not as of October 4, 2013 when TNC signed the declaration.[2]  A true and correct copy of the October 4, 2013 Statement of Use submitted for the '058 Application, which became the '517 Application after division, is attached as Exhibit 10.

59.     Upon information and belief, TNC knew such attestation in its October 4, 2013 Statement of Use was false when it was signed.

**TNC's Fraudulent Section 8 & 15 Filing in Connection with the '942 Registration**

60.     On January 13, 2020, Alex McIntosh, as Co-Founder and CEO of TNC, filed and signed the Combined Declaration of Use and Incontestability under Sections 8 & 15 with the USPTO in connection with Registration No. 4467942.

61.     In this Declaration, McIntosh declared that:

"For International Class 003, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Non-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of

_____

[2] At the time the Statement of Use was filed on October 4, 2013, the '517 Application had not formally been created by the USPTO (as the request to divide had also been filed on October 4, 2013).  The USPTO later accepted and formalized the request to divide, which created the '517 Application.  The Statement of Use submitted for the '058 Application appears in the prosecution history in the TSDR database for the '517 Application.

24

Exhibit 19
Page 142

registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services

(emphasis in original).  A true and correct copy of TNC's January 13, 2012 Combined Declaration of Use and Incontestability under Sections 8 & 15 is attached as Exhibit 11.

62.      At the time that TNC filed the Combined Declaration of Use and Incontestability, however, TNC had never offered at least the following goods in commerce in connection with the THRIVE mark: (1) Non-medicated skin care preparations, namely, facial lotions . . . and (2) creams, (3) creams . . . for cosmetic use.

63.      The June 30, 2019 Wayback Machine capture of TNC's website shows all of the products TNC was offering at the time.  A true and correct capture of the June 30, 2019 Wayback Capture of TNC's website is attached as Exhibit 12.  None of the products offered on TNC's website as of June 30, 2019 were "Non-medicated skin care preparations, namely, facial lotions;" "Non-medicated skin care preparations, namely, . . . creams;" or "creams for cosmetic use."

64.      None of the products on TNC's current website are "Non-medicated skin care preparations, namely, facial lotions;" "Non-medicated skin care preparations, namely, . . . creams;" or "creams for cosmetic use."  A true and correct capture of TNC's current website as of March 21, 2021 is attached as Exhibit 13.

### Le-Vel's Irreparable Harm Resulting from TNC's Fraud on the PTO

65.      On March 4, 2021, TNC asserted the '942 Registration against Le-Vel in a civil action filed in the Central District of California, claiming the Le-Vel has infringed on the trademark rights in THRIVE conferred to TNC by the '942 Registration.  On March 5, 2021, TNC sought a preliminary injunction against Le-Vel seeking to enjoin Le-Vel from continued use of its THRIVE SKIN mark for various skincare products.

25

Exhibit 19
Page 143

66.     In its March 4, 2021 pleading and March 5, 2021 motion for preliminary injunction, TNC relies on its September 11, 2012 filing date for the '942 Registration as its "constructive first use date" in its infringement claim against Le-Vel.

67.     Because TNC has committed fraud on the USPTO in obtaining this registration and filing a Declaration of Incontestability for this registration, which is now being offensively asserted against Le-Vel in federal district court, Le-Vel is unduly prejudiced by the continued registration of the fraudulent '942 Registration.

**Count One**
**Fraud in Obtaining Registration No. 4467942**

68.     Le-Vel repeats and realleges each and every allegation set forth in Paragraphs 1 through 67.

69.     On October 4, 2013, TNC filed a Statement of Use for the '517 Application, alleging that it "is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce" and alleging a first use and first-use-in-commerce date of September 5, 2013.

70.     Ecomundi was not using, and had not used, the THRIVE mark applied for in the '517 Application in U.S. commerce in connection with any of the identified goods in that application as of the alleged first use and first use-in-commerce date of September 5, 2013.

71.     TNC was not using, and had not used, the THRIVE mark applied for in the '517 Application in U.S. commerce in connection with any of the identified goods in that application as of the alleged first use and first use-in-commerce date of September 5, 2013.

Exhibit 19
Page 144

72.     TNC also was not using, and had not used, the THRIVE mark in U.S. commerce in connection with any of the identified goods on October 4, 2013, when the Statement of Use was filed.

73.     TNC knew that neither Ecomundi nor TNC had used the THRIVE mark in connection with any of the goods identified in the '517 Application as of the alleged September 5, 2013 first use and first use-in-commerce date when TNC signed the Statement of Use.

74.     TNC made the false material statements, identified above, with the intent to obtain the registration to which TNC was not entitled.

75.     TNC's false material statements were made knowingly and with the intent to deceive the PTO.

76.     The PTO relied on such knowingly false statements of material fact in approving the approving the Statement of Use and, subsequently, the '517 Application.

77.     Accordingly, TNC's Registration No. 4467942 was obtained fraudulently and is, as a result, invalid and void ab initio.  Registration No. 4467942 should be cancelled in its entirety.

**Count Two**
**Fraud, in the Alternative, in Obtaining Registration No. 4467942**

78.     Le-Vel repeats and realleges each and every allegation set forth in Paragraphs 1 through 77.

79.     On October 4, 2013, TNC filed a Statement of Use for the '517 Application, alleging that it "is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce" and alleging a first use and first-use-in-commerce date of September 5, 2013.

27

Exhibit 19
Page 145

80.     On October 4, 2013, when TNC filed the Statement of Use, neither Ecomundi nor TNC were using the THRIVE mark in connection with all of the goods and services in the '517 Application.  Specifically, neither Ecomundi nor TNC had used the THRIVE mark in connection with at least the following goods identified in the application: Non-medicated skin care preparations, namely, facial lotions; non-medicated skin care preparations, namely, facial creams; and creams for cosmetic use.

81.     TNC knew that neither Ecomundi nor TNC had ever used the THRIVE mark in connection with at least the goods identified in Paragraph 80 when TNC signed the Statement of Use.

82.     TNC made the false material statements, identified above, with the intent to obtain the registration to which TNC was not entitled.

83.     TNC's false material statements were made knowingly and with the intent to deceive the PTO.

84.     The PTO relied on such knowingly false statements of material fact in approving the Statement of Use and, subsequently, the '517 Application.

85.     Accordingly, TNC's Registration No. 4467942 was obtained fraudulently and is, as a result, invalid and void ab initio.  Registration No. 4467942 should be cancelled in its entirety.

## Count Three
## Void ab Initio for Improper Assignment of Intent-to-Use Application

86.     Le-Vel repeats and realleges each and every allegation set forth in Paragraphs 1 through 85.

87.     Upon information and belief, Ecomundi is a venture capital firm that is in the business of investing in companies and projects.

28

Exhibit 19
Page 146

88.     Upon information and belief, Ecomundi, as a venture capital firm, never had any intent to use the THRIVE mark in connection with the sale or transport of grooming (or other) products in U.S. commerce.

89.     Upon information and belief, Ecomundi's sole intent relating to the THRIVE mark was to transfer to the THRIVE mark to TNC for TNC's use.

90.     Upon information and belief, Ecomundi never used the THRIVE mark in commerce in connection with the applied-for goods.

91.     Ecomundi assigned the '517 Application to TNC while it was still an intent-to-use application.  Ecomundi did not file an allegation of use (either an amendment to allege use under 5 U.S.C. §1051(c) or a statement of use under 15 U.S.C. §1051(d)) before the Assignment.

92.     Ecomundi executed a nunc pro tunc agreement purporting to assign the THRIVE mark, attendant goodwill, and any portion of the business to which the THRIVE mark pertained, to TNC on September 27, 2013, purportedly effective May 23, 2013.

93.     Upon information and belief, on May 23, 2013, the purported effective date of the Assignment, Ecomundi did not use, and had not used the THRIVE mark in commerce in connection with any of the goods identified in the '517 Application, nor did Ecomundi intend to do so.  Consequently, as of the purported effective date of the Assignment, neither Ecomundi nor TNC had generated or amassed goodwill in the THRIVE mark capable of assignment.

94.     Upon information and belief, on September 27, 2013, the execution date of the Assignment, neither Ecomundi nor TNC used or had used the THRIVE mark in commerce in connection with any of the goods identified in the '517 Application, and Ecomundi had no intention to do so.  Consequently, as of the execution date of the Assignment, neither Ecomundi nor TNC had generated or amassed any goodwill in the THRIVE mark capable of assignment.

Exhibit 19
Page 147

95.     Without any use of the mark by Ecomundi, and considering Ecomundi's lack of intent to use the THRIVE mark in connection with the sale or transport of the applied-for goods in U.S. commerce, no goodwill developed in the THRIVE mark.  Therefore, when Ecomundi (lacking the intent to use the THRIVE mark in commerce) transferred the THRIVE mark to TNC before use of the mark had begun, the transfer was void ab initio.

96.     Even if Ecomundi intended to use the THRIVE mark in commerce, such intent does not constitute bona fide use of the mark such that goodwill could be created in the mark.  In the absence of any goodwill to transfer, the transfer of the THRIVE mark prior to the filing of the statement of use was void ab initio.

97.     Upon information and belief, Ecomundi and TNC knew that Ecomundi did not intend to use the THRIVE mark in connection with the identified goods and that Ecomundi had not generated any goodwill in the THRIVE mark prior to the purported effective date of the Assignment.

98.     Upon information and belief, Ecomundi and TNC knew that neither Ecomundi nor TNC had generated any goodwill in the THRIVE mark prior to the execution date of the Assignment.

99.     Upon information and belief, TNC was not, in fact, a successor to Ecomundi's business or the portion of the business to which the THRIVE mark pertained, because Ecomundi lacked a business to which the THRIVE mark pertained.

100.    Accordingly, Registration No. 4467942 is void ab initio pursuant to Section 10 of the Trademark Act, 15 U.S.C. §1060 and should be cancelled in its entirety.

Exhibit 19
Page 148

**Count Four**

**Fraud in Connection with TNC's Combined Declaration of Use and Incontestability under Sections 8 & 15 for Registration No. 4467942**

101.    Le-Vel repeats and realleges each and every allegation set forth in Paragraphs 1 through 100.

102.    On January 13, 2020, Alex McIntosh, as Co-Founder and CEO of TNC, filed and signed the Combined Declaration of Use and Incontestability under Sections 8 & 15 with the USPTO in connection with Registration No. 4467942 and declared that:

> "For International Class 003, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Non-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services

(emphasis in original).

103.    At the time that TNC filed the Combined Declaration of Use and Incontestability, however, TNC had never used the THRIVE mark in commerce in connection with at least the following goods identified in its registration: (1) Non-medicated skin care preparations, namely, facial lotions . . . and (2) creams, (3) creams . . . for cosmetic use.

104.    TNC knew that it had never used the THRIVE mark in connection with at least the goods identified in Paragraph 103 when it signed the Combined Declaration of Use and Incontestability.

105.    TNC made the false material statements, identified above, with the intent to maintain the registration to which TNC was not entitled.

31

Exhibit 19
Page 149

106. TNC's false material statements were made knowingly and with the intent to deceive the PTO.

107. The PTO relied on such knowingly false statements of material fact in approving the Combined Declaration of Use and Incontestability.

108. Accordingly, TNC's Registration No. 4467942 was maintained fraudulently and is, as a result, invalid and void ab initio. Registration No. 4467942 should be cancelled in its entirety.

WHEREFORE, Le-Vel believes that it is being and will continue to be damaged by the continued registration of the THRIVE mark shown in Registration No. 4467942 and respectfully requests that this petition to cancel be sustained and that Registration No. 4467942 be cancelled.

A filing fee has been submitted electronically. If the filing fee is found to be insufficient for any reason, please charge such deficiency to Deposit Account No. 06-0916.

Respectfully submitted,

Dated: March 22, 2021
By:  / Mark Sommers / _____

Mark Sommers
Patrick J. Rodgers
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone: (202) 408-4000

Morgan E. Smith
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone: (650) 849-6600

docketing@finnegan.com
mark.sommers@finnegan.com
morgan.smith@finnegan.com
patrick.rodgers@finnegan.com
TTAB-Legal-Assistants@finnegan.com

32

Exhibit 19
Page 150

Petition for Cancellation
Mark:  THRIVE
Registration No. 4467942

# Exhibit 1

Exhibit 19
Page 151

**900267831   10/02/2013**

| TRADEMARK ASSIGNMENT |
| :---: |

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
| --- | --- |
| NATURE OF CONVEYANCE: | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
| --- | --- | --- | --- |
| Ecomundi Ventures, LLC | | 09/27/2013 | LIMITED LIABILITY COMPANY: CONNECTICUT |

**RECEIVING PARTY DATA**

| | |
| --- | --- |
| Name: | Thrive Natural Care, Inc. |
| Street Address: | 42 Darrell Place |
| City: | San Francisco |
| State/Country: | CALIFORNIA |
| Postal Code: | 94133 |
| Entity Type: | CORPORATION: DELAWARE |

**PROPERTY NUMBERS** Total: 2

| Property Type | Number | Word Mark |
| --- | --- | --- |
| Serial Number: | 85726058 | THRIVE |
| Serial Number: | 85726062 | THRIVE |

**CORRESPONDENCE DATA**

Fax Number:      4156932222

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent via US Mail.*

Phone:               415 693 2171
Email:                rsingh@cooley.com
Correspondent Name:   Ariana G. Hiscott, Cooley LLP
Address Line 1:      1299 Pennsylvania Ave NW, Suite 700
Address Line 4:      Washington, DISTRICT OF COLUMBIA   20004

| ATTORNEY DOCKET NUMBER: | 313705-20000 |
| --- | --- |
| NAME OF SUBMITTER: | Ariana G. Hiscott |
| Signature: | /Ariana G. Hiscott/ |

85726058

CH  $65.00

**TRADEMARK**

| Date: | 10/02/2013 |
|---|---|

Total Attachments: 2
source=EMV-Thrive Nunc_Pro_Tunc_Intent_to_Use_Assignment_-_Sept_27_2013#page1.tif
source=EMV-Thrive Nunc_Pro_Tunc_Intent_to_Use_Assignment_-_Sept_27_2013#page2.tif

**TRADEMARK**
**REEL: 005123 FRAME: 0444**

Exhibit 19
Page 153

**NUNC PRO TUNC TRADEMARK ASSIGNMENT**

This Trademark Assignment ("Assignment") is effective as of May 23, 2013 by and between Ecomundi Ventures, LLC (the "Assignor"), a Connecticut limited liability company having an address of 42 Darrell Place San Francisco, California 94133 and Thrive Natural Care, Inc. (the "Assignee"), a Delaware corporation having an address of 42 Darrell Place San Francisco, California 94133 (collectively the "Parties").

WHEREAS, Assignor has adopted, used, and/or intends to use, and is the owner of the trademark THRIVE for the goods and services identified in Schedule A hereto (the "Trademark") and the corresponding United States trademark applications identified on Schedule A hereto.

WHEREAS, Assignor had a bona fide intent to use the Trademark in U.S. commerce at the time of filing of the Applications with the U.S. Patent and Trademark Office and has maintained a bona fide intent to use the Trademark since that time for the corresponding goods and services;

WHEREAS, Assignee is the successor to the business of the Assignor to which the Trademark pertains and the Parties have entered into the TECHNOLOGY ASSIGNMENT AGREEMENT dated May 23, 2013, regarding the transfer of all rights to the THRIVE trademark, which is incorporated herein by reference and made part of this agreement; and

WHEREAS, for the avoidance of doubt, Assignor and Assignee wish to enter into an agreement regarding the rights to the THRIVE trademark in the United States;

NOW, THEREFORE, in consideration of the foregoing promises and the mutual covenants contained herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor does hereby assign, transfer, and convey to Assignee as the successor to the business of Assignor as set forth above, all right, title, and interest in the United States in and to the Trademark and the Applications, together with the good will associated therewith, that portion of the Assignor's ongoing and existing business to which the Trademarks pertain, and all rights and causes of action accrued, accruing, and to accrue under and by virtue hereof, including the right to sue and recover for past infringement, and to receive all damages, payments and costs and fees associated therewith.

.

Assignor:  ECOMUNDI VENTURES, LLC, by its
authorized representative:

Signature: _____

Name:  Alex McIntosh, CEO_____

Date: September 27, 2013_____

1335900 v1/SF

Exhibit 19
Page 154

**TRADEMARK
REEL: 005123 FRAME: 0445**

**SCHEDULE A**

| Mark | U.S. Serial No. | Filed | Class | Goods |
|------|-----------------|-------|-------|-------|
| THRIVE | 85726058 | September 11, 2012 | 03 | Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely facial lotions, cleansers and creams, body lotions, creams and oils for cosmetic use, skin moisturizers; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; pre-shaving preparations; after shave lotions and creams; non-medicated baby care products, namely baby lotions, creams, body cleansers, shampoos, gels and washes, diaper rash creams and ointments |
| THRIVE | 85726062 | September 11, 2012 | 05 | Medicated skin care products, namely, creams, lotions and oils; medicated hair care, namely, shampoos and creams; medicated facial cleansers, hand and body washes; medicated sunscreens and sunburn lotions; medicated lip creams and balms |

1335900 v1/SF

Exhibit 19
Page 155

**TRADEMARK**
**REEL: 005123 FRAME: 0446**

**RECORDED: 10/02/2013**

Petition for Cancellation
Mark:  THRIVE
Registration No. 4467942

# Exhibit 2

Exhibit 19
Page 156

http://www.ecomundiventures.com/ecomundi-ventures/    Go

28 captures
21 Mar 2011 – 17 Feb 2020

JUN **OCT** JAN
◀ **13** ▶
2012 **2014** 2018

About this capture





**Ecomundi Ventures has two focus areas:**

### *Reinventing personal care to improve human health and the planet*

The vast majority of "personal care" products are an oxymoron.  Neither personal, nor caring.  Most contain synthetic ingredients that are unhealthy for our bodies and for the environment.  Typically manufactured by conventional corporations with bland brands and packaging.

Ecomundi Ventures has partnered with entrepreneurs, scientists, investors and retailers to reinvent personal care so that human health and the planet benefit in a remarkable, fun, inspiring way.  Learn more about our investment in Thrive Natural Care.

### *Tackling the toughest water problems by catalyzing the world's best entrepreneurs*

Our innovative impact investment fund is focused on water, and blends traditional and philanthropic capital to dramatically improve the way society uses, manages, and stewards its water resources around the world.

Our team brings over one hundred seventy-five years of leadership experience in the water sector.

We partner with water-focused organizations to find early stage investment opportunities offering the greatest combination of environmental + financial return, and then work closely with our portfolio company entrepreneurs to help them commercialize their water solutions for maximum impact.

Key areas of water focus include sustainable supply, human & ecosystem health, infrastructure integrity, and waste to value.

© 2009-2014 Ecomundi Ventures, LLC

Petition for Cancellation
Mark:  THRIVE
Registration No. 4467942

# Exhibit 3

Exhibit 19
Page 158



Thrive Natural Care in Worldwide

Join now    **Sign in**



## Thrive Natural Care

Consumer Goods

San Francisco, California  ·  159 followers

Skincare Powered By Regenerative Plants

**Follow**

 **View all 9 employees**

---

# About us

Headquartered in San Francisco, California, Thrive Natural Care works in tandem with a passionate team of rural farmers in Costa Rica to develop native plants-based grooming products utilizing premium organic resources, without any synthetic colors, fragrances, or ingredients. Founded in 2013, the company conducted extensive R&D in Costa Rican ecosystems to appropriately source premium ingredients before bottling them up as a powerful and healthy skincare line for markets in 2014. Made especially for people with sensitive or active-lifestyle skin, the new-to-market plant oils found in Thrive products contain skin-protecting antioxidants and raw ingredients that reduce inflammation and irritation better than conventional synthetic ingredients. The products are currently available online at www.thrivecare.co and through a partnership with Amazon, as well as Whole Foods Markets in California.

| Website | http://www.thrivecare.co |
|---|---|
| Industries | Consumer Goods |

| | |
|---|---|
| **Company size** | 11-50 employees |
| **Headquarters** | San Francisco, California |
| **Type** | Privately Held |
| **Founded** | 2012 |
| **Specialties** | premium grooming products, high performance natural shave/skin care, and 'beyond sustainability' business model |

## Locations

Primary

25 Taylor St
San Francisco, California, US

**Get directions** ⬈

## Employees at Thrive Natural Care

 **Brandon Boothe**
-

 **Ryan Frederick**
Sales Director at Thrive Natural Sales

 **Alex McIntosh**
co-founder & ceo at Thrive Natural Care

 **Laura Arce Aita**
Founding Director of Product R&D Thrive Natural Care / Co-owner Laita Cosmetics

**See all employees**

## Updates

 **Thrive Natural Care**
159 followers
9mo

[https://angel.co/l/2sQTyF](https://angel.co/l/2sQTyF)



eCommerce & Customer Success Manager at Thrive Natural Care • San Francisco •...
angel.co

4 Likes

👍 Like      💬 Comment      ➡ Share

## Join now to see what you are missing

✓ Find people you know at Thrive Natural Care

✓ Browse recommended jobs for you

✓ View all updates, news, and articles

Join now

## Similar pages



**GoPass**

Telecommunications

San Jose, Costa Rica region



**Singularities**

Logistics and Supply Chain

Saratoga, California



**Leaf Grow**

Marketing and Advertising

Newcastle upon Tyne, England

**GuardLab**

Health, Wellness and Fitness

Farmingdale, New York

Show more similar pages ⌄

# Browse jobs

## Intern jobs

141 open jobs

Linked**in**   © 2021

Accessibility

Privacy Policy

Copyright Policy

Guest Controls

Language ⌄

About

User Agreement

Cookie Policy

Brand Policy

Community Guidelines

Exhibit 19
Page 162

Petition for Cancellation
Mark:  THRIVE
Registration No. 4467942

# Exhibit 4

Exhibit 19
Page 163



Exhibit 19
Page 164



Secure https://thrivecare.co/collections/all/products/face-wash

THRIVE

PRODUCTS MISSION POWERFUL PLANTS SKIN HEALTH BLOG CONTACT SIGN IN 0

# FACE WASH - 3.38FL.OZ.(100ML)

★★★★★ 158 reviews

$ 11.65

Subscribe and Save!

ONE-TIME PURCHASE

SUBSCRIBE & SAVE 15% ($ 9.90)

ADD TO CART

Product Description | Our Commitments

This natural cleanser is an excellent start to your day or a great post-adventure refresh for your face. It removes dirt, SPF, oil, and sweat from your face, leaving it feeling clean, fresh, hydrated, and healthy. The plant-powered formula avoids drying the skin and keeps you looking vibrant throughout the day.

Share:

Petition for Cancellation
Mark:  THRIVE
Registration No. 4467942

# Exhibit 5

Exhibit 19
Page 166

Case 2:21-cv-02022-DOC-KES   Document 22-3   Filed 03/22/21   Page 187 of 264   Page ID
#:1190

Home  >  Whois Lookup  >  ThriveCare.co

# Whois Record for ThriveCare.co

**— Domain Profile**

| | |
|---|---|
| **Registrant** | REDACTED FOR PRIVACY (DT) |
| **Registrant Org** | Thrive Natural Care, Inc. |
| **Registrant Country** | us |
| **Registrar** | GoDaddy.com, LLC<br>IANA ID: 146<br>URL: whois.godaddy.com<br>Whois Server: whois.godaddy.com<br>abuse@godaddy.com<br>(p) 14806242505 |
| **Registrar Status** | clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 2,628 days old<br>Created on 2014-01-08<br>Expires on 2022-01-07<br>Updated on 2021-01-13 |
| **Name Servers** | NS05.DOMAINCONTROL.COM (has 59,012,045 domains)<br>NS06.DOMAINCONTROL.COM (has 59,012,045 domains) |
| **Tech Contact** | REDACTED FOR PRIVACY (DT)<br>REDACTED FOR PRIVACY<br>REDACTED FOR PRIVACY,<br>REDACTED FOR PRIVACY, REDACTED FOR PRIVACY, REDACTED FOR PRIVACY, REDACTED FOR PRIVACY<br>(p) x  (f) x |
| **IP Address** | 23.227.38.74 - 2,754,256 other sites hosted on this server |
| **IP Location** | 🇨🇦 - Ontario - Ottawa - Shopify Inc. |

| ASN | 🇨🇦 AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) | |
|---|---|---|
| **Hosting History** | 1 change on 2 unique name servers over 7 years | ➦ |

**– Website**

| **Website Title** | None given. | ➦ |
|---|---|---|

**Whois Record ( last updated on 2021-03-20 )**

```
Domain Name: thrivecare.co
Registry Domain ID: D52886047-CO
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: whois.godaddy.com
Updated Date: 2021-01-13T18:26:42+00:00
        2021-01-13
Creation Date: 2014-01-08T23:58:03+00:00
        2014-01-08
Registrar Registration Expiration Date: 2022-01-07T23:59:59+00:00
        2022-01-07
Registrar: GoDaddy.com, LLC
Sponsoring Registrar IANA ID: 146
Registrar Abuse Contact Email:  abuse@godaddy.com
Registrar Abuse Contact Phone: 14806242505
Status:
        clientDeleteProhibited
        clientRenewProhibited
        clientTransferProhibited
        clientUpdateProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY (DT)
Registrant Organization: Thrive Natural Care, Inc.
Registrant Street: REDACTED FOR PRIVACY
        REDACTED FOR PRIVACY
        REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: California
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: us
Registrant Phone:
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: REDACTED FOR PRIVACY (DT)
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY (DT)
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
        REDACTED FOR PRIVACY
        REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone:
Admin Phone Ext:
```

```
Admin Fax:
Admin Fax Ext:
Admin Email: REDACTED FOR PRIVACY (DT)
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY (DT)
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
        REDACTED FOR PRIVACY
        REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone:
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: REDACTED FOR PRIVACY (DT)
Registry Billing ID:
Billing Name:
Billing Organization:
Billing Street:
Billing City:
Billing State/Province:
Billing Postal Code:
Billing Country:
Billing Phone:
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email:
Nameservers:
        ns05.domaincontrol.com
        ns06.domaincontrol.com
DNSSEC: unsigned
```



DomainTools Iris
More data. Better context.
Faster response.
Learn More

**Tools**

| Hosting History |  |
| --- | --- |
| Monitor Domain Properties | ▼ |
| Reverse IP Address Lookup | ▼ |
| Network Tools | ▼ |
| Buy This Domain ▾ |  |
| Visit Website |  |

| ⬇ Preview the Full Domain Report |
|---|



| View Screenshot History |
|---|

**Available TLDs**

| **General TLDs** | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

    Taken domain.
    Available domain.
    Deleted previously owned domain.

| ThriveCare.com | View Whois |
|---|---|
| ThriveCare.net | View Whois |
| ThriveCare.org | View Whois |
| ThriveCare.info | Buy Domain |
| ThriveCare.biz | Buy Domain |
| ThriveCare.us | View Whois |

    ⧉    f    🐦    in

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice
Do Not Sell My Personal Information      © 2021 DomainTools

Petition for Cancellation
Mark:  THRIVE
Registration No. 4467942

# Exhibit 6

Exhibit 19
Page 171









Exhibit 19
Page 173

Petition for Cancellation
Mark:  THRIVE
Registration No. 4467942

# Exhibit 7

Exhibit 19
Page 174

3/22/2021









**Thrive Natural Care - Regenerative Skincare** @Thriv... · Sep 25, 2018 ···
There's indigenous wisdom in every bottle of Thrive Natural Care. Pictured here is Juanilama, a key ingredient in many of our natural formulas. The plant oil from the Juanilama leaf,... instagram.com/p/BoKLCc4h7LV/...

1 2

**Thrive Natural Care - Regenerative Skincare** @Thrive... · Aug 2, 2018 ···
From Farm To Face - Thrive Natural Care for Men: youtu.be/vxCLwxl_zEk?a via @YouTube

From Farm To Face - Thrive Natural Care for Men
youtube.com

2 2

**Thrive Natural Care - Regenerative Skincare** @Thrive... · Aug 2, 2018 ···
Comp 1: youtu.be/YnyQOGUhD7g?a via @YouTube

Comp 1
youtube.com

1

**Thrive Natural Care - Regenerative Skincare** @Thrive... · Jul 17, 2018 ···
Happy #PrimeDay If you're looking for one of the best all-natural products on Amazon, read the reviews and see why users love our Sensitive Skin Face Balm for Men. amzn.to/2LenfGp 26% Off Only today 4-10pm

**Thrive Natural Care - Regenerative Skincare** @Thrive... · Jul 17, 2018 ···
Happy #PrimeDay If you're looking for one of the best all-natural products on Amazon, read the reviews and see why users love our Sensitive Skin Face Wash for Men. amzn.to/2mn5NkG 26% Off Only today 4-10pm

**Thrive Natural Care - Regenerative Skincare** @Thrive... · Jul 17, 2018 ···
Happy #PrimeDay If you're looking for one of the best all-natural products on Amazon, read the reviews and see why users love our VIP Grooming Kit. amzn.to/2uuNq21 26% Off Only today 3-9pm

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Petition for Cancellation
Mark:  THRIVE
Registration No. 4467942

# Exhibit 8

Exhibit 19
Page 179







facebook

Email or Phone | Password | Log In
Forgot account?

Thrive Natural Care
@thrivecare

- Home
- Posts
- Reviews
- Videos
- Photos
- About
- Community

Create a Page

Like · Share · Suggest Edits · ···
Shop Now · Send Message

**Posts**

**Thrive Natural Care**
March 20 at 7:08 PM

Appreciating the Spring Equinox • longer days • more light •

2

Like · Comment · Share

**Thrive Natural Care**
March 18 at 9:14 PM

Our plant-based skincare has a light, natural scent that won't overwhelm, leaving you refreshed and feeling better after every use.

5

Like · Comment · Share

See All

**Videos**

**Thrive Natural Care**
Company
5 ★★★★★

**Community** — See All
2,683 people like this
2,734 people follow this

**About** — See All
Contact Thrive Natural Care on Messenger
www.thrivecare.co
Company

**Page Transparency** — See More
Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.
Page created - January 12, 2014

**People**
★★★★★
2,683 likes

**Related Pages**
- Pacuare Lodge Costa Rica — Hotel Resort
- Proraso USA — Health/Beauty
- Dyna-Glo — Product/Service
- Farm Star Living — Farm
- RubyFrost Apples — Food & Beverage Company

See More

**Pages Liked by This Page**
- Blissmo
- Gentlemen's Ave.
- San Francisco Chronicle
- Gents Quarter Barbershop
- The Gents Place

3/22/2021



See more of Thrive Natural Care on Facebook

Email or Phone

Password

**Log In**

Forgot account?

or

**Create New Account**

Not Now

Petition for Cancellation
Mark:  THRIVE
Registration No. 4467942

# Exhibit 9

Exhibit 19
Page 184

3/20/202... Case 2:21-cv-02022-DOC-KES Document 22-3 Filed 03/22/21 Page 205 of 264 Page ID #:1208

thrivenaturalcare on Instagram: "Check: check. Or check list is only just beginning."

# Instagram

Search

Log In  Sign Up



 thrivenaturalcare • Follow  • • •

 thrivenaturalcare Check: check. Or check list is only just beginning.

337w

   

4 likes

OCTOBER 1, 2014

Log In to like or comment.

More posts from **thrivenaturalcare**

  

g In to Instagram

g in to see photos and videos from friends and discover other accounts you'll love.

https://www.instagram.com/p/tmmDWyA86n/?igshid=1a5wf6s9k2j4k

Exhibit 19
Page 185

1/2

Universal natural Otto John on Instagram: Check to do 00:12 on Catalist is agry just beginning

# Instagram

Search                    Log In    Sign Up



Just the Beginning

See More Posts

About    Blog    Jobs    Help    API    Privacy    Terms    Top Accounts    Hashtags    Locations

English ∨      © 2021 Instagram from Facebook

g In to Instagram

g in to see photos and videos from friends and discover other accounts you'll love.

Petition for Cancellation
Mark:  THRIVE
Registration No. 4467942

# Exhibit 10

Exhibit 19
Page 187

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 10/31/2017)

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85726058 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 102 |
| **EXTENSION OF USE** | YES |
| **MARK SECTION** | |
| **MARK** | http://tess2.uspto.gov/ImageAgent/ImageAgentProxy?getImage=85726058 |
| **LITERAL ELEMENT** | THRIVE |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION (current)** | |
| **NAME** | Ecomundi Ventures, LLC |
| **STREET** | 42 Darrell Place |
| **CITY** | San Francisco |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 94133 |
| **COUNTRY** | United States |
| **OWNER SECTION (proposed)** | |
| **NAME** | Thrive Natural Care, Inc. |
| **STREET** | 42 Darrell Place |
| **CITY** | San Francisco |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 94133 |
| **COUNTRY** | United States |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 003 |
| **CURRENT IDENTIFICATION** | Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely facial lotions, cleansers and creams, body lotions, creams and oils for cosmetic use, skin moisturizers; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; pre-shaving preparations; after shave lotions and creams; non-medicated baby care products, namely baby lotions, creams, body cleansers, |

Exhibit 19
Page 188

| | shampoos, gels and washes, diaper rash creams and ointment |
|---|---|
| **GOODS OR SERVICES DELETED FROM THE APPLICATION OR INCLUDED IN A REQUEST TO DIVIDE** | Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely body lotions; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; non-medicated baby care products, namely baby lotions, creams, body cleansers, shampoos, gels and washes, diaper rash creams and ointments |
| **GOODS OR SERVICES IN USE IN COMMERCE** | Non-medicated skin care preparations, namely facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams |
| **FIRST USE ANYWHERE DATE** | 09/05/2013 |
| **FIRST USE IN COMMERCE DATE** | 09/05/2013 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT16\IMAGEOUT 16\859\805\85980517\LM2Copy\85726058\1\SOU13\SOU2. |
| **SPECIMEN DESCRIPTION** | photograph of the products showing the mark as used |
| **REQUEST TO DIVIDE** | YES |
| **GOOD(S)/SERVICE(S) IN USE** | Non-medicated skin care preparations, namely facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams (Class 03) |
| **GOOD(S)/SERVICES INTENT TO USE** | Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely body lotions; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; non-medicated baby care products, namely baby lotions, creams, body cleansers, shampoos, gels and washes, diaper rash creams and ointments (Class 03) |

## PAYMENT SECTION

| | |
|---|---|
| **NUMBER OF CLASSES IN USE** | 1 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 100 |
| **REQUEST TO DIVIDE FEE** | 100 |
| **NUMBER OF CLASSES REQUIRING NEW APPLICATION FEE** | 1 |
| **SUBTOTAL AMOUNT [NEW APPLICATION FEE]** | 325 |
| **TOTAL AMOUNT** | 525 |

## SIGNATURE SECTION

| | |
|---|---|
| **DECLARATION SIGNATURE** | /Alex G. McIntosh/ |
| **SIGNATORY'S NAME** | Alex G. McIntosh |
| **SIGNATORY'S POSITION** | CEO & founder |
| **DATE SIGNED** | 10/03/2013 |
| **REQUEST TO DIVIDE SIGNATURE** | /Ariana G. Hiscott/ |
| **SIGNATORY'S NAME** | Ariana G. Hiscott |
| **SIGNATORY'S POSITION** | Attorney of Record, California Bar Member |
| **DATE SIGNED** | 10/04/2013 |
| **SIGNATORY'S PHONE NUMBER** | 415-693-2171 |

Exhibit 19
Page 189

| AUTHORIZED SIGNATORY | YES |
|---|---|
| **FILING INFORMATION** | |
| SUBMIT DATE | Fri Oct 04 20:28:47 EDT 2013 |
| TEAS STAMP | USPTO/SOU-XXX.XXX.XXX.XX-20131004202847239499-8572 6058-500acbc31eb6f307d103 7cd198dcaf85fa7124ea3cb80 9610a339b7e19f58ccd4e1-DA -6746-2013100217235908822 6 |

Exhibit 19
Page 190

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 10/31/2017)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** THRIVE(Standard Characters, see http://tess2.uspto.gov/ImageAgent/ImageAgentProxy?getImage=85726058)
**SERIAL NUMBER:** 85726058
An Extension of Time form is being filed with the Allegation of Use.

The applicant, Thrive Natural Care, Inc., having an address of
    42 Darrell Place
    San Francisco, California 94133
    United States
is submitting the following allegation of use information:

For International Class 003:
Current identification: Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely facial lotions, cleansers and creams, body lotions, creams and oils for cosmetic use, skin moisturizers; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; pre-shaving preparations; after shave lotions and creams; non-medicated baby care products, namely baby lotions, creams, body cleansers, shampoos, gels and washes, diaper rash creams and ointments

This **allegation of use** does **NOT** cover the following goods/services listed in either the application or Notice of Allowance or as subsequently modified for this specific class; these goods/services are either being **permanently deleted or included in a Request to Divide:** Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely body lotions; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; non-medicated baby care products, namely baby lotions, creams, body cleansers, shampoos, gels and washes, diaper rash creams and ointments

The mark is in use in commerce on or in connection with the following goods/services listed in either the application or Notice of Allowance or as subsequently modified for this specific class: Non-medicated skin care preparations, namely facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers
The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 09/05/2013, and first used in commerce at least as early as 09/05/2013, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) photograph of the products showing the mark as used.
Specimen File1

**REQUEST TO DIVIDE**
The applicant is requesting to divide the application and specifies the following:
The following good(s) or service(s) is/are now in use: Non-medicated skin care preparations, namely facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams (Class 03)
The following good(s) or service(s) remain(s) under the Section 1(b), intent to use basis: Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely body lotions; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; non-medicated baby care products, namely baby lotions, creams, body cleansers, shampoos, gels and washes, diaper rash creams and ointments (Class 03)

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

A fee payment in the amount of $100 will be submitted with the form, representing payment for the request to divide fee.

A fee payment in the amount of $325 will be submitted with the form, representing payment for the new application fee for 1 class.

Exhibit 19
Page 191

**Declaration**

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements may jeopardize the validity of the form or any resulting registration, declares that he/she is properly authorized to execute this form on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /Alex G. McIntosh/      Date Signed: 10/03/2013
Signatory's Name: Alex G. McIntosh
Signatory's Position: CEO & founder

**Request to Divide Signature**


Signature: /Ariana G. Hiscott/    Date: 10/04/2013
Signatory's Name: Ariana G. Hiscott
Signatory's Position: Attorney of Record, California Bar Member

Signatory's Phone: 415-693-2171


RAM Sale Number: 85726058
RAM Accounting Date: 10/07/2013

Serial Number: 85726058
Internet Transmission Date: Fri Oct 04 20:28:47 EDT 2013
TEAS Stamp: USPTO/SOU-XXX.XXX.XXX.XX-201310042028472
39499-85726058-500acbc31eb6f307d1037cd19
8dcaf85fa7124ea3cb809610a339b7e19f58ccd4
e1-DA-6746-20131002172359088226

Exhibit 19
Page 192



Exhibit 19
Page 193

**FEE RECORD SHEET**

**Serial Number:**   85726058

**RAM Sale Number:  85726058**

**Total Fees:**      $525

**RAM Accounting Date:  20131007**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20131004 | $100 | 1 | $100 |
| Request to Divide (per new app.) | 7006 | 20131004 | | | $100 |
| New Application | 7001 | 20131004 | $325 | 1 | $325 |

**Transaction Date:**   20131004



Exhibit 19
Page 194

Petition for Cancellation
Mark:  THRIVE
Registration No. 4467942

# Exhibit 11

Exhibit 19
Page 195

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 4467942 |
| **REGISTRATION DATE** | 01/14/2014 |
| **SERIAL NUMBER** | 85980517 |
| **MARK SECTION** | |
| MARK | THRIVE (see, https://tmng-al.uspto.gov/resting2/api/img/85980517/large) |
| **ATTORNEY SECTION (current)** | |
| NAME | Tsan Abrahamson |
| ATTORNEY BAR MEMBERSHIP NUMBER | NOT SPECIFIED |
| YEAR OF ADMISSION | NOT SPECIFIED |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | NOT SPECIFIED |
| FIRM NAME | Cobalt LLP |
| INTERNAL ADDRESS | Building A21 |
| STREET | 918 Parker Street |
| CITY | Berkeley |
| STATE | California |
| POSTAL CODE | 94710 |
| COUNTRY | United States |
| PHONE | 510-841-9800 |
| FAX | 510-295-2401 |
| EMAIL | trademarks@cobaltlaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **ATTORNEY SECTION (proposed)** | |
| NAME | Travis Manfredi |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Cobalt LLP |
| STREET | 1912 Bonita Avenue |
| CITY | Berkeley |
| STATE | California |
| POSTAL CODE | 94704 |

Exhibit 19
Page 196

| COUNTRY | United States |
|---|---|
| PHONE | 510-841-9800 |
| FAX | 510-295-2401 |
| EMAIL | trademarks@cobaltlaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| DOCKET/REFERENCE NUMBER | THRIVE 03 |
| OTHER APPOINTED ATTORNEY | Tsan Abrahamson, Jessica Tam |

**CORRESPONDENCE SECTION (current)**

| NAME | Tsan Abrahamson |
|---|---|
| FIRM NAME | Cobalt LLP |
| INTERNAL ADDRESS | Building A21 |
| STREET | 918 Parker Street |
| CITY | Berkeley |
| STATE | California |
| POSTAL CODE | 94710 |
| COUNTRY | United States |
| PHONE | 510-841-9800 |
| FAX | 510-295-2401 |
| EMAIL | trademarks@cobaltlaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

**CORRESPONDENCE SECTION (proposed)**

| NAME | Travis Manfredi |
|---|---|
| FIRM NAME | Cobalt LLP |
| STREET | 1912 Bonita Avenue |
| CITY | Berkeley |
| STATE | California |
| POSTAL CODE | 94704 |
| COUNTRY | United States |
| PHONE | 510-841-9800 |
| FAX | 510-295-2401 |
| EMAIL | trademarks@cobaltlaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| DOCKET/REFERENCE NUMBER | THRIVE 03 |

**GOODS AND/OR SERVICES SECTION**

| INTERNATIONAL CLASS | 003 |
|---|---|
| GOODS OR SERVICES | Non-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams |

Exhibit 19
Page 197

| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT17\IMAGEOUT 17\859\805\85980517\xml3\8150002.JPG |
|---|---|
| | \\TICRS\EXPORT17\IMAGEOUT 17\859\805\85980517\xml3\8150003.JPG |
| SPECIMEN DESCRIPTION | pages from registrant's online store |

### OWNER SECTION (current)

| NAME | THRIVE NATURAL CARE, INC. |
|---|---|
| STREET | 42 DARRELL PLACE |
| CITY | SAN FRANCISCO |
| STATE | California |
| ZIP/POSTAL CODE | 94133 |
| COUNTRY | United States |

### OWNER SECTION (proposed)

| NAME | THRIVE NATURAL CARE, INC. |
|---|---|
| STREET | 42 DARRELL PLACE |
| CITY | SAN FRANCISCO |
| STATE | California |
| ZIP/POSTAL CODE | 94133 |
| COUNTRY | United States |
| EMAIL | XXXX |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

### LEGAL ENTITY SECTION (current)

| TYPE | corporation |
|---|---|
| STATE/COUNTRY OF INCORPORATION | Delaware |

### PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| COMBINED §§ 8 & 15 FILING FEE PER CLASS | 325 |
| TOTAL FEE PAID | 325 |

### SIGNATURE SECTION

| SIGNATURE | /Alex McIntosh/ |
|---|---|
| SIGNATORY'S NAME | Alex McIntosh |
| SIGNATORY'S POSITION | Co-founder & CEO |
| DATE SIGNED | 01/12/2020 |
| SIGNATORY'S PHONE NUMBER | 510-841-9800 |
| PAYMENT METHOD | DA |

### FILING INFORMATION

| SUBMIT DATE | Mon Jan 13 03:24:42 EST 2020 |
|---|---|

Exhibit 19
Page 198

| | |
|---|---|
| **TEAS STAMP** | USPTO/S08N15-XXX.XXX.XX.X XX-20200113032442552951-4 467942-70089506a637a5f11e 7a21c91ba36278b2c7709282c bf3b6c28ddb2473a7a06856-D A-24423788-20200109171007 823724 |

Exhibit 19
Page 199

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

## Combined Declaration of Use and Incontestability under Sections 8 & 15
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 4467942
**REGISTRATION DATE:** 01/14/2014

**MARK:** THRIVE

The owner, THRIVE NATURAL CARE, INC., a corporation of Delaware, having an address of
    42 DARRELL PLACE
    SAN FRANCISCO, California 94133
    United States
    XXXX (authorized)
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 003, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Non-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) pages from registrant's online store.

Specimen File1
Specimen File2

The applicant's current attorney information: Tsan Abrahamson. Tsan Abrahamson of Cobalt LLP, is located at

    Building A21
    918 Parker Street
    Berkeley, California 94710
    United States

The phone number is 510-841-9800.

The fax number is 510-295-2401.

The email address is trademarks@cobaltlaw.com

The applicants proposed attorney information: Travis Manfredi. Other appointed attorneys are Tsan Abrahamson, Jessica Tam. Travis Manfredi of Cobalt LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

    1912 Bonita Avenue
    Berkeley, California 94704
    United States
The docket/reference number is THRIVE 03.

The phone number is 510-841-9800.

The fax number is 510-295-2401.

The email address is trademarks@cobaltlaw.com

Exhibit 19
Page 200

Travis Manfredi submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current correspondence information: Tsan Abrahamson. Tsan Abrahamson of Cobalt LLP, is located at

>Building A21
>918 Parker Street
>Berkeley, California 94710
>United States

The phone number is 510-841-9800.

The fax number is 510-295-2401.

The email address is trademarks@cobaltlaw.com

The applicants proposed correspondence information: Travis Manfredi. Travis Manfredi of Cobalt LLP, is located at

>1912 Bonita Avenue
>Berkeley, California 94704
>United States

The docket/reference number is THRIVE 03.

The phone number is 510-841-9800.

The fax number is 510-295-2401.

The email address is trademarks@cobaltlaw.com

A fee payment in the amount of $325 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

☑ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

☑ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

☑ The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under 15 U.S.C. § 1062(c), and is still in use in commerce on or in connection with all goods/services, or to indicate membership in the collective membership organization, listed in the existing registration.

☑ There has been no final decision adverse to the owner's claim of ownership of such mark for such goods/services, or to indicate membership in the collective membership organization, or to the owner's right to register the same or to keep the same on the register.

☑ There is no proceeding involving said rights pending and not finally disposed of either in the United States Patent and Trademark Office or in a court.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Alex McIntosh/   Date: 01/12/2020
Signatory's Name: Alex McIntosh
Signatory's Position: Co-founder & CEO
Signatory's Phone: 510-841-9800

Exhibit 19
Page 201

Mailing Address **(current):**
  Cobalt LLP
  918 Parker Street
  Berkeley, California 94710

Mailing Address **(proposed):**
  Cobalt LLP
  1912 Bonita Avenue
  Berkeley, California 94704


Serial Number: 85980517
Internet Transmission Date: Mon Jan 13 03:24:42 EST 2020
TEAS Stamp: USPTO/S08N15-XXX.XXX.XX.XXX-202001130324
42552951-4467942-70089506a637a5f11e7a21c
91ba36278b2c7709282cbf3b6c28ddb2473a7a06
856-DA-24423788-20200109171007823724

Exhibit 19
Page 202



Exhibit 19
Page 203



Secure https://thrivecare.co/collections/all/products/face-wash

THRIVE

PRODUCTS MISSION POWERFUL PLANTS SKIN HEALTH BLOG CONTACT SIGN IN 0

# FACE WASH - 3.38FL.OZ.(100ML)

★★★★★ 158 reviews

$ 11.65

**Subscribe and Save!**

- ONE-TIME PURCHASE
- SUBSCRIBE & SAVE 15% ($ 9.90)

ADD TO CART

Product Description | Our Commitments

This natural cleanser is an excellent start to your day or a great post-adventure refresh for your face. It removes dirt, SPF, oil, and sweat from your face, leaving it feeling clean, fresh, hydrated, and healthy. The plant-powered formula avoids drying the skin and keeps you looking vibrant throughout the day.

Share:

## ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:**   4467942

**Serial Number:**   85980517

**RAM Sale Number:  4467942**

**RAM Accounting Date:  20200113**

**Total Fees:**      $325

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20200113 | $125 | 1 | 1 | $125 |
| §15 affidavit | 7208 | 20200113 | $200 | 1 | 1 | $200 |

Physical Location: 700  - INTENT TO USE SECTION

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**      20200113



Exhibit 19
Page 205

Petition for Cancellation
Mark:  THRIVE
Registration No. 4467942

# Exhibit 12

Exhibit 19
Page 206



All   Clean   Kits & Gifts   New Products   Restore   Shave & Beard

**SUBSCRIBE**

SIGN UP for 15% off. Info & exclusive deals

Enter your email address...

SIGN UP



Daily Defense Sunscreen Balm with SPF 30 - 2.0 Fl. Oz. (60 ML)

Daily Defense Sunscreen Balm with SPF 30 - 2.0 Fl. Oz. (60ML)
★★★★★ 116 reviews
$ 24.95

Thrive Natural Face Scrub for Men - Exfoliating Facial Cleanser for Men with Unique Premium Natural Ingredients for Healthier Skin

Energy Scrub - 3.38fl.oz.(100ml)
★★★★★ 127 reviews
$ 13.95

Face Balm - 2fl.oz.(60ml)
★★★★★ 109 reviews
$ 14.95

Thrive Natural Face Wash for Men - Daily Facial Cleanser for Men with Unique Premium Natural Ingredients for Healthier Men's Skin Care

Face Wash - 3.38fl.oz.(100ml)
★★★★★ 159 reviews
$ 12.95

Natural Shave & Shower Soap

Natural Shave & Shower Soap
★★★★★ 27 reviews
Sold Out

NEW Grooming Oil - 1fl.oz.(30ml)
★★★★★ 4 reviews
$ 16.95

Thrive Sensitive Skin Face Lotion for Men - Unscented All-Natural After Shave Balm & Facial Moisturizer for Men with Premium Natural & Organic Ingredients

Restoring Face Balm - Stress Defense for Sensitive Skin - 2fl.oz. (60ml)
★★★★★ 9 reviews
$ 16.95

Restoring Face Wash - Stress Defense For Sensitive Skin - 3.38 fl. oz. (100ml)
★★★★★ 16 reviews
$ 13.95

Shave & Restore Kit

Shave & Restore Kit
★★★★★ 17 reviews
$ 24.95

Thrive-Natural-Care-Shave-Oil for Men-Replaces-Pre-Shave Oils-Shaving Creams-Shaving Foams for Men-Front

Shave Oil - 1 fl. oz. (30ml)
★★★★☆ 150 reviews
$ 12.95

Start your journey with FREE samples. Only $0.99 shipping.

Start your journey with FREE samples. Only $0.99 shipping.
★★★★☆ 1 review
$ 0.99

Thrive Own The Day Kit Men's Grooming Kit

Thrive Own The Day Kit Men's Grooming Kit
★★★★★ 56 reviews
$ 39.95

Thrive Skin Restoring Kit

Thrive Skin Restoring Kit
★★★★★ 7 reviews
$ 27.95

VIP Kit: Look Better & Live Healthier

VIP Kit: Look Better & Live Healthier
★★★★★ 30 reviews
$ 49.95

## NO COMPROMISE CHECKLIST

These are our NO COMPROMISE commitments to you, your skin,
and the people and the planet that make it possible



UNIQUE PLANT OILS RESTORE AND PROTECT SKIN

PLANT-POWERED, SCIENCE-BASED, EFFECTIVE SKINCARE

NEVER ANY SYNTHETIC COLORS, FRAGRANCE OR INGREDIENTS

PURCHASE SUPPORTS RURAL FARMERS AND RESTORES DEGRADED LANDS



FOLLOW

HOME   PRODUCTS   SKIN HEALTH   OWN THE DAY BLOG

CONTACT US / FAQS

Enter your email address...   SIGN UP

Thrive Natural Care - Privacy Policy

Petition for Cancellation
Mark:  THRIVE
Registration No. 4467942

# Exhibit 13

Exhibit 19
Page 208



Our Products ⌄    Regenerative Mission    Superplant Skincare    Our Skin Health Philosophy    Ingredients    Blog    Connect with Us

# PRODUCTS

FILTER BY  All products ⌄        SORT BY  Best selling ⌄                                16 products



**Daily Defense Sunscreen Balm (Mineral SPF 30)**
$ 24.95



**Face Wash - 3.38fl.oz.(100ml)**
$ 12.95



**Energy Scrub**
$ 13.95



**Face Balm - 2fl.oz.(60ml)**
$ 14.95



**Shave Oil 2 FL OZ (60ML)**
$ 18.95



**Shave & Shower Soap Bar**
$ 12.95



**Sensitive Skin Face Balm - Stress Defense - 2 fl. oz. (60ml)**
$ 16.96



**Sensitive Skin Face Wash - Stress Defense - 3.38 fl. oz. (100ml)**
$ 13.95



**VIP Kit: Look Better & Live Healthier**
$ 54.95



**Deep Clean Kit**
$ 39.95



**Sensitive Skin Kit**
$ 27.95



**Shave & Restore Kit**
$ 31.95







**Own The Day Kit**
$ 43.95

**Grooming Oil - 1 fl. oz. (30ml)**
$ 16.95

**Daily Defense Kit**
$ 35.95



**Shave, Shower & Restore Kit**
$ 25.95



THRIVE SKINCARE

Home
Products
Skin Health
Blog
Contact Us
FAQs

EMPOWER YOUR SKIN +
REGENERATE THE PLANET

SIGN UP TO GET THE LATEST ON SALES, NEW RELEASES, AND MORE.

Email address          SUBSCRIBE

© 2021, Thrive Natural Care Powered by Shopify

# Exhibit 20
## to the Declaration of Morgan E. Smith

JDSUPRA   News & Insights ▾  Trending [7] ▾  Find Author ▾  Subscribe ▾  For Reporters

January 5, 2021

# Highlights Part I of the Trademark Modernization Act of 2020: Irreparable Harm and TTAB Inferior Officers

in LinkedIn    f Facebook    Twitter    ✉ Send    ⟨/⟩ Embed


Legal Developments in the World of TradeMarks, Copyrights, Advertising, and beyond.

After a fair amount of end-of-year legislative drama, the Trademark Modernization Act of 2020 ("TMA") was signed into law on December 27, 2020 as part of the Consolidated Appropriations Act for 2021, which also included needed funding for COVID-19 relief and support. The text of the Act from the House Report can be seen here.

The TMA amends the Lanham Act in several different unrelated ways, all of which are important for trademark practitioners, whether litigating in federal court, prosecuting trademark applications in the USPTO or engaging in proceedings before the Trademark Trial and Appeal Board. Some parts of the TMA, such as the provisions for *ex parte* reexamination, become effective a year from signing, on December 27, 2021. Other provisions, such as the statutory amendment concerning the presumption of irreparable harm and the clarification of status of TTAB judges do not specify an effective date and may be left to the courts to decide.

Our first post on The TMCA will cover the presumption of irreparable harm for obtaining injunctive relief under the Lanham Act and amendments to ensure that the independence of Trademark Trial and Appeal Board ("TTAB") judges cannot be challenged under the Appointments Clause of the Constitution. In subsequent posts, we will address changes to Letter of Protest and office action response procedures during the application examination process and new procedural mechanisms for challenging the validity of registrations based on lack of commercial use of the registered mark.

### Clarification on Presumption of Irreparable Harm for Obtaining Injunctive Relief

The TMA clarifies that when seeking injunctive relief on a claim for trademark infringement, a rebuttable presumption of irreparable harm is created upon a finding of trademark infringement at trial, or upon a showing of likelihood of success on the merits for preliminary injunctive relief or a temporary restraining order. The rebuttable presumption also applies to claims of unfair competition, false advertising, dilution or cyberpiracy under Section 43 of the Lanham Act.

An amendment to the Lanham Act was needed due to a Circuit split regarding the standard for injunctive relief in trademark infringement cases following the U.S. Supreme Court's ruling in *eBay Inc. v. MercExchange*, which eliminated a similar presumption of irreparable harm in patent cases. In trademark cases decided since *eBay*, Circuit courts have ruled inconsistently on whether the four equitable factors for obtaining an injunction should be weighed in each case, or whether irreparable harm should be presumed once there is a finding of infringement or a likelihood of success is shown for purposes of obtaining expedited relief. This split encouraged forum shopping and undermined the consumer protection purposes of the Lanham Act. The TMA now codifies in the Lanham Act a nationwide uniform standard that the presumption should be applied in trademark cases. Thus, the Act reduces the evidentiary burden on trademark owners for obtaining injunctive relief to protect their trademark rights and prevent consumer confusion.

### Protection of Administrative Law Judges Serving on the Trademark Trial and Appeal Board



**WRITTEN BY:**

Dorsey & Whitney LLP
Contact · + Follow

Case Collard     + Follow

Lexie Ross     + Follow

**PUBLISHED IN:**

ALI     + Follow

Appointments Clause     + Follow

Consolidated Appropriations Act (CAA)     + Follow

Injunctive Relief     + Follow

Irreparable Harm     + Follow

Lanham Act     + Follow

Trademark Modernization Act (TMA)     + Follow

Trademark Trial and Appeal Board     + Follow

Trademarks     + Follow

USPTO     + Follow

more ▾

**DORSEY & WHITNEY LLP ON:**

in f ⌨ ∧ S

**JOURNALISTS**
Find a qualified source for your story »
Connect with leading experts for quotes, background, in-depth perspective...

The TMA also contains a provision giving the Director of the U.S. Patent and Trademark Office considerably more power over the administrative law judges of the TTAB. The amendment to Section 18 of the TMA clarifies that "the authority of the Director under this section includes the authority to reconsider, and modify or set aside, a decision of the Trademark Trial and Appeal Board." This provision would avoid the problem highlighted in the 2019 *Arthrex v. Smith & Nephew* decision of the Federal Circuit. The court in that case held that Patent Trial and Appeal Board judges were not subject to sufficient oversight and supervision by the USPTO Director to be considered inferior officers under the Appointments Clause, and thus were unconstitutionally appointed since they had not been nominated by the President and confirmed by the Senate. The TMA amendments confirm that TTAB judges are inferior officers, which should immunize them from any application of the *Arthrex* holding.

Stay tuned for further TMCA posts on other important changes to the Lanham Act coming your way under the TMA.

  

### RELATED POSTS

- Highlights Part III of the Trademark Modernization Act of 2020: Letters of Protest and Shortened Office Action Response Times

- Highlights Part II of the Trademark Modernization Act of 2020: Ex Parte Expungement, Ex Parte Reexamination, and Non-Use Cancellation of Federal Trademark Registrations

### LATEST POSTS

- ESG - Is the SEC Ready to Lead?
- FTC Finalizes Deals with Six CBD Companies

- E-Commerce and Trademark Infringement: OSU Wins a Battle at the Sixth Circuit

See more »

DISCLAIMER: Because of the generality of this update, the information provided herein may not be applicable in all situations and should not be acted upon without specific legal advice based on particular situations.

© Dorsey & Whitney LLP 2021 | Attorney Advertising

Back to Top

Home   What is JD Supra?   Subscribe   Leverage Your Thought Leadership   Privacy Policy   Terms & Conditions   Contact   Team

Explore 2020 Readers' Choice Awards

Copyright © 2021 JD Supra, LLC

# Exhibit 21

## to the Declaration of Morgan E. Smith

Stephen McArthur (State Bar No. 277712)
stephen@smcarthurlaw.com
Thomas Dietrich (State Bar No. 254282)
tom@smcarthurlaw.com
THE MCARTHUR LAW FIRM, P.C.
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Telephone: (323) 639-4455

*Attorneys for Plaintiff Thrive*
*Natural Care, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THRIVE CAUSEMETICS, INC.,<br><br>Defendant. | Case No. 2:20-cv-9091<br><br>**COMPLAINT FOR:**<br><br>**1. FEDERAL TRADEMARK INFRINGEMENT**<br><br>**2. FEDERAL UNFAIR COMPETITION**<br><br>**3. COMMON LAW TRADEMARK INFRINGEMENT**<br><br>**4. COMMON LAW UNFAIR COMPETITION**<br><br>**5. VIOLATION OF CAL. BUS. & PROF. CODE § 17200**<br><br>**Demand for Jury Trial** |

- i -

COMPLAINT
Case No. 2:20-cv-9091

Exhibit 21
Page 213

Plaintiff Thrive Natural Care, Inc. ("Thrive"), for its Complaint against Thrive Causemetics, Inc. ("TCI"), states as follows:

**Introduction**

1. This case arises from both federal and state claims, including trademark infringement in the form of forward and reverse confusion and unfair competition, all willfully and intentionally committed by TCI against Thrive.

2. Thrive was founded in 2013 with the mission of making the best natural skincare products on the market using regenerative agriculture methods to produce unique botanical oil "hero ingredients" for its products, while also restoring degraded landscapes and improving livelihoods of rural farming communities. Thrive team of American and Costa Rican skincare experts, ethnobotanists, entrepreneurs and rural farmers create and sell native plant-based skincare products utilizing premium organic resources, without any synthetic colors, fragrances, or ingredients. Though Thrive took steps to protect its "THRIVE" brand name early in its existence, it has seen its brand and business eroded and damaged by TCI— with TCI's full knowledge and intent.

3. TCI's founder stated to Thrive in 2016 that TCI only sold "color cosmetics" (i.e., makeup) and would "always" use the full "Thrive Causemetics" name in relation to its products. TCI promised that it would never use "Thrive" alone. But neither proved true in the years to come. As TCI grew, it began referring to itself as "Thrive" alone, adopting taglines like "Thrive Tribe," a tagline already used by Thrive. TCI also began using advertising and logos that refer to itself as "THRIVE" without "Causemetics" or with that word in much smaller, less visible font. Further, TCI knew Thrive had rights to the THRIVE registered trademark for skincare products, but TCI recently chose to expand into skincare, including products explicitly protected in Thrive's registration, in direct competition with Thrive. TCI's intentional disregard of Thrive's trademark rights has caused actual confusion among consumers as well as retailers such as Amazon

Exhibit 21
Page 214

and Walmart.

4.    More recently, TCI has begun specifically targeting Thrive's business by purchasing Google adwords and Amazon keywords for "Thrive skincare", "Thrive lotion", "Thrive moisturizer", and, most blatantly, for Thrive's full company name "Thrive Natural Care", such that TCI's products now appear at the top of online searches for Thrive's products. TCI's multi-million dollar per year growth has enabled it to flood the market with advertising for its own brand such that consumers have now come to believe that plaintiff Thrive is related to or affiliated with defendant TCI and that Thrive's goods originate from TCI. TCI's actions have created consumer and retailer confusion, have increased Thrive's cost of customer acquisition, and severely damaged Thrive's brand.

## Nature of the Action

5.    This is an action at law and in equity for trademark infringement and unfair competition under the Trademark Act of 1946, 15 U.S.C. §§ 1051 *et seq.* ("Lanham Act"), common law trademark infringement and unfair competition, and violation of California Business and Professions Code § and 17200, *et seq.*

6.    Thrive brings this action to obtain injunctive relief to stop TCI's ongoing illegal trademark use, infringement, and unfair competition and to seek damages sustained by Thrive as a result of TCI's unlawful actions, plus attorneys' fees, costs, and other relief.

## The Parties

7.    Plaintiff Thrive Natural Care, Inc. is a Delaware corporation with its principal place of business at 42 Darrell Place, San Francisco, CA 94133.

8.    Defendant Thrive Causemetics, Inc. is a Delaware corporation. It has an executive office at 10900 NE 4th St., Suite 2300, Bellevue, WA 98004, and its principal business operations and headquarters are located in this District at 6100 Center Dr., Suite 900, Los Angeles, CA 90045.

/ / /

COMPLAINT
Case No. 2:20-cv-9091

Exhibit 21  - 2 -
Page 215

**<u>Jurisdiction and Venue</u>**

9.    This Court has subject matter jurisdiction under section 39 of the Lanham Act, 15 U.S.C. § 1121, and under 28 U.S.C. §§ 1331 and 1338. Subject matter jurisdiction over Thrive's related California statutory and common law claims is proper pursuant to 28 U.S.C. §§ 1338 and 1367.

10.    This Court has personal jurisdiction over TCI, because TCI: (a) has headquarters in this State; (b) is qualified to do business in the State of California as per the California Secretary of State website; (c) regularly conducts and solicits business within this State and this District; (d) directly and through intermediaries ships, distributes, offers for sale, sells, and advertises its products and services to consumers and retailers in the State of California and this District; and (e) has committed acts of infringement and unfair competition in this State and this District.

11.    Confirming TCI's pattern of regularly conducting business in this State and this District, TCI maintains a Los Angeles headquarters and designs and tests its products its "Thrive Lab" located in Los Angeles. On information and belief, the majority of TCI's employees are based at its Los Angeles headquarters. In addition, TCI operates the website, [www.thrivecausemetics.com](www.thrivecausemetics.com), which sells products—including infringing products—directly to consumers, many of whom are located in California and in this District. TCI advertises directly to customers located in California and this District. Further, TCI representatives have physically attended events in this District to advertise, promote, and sell TCI's products.

12.    Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) because a substantial part of the events giving rise to the claims occurred in this District, and TCI is subject to personal jurisdiction in this District.

/ / /

/ / /

/ / /

COMPLAINT
Case No. 2:20-cv-9091

Exhibit 21   - 3 -
Page 216

**Facts Underlying the Causes of Action**

***Thrive Was Founded in 2013 to Create Premium Skincare Products Through Regenerative Agricultural Practices***

13.     Thrive began selling skincare products to the public in late 2013. Today, Thrive sells a range of skincare and grooming products, including face washes and scrubs, lotions, moisturizers, sunscreens, face balms, shaving lotions, and grooming oils. Made especially for people with sensitive or active-lifestyle skin, the new-to-market plant oils found in Thrive products contain skin-protecting antioxidants and raw ingredients that reduce inflammation and irritation better than conventional synthetic ingredients.

14.     Key to Thrive's appeal with customers is an understanding of and affinity for the company's mission and positive impact. Thrive sources natural ingredients for its line of skincare products from native plants grown by communities on the coasts of Costa Rica. Since 2014, Thrive has conducted extensive research and development in Costa Rican ecosystems to regeneratively cultivate and source premium botanical ingredients to provide its unique skincare benefits. Importantly, the company partners with women-led co-ops and smallholder farmers to cultivate native plants that improve soil and biodiversity on degraded lands, boost farmers' incomes and provide a high-quality supply of plant oils. Ultimately, Thrive hopes to serve as a commercially viable inspiration for regenerative practices in the agriculture, fisheries, and forestry sectors. This unique regenerative business model has positioned Thrive on the leading edge of healthy, natural, and sustainable.

15.     Thrive skincare products are sold online at www.thrivecare.co and through retail partnerships with Amazon and Walmart.com, as well as at Whole Foods Markets on the West Coast.

16.     Thrive's business is built on the THRIVE marks, which appear on all of Thrive's products. Thrive has used THRIVE marks on its products continuously since 2013. Examples of Thrive's use of the THRIVE marks is below.

COMPLAINT
Case No. 2:20-cv-9091

Exhibit 21   - 4 -
Page 217

 

17.     Thrive has devoted substantial money, time, and resources to developing the THRIVE brand. Thrive advertises its skincare products extensively on the Amazon and Walmart marketplaces. The company conducts branding and promotional partnerships with existing retailers such as Amazon (including an Amazon-produced video about Thrive which Amazon shared with its 600,000-plus employees and over 100 million customers), Whole Foods, and others. Thrive has also built over the past seven years a robust network of partners via its regenerative business model operating in Costa Rica. Thrive has communicated its unique brand via marketing agencies, public relations firms, social media such as Instagram and Facebook, and through the company's website blog and online articles published on sites such as Medium.

18.     Thrive has received significant unsolicited media coverage, with its products, mission, and business model featured in publications such as *Esquire*, *Progressive Grocer*, *Travel + Leisure Magazine*, and *Natural Solutions Magazine*. As the creator of the first regenerative supply chain in the personal care industry, Alex McIntosh, the co-founder and CEO of Thrive, has been featured in numerous podcasts and delivered the opening keynote speech at *The Future of Sustainability*

*2017* conference, hosted by the New York Society of Cosmetic Chemists. In recognition of Thrive's innovative business model, the company was selected by Conservation International Ventures, the investment arm of one of the world's leading environmental organizations, for a five-year partnership and investment.

19.     Not later than December 2013, Thrive began referring to its customers and followers as the "Thrive Tribe." Since then, Thrive has consistently used the "Thrive Tribe" term in emails to customers (such as welcoming new customers to the "Thrive Tribe"), throughout its website, including prominently on its homepage, and in marketing campaigns. For example, in 2018 Thrive ran an Instagram-based photograph contest and directed followers to use the hash tag #THRIVETRIBE on their photographs to identify that they were related to Thrive.

20.     Thrive targets a unisex audience, selling items such as beard oil to men but also focusing on a female market for its products like sunscreen, cleansers, and moisturizers. As example of the company's appeal to the female demographic, Thrive published an article on the site Medium in November 2019 titled: I'm a Woman and I Use Thrive Natural Care. Here's Why." As Thrive notes in that article, "an active lifestyle has no gender."

### Thrive Registered THRIVE Trademarks Starting in January 2014

21.     On September 11, 2012, Plaintiff Thrive applied for a United States federal trademark application for the word THRIVE in standard characters. In January 2014, Thrive was awarded U.S. Trademark Reg. No. 4,467,942 for THRIVE in International Class 003 for "Non-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams" (the "'942 Mark"). Thrive has used the '942 Mark continuously in interstate commerce for more than five years. On March 7, 2020, the United States Patent and Trademark Office issued a notice that the '942 Mark is "incontestable".

22.     In May 2016, Thrive filed for a second trademark application, U.S. Serial

No. 87/021,374 (the "'374 Application") which issued in September 2020 as U.S. Trademark Reg. No. 6,164,303 for THRIVE in International Class 003 for the additional products of "Body and non-medicated soaps and skin cleansing gels; cosmetic sun care preparations and sunscreens; shaving creams and gels; pre-shaving preparations; after shave lotions and creams" (the "'303 Mark") (the '942 and '303 Marks are collectively referred to as the "THRIVE Marks").

23.     On September 22, 2020, Thrive filed for a third trademark application, U.S. Serial No. 90/198,496, to officially register other skincare products that it already sells or are within the natural zone of expansion of its current registered and common law trademark rights.

24.     Thrive carefully secured its critical intellectual property early in its existence. Yet TCI knew of—and completely disregarded—Thrive's senior rights.

### TCI Experienced Rapid Growth After Founding in 2015

25.     In 2015, more than one year after Plaintiff Thrive received its registered trademark for THRIVE, Defendant Thrive Causemetics, Inc. ("TCI"), was founded by Karissa Bodnar.

26.     TCI's original focus was selling faux eyelashes for women going through cancer treatment.

27.     TCI later expanded into color cosmetics—a category of products narrowly consisting of makeup for face, eyes, lips, cheeks, and nails.

28.     Within two years, TCI had grown into a sizable player in color cosmetics. TCI's 2017 product lineup consisted of eyeliner, lipstick, blush, eyeshadow, mascara, foundation, foundation, and faux eyelashes.

29.     Ms. Bodnar and TCI have been covered by publications including *Forbes*, *Allure*, *Bloomberg News*, *People Magazine*, *Cosmopolitan*, and many others. Today, TCI has about 470,000 followers on Instagram and nearly 600,000 followers on Facebook.

/ / /

*TCI's First Trademark Application Blocked by Thrive Registration*

30.    In November 2015, the U.S. Patent & Trademark Office ("PTO") issued an office action against TCI's application to register THRIVE CAUSEMETICS, citing a likelihood of confusion with Thrive's registered '942 Mark for THRIVE on skincare products.

31.    TCI eventually overcame the PTO's objection by arguing that (1) THRIVE CAUSEMETICS was a unitary mark as the words were always used together, and (2) that the claimed goods—false eyelashes and eyeliner—were not related to Thrive's claimed skincare products. TCI eventually abandoned this trademark application.

32.    Soon after the PTO's initial office action rejecting TCI's application, in April 2016, Ms. Bodnar contacted Thrive directly. Via email, Ms. Bodnar stated she was "reaching out to speak with [Thrive's] founder or someone on your team to discuss permission to use the word Thrive as part of our brand name." She referred to her company, TCI, as "a color cosmetics brand with a mission to help women going through cancer treatment look and feel better during their time of need." Ms. Bodnar then promised: "We will never use the word 'Thrive' without the word 'Causemetics' because the two words to use are our brand."

33.    Mr. McIntosh of Thrive responded to Ms. Bodnar, acknowledging Ms. Bodnar's stated purpose of helping cancer patients was a good one but denying authorization to use the "Thrive" name. Mr. McIntosh noted that Plaintiff Thrive had invested substantial time and effort in building its brand since 2013. Nevertheless, Thrive chose not to pursue this further because of (1) TCI's promise that "[TCI] will **never** use the word 'Thrive' without the word 'Causemetics'" (emphasis added), and (2) TCI's representation that it would stay in its narrow lane of women's color cosmetics "to help women going through cancer treatment look and feel better during their time of need."

34.    In 2017, TCI broke its first promise by de-emphasizing, and sometimes

COMPLAINT
Case No. 2:20-cv-9091

Exhibit 21   - 8 -
Page 221

1  removing, the word "Causemetics" from its branding. In 2019, TCI began moving

2  into skincare products that directly overlapped with the goods listed in Thrive's

3  registered trademark, breaking the second promise as well.

4  **_TCI Refuses to Change Name after Cease-and-Desist Letter_**

5  35.  Despite having knowledge of Thrive and its preexisting skincare product

6  line, knowledge of Thrive's registered trademark for THRIVE in relation to

7  skincare products, and TCI's promise to Thrive to remain in its narrow lane of

8  women's color cosmetics, TCI later began to encroach upon Thrive's marks and its

9  skincare business.

10  36.  In response to TCI beginning to de-emphasize the term "Causemetics" in

11  its branding, on March 3, 2017, Thrive sent a cease-and-desist letter to TCI,

12  demanding that TCI stop using the mark THRIVE on its products.

13  37.  On April 12, 2017, TCI responded and refused Thrive's request. TCI

14  based its refusal to change its name on two points: (1) "[t]he inclusion of this

15  unique term [CAUSEMETICS] within TCI's trademark is significant, as it

16  differentiates the appearance, sound and commercial impression of TCI's

17  trademark from your client's THRIVE mark; and (2) the parties sold "different

18  product lines." TCI also threatened that any legal action by Thrive to fight TCI's

19  alleged infringement "is going to be time-consuming and expensive." According to

20  TCI, the parties "would be better served by focusing on growing their respective

21  businesses with clear boundaries as to each other's trademark." TCI also stated in

22  its response to Thrive's cease-and-desist letter: "To the extent the same consumers

23  would even encounter both the trademark of Thrive and that of TCI, those

24  consumers would be able to discern between the two brands due to the inclusion of

25  "causemetics" in TCI's trademark, the overall branding of the different goods by

26  our respective clients, which is quite distinct, and the different product lines."

27  38.  As time passed however, TCI chipped away at any separation between

28  the companies' products and brands. Ms. Bodnar's and TCI's assertions that TCI

COMPLAINT
Case No. 2:20-cv-9091

Exhibit 21  - 9 -
Page 222

was only a color cosmetics company and would only use "Thrive" in conjunction with "Causemetics" both proved untrue as TCI continued its growth.

### *TCI Begins Emphasizing the "Thrive" Portion of Its Mark*

39. From 2017 onwards, TCI began frequently identifying itself as "Thrive" alone, without the "Causemetics" portion of the name. In online advertising, TCI adopted the tagline "Try Thrive," as shown on the screenshots below of 2018 and 2020 advertisements. While some of TCI's advertisements included a "Thrive Causemetics" logo, some did not.

**2018 TCI Ad**



**2020 TCI Ad**



40. In 2017, TCI also began calling its headquarters the "Thrive Lab" in marketing materials and advertising. TCI's website at the time contained a "Thrive

COMPLAINT
Case No. 2:20-cv-9091

Exhibit 21 - 10 -
Page 223

Lab" subpage, which stated its "[a]ll of our products are created at Thrive Lab in Seattle" and directed followers to use the hash tag #THRIVELAB to identify TCI-related subject matter. After TCI moved its headquarters to Los Angeles, it continued in its marketing materials to state its products were "developed at Thrive Lab in Los Angeles." Ms. Bodnar, TCI's founder, has frequently used the hash tag #THRIVELAB on her TCI-related Instagram posts.

41.      In or about 2018, TCI and Ms. Bodnar began referring to TCI's followers as the "Thrive Tribe"—exactly the same name Thrive had been using for its followers since 2013. TCI made no effort to include the "Causemetics" portion of its mark in that moniker. Ms. Bodnar has frequently used the hash tag #THRIVETRIBE on her TCI-related Instagram posts.

42.      In media coverage of TCI, which increased significantly throughout 2018 and 2019, the company was frequently referred to by authors and by Ms. Bodnar herself as "Thrive" alone, without the "Causemetics" portion of the name. For example, in a 2019 piece by *Beauty Independent* featuring an interview with Ms. Bodnar, she is referred to as the "29-year-old founder of Thrive." Ms. Bodnar repeatedly calls her company "Thrive" and refers to TCI's followers as the "Thrive Tribe" several times.

43.      Similarly, in January 2020 coverage of TCI by Yahoo! Life, the author and Ms. Bodnar use the sole name "Thrive" to describe TCI. The article contains content such as: "Thrive's loyal customers, called the Thrive Tribe, are completely involved in all aspects of the brand." Ms. Bodnar is quoted referring to her company as "Thrive" and referring repeatedly to the "Thrive Tribe."

44.      Not all of the coverage of TCI that referred to it as "Thrive" was positive. For example, a 2018 article on the news and beauty website *MirahMirah* described the class action lawsuit filed against TCI for allegedly misleading customers about its charitable donations. The author refers to TCI as "Thrive" numerous times and questions the company's motives and honesty. Similarly, online consumer reviews

COMPLAINT
Case No. 2:20-cv-9091

Exhibit 21 - 11 -
Page 224

of TCI are often negative and frequently refer to TCI as "Thrive" alone. For example, TCI received a consumer rating of 2.7 out of five stars on https://bestcompany.com/makeup-stores/company/thrive-causemetics, with dozens of one-star reviews, including many from consumers who stated the products from "Thrive" and were "terrible," "horrible," and caused allergic reactions and eye infections.

45.     In addition to TCI and Ms. Bodnar referring to TCI as "Thrive" alone, TCI changed its branding and logo in or about 2017 to make the "Thrive" portion of its mark far more prominent than "Causemetics." TCI's updated logo depicted "**THRIVE**" in much larger and bolder font than "Causemetics," as shown in the below screenshots of TCI's updated logo (the "Infringing TCI Logo").



46.     Clearly recognizing the value of the term "Thrive," TCI reneged on Ms. Bodnar's promise to only use "Thrive" together with "Causemetics" to describe the company. Both by reference and use of marks, TCI has begun broadly using "Thrive" to refer to itself and its products, with the word "Causemetics" either

1  nonexistent or markedly deemphasized.

2  ### PTO Rejects Second TCI Trademark Application Over Thrive Mark

3  47.    In 2018, TCI tried again to register THRIVE CAUSEMETICS in relation
4  to cosmetics and makeup, makeup brushes, and an online retail store featuring
5  those products.

6  48.    This time, the PTO found TCI's mark created a likelihood of confusion
7  with Thrive's previously-filed '374 Application for THRIVE in relation to
8  skincare and suncare products.

9  49.    The PTO rejected TCI's argument that its products were not related to
10  those claimed in Thrive's application.

11  50.    The trademark examiner supported the rejection with evidence showing
12  "the goods and/or services listed [in Thrive's '374 Application], namely [Thrive's]
13  lotions, creams and after shave lotions, and [TCI's] cosmetics, brushes and retail
14  store services featuring these goods, are of a kind that may emanate from a single
15  source under a single mark."

16  51.    In rejecting TCI's 2018 trademark application, the PTO also required
17  TCI to file a disclaimer of the term CAUSEMETICS, finding the term was a
18  misspelling of "cosmetics" and "merely describes an ingredient, quality,
19  characteristic, function, feature, purpose, or use of applicant's goods and/or
20  services, and thus is an unregistrable component of the mark." The PTO rejected
21  TCI's subsequent argument that CAUSEMETICS is not merely descriptive.

22  52.    TCI's 2018 application for THRIVE CAUSEMETICS is currently
23  suspended due to the PTO's finding of a conflict with Thrive's '374 Application
24  and the disclaimer requirement.

25  53.    As the PTO found, the term CAUSEMETICS is merely descriptive of
26  TCI's goods and services. Thus, THRIVE is the only protectable portion of TCI's
27  mark, which is identical to the THRIVE Marks claimed and registered by Thrive.
28  By emphasizing "Thrive" in advertising and on its products, TCI is creating

COMPLAINT
Case No. 2:20-cv-9091

Exhibit 21 - 13 -
Page 226

confusion and damaging Thrive.

54.     On June 27, 2019, TCI's founder, Ms. Bodnar, called Thrive's co-founder, Mr. McIntosh. On the phone call, Ms. Bodnar begged Mr. McIntosh to allow TCI to use the THRIVE mark. Mr. McIntosh refused her request and told Ms. Bodnar to cease using "Thrive" for any of TCI's marketing, as it was confusing consumers and retailers. Mr. McIntosh reminded Ms. Bodnar about Thrive's trademark registration and trademark application. Mr. McIntosh stated that, at minimum, TCI must (1) alter its logo to deemphasize the word "THRIVE" so it is once again equal and consistent to the word "CAUSEMETICS," and (2) agree to compensate Plaintiff Thrive with a significant licensing fee for TCI's past and future use of the THRIVE mark. Instead of complying or working towards a solution, TCI decided to *increase* its infringement of the THRIVE marks.

### *TCI Expands Into Skincare, Directly Competing Against Thrive*

55.     Not content to copy Thrive's name, TCI also decided to take Thrive's market. In or about 2019, TCI expanded from color cosmetics into the skincare market, putting itself into direct competition with Thrive.

56.     TCI's website now even features a separate "skincare" section displaying various skincare products that TCI sells.

57.     TCI now sells  numerous products that are protected by Thrive's registered trademarks, Thrive's common law trademark rights, and their natural zone of expansion—including skincare products, face and body cleansers, lotions and moisturizers, sunscreen, hand sanitizer, and face oils (the "Infringing Skincare Products").

58.     The Infringing Skincare Products sold by TCI fall squarely within the description of goods covered by the THRIVE Marks.

59.     TCI's recent move into skincare is directly contrary to the statement by Ms. Bodnar that TCI was a "color cosmetics company" and contradicts the claim by TCI's attorney in its 2017 cease-and-desist response that the parties' product

lines are different.

60.    Not only has TCI expanded into direct competition with Thrive, but TCI has begun purchasing Google adwords and Amazon keywords to intentionally place ads for TCI's skincare products at the top of search results seeking Thrive's skincare products. For example, the screenshots below were taken of Google searches for "Thrive natural care", "Thrive lotion", "Thrive skincare", and "Thrive moisturizer". In every instance, TCI's products were displayed in paid advertisements appearing at the top of the search list.



/ / /

/ / /

/ / /

/ / /

/ / /

/ / /





thrive lotion
All
Shopping
Images
News
Videos
More
Settings
Tools
About 2,000,000 results (0.41 seconds)
Ads · See thrive lotion
Thrive Defying Gravity...
$49.00
Thrive Causem...
(473)
Thrive Market Body Lotion,...
$5.99
Thrive Market
Special offer
Thrive Moisture Flash Active...
$36.00
Thrive Causem...
(649)
Thrive Liquid Light Therapy...
$59.00
Thrive Causem...
(198)
Thrive Defying Gravity Eye...
$46.00
Thrive Causem...
(383)
Ad · www.thrivecausemetics.com/
Thrive Causemetics Moisturizer - Thrive Causemetics
Changing The World Starts With A Single Ingredient. Shop Our Long-Lasting Vegan Formulas!
Innovative Cream-to-Gel Formula Locks In Long-Lasting Hydration. See Your...

thrive skincare
All
Shopping
Images
News
Maps
More
Settings
Tools
About 3,670,000 results (0.48 seconds)
Ads · See thrive skincare
Thrive Skin Reset &...
$186.00
Thrive Causem...
Free shipping
Thrive Skincare & Lip Care Set |...
$97.00
Thrive Causem...
Free shipping
Thrive Essential Skin Regimen ...
$232.00
Thrive Causem...
Free shipping
Thrive Bright Balance Facial...
$32.00
Thrive Causem...
(332)
Thrive Moisture Flash Active...
$36.00
Thrive Causem...
(649)



61. As shown, consumers searching online for Thrive's products are likely to be confused and lured to Defendant TCI's website as a result of TCI's intentional purchase of search-based advertising relating to Thrive's products.

### TCI's Actions Have Caused Actual Confusion

62. TCI knew of Thrive and the THRIVE Marks prior to TCI expanding from color cosmetics to selling Infringing Skincare Products.

63. TCI also knew of Thrive and the THRIVE Marks prior to TCI taking the following actions: (1) beginning to refer to itself as "Thrive" without the "Causemetics" portion of its name, or with "Causemetics" deemphasized in relation to "Thrive"; (2) referring to its followers as the "Thrive Tribe" and its headquarters as the "Thrive Lab"; (3) advertising and selling goods using the Infringing TCI Logo or the name "Thrive" alone without "Causemetics"; and (4)

purchasing and using advertising adwords and keywords containing the term "Thrive" without the term "Causemetics" (together, the "Infringing Thrive Mark Uses").

64.     TCI's Infringing Thrive Mark Uses and advertising and selling Infringing Skincare Products have caused actual confusion between Thrive and TCI and the parties' products. Consumers have posted comments on Amazon and social media indicating that they believed Thrive was part of or affiliated with TCI. This includes a 2019 customer comment on an Amazon page for Thrive's moisturizer stating, "Thrive is an up and comer in the cosmetics field. Their mascara[1] is phenomenal."

65.     TCI's actions have also created confusion among Thrive's retail partners. For example, Walmart listed Thrive's products on its online sales portal under the "Thrive Causemetics" label, such that all of Thrive's products appeared together with Thrive Causemetics' name, as shown in a screenshot below.



_____
[1] Thrive does not sell mascara, but TCI does.

Exhibit 21
Page 231
- 18 -

66.  TCI knew that Thrive would be damaged by TCI's Infringing Thrive Mark Uses and by advertising and selling Infringing Skincare Products

67.  Thrive has been damaged by TCI's intentional actions described herein.

## Count 1

### Federal Trademark Infringement – Infringing Thrive Mark Uses

68.  Thrive incorporates each paragraph above into this claim.

69.  TCI's Infringing Thrive Mark Uses are likely to cause confusion, deception, and mistake by creating the false and misleading impression that TCI's goods are manufactured or distributed by Thrive, are associated or connected with Thrive, or have the sponsorship, endorsement, or approval of Thrive.

70.  TCI's Infringing Thrive Mark Uses, in conjunction with TCI's significantly larger size and advertising scope and social media following, are likely to cause and have caused reverse confusion, deception, and mistake by creating the false and misleading impression that Thrive's goods are manufactured or distributed by TCI or are associated, sponsored by, or connected with TCI.

71.  Additionally, TCI's infringement combined with its aggressive digital marketing targeting Thrive's customers with keywords such as "Thrive Natural Care Amazon" or "Thrive skincare" harms Thrive's business by increasing the company's cost to acquire digital customers, and serves to siphon off Thrive's existing and prospective customers with misleading links that lead not to Thrive but to TCI's website.

72.  TCI's Infringing Thrive Mark Uses make use of marks that are confusingly similar to Thrive's federally registered THRIVE Marks, in violation of 15 U.S.C. § 1114. TCI's activities are causing and, unless enjoined by this Court, will continue to cause a likelihood of confusion and deception of members of the trade and public, and, additionally, injury to Thrive's goodwill and reputation, for which Thrive has no adequate remedy at law.

73.  TCI's actions demonstrate it has willfully adopted the "Thrive" name,

without "Causemetics" or with "Causemetics" deemphasized, to describe its business and its products while knowing of one or more of Thrive's registered THRIVE Marks and of the long-term use and significant goodwill Thrive had built in its THRIVE brand.

74.     TCI has caused and is likely to continue causing substantial injury to the public and to Thrive, and Thrive is entitled to injunctive relief and to recover TCI's profits attributable to the Infringing Thrive Mark Uses, actual damages, enhanced profits and damages, costs, and reasonable attorneys' fees under 15 U.S.C. §§ 1114, 1116, and 1117.

## Count 2

### **Federal Trademark Infringement – Infringing Skincare Products**

75.     Thrive incorporates each paragraph above into this claim.

76.     TCI's use of confusingly similar imitations of Thrive's THRIVE Marks on the Infringing Skincare Products, including but not limited to the THRIVE CASEMETICS mark, is likely to cause confusion, deception, and mistake by creating the false and misleading impression that TCI's Infringing Skincare Products are manufactured or distributed by Thrive, are associated or connected with Thrive, or have the sponsorship, endorsement, or approval of Thrive.

77.     TCI's use of confusingly similar imitations of Thrive's Thrive Marks on the Infringing Skincare Products, in conjunction with significantly larger size and advertising scope and social media following, are likely to cause and have caused reverse confusion, deception, and mistake by creating the false and misleading impression that Thrive's goods are manufactured or distributed by TCI or are associated, sponsored by, or connected with TCI.

78.     Additionally, TCI's infringement combined with its aggressive digital marketing targeting Thrive's customers with keywords such as "Thrive Natural Care Amazon" or "Thrive skincare" harms Thrive's business by increasing the company's cost to acquire digital customers, and serves to siphon off Thrive's

existing and prospective customers with misleading links that lead not to Thrive but to TCI's website.

79.     TCI's Infringing Skincare Products bear marks that are confusingly similar to Thrive's federally registered THRIVE Marks, in violation of 15 U.S.C. § 1114. TCI's activities are causing and, unless enjoined by this Court, will continue to cause a likelihood of confusion and deception of members of the trade and public, and, additionally, injury to Thrive's goodwill and reputation, for which Thrive has no adequate remedy at law.

80.     TCI's actions demonstrate it willfully adopted confusingly similar marks to describe its Infringing Skincare Products while knowing of Thrive's registered THRIVE Marks and the long-term use and significant goodwill Thrive had built in its THRIVE brand in relation to skincare products.

81.     TCI has caused and is likely to continue causing substantial injury to the public and to Thrive, and Thrive is entitled to injunctive relief and to recover TCI's profits attributable to sales of Infringing Skincare Products, actual damages, enhanced profits and damages, costs, and reasonable attorneys' fees under 15 U.S.C. §§ 1114, 1116, and 1117.

## Count 3

### Federal Unfair Competition – Infringing Thrive Mark Uses

82.     Thrive incorporates each paragraph above into this claim.

83.     TCI's Infringing Thrive Mark Uses has caused and is likely to cause confusion, deception, and mistake by creating the false and misleading impression that: (a) TCI's goods are manufactured or distributed by Thrive, or are affiliated, connected, or associated with Thrive, or have the sponsorship, endorsement, or approval of Thrive; or (b) Thrive's goods are manufactured or distributed by TCI or Thrive or its goods are affiliated, connected, or associated with TCI.

84.     Additionally, TCI's infringement combined with its aggressive digital marketing targeting Thrive's customers with keywords such as "Thrive Natural

COMPLAINT
Case No. 2:20-cv-9091

Care Amazon" or "Thrive skincare" harms Thrive's business by increasing the company's cost to acquire digital customers, and serves to siphon off Thrive's existing and prospective customers with misleading links that lead not to Thrive but to TCI's website.

85. By making the Infringing Thrive Mark Uses, TCI has made false representations, false descriptions, and false designations of origin on or in connection with its goods in violation of 15 U.S.C. § 1125(a). TCI's activities have caused and, unless enjoined by this Court, will continue to cause a likelihood of confusion and deception of members of the trade and public, and, additionally, injury to Thrive's goodwill and reputation for which Thrive has no adequate remedy at law.

86. TCI's actions demonstrate an intentional and willful intent to trade on the goodwill associated with Thrive's THRIVE Marks to the great and irreparable injury of Thrive.

87. TCI's unauthorized and tortious conduct also has deprived and will continue to deprive Thrive of the ability to control the consumer perception of its goods offered for sale and sold under its THRIVE Marks, placing the valuable reputation and goodwill of Thrive in the hands of TCI.

88. By engage in the referenced acts, TCI is unfairly competing with Thrive.

89. TCI's conduct has caused, and is likely to continue causing, substantial injury to the public and to Thrive. Thrive is entitled to injunctive relief and to recover TCI's profits attributable to the Infringing Thrive Mark Uses, actual damages, enhanced profits and damages, costs, and reasonable attorneys' fees under 15 U.S.C. §§ 1125(a), 1116, and 1117.

## Count 4

### Federal Unfair Competition – Infringing Skincare Products

90. Thrive incorporates each paragraph above into this claim.

91. TCI's use of a confusingly similar imitations of the THRIVE Marks on

the Infringing Skincare Products has caused and is likely to cause confusion, deception, and mistake by creating the false and misleading impression that: (a) TCI's Infringing Skincare Products are manufactured or distributed by Thrive, or are affiliated, connected, or associated with Thrive, or have the sponsorship, endorsement, or approval of Thrive; or (b) Thrive's goods are manufactured or distributed by TCI or Thrive or its goods are affiliated, connected, or associated with TCI.

92.     Additionally, TCI's infringement combined with its aggressive digital marketing targeting Thrive's customers with keywords such as "Thrive Natural Care Amazon" or "Thrive skincare" harms Thrive's business by increasing the company's cost to acquire digital customers, and serves to siphon off Thrive's existing and prospective customers with misleading links that lead not to Thrive but to TCI's website.

93.     TCI has made false representations, false descriptions, and false designations of origin on or in connection with its Infringing Skincare Products in violation of 15 U.S.C. § 1125(a). TCI's activities have caused and, unless enjoined by this Court, will continue to cause a likelihood of confusion and deception of members of the trade and public, and, additionally, injury to Thrive's goodwill and reputation for which Thrive has no adequate remedy at law.

94.     TCI's actions demonstrate an intentional and willful intent to trade on the goodwill associated with Thrive's THRIVE Marks to the great and irreparable injury of Thrive.

95.     TCI's unauthorized and tortious conduct also has deprived and will continue to deprive Thrive of the ability to control the consumer perception of its goods offered for sale and sold under its THRIVE Marks, placing the valuable reputation and goodwill of Thrive in the hands of TCI.

96.     By engage in the referenced acts, TCI is unfairly competing with Thrive.

97.     TCI's conduct has caused, and is likely to continue causing, substantial

injury to the public and to Thrive. Thrive is entitled to injunctive relief and to recover TCI's profits attributable to sales of Infringing Skincare Products, actual damages, enhanced profits and damages, costs, and reasonable attorneys' fees under 15 U.S.C. §§ 1125(a), 1116, and 1117.

<div align="center">

**Count 5**

**<u>Common Law Trademark Infringement</u>**

</div>

98. Thrive incorporates each paragraph above into this claim.

99. As a result of Thrive's continuous use and promotion of the THRIVE Marks, as well as the distinctiveness of the marks, consumers associate and recognize the mark as representing a single source or sponsor of goods, and therefore the trademarks are protectable at common law.

100. Thrive owns and enjoys trademark rights in the THRIVE Marks, which rights are superior to any rights that TCI may claim in and to its marks with respect to TCI's products. Thrive's marks are strong and inherently distinctive.

101. TCI's actions described herein constitute common law trademark infringement and have created and will continue to create, unless restrained by this Court, a likelihood of confusion to the irreparable injury of Thrive. Thrive has no adequate remedy at law for this injury.

102. TCI acted with full knowledge of Thrive's use of, and statutory and common law rights to, the THRIVE Marks and without regard to the likelihood of confusion of the public created by TCI's activities.

103. TCI's actions demonstrate an intentional and willful intent to trade on the goodwill associated with Thrive's THRIVE Marks to the great and irreparable injury of Thrive.

104. As a result of TCI's acts, Thrive has been damaged in an amount not yet determined or ascertainable. At a minimum, however, Thrive is entitled to injunctive relief and an accounting of TCI's profits, damages, and costs.

/ / /

COMPLAINT
Case No. 2:20-cv-9091

Exhibit 21 - 24 -
Page 237

**Count 6**

**Common Law Unfair Competition**

105.   Thrive incorporates each paragraph above into this claim.

106.   TCI's wrongful conduct, as described herein, is likely to create confusion, misrepresentation, mistake, or to deceive the public as to the affiliation, approval, sponsorship, or connection between TCI and Thrive, and constitute unfair competition at common law.

107.   As a result of the described wrongful conduct by TCI in connection with its advertising, offering to sell, and selling goods, Thrive has suffered, and will continue to suffer, irreparable injury to its rights, and has suffered, and will continue to suffer, substantial loss of goodwill and loss in value of its trademarks, unless and until TCI is enjoined from continuing its wrongful acts.

108.   TCI's actions have caused and, unless permanently enjoined by the Court under the common law of unfair competition, will continue to cause irreparable harm to Thrive and to its goods, including those offered for sale under the THRIVE Marks. Thrive has no adequate remedy at law. TCI's wrongful conduct, and the resulting damage to Thrive, is continuing and ongoing, since TCI is currently engaging in Infringing Thrive Mark Uses and advertising, selling, and offering to sell Infringing Skincare Products.

109.   As a result of TCI's acts, Thrive has been damaged in an amount not yet determined or ascertainable. At a minimum, however, Thrive is entitled to injunctive relief and an accounting of TCI's profits, damages, and costs.

**Count 7**

**Cal. Bus. & Prof. Code § 17200, *et seq.***

110.   Thrive incorporates each paragraph above into this claim.

111.   As described herein, TCI has engaged in unlawful or fraudulent business acts or practices, constituting unfair competition in violation of California Business and Professions Code § 17200, *et seq.*

112.   By reason of the foregoing wrongful conduct, TCI has engaged in unlawful acts relating to its unauthorized adoption and use in U.S. commerce of marks that are confusingly to Thrive's THRIVE Marks in connection with the distribution, marketing, promotion, offering for sale and sale of TCI's goods, which have caused, and which will continue to cause, a likelihood of confusion or misunderstanding as to (a) the source and sponsorship of TCI's or Thrive's goods, or (b) the affiliation, connection or association, or certification by or between TCI and Thrive, in violation of California Business and Professions Code § 17200, *et seq*.

113.   TCI's actions have caused and, unless permanently enjoined by the Court under California Business and Professions Code § 17200, *et seq*., will continue to cause irreparable harm to Thrive and to its goods, including those offered for sale under the THRIVE Marks. Thrive has no adequate remedy at law. TCI's wrongful conduct, and the resulting damage to Thrive, is continuing and ongoing, since TCI is currently engaging in Infringing Thrive Mark Uses and advertising, selling, and offering to sell Infringing Skincare Products.

114.   Upon information and belief, TCI intentionally, willfully, and knowingly undertook these actions and adopted marks which are confusingly similar to the THRIVE Marks and did so with blatant disregard for Thrive's trademark rights.

115.   Thrive is entitled to injunctive relief, restitution of TCI's ill-gotten gains stemming from its violations of law in an amount to be determined at trial, and to recover Thrive's attorneys' fees and costs incurred in connection with TCI's unlawful or fraudulent business acts or practices pursuant to California Business and Professions Code § 17200, *et seq.*

## **Prayer for Relief**

WHEREFORE, Thrive prays that this Court enter judgment in its favor on each and every claim for relief set forth above and award Thrive relief including but not limited to an Order:

COMPLAINT
Case No. 2:20-cv-9091

Exhibit 21
Page 239
- 26 -

1.  Enjoining TCI and its agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through or under authority from TCI, or in concert or participation with TCI, and each of them, from:

a.  advertising, marketing, promoting, offering for sale, distributing, or selling the Infringing Skincare Products and any other products that are protected by Thrive's registered and common law trademark rights or in their natural zone of expansion;

b.  advertising, marketing, promoting, offering for sale, distributing, or selling any goods using the Infringing TCI Logo;

c.  using the THRIVE Marks or any other copy, reproduction, colorable imitation, or simulation of the THRIVE Marks on or in connection with TCI's goods and TCI's advertising, promotion, and marketing thereof, with the exception that TCI may be permitted to continue to use the complete term THRIVE CAUSEMETICS—with CAUSEMETICS in equally-sized and equally visible font to THRIVE—solely on color cosmetics products;

d.  using any trademark, name, logo, design, or source designation of any kind on or in connection with TCI's goods or services that is a copy, reproduction, colorable imitation, or simulation of, or confusingly similar to any of Thrive's trademarks, names, or logos;

e.  using any trademark, name, logo, design, or source designation of any kind on or in connection with TCI's goods that is likely to cause consumers to be confused, mistaken, or deceived into believing that goods or services originating from TCI are produced or provided by Thrive, or are sponsored or authorized by Thrive, or are in any way connected or related to Thrive, or in Thrive's natural zone of expansion;

f.  using any trademark, name, logo, design, or source designation of any kind on or in connection with TCI's goods that is likely to cause consumers to be

confused, mistaken, or deceived into believing that the goods or services produced or provided by Thrive, or in Thrive's natural zone of expansion, are produced or provided by, connected with, or related to TCI;

g.  passing off, palming off, or assisting in passing off or palming off TCI's goods as those of Thrive, or otherwise continuing any and all acts of unfair competition as alleged in this Complaint; and

2.  Compelling TCI to account to Thrive for any and all profits derived by TCI from the Infringing Thrive Mark Uses and from the sale or distribution of the Infringing Skincare Products, and any other products that are protected by Thrive's registered and common law trademark rights or in their natural zone of expansion.

3.  Awarding Thrive damages caused by the acts forming the basis of this Complaint in an amount to be ascertained at trial.

4.  Awarding Thrive damages for corrective advertising in an amount to be ascertained at trial.

5.  Awarding, based on TCI's knowing and intentional use of confusingly similar imitations of Thrive's THRIVE Marks, treble damages and enhancing the award of TCI's profits as provided for by 15 U.S.C. § 1117(a).

6.  Requiring TCI to pay to Thrive the costs of suit and reasonable attorneys' fees incurred by Thrive in this action pursuant to any applicable statutes or caselaw, including 15 U.S.C. § 1117(a) and Cal. Bus. & Prof. Code § 17200, *et seq*.

7.  Awarding Thrive prejudgment and post-judgment interest on all monetary awards.

8.  Granting such other and further relief as the Court may deem just.

/ / /

/ / /

/ / /

/ / /

1    **<u>JURY DEMAND</u>**

2         Pursuant to Federal Rule of Civil Procedure 38 and Central District of California

3    L.R. 38-1, Thrive demands a trial by jury on all issues so triable.

4

5    DATED:  October 2, 2020                    THE MCARTHUR LAW FIRM, PC

6

7                                              By: */s/ Stephen C. McArthur*

8                                                  STEPHEN C. MCARTHUR

9                                              Stephen McArthur
                                               stephen@smcarthurlaw.com
10                                             Thomas Dietrich
                                               tom@smcarthurlaw.com
11                                             9465 Wilshire Blvd., Ste. 300
                                               Beverly Hills, CA 90212
12                                             Telephone: (323) 639-4455

13                                             *Attorneys for Plaintiff Thrive Natural*
                                               *Care, Inc.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28