KENDALL BRILL & KELLY LLP
Alan Jay Weil (63153)
 *ajweil@kbkfirm.com*
Shauna E. Woods (300339)
 *swoods@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Mark Sommers (*pro hac vice* forthcoming)
 mark.sommers@finnegan.com
Patrick Rodgers (*pro hac vice* forthcoming)
 patrick.rodgers@finnegan.com
901 New York Avenue, NW,
Washington, DC 20001-4413
Telephone: (202) 408-4064
Facsimile: (202) 408-4400
Morgan E. Smith (SBN 293503)
 morgan.smith@finnegan.com
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorneys for Specially Appearing
Defendant Le-Vel Brands, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| THRIVE NATURAL CARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> LE-VEL BRANDS, LLC, <br><br> Defendant. | Case No. 2:21-CV-02022-DOC-KES <br><br> **DECLARATION OF DREW S. HOFFMAN IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** <br><br> **[REDACTED VERSION]** <br><br> Judge: Hon. David O. Carter <br> Hearing Date: April 12, 2021 <br> Time: 8:30 a.m. <br> Crtrm.: 9D |

REDACTED VERSION OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL

603288558                                    Case No. 2:21-CV-02022-DOC-KES
DECLARATION OF DREW S. HOFFMAN

# DECLARATION OF DREW S. HOFFMAN

I, Drew S. Hoffman, declare as follows:

1. I am the President and Chief Legal Officer at Le-Vel Brands, LLC ("Le-Vel"), where I have been employed since 2015. The facts in this declaration are based on my personal knowledge and/or documents regularly and contemporaneously maintained in the ordinary course of business by Le-Vel. If called upon to do so, I would testify competently to the facts contained in this declaration.

2. Le-Vel is a health and wellness lifestyle company founded in July 2012 that offers a wide array of goods and services, including dietary and nutritional supplements (including capsules, powders, and gels, among others), vitamin skin patches, vitamins for the skin, snacks, skincare products, and related coaching/lifestyle/wellness programs, conventions, and educational materials.

3. Le-Vel formulates all of its products with high quality premium ingredients in order to provide its customers premium products that help them live happier and healthier lifestyles, both mentally and physically, and look and feel better.

4. Le-Vel operates (and always has operated) as a direct sales company that sells products directly to consumers through its website, https://thrivevitamin.le-vel.com/, and promotes its products primarily through a network of Independent Brand Promoters.

5. Unlike a traditional direct sales company (also referred to as "multi-level-marketing" companies, or "MLM" companies for short), Le-Vel's promoters do not distribute or re-sell Le-Vel's products, nor do they pay to become Le-Vel promoters. Instead, Le-Vel's promoters advertise and promote Le-Vel's products by sharing their experiences with Le-Vel's products to potential customers. In other words, Le-Vel promoters share their positive experiences with potential customers in order to increase interest and visibility in Le-Vel as a company and Le-Vel's

products and to drive sales of Le-Vel's products. Le-Vel refers to this as "social sharing," and it is central to Le-Vel's marketing for all of its products. "Social sharing" has always been vital to Le-Vel's business model, so much so that Le-Vel's product expansion is guided by introducing products capable of being "socially shared" by Le-Vel's customers and promoters.

6. Once a customer is introduced to Le-Vel's products, that customer must create an account on Le-Vel's website and then purchase the product directly from Le-Vel.

7. Le-Vel's promoters only receive commissions on purchases of Le-Vel's products. Le-Vel's promoter commissions are among the highest in the industry.

8. Le-Vel offers numerous rewards to its promoters for meeting certain milestones related to the sales of Le-Vel's products. One such reward is what Le-Vel calls the "Auto Bonus." Through this reward program, Le-Vel's promoters can earn a monthly bonus towards a white or black BMW, Mercedes, Lexus, Cadillac, Audi, Tesla, Land Rover, or certain truck models. Attached as Exhibit 28 is a true and correct copy of the current Product Sheet providing additional details about Le-Vel's Auto Bonus, including a description of the milestones a promoter must meet to qualify for the reward. Le-Vel has always offered an Auto Bonus or "Car Plan," and, in fact, Le-Vel promoted the first iteration of its car plan on its original website http://thelvlife.com as the "#1 Industry Ranked Car Plan." I understand that Plaintiff's counsel alleges Le-Vel's promotion of its "#1 Industry Ranked Car Plan" shows that Le-Vel started out by selling car insurance. Le-Vel does not sell, has never sold, and does not intend to sell car insurance. Le-Vel's Car Plan/Auto Bonus is not related in any way to the sale or offer of car insurance, nor has it ever been.

9. One of Le-Vel's founders, Jason Camper, was the former president of IsXperia and LifeCore Global—two supplement companies that naturally expanded into skincare products. I have known Mr. Camper since 2009, having represented

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603288558                                2                          Case No. 2:21-CV-02022-DOC-KES
DECLARATION OF DREW S. HOFFMAN

him in the past on legal matters before joining Le-Vel. In my non-privileged conversations with Mr. Camper, Mr. Camper indicated that he drove the decision to expand into skincare products for those companies.

10. Similar to Le-Vel, IsXperia and LifeCore Global were MLMs that used independent promoters to promote its skincare and supplement products. Numerous customers and/or promoters from Mr. Camper's prior supplement and skincare businesses who were familiar with Mr. Camper and his prior supplement and skincare businesses joined Le-Vel as customers and/or promoters.

11. Le-Vel's first THRIVE-branded products were introduced in commerce in August 2012, shortly after Le-Vel was founded. The first products shipped and distributed were two THRIVE vitamin capsules—one for men and one for women. The men's capsule was branded THRIVE with an "M" and the women's capsule was branded THRIVE with a "W." The second product was a powdered supplement shake also branded as THRIVE. Since their release in August 2012, Le-Vel has continuously offered and sold those THRIVE vitamins and shakes in the United States.

12. Attached as Exhibit 1 are true and correct copies of 91 different invoices dated August 24, 2012 through September 11, 2012 for Le-Vel's THRIVE vitamins and THRIVE shakes. These invoices show the name and address of the customer (in the "Bill To" and "Ship To" boxes), the order number, the promoter number, the date ordered, the date shipped, the products, including the quantity ordered and shipped, and the price. Each invoice shows a price of $0 because the THRIVE products reflected in these invoices were distributed for free to Le-Vel's interested promoters and customers. Attached as Exhibit 2 is an Excel spreadsheet summarizing the invoices attached as Exhibit 1, including the order number, promoter number, shipping street, shipping city, shipping state, billing state, shipping postal code, and order date, all of which correspond to the invoices attached as Exhibit 1. The product invoices attached as Exhibit 1 and summarized

in Exhibit 2 show that THRIVE vitamins and THRIVE shakes were distributed between August 24, 2012 and September 11, 2012 to the following 24 states: California; Nevada; Connecticut; New York; Kentucky; Texas; Ohio; Florida; Delaware; Pennsylvania; Georgia; Arizona; North Carolina; Alabama; Arkansas; Idaho; Indiana; Michigan; Tennessee; South Carolina; New Jersey; Alaska; Oregon; and Kansas.

13. Each of the THRIVE products shipped in connection with the invoices attached as Exhibit 1 prominently used Le-Vel's THRIVE mark. A true and correct picture of the THRIVE M and THRIVE W products as sent to customers identified in the invoices attached as Exhibit 1 is attached as Exhibit 3. The image attached as Exhibit 3 was taken on August 23, 2012.

14. Le-Vel made its first cash sale of its THRIVE products on September 15, 2012. Attached as Exhibit 4 is a true and correct screen capture from the Wayback Machine showing Le-Vel's first website, http://thelvlife.com/, on September 15, 2012. The screen capture attached as Exhibit 4 includes a true and correct image of the THRIVE vitamins as they were shipped to customers as of that date. Attached as Exhibit 5 is another true and correct screen capture from the Wayback Machine showing another capture of Le-Vel's first website on September 15, 2012. The screen capture attached as Exhibit 5 includes a true and correct image of the THRIVE shake product and the packaging for the THRIVE vitamins as they were shipped to customers as of that date. The website captures in Exhibits 4 and 5 can be accessed at https://web.archive.org/web/20120915142106/http://thelvlife.com/.

15. Attached as Exhibit 6 is a true and correct copy of the current Product PDF for Le-Vel's THRIVE M vitamin. Attached as Exhibit 7 is a true and correct copy of the current Product PDF for Le-Vel's THRIVE W vitamin. Attached as Exhibit 8 are true and correct copies of the current Product PDFs for Le-Vel's THRIVE shake products, including the vanilla, chocolate, strawberry, and apple pie

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

flavors. Each of the Product PDFs attached as Exhibits 6, 7, and 8 include a description of the products and an image of the products as they are offered and sold to customers today.

16. While only two types of THRIVE products (vitamins and shakes) were released at launch in August 2012, Le-Vel's founders always intended to create and offer three interconnected products that functioned in unity to help Le-Vel's customers fill their nutritional gaps, live happier and healthier lives, and look and feel better. Le-Vel also sought to revolutionize the concept of nutrition and a person's skin though its THRIVE skin vitamin patches, known as THRIVE Derma Fusion Technology ("DFT"). THRIVE DFT provides many nutritional benefits as well as skin-benefits such as replenishing the skin's moisture barrier, helping improve skin elasticity, and making skin appear firm, toned, and visibly younger. (In fact, in Canada, THRIVE DFT is classified as a cosmetic.) Attached as Exhibit 29 is a true and correct capture of the product page for Le-Vel's THRIVE DFT patch from Le-Vel's Canadian website, available at https://le-vel.ca/Products/THRIVE/DFT.

17. Le-Vel soon released its THRIVE DFT vitamin skin patch as its third product. Like Le-Vel's THRIVE vitamins and shakes, the THRIVE DFT vitamin skin patch has been offered and sold under the THRIVE name and mark to this day.

18. Attached as Exhibit 9 is a true and correct copy of the current Product PDF for Le-Vel's THRIVE DFT vitamin skin patch. The Product PDF attached as Exhibits 9 includes a description of the product and an image of the product as it is offered and sold to customers today.

19. The combination of Le-Vel's THRIVE vitamins, THRIVE shakes, and THRIVE DFT vitamin skin patches were grouped together to form what Le-Vel named the THRIVE EXPERIENCE—three interconnected products providing customers three easy steps to reach their fitness goals, live a healthier life, and look and feel better. The three steps are as follows: (1) Take the THRIVE vitamins first

thing in the morning; (2) 20 to 30 minutes later, mix and drink the THRIVE shake; and (3) put on the THRIVE DFT vitamin skin patch.

20. The three steps of the THRIVE EXPERIENCE, including Le-Vel's THRIVE vitamins, shakes, and vitamin skin patches, are the core of Le-Vel's THRIVE product line, the backbone of Le-Vel's THRIVE business, and Le-Vel's most popular offering.

21. Attached as Exhibit 10 is a true and correct copy of a capture of Le-Vel's THRIVE EXPERIENCE webpage, available at https://thrivevitamin.le-vel.com/Products/THRIVE.

22. The THRIVE EXPERIENCE, including the THRIVE products included in the THRIVE EXPERIENCE, was met with significant commercial success. From the time Le-Vel launched its initial THRIVE products in August 2012 through September 4, 2013, which I understand is the day before Thrive Natural Care claims that it first used THRIVE in commerce with any products, Le-Vel sold ████████ of its THRIVE products (i.e. THRIVE vitamins, THRIVE shakes, and THRIVE DFT vitamin skin patches) nationwide. Based on my experience with Le-Vel, conversations with Le-Vel's promoters and customers, and observing reactions from Le-Vel's customers on social media, Le-Vel's THRIVE EXPERIENCE achieved such immediate success due to both the high-quality nature of the products and the three simple steps of the products' application, among other reasons. For example, sales of Le-Vel's THRIVE EXPERIENCE have grown from ███ million in 2013 to approximately ███ million. As a result, Le-Vel has focused on the three steps of the THRIVE EXPERIENCE in its marketing, including by designing products built around the concept of "three simple steps" and the literal connection of the "skin" or "derma" to nutritional and skin benefits through THRIVE Derma Fusion Technology.

23. Given the success of the THRIVE EXPERIENCE, Le-Vel's customer base grew rapidly. As Le-Vel's customer base grew, Le-Vel expanded its product

1  line. In doing so, Le-Vel leveraged the success of its original THRIVE products and
2  the THRIVE EXPERIENCE by branding all new products under its THRIVE name
3  and mark.

4      24. Le-Vel's expansion of its THRIVE product line over the years has
5  successfully developed and leveraged the THRIVE brand, which is one of the most
6  important and powerful assets Le-Vel owns, so much so that our consumers and the
7  public more commonly know Le-Vel as THRIVE, not as Le-Vel.

8      25. In late 2013, Le-Vel conceived of a new off-shoot of the THRIVE
9  EXPERIENCE, called THRIVE PLUS, which originally included new supplement
10 products (all branded under the THRIVE name) that could be added to the core
11 THRIVE EXPERIENCE. The first THRIVE PLUS products were released to the
12 public throughout 2014, including THRIVE Balance vitamins and THRIVE
13 Activate and Boost powdered shakes.

14     26. Le-Vel added more THRIVE PLUS products in early 2015 and 2016
15 with a series of sequential vitamin gels, including THRIVE Form, THRIVE Rest,
16 and THRIVE Move.

17     27. Le-Vel's THRIVE Form gel vitamin was first offered and sold in
18 March 2016. THRIVE Form was and still is a collagen protein vitamin intended to
19 support firm and healthy skin, among other benefits. It is essentially a skin vitamin.
20 Attached as Exhibit 11 is a true and correct screen capture from the Wayback
21 Machine showing Le-Vel's website, http://www.le-vel.com, on March 22, 2016.
22 The screen capture attached as Exhibit 11 includes a true and correct image of the
23 THRIVE Form product as it was offered and sold to customers as of that date. The
24 website capture in Exhibits 11 can be accessed at https://web.archive.org/web/
25 20160322090613/https://le-vel.com/. Attached as Exhibit 12 is a true and correct
26 copy of the current Product PDF for Le-Vel's THRIVE Form skin vitamin. The
27 Product PDF attached as Exhibit 12 includes a description of the product and an
28 image of the product as it is offered and sold to customers today.

28.     Le-Vel further expanded its THRIVE PLUS line by adding a liquid energy drink supplement called THRIVE Pure in late 2016; another vitamin named THRIVE Expand in early 2017; a coffee substitute named THRIVE Café in late 2017; a line of protein supplements named THRIVEFIT in early 2018; a kids vitamin named THRIVE K in late 2018; an antioxidant supplement drink mix called THRIVE Blast in early 2019; an amino acid vitamin named THRIVE Sculpt in late 2019; a fiber supplement drink mix named THRIVE Restore in late 2019; a hydration supplement drink mix called THRIVE Thirst in 2020; a digestive supplement called THRIVE Treat Meal in late 2020; and a pre/probiotic supplement called THRIVE BIOTIC in early 2021.

29.     As a result of the success of the THRIVE EXPERIENCE and other THRIVE products, Le-Vel became the fastest direct sales company to reach $1 billion in sales when it eclipsed that milestone in 2017.  Le-Vel surpassed $2 billion in sales of its THRIVE products in 2019 and is currently on its way to $3 billion in sales.  Typically, about 33% of annual sales occur in January to April.

30.     Le-Vel also greatly expanded its THRIVE DFT vitamin skin patches by offering numerous different variations of its THRIVE DFT product, continuing consumer association of Le-Vel connecting the "skin" to nutritional and skin benefit "care."  Expanded THRIVE vitamin skin patches included THRIVE DFT Ultra released in February 2014, THRIVE DFT Black Label released in August 2015, THRIVE DFT PINK Breast Cancer Awareness released in October 2015, THRIVE DFT Team Hoyt released in June 2016, THRIVE DFT DUO released in June 2017, THRIVE DFT BURN released in June 2018, THRIVE DFT White Label released in January 2019, and THRIVE DFT Recharge released in March 2020.

31.     As recently as March 1, 2021, Le-Vel released another THRIVE DFT vitamin skin patch called THRIVE AGAINST CANCER (TAC) DFT.  For every pack of TAC DFTs sold, Le-Vel donates $5 to a worthy organization, which Le-Vel designates each month, committed to fighting against a certain type of cancer.

Attached as Exhibit 13 is a true and correct copy of the current Product PDF for the TAC DFT, which provides additional details about Le-Vel's THRIVE AGAINST CANCER program. An image of Le-Vel's TAC DFT products are shown below:



32. Le-Vel's TAC DFT is far from the first time Le-Vel has engaged in charitable initiatives. Rather, Le-Vel has made it part of its core mission to give back to those in need.

33. For example, since 2015, Le-Vel partnered with the Hoyt Foundation, which was founded in 1989 by Dick and Rick Hoyt (Team Hoyt). The Hoyt Foundation aspires to build the individual character, self-confidence, and self-esteem of America's disabled young people through inclusion in all facets of daily life, including in family and community activities (especially sports), at home, in schools, and in the workplace. In April 2015, Le-Vel donated $50,000 to the Hoyt Foundation and, in April 2016, Le-Vel donated an additional $240,000 to the Hoyt Foundation.

34. Also in April 2016, Dick Hoyt spoke at Le-Vel's annual convention to thousands of Le-Vel's customers and promoters about the Hoyt Foundation. At the same conference, Le-Vel announced that it would be releasing a special edition Hoyt THRIVE DFT vitamin skin patch, a portion of the proceeds of which would go directly to the Hoyt foundation. Le-Vel continues to partner with the Hoyt Foundation today. Attached as Exhibit 14 are true and correct copies of third-party articles discussing Le-Vel's partnership with the Hoyt Foundation. Depicted below is an image of Dick Hoyt, who was brought to tears immediately prior to this picture when Le-Vel announced the Team Hoyt DFT vitamin skin patch and corresponding continued support of the Hoyt Foundation, at Le-Vel's April 2016 annual convention with Le-Vel founders:



35. Beginning in 2015, Le-Vel also partnered with the National Breast Cancer Foundation ("NBCF"), which remains one of Le-Vel's partners to this day. Since 2015, Le-Vel has made an annual donation to NBCF to support its fight against breast cancer. Overall, since 2015, Le-Vel has donated a total of $1,080,000

to NBCF, making Le-Vel one of the largest donors in NBCF's history. In addition, the Chief Operating Officer of NBCF, Kevin Hail, spoke at Le-Vel's annual convention in April 2017, and since October 2015, Le-Vel has run an annual campaign called #THRIVE4PINK, where Le-Vel sells Breast Cancer Awareness THRIVE DFT skin patches or some other product signifying Le-Vel's commitment to NBCF's mission, with a portion of the proceeds going directly to NBCF. Attached as Exhibit 15 are true and correct copies of third-party articles discussing Le-Vel's partnership with NBCF.

36. Le-Vel has also previously partnered with the Marine Toys for Tots Foundation. In December 2015, Le-Vel donated $140,000 to Toys for Tots and, in December 2017, Le-Vel donated $120,000 to Toys for Tots. Attached as Exhibit 16 (and depicted below) is an image of Le-Vel's founders presenting Le-Vel's donation to Toys for Tots in 2015. In addition to the donations, Le-Vel's Independent Brand Promoters held regional toy drives across the country for Toys for Tots in December 2015. Attached as Exhibit 17 are true and correct copies of third-party articles discussing Le-Vel's partnership with Toys for Tots.



37. In 2018, Le-Vel partnered with Rise Against Hunger, a non-profit organization with the goal of ending world hunger, in part, by providing sustainable food and responding to emergencies in countries around the world. As part of Le-Vel's partnership with Rise Against Hunger, Le-Vel launched its THRIVE AGAINST HUNGER campaign and THRIVE NOURISH humanitarian aid mix in August 2018. The THRIVE NOURISH product was formulated specifically to provide protein and nutritional benefits for children and adults in critical need. As part of Le-Vel's THRIVE AGAINST HUNGER campaign, Le-Vel worked with Rise Against Hunger to deliver its THRIVE NOURISH products around the world. Depicted below is an image of Le-Vel's THRIVE NOURISH products:



38. In 2018, 14,040 canisters of THRIVE NOURISH were shipped around the world; in 2019 6,480 canisters of THRIVE NOURISH were shipped; and in 2020 28,752 canisters of THRIVE NOURISH were shipped. Also in 2020, Le-Vel worked with Rise Against Hunger to ship 134,179 boxes of its THRIVE Activate supplement to those in need. Attached as Exhibit 18 are true and correct copies of third-party articles discussing Le-Vel's partnership with Rise Against Hunger.

39. Le-Vel has also partnered with other non-profits to supply food and supplements to those in need. For example, Le-Vel partnered with Convoy of Hope in 2020 to provide 1,898 packages of THRIVE Bites beef jerky and 41,915 units of

THRIVEFIT protein powder to those struggling because of the COVID-19 pandemic, as well as front line workers in the fight against COVID-19. And Le-Vel also partnered with Off Their Plate in 2020 to provide an additional 12,178 packages of THRIVE Bites beef jerky to those struggling because of COVID-19, as well as front line workers in the fight against COVID-19. Most recently, in 2021, Le-Vel again partnered with Convoy of Hope to provide 11,980 boxes of THRIVE Bites popcorn chips to those struggling from the pandemic, as well as front line workers in the fight against COVID-19.

40. Le-Vel has also previously donated substantial sums for disaster relief, including $434,000 to Americares Hurricane Harvey Relief in August 2017 and $42,030 to Americares Puerto Rico Hurricane Relief in September 2017.

41. Le-Vel also recently donated $100,000 to National Urban League in June 2020. Attached as Exhibit 19 is a true and correct copy of a third-party article discussing Le-Vel's donation to National Urban League.

42. From 2015 through present, Le-Vel has donated a total of $2,921,863.77 to charity and millions of dollars of product to those in need. As a result of these charitable donations and Le-Vel's charitable mission, Le-Vel has developed a strong reputation in the industry related to its charitable donations. As early as December 2015, Le-Vel's founders were featured in the Houston Business Journal for Le-Vel's philanthropic mission and impact.

43. In early 2018, Le-Vel further expanded its THRIVE product line introducing its THRIVE Pro protein bars. This was the first product in a line of THRIVE healthy snack options. Le-Vel later added two additional healthy snack options—THRIVE Bites beef jerky in late 2018 and THRIVE Bites popcorn chips in late 2020. While this was a small step removed from Le-Vel's vitamins and supplement products, the expansion into health snack options was natural as such products fit squarely within Le-Vel's mission to provide premium products aimed at helping people look and feel better.

44. In the summer of 2017, in addition to the expansion of its THRIVE product line in healthy snacks, Le-Vel decided the time was ripe to naturally expand to skincare products under its THRIVE mark. Having previously run supplement companies that expanded into skincare products, Le-Vel's founder was well acquainted with such an expansion and the details of introducing skincare products in a supplement company. Such an expansion is very common, as demonstrated by the multitude of competing vitamin and supplement companies that have naturally expanded into skincare, including such major brands as GNC, Vitamin Shoppe, Garden of Life, Goop, Bluebonnet Nutrition, Beachbody, Isagenix, Herbalife, Amway, and Shaklee.

45. Over the next two years, Le-Vel thoroughly researched and ensured compliance with the Federal Trade Commission, Federal Drug Administration, and other requirements, developed the products, and created the brand and packaging for those products. Specifically, it took Le-Vel ▇ to ▇ months to develop its initial THRIVE SKIN products.

46. In sourcing the ingredients for its skincare products, Le-Vel used one of the skincare suppliers Mr. Camper previously used while at one of his prior supplement and skin care product companies.

47. In April 2019, Le-Vel released its line of skincare products under the name and mark THRIVE SKIN. The name THRIVE SKIN was chosen because it included Le-Vel's umbrella brand "THRIVE" and the word "SKIN," which was a play on Le-Vel's existing vitamin patches connecting the "skin" to nutritional and skin benefit "care" and the "skincare" products that the name would identify. The THRIVE SKIN products were released at Le-Vel's annual event called THRIVEPALOOZA, which is attended by thousands of Le-Vel's customers and promoters and features celebrity speakers, discussions from Le-Vel's leadership about the business (including product expansion), and much more. Le-Vel heavily advertises its THRIVEPALOOZA events on social media (including Le-Vel's

1  Twitter, Facebook, Instagram, and YouTube channel) and its website, and the 2019
2  THRIVEPALOOZA event was no different.  Le-Vel spent over ▮ million on the
3  April 2019 THRIVEPALOOZA event alone, during which the THRIVE SKIN
4  product was introduced, with over ▮ specifically dedicated to the launch and
5  branding of THRIVE SKIN specifically.  For example, the launch of THRIVE
6  SKIN was the biggest announcement and main event at the April 2019
7  THRIVEPALOOZA, so much so that Le-Vel had a VIP experience room at the
8  event solely dedicated to the THRIVE SKIN launch.  Beyond the
9  THRIVEPALOOZA event itself, Le-Vel also heavily promoted and advertised the
10 release of Le-Vel's THRIVE SKIN products on social media, both before, during,
11 and after the launch of THRIVE SKIN.  Attached as Exhibit 20 are true and correct
12 copies of social media posts from Le-Vel's official social media pages promoting
13 the launch of Le-Vel's THRIVE SKIN products.

14       48.     As noted above, the mark THRIVE SKIN was selected to leverage
15 Le-Vel's THRIVE brand, as Le-Vel had for all of its other products given that
16 THRIVE is Le-Vel and most of our customers refer to us as THRIVE, and play on
17 Le-Vel's existing vitamin patches connecting the "skin" to nutritional and skin
18 benefit "care" and the "skincare" products that such name identified.

19       49.     Like Le-Vel's THRIVE EXPERIENCE, Le-Vel's initial THRIVE
20 SKIN products were a three-step bundle.  The initial three THRIVE SKIN products
21 included THRIVE SKIN Peel exfoliating cream (Step 1), the THRIVE SKIN
22 Reduce facial serum (Step 2), and the THRIVE SKIN Restore skin moisturizer (Step
23 3).  True and correct copies of Le-Vel's current Product PDFs for THRIVE SKIN
24 Peel, Reduce, and Restore are attached as Exhibits 21, 22, and 23, respectively.
25 These Product PDFs describe the three-step THRIVE SKIN process and provide
26 additional details, as well as images, of each THRIVE SKIN product.

27       50.     Le-Vel's original THRIVE SKIN products released in April 2019 were
28 deliberately designed as a simple three-step process to mirror Le-Vel's THRIVE

EXPERIENCE, and consumers publicly recognized that deliberate connection. Attached as Exhibit 24 is a true and correct copy of one of Le-Vel's Twitter posts from May 24, 2019, related to the launch of the THRIVE SKIN products, including a reply to the post that says "Like the original Thrive 1-2-3, this Thrive Skin Care 1-2-3 will be part of my life forever!"

51. Prior to the launch of THRIVE SKIN in April 2019, Le-Vel made a post on its Instagram page on February 28, 2019, asking its followers to "guess" what product Le-Vel would be releasing soon (which was the THRIVE SKIN skincare product line). At the time this post was made, none of Le-Vel's customers or promoters knew the product Le-Vel intended to launch. Despite that lack of knowledge, Le-Vel Instagram followers responded to Le-Vel's February 28, 2019 post "guessing" that Le-Vel would expand into skincare. Attached as Exhibit 25 is a true and correct copy of Le-Vel's February 28, 2019 Instagram post and some of the comments to that post.

52. After Le-Vel's launch of THRIVE SKIN, many of Le-Vel's consumers noted the obvious complementary nature between Le-Vel's THRIVE SKIN skincare products and other of Le-Vel products, including Le-Vel's THRIVE Form skin vitamin and THRIVE DFT skin vitamin patches. Attached as Exhibit 26 are true and correct copies of social media posts we located showing Le-Vel customers comparing Le-Vel's THRIVE SKIN skincare product to our other THRIVE products, include our THRIVE Form skin vitamin.

53. In the first 24 hours following the launch of THRIVE SKIN in April 2019, Le-Vel generated ▮▮▮▮▮▮▮ in revenue on sales of THRIVE SKIN. To date, Le-Vel has made over ▮ million in sales of its THRIVE SKIN products. Since we launched THRIVE SKIN, approximately two thirds of those who purchased a THRIVE SKIN product had previously purchased other Le-Vel THRIVE products and already knew our THRIVE brand and THRIVE products.

54. Given the success of THRIVE SKIN since its introduction, Le-Vel

continues to develop new skincare products. To date, over ▇ samples of potential new THRIVE SKIN skincare products have been developed.

55. Attached as Exhibit 27 is a spreadsheet containing financial analysis related to Le-Vel's THRIVE SKIN products. This spreadsheet includes information about the number of Le-Vel customers and promoters who have ordered products generally and have ordered THRIVE SKIN specifically, the number of Le-Vel promoters that are active and qualified in general and through sales of THRIVE SKIN, the percentage of Le-Vel purchases generally that are made through Le-Vel's "autoship" program (i.e., Le-Vel's recurring purchase program where customers get their product automatically every month), a list of all of Le-Vel's SKUs, information related to U.S. and Non-Canada THRIVE SKIN inventory, actual sales and sales projections related to the THRIVE SKIN products, and expenses, including projected expenses, related to Le-Vel's development, launch, and promotion of the THRIVE SKIN brand. This spreadsheet was created for purposes of this litigation based on information Le-Vel stores in the ordinary course of business. The financial information cited in Paragraph 47 was obtained from this spreadsheet.

56. Over half (▇) of Le-Vel's purchasers of its THRIVE products are repeat customers who have previously purchased other products offered by Le-Vel of its THRIVE brand. Many of Le-Vel's promoters have built up a brand community that is highly involved with and passionate about the brand.

57. Le-Vel currently has over ▇ million total global promoters, ▇ to ▇ of which are actively purchasing and or sharing their experiences on a monthly basis.

58. About 75% of Le-Vel's current customers and promoters are women.

59. Le-Vel's Facebook page (available at https://www.facebook.com/LevelBrands/) has over 1.35 million followers and videos on Le-Vel's YouTube channel (available at https://www.youtube.com/channel/

UCgMaj7fQm4B3ABJCqKEdQ1w) have been viewed over 9.4 million views.

60. I understand that Plaintiff claims that Le-Vel received "numerous adverse health event reports concerning [Le-Vel's] Thrive products." While Le-Vel did indeed receive some adverse health reports, all of which were created by *individuals and not reviewed nor confirmed by the FDA itself*, in 2014-2016, Le-Vel has not received any such reports in over *four and a half years*, since August 11, 2016. In addition, of those reports, over half of them were filed by the same individual.

61. Le-Vel currently has an A+ rating on the Better Business Bureau and has received such ranking for *almost five years*, since May 25, 2016.

62. Direct Selling News, a leading publication, recently asked me to write the featured article on regulatory and legal compliance for their February 2021 issue. The article covers the importance of regulatory and legal compliance, including a "how to" portion describing steps that Le-Vel has taken regarding regulatory and legal compliance that, I believe, companies should mirror. I was asked to write this article because of Le-Vel's commitment to and strong focus on operating in a manner that helps people around the world, benefits our customers, and goes above and beyond legal and compliance requirements for products, sales, and operations.

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603288558 | 18 | Case No. 2:21-CV-02022-DOC-KES
DECLARATION OF DREW S. HOFFMAN

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct pursuant to 28 U.S.C. § 1746. This declaration was executed on March 22, 2021 in Miami, Florida.

*Drew S. Hoffman*

603288558 — 19 — Case No. 2:21-CV-02022-DOC-KES
DECLARATION OF DREW S. HOFFMAN

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd
Suite 1725
Los Angeles, CA 90067