# Exhibit 2
## to the Declaration of Drew S. Hoffman

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**



| OrderID | PromoterID | CustomerID | ShipStreet1 | ShipStreet2 | ShipCity | ShipState | BillState | ShipPostalCode | ShipCountry | OrderVolume | OrderTotal | OrderDate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2502 | 405810 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/24/2012 15:56 |
| 2503 | 406093 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/24/2012 15:56 |
| 2504 | 405862 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/24/2012 15 56 |
| 2505 | 405886 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/24/2012 15:56 |
| 2506 | 406047 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/24/2012 16:06 |
| 2507 | 406106 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/24/2012 16:07 |
| 2508 | 405940 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/24/2012 16:07 |
| 2509 | 406191 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/24/2012 16:07 |
| 2510 | 405813 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/24/2012 16:09 |
| 2511 | 405809 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/24/2012 16:10 |
| 2512 | 406019 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/24/2012 16:10 |
| 2513 | 406063 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/24/2012 16:10 |
| 2514 | 405890 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/24/2012 16:11 |
| 2515 | 406053 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/24/2012 16:12 |
| 2516 | 405930 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/24/2012 16:12 |
| 2517 | 405838 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/24/2012 16:12 |
| 2518 | 405807 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/24/2012 16:12 |
| 2519 | 406170 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/24/2012 16:12 |
| 2520 | 405978 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/24/2012 16:13 |
| 2521 | 405880 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/24/2012 16:13 |
| 2522 | 406158 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/28/2012 15:25 |
| 2523 | 407202 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/28/2012 15:25 |
| 2524 | 406372 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/28/2012 15:25 |
| 2525 | 407236 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/28/2012 15:25 |
| 2526 | 405835 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/28/2012 15:26 |
| 2527 | 407787 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/28/2012 15:26 |
| 2528 | 407206 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/28/2012 15:26 |
| 2529 | 406101 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/28/2012 15:26 |
| 2530 | 407567 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/28/2012 15:28 |
| 2531 | 406875 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/28/2012 15:28 |
| 2532 | 407511 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/28/2012 15:28 |
| 2533 | 405845 | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/28/2012 15:28 |
| 2534 | 406386 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/28/2012 15:28 |
| 2535 | 405877 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/28/2012 15:30 |
| 2536 | 406123 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/30/2012 11:45 |
| 2537 | 408521 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/31/2012 13:47 |
| 2539 | 407851 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/31/2012 13:47 |
| 2540 | 406093 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/31/2012 13:47 |
| 2541 | 405810 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 8/31/2012 13:49 |
| 2542 | 408238 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 9/4/2012 15:02 |
| 2543 | 407521 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 9/4/2012 15:02 |
| 2544 | 408124 | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 9/4/2012 15:08 |
| 2545 | 409104 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 9/4/2012 15:10 |
| 2546 | 408834 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 9/4/2012 15:10 |
| 2547 | 408358 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 9/4/2012 15:11 |
| 2548 | 406732 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 9/4/2012 15:11 |
| 2549 | 407790 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 9/4/2012 15:11 |
| 2550 | 408025 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 9/4/2012 15:11 |
| 2551 | 407866 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 9/4/2012 15:11 |
| 2552 | 407835 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 9/4/2012 15:11 |
| 2553 | 408885 | | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 9/4/2012 15:12 |
| 2554 | 405830 | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | 0 | 0 | 9/4/2012 15:16 |
| 2555 | 406044 | | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 0 | 0 | 9/4/2012 15:16 |

| OrderID | PromoterID | CustomerID | ShipStreet1 | ShipStreet2 | ShipCity | ShipState | BillState | ShipPostalCode | ShipCountry | OrderVolume | OrderTotal | OrderDate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2556 | 405920 | | | | | | | | | 0 | 0 | 9/4/2012 15:17 |
| 2557 | 406071 | | | | | | | | | 0 | 0 | 9/4/2012 15:18 |
| 2558 | 405816 | | | | | | | | | 0 | 0 | 9/4/2012 15:18 |
| 2559 | 406151 | | | | | | | | | 0 | 0 | 9/4/2012 15:18 |
| 2560 | 405950 | | | | | | | | | 0 | 0 | 9/4/2012 15:18 |
| 2561 | 405811 | | | | | | | | | 0 | 0 | 9/4/2012 15:20 |
| 2562 | 405809 | | | | | | | | | 0 | 0 | 9/4/2012 17:04 |
| 2563 | 405804 | | | | | | | | | 0 | 0 | 9/4/2012 17:06 |
| 2564 | 405810 | | | | | | | | | 0 | 0 | 9/4/2012 17:08 |
| 2565 | 405880 | | | | | | | | | 0 | 0 | 9/4/2012 17:09 |
| 2566 | 405813 | | | | | | | | | 0 | 0 | 9/4/2012 17:10 |
| 2567 | 406019 | | | | | | | | | 0 | 0 | 9/4/2012 17:12 |
| 2568 | 405805 | | | | | | | | | 0 | 0 | 9/4/2012 17:13 |
| 2569 | 409765 | | | | | | | | | 0 | 0 | 9/7/2012 11:13 |
| 2570 | 406047 | | | | | | | | | 0 | 0 | 9/7/2012 13:46 |
| 2571 | 409090 | | | | | | | | | 0 | 0 | 9/7/2012 15:10 |
| 2572 | 408887 | | | | | | | | | 0 | 0 | 9/9/2012 11:13 |
| 2573 | 408700 | | | | | | | | | 0 | 0 | 9/9/2012 11:13 |
| 2574 | 408814 | | | | | | | | | S | 0 | 0 | 9/9/2012 11:13 |
| 2575 | 408991 | | | | | | | | | 0 | 0 | 9/9/2012 11:13 |
| 2576 | 406800 | | | | | | | | | 0 | 0 | 9/9/2012 11:13 |
| 2577 | 408300 | | | | | | | | | 0 | 0 | 9/9/2012 11:13 |
| 2578 | 407393 | | | | | | | | | 0 | 0 | 9/9/2012 11:13 |
| 2579 | 406319 | | | | | | | | | 0 | 0 | 9/9/2012 11:14 |
| 2580 | 408832 | | | | | | | | | 0 | 0 | 9/9/2012 11:14 |
| 2581 | 408599 | | | | | | | | | 0 | 0 | 9/9/2012 11:14 |
| 2582 | 408887 | | | | | | | | | 0 | 0 | 9/10/2012 15:00 |
| 2583 | 407202 | | | | | | | | | 0 | 0 | 9/10/2012 15:03 |
| 2584 | 409697 | | | | | | | | | 0 | 0 | 9/10/2012 15:06 |
| 2585 | 409369 | | | | | | | | | 0 | 0 | 9/10/2012 15:08 |
| 2586 | 409349 | | | | | | | | | 0 | 0 | 9/10/2012 15:09 |
| 2587 | 406639 | | | | | | | | | 0 | 0 | 9/10/2012 15:10 |
| 2588 | 408133 | | | | | | | | | 0 | 0 | 9/10/2012 15:11 |
| 2589 | 406108 | | | | | | | | | 0 | 0 | 9/10/2012 15:12 |
| 2590 | 406053 | | | | | | | | | 0 | 0 | 9/11/2012 10:11 |
| 2591 | 405862 | | | | | | | | | 0 | 0 | 9/11/2012 13:18 |
| 2592 | 406047 | | | | | | | | | 0 | 0 | 9/11/2012 13:41 |
| 2593 | 407206 | | | | | | | | | 0 | 0 | 9/11/2012 13:50 |

Exhibit 2
Page 113