# Exhibit 27

## to the Declaration of Drew S. Hoffman

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**