# Exhibit 1
## to the Declaration of Morgan E. Smith

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**



**August 24, 2012**

*Le-Vel first introduces and distributes THRIVE vitamins and shakes*

**September 11, 2012**

*Filing date of Plaintiff's THRIVE Application*

**September 4, 2013**

*Sales of Le-Vel's THRIVE vitamins, including skin vitamin patches, exceeds* [redacted]

**September 5, 2013**

*Plaintiff's alleged first use of THRIVE in commerce*

**April 2019**

*Le-Vel first sold THRIVE SKIN skincare products*

**March 2021**

*Le-Vel's sales of THRIVE SKIN exceed* [redacted] *and overall sales of THRIVE exceed* [redacted]

**March 5, 2021**

*Plaintiff files Motion for Preliminary Injunction against Le-Vel's THRIVE SKIN mark*