# Exhibit 3
## to the Declaration of Shauna E. Woods

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**