1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| THRIVE NATURAL CARE, INC., | Case No. 2:21-CV-02022-DOC-KES |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER REGARDING LE-VEL BRANDS, LLC'S APPLICATION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH LE-VEL'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| LE-VEL BRANDS, LLC, | |
| Defendant. | |

This application has come before the Court upon Le-Vel Brands, LLC's ("Le-Vel") application to file the following documents under seal. The Court, having reviewed the submission, and upon compelling reasons shown, orders as follows:

| **DOCUMENTS TO BE PARTIALLY SEALED** |
|---|
| Le-Vel's Opposition to Plaintiff's Motion for a Preliminary Injunction <br> ☐ Le-Vel's application to file under seal is ACCEPTED. <br> ☐ Le-Vel's application to file under seal is DENIED.  The documents identified herein shall be returned to counsel. |
| Declaration of Drew S. Hoffman in Support of Opposition to Plaintiff's Motion for Preliminary Injunction <br> ☐ Le-Vel's application to file under seal is ACCEPTED. <br> ☐ Le-Vel's application to file under seal is DENIED.  The documents identified herein shall be returned to counsel. |
| Exhibit 1 to the Declaration of Drew S. Hoffman in Support of Opposition to Plaintiff's Motion for Preliminary Injunction <br> ☐ Le-Vel's application to file under seal is ACCEPTED. <br> ☐ Le-Vel's application to file under seal is DENIED.  The documents identified herein shall be returned to counsel. |
| Exhibit 2 to the Declaration of Drew S. Hoffman in Support of Opposition to Plaintiff's Motion for Preliminary Injunction <br> ☐ Le-Vel's application to file under seal is ACCEPTED. <br> ☐ Le-Vel's application to file under seal is DENIED.  The documents identified herein shall be returned to counsel. |

| **DOCUMENTS TO BE PARTIALLY SEALED** |
|---|
| Exhibit 1 to the Declaration of Shauna E. Woods in Support of Opposition to Plaintiff's Motion for Preliminary Injunction (the Expert Report of Dr. Michael J. Barone) <br> ☐ Le-Vel's application to file under seal is ACCEPTED. <br> ☐ Le-Vel's application to file under seal is DENIED.  The documents identified herein shall be returned to counsel. |
| Exhibit 1 to the Declaration of Morgan E. Smith in Support of Opposition to Plaintiff's Motion for Preliminary Injunction <br> ☐ Le-Vel's application to file under seal is ACCEPTED. <br> ☐ Le-Vel's application to file under seal is DENIED.  The documents identified herein shall be returned to counsel. |

| **DOCUMENTS TO BE SEALED ENTIRELY** |
|---|
| Exhibit 27 to the Declaration of Drew S. Hoffman in Support of Opposition to Plaintiff's Motion for Preliminary Injunction <br> ☐ Le-Vel's application to file under seal is ACCEPTED. <br> ☐ Le-Vel's application to file under seal is DENIED.  The documents identified herein shall be returned to counsel. |
| Exhibit 3 to the Declaration of Shauna E. Woods in Support of Opposition to Plaintiff's Motion for Preliminary Injunction (the Expert Declaration of Mr. John Plumpe) <br> ☐ Le-Vel's application to file under seal is ACCEPTED. <br> ☐ Le-Vel's application to file under seal is DENIED.  The documents identified herein shall be returned to counsel. |

**IT IS SO ORDERED**

Dated: _____  _____
The Hon. David O. Carter
United States District Judge