KENDALL BRILL & KELLY LLP
Alan Jay Weil (63153)
 *ajweil@kbkfirm.com*
Shauna E. Woods (300339)
 *swoods@kbkfirm.com*
10100 Santa Monica, Suite 1725
Los Angeles, California 90067
Telephone:  (310) 556-2700
Facsimile:   (310) 556-2705

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Morgan E. Smith (SBN 293503)
 *morgan.smith@finnegan.com*
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone:  (650) 849-6600
Facsimile:  (650) 849-6666

*Attorneys for Defendant Le-Vel Brands, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| THRIVE NATURAL CARE, INC.<br><br>Plaintiff,<br><br>v.<br><br>LE-VEL BRANDS, LLC,<br><br>Defendant. | Case No. 2:21-cv-2022-DOC-KES<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: March 9, 2021<br>Current Response Date: March 30, 2021<br>New Date: April 2, 2021<br><br>Judge: Hon. David O. Carter<br>Crtrm.: 9D<br><br>Action Filed: March 4, 2021 |

# STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

Pursuant to L.R. 8-3, Plaintiff Thrive Natural Care, Inc. and Defendant Le-Vel Brands, LLC hereby stipulate to an extension of time for Le-Vel to answer and counterclaim to the Complaint for three days, from March 30 through and including April 2, 2021.  Le-Vel was first served on March 9, 2021.  Accordingly, its response date is currently March 30, 2021.  No prior extension of time to respond to the Complaint has been requested or granted.

DATED:  March 26, 2021            KENDALL BRILL & KELLY LLP

By: _____/s/ Alan Jay Weil_____
Alan Jay Weil
Attorneys for Defendant Le-Vel Brands, LLC

DATED:  March 26, 2021            THE MCARTHUR LAW FIRM

By: _____/s/ Stephen McArthur_____
Stephen McArthur
Attorneys for Plaintiff Thrive Natural Care, Inc.

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603289924

2

Case No. 2:21-cv-2022-DOC-KES
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

## ATTESTATION UNDER LOCAL RULE 5-4.3.4

I, Alan Jay Weil, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Local Rules 5-4.3.4(a)(2), I hereby attest that Stephen McArthur has concurred in this filing.

DATED: March 26, 2021

/s/ Alan Jay Weil
Alan Jay Weil

603289924     3     Case No. 2:21-cv-2022-DOC-KES
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS
(L.R. 8-3)

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067