Stephen C. McArthur (State Bar No. 277712)
stephen@smcarthurlaw.com
Thomas E. Dietrich (State Bar No. 254282)
tom@smcarthurlaw.com
THE MCARTHUR LAW FIRM, PC
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Telephone: (323) 639-4455

*Attorneys for Plaintiff Thrive Natural Care, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> LE-VEL BRANDS, LLC, <br><br> Defendant. | Case No. 2:21-cv-2022-DOC-KES <br><br> **PLAINTIFF THRIVE NATURAL CARE, INC.'S APPLICATION TO FILE DOCUMENTS UNDER SEAL** <br><br> [Filed concurrently with: Declaration of Stephen McArthur; Redacted Version of Document Proposed to be Filed Under Seal; Unredacted Version of Document Proposed to be Filed Under Seal; and [Proposed] Order re Application for Leave to File Under Seal] |

Pursuant to Local Rule 79-5.2.2, Plaintiff Thrive Natural Care, Inc. ("Thrive") submits this application to file the unredacted version of a document under seal. Thrive intends to file the document at issue as Exhibit 1 to the Declaration of Stephen McArthur in support of Plaintiff's Application for Leave to File Under Seal.

**Exhibit 1** is an unredacted copy of Thrive's Reply in Support of Motion for Preliminary Injunction which contains information designated "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" by Defendant. Counsel for Defendant has not consented to publicly filing the information that has been redacted from the public version of Exhibit 1. Pursuant to Local Rule 79-5.2.2(b), counsel for the parties communicated regarding Defendant's confidentiality designations, and counsel for Defendant has not consented to publicly filing Exhibit 1 without redactions. *See* Declaration of Stephen McArthur ¶ 3.

Thrive therefore respectfully requests that this Court grant this application to file Exhibit 1 under seal.

Dated: March 29, 2021

Respectfully submitted

**THE MCARTHUR LAW FIRM, PC**

By */s/ Stephen McArthur*

Stephen C. McArthur
Thomas E. Dietrich

*Attorneys for Plaintiff Thrive Natural Care, Inc.*

# CERTIFICATE OF SERVICE

Case Name: *Thrive Natural Care, Inc. v. Le-Vel Brands, LLC.*
Case No.: 2:21-cv-2022-DOC-KES

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 9465 Wilshire Blvd., Ste. 300, Beverly Hills, CA 90212. I am not a party to the above-entitled action.

I have caused service of the following documents, described as:

**PLAINTIFF THRIVE NATURAL CARE, INC.'S APPLICATION TO FILE DOCUMENTS UNDER SEAL**

on the following parties by electronically filing the foregoing on March 29, 2021, with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| KENDALL BRILL & KELLY LLP<br>Alan Jay Weil (63153)<br>ajweil@kbkfirm.com<br>Shauna E. Woods (300339)<br>swoods@kbkfirm.com<br>10100 Santa Monica Blvd., Suite 1725<br>Los Angeles, California 90067<br>Telephone: 310.556.2700 | *Attorneys for Defendant* |

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Mark Sommers (pro hac vice forthcoming)
mark.sommers@finnegan.com
Patrick Rodgers (pro hac vice forthcoming)
patrick.rodgers@finnegan.com
901 New York Avenue, NW,
Washington, DC 20001-4413
Telephone: (202) 408-4064
Morgan E. Smith (SBN 293503)
morgan.smith@finnegan.com
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/29/2021    By: */s/ Rick Brown*
                                                    Rick Brown