UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LE-VEL BRANDS, LLC,<br><br>　　　　　Defendant. | Case No. 2:21-CV-2022-DOC-KES<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE DOCUMENT UNDER SEAL** |

## ORDER

This Court has read and considered Plaintiff Thrive Natural Care, Inc.'s ("Thrive") Application for Leave to File Under Seal Thrive's Unredacted Reply in Support of Motion for Preliminary Injunction. Exhibit 1 to the Declaration of Stephen McArthur filed herewith is Thrive's Unredacted Reply in Support of Motion for Preliminary Injunction which contains information designated "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" by Defendant Le-Vel Brands, LLC. Good cause and a compelling need to file this document under seal has been shown, based on the confidential and sensitive nature of the document.

IT IS HEREBY ORDERED that Thrive's Application to File Document Under Seal is GRANTED.  Thrive shall promptly file Exhibit 1 under seal in accordance with Local Rule 79-5.2.2(c).

IT IS SO ORDERED.

DATED:_____                    _____
                                         Hon. David O. Carter
                                         Judge, United States District Court