## SUPPLEMENTAL DECLARATION OF STEPHEN MCARTHUR

I, Stephen McArthur, hereby declare as follows:

1.      I am an attorney at law, duly admitted into practice before the State of California and this Court. I am an attorney with The McArthur Law Firm, P.C., counsel for Plaintiff Thrive Natural Care, Inc. ("Thrive"). I make this Supplemental Declaration in support of Thrive's Reply Brief in Support of Motion for Preliminary Injunction ("Motion") against Defendant Le-Vel Brands, LLC ("Le-Vel"). I am over 18 years of age and make this declaration of facts known to me and, if called upon, I could and would testify competently to the facts stated herein.

2.      Attached hereto as <u>Exhibit A</u> are true and correct copies of screenshots from websites for Amazon.com, Best Buy, Zappos, and Chewy.com. Each of these websites requests that the user enter a login and password to access their account prior to reaching the point-of-purchase page.

3.      Attached hereto as <u>Exhibit B</u> are true and correct copies of articles relating to the enactment of the Trademark Modernization Act of 2020 with information on the enactment date of the presumption of irreparable harm amendment highlighted in yellow.

4.      Attached hereto as <u>Exhibit C</u> is a true and correct copy of a ThorCheck report from TM TKO identifying numerous identical federal registrations for skincare and vitamin products that have different listed mark owners. An explanation of the methodology used to compile these reports is available here: https://www.tmtko.com/methodology (last visited March 27, 2021).

5.      Attached hereto as <u>Exhibit D</u> are true and correct copies of articles relating to "reputation-washing" by companies and individuals.

/ / /

/ / /

/ / /

/ / /

1        I declare under penalty of perjury under the laws of the United States of

2   America that the foregoing is true and correct. Executed on March 29, 2021.

3

4                                        _____

5                                        Stephen McArthur

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **<u>Exhibit A</u>**



## Sign-In

Switch accounts

Thomas Dietrich
tomdietrich7@gmail.com

**Password**                    Forgot your password?

Sign-In

☑ Keep me signed in. Details ▾



Return to cart

## Returning Customers

Sign in for faster checkout.

Email Address

Show password

Password

Forgot your password?

**Sign In**

or

 Sign in with Apple

G Sign in with Google

By continuing you agree to our Terms and Conditions, our Privacy Policy, and the My Best Buy® Program Terms.

**or**

## New Customers

Don't have an account? No problem, you can check out as a guest. You'll have the option to create an account during checkout.

**Continue as Guest**

Terms and Conditions  |  Privacy  |  Interest-Based Ads

Mobile Site

Prices and offers are subject to change. © 2021 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the Tag Design, MY BEST BUY, and BESTBUY.COM are trademarks of Best Buy and its affiliated companies.



Customer Service    Available 24/7 at (800) 927-7671    Join Zappos VIP & Get Expedited Shipping + Earn Points on Every Order! Learn More.

1 ITEM IN CART

New    Women    Men    Sign In / Register

« Back | Shoes / Boots

SKU 9103207

$144.95

Ships Free!

Black Multi

Size:
true to size.
late your size

Width: D - Medium

## Sign-in

By logging in with Amazon, you may be eligible for additional Prime benefits like FREE Upgraded Shipping. Then, join Zappos VIP for additional Prime-linked VIP perks:

- If you are an Amazon Prime Member, sign in with Amazon to qualify for free upgraded shipping!
- Get FREE Expedited Shipping
- Earn 2 Points for Every $1 Spent
- Receive Bonus Points on Select Brands
- Redeem Points for VIP Codes

SIGN IN WITH ZAPPOS

SIGN IN WITH AMAZON

SIGN IN WITH GOOGLE

or

CREATE YOUR ZAPPOS ACCOUNT

By signing in, you agree to Zappos
Terms and Conditions and Privacy Policy.

  🔒 Secure

Questions? **24/7 help** ⌄          Continue Shopping

**Save 30%** on your first  | Learn more

## Sign in or register to checkout

### I'm a Returning Customer

Email Address

Password

Forgot your password?

**Sign In**

### I'm a New Customer

Creating an account is fast, easy, and free. You'll be able to manage your autoships, track your orders, write reviews, and more!

Create Account

© 2021 Chewy, Inc.   ·   Terms of Use   ·   Privacy Policy

# **Exhibit B**

Published on *The National Law Review* (http://www.natlawreview.com)

# How Does the Trademark Modernization Act of 2020 Help You Protect Your Brand?

Article By:
John Gary Maynard, III
Anu Sharma

Signed into law on December 27, 2020, the Trademark Modernization Act of 2020 (TMA) provides amendments to existing federal trademark law that will assist US retailers and other businesses with branding decisions. Congress passed the TMA as part of the COVID-19 relief and government-funding bill.

Key TMA amendments include authority for submission of evidence by third parties during trademark examination, procedures to challenge trademarks due to non-use (so-called "deadwood trademarks"), and a statutory presumption of injunctive relief in trademark infringement proceedings. Most of the amendments have an effective date of December 27, 2021, giving the United States Patent and Trademark Office (USPTO) a year to implement the TMA's changes—with one important exception that took effect immediately: the rebuttable presumption of irreparable harm.

In sum, retailers now have additional tools to defend and enforce their own marks, and to challenge the marks of others, as further described below.

## Statutory Rebuttable Presumption of Irreparable Harm (Effective Immediately)

Retailers who face trademark infringement, and seek a temporary restraining order, preliminary injunction, or permanent injunction in federal court to stop it, now have the benefit of being entitled to a rebuttable presumption of irreparable harm on a finding of infringement or likelihood of success on the merits.

This is important because, unlike prior to the TMA amendment, when different jurisdictions followed different standards of law, retailer trademark owners can expect application of a uniform standard in assessing the available equitable remedies for infringement, which may make it easier to obtain injunctive relief.

## Evidence Submitted by Third Parties (Effective December 27, 2021)

The TMA allows a third party to submit evidence for consideration in the refusal of a trademark registration application prior to registration, for example, evidence that the third party was using the trademark before the applicant. Retailers should expect a decision from the USPTO on whether such evidence will be included in the record within two months of submission. This decision by the USPTO is final and non-reviewable and does not prejudice any party's right to raise any issue and rely on any evidence in any other proceeding.

## *Ex Parte* Expungement Proceeding (Effective December 27, 2021)

Under the TMA, any person can file a petition to expunge a trademark registration—anytime between three and ten years after the registration date of the mark—on the ground that the mark has never been used in commerce on or in connection with some or all of the goods or services recited in the registration. The USPTO will determine whether a petitioner conducted a reasonable investigation and set forth a prima facie case of non-use. If so, the USPTO will institute an *ex parte* expungement proceeding and notify all parties involved. The procedures for *ex parte* expungement are largely the same as those for trademark application examination, but here the trademark owner has an opportunity to combat the assertions raised in the petition by offering excusable non-use to prevent cancellation of the mark.

For retailers and others seeking to cancel a trademark, an advantage of this type of proceeding, as opposed to *inter partes* proceedings before the USPTO, is that it may be less costly and time consuming.

## *Ex Parte* Reexamination Proceeding (Effective December 27, 2021)

Similar to *ex parte* expungement, under the TMA any person can file an *ex parte* reexamination on the ground that the trademark has never been used in commerce on or in connection with some or all of the goods or services recited in the registration. However, *ex parte* reexamination will be limited to non-use over a defined time (in effect, on or prior to a relevant date, which can constitute the date the trademark application was filed and its as-filed use, the date the trademark application was amended to allege use, or the time period for filing a statement of use that expired). In addition, the petition must be filed within the first five years of the registration date of the trademark. Thus, those seeking to challenge trademark non-usage by *ex parte* reexamination will need to file a petition rather quickly or risk a laches issue and dismissal for failure to act within the allotted time.

## **Important Takeaways**

We encourage retailer trademark owners to affirm that their marks cover and are being used for goods or services as set forth in the trademark registration or risk being challenged under the procedures set forth in the TMA on the ground of alleged non-use. (Retailers should take note that the USPTO itself will have the ability to file both *ex parte* expungement and *ex parte* reexamination petitions; such petitions are not limited to third parties, *e.g.*, challengers or competitors.) In addition, retailers alleged to infringe another's trademark are reminded that the rebuttable presumption of irreparable harm is already in effect.

Copyright © 2020, Hunton Andrews Kurth LLP. All Rights Reserved.

National Law Review, Volume XI, Number 62
Source URL: https://www.natlawreview.com/article/how-does-trademark-modernization-act-2020-help-you-protect-your-brand



**haynesboone**

ALUMNI | 上海代表处

COVID-19   PEOPLE   EXPERIENCE   NEWS/EVENTS   FIRM   CAREERS   OFFICES

Start your search...

HOME / NEWS / U.S. TRADEMARK AND COPYRIGHT LAW CHANGES INCLUDED IN CORONAVIRUS RELIEF

# Significant Changes to U.S. Trademark and Copyright Law Included in Latest Coronavirus Relief Legislation

12/28/2020

David A. Bell, Jason P. Bloom, Joseph Matal, Wesley Lewis

On Sunday, December 27, 2020, President Trump signed into law a COVID-19 relief and government spending bill entitled the "Consolidated Appropriations Act, 2021." Within its nearly 5,600 pages are significant new trademark and copyright provisions unrelated to either the coronavirus or the funding of the government. For trademark owners, the legislation incorporates the Trademark Modernization Act of 2020, H.R. 6196, likely the most significant trademark legislation since the Lanham Act's enactment nearly 75 years ago. It will change trademark practice in several ways, including: (i) providing a statutory rebuttable presumption of irreparable harm to benefit brand owners in trademark litigation; and (ii) creating new expungement and reexamination proceedings before the United States Patent and Trademark Office (USPTO) to more efficiently remove unused marks from the registry.

For copyright owners, the legislation creates a new "Copyright Claims Board" within the United States Copyright Office to adjudicate certain "small-claims" copyright disputes rather than trying them in the courts. It also increases criminal penalties for illegally streaming content, making certain streaming of copyrighted content for profit a felony punishable by up to 10 years of imprisonment.

PRESUMPTION OF IRREPARABLE HARM IN TRADEMARK CASES

Effective immediately, the Act resolves a circuit split as to the standard for issuing an injunction in trademark infringement, cybersquatting, and false advertising cases brought under the Lanham Act. The legislation now confirms that the trademark owner is entitled to a rebuttable presumption of irreparable harm when either (i) a Lanham Act violation is found, or (ii) it has shown a likelihood of success of prevailing on its claims in either a motion for a preliminary injunction or temporary restraining order. This lowers the bar for obtaining an injunction in the Third, Ninth, and Eleventh Circuits, each of which had rejected the common law rebuttable presumption of irreparable harm in trademark suits in light of a 2006 U.S. Supreme Court opinion in a patent case, *eBay v. MercExchange, LLC*, 547 U.S. 388 (2006).

ADDRESSING THE CHALLENGE OF TRADEMARK DEPLETION

Additionally, the legislation creates new ex parte procedures for removing trademark registrations of marks that were not used in U.S. commerce. The primary goal for these measures is to counter the concern of trademark depletion by enabling fraudulent trademark filings and "deadwood" to be cleared from the USPTO register, and we expect them to be cheaper and faster than the current cancellation proceeding option. They will not be available, however, until December 27, 2021. Between now and then, the USPTO is required to promulgate implementing regulations.

**Expungement proceedings.** Parties will be able to institute ex parte expungement proceedings before the USPTO alleging that a registered mark has never been used in connection with some or all of the goods and services listed in the registration. Either a party can file a petition for expungement, or the Director of the USPTO can institute a proceeding for expungement on its own initiative.

To be vulnerable to expungement, registrations must be at least 3 years old, but not more than 10 years old. However, for the first 2 years after December 27, 2021 when

## RELATED PRACTICES

Trademarks

Copyright

Intellectual Property

## TRENDING ISSUES

Coronavirus COVID-19

the first expungement proceedings can be commenced, the 10-year-old limitation does not apply such that no registration is too old to be expunged.

**Reexamination proceedings.** Parties will also be able to institute reexamination proceedings alleging that a registered mark was not in use at the time of its application filing date for applications based on use, or at the time of its Allegation of Use filing date for applications based on intent to use. As with the expungement option, either a party can file a petition for reexamination or the Director can independently institute a proceeding.

A registration challenged through the new reexamination proceeding must be no more than 5 years old.

CHANGES TO COPYRIGHT LAW: THE CASE ACT AND FELONY STREAMING

In addition to its considerable impact on trademark law, the legislation also significantly changes U.S. copyright law by creating a "small-claims" tribunal for smaller copyright disputes and by making illegal streaming a felony in some cases.

**Small-claims tribunal.** Of greatest significance, the new law includes the Copyright Alternative in Small-Claims Enforcement (CASE) Act, a piece of legislation several years in the making. It provides for the creation of a "Copyright Claims Board," a small-claims tribunal within the U.S. Copyright Office tasked with adjudicating smaller-scale claims of copyright infringement.

Under the CASE Act, copyright disputes may be referred to the new Copyright Claims Board unless an accused infringer opts out. Such disputes would be heard by a three-person panel comprised of copyright experts, known as "claims officers," rather than judges or juries. Awards for infringement for cases heard by a Copyright Claims Board panel would be capped at $15,000 per infringed work (as opposed to the current statutory limit of $150,000 per work), and $30,000 total for all of the works infringed.

Proponents of the CASE Act say that the creation of an independent, "small-claims" tribunal will create an affordable, efficient process for copyright owners to enforce their rights, providing content owners an effective remedy for small-scale infringement that does not require hiring a lawyer or pursuing a copyright infringement suit in federal court. By creating a streamlined, lower-cost method of settling low-dollar infringement claims, content owners may be better able to enforce their copyrights when they might not otherwise have the means or resources to do so.

The CASE Act is not without its critics, however. Opponents of the legislation, including the American Civil Liberties Union and the Electronic Frontier Foundation, argue that the CASE Act will make it easier for sophisticated copyright owners and their attorneys to engage in profiteering or abusive practices to the detriment of everyday internet users. Critics have also raised doubts as to the constitutionality of creating a quasi-judicial tribunal within the Copyright Office, which is part of the legislative branch.

**Felonious streaming.** In addition to the CASE Act, the COVID-19 omnibus relief act also contains the Protecting Lawful Streaming Act (PLSA). This legislation ratchets up penalties for illegal streaming of copyrighted works. Currently a misdemeanor, the PLSA makes illegally streaming of copyrighted material for profit a felony punishable by up to 10 years of imprisonment. In a statement, Senator Thom Tillis argued that the PLSA was necessary because "[t]he shift toward streaming content online has resulted in criminal streaming services illegally distributing copyrighted material that costs the U.S. economy nearly $30 billion every year and discourages the production of creative content." The act is ostensibly tailored only to apply to "commercial, for-profit streaming piracy services," and proponents of the measure have made clear that the relevant provisions are not intended to target individual streamers. Nevertheless, critics are skeptical of the need for such legislation and argue that the increased penalties could have a chilling effect on everyday internet users.

For additional resources and information regarding the COVID-19 relief act, see the Haynes and Boone alert available here. If you have additional questions about the intellectual property implications of the legislation, please contact any of the Haynes and Boone attorneys listed below.

## PEOPLE



**David A. Bell**
Partner
Dallas

✉ T +1 214.651.5248



**Jason P. Bloom**
Partner
Dallas

✉ T +1 214.651.5655



**Joseph Matal**
Partner
Washington, D.C.

✉ T +1 202.654.4533



**Theresa Conduah***
Partner
Orange County

✉ T +1 949.202.3087



**Erin Hennessy**
Partner
New York

✉ T +1 212.835.4869



**Wesley Lewis**
Associate
Austin

✉ T +1 512.867.8412

   / ALUMNI / BLOGS / REPRESENTATIVE MATTERS / CONTACT / 上海代表处

AUSTIN | CHARLOTTE | CHICAGO | DALLAS | DALLAS - NORTH | DENVER | FORT WORTH | HOUSTON |
LONDON | MEXICO CITY | NEW YORK | ORANGE COUNTY | PALO ALTO | SAN ANTONIO | SAN FRANCISCO |
SHANGHAI | THE WOODLANDS | WASHINGTON, D.C.

COPYRIGHT 2020. ALL RIGHTS RESERVED.

PRIVACY POLICY | TERMS | ATTORNEY ADVERTISING



# TMA Amends the U.S. Trademark Act

**03.03.21**

The Trademark Modernization Act (TMA) amends the U.S. Trademark Act, or Lanham Act, in several important ways, most notably shifting the burden of proving irreparable harm away from trademark owners.

First, the TMA clarifies that a plaintiff seeking preliminary or permanent injunctive relief "shall be entitled to a rebuttable presumption of irreparable harm" upon a finding of infringement or a likelihood of success on an infringement claim. Since the U.S. Supreme Court's decision in *eBay, Inc. v. MercExchange*, 547 U.S. 388 (2006), federal appellate courts have been divided on whether irreparable harm could be presumed (which was the general rule pre-*eBay*), or if the strict four equitable factors commonly known as "the *eBay* factors" need to be weighed in each instance.

The TMA then goes one step further, noting that the newly recognized rebuttable presumption "shall not be construed to mean that a plaintiff seeking an injunction was not entitled to a presumption of irreparable harm before the date of the enactment of [the TMA]." H.R. 6196 § 6(b). This provision of the TMA takes effect immediately.

Second, the TMA establishes two new USPTO procedures, effective December 27, 2021, to review and cancel existing registrations for unused marks — namely, expungement and reexamination. The USPTO has seen a dramatic increase in foreign applications using fraudulent specimens and evidence of use, and it aims to use the new procedures to combat fraudulent marks.

Expungement is a process by which a registration can be challenged on the basis that a mark was never properly used in commerce. Any person may submit a petition identifying a registration and the specific goods or services, for which the petitioner alleges that the trademark has never been used, between three and 10 years after the mark's registration date, except for a single exception wherein an expungement may be filed within three years of the TMA's enactment for registrations older than 10 years. The petitioner is required to (1) identify the registration, (2) identify the goods or service that have never been used in commerce, (3) submit a verified statement summarizing the reasonable investigation that led to the nonuse claim, (4) include any supporting evidence, and (5) pay the requisite fee. This expedited expungement process provides an alternative to a cancellation action before the Trademark Trial and Appeal Board or a district court.

If the expungement is instituted by the USPTO, the registrant will have an opportunity to submit rebuttal evidence of use or excusable nonuse before an examiner decides whether a registration should be cancelled for any or all goods and services. Any potential remaining challengers are estopped from challenging a registration that is successfully defended.

Through reexamination, a challenger may request the removal of some or all goods or services in a registration, provided that it can supply evidence that a mark is not in use in commerce on or before a particular date, such as the filing date of a use-based application. The reexamination process is

© 2021 Troutman Pepper Hamilton Sanders LLP

similar to expungement in both filing requirements and ownership implications. Reexaminations can be filed within five years of mark's registration and the same estoppel provision applies. Both reexaminations and expungements are appealable to the Trademark Trial and Appeal Board, and then the Federal Circuit.

Third, the TMA allows for new processes in trademark prosecution before the U.S. Patent and Trademark Office. Third parties may now formally submit evidence into the record of an application if the evidence is related to a ground for refusal. It also provides for increased flexibility for examiners in setting response times to office actions. Examiners may now require a deadline shorter than six months, but it may be extended by the applicant up to a full six months. The TMA provides the USPTO a statutory basis for its longstanding "letter of protest" option, which allows third parties to submit evidence prior to examination summarizing why an examiner should refuse to register a mark. This is in contrast to reexamination and expungement, which challenge registered marks. Letters of protest must identify the legal grounds upon which the examiner can refuse registration or issue a requirement, include evidence that supports those grounds and a concise description of each piece of supporting evidence, and the party submitting the protest must pay the prescribed $50 fee. The USPTO then has two months to act on letters of protests. Any decision made on such letter of protest is final and nonreviewable. However, if a letter of protest is denied, the party that submitted it is still entitled to oppose the application, if it is published for opposition.

In conclusion, trademark owners should take note of the TMA and pay close attention to the enacting regulations as it (1) provides trademark owners with an enlarged toolbox for challenging registrations, and (2) resolves a circuit split to make it easier to prove the irreparable harm necessary for a court to enjoin an infringement.

## Authors

Michael D. Hobbs, Jr.

Howard J. Shire

Shaleen J. Patel

## Related Practices and Industries

Intellectual Property

Trademark and Copyright



# CLIENT ALERT

**Trademark Modernization Act of 2020 & 2021 USPTO Fee Changes**

Jan.28.2021

The Trademark Modernization Act of 2020, signed into law on December 27, 2020, makes important changes to the Lanham Act including (1) making it easier for a trademark owner who proves infringement to obtain injunctive relief in litigation, and (2) establishing new procedures for challenging applications and registrations that may not meet United States Patent and Trademark Office ("USPTO") requirements relating to use in commerce.

With respect to litigation and effective immediately, the Act clarifies that a trademark owner will enjoy a rebuttable presumption of irreparable harm upon a finding of trademark infringement, making it easier for the trademark owner to obtain injunctive relief. This resolves confusion as to whether irreparable harm can be presumed, which stemmed from the U.S. Supreme Court's holding in *eBay Inc. v. MercExchange*, 547 U.S. 388 (2006). In *eBay*, the court held that a plaintiff who proves patent infringement must, in order to obtain permanent injunctive relief, satisfy a traditional four-factor test that includes demonstrating that it has suffered an irreparable injury. The Act now provides courts and litigants with clarity and makes clear that, if a trademark owner proves infringement, then irreparable harm caused by continued infringement will be presumed. The burden then shifts to the infringer to demonstrate the lack of irreparable harm.

In response to concerns regarding an increase in applications for and registrations of trademarks that are not actually in use in U.S. commerce, the Act provides new procedures for challenging applications and registrations. These changes will assist trademark users seeking to register their marks by providing additional methods to clear the register of unused "deadwood" marks.

Effective one year after enactment of the Act, any third party may submit evidence during the trademark application process for consideration by the USPTO, if the evidence is relevant to a ground for refusal of registration. Currently, third party objections are possible only through a Letter of Protest or after the application is published for opposition. *See* Trademark Manual of Examining Procedure §§ 1503, 1715.

Also effective one year after enactment of the Act, a third party may file a petition to the Director of the USPTO to (a) expunge a registration after three years of registration on the ground that the mark has never been used in commerce on or in connection with some or all of the goods or services specified in the registration, and/or (b) reexamine a registration any time, but no later than five years after registration, on the ground that the registrant was not using the mark on or in connection with some or all of the goods or services recited in the registration on or before the relevant date that the registrant alleged use of the mark. The USPTO may also initiate an expungement or reexamination proceeding on its own if the Director discovers information that sets forth a *prima facie* case.

Both expungement and reexamination require a petitioner to submit a verified statement that sets forth the elements of the "reasonable investigation" the petitioner conducted to determine non-use and contain estoppel language that bars subsequent challenges of a trademark with respect to the same goods and services once the registration has survived the same type of challenge, regardless of the identity of the petitioner.

1



USPTO Examining Attorneys will also have more flexibility in setting response times to office actions denying applications under the Act, which could result in overall faster processing times. While applicants have historically had six months to respond to office actions (15 U.S.C. § 1062(b)), once implementing regulations are issued, Examining Attorneys will be permitted to prescribe shorter response times that are not less than sixty days. The Act requires the USPTO to issue regulations providing for extensions of time to reply or amend aggregating six months and permits the USPTO to prescribe fees for extension requests.

The Act also requires the Comptroller General of the United States to conduct a study on the efforts of the USPTO Director to address "inaccurate and false claims of use in trademark applications and registrations" and to submit a report to Congress by December 27, 2023 on the results of such study of "decluttering initiatives," including any recommendations for further changes to laws and regulations to improve the integrity of the trademark register and reduce inaccurate and false claims of use based on the results of the study.

Finally, and although not required by the Act, we note that the USPTO made routine updates to certain of its fees and added new fees effective January 2, 2021, including the following:



| Application Related Fees | | |
|---|---|---|
| | Previous Fees | New Fees |
| TEAS Standard | $275 per class | $350 per class |
| TEAS Plus | $225 per class | $250 per class |
| Post-Registration Fees | | |
| | Previous Fees | New Fees |
| Section 8 or 71 declaration filed through TEAS | $125 per class | $225 per class |
| NEW FEE: Deleting goods, services, and/or classes from a registration after submitting a section 8 or 71 declaration, but before the declaration is accepted. | $ 0 | $250 per class |
| TTAB Fees | | |
| | Previous Fees | New Fees |
| Petition to Cancel | $ 400 per class | $ 600 per class |
| Notice of Opposition | $ 400 per class | $ 600 per class |
| NEW FEE: Requests for oral hearing | $ 0 | $ 500 per proceeding |

A link to the summary of new fees can be found here.For more information, please contact the professional(s) listed below, or your regular Crowell & Moring contact.

**David Ervin**
Partner – Washington, D.C.
Phone: +1 202.624.2622
Email: dervin@crowell.com

**Deirdre Long Absolonne**

3



Senior Counsel – New York
Phone: +1 212.803.4065
Email: dabsolonne@crowell.com

**Preetha Chakrabarti**
Counsel – New York
Phone: +1 212.895.4327
Email: pchakrabarti@crowell.com

**Siri Rao**
Associate – Washington, D.C.
Phone: +1 202.624.2602
Email: srao@crowell.com

# FINNEGAN

INCONTESTABLE® BLOG

# A Practical Guide to the Trademark Modernization Act of 2020

February 16, 2021

By B. Brett Heavner; Yinfei Wu

Edited by Margaret A. Esquenet

The Trademark Modernization of 2020 ("TMA") became law on December 27, 2020.  It should be fully implemented and take effect on December 27, 2021.

The TMA amends the Lanham Act in three key aspects.  First, it institutes new tools to remove USPTO trademark filings that are based on inaccurate claims of use in U.S. commerce.  Second, the TMA provides for discretionary shortened response deadlines to office actions, authorizing Examining Attorneys to unclutter the federal register to eliminate applications that will ultimately be abandoned.  Third, the TMA restores the rebuttable presumption of irreparable harm in jurisdictions that have dismissed it, increasing the brand owner's chances of successfully obtaining injunctive relief.

## Tools to Remove Inaccurate Claims of Use in U.S. Commerce

The TMA (A) provides for a broader and easier Letter of Protest system, (B) creates a streamlined expungement procedure, and (C) establishes new grounds for re-examination of a registration.

### Expanded Letters of Protest

The current USPTO rules restrict Letters of Protest to issues of genericness, prior registrations, ongoing litigation, and examiner error in calculating Paris Convention priority.  The rules do not provide a vehicle for addressing fraudulent specimens or non-use issues.  The TMA expands the Letters of Protest to allow interested parties to submit evidence of a conflicting prior-registration and evidence that the applied-for mark is not actually in use for the goods or services identified in the application.  In other words, brand owners will be able to use a Letter of Protest to submit evidence that relates to any ground on which an examiner can refuse registration under the Trademark Act.

### *Ex Parte* Expungement

Section 16A of the TMA provides a new post-registration procedure for *ex parte* expungement of certain improperly granted registrations.  Specifically, under this provision anyone can petition the USPTO to expunge a registration, either in whole or in part, where there are specific goods or services listed in the registration for which the trademark has *never* been used in U.S. commerce.  To institute the expungement proceeding, the complaining party is merely required to supply evidence of a "reasonable investigation" showing that the registered mark was never used for the goods and services identified in the petition.  The Director will then, upon finding of a *prima facie* case, provide notice to the registrant.  Because the expungement proceeding can only be filed three years after issuance of the registration, when a presumption of abandonment arises, Congress clearly intended for the expungement proceedings to target registrations obtained through the Madrid Protocol and the Paris Convention.  These international agreements are frequently used by foreign brand owners, so it is imperative to bear the three-year use deadline in mind when building their U.S. trademark portfolios.  Of course, these registrants can always provide evidence showing use or that the non-use was due to special circumstances that should excuse such nonuse in an expungement proceeding.

*Ex Parte* Re-examination

Under Section 16B, the TMA adds a new ground for invalidation of a registered mark that was not used in U.S. commerce[1] for some or all of the goods or services listed in the registration as of the "relevant date" in the application process. This section of the TMA defines "relevant date" as any of the following:

1. the filing date for an application in which the mark was claimed to have already been used in U.S. commerce,

2. the filing date for an amendment claiming that the mark was currently in use in U.S. commerce, or

3. the deadline by which a statement of use was due to be filed for applications originally filed based on an "intention to use" the mark in U.S. commerce.

As with Section 16A, the USPTO can initiate re-examination proceedings upon receipt of a petition that is accompanied by a reasonable investigation showing that the mark was not used in U.S. commerce as of the "relevant date." Because the filings on the "relevant dates" all include sworn statements that the marks were being used in U.S. commerce, the Section 16B proceedings are clearly meant to target registrations that were obtained through false statements. Although fraudulently obtained registrations are the obvious targets of these re-examination proceedings, they also apply to registrations that include innocent misstatements or misunderstandings about what is required for "use" in U.S. commerce. To avoid being a target for such proceeding, brand owners must be scrupulously accurate about any claims that its marks are being used in U.S. commerce. They must be sure that these claims of use are true for *all* the goods and services listed in the applications. In situations where some of the listed goods and services are not going to be offered in U.S. commerce, brand owners should delete such goods and services from any filings made on the "relevant dates."

Because the request for the re-examination/invalidation must be filed within the first five (5) years after the trademark registration issued, it is critical that the brand owner watch the federal register for problematic filings so that they do not miss this 5-year deadline.

## Discretionary Shortened Office Action Response Deadline

Under the USPTO's current practice, applicants must respond to issued Office Actions within six (6) months from the issuance date to avoid the abandonment of an application. Due to rising concerns regarding the proliferation of applications and registrations for trademarks that are not actually in use in U.S. commerce, the TMA now authorizes Examining Attorneys to set a much shorter response period, anywhere between two (2) months and six (6) months from the Office Action issuance date. We expect that if the issues raised in Office Actions may be resolved fairly quickly, such as identification amendment and mark description requirements, a discretionary shortened deadline will be triggered. If needed, the applicant may request to extend the shortened response deadline.

This new rule is intended to help unclutter the register, clearing the way for legitimate trademark users waiting in line to obtain registration of their marks. Brand owners must pay attention to each response deadline upon receipt of an Office Action, as we may start seeing much shorter response periods than the accustomed 6-month period.

## Restoration of Presumption of Irreparable Harm

Courts require that brand owners seeking an injunction against an infringer must prove that it will be "irreparably harmed" if the infringer is not enjoined from further use of the infringing mark. Before the TMA, there was a circuit split on the standard for injunctive relief in trademark infringement cases following the U.S. Supreme Court's ruling in *eBay Inc. v. MercExchange*. 547 U.S. 388 (2006). *eBay* eliminated a similar presumption of irreparable harm in patent cases. In trademark cases decided since *eBay*, circuit courts have been inconsistent on whether *eBay* should also apply to trademark infringement cases where injunctive relief was sought, or whether the four equitable factors for obtaining an injunction should be weighed in each case. The split encouraged forum shopping and undermined the consumer protection purposes of the Lanham Act.

The TMA now clarifies that a nationwide uniform standard of presumption of irreparable harm should be applied in trademark cases, reducing the evidentiary burden on brand owners for obtaining injunctive relief to protect their trademark rights. Accordingly, a brand owner who proves infringement will enjoy a legal presumption that the harm caused by continued infringement will be irreparable.

Citation: The Trademark Modernization Act of 2020 as incorporated in Consolidated Appropriations Act, 2021 (Public Law 116-260, Subtitle B, Section 221)

[1] Importantly, the TMA expressly provides that Congress is not altering the standards for use in commerce. For standards of trademark use in U.S. commerce, more at https://www.finnegan.com/en/insights/articles/use-in-commerce-problems-in-u-s-trademark-cases.html.

## Tags

Trademark Trial and Appeal Board (TTAB), United States Patent and Trademark Office (USPTO), Trademark Modernization Act

## Related Practices

Trademark
TTAB Litigation

## Contacts



**B. Brett Heavner**
Partner
Washington, D.C.
+1 202 408 4073
Email



**Yinfei Wu**
Associate
Washington, D.C.
+1 202 408 4428
Email



**Margaret A. Esquenet**
Partner
Washington, D.C.
+1 202 408 4007
Email

Copyright © 2021 Finnegan, Henderson, Farabow, Garrett & Dunner, LLP.

DISCLAIMER: Although we wish to hear from you, information exchanged in this blog cannot and does not create an attorney-client relationship. Please do not post any information that you consider to be personal or confidential. If you wish for Finnegan, Henderson, Farabow, Garrett & Dunner, LLP to consider representing you, in order to establish an attorney-client relationship you must first enter a written representation agreement with Finnegan. Contact us for additional information. One of our lawyers will be happy to discuss the possibility of representation with you. Additional disclaimer information.

# **Exhibit C**

# ThorCheck Report

**First Goods and Services**

vitamins [005]; vitamin supplements [005]; vitamin and mineral supplements [005]; vitamin preparations [005]; liquid vitamin supplements [005]

**Second Goods and Services**

non-medicated skin care preparations [003]; cosmetic creams for skin care [003]; cosmetic preparations for skin care [003]; non-medicated skin care creams and lotions [003]; medicated skin care preparations [005]; wrinkle removing skin care preparations [003]

**Evidence**

Dissimilarity

**Filing Basis**

Use-based 1(a) registrations

**Jurisdiction**

US

03/23/2021 04:56 AM CDT

| Owner | Goods/Services | Mark | Mark | Goods/Services | Owner |
|---|---|---|---|---|---|
| NATURAL ORGANICS, INC. | **005** dietary food supplement | **REGENERATION** Reg: 1530521 Serial: 73745131 <br><br> Registered And Renewed Reg: 03/21/1989 Filed: 08/10/1988 | **REGENERATION** Reg: 1853990 Serial: 74385184 <br><br> Registered And Renewed Reg: 09/13/1994 Filed: 04/21/1993 | **003** skin moisturizing creams and lotions | YOUNGEVITY INTERNATIONAL, INC. |
| NATURE'S WAY | **005** | **SELF DEFENSE** | **SELF DEFENSE** | **003** | PHYSICIANS |

| PRODUCTS, LLC | vitamins and nutritional dietary supplements | Reg: 1585281<br>Serial: 73802817<br><br>Registered And Renewed<br>Reg: 03/06/1990<br>Filed: 05/26/1989 | Reg: 2475987<br>Serial: 75066698<br><br>Registered And Renewed<br>Reg: 08/07/2001<br>Filed: 03/04/1996 | skin moisturizing lotion | FORMULA INC |
| PROVIMI NORTH AMERICA, INC. | **005**<br>vitamin and mineral supplement for horses | **VELVET**<br>Reg: 1213773<br>Serial: 73322934<br><br>Registered And Renewed<br>Reg: 10/26/1982<br>Filed: 08/10/1981 | **VELVET**<br>Reg: 5408713<br>Serial: 87286895<br><br>Registered<br>Reg: 02/20/2018<br>Filed: 01/02/2017<br><br>*Velvet* | **003**<br>cosmetics | Shearer, Jeannie |
| SOCIETE DES PRODUITS NESTLE, S.A. | **005**<br>vitamin supplements | **BOOST**<br>Reg: 1333938<br>Serial: 73472470<br><br>Registered And Renewed<br>Reg: 05/07/1985<br>Filed: 03/27/1984 | **BOOST**<br>Reg: 4205913<br>Serial: 85538387<br><br>Section 8 & 15 - Accepted And Acknowledged<br>Reg: 09/11/2012<br>Filed: 02/09/2012 | **003**<br>non-medicated skin care preparations | G.I. Skincare, LLC |

| | |  | | | |
|---|---|---|---|---|---|
| J. Desert Bloom, L.L.C. | **005**<br>dietary food supplement | **DESERT BLOOM**<br>Reg: 2704542<br>Serial: 76434129<br><br>Registered And Renewed<br>Reg: 04/08/2003<br>Filed: 07/25/2002 | **DESERT BLOOM**<br>Reg: 3854579<br>Serial: 77740360<br><br>Registered And Renewed<br>Reg: 09/28/2010<br>Filed: 05/19/2009 | **003**<br>skin conditioners | ARUBA ALOE BALM N.V. |
| FLUIDITY ENTERPRISES, INC. | **005**<br>vitamin supplements | **FLUIDITY**<br>Reg: 3433409<br>Serial: 78980034<br><br>Registered And Renewed<br>Reg: 05/20/2008<br>Filed: 08/05/2005 | **FLUIDITY**<br>Reg: 5710766<br>Serial: 87635717<br><br>Registered<br>Reg: 03/26/2019<br>Filed: 10/05/2017 | **003**<br>cosmetics | Morphe, LLC |
| QOL Labs, LLC | **005**<br>dietary supplements | **VITAGEN**<br>Reg: 4822568<br>Serial: 85940481<br><br>Registered<br>Reg: 09/29/2015<br>Filed: 05/23/2013 | **VITAGEN**<br>Reg: 4794468<br>Serial: 86496362<br><br>Registered<br>Reg: 08/18/2015<br>Filed: 01/06/2015 | **003**<br>cosmetic creams for skin care | Starkey Medical P.C. |
| Bio Essence | **005** | **BIO ESSENCE** | **BIO ESSENCE** | **003** | Gambuzza, Frank |

3

| | | | | | |
|---|---|---|---|---|---|
| Corporation | dietary and nutritional supplements | Reg: 3893247 Serial: 85026225<br><br>Section 8 - Accepted Reg: 12/21/2010 Filed: 04/29/2010 | Reg: 1891584 Serial: 74373950<br><br>Registered And Renewed Reg: 04/25/1995 Filed: 03/31/1993 | gels | |
| I Am Products, LLC | **005** nutritional supplements in the nature of vitamin, mineral, and herb drinks | **I AM HAPPY** Reg: 3946260 Serial: 85064914<br><br>Section 8 & 15 - Accepted And Acknowledged Reg: 04/12/2011 Filed: 06/16/2010 | **I AM HAPPY** Reg: 5345391 Serial: 87405230<br><br>Registered Reg: 11/28/2017 Filed: 04/10/2017 | **003** skin cream | Ya Ya Ventures, LLC DBA Leona Made |
| MONEYMAKER GLOBAL, S.A. DE C.V. | **005** dietary supplements | **JUPITER** Reg: 4447620 Serial: 85916048<br><br>Section 8 & 15 - Accepted And Acknowledged Reg: 12/10/2013 Filed: 04/26/2013 | **JUPITER** Reg: 5886903 Serial: 88195048<br><br>Registered Reg: 10/15/2019 Filed: 11/15/2018 | **003** non-medicated preparations all for the care of skin, hair and scalp | ZERO FLAKES GIVEN, LLC |
| North American Solutions, Inc DBA NASCO | **005** vitamin and mineral supplements | **NATURAL WORLD** Disclaims: "NATURAL" Reg: 4387052 Serial: 85767435<br><br>Section 8 - Accepted Reg: 08/20/2013 | **NATURAL WORLD** Disclaims: "NATURAL" Reg: 5156458 Serial: 86152546<br><br>Registered Reg: 03/07/2017 | **003** cosmetics | Calpers Investments Limited |

| | | Filed: 10/30/2012<br><br>N-NATURAL WORLD | Filed: 12/26/2013 | | |
|---|---|---|---|---|---|
| Smashtech, LLC | **005**<br>dietary supplements | **SUPER YOUTH**<br>Reg: 5657564<br>Serial: 87747018<br><br>Registered<br>Reg: 01/15/2019<br>Filed: 01/08/2018<br><br>SUPER YOUTH | **SUPER YOUTH**<br>Reg: 4875222<br>Serial: 86306633<br><br>Registered<br>Reg: 12/22/2015<br>Filed: 06/11/2014 | **003**<br>body and beauty care cosmetics | Yalmeh, Inc |
| USA Nutraceuticals Group, Inc. | **005**<br>dietary and nutritional supplements | **PREDATOR**<br>Reg: 3913007<br>Serial: 77911886<br><br>Section 8 & 15 - Accepted And Acknowledged<br>Reg: 02/01/2011<br>Filed: 01/14/2010 | **PREDATOR**<br>Reg: 5004668<br>Serial: 86636945<br><br>Registered<br>Reg: 07/19/2016<br>Filed: 05/20/2015 | **003**<br>cosmetics | AMAVARA, INC. |
| Market America, | **005** | **BLISS** | **BLISS** | **003** | BLISS PRODUCTS |

| | | | | | |
|---|---|---|---|---|---|
| Inc. | dietary and nutritional supplements | Reg: 3222681<br>Serial: 78894043<br><br>Registered And Renewed<br>Reg: 03/27/2007<br>Filed: 05/26/2006 | Reg: 3324627<br>Serial: 78954155<br><br>Registered And Renewed<br>Reg: 10/30/2007<br>Filed: 08/17/2006<br><br>bliss | cosmetics | HOLDINGS LLC |
| Dong-A Pharmaceutical Co., Ltd. | 005<br>nutritional vitamin drink | BACCHUS<br>Reg: 2625108<br>Serial: 78064352<br><br>Registered And Renewed<br>Reg: 09/24/2002<br>Filed: 05/18/2001<br><br>Bacchus | BACCHUS<br>Reg: 4544144<br>Serial: 85705809<br><br>Registered<br>Reg: 06/03/2014<br>Filed: 08/16/2012 | 003<br>skin cleansing lotion | Speros Pavlatos |
| GRENADE (UK) LIMITED | 005<br>dietary supplement | GRENADE<br>Reg: 2886209<br>Serial: 78092637<br><br>Registered And Renewed | GRENADE<br>Reg: 5041836<br>Serial: 86462714<br><br>Registered | 003<br>skin cleansers | GRENADE 2.0, LLC |

|  |  | Reg: 09/21/2004<br>Filed: 11/09/2001 | Reg: 09/13/2016<br>Filed: 11/24/2014<br><br>GRENADE |  |  |
| The TapeMark Company | **005**<br>topical delivery agents, namely, transdermal drug delivery patches, soluble films, and hydrogel patches for providing controlled or continuous release of a drug, vitamins, or therapeutic agents sold as a component of pharmaceutical preparations | **TM**<br>Reg: 3181506<br>Serial: 78309905<br><br>Registered And Renewed<br>Reg: 12/05/2006<br>Filed: 10/06/2003 | **TM**<br>Reg: 4035209<br>Serial: 77125836<br><br>Section 8 - Accepted<br>Reg: 10/04/2011<br>Filed: 03/08/2007 | **003**<br>non-medicated skin care preparations | Tracie Martyn International LLC |
| INE ACQUISITION SUB, LLC | **005**<br>vitamins and nutritional supplements | **KONA GOLD**<br>Disclaims: "KONA"<br>Reg: 3054296<br>Serial: 78546889<br><br>Registered And Renewed | **KONA GOLD**<br>Disclaims: "KONA"<br>Reg: 4556173<br>Serial: 85109850<br><br>Section 8 & 15 - Accepted | **003**<br>cosmetic creams for skin care | James, Michael Whitley<br>DBA Kona Gold |

| | | Reg: 01/31/2006<br>Filed: 01/13/2005 | And Acknowledged<br>Reg: 06/24/2014<br>Filed: 08/17/2010 | | |
|---|---|---|---|---|---|
| Karuna Corporation | **005**<br>nutritional<br>supplements | **KARUNA**<br>Reg: 2964252<br>Serial: 78424356<br><br>Registered And Renewed<br>Reg: 06/28/2005<br>Filed: 05/25/2004 | **KARUNA**<br>Reg: 3667684<br>Serial: 77546412<br><br>Registered And Renewed<br>Reg: 08/11/2009<br>Filed: 08/13/2008 | **003**<br>skin and body<br>topical lotions,<br>creams and oils for<br>cosmetic use | KARUNA SKIN, LLC |
| Metabolic<br>Maintenance<br>Products, Inc. | **005**<br>nutritional<br>supplement | **BAM**<br>Reg: 2340565<br>Serial: 75620639<br><br>Registered And Renewed<br>Reg: 04/11/2000<br>Filed: 01/13/1999 | **BAM**<br>Reg: 5564145<br>Serial: 87708172<br><br>Registered<br>Reg: 09/18/2018<br>Filed: 12/05/2017 | **003**<br>cosmetics | BAM BEAUTY BAR<br>LLC |
| NEW EARTH LIFE<br>SCIENCES, INC. | **005**<br>nutritional<br>supplements | **ENERGY FOR LIFE**<br>Reg: 2091189<br>Serial: 75158689<br><br>Registered And Renewed<br>Reg: 08/26/1997<br>Filed: 08/30/1996 | **ENERGY FOR LIFE**<br>Reg: 5576011<br>Serial: 87919073<br><br>Registered<br>Reg: 10/02/2018<br>Filed: 05/13/2018 | **003**<br>cosmetics | NU SCENTS<br>TRADING INC |
| HERBS, ETC., INC. | **005**<br>herbal<br>supplements | **DEEP SLEEP**<br>Reg: 2190527<br>Serial: 75271101 | **DEEP SLEEP**<br>Reg: 5553285<br>Serial: 87580285 | **003**<br>non-medicated<br>skin care<br>preparations | TWP IP Limited |

| | | Registered And Renewed<br>Reg: 09/22/1998<br>Filed: 04/04/1997 | Registered<br>Reg: 09/04/2018<br>Filed: 08/23/2017 | | |
|---|---|---|---|---|---|
| WEIGHT MANAGEMENT SERVICES CORP. | 005<br>dietary supplements | **BENEFIT**<br>Reg: 1781038<br>Serial: 74296571<br><br>Registered And Renewed<br>Reg: 07/13/1993<br>Filed: 07/22/1992 | **BENEFIT**<br>Reg: 2799579<br>Serial: 75778774<br><br>Registered And Renewed<br>Reg: 12/30/2003<br>Filed: 08/18/1999 | 003<br>cosmetics | BENEFIT COSMETICS LLC |
| Endurance Products Company | 005<br>dietary supplements | **EP**<br>Reg: 2279311<br>Serial: 75530089<br><br>Registered And Renewed<br>Reg: 09/21/1999<br>Filed: 08/03/1998 | **EP**<br>Reg: 4334544<br>Serial: 85732583<br><br>Section 8 - Accepted<br>Reg: 05/14/2013<br>Filed: 09/19/2012 | 003<br>cosmetics | ISIDRO CHAVEZ ESPINOZA |
| Pomerantz,Steven A. | 005<br>nutritional supplements | **GOOD VIBES**<br>Reg: 5204321<br>Serial: 87190520<br><br>Registered<br>Reg: 05/16/2017 | **GOOD VIBES**<br>Reg: 3018459<br>Serial: 78244136<br><br>Registered And Renewed<br>Reg: 11/22/2005 | 005<br>gel | BARNABY LTD DBA GOOD VIBRATIONS |

9

| | | Filed: 10/01/2016  | Filed: 04/30/2003 | | |
|---|---|---|---|---|---|
| Redcon1 | **005** dietary and nutritional supplements | **MRE** Reg: 5900914 Serial: 88240066 Registered Reg: 11/05/2019 Filed: 12/22/2018 | **MRE** Reg: 5449361 Serial: 87211801 Registered Reg: 04/17/2018 Filed: 10/21/2016  | **003** cosmetics | Minerva RoyalT Enterprises, LLC |
| Bunch, John | **005** nutritional supplements | **SNOW WHITE** Reg: 6212912 Serial: 88787652 Registered Reg: 12/01/2020 Filed: 02/06/2020 | **SNOW WHITE** Reg: 3800655 Serial: 77693179 Registered And Renewed Reg: 06/08/2010 Filed: 03/17/2009 | **003** cosmetics | Disney Enterprises, Inc. |
| SANTANA MUNGUIA, | **005** dietary | **8 DAYS A WEEK** Reg: 6130209 | **8 DAYS A WEEK** Reg: 5303204 | **003** skin, face, hand | HC SALON BRAND HOLDINGS, LLC |

| ARTURO NOE | supplements | Serial: 88789430<br><br>Registered<br>Reg: 08/18/2020<br>Filed: 02/07/2020 | Serial: 87195311<br><br>Registered<br>Reg: 10/03/2017<br>Filed: 10/06/2016 | and body oils, creams, milks, lotions, gels and powders for cosmetic purposes | |
| Parkers Pet Provisions, Inc. | 005<br>vitamins for pets | BLOSSOM<br>Reg: 5765838<br>Serial: 88127224<br><br>Registered<br>Reg: 05/28/2019<br>Filed: 09/21/2018 | BLOSSOM<br>Reg: 4988593<br>Serial: 86815805<br><br>Registered<br>Reg: 06/28/2016<br>Filed: 11/10/2015 | 003<br>cosmetics | FANTASY FILES, LLC |
| AnazaoHealth Corporation | 005<br>dietary and nutritional supplements | ZAO<br>Reg: 3632082<br>Serial: 77217246<br><br>Registered And Renewed<br>Reg: 06/02/2009<br>Filed: 06/27/2007 | ZAO<br>Reg: 6017201<br>Serial: 88516616<br><br>Registered<br>Reg: 03/24/2020<br>Filed: 07/16/2019 | 003<br>cosmetics | COSM'ETIKA FRANCE |
| ASHLEY CONRAD, INC.<br>DBA CLUTCH BODYSHOP | 005<br>dietary supplements | CLUTCH<br>Reg: 3281676<br>Serial: 77030488<br><br>Registered And Renewed<br>Reg: 08/21/2007<br>Filed: 10/26/2006 | CLUTCH<br>Reg: 5459749<br>Serial: 87138857<br><br>Registered<br>Reg: 05/01/2018<br>Filed: 08/15/2016 | 003<br>non-medicated skin care preparations | Abercrombie & Fitch Trading Co. |
| Theralogix LLC | 005<br>dietary | ESSENTIA<br>Reg: 4211960 | ESSENTIA<br>Reg: 4356111 | 003<br>cosmetics | ENVIRON SKIN CARE |

| | supplements | Serial: 77920011

Section 8 & 15 - Accepted
And Acknowledged
Reg: 09/25/2012
Filed: 01/26/2010 | Serial: 85183753

Section 8 & 15 - Accepted
And Acknowledged
Reg: 06/25/2013
Filed: 11/23/2010 | | (PROPRIETARY)
LIMITED |
| LIFE ON EARTH, INC. | **005**
functional beverages, namely, nutritionally fortified beverages featuring ingredients that help the user relax, including amino acids, botanical extracts, and vitamins and minerals | **JUST CHILL**
Reg: 3958687
Serial: 77817009

Section 8 & 15 - Accepted
And Acknowledged
Reg: 05/10/2011
Filed: 08/31/2009 | **JUST CHILL**
Reg: 5625152
Serial: 87479219

Registered
Reg: 12/11/2018
Filed: 06/07/2017

just chill | **003**
body and beauty care cosmetics | Kantor, Crissy |
| 4Life Trademarks, LLC | **005**
nutritional supplements | **TF**
Reg: 4027443
Serial: 77821727
2(f) claim

Section 8 & 15 - Accepted
And Acknowledged
Reg: 09/20/2011
Filed: 09/08/2009 | **TF**
Reg: 6085750
Serial: 88717867

Registered
Reg: 06/23/2020
Filed: 12/06/2019 | **003**
non-medicated skin care preparations | Thomas C. Ford |

| | |  |  | | |
|---|---|---|---|---|---|
| MACROSERVE PTE. LTD. | **005** dietary and nutritional supplements | **HD** Reg: 3594176 Serial: 77473806  Registered And Renewed Reg: 03/24/2009 Filed: 05/14/2008  | **HD** Reg: 5128748 Serial: 87076992  Registered Reg: 01/24/2017 Filed: 06/20/2016  | **003** non-medicated skin care preparations | Hansderma, Inc. |
| BKK PHARMACEUTICA LS, LLC | **005** vitamins | **DUET** Reg: 2754166 Serial: 76370416  Registered And Renewed Reg: 08/19/2003 Filed: 02/13/2002 | **DUET** Reg: 4686602 Serial: 85665510  Section 8 - Accepted Reg: 02/17/2015 Filed: 06/29/2012 | **003** cosmetics | Deborah Lippmann LLC |
| Nature's Sunshine Products, Inc. | **005** dietary supplement | **PERFECT EYES** Disclaims: "EYES" Reg: 2767862 | **PERFECT EYES** Disclaims: "EYES" Reg: 4108394 | **003** cosmetics | TOO FACED COSMETICS, LLC |

13

| | | Serial: 76385775 <br><br> Registered And Renewed <br> Reg: 09/23/2003 <br> Filed: 03/21/2002 | Serial: 85365412 <br><br> Section 8 & 15 - Accepted And Acknowledged <br> Reg: 03/06/2012 <br> Filed: 07/07/2011 | | |
|---|---|---|---|---|---|
| S.A.N Corporation | **005** <br> dietary supplements and vitamins | **FIERCE** <br> Reg: 3821921 <br> Serial: 78849450 <br><br> Registered And Renewed <br> Reg: 07/20/2010 <br> Filed: 03/29/2006 | **FIERCE** <br> Reg: 6029487 <br> Serial: 87138862 <br><br> Registered <br> Reg: 04/07/2020 <br> Filed: 08/15/2016 | **003** <br> non-medicated skin care preparations | Abercrombie & Fitch Trading Co. |
| DISRUPTIVE BEVERAGES, INC. | **005** <br> dietary supplemental drinks | **URBAN DETOX** <br> Disclaims: "DETOX" <br> Reg: 3291025 <br> Serial: 78959610 <br><br> Registered And Renewed <br> Reg: 09/11/2007 <br> Filed: 08/24/2006 | **URBAN DETOX** <br> Disclaims: "DETOX" <br> Reg: 1797456 <br> Serial: 74344862 <br><br> Registered And Renewed <br> Reg: 10/12/1993 <br> Filed: 12/31/1992 | **003** <br> skin lotion | GUERLAIN |
| LIFE NUTRITION INTERNATIONAL COMPANY LIM | **005** <br> dietary and nutritional supplements | **LIFE** <br> Reg: 4169934 <br> Serial: 85120448 <br><br> Section 8 - Accepted <br> Reg: 07/10/2012 <br> Filed: 09/01/2010 | **LIFE** <br> Reg: 4086266 <br> Serial: 85165739 <br><br> Section 8 & 15 - Accepted And Acknowledged <br> Reg: 01/17/2012 <br> Filed: 10/31/2010 | **003** <br> cosmetic preparations for skin care | Goveia, Katharine J DBA Life Skin Care |

| | | ECOSMART | ECOSMART | | |
|---|---|---|---|---|---|
| J.R. Carlson Laboratories, Inc. | **005** dietary and nutritional supplements | **ECOSMART** Reg: 4160676 Serial: <u>85450591</u><br><br>Section 8 - Accepted Reg: 06/19/2012 Filed: 10/19/2011 | **ECOSMART** Reg: 5356712 Serial: <u>87976132</u><br><br>Registered Reg: 12/12/2017 Filed: 08/01/2016 | **003** non-medicated skin balms and skin care preparations for pets | Kittrich Corporation |
| Legendairy Milk, LLC | **005** vitamins | **LIQUID GOLD** Disclaims: "LIQUID" Reg: 5255084 Serial: <u>87258786</u><br><br>Registered Reg: 08/01/2017 Filed: 12/06/2016 | **LIQUID GOLD** Reg: 4706136 Serial: <u>85842963</u><br><br>Registered Reg: 03/24/2015 Filed: 02/06/2013 | **003** non-medicated hair restoration lotions | Liquid Gold Hair Products, Inc |
| RIFT Fit | **005** nutritional supplements | **RF** Reg: 5275413 Serial: <u>87294144</u><br><br>Registered Reg: 08/29/2017 Filed: 01/09/2017 | **RF** Reg: 2762612 Serial: <u>76368027</u><br><br>Registered And Renewed Reg: 09/09/2003 Filed: 02/08/2002 | **005** medicated skin care preparations | RODAN & FIELDS, LLC |

| | | | | | |
|---|---|---|---|---|---|
| | |  |  | | |
| Retail Exclusive Distribution, Inc. | **005**<br>dietary and nutritional supplements | **REDRUM**<br>Reg: 5618514<br>Serial: 87571330<br><br>Registered<br>Reg: 11/27/2018<br>Filed: 08/16/2017 | **REDRUM**<br>Reg: 5700769<br>Serial: 87766856<br><br>Registered<br>Reg: 03/19/2019<br>Filed: 01/23/2018<br><br> | **003**<br>cosmetics | Jeffree Star Cosmetics, Inc. |
| HI-TECH PHARMACEUTICALS, INC. | **005**<br>dietary and nutritional supplements | **WICKED**<br>Reg: 5300279<br>Serial: 87340644<br><br>Registered<br>Reg: 10/03/2017<br>Filed: 02/17/2017 | **WICKED**<br>Reg: 4918759<br>Serial: 86281383<br><br>Registered<br>Reg: 03/15/2016<br>Filed: 05/14/2014 | **003**<br>cosmetics | L'OREAL USA CREATIVE, INC. |

16

| | | | | | |
|---|---|---|---|---|---|
| Threshold Enterprises Ltd | **005** dietary supplements | **SE** Reg: 5306681 Serial: 87412267<br><br>Registered Reg: 10/10/2017 Filed: 04/14/2017  | **SE** Reg: 6269219 Serial: 88469376<br><br>Registered Reg: 02/16/2021 Filed: 06/12/2019  | **003** cosmetics | Super-e TRADE INC |
| Whole Nutri Inc. | **005** dietary and nutritional supplements | **QI** Reg: 5306027 Serial: 87362590<br><br>Registered Reg: 10/10/2017 Filed: 03/08/2017 | **QI** Reg: 3104460 Serial: 76599899<br><br>Registered And Renewed Reg: 06/13/2006 Filed: 06/30/2004 | **003** cosmetics | Dragon Full Developments Limited |

| | | |  | | |
|---|---|---|---|---|---|
| Key Nutrients | **005**<br>dietary and nutritional supplements | **LIGHTS OUT**<br>Reg: 5921416<br>Serial: 87541652<br><br>Registered<br>Reg: 11/26/2019<br>Filed: 07/25/2017 | **LIGHTS OUT**<br>Reg: 5909974<br>Serial: 88150020<br><br>Registered<br>Reg: 11/12/2019<br>Filed: 10/10/2018 | **003**<br>cosmetic creams | STUDIO 1872<br>DBA STUDIO 1872 |
| Xenuro LLC | **005**<br>dietary and nutritional supplements | **SLEEP IT OFF**<br>Disclaims: "SLEEP"<br>Reg: 5495376<br>Serial: 87450982<br><br>Registered<br>Reg: 06/19/2018<br>Filed: 05/16/2017 | **SLEEP IT OFF**<br>Reg: 4948032<br>Serial: 86696839<br><br>Registered<br>Reg: 04/26/2016<br>Filed: 07/17/2015 | **003**<br>cosmetic creams | Clarity Clinical Skin Care, Inc. |
| SHENZHEN HANZHENGYUAN TECHNOLOGY CO., LTD. | **005**<br>vitamin preparations | **KFIAQ**<br>Reg: 5355084<br>Serial: 87454963<br><br>Registered<br>Reg: 12/12/2017<br>Filed: 05/18/2017 | **KFIAQ**<br>Reg: 5355076<br>Serial: 87454847<br><br>Registered<br>Reg: 12/12/2017<br>Filed: 05/18/2017 | **003**<br>cosmetics | DONGLIANG, LEI |

18

| LXR Biotech, LLC | **005** dietary supplements | **EE** Reg: 5288429 Serial: 85434448 | **EE** Reg: 5762804 Serial: 88159264 | **003** non-medicated skin serums | EVEDARE INTERNATIONAL CO., LTD. |
|---|---|---|---|---|---|
| | | Registered Reg: 09/19/2017 Filed: 09/28/2011 | Registered Reg: 05/28/2019 Filed: 10/17/2018 | | |
| **ATHLETIC ALLIANCE SPORT SUPPLEMENTS INCORPORATED** | **005** dietary and nutritional supplements | **AA** Reg: 4708105 Serial: 86362866 | **AA** Reg: 3452663 Serial: 77272595 | **003** cosmetics | Arbonne International, LLC |
| | | Registered Reg: 03/24/2015 Filed: 08/11/2014 | Registered And Renewed Reg: 06/24/2008 Filed: 09/05/2007 | | |
| Juuva Enterprises, Inc. | **005** nutritional supplements | **LIVE** Reg: 4978716 Serial: 86375281 | **LIVE** Reg: 4743691 Serial: 86437794 | **003** non-medicated skin care preparations | Richard Purvis |

| | | Registered<br>Reg: 06/14/2016<br>Filed: 08/22/2014<br> | Registered<br>Reg: 05/26/2015<br>Filed: 10/29/2014<br> | | |
|---|---|---|---|---|---|
| 6805124 CANADA INC. | **005**<br>dietary and nutritional supplements | **SILVERLINING**<br>Reg: 5107348<br>Serial: 86376555<br><br>Registered<br>Reg: 12/27/2016<br>Filed: 08/25/2014<br> | **SILVERLINING**<br>Reg: 4843941<br>Serial: 86376534<br><br>Registered<br>Reg: 11/03/2015<br>Filed: 08/25/2014<br> | **003**<br>cosmetic preparations for skin care | NGUYEN, TUONG |
| Sergio Fernando Siqueira Martins Vieira | **005**<br>dietary supplements | **IN**<br>Reg: 4844150<br>Serial: 86431730<br><br>Registered<br>Reg: 11/03/2015<br>Filed: 10/22/2014 | **IN**<br>Reg: 5577217<br>Serial: 87665541<br><br>Registered<br>Reg: 10/02/2018<br>Filed: 10/30/2017 | **003**<br>body and beauty care cosmetics | ILILEWA MANUFACTURING LLC |

| | |  |  | | |
|---|---|---|---|---|---|
| Boom Nutrition, Inc. | **005**<br>dietary and nutritional supplements | **BOOM!**<br>Reg: 4617597<br>Serial: 86222054<br><br>Section 8 & 15 - Accepted And Acknowledged<br>Reg: 10/07/2014<br>Filed: 03/14/2014 | **BOOM!**<br>Reg: 5625436<br>Serial: 87654940<br><br>Registered<br>Reg: 12/11/2018<br>Filed: 10/22/2017<br><br> | **003**<br>cosmetics | Boom! By Cindy Joseph Ltd. |
| STC Pharmaceuticals, Inc. | **005**<br>dietary and nutritional supplements | **STC**<br>Reg: 4828024<br>Serial: 86266941<br><br>Registered<br>Reg: 10/06/2015<br>Filed: 04/30/2014 | **STC**<br>Reg: 6179288<br>Serial: 88863791<br><br>Registered<br>Reg: 10/20/2020<br>Filed: 04/08/2020 | **003**<br>skin toners | Foshan Niu Mei Health Technology Co., Ltd. |

| | |  | STC | | |
|---|---|---|---|---|---|
| RICH RECOVERY LABS INC. | **005** nutritional supplements | **RR** Reg: 5028252 Serial: 86658476<br><br>Registered Reg: 08/23/2016 Filed: 06/10/2015  | **RR** Reg: 5182128 Serial: 86539496<br><br>Registered Reg: 04/11/2017 Filed: 02/19/2015  | **003** cosmetics | Model Next Door Beauty, LLC |
| Jared R. Wheat | **005** dietary and nutritional supplements | **HELLFIRE** Reg: 5110641 Serial: 86673324<br><br>Registered Reg: 12/27/2016 Filed: 06/24/2015 | **HELLFIRE** Reg: 5132835 Serial: 87070081<br><br>Registered Reg: 01/31/2017 Filed: 06/14/2016 | **003** cosmetics | Tish & Snooky's N.Y.C. Inc. |
| CHOWDHURY, OMAR FARUK | **005** dietary and nutritional | **ALPHA** Reg: 5029861 Serial: 86683181 | **ALPHA** Reg: 4947925 Serial: 86649912 | **003** cosmetics, namely, skin | Neoteric Cosmetics, Inc. |

22

| | supplements | Registered<br>Reg: 08/30/2016<br>Filed: 07/04/2015<br><br> | Registered<br>Reg: 04/26/2016<br>Filed: 06/03/2015 | creams, skin lotions, face and body washes, and under eye treatments | |
|---|---|---|---|---|---|
| All American Pharmaceutical & Natural Foods Corporation | 005<br>nutritional supplements | **AMERICA'S PRIDE**<br>Disclaims: "AMERICA'S"<br>Reg: 4746721<br>Serial: 86363303<br><br>Registered<br>Reg: 06/02/2015<br>Filed: 08/11/2014 | **AMERICA'S PRIDE**<br>Disclaims: "AMERICA'S"<br>Reg: 2470487<br>Serial: 75803026<br><br>Registered And Renewed<br>Reg: 07/17/2001<br>Filed: 09/17/1999 | 003<br>non-medicated skin care preparations | AFAM CONCEPT, INC. |
| CYTOSPORT, INC. | 005<br>dietary and nutritional supplements | **EVOLVE**<br>Reg: 4360205<br>Serial: 85676705<br><br>Section 8 - Accepted<br>Reg: 07/02/2013<br>Filed: 07/13/2012 | **EVOLVE**<br>Reg: 5543552<br>Serial: 87337614<br><br>Registered<br>Reg: 08/21/2018<br>Filed: 02/15/2017 | 003<br>non-medicated skin serums | Good Ventures Limited |
| Shaklee Corporation | 005<br>dietary and nutritional supplements | **TURNAROUND**<br>Reg: 4946489<br>Serial: 85747342 | **TURNAROUND**<br>Reg: 1806987<br>Serial: 74376476 | 003<br>cosmetics | CLINIQUE LABORATORIES, LLC |

23

| | | | | | |
|---|---|---|---|---|---|
| | | Registered<br>Reg: 04/26/2016<br>Filed: 10/05/2012 | Registered And Renewed<br>Reg: 11/30/1993<br>Filed: 04/06/1993 | | |
| DC Labs, Inc. | 005<br>dietary and nutritional supplements | **OVATION**<br>Reg: 5319744<br>Serial: 85795613<br><br>Registered<br>Reg: 10/31/2017<br>Filed: 12/05/2012 | **OVATION**<br>Reg: 3465511<br>Serial: 77180816<br>2(f) claim<br><br>Registered And Renewed<br>Reg: 07/15/2008<br>Filed: 05/14/2007 | 003<br>body and beauty care cosmetics | Bell, Ann<br>Bell, Robert D. |
| Back2health, Inc | 005<br>dietary supplements | **AMERIPURE**<br>Reg: 5054724<br>Serial: 86954819<br><br>Registered<br>Reg: 10/04/2016<br>Filed: 03/28/2016 | **AMERIPURE**<br>Reg: 3666718<br>Serial: 77664137<br><br>Registered And Renewed<br>Reg: 08/11/2009<br>Filed: 02/05/2009 | 003<br>non-medicated skin care preparations | DELASCO, LLC |
| Esse Nutrition LLC DBA Vitagurl | 005<br>dietary and nutritional supplements | **BE BRILLIANT**<br>Reg: 5077634<br>Serial: 86962236<br><br>Registered<br>Reg: 11/08/2016<br>Filed: 04/02/2016 | **BE BRILLIANT**<br>Reg: 6081617<br>Serial: 88455554<br><br>Registered<br>Reg: 06/16/2020<br>Filed: 05/31/2019 | 003<br>cosmetics | Chanel, Inc. |
| TREE OF LIFE LTD | 005<br>dietary and nutritional | **TREE OF LIFE**<br>Reg: 5307613<br>Serial: 87046885 | **TREE OF LIFE**<br>Reg: 5987134<br>Serial: 87376610 | 003<br>cosmetics | Tree of Life Beauty LLC |

| | supplements | Registered<br>Reg: 10/10/2017<br>Filed: 05/23/2016 | Registered<br>Reg: 02/18/2020<br>Filed: 03/18/2017 | | |
|---|---|---|---|---|---|
| CrystalVision, LLC | **005**<br>dietary and nutritional supplements, vitamin and mineral supplements, nutraceuticals for healthy lean weight support, meal replacement powdered supplement, herbal metabolism booster supplement, essential fatty acid supplements for optimum health and weight control | **SL**<br>Reg: 5099020<br>Serial: 86915226<br><br>Registered<br>Reg: 12/13/2016<br>Filed: 02/22/2016<br><br> | **SL**<br>Reg: 3880756<br>Serial: 77713170<br><br>Section 8 & 15 - Accepted And Acknowledged<br>Reg: 11/23/2010<br>Filed: 04/14/2009<br><br> | **003**<br>cosmetics | SHISEIDO COMPANY, LIMITED |
| Hydrology LLC | **005**<br>nutritional supplements | **HYDROLOGY**<br>Reg: 5083487<br>Serial: 86767661<br><br>Registered<br>Reg: 11/15/2016 | **HYDROLOGY**<br>Reg: 4629315<br>Serial: 85851743<br><br>Registered<br>Reg: 10/28/2014 | **003**<br>skin moisturizer | Borghese Trademarks Inc. |

| | | Filed: 09/25/2015 | Filed: 02/15/2013 | | |
|---|---|---|---|---|---|
| Teelah Corp | **005** dietary food supplements | **GOJO** Reg: 5002091 Serial: 86802603 Registered Reg: 07/19/2016 Filed: 10/28/2015 | **GOJO** Reg: 4221017 Serial: 85517103 Section 8 & 15 - Accepted And Acknowledged Reg: 10/09/2012 Filed: 01/16/2012 | **021** cream | GOJO Industries, Inc. |
| Kevin Alan Rummel | **005** dietary and nutritional supplements | **BF** Reg: 5111045 Serial: 86805091 Registered Reg: 12/27/2016 Filed: 10/30/2015  | **BF** Reg: 4057300 Serial: 85106525 Section 8 & 15 - Accepted And Acknowledged Reg: 11/15/2011 Filed: 08/12/2010  | **003** cosmetic creams | Hsueh, Shirley |
| LOVEBUG NUTRITION, INC. DBA LOVEBUG PROBIOTICS | **005** nutritional supplements | **SPREAD THE LOVE** Reg: 5177989 Serial: 86945983 Registered Reg: 04/04/2017 | **SPREAD THE LOVE** Reg: 4209620 Serial: 85541399 Section 8 & 15 - Accepted And Acknowledged | **003** non-medicated skin care preparations | Booda Organics, Inc. |

26

| | | | | | |
|---|---|---|---|---|---|
| | | Filed: 03/18/2016 | Reg: 09/18/2012<br>Filed: 02/13/2012 | | |
| Green Hills Holding Company | **005**<br>dietary and nutritional supplements | **WW**<br>Reg: 5465134<br>Serial: 87017829<br><br>Registered<br>Reg: 05/08/2018<br>Filed: 04/28/2016<br><br> | **WW**<br>Reg: 5632688<br>Serial: 87909368<br><br>Registered<br>Reg: 12/18/2018<br>Filed: 05/06/2018<br><br> | **003**<br>cosmetics | Way Of Will Inc. |
| Bio-Botanica Inc. | **005**<br>dietary and nutritional supplements | **24/7**<br>Reg: 5104555<br>Serial: 87026407<br><br>Registered<br>Reg: 12/20/2016<br>Filed: 05/05/2016<br><br> | **24/7**<br>Reg: 4019563<br>Serial: 85244881<br><br>Section 8 & 15 - Accepted And Acknowledged<br>Reg: 08/30/2011<br>Filed: 02/17/2011<br><br> | **003**<br>cosmetics | L'Oreal USA Creative, Inc. |

| HILL VIEW PHARMACEUTICALS, INC. | **005** vitamins, namely, thiamin, riboflavin, niacin, pyridoxine, cyanocobalamin, folacin, biotin, vitamin a, vitamin b-complex, vitamin d, vitamin e, and vitamin k | **KR** Reg: 5149646 Serial: 87037063  Registered Reg: 02/28/2017 Filed: 05/14/2016 | **KR** Reg: 5390510 Serial: 87494869  Registered Reg: 01/30/2018 Filed: 06/19/2017 | **003** cosmetics | Jiangmen Constant Day Technology Co., LTD |
| Inner Brilliance LLC | **005** dietary supplements | **DRIVE** Reg: 5202715 Serial: 86854833  Registered Reg: 05/16/2017 Filed: 12/19/2015 | **DRIVE** Reg: 4646082 Serial: 86011534  Registered Reg: 11/25/2014 Filed: 07/16/2013 | **003** skin cleanser | Caren Products, LLC |
| Eric Frayman | **005** dietary and nutritional supplements | **GG** Reg: 5307391 Serial: 86914266 | **GG** Reg: 4748802 Serial: 86101884 | **003** cosmetics | Gucci America, Inc. |

28

| | | | | | |
|---|---|---|---|---|---|
| | | Registered<br>Reg: 10/10/2017<br>Filed: 02/20/2016 | Registered<br>Reg: 06/02/2015<br>Filed: 10/25/2013<br><br> | | |
| Bioactives, Inc. | **005**<br>dietary<br>supplemental<br>drinks | **IOS**<br>Reg: 5921271<br>Serial: 87126584<br><br>Registered<br>Reg: 11/26/2019<br>Filed: 08/03/2016 | **IOS**<br>Reg: 2279984<br>Serial: 75399051<br><br>Registered And Renewed<br>Reg: 09/21/1999<br>Filed: 12/02/1997 | **005**<br>medicated skin<br>care preparations | DR. ELAINE'S<br>ADVANCED SKIN<br>TREATMENT, L. |
| EHPLABS, LLC | **005**<br>dietary<br>supplements | **PSI**<br>Reg: 5342082<br>Serial: 87169712<br><br>Registered<br>Reg: 11/21/2017<br>Filed: 09/13/2016 | **PSI**<br>Reg: 2348326<br>Serial: 75607277<br><br>Registered And Renewed<br>Reg: 05/09/2000<br>Filed: 12/17/1998<br><br> | **003**<br>skin cream | Pharmaceutical<br>Specialties, Inc. |

| Premier Manufacturing LLC | **005** dietary supplements | **ZE** Reg: 5195350 Serial: 87179823  Registered Reg: 05/02/2017 Filed: 09/22/2016 | **ZE** Reg: 4859755 Serial: 86617382  Registered Reg: 11/24/2015 Filed: 05/01/2015 | **003** non-medicated skin care preparations | Metabeauty, Inc. |
|---|---|---|---|---|---|
| COGNITIVE IP HOLDINGS, LLC | **005** dietary and nutritional supplements | **STOKED** Reg: 6125441 Serial: 88262464  Registered Reg: 08/11/2020 Filed: 01/15/2019 | **STOKED** Reg: 3331656 Serial: 78745681  Registered And Renewed Reg: 11/06/2007 Filed: 11/02/2005 | **003** skin care lotions | Revelations Perfume and Cosmetics, Inc. |
| ECS Brands Ltd. | **005** dietary food supplements | **HF** Reg: 6020202 Serial: 88304177  Registered Reg: 03/24/2020 Filed: 02/15/2019 | **HF** Reg: 5853160 Serial: 88093030  Registered Reg: 09/03/2019 Filed: 08/26/2018 | **003** skin lotions | HommeRejuvenate Inc. |

| | | | | | |
|---|---|---|---|---|---|
| | | HF | | | |
| SAMO HEALTH INC. | **005** dietary and nutritional supplements | **KYOKU** Reg: 5759339 Serial: 88038093 Registered Reg: 05/21/2019 Filed: 07/15/2018 | **KYOKU** Reg: 4836226 Serial: 86564265 Registered Reg: 10/20/2015 Filed: 03/14/2015 | **003** body and beauty care cosmetics | Kyoku Holdings LLC DBA Kyoku for Men |
| Thomas Berryman | **005** vitamins | **PRIVY** Reg: 6154091 Serial: 88255944 Registered Reg: 09/15/2020 Filed: 01/09/2019 | **PRIVY** Reg: 4773225 Serial: 85612633 Registered Reg: 07/14/2015 Filed: 04/30/2012 | **003** skin lotion | ZWIEFEL, JOYCE |
| LevelUp International, LLC | **005** dietary and nutritional supplements | **AC** Reg: 5866406 Serial: 88264873 Registered Reg: 09/24/2019 Filed: 01/17/2019 | **AC** Reg: 5053555 Serial: 86905143 Registered Reg: 10/04/2016 Filed: 02/11/2016 | **003** cosmetic creams | T-Garden Co., Ltd. |

31

| | |  |  | | |
|---|---|---|---|---|---|
| Redefine Nutrition, LLC | **005**<br>dietary and nutritional supplements | **PX**<br>Reg: 5800490<br>Serial: 88280414<br><br>Registered<br>Reg: 07/09/2019<br>Filed: 01/29/2019<br><br>PX | **PX**<br>Reg: 2178647<br>Serial: 75359497<br><br>Registered And Renewed<br>Reg: 08/04/1998<br>Filed: 09/19/1997 | **003**<br>skin cleansers | ESTEE LAUDER INC. |
| JUJU PERFORMANCE LABS | **005**<br>dietary and nutritional supplements | **JUJU**<br>Reg: 5899043<br>Serial: 88291442<br><br>Registered<br>Reg: 10/29/2019<br>Filed: 02/06/2019 | **JUJU**<br>Reg: 3807487<br>Serial: 77256139<br><br>Registered And Renewed<br>Reg: 06/22/2010<br>Filed: 08/15/2007 | **003**<br>body and beauty care cosmetics | JUJU LLC |
| 1623774 ONTARIO INC. | **005**<br>dietary and nutritional | **CREED**<br>Reg: 6025337<br>Serial: 88311731 | **CREED**<br>Reg: 2810521<br>Serial: 78167506 | **003**<br>cosmetics | FONTAINE LIMITED |

| | supplements | | | | |
|---|---|---|---|---|---|
| | | Registered<br>Reg: 03/31/2020<br>Filed: 02/22/2019 | Registered And Renewed<br>Reg: 02/03/2004<br>Filed: 09/24/2002<br><br>CREED | | |
| HiQ Holdings Inc. | 005<br>dietary<br>supplements | HIQ<br>Reg: 5881099<br>Serial: 88029566<br><br>Registered<br>Reg: 10/08/2019<br>Filed: 07/09/2018 | HIQ<br>Reg: 4867425<br>Serial: 85865221<br><br>Registered<br>Reg: 12/08/2015<br>Filed: 03/03/2013 | 003<br>body and beauty<br>care cosmetics | Carpenter Desai,<br>Holly E |
| XSYS<br>MANAGEMENT<br>LLC | 005<br>dietary and<br>nutritional<br>supplements | ME<br>Reg: 5885684<br>Serial: 86984051<br><br>Registered<br>Reg: 10/15/2019<br>Filed: 03/31/2016<br><br>me | ME<br>Reg: 4103174<br>Serial: 85263873<br><br>Section 8 & 15 - Accepted<br>And Acknowledged<br>Reg: 02/21/2012<br>Filed: 03/10/2011 | 003<br>cosmetic creams | Advanced Institute of<br>Skin Care |

| | | | | | |
|---|---|---|---|---|---|
| Olly PBC | **005**<br>vitamin and mineral supplements | **LASER FOCUS**<br>Reg: 5777252<br>Serial: 87940190<br><br>Registered<br>Reg: 06/11/2019<br>Filed: 05/29/2018 | **LASER FOCUS**<br>Reg: 3881218<br>Serial: 77823819<br><br>Registered And Renewed<br>Reg: 11/23/2010<br>Filed: 09/10/2009 | **003**<br>non-medicated skin care preparations | Clinique Laboratories, LLC |
| MC2 Nutrition LLC DBA Staunch Nutrition | **005**<br>dietary supplements | **STAUNCH**<br>Reg: 5688728<br>Serial: 87728262<br><br>Registered<br>Reg: 03/05/2019<br>Filed: 12/20/2017 | **STAUNCH**<br>Reg: 5822062<br>Serial: 86837628<br><br>Registered<br>Reg: 07/30/2019<br>Filed: 12/03/2015 | **003**<br>cosmetics | Beale, Eva Marie DBA Grey Gardens |
| SHENZHEN D'SILY BIOLOGICAL TECHNOLOGY Co.Ltd. | **005**<br>dietary supplements | **KK**<br>Reg: 5554224<br>Serial: 87759637<br><br>Registered<br>Reg: 09/04/2018<br>Filed: 01/18/2018<br><br> | **KK**<br>Reg: 5281018<br>Serial: 87333858<br><br>Registered<br>Reg: 09/05/2017<br>Filed: 02/13/2017<br><br> | **003**<br>cosmetics | Tame Your Mane, LLC |
| restoreGen LLC | **005**<br>dietary | **POLYGEN**<br>Reg: 5555213 | **POLYGEN**<br>Reg: 5492031 | **003**<br>non-medicated | Dawson, Monica |

| | | | | | |
|---|---|---|---|---|---|
| | supplements | Serial: 87777247  Registered Reg: 09/04/2018 Filed: 01/30/2018 | Serial: 87677137  Registered Reg: 06/12/2018 Filed: 11/08/2017 | skin creams | |
| HUDSON VALLEY HEMP COMPANY, LLC | **005** dietary supplemental drinks | **TREATY** Reg: 5915570 Serial: 87802453  Registered Reg: 11/19/2019 Filed: 02/19/2018 | **TREATY** Reg: 3235381 Serial: 78809113  Registered And Renewed Reg: 04/24/2007 Filed: 02/07/2006 | **003** cosmetic creams for skin care | Y.Z.Y. INC |
| Euclid Projects, LLC | **005** dietary supplements | **SYZYGY** Reg: 5594704 Serial: 87815835  Registered Reg: 10/30/2018 Filed: 03/01/2018 | **SYZYGY** Reg: 5374997 Serial: 87483963  Registered Reg: 01/09/2018 Filed: 06/12/2017 | **003** cosmetics | Changchun Chengji Technology CO., LTD. |
| MyoBlox LLC | **005** dietary and nutritional supplements | **MARTIAN** Reg: 6020345 Serial: 88374594  Registered Reg: 03/24/2020 Filed: 04/06/2019 | **MARTIAN** Reg: 5177984 Serial: 86944139  Registered Reg: 04/04/2017 Filed: 03/17/2016 | **003** skin toners | Sunday Riley Modern Skincare, LLC |
| MUSCADINE PRODUCTS, | **005** dietary and | **NOBILITY** Reg: 5896060 | **NOBILITY** Reg: 5674374 | **003** cosmetic creams | Ming Fai Enterprise International Co., Ltd |

| | | | | | |
|---|---|---|---|---|---|
| CORP. | nutritional supplements | Serial: 88392213<br><br>Registered<br>Reg: 10/29/2019<br>Filed: 04/18/2019 | Serial: 87957992<br><br>Registered<br>Reg: 02/12/2019<br>Filed: 06/12/2018<br><br> | | |
| Max One Nutrition, LLC | **005**<br>dietary and nutritional supplements | **MM**<br>Reg: 5914914<br>Serial: 88444960<br><br>Registered<br>Reg: 11/19/2019<br>Filed: 05/24/2019<br><br> | **MM**<br>Reg: 6186833<br>Serial: 88978809<br><br>Registered<br>Reg: 10/27/2020<br>Filed: 03/14/2019<br><br> | **003**<br>skin lotion | Caruso Property Management, Inc. |
| NUBEST, INC. | **005**<br>dietary and nutritional supplements | **NUBEST**<br>Reg: 5751063<br>Serial: 88143882<br><br>Registered<br>Reg: 05/14/2019 | **NUBEST**<br>Reg: 3826187<br>Serial: 77734100<br><br>Registered And Renewed<br>Reg: 07/27/2010 | **003**<br>cosmetics | Best & Co. Hair Cutters Ltd. |

| | | | | | |
|---|---|---|---|---|---|
| | | Filed: 10/04/2018 | Filed: 05/11/2009 | | |
| | | NuBest | | | |
| Thai Health and Beauty, LLC | **005**<br>dietary supplements | **CB**<br>Reg: 5781288<br>Serial: 88198139<br><br>Registered<br>Reg: 06/18/2019<br>Filed: 11/18/2018 | **CB**<br>Reg: 4323658<br>Serial: 85702991<br><br>Section 8 - Accepted<br>Reg: 04/23/2013<br>Filed: 08/14/2012 | **003**<br>non-medicated skin care preparations | Cellbone Technology, Inc. |
| Fire Distribution, Inc. | **005**<br>herbal supplements | **TROPICAL ROOTS**<br>Reg: 6018511<br>Serial: 88596956<br><br>Registered<br>Reg: 03/24/2020<br>Filed: 08/28/2019 | **TROPICAL ROOTS**<br>Disclaims: "TROPICAL"<br>Reg: 6163812<br>Serial: 88837639<br><br>Registered<br>Reg: 09/29/2020<br>Filed: 03/17/2020 | **003**<br>non-medicated hair and skin care preparations | Bronner Bros Inc. |
| Scott, Jason T | **005** | **FF** | **FF** | **003** | Fearless Fathers, |

| | herbal supplements | Reg: 6013721<br>Serial: 88605779<br><br>Registered<br>Reg: 03/17/2020<br>Filed: 09/05/2019<br> | Reg: 5239556<br>Serial: 87052917<br><br>Registered<br>Reg: 07/11/2017<br>Filed: 05/27/2016<br> | pre-packaged care kits for infants comprised of baby wipes and non-medicated skin care cream | LLC |
|---|---|---|---|---|---|
| Eagle Supplements, LLC | **005**<br>dietary supplements | **EAGLE**<br>Reg: 6062902<br>Serial: 88617111<br><br>Registered<br>Reg: 05/26/2020<br>Filed: 09/14/2019 | **EAGLE**<br>Reg: 2930138<br>Serial: 76524736<br><br>Registered And Renewed<br>Reg: 03/08/2005<br>Filed: 06/13/2003 | **003**<br>cosmetics | Nice Group Co., Ltd. |
| MacuHealth, Limited Partnership | **005**<br>herbal supplements | **VE**<br>Reg: 5814606<br>Serial: 87902585<br><br>Registered<br>Reg: 07/23/2019<br>Filed: 05/01/2018 | **VE**<br>Reg: 5456638<br>Serial: 87381094<br><br>Registered<br>Reg: 05/01/2018<br>Filed: 03/22/2017 | **003**<br>cosmetics | VIP Event Inc. |

| | | | | | |
|---|---|---|---|---|---|
| | |  |  | | |
| Fidem Pharmaceuticals Inc. | **005** dietary supplements | **SS** Reg: 5808065 Serial: 87909887 Registered Reg: 07/16/2019 Filed: 05/07/2018  | **SS** Reg: 5013272 Serial: 86077634 Registered Reg: 08/02/2016 Filed: 09/28/2013  | **003** body and beauty care cosmetics | Melanie Taylor DBA Skin and Swim |
| Advanced Nutritional Supplements | **005** dietary and nutritional supplements | **NATURELY** Reg: 6167531 Serial: 88732304 Registered Reg: 10/06/2020 Filed: 12/18/2019 | **NATURELY** Reg: 5443059 Serial: 87601752 Registered Reg: 04/10/2018 Filed: 09/08/2017 | **003** body and beauty care cosmetics | Beauticell LLC DBA Naturely |
| Web Marketing LLC | **005** dietary supplements | **FRONTROW** Reg: 5988375 Serial: 88445331 | **FRONTROW** Reg: 5125612 Serial: 86833291 | **003** cosmetics | W Concept Korea Co., Ltd |

| | | | | | |
|---|---|---|---|---|---|
| | | Registered<br>Reg: 02/18/2020<br>Filed: 05/24/2019<br><br>FRONTROW | Registered<br>Reg: 01/17/2017<br>Filed: 11/28/2015 | | |
| Right Fitness and Nutrition, LLC DBA Super Health Center | **005**<br>dietary and nutritional supplements | **BACK IN BLACK**<br>Reg: 6043962<br>Serial: 88452836<br><br>Registered<br>Reg: 04/28/2020<br>Filed: 05/30/2019 | **BACK IN BLACK**<br>Reg: 3966702<br>Serial: 77569887<br><br>Registered And Renewed<br>Reg: 05/24/2011<br>Filed: 09/15/2008 | **003**<br>cosmetics | Y.Z.Y., INC. |
| Hum Nutrition, Inc. | **005**<br>dietary supplements | **AIR PATROL**<br>Reg: 6074620<br>Serial: 88687141<br><br>Registered<br>Reg: 06/09/2020<br>Filed: 11/11/2019 | **AIR PATROL**<br>Reg: 4890360<br>Serial: 86432819<br><br>Registered<br>Reg: 01/19/2016<br>Filed: 10/23/2014 | **003**<br>cosmetics | Benefit Cosmetics LLC |
| NUTRIMAX INC | **005**<br>nutritional supplements | **GREEN MAGIC**<br>Disclaims: "GREEN"<br>Reg: 4612908<br>Serial: 86178069 | **GREEN MAGIC**<br>Disclaims: "GREEN"<br>Reg: 4349002<br>Serial: 85609840 | **003**<br>non-medicated hair restoration lotions | Liquid Gold Hair Products, Inc |

40

| | | Section 8 - Accepted<br>Reg: 09/30/2014<br>Filed: 01/28/2014 | Section 8 - Accepted<br>Reg: 06/11/2013<br>Filed: 04/26/2012 | | |
|---|---|---|---|---|---|
| FARMAMEDICA, S.A. | **005**<br>vitamin supplement | **PENSOL**<br>Reg: 1926266<br>Serial: <u>74485654</u><br><br>Registered And Renewed<br>Reg: 10/10/1995<br>Filed: 02/02/1994 | **PENSOL**<br>Reg: 6292757<br>Serial: <u>90057634</u><br><br>Registered<br>Reg: 03/16/2021<br>Filed: 07/16/2020 | **003**<br>cosmetics | Shenzhen Xingkong Matrix Technology Co., Ltd. |
| Maximum Human Performance, LLC | **005**<br>dietary and nutritional supplements | **SECRET SAUCE**<br>Reg: 4553412<br>Serial: <u>86067991</u><br><br>Section 8 - Accepted<br>Reg: 06/17/2014<br>Filed: 09/18/2013 | **SECRET SAUCE**<br>Reg: 5387016<br>Serial: <u>86553347</u><br><br>Registered<br>Reg: 01/23/2018<br>Filed: 03/04/2015 | **003**<br>cosmetics | L'OREAL USA CREATIVE, INC. |
| VITAMIN SHOPPE PROCUREMENT SERVICES, LLC | **005**<br>vitamins | **ULTIMATE MAN**<br>Reg: 3378676<br>Serial: <u>78922844</u><br><br>Registered And Renewed<br>Reg: 02/05/2008<br>Filed: 07/05/2006 | **ULTIMATE MAN**<br>Reg: 3191508<br>Serial: <u>78651821</u><br><br>Registered And Renewed<br>Reg: 01/02/2007<br>Filed: 06/16/2005 | **003**<br>non-medicated skin care preparations | L'Oreal USA Creative, Inc. |
| RAE WELLNESS PBC | **005**<br>dietary and nutritional supplements | **RAE**<br>Reg: 6149697<br>Serial: <u>88978373</u> | **RAE**<br>Reg: 3079248<br>Serial: <u>78589358</u> | **003**<br>cosmetics | Rae Cosmetics, Inc. |

| | | Registered<br>Reg: 09/08/2020<br>Filed: 03/26/2019 | Registered And Renewed<br>Reg: 04/11/2006<br>Filed: 03/17/2005<br><br>rae | | |
| --- | --- | --- | --- | --- | --- |
| Palm Ventures LLC | **005**<br>dietary<br>supplements | **MYX**<br>Reg: 6245879<br>Serial: 87860813<br><br>Registered<br>Reg: 01/12/2021<br>Filed: 04/03/2018 | **MYX**<br>Reg: 4869418<br>Serial: 86438972<br><br>Registered<br>Reg: 12/15/2015<br>Filed: 10/29/2014 | **003**<br>skin tanning<br>enhancers in the<br>nature of non-<br>medicated skin<br>care preparations | SUNLESS, INC |

# **Exhibit D**



DOW +0.62%    S&P 500 +0.52%    NASDAQ 100 +0.12%

Log in       Subscribe

GLOBAL INDUSTRIAL   Get What You Need To Succeed
We can supply that!   Global Industrial™

HOME  >  STRATEGY CONTRIBUTORS

# The scam of reputation-washing: How corporations successfully cover up their big-money messes with small-dollar philanthropic giving

**Paul Constant**   Oct 2, 2019, 11:50 AM



Paul Constant.   *Angela Ciccu*

SPONSOR CONTENT
 
**Maximize Cloud Performance
With Fully Dedicated Servers**
Read more

VIDEOS YOU MAY LIKE                    by Taboola

   
The real reasons we      Cruise ships are
don't have flying cars   being scrapped as
                         the industry

   
What staring at a        How the $30 million
screen all day does to   'Super Scooper' CL-
your brain and body      415EAF plane was







- Paul Constant is a writer at Civic Ventures, a cofounder of the Seattle Review of Books, and a frequent co-host of the Pitchfork Economics podcast with Nick Hanauer.

- In this opinion piece, he argues that the philanthropic system in America is "broken," with billionaires providing the funding for systems that have been defunded by elites.

- The most egregious type of philanthropy is when companies "reputation-wash," or wash away their sins by donating a fraction of their revenue.

- To that end, Constant says it's time to discuss ending tax loopholes that allow companies to profit from corporate giving.

- For more on this topic, listen to the latest episode of Pitchfork Economics.

- Visit Business Insider's homepage for more stories.

Ads by Google
Stop seeing this ad    Why this ad?

It feels socially unacceptable for me to admit that our philanthropic system is broken. Bill and Melinda Gates, after all, are eradicating polio worldwide through the good work of their foundation. Around the country on any given day, corporations and the super-rich are donating hundreds of thousands of dollars to charities that house the homeless, help educate children, and generally improve the quality of life for the poorest Americans. How can any of this possibly be perceived as a bad thing?

Most of the social benefits that billionaires deliver now — space programs and vaccinations, scientific research, and educational investments — used to be funded with tax dollars and distributed

Get What You Need To Succeed
Global Industrial™

FROM THE WEB                    by Taboola


Seize the opportunities, swerve the risks.
Sponsored by The EIU


Harry Potter Star Is Probably The Prettiest Woman In
Sponsored by zenherald.com


These Twins Were Named "Most Beautiful In The
Sponsored by Give It Love


He Was Once An Icon In The NBA, Here's Him Now
Sponsored by Gameday News

SPONSORED FINANCIAL CONTENT

Earn a $1,500 cash bonus with Citigold® after required activities >
Citigold® Offer

Earn 15,000 Bonus Points after qualifying purchases.
Citi Rewards+® Card

Credit Cards That Can't Be Beat In 2021
NerdWallet

What Is The Biggest Mistake People Make With $1 Million?
Fisher Investments

Where should you invest $1,000 right now?
The Motley Fool

Dianomi



through the federal government. But an ongoing campaign started in the Reagan Administration by proponents of trickle-down economics convinced pretty much everyone that anything government can do with taxpayer dollars, private enterprise can do better, faster, and more efficiently. (Which, by the way, isn't true — a growing body of evidence suggests that the public sector is more efficient than the private sector.) To a grateful nation that's been addled by four decades straight of runaway income inequality, the good works provided by wealthy people far outweigh the decades of punishment that those same magnanimous elites have delivered to the tax-funded safety net.



Journalistic firebrand Anand Giridharadas literally wrote the book on the charade of philanthropic giving. Subtitled "The Elite Charade of Changing the World," Giridharadas's new-in-paperback book "Winners Take All" explains the practice of philanthropy as a kind of

Justin Sullivan/Getty Images

shell game disguising the sins of the top one percent behind an ostentatious facade of do-gooding. Through philanthropy, Giridharadas warns in the latest episode of Pitchfork Economics, the wealthiest people and corporations on the planet "can do bad things in the billions and do good things in the millions."

Perhaps the clearest — and, to my mind, the most egregious — form of corporate philanthropy comes in "reputation-washing." Corporations do this all the time: they contribute some small (but very visible) amount of money toward the solution for a problem that they themselves have created in the hunt for outsize profits. The glow of philanthropic giving obscures the exponential wealth that the corporation draws from the situation they're ostensibly trying to solve. It is, literally, throwing good money after bad.



You can't get much more stereotypically American than Coca-Cola. The sugary beverage-maker has for decades worked to hide its clear connection to obesity, while at the same time supporting youth sports initiatives and building playing fields for young women in underserved communities. This giving serves as a smokescreen on



Build your secure IT Infrastructure →

IBM

POPULAR WITH SUBSCRIBERS



Manhattan DA Revved up Trump Inquiry After He Left Office: Witness



two fronts: in addition to creating a general air of concern about public health, it also advertises Coca-Cola products to children — a practice that Coke has sworn not to do.

Coca-Cola also donates thousands of dollars to "support citizen science efforts to study the prevalence of micro-plastics ... a serious and growing concern, both for the environment and for human health." (Coca-Cola uses three million tons of plastics in its packaging per year.) And the millions of dollars that Coke



**8.5 ounce bottles of Coca-Cola at the Cadillac Championship golf tournament in Doral, Fla.** AP Photo/Wilfredo Lee

puts toward clean-water initiatives is a drop in the bucket compared to the company's extractive water use.

Reputation-washing isn't just for the soft drink business. Exxon earlier this year was proud to issue a press release announcing it has donated $350,000 "to United Way and the American Red Cross to support local flooding relief assistance associated with tropical storm Imelda in the Beaumont and greater Houston areas in Texas" — a terrible storm that was worsened by climate change caused by fossil fuels. Other oil and gas manufacturers like BP similarly donate to disaster relief funds.

Perhaps the most craven form of reputation-washing can be found in the firearm industry. The website for the National Rifle Association trumpets the fact that "Smith & Wesson supports children's charities with its annual Night of Laughter event featuring live comedy acts," without acknowledging that their AR-15-style rifles were used in countless mass shootings, including the Parkland massacre. It's entirely possible — maybe even likely — that Smith & Wesson has donated some small sum to a hospital that has treated victims of a massacre committed with weapons made by Smith & Wesson.

SPONSOR CONTENT

**How to achieve wealth beyond finances**

Read the story



***Read more***: *How American culture and a sense of 'aggrieved entitlement' in males can lead to mass shooters*

In the end, philanthropy serves as a kind of respectable Dr. Jekyll to
a corporation's profiteering Mr. Hyde personality. For less than a
tenth of one percent of its total revenue, a corporation can wash all
its sins away. In fact, if you want to find out what a corporation's
worst transgressions are, you don't have to be an investigative
journalist: just look at where it donates its charitable giving. Those
blandly named funds and foundations and grants and prizes all
gesture directly to the source of the corporation's unimaginable
wealth — a problem's cause and its effect, all wrapped up in a
package of good vibes and glossy marketing.

The value that these corporations enjoy from philanthropy doesn't
just end at good press and positive consumer feelings. Even though
reputation-washing is the equivalent of putting a Band-Aid on top of
a broken bone, corporations profit from the tax deductions they
earn in exchange for their charitable giving. It's time to begin a
public discussion about ending or capping the tax-deductible
loopholes that corporations ruthlessly exploit for profit and public
relations. The system is broken, and no amount of feel-good
donations can fix it.

*Paul Constant is a writer at Civic Ventures, a public policy incubator
based out of Seattle, and a cofounder of the Seattle Review of Books.
His writing has been published in the Los Angeles Times, BuzzFeed
News, the New York Observer, and the Seattle Times.*



Smith's   Delivery and FREE Pickup*   FRESH FOR EVERYONE™   SIGN IN & SAVE ›
*Free pickup on orders of $35 or more. Restrictions may apply.

**Listen to the Podcast:** *In 2014, venture capitalist Nick Hanauer
warned his fellow plutocrats that our growing crisis of economic
inequality would lead to an uprising or a dictatorship. Two years
later, angry voters elected Donald Trump. In* Pitchfork Economics*,
Nick explores why the pitchforks are coming, who they're coming for,
and how the stories we tell about the economy can change the economy
itself.*

NEWSLETTER

**Sign up for a daily selection of our best stories — based on your reading
preferences.**

| Email address | **SIGN UP** |



Best Company

PRODUCTIVITY    FINANCE    TECHNOLOGY    BUSINESS    SECURITY    ABOUT

Sign in    Get started

# Charitable Giving: 7 Hated Companies That Actually Give Back a Ton

 Marcus Varner  Follow
Nov 14, 2016 · 9 min read



'Tis the season for giving back.

With Thanksgiving on the horizon and Christmas soon to follow, we're entering that time of year when people's hearts, like Dr. Seuss' Grinch, grow a little bigger, and we give some thought to giving to those who are less fortunate.

Not surprisingly, the last few months of the year are prime time for charities. According to one survey, most nonprofits organizations receive the majority of their contributions between October and December of any given year.

So, naturally, charitable giving is on everyone's mind. Even those of the 2016 presidential candidates. Naturally, as the Clinton-Trump matchup — er, presidential election — swallowed up pretty much everything else in American society, it inevitably sucked charitable giving into its inescapable vortex.



For months, Clinton and Trump traded blows about how the other had misused charities and failed to support charities. Even on the day before the election, billionaire and Hillary supporter David Tepper called out Donald Trump for not giving to charities after 9/11 and Hurricane Sandy.

Why mention charities on the campaign trail? Because Americans care about giving back. In fact, we give more to charity than any other nation on earth. And we expect our most prominent leaders and celebrities to embrace and demonstrate this virtue.

The same goes for companies.

Those companies we perceive as being generous we also tend to favor and do more business with. Conversely, those who seem cheap when it comes to supporting their communities we tend to vilify and avoid. At the same time, there are certain companies we have deemed the Grinches of our economy, maybe because of scandals or costly disasters or sleazy ways. At the end of the day, you would think that the Grinch companies that tend to engage in misbehavior would also be those that turn their back on charitable giving, right?

Not so fast. When you start doing even superficial research on which companies give the most to charities, you start to realize that things aren't nearly so clear-cut. To demonstrate, here are **seven companies that everyone hates that actually give a ton to charity:**

## 1. Wells Fargo



Wells Fargo is the Grinch company du jour. Remember how Wells Fargo executives encouraged their staff members to set up bank accounts and credit cards without people's permission, just to meet sales goals? In just a few years, they had set up millions of unauthorized credit card and bank accounts. When the bank's fraudulent ways were discovered, they fired over 5,300 lower-level employees, but, in Grinch-y fashion, they didn't fire or cut the bonuses of any of the executives who led the charge.

This year, Wells Fargo got officially busted and brought in for a very public, very harsh congressional subcommittee tonguelashing.



Needless to say, Wells Fargo definitely looks like the bad guy right now, with employee and customer trust at an all-time low. But there's just one snag: Wells Fargo is one of the most charitable companies in the world.

According to Fortune's 2016 "Most Giving Companies" list, Wells Fargo donated $281 million to various charitable causes just in 2015. In fact, they have a corporate goal on donating between 1.2% and 1.5% of their earnings each year to charities. Much of this money goes to "climate

quality, land conservation, and ... building healthy urban ecosystems," according to their website, as well as neighborhood revitalization in low-income neighborhoods.



And they don't just throw money at charities: they also incentivize their employees to take time to give back to their communities. Every year, for instance, employees are given two days of paid leave to volunteer in a charitable cause. According to their site, their employees have logged 4.7 million volunteer hours building and rehabilitating thousands of homes for needy families.

## 2. Walmart



For years, the retail giant has been hounded by just about everyone. Workers and workers rights advocates complain that Walmart shortchanges their workers on their pay. Communities complain that Walmart Supercenters strangle the life out of local businesses. Still others complain that Walmart, with its habit of pushing prices on goods lower and lower, feeds the sweatshop economy overseas. All of these complaints are true.

But these sames parties might be unaware that Walmart, which gave a whopping $301 million to charity in 2015 alone, is also the second most-generous company on earth when it comes to charitable giving.





Much of that money went to improving the economic mobility of their own employees and other retail workers, via training and career services. Walmart is also a major partner of the anti-hunger nonprofit Feeding America, donating food and trucks to distribute the food to needy families. The remainder of their giving went to flood relief, manufacturing innovation initiatives, and efforts to curb food waste.

## 3. ExxonMobil



This company has been in the naughty corner for decades, going back as far as the Exxon Valdez oil spill, which bathed 1,300 miles of pristine coastline in crude oil and became the worst manmade disaster ever in U.S. waters. BP has since taken that title with the Deepwater Horizon oil spill, but ExxonMobil has found new ways to look evil.

Earlier this year, it was revealed that ExxonMobil paid researchers to suppress scientific evidence of the link between global warming and fossil fuels and they used their influence around Capitol Hill to muzzle those who tried to speak on the same topic. That's pretty Grinch-y alright.



But then you look at their charitable giving and you see a softer side of the oil and gas giant. In 2015, ExxonMobil gave 13.2% of their annuals earnings charity, a total of $268 million. This money covered a broad spread of causes from science camps to anti-malaria efforts to an international women's group founded by Hillary Clinton.

## 4. JPMorgan Chase



Ever since the 2008 financial meltdown, everyone has a bad taste in their mouth toward banks, especially those deemed "too big to fail." Chase Bank received $25 billion in bailouts during the recession and found itself in hot water numerous times during that time period for abusing customer funds, illegal payment schemes, and excessive interest rates. Ultimately, JPMorgan Chase paid hundreds of millions of dollars to make their legal woes go away, but it might not be enough to make consumers forget.



Again, going against their negative image, JPMorgan Chase, like Wells Fargo, is one of the most charitable companies in the world, giving $224 million in 2015. That's 3.13% of their earnings. That money goes to thousands of nonprofits throughout North America, including economic recovery in Detroit, training for workers in endangered industries, and services that help normal folks learn how to save, invest, and create wealth.

## 5. Pfizer



Pharmaceutical companies are an easy target for consumers and politicians alike. They charge an arm and a leg for products that some literally can't live without. They've also been known to use their considerable coffers to make lawmakers and government agencies see things their way or look the other way. Pfizer has been found to engage in bribery, tax avoidance, and cover-ups regarding defective products. As the biggest pharmaceutical company in the world, Pfizer gets more than its fair share of hate, much of it well-deserved.



But this hasn't kept Pfizer from giving back. The drug company gave approximately $93 million to charities in 2015 and more than $3 billion in medicines. Naturally, most of their cash donations go to health causes like eradicating diseases, increasing access to immunizations to needy populations, and making early health screenings available to more people.

## 6. Coca Cola



As the ill health effects of soda became common knowledge, Coca Cola's image is increasingly under fire. But this year, reports were released that revealed that Coca Cola had been using its considerable financial might to push scientific studies that take the blame off soda and place them on lack of exercise — a deceptive move similar to those used by the sugar industry back in the 1970s.

What is a company that could potentially be blamed for the deaths of millions to do? Why, aggressively give back to communities, of course. Just in 2015, Coca Cola gave $117.3 million to charitable causes.





This money to thousands of nonprofits, boosting efforts to improve access to safe drinking water for populations in the third world, educate communities on hygiene, and grow education, arts, and environmental causes. They also put a considerable amount funding toward economic empowerment and entrepreneurship for women in less-developed nations.

## 7. Morgan Stanley

Let's just say Wells Fargo isn't the only major bank to pressure their employees to open customer bank accounts by fraudulent means. From 2014 to 2015, Morgan Stanley held sales contests targeting loans especially for wealthy clients and instantly creating a dangerous conflict of interest for employees that was against the bank's own internal rules. They also received $10 billion in bailouts during the financial meltdown. Needless to say, Morgan Stanley has an image problem like so many other banks.



And they seem to be trying to rebuild customer trust and their brand image by giving back to charities — $62 million, to be exact. Most of their donations focus on efforts to solve pressing social problems. For instance, like Walmart, they partner with Feeding America and also donate their employees every year to volunteer at the nonprofit's food banks. They'll even lend out employees on a longer-term basis to act as pro bono consultants and help food banks run more efficiently and effectively.

Other causes that Morgan Stanley fund include fighting poverty in inner-city neighborhoods and hiring out employees to provide consulting to other nonprofits.

## Grinches or Not?

So how should consumers views these companies who seem to give with one hand, while aggressively taking with their other hand? Are they Grinches or charity-loving do-gooders? Perhaps it's no accident that the companies with the most egregious offenses also dole out the most to charities. At the corporate level, as much as one might want to believe that these are just unethical companies with hearts of gold, it's much more likely that their charitable activities are well-calculated PR moves meant to gloss

over these companies' unsavory pasts.



Charity    Banking

👏 12 claps    ○                              🐦 in f 🔖

WRITTEN BY

**Marcus Varner**                          Follow

Writer. Marketer. I'm obsessed with the consumer experience,
from consumer reviews to customer service trends to great
new products on the market.

**The Bottom Line**                        Follow

- Sharing and Searching for Truth from the Masses - At The
Bottom Line, we give consumers and experts the chance
communicate and influence positive changes.

## More From Medium



**How to Practice Gratitude
Without Saying A Word**
Mayo Oshin in The Bottom Line

**4 Ways to Use Data to
Better Understand Your
Content Production
Process**
Marcus Varner in The Startup



**Can We Change
America's Toxic
Workplace?**
Marcus Varner in The Startup



**7 Early Signs of an
Incompatible
Relationship**
Kirstie Taylor in The Ascent



**Yes, it is all men.**
Julie Cohen



**Medium Editorial Team
Update**
Ev Williams



**Google Director Of
Engineering: This is how
fast the world will change
in ten years**
Michael Simmons in
Accelerated Intelligence



**5 Famous People Who
Got Away With Killing
Someone**
Stephanie Leguichard in
Chameleon



**Learn more.**

Medium is an open platform where 170 million readers come
to find insightful and dynamic thinking. Here, expert and
undiscovered voices alike dive into the heart of any topic and
bring new ideas to the surface. Learn more

**Make Medium yours.**

Follow the writers, publications, and topics that matter to you,
and you'll see them on your homepage and in your inbox.
Explore

**Share your thinking.**

If you have a story to tell, knowledge to share, or a
perspective to offer — welcome home. It's easy and free to
post your thinking on any topic. Write on Medium

◐ Medium                                   About    Help    Legal





**Worth**

⊡ Subscribe    ✉ Newsletters           ▦ Events    🎙 Podcasts    ☰ Lists

Finance    Business ▾    Leading Advisors    Lifestyle    Health    Impact    Innovation    Worth Books         🔍

▦ Find Your Community    Women & Worth    Investors & Entrepreneurs    Cities    Families of Worth

**Access exclusive content** designed
for our network of top executives.

indeed
Leadership **Connect**

Join us

HOME › IMPACT

# The 10 Most Toxic Philanthropists

There has often been a tension between the personalities who give and the causes to which they give.
But the 21st century has already seen a flood of bad actors giving philanthropy a bad name. Here are
some of the worst.

Michelle Celarier
Published on September 24,
2019

SHARE





Illustration by Shutterstock.com

<span style="font-size:2em">T</span>he Massachusetts Institute of Technology is one of the most
respected higher education institutions in the United States, and
until just a few weeks ago, its edgy Media Lab was considered
one of the most innovative research programs creating what it
calls "disruptive technologies."

But the $7.5 million in donations it received with the help of financier and
convicted sex offender Jeffrey Epstein, who last month committed suicide
while awaiting trial on sex trafficking charges in a Manhattan prison cell, is
the real disruptor.

MIT Media Lab founder and professor Joi Ito has resigned after accepting
the donations, as have several other professors connected with the scandal.
Some students and faculty are even demanding the ouster of MIT president
Rafael Reif. After first denying any involvement with the Epstein money,
Reif finally admitted approving the donation—and demanding it be
anonymous—then signing a thank you letter to the pedophile.

It's now debatable whether the Media Lab will survive the scandal, and the
cover-up is being widely condemned. "The notion that the way to handle a
gift from Epstein was to anonymize it is appalling," says Phil Buchanan,
president of The Center for Effective Philanthropy. "If the instinct is to
want to hide something, that's almost always a sign it's the wrong thing to
do."

RELATED
**What Wall Street Gets Wrong About
Giving**



The Epstein MIT scandal is just the most recent—and flagrant—example of
the type of toxic philanthropy that increasingly pervades the nonprofit
world and threatens to turn it upside down.

In the past, taking tainted money wasn't particularly controversial, even





**Access
exclusive
content**
designed for
our network of
top executives.

indeed
Leadership **Connect**

Join us

## Editor Picks



1   Worth's 2021 Guide to Better
    Sleep

2   At Boston's Museum of Fine
    Arts, Monet Comes Out of the
    Basement and Into the Light

3   The Journey of Impact
    Philanthropy and the Work We
    Have Ahead

4   Reimagining Large-Scale
    Impact Philanthropy: An
    Interview With Merton Capital
    Founder Sean Davis

5   The Next Generation of Women
    & Worth: What Gen Z Learned
    From Our Summit

though those in the nonprofit world knew it could be a way for the wealthy to launder somewhat sordid, even criminal, reputations.

Defenders point to some of the most renowned philanthropists in history—Andrew Carnegie, John Rockefeller, Cecil John Rhodes and Alfred Nobel—as men who, during their lifetimes, were often viewed as noxious individuals. Carnegie employed thugs to break strikes by workers in his steel mills, Rockefeller ran a monopoly that the U.S. government dismantled, Rhodes was a British white supremacist and Nobel was a munitions manufacturer.



RELATED

### Q&A: Anand Giridharadas

But a sea change is afoot, with writers such as Anand Giridharadas arguing that all philanthropy is "fake change" and #MeToo victims demanding justice for behavior that was previously swept under the rug. Meanwhile politicians like Democratic presidential candidate Elizabeth Warren hope to heavily tax the nation's wealthiest, arguing that it's better for much of their fortunes to go to the government to fund social and environmental programs than to put their names on a museum wing, launder their reputations or ease guilty consciences.



## If giving money away makes the donor look bad, what donor is going to give money away?



RELATED

### The New 'Networking'—or Just Plain Old Helping

The new mood is creating a moment of anxiety for the donor class and has the potential to disrupt the flow of giving. "Is all philanthropy going to be seen as toxic?" asks one billionaire donor who requested anonymity because of the sensitivity of the topic. "If giving money away makes the donor look bad, what donor is going to give money away?"

The definition of a toxic philanthropist is murky, but it typically includes not just those convicted of heinous crimes, whether financial or personal, but also the super wealthy whose business or personal behavior is seen as detrimental to society.

Some even bring up Bill Gates, whose Microsoft Corp. reached a historic settlement with the U.S. Justice Department over antitrust allegations, as someone who has used charity to change his image. If Gates' behavior was once controversial, "now when we think of Gates, we think of how he brought mosquito nets to Africa," says Marianne Jennings, a business ethics professor at the University of Arizona.



RELATED

### The Personal Impact of Special Needs

Jennings lists outsize philanthropic contributions as one of her "seven signs of ethical collapse" among corporate CEOs in a book of the same title. "Corporate fraudsters almost all use philanthropy as a cover. Because of all their goodness, people never look any further," she says.

That is getting harder to do. Over the past 18 months photographer Nan Goldin, a recovering Oxycontin addict, led protests at the Metropolitan Museum of Art, the Guggenheim and even the Louvre, over the millions the museums have taken from the Sackler family, widely reviled as a key instigator of the opioid crisis through their company, Purdue Pharma, the makers of Oxycontin. The company, which just filed for bankruptcy

protection, is on the verge of settling a number of government lawsuits against it for $10 billion, and there could be more to come.

Sackler's donations to the art world have given rise to another term: art washing. Protestors have asked that the museums take the Sackler name off the wings named for them and give the donations to recovery groups. Goldin has identified 23 museums that took the money.

The problem is that all nonprofits, from universities and museums to those working on criminal justice reform and cancer research, are dependent on the rich, and nonprofits spend an inordinate amount of time courting them. Even universities as prestigious as MIT and Harvard are "worried about their rankings, which are related to how much money they raise," says Buchanan. He argues that nonprofits need to remember that "they've got a higher purpose than maximization of revenue."

Adds Jennings: "You can talk yourself blue in the face how you knew nothing about it. But it almost always hurts the nonprofit."



RELATED
**How to Move Beyond Empathy 'First Aid' at Work**

Intense media focus on the donations of people such as Epstein and the Sacklers may, at the least, force nonprofits to look more closely before taking money. "As a nonprofit, you have to ask yourself, 'Would I be embarrassed to have this support?'" says Buchanan. "Are we being used for an objective that is counter to our values? And does the donor expect us to provide them some benefit we're uncomfortable providing?"

It's also affecting the larger group of donors who simply want to do good. "If you're a donor and making a significant gift to an organization, I do think you'd want to know that the leadership lives its values," says Buchanan. "A reasonable question of any nonprofit director would be, 'What money won't you take?'"

Following, in no particular order, are 10 of the most toxic philanthropists of the 21st century.

## 1   Jeffrey Epstein



The extent of Jeffrey Epstein's efforts to burnish his image as a do-gooder at the same time he was allegedly sexually abusing dozens of underage girls began to come into public view after his arrest in July for sex trafficking. Epstein was first convicted of sexual offenses in 2008, and before that his most significant philanthropic contribution was $9 million to Harvard University, which recently said it would donate the $186,000 it had not spent to organizations assisting survivors of human trafficking and sexual assault.

After Epstein was released from prison, the sexual predator helped shepherd $7.5 million to MIT, which led to resignations of some people associated with the funding once it was disclosed. Epstein made another anonymous donation to the breast cancer charity that his former girlfriend Eva Dubin—the wife of financier Glenn Dubin—had set up. He gave to other scientific and medical foundations and funded individual scientists' work. He also served on the board of the family foundation of private equity mogul Leon Black, whose money was part of the $7.5 million he shepherded to MIT.

## 2   David Koch

David Koch and his brother Charles created and funded a political movement to attack the legitimacy of climate science and roll back environmental laws that would hurt the profits of Koch Industries, their privately held energy and chemicals conglomerate. While engaged in what is literally a toxic political effort, David Koch, who died in August, also had a philanthropic organization that funded climate change denial research.



Worth an estimated $48 billion, David Koch gave $1.2 billion to various other philanthropies, including museums and hospitals. Today his name is plastered on several New York institutions—including the David H. Koch Dinosaur Wing at the Museum of Natural History and the David H. Koch Theater at Lincoln Center, which houses the New York City Ballet. Other recipients were the Metropolitan Museum of Art and the Memorial Sloan Kettering Cancer Center (Koch died of prostate cancer).

Koch once admitted that having his name on elite art institutions "sent a message" to people who don't like conservative businessmen. Others call that message "art washing."

## 3  The Sackler family

The Sackler family, whose members are currently battling multibillion-dollar lawsuits by states and others over their role in the opioid epidemic, have brought art washing to a new high. In 2007, their privately held company Purdue Pharma, the maker of Oxycontin, pled guilty to a felony charge of deceiving doctors. But long before that occurred, the Sacklers were giving millions of dollars to museums. At latest count, they've donated to 23 cultural museums in the United States, the UK and France.

RELATED
**The Importance of Building Social Capital**



After a movement led by photographer Nan Goldin, a recovering addict, to expose the contributions, London's Tate Museum, the Guggenheim in New York and others said they'll take no more Sackler money. The Louvre has taken the Sackler name off a wing of the museum, though it will remain at the Metropolitan Museum of Art, the Smithsonian in Washington and elsewhere. Meanwhile, eight family members involved in ongoing lawsuits against Purdue Pharma and its family owners reached a tentative $10 billion settlement with thousands of municipal governments nationwide and nearly two dozen states just before the company filed for bankruptcy in September. The Sacklers are believed to be worth $13 billion.

## 4  Harvey Weinstein



In 2017, at least 80 women accused the renowned filmmaker of sexually abusing them, sparking the #MeToo movement. The next year, Harvey Weinstein was indicted on charges of rape and other sexual offenses, but he has not yet gone to trial. The furor surrounding Weinstein led the film company he and his brother cofounded, the Weinstein Company, to file for bankruptcy.

While Weinstein was allegedly preying on women in the film industry, he was also donating millions to various causes, including progressive female politicians. An apparent effort to whitewash his name came when he pledged $5 million to the University of

Southern California film school toward a scholarship for female filmmakers. The school returned the money after a student protest called it "blood money." Weinstein also sat on the board of the Robin Hood Foundation, a New York charity set up by hedge fund billionaires, but he quit when the allegations of his sexual attacks surfaced.

## 5   Roger Ailes



Rupert Murdoch's Fox News fired its longtime CEO Roger Ailes in 2016 following an internal investigation of a number of sexual harassment accusations against Ailes from anchors such as Gretchen Carlson and Megyn Kelly. Fox settled lawsuits from several women for undisclosed amounts.

As the controversy was unfurling, Ailes' nonprofit organization, ACI Senior Development, was planning to donate $500,000 toward an elder-care facility in Putnam County, N.Y., where the Ailes lived at the time. Following a newspaper exposé of the project, the county legislature postponed acceptance of the donation, and Ailes canceled it. The controversial project was to bear Roger Ailes' name, and the contract would have allowed noncompetitive bidding and no legal recourse for employees or contractors. Ailes also made what was termed a "generous" donation to Ohio University's college of communications, his alma mater. Ailes died in 2017.

## 6   Bill Cosby



Once a beloved comedian and TV star known as "America's dad," Bill Cosby was highly regarded for his generosity to African American causes, including $20 million to Spelman College in Atlanta, in 1988. At the time, it was the largest single donation ever given to a historically black college. Spelman, an all-female school, even endowed a professorship in his name.

More than 60 women accused Cosby of sexual crimes including rape and attempted assault and sexual battery, often with the help of drugs. When those allegations were disclosed in 2015, Spelman killed the fellowship and returned Cosby's funds. In 2018 Cosby was found guilty of three counts of aggravated indecent assault and sentenced to three to 10 years in prison.

## 7   Michael Pearson

The former CEO of Valeant Pharmaceuticals is known for leading the company into a series of acquisitions that turned it into a major drug company—one that jacked up the prices on some life-saving drugs to exorbitant levels. While neither Valeant nor Michael Pearson were ever accused of illegal action, the controversy led the company's high-flying stock to  collapse, and Pearson was ousted in 2016 after six years at the helm. The Valeant story was part of the 2018 Netflix documentary series *Dirty Money*.

Pearson became a billionaire through his Valeant stock gains, and began to share the largesse, becoming one of Duke University's most generous donors. He donated $15 million to the Duke University School of Nursing on behalf of his wife, a graduate of that school. He also donated $30 million to Duke's Edmund T. Pratt Jr. School of Engineering, from which he had graduated. In addition, he donated $7.5 million to Duke's Fuqua School of Business.

## 8  Raj Rajaratnam

Raj Rajaratnam, founder of the now-defunct hedge fund Galleon Group, became the biggest hedge fund manager convicted during Preet Bharara's far-reaching insider trading investigation when he was the U.S. attorney for the Southern District of New York. At its peak, Galleon ran $7 billion and was considered one of the hottest hedge funds in the world, with an annualized return of more than 20 percent. Rajaratnam was found guilty of securities fraud in 2011, sentenced to 11 years in prison and released in September.

RELATED

10 Years of Power 100: Preet Bharara 

The recipients of his charity were also controversial. Rajaratnam was an expatriate member of a minority Sri Lankan ethnic and religious group known as Tamils. In November 2009, a month after he was arrested, Rajaratnam pledged $1 million to help rehabilitate Tamil rebels hurt by land mines in Sri Lanka during a civil war in which the Tamils were fighting for their own homeland. The Tamil Tigers, as the militant separatists were called, were defeated in May 2009. A separate charity Rajaratnam founded funneled $3.5 million to help rebuild Sri Lanka following the 2004 Tsunami.

## 9  Bernard Madoff



The former hedge fund manager became the face of the financial crisis when he was arrested in December 2008 for running a massive Ponzi scheme that cost investors $18 billion in capital losses. In March 2009 he pled guilty and has been imprisoned ever since.

To pull off his fraud, Bernie Madoff preyed on members of the Jewish community, where he was considered a pillar due to his extensive philanthropic work, including $19 million in gifts made through his Madoff Family Foundation.

More than any other toxic philanthropist, he convinced the nonprofits on whose boards he sat to invest with him, and several were forced to close when Madoff imploded. Other victims of his affinity fraud were Hadassah, the Elie Wiesel Foundation and Steven Spielberg's Wunderkinder Foundation, all of which suffered losses due to the investments they made in Madoff's hedge fund. He was on the board of directors of the Sy Syms School of Business at Yeshiva University and served as the trustees' treasurer.

## 10  Ken Lay

Ken Lay was founder, CEO and chairman of Enron in 2000 when the biggest



corporate scandal of the time engulfed the company, leading to its bankruptcy. Lay and Enron president Jeff Skilling were indicted and found guilty of securities fraud by a Houston federal jury. Enron was the largest in a series of accounting scandals that saw several other CEOs convicted of fraud, such as Tyco's Dennis Kozlowski and Adelphia's John Rigas. These CEOs also had contributed heavily to charities.

One of the biggest contributions of the Lay family foundation and the Enron corporate foundation was made to the M.D. Anderson Cancer Center at the University of Texas. The contribution drew criticism after Enron's collapse because the center's president, John Mendelson, was an Enron board member who served on its audit committee, and the president emeritus was Charles LeMaistre, another Enron board member who chaired its compensation committee.

Under Lay's leadership, Enron allegedly used its corporate grantmaking to try to win support for its deregulation initiatives from groups like the Natural Resources Defense Council and the think tank Resources for the Future. Lay died in 2005.

1

Page 1 of 1

Topics    PHILANTHROPY    TOXIC

## Subscribe to our Newsletter
An indispensable guide to finance, investing and entrepreneurship.

SUBMIT

Business:    Families:    Women:

I'm not a robot
reCAPTCHA
Privacy - Terms

## You Might Also Like

MORE LIKE THIS»



**A Coastal Road Trip to California's Mendocino County and the Ruggedly**
by JustLuxe



**New "Lung Cleaning" Device Is Going Viral**
by Trending Guides



**Hyaluronic Acid Complex: Why Size Matters**
by Tata Harper Skincare

powered by PubExchange

RELATED ARTICLES


Experts Weigh In on How to Reduce Biased Hiring in Corporate America


Bringing Retirement Plans Into the ESG Revolution


Worth's 2021 Guide to Better Sleep


Why You Should Schedule Your Annual Financial Checkup for Retirement Now

About Worth Media

Connect With Us      

## Subscribe to our Newsletter



An indispensable guide to finance, investing and entrepreneurship.

SUBMIT

Business:    Families:    Women:

I'm not a robot

SEE ALL NEWSLETTERS →

**Worth**

Copyright 2021 Worth Acquisition Group | All Right Reserved | Terms Of Use | Privacy Policy