## SUPPLEMENTAL DECLARATION OF ALEX MCINTOSH

I, Alex McIntosh, hereby declare as follows:

1.    I am the Chief Executive Officer for, and co-founder of, Thrive Natural Care, Inc. ("Thrive"), the plaintiff in the above-entitled action. I am over 18 years of age and make this declaration of facts known to me and, if called upon, I could and would testify competently to the facts stated herein.

2.    Attached hereto as <u>Exhibit A</u> is evidence concerning Thrive's first use of its THRIVE mark in commerce in relation to skincare products. Specifically, before August 2013, Thrive had developed skincare products, as well as packaging for those products that prominently displayed the THRIVE brand. In August 2013, Thrive's THRIVE-branded products were shipped in commerce via postal mail to both Whole Foods in California and Pharmaca in Colorado. I also sold one of each of the Thrive branded products telephonically to an individual on September 5, 2013, for which Thrive was paid $35.

3.    The majority of Thrive's customers are women, and this has been the case for many years. Even as early as 2014, we received reports from multiple stores of our retail customer, Whole Foods, that female Whole Foods employees and female customers were purchasing Thrive's products in significant numbers. For this reason, by the end of 2014, Whole Foods was displaying Thrive's products in both men's and women's sections in Whole Foods stores in Northern California. In 2015, Thrive developed formula for and produced a female-specific product, BodyShave Oil. Thrive and its retail partners like Whole Foods began advertising this product directly to women. However, Thrive's other products continued to be popular with women, and where Thrive receives demographic data on purchasers, such as through Amazon.com, it indicates Thrive's customer base continues to be majority female.

4.    Attached hereto as <u>Exhibit B</u> are true and correct copies of screenshots containing examples of Thrive's Instagram posts advertising directly to female customers from 2015.

- 1 -

SUPPLEMENTAL DECLARATION OF ALEX MCINTOSH

5.     From my research and involvement as CEO and founder of a skincare company, I understand and believe that popular skincare companies including Neutrogena, Olay, Burt's Bees, Nivea, Estée Lauder, Aesop, Curel, CeraVe, Dove, Cetaphil, and Jergens do not make or sell vitamins. Relatedly, the largest vitamin companies, including Nature Made, Centrum, Vitafusion, do not sell skincare products. I have confirmed this by searching through each company's product offerings. Skincare products and vitamins are not considered complementary products to each other, as they do not use the same or similar materials so there is no synergy in production of both types of products together. Further, I know from my time in the skincare industry that skincare products and vitamins do not appear on the same shelves at retail stores, are generally are not sold in close proximity to each other, and are always considered by retail buyers as different categories of product during the retailers' annual purchase review.

6.     Attached hereto as Exhibit C are true and correct copies of websites for the skincare companies noted above, which do not show they also sell vitamins.

7.     Attached hereto as Exhibit D are true and correct copies of websites for the vitamin companies noted above, which do not show they also sell skincare product.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March **29**, 2021.

_____
Alex McIntosh

# Exhibit A

**From:** **Rachelle Lynch** rachelle@spur.is  📎
**Subject:** WFM Round 1 Category Review Submission
**Date:** August 21, 2013 at 2:39 PM
**To:** Alex McIntosh  alex.mcintosh@ecomundiventures.com
**Cc:** LeeAnn Stevens  leeann@spur.is

RL

Ok, here you go!

Please print (ONE) copy of each page, insert into a box with the product samples and ship to:

Whole Foods Market
ATTN: Joanne Brenner
5980 Horton Street #200
Emeryville, CA  94608

Near the shipping label, make sure to write in big letters "ROUND 1 SAMPLES" so that she knows there are samples inside.

If you decide to write a note or put your business card inside, please include a comment that I'm on your team and will be submitting docs to her electronically by 8/23.

Go us!



THRIVE FY14
Nor Ca...ide.ppt



**From:** **Alex McIntosh** alex.mcintosh@ecomundventures.com
**Subject:** Re: WFM Round 1 Category Review Submission
**Date:** August 22, 2013 at 2:58 PM
**To:** Rachelle Lynch rachelle@spur.is
**Cc:** LeeAnn Stevens leeann@spur.is

Hi. So our friend Joanne brenner will get three great bottles of thrive, plus printed ppt, plus a little note from thrive founder, tomorrow by 10:30am.

Ill send you photo of my note FYI.

Great work.

What's next to make the sale with WFM? ;)

Alex McIntosh

On Aug 21, 2013, at 2:39 PM, Rachelle Lynch <rachelle@spur.is> wrote:

Ok, here you go!

Please print (ONE) copy of each page, insert into a box with the product samples and ship to:

Whole Foods Market
ATTN: Joanne Brenner
5980 Horton Street #200
Emeryville, CA  94608

Near the shipping label, make sure to write in big letters "ROUND 1 SAMPLES" so that she knows there are samples inside.

If you decide to write a note or put your business card inside, please include a comment that I'm on your team and will be submitting docs to her electronically by 8/23.

Go us!
<THRIVE FY14 Nor Cal WB New Item Submission Slide.ppt>

**From:** **Rachelle Lynch** rachelle@spur.is
**Subject:** Re: Alex letter to Joanne/WFM
**Date:** August 22, 2013 at 9:24 PM
**To:** Alex McIntosh  agmcintosh@gmail.com

RL

Very nice!!!!  I'm thrilled to submit this over to her and see what happens.  WHOO HOO!

On Thu, Aug 22, 2013 at 8:33 PM, Alex McIntosh <agmcintosh@gmail.com> wrote:

| FYI





**FACE BALM**
*Protects and energizes skin while reducing irritation.*
WFM Cost (Delivered) per unit = $7.50
MSRP per unit = $14.99
GM **50%**
Size: 2 fl oz.
UPC 8-52200-00501-5

**FACE WASH**
*Cleanses, energizes and refreshes skin.*
WFM Cost (Delivered) per unit = $5.00
MSRP per unit  = $9.99
GM **50%**
Size: 3.38 fl oz.
UPC 8-52200-00500-8

**SHAVE OIL**
*Conditions skin for a smoother, irritation-free shave.*
WFM Cost (Delivered) per unit = $5.00
MSRP per unit  = $9.99
GM **50%**
Size: 1 fl oz.
UPC 8-52200-00502-2

- BRAND NEW LINE — MEN'S FACIAL CARE — (3) SKUs
- Born in Costa Rica, and brought to your consumers via an innovative social enterprise model - talented female entrepreneurs involved in product design, partnership with rural farmers and the country's leading biodynamically certified farm to supply the active botanical plants
- Beyond Sustainability: with 85% of Costa Rica's original forests cut down, Thrive is partnering with others to regenerate degraded landscapes so that the places that supply our plants become healthier & more productive over time.
- Products feature two potent and very special active botanicals:
  - Approved for use in EU and US.
  - *A. chica* — a natural antioxidant used for 100+ years by indigenous people to treat inflammation and heal skin infections. This glorious vine is prized by locals — Thrive is working with partners to re-establish it in Costa Rica.
  - *L. alba* — a natural antioxidant, loaded with antiseptic and antifungal properties, known for it's ability to reduce skin infection and irritation.  Mother Nature blessed this plant with an intoxicating aroma of mint + citrus — a natural fragrance indeed!
- Shatterproof and highly recyclable PET bottles.
- Absolutely NO synthetic preservatives or formaldehyde donors, synthetic detergents, parabens, phthalates, synthetic fragrances or synthetic colors.
- Premium Body Care: **YES - All SKUs meet Premium Body Care standards**
- Exclusive: NO
- Channel Strategy: Natural, Specialty
- Promotional Support: **Quarterly TPRs with 30% OI**
- **Monthly Demo Support + Testers + Samples**
- In Store Launch: January/2014
- Distribution: Direct (open to UNFI, if accepted into all doors)



Rachelle Lynch rachelle@spur.is  (480) 544-3383



**FACE BALM** Aqua/water, Glycerin*, Aloe Barbadensis Leaf Extract***, Caprilic/Capric Triglyceride, Glyceryl Stearate**, Cetearyl Alcohol**, Sodium Stearoyl Lactylate**, Macadamia Ternifolia (Macadamia nut) Seed Oil***, Butyrospermum Parkii (Shea) Butter, Olea Europea (Olive) Fruit Oil***, Argania Spinosa Kernel Oil, Xanthan Gum, Lippia Alba Oil, Arrabidacea Chica Extract, Helianthus Annuus (Sunflower) Seed Oil, Rosemarinus Officinalis (Rosemary) Leaf Extract***, natural fragrance** (Grapefruit Oil, Lemon Oil, Orange Oil, Vetiver Oil, Star Anise Oil), Dehydroacetic Acid**, Benzyl Alcohol**, Lactic Acid**



**FACE WASH** Aqua/water, Glycerin*, Coco-Glucoside**, Lauryl Glucoside**, Xanthan Gum, Polyglyceryl-4 Laurate/Sebacate and Polyglyceryl-6 Caprylate/Caprate**, Argania Spinosa Kernel oil, Lippia Alba Oil, Arrabidacea Chica Extract, natural Fragrance** (Grapefruit Oil, Lemon Oil, Orange Oil, Vetiver Oil, Star Anise Oil), Dehydroacetic Acid**, Benzyl Alcohol**, Lactic Acid**



**SHAVE OIL** Caprilic/Capric Triglyceride*, Olea Europea (Olive) Fruit oil***, Sodium Caproyl Lactylate**, Sodium Lauroyl Lactylate**, Argania Spinosa Kernel oil, Polyglyceryl-4 Laurate/Sebacate and Polyglyceryl-6 Caprylate/Caprate**, Helianthus Annuus (Sunflower) Seed Oil, Rosemarinus officinalis (Rosemary) Leaf Extract***, Lippia Alba Oil, Arrabidacea Chica Extract, Mentha Piperita Oil, Eucalyptus Globulus (Eucalyptus) Leaf Oil, natural fragrance** (Grapefruit Oil, Lemon Oil, Orange Oil, Vetiver Oil, Star Anise Oil)

**\*VEGETABLE-ORIGIN | \*\*ECOCERT or NATRUE CERTIFIED | \*\*\*ORGANIC**

August 2013

Dear Joanne & Team —

Our thanks to you for considering Thrive for your region. We think our economics will work well for you, and add something original + compelling to your customer's in-store experience. We also think Thrive is the future of business models, and we'd be thrilled to partner with you to realize the full vision. Racheele Lynch* (adour team) look forward to your feedback.

Best Regards, Alex McIntosh
Thrive Founder & CEO

* (Docs submitted electronically)

# **Exhibit B**





Instagram



thrivenaturalcare • Follow

thrivenaturalcare We're inspired constantly by our community of Thrivers. Like @247_betterola who made a choice to be happy and healthy, and to make it happen every day! That's what we call an #owntheday mentality. Join our community .

.

#thrivecareOTD #PacuareLodge #ThriveInCostaRica #ThriveTribe #socent #socialbusiness #costarica #biodiversity #sustainability #farmtoface #naturalskincare #entrepreneurlife #entrepreneur #naturalproducts #crueltyfree #healthyskin #greenskincare #startuplife #thrivelife

Liked by dtanner01 and others

MARCH 16, 2018

Add a comment...                          Post

More posts from thrivenaturalcare








About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations

English ∨   © 2021 Instagram from Facebook

Instagram



More posts from thrivenaturalcare









# **Exhibit C**

# Neutrogena®

Search   🔍  👤  🛒 0

WHAT'S NEW    SKIN CARE    SUN    MAKEUP    HAIR CARE    OUR PROMISE    SKIN360    SKIN ADVICE

*The Bar*



## Finally, an Effective, ~~Invisible~~ Sunscreen

Sunscreen doesn't exactly have a reputation for being the most pleasant product on your skincare shelf. An invisible formula changes that.

Read Now

HOME        SKIN SCIENCE        HOW TO        ACNE        SUN        SKINCARE GLOSSARY



INSPIRATION

*"I'm so proud to be part of a company where the science is so strong, where when you take off the makeup your skin is even better than it was when you put it on."*

KERRY WASHINGTON



## Featured Articles



ACNE, SKIN SCIENCE

## Makeup With Skincare Benefits

From acne-prone to sensitive skin, there's a makeup collection just for you.

TUE MAY 26

Continue Reading










HOW TO

## Concealer Benefits & Six Different Uses

Our must-try concealer hacks for all makeup looks.

MAY 26 2020

SKIN SCIENCE

## How to Prevent Dry Skin and Address 4 Common Issues

Find your skincare for dry skin based on the issue your seeing, from redness to itchiness & more. We share tips to handle each type of issue & how to prevent dry skin.

MARCH 24 2020

SKIN SCIENCE, HOW TO

## Meet The Bright, Young Minds Behind Bright Boost™

Explore the journey of four female, millennial scientists in Neutrogena's first-ever global collaboration.

APRIL 30 2019





► Meet the Skin Care Experts in your Pocket



*"My passion for skin care arose while studying Cell Biology and Biochemistry. I knew I wanted to make a positive impact through consumer product development and science. Now, I get to create new sunscreens to protect and preserve skin health."*

JULIE BIANCHINI, PRINCIPAL
SCIENTIST – NEUTROGENA

We Think You'll Love



SKIN SCIENCE

### Black Innovators in Skin Health QuickFire Challenge

Calling Black Innovators: Submit your idea to advance skin health to receive up to $50,000 in grant funding and much more...

WED DECEMBER 16

Continue Reading







SKIN SCIENCE

**What Is PHA Skincare (Polyhydroxy Acid), and What Does It Do for Skin?**

DECEMBER 9 2020

SUN, HOW TO

**How to Use Sunscreen Daily: Incorporating SPF Into Your Skincare**

DECEMBER 9 2020

SKIN SCIENCE

**Kaolin Clay Benefits: Meet Nature's Multitasker**

Looking for a beauty ingredient that will deep cleanse, calm, and tone your skin without causing any over drying? Here's how kaolin clay benefits your skin.

OCTOBER 15 2020



INSPIRATION

*"I feel so much better going about the rest of my day knowing that my skin is being taken care of, and I didn't even have to book a spa appointment."*

CARLA NUNEZ





▶ **Get #unready with Kerry Washington**

## The Latest and Greatest



SKIN SCIENCE

### Oily Skin 101: What You Need to Know

Here's what you need to know about how the oily skin type is identified and defined, as well as the best ways to treat (and prevent) it.

THURS OCTOBER 15

Continue Reading







SKIN SCIENCE

## What Are the Vitamin E Benefits for My Skin?

Find out how this important vitamin helps to reveal beautiful, healthy skin.

OCTOBER 15 2020

ACNE, HOW TO

## How to Use Retinol in Your Acne Routine

Retinol is a skincare workhorse — but one lesser known benefit is reducing acne marks. Here's how to use retinol to complement your acne regimen.

OCTOBER 15 2020

HOW TO

## Foundation Shade Finder Quiz by Neutrogena®

Meet your makeup match! Our improved Neutrogena® Makeup Quiz makes it easier.

AUGUST 31 2020

View More

#1 DERMATOLOGIST RECOMMENDED

## Email Sign Up

Save 15% on your first purchase when you sign up for our emails.

Email Address

Birthday

Month ▾    Year ▾

We'll send you a gift to your inbox!

SUBMIT    Privacy Policy

**Company Info**

About Neutrogena®

Why Neutrogena® ?

Product Testing

Healthcare Professionals

**Customer Service**

FAQs

Find in Store

Contact Us

Discontinued Products

Light Therapy Mask Recall Statement

Our COVID-19 Response

**Online Purchases**

Order Status

Ordering & Payments

Returns & Exchanges

Shipping Information

Offers

**Follow Us**

© Johnson & Johnson Consumer Inc. 2021. All Rights Reserved.   Terms of Use | Privacy Policy | Do Not Sell My Personal Information  | Site Map | AdChoices 

This site is published by Johnson & Johnson Consumer Inc., which is solely responsible for its contents. This website is intended for visitors from the United States.

FEEDBACK

25% Off Sitewide Plus Free Shipping!

 OLAY

SHOP   WHY OLAY   SKIN ADVICE   CLUB OLAY   OFFERS

 SEARCH    REWARDS    LOGIN   BAG

Home / Shop All

# SHOP ALL

## Category

New
Power Couples
Gift Sets & Kits
Moisturizers
Eyes
Serums & Treatments
Cleansers, Toners & Wipes
Fragrance Free
Masks & Mists
SPF
Skin Concern
Body

SORT BY: Featured Items







**Regenerist Retinol24**

Night Face Moisturizer
FRAGRANCE FREE

ADD TO BAG

$38.99 $28.99
★★★★⯨ (1686)

**Regenerist**

Micro-Sculpting Cream Moisturizer
Original

ADD TO BAG

$33.49 $25.12
★★★★☆ (23335)

**Regenerist Collagen Peptide 24**

Face Moisturizer
FRAGRANCE FREE

ADD TO BAG

$38.99 $28.99
★★★★⯨ (352)







**Regenerist**

Ultra Rich Moisturizer
FRAGRANCE FREE

ADD TO BAG

$38.99 $28.99
★★★★⯨ (711)

**Regenerist Whip**

Face Moisturizer
SPF 25

ADD TO BAG

$38.99 $29.24
★★★★☆ (303)

**Regenerist Retinol24 MAX**

Night Face Moisturizer
FRAGRANCE FREE

ADD TO BAG

$43.99 $32.98
★★★★⯨ (1262)







**Ultimate Eye Cream**

For Wrinkles, Puffy Eyes And Dark Circles

**Regenerist Retinol24 MAX**

Night Eye Cream

**Regenerist Collagen Peptide 24**

FRAGRANCE FREE

ADD TO BAG

~~$33.49~~ **$25.12**

★★★☆☆ (307)

FRAGRANCE FREE

ADD TO BAG

~~$43.99~~ **$32.99**

★★★★½ (1190)



FRAGRANCE FREE

ADD TO BAG

~~$38.99~~ **$28.99**

★★★★½ (301)





### Regenerist Retinol24 MAX

Night Serum

FRAGRANCE FREE

ADD TO BAG

~~$43.99~~ **$32.98**

★★★★½ (1097)

### Regenerist Collagen Peptide 24

Serum

FRAGRANCE FREE

ADD TO BAG

~~$38.99~~ **$28.99**

★★★★½ (363)

1  2  3  4  5  6        Next ›

Here at OLAY we are committed to the health and safety of our OLAY Tribe, both you and our employees. We're committed to doing our part to help stop the spread of COVID-19.
You can rest assured that OLAY.com is operating responsibly to provide service to all customers across the US as quickly and safely as possible. We are taking extreme care in the cleanliness and sanitation of our facilities exceeding the standards of the CDC guidelines. Olay employees are mandated to work from home when possible, we are staggering work hours for employees who need to be in-person (manufacturing, fulfillment) and continuing to practice social distancing at every touchpoint.

**LEARN MORE**

WHY OLAY?
CRUELTY-FREE
INGREDIENT SAFETY
STANDARDS

**CUSTOMER SERVICE**

LIVE CHAT
1-800-285-5170
EMAIL
FAQ

**SHIPPING & RETURNS**

SHIPPING POLICY
RETURN POLICY
ORDER STATUS

**JOIN CLUB OLAY**

GET THE LATEST UPDATES ON OUR NEW PRODUCTS AND UPCOMING SALES!

REGISTER

©2021 PROCTER & GAMBLE  |  SITEMAP  |  PRIVACY  |  CA PRIVACY  |  DO NOT SELL MY PERSONAL INFORMATION  |  UNSUBSCRIBE  |

TERMS & CONDITIONS  |  STORE POLICY  |  SWEEPSTAKES OFFICIAL RULES  |  ADCHOICES ▷





**PRODUCTS**   LOVE YOUR SKIN   ABOUT US

⌂ > Products



AN OVERVIEW OF
OUR PRODUCTS

All (85)   Body (46)   Face (11)   Men (28)



DEEP ACTIVE CLEAN BODY WASH

ORCHID & ARGAN OIL INFUSED LOTION







★ ★ ★ ★ ★ (11)
BODY CARE
**NIVEA CREME**

★ ★ ★ ★ ★ (10)
BODY CARE
**NIVEA SOFT**

★ ★ ★ ★ ★ (9)
BODY CARE
**COCOA BUTTER BODY CREAM**







★ ★ ★ ★ ★ (8)
LIP CARE
**STRAWBERRY LIP CARE**

★ ★ ★ ★ ★ (8)
BODY CARE
**NOURISHING SKIN FIRMING BODY LOTION**

**BODY & BEAUTIFUL**
46 PRODUCTS







★ ★ ★ ★ ★ (7)
LIP CARE
**BLACKBERRY LIP CARE**

★ ★ ★ ★ ★ (6)
BODY WASH
**ROCK SALTS BODY WASH**

★ ★ ★ ★ ★ (6)
BODY CARE
**OIL INFUSED LOTION WITH CO-CONUT & MONOI OIL**


IT'S ALL ABOUT







**MEN**
28 PRODUCTS







★ ★ ★ ★ ★ (5)
SHAVING
**SENSITIVE SHAVING FOAM**

★ ★ ★ ★ ★ (5)
BODY CARE
**NIVEA SOFT**









★ ★ ★ ★ ★ (3)
SHAVING
**SENSITIVE ONE STROKE SHAVE FOAM**

★ ★ ★ ★ ★ (3)
BODY CARE
**NIVEA CREME**

★ ★ ★ ★ ★ (3)
SHAVING
**SENSITIVE SKIN & STUBBLE BALM**

( **LOAD MORE** )

## QUICKLINKS

> **BODY**

> **FACE**

> **MEN**

> **LOVE YOUR SKIN**

## TOP STORIES

• •



BODY
**QUESTIONS REGARDING BATHING, SHOWERING OR SOAP?**

Find the answers the your frequently asked questions here.



BODY
**SMOOTH SKIN TIPS**

Get glowing skin from head to toe with these smooth skin tips



BODY
**THE BEST CARE TIPS FOR BEAUTIFUL SKIN**

If you want beautiful, radiant skin, you need to look after it properly.

> READ MORE        > READ MORE        > READ MORE

**Discover our massive selection of personal products**

Here on this page you'll find the complete line up of NIVEA products. Find the ideal item, whatever your needs may be. Use our category filter to sort through our selection according to your specific preferences or desired product type. Check out our advice section and inspire yourself with our informational articles and tips on how to use our products and take care of yourself no matter what your needs and preferences may be. Explore our new and exclusive products and keep checking back! We're always adding new and improved products to our collection.

**Get inspired by our enormous selection of NIVEA products**

We've got great items for helping you keep your body happy, healthy and looking great, no matter who you are, where you are, or what your personal preferences and needs may be. Not sure what you're looking for? Adjust the filters located at the top of this page to narrow your search and find that elusive item that you've been hunting for forever. Search by specific needs and desires. Maybe you'll discover new products you didn't even know you wanted. Our vast range of products is sure to please. Need a bit of extra help or advice? We've got many highly informative articles to assist you in deciding exactly how to take care of yourself or give you the push you need to try something new and different.

**Stay healthy and happy with our detailed guides and informational articles**

Take a look through our huge selection of products by NIVEA and find the ideal thing for you. Whether you want to achieve a brand new look for the season or to take care of your body, you're sure to find what you're looking for right here. Our product descriptions are thorough and designed to help you find out exactly which qualities you need to enhance, enliven and enjoy yourself, whatever your mood or preferences. Not sure how best to use that brand new salve, hair style or skin enhancer? Our detailed walkthroughs, guides and informational articles are our way of ensuring that your NIVEA experience is top notch. All products by NIVEA are made with top-of-the-line care and ingredients so you never have to doubt the quality or efficacy of your purchase.

**SHARE**

 

By using this feature you agree that the data may also be transferred to third countries outside the European Economic Area without an adequate level of data protection (esp. USA). It is possible that authorities may access the data. You can withdraw your consent at any time with future effect. Further info: Privacy Policy

**BE INFORMED: STAY UP TO DATE!**

Conditions Of Use  |  Privacy Policy  |  Imprint  |  NIVEA Sitemap

**HOW CAN WE HELP YOU: MORE ABOUT NIVEA**

NIVEA History - 100 Years In The Making  |  Career At Beiersdorf
HOW NIVEA TOUCHES THE PLANET  |  Contact Us

**OUR NEWSLETTER**

✓ All the latest highlights, care tips, inspirations and offers
✓ Exclusive free product samples especially chosen for you

E-mail

**PROCEED**

**GET CONNECTED**

**Beiersdorf**

Copyright © Beiersdorf 2021

How we're supporting our community



Bag · Sign In · Stores

Popular Now · **Skin Care** · Makeup · Lip Care · CBD · Body & Hair Care · Baby & Mama · Gifts · Other · #VitaminN · About Us

**BY CATEGORY**

Face Cleansers

Toners and Cleansing Waters

Moisturizers

Serums, Oils & Treatments

Makeup Removers & Towelettes

Eye Care

Face Masks

Lip Care

Men's Skin Care

Travel Size

Skin Nourishment

Bundles

**BY CONCERN**

Fine Lines & Wrinkles

Uneven Skin Tone

Dry Skin

Sensitive Skin & Redness

Blemishes

**BY COLLECTION**

Sensitive

Renewal

Truly Glowing

Natural Acne Solutions

For Men

**FEATURED**

Conscious Beauty Spotlight: Abena Antwi

The Art of the Reset by Hayley Wood

Everyday Self-Care

Self-Care On The Go

**SHOP ALL SKIN CARE**



Skincare Regimen Builder



Care For Your Skin, Care For Yourself



REMOVE DIRT, OIL AND MAKEUP

## Cleanse

A fortified cleanser that nourishes skin as it cleans is the first step towards soft, resilient, radiant skin.

Shop all Cleansers



Truly Glowing Gel Cleanser

118 people have recently viewed this product



ADD TO BAG - ~~$9.99~~ **$7.99**



DISCOVER THE

**Truly Glowing Collection**

Enter code **GLOW10** at checkout for **10% OFF**

NOURISH YOUR MOISTURE BARRIER

## Moisturize

When skin is completely hydrated, it better reflects light for real, measurable radiance.

Shop all Moisturizers



Truly Glowing Day Lotion For Dry Skin

160 people have recently viewed this product



ADD TO BAG - ~~$17.99~~ **$14.39**



Truly Glowing Night Cream For Dry Skin

49 people have recently viewed this product



ADD TO BAG - ~~$17.99~~ **$14.39**



★★★★★

" It absorbs quickly into my skin and leaves me glowing and beautiful.

–puzzlepopples81

Meet
Truly Glowing Glow Booster

Truly Glowing Night Cream

96 people have recently viewed this product

★★★★☆

ADD TO BAG - $17.99  $14.39

Truly Glowing Gel Eye Cream

295 people have recently viewed this product

★★★★☆

ADD TO BAG - $17.99  $14.39

Truly Glowing Gel Cream

137 people have recently viewed this product

★★★★☆

ADD TO BAG - $17.99  $14.39

AMPLIFY YOUR ROUTINE

## Boost

Power up your skin with antioxidant-rich oils to bring brilliance back to your everyday.



Truly Glowing Glow Booster



Truly Glowing

134 people have recently viewed this product

★★★★⯪

ADD TO BAG - $17.99  $14.39

## Discover More



Discover a fully
customized skin care
solution just for you.

Find Your Routine



ASK AN EXPERT

Ask an Expert: The
Secret to
Great Skin? It's a
Strong Barrier.

Read More



ASK AN EXPERT

Ask an Expert:
Wellness in Mind,
Body and Skin

Read More



*join*
## THE HIVE

EMAIL ADDRESS  ▶

Become a Hive Member to be the first to learn about
special offers, helpful tips and the latest buzz.

○ ACCOUNT
○ STORE LOCATOR
○ PRESS
○ CAREERS
○ CUSTOMER SERVICE ⌄
○ FOR RESELLERS

SITEMAP
HIVE TO HOME AUTO DELIVERY
SHIPPING INFORMATION
PATENTS
PRIVACY POLICY
TERMS & CONDITIONS

f    

#myburtsbees

⬡ FOUNDATION SHADE FINDER

⬡ LIP SHADE FINDER

⬡ FACE CARE GUIDE

**Website Accessibility**

Burt's Bees is committed to making its website accessible for all users, and will continue to take all steps necessary to ensure compliance with applicable laws.

*If you have difficulty accessing any content, feature or functionality on our website or on our other electronic platforms, please call us at **1-800-849-7112** and select option #2 so that we can provide you access through an alternative method.*

*Burt's Bees is part of the CLX family of brands including Brita, NeoCell, Rainbow Light, Renew Life and Natural Vitality.*

*Offer is valid March 29, 2021 12:00 am ET through April 4, 2021 11:59 pm ET, while supplies last. Offer is valid on BurtsBees.com only. Not redeemable for cash value and cannot be used in conjunction with any other offer. Cannot be used on previous purchases. Offer void where prohibited, taxed, or restricted by law. Other restrictions, exclusions or terms may apply. Burt's Bees Inc. reserves the right to modify or discontinue this offer at any time without notice. Not redeemable for cash value and cannot be used in conjunction with any other offer. Cannot be used on previous purchases. Offer void where prohibited, taxed, or restricted by law. Other restrictions, exclusions or terms may apply. Burt's Bees Inc. reserves the right to modify or discontinue this offer at any time without notice.*

*\*Truly Glowing 10% Off offer is valid January 22, 2021 12:00 am ET through March 31, 2021 11:59 pm ET on BurtsBees.com using the code GLOW10. One-time use per customer during promotional period and cannot be used on previous purchases. Offer is valid at BurtsBees.com only. Not redeemable for cash value and cannot be used in conjunction with any other discount offer. Offer void where prohibited, taxed or restricted by law. Other restrictions, exclusions or terms may apply. Burt's Bees reserves the right to modify or discontinue this offer at any time without notice.*

BURT'S BEES BABY        BURT'S BEES PETS

 CHANGE REGION        COOKIES SETTINGS        

CLX MEMBER OF THE CLX FAMILY OF BRANDS

TRY 6 FREE BEST SELLERS: Choose a deluxe sample with every $25 spent up to $150 See Details ✕

# ESTĒE LAUDER

NEW     BEST SELLERS     SKINCARE     MAKEUP     FRAGRANCE     SETS & GIFTS     RE-NUTRIV     AERIN     DISCOVER     SERVICES



Fast Visible Repair
Youth-Generating Power

## Advanced Night Repair

Firmer. Smoother. Radiant.
Change the future of your skin
with every drop.

**SHOP NOW**

PATENTED UNTIL 2033
FOR ALL AGES AND SKINTONES.

# The Spring Edit

The skincare, makeup and fragrance essentials that no doubt sell out.

**SKINCARE**   |   FRAGRANCE   |   MAKEUP





**NEW!**







### Advanced Night Repair
Synchronized Multi-Recovery Complex
★★★★☆
Our #1 serum to powerfully fight the look of multiple signs of aging.
**$75.00 - $200.00**

### Micro Essence
Skin Activating Treatment Lotion
★★★★★
Reveals skin's youthful, angelic glow.
**$65.00 - $200.00**

### Revitalizing Supreme+ Bright
Power Soft Creme
★★★★☆
Multi-action creme visibly improves dark spots, acne marks.
**$88.00**

### Advanced Night Repair Eye Supercharged Complex
Synchronized Recovery
★★★★☆
Repairs. Brightens dark circles. Hydrates. Prevents.
**$64.00**

### Revitalizing Supreme+
Global Anti-Aging Cell Power Creme
★★★★★
Multi-action creme, the key to younger-looking skin.
**$59.00 - $106.00**

## Wake Up Beautiful

From blue light fighters to intense hydration and nourishment to an overnight reset for skin, find your new go-to nighttime regimen.







### Advanced Night Repair Serum

Our #1 serum to powerfully fight the look of multiple signs of aging.

**SHOP NOW**

### Advanced Night Repair Eye Supercharged Complex

Repairs. Brightens dark circles. Hydrates. Prevents.

**SHOP NOW**

### Advanced Night Repair Intense Reset Concentrate

Rescues and resets the look of skin fast.

**SHOP NOW**

## Sun's Out, SPF On

Elevate your routine with a new high level SPF.









### DayWear
Sorbet Creme SPF 15

An innovative waterlight texture + powerful protection.

**SHOP NOW**

### Futurist
Hydra Rescue SPF 45

Flawless makeup with serious skincare.

**SHOP NOW**

### Perfectionist Pro
UV Fluid SPF 45

A next-gen SPF for UVA/UVB, pollution and dehydration defense.

**SHOP NOW**

### Double Wear
Cushion BB SPF 50

Cushion makeup with the lasting power of Double Wear.

**SHOP NOW**

## Flawless For Spring









## All the Ways to Double Wear

From foundation to concealer to matte powder, Double Wear
gives you a flawless makeup look—rain or shine.

**SHOP THE COLLECTION**

## Double Wear Stay-in-Place Makeup

Available in over 55 shades and boasts oil-free,
oil-controlling, waterproof long wear.

**FIND YOUR PERFECT MATCH**



ESTÉE LAUDER

# TREND REPORT

## Pro Tricks at Your Fingertips

**TREND REPORT:**
**OUR FIRST-EVER DIGITAL MAGAZINE!**
Watch how-to videos, learn
new application techniques and
read answers to your burning
beauty questions.

**EXPLORE NOW**



# Virtual Consultations

Now you can book a complimentary
video lesson with an Estée Lauder expert.
Choose one-on-one, or invite a group

A friendly class in session!

**BOOK NOW**

## Power Up Your Radiance





**High-Performance Moisturizer**

Impart radiance and even skintone. Revitalizing Supreme+ Bright visibly improves dark spots and acne marks for renewed clarity and a healthy looking glow.

SHOP NOW

**Fast-Acting Serum**

Perfectionist Pro Rapid Brightening Treatment with Ferment² + Vitamin C reduces the look of dark spots and acne marks. Evens skintone. Boost an undeniable clarity and inner light.

SHOP NOW



## Your Shade of Flawless

Find your perfect match from the comfort of home:

Try 2 shades of Double Wear for just $15. Select the 2 that best match your complexion, and we'll send you a deluxe sample of each.

Try them both, choose your favorite, then receive 15% off the full size at esteelauder.com!

**GET STARTED NOW**

SOME OF OUR FAVORITE POSTS

# #EsteeLauder



ADD A PHOTO

# DISCOVER



BRAND STORY, WOMEN WE LOVE, #ESTO...



"Confidence breeds beauty."

Beautiful Together

Stories of Estée Team members, Brand Ambassadors,...

BRAND STORY,
OUR FOUNDER'S STORY



3 Minutes With... Ana ...

Meet Estée Lauder's newest Global Brand Ambassador.

BRAND STORY, WOMEN WE LOVE,
#ESTEEMODEL, 3 MINUTES WITH

...d the

EXPLORE MORE





Shop Now.
Pay Later.

afterpay





## Free Shipping & Returns
**EVERY ORDER**

Enjoy free standard shipping on every order, large or small. And free returns means you love it or return it—and we cover the postage both ways!

**LEARN MORE**

## Shop Now, Pay Later
**IT'S EASY WITH AFTERPAY**

A new way to shop! Choose Afterpay at checkout and pay over time in 4 installments on orders $35 and above!

**LEARN MORE**

## Give with Style
**WRAP IT UP**

Make every present special with a free luxe gift box. Simply choose Free Gift Box during checkout for any esteelauder.com purchase.

**SHOP NOW**

## It Pays To Be Loyal
**SIGN UP & RECEIVE 15% OFF**

Join the Estée E-List Loyalty Program today and receive 15% off one online order plus exclusive rewards, benefits and much more.

**JOIN NOW**

---

LIVE CHAT | JOIN ESTÉE E-LIST LOYALTY          SPECIAL OFFERS | FREE SHIPPING & RETURNS | 📍 STORES

### About Estée Lauder

Estée Lauder, Our Founder

Careers

Corporate Info

### Find Us

📍 Store Locator

### Need Help?

**CHAT LIVE NOW**

💬 Order/Technical Inquiry Chat

✉ Email Us

💬 Text a Beauty Advisor
1.646.846.1266

📞 1.877.311.3883

### Customer Care

Returns & Exchanges

Where is My Order?

FAQs

Shipping Information

Afterpay

### Privacy & Terms

Privacy Policy

California Do Not Sell
My Personal Information

Terms & Conditions

Estée E-List Terms & Conditions

Interest-based Ads

Click and Collect is now available at most stores. Enjoy complimentary standard delivery on all orders.   +

Shop    Read    Stores    Search                                                              Login    Cart

# Aēsop.

## Skin

All Skin | Skin Care Gifts    Cleanse    Exfoliate    Treat & Masque    Tone    Hydrate    Eyes & Lips    Shave    Sun Care    Kits    Skin Care Bundles          Filter by ⌄

Daily essential

### Skin Care Gifts

Within our family of products, Aesop Skin Care formulations are sought-after for both personal use and as thoughtful gifts.

See all Skin Care Gifts (16)  →



Parsley Seed Anti-Oxidant Serum

3.4 fl oz   $75.00



Rosehip Seed Lip Cream

0.2 oz   $15.00



Mandarin Facial Hydrating Cream

2.1 oz   $50.00



Immediate M
Hyd

1.7 fl oz

Daily essential                                    Beloved formulation

### Cleanse

Cleansing skin of daily grime, sweat and other impurities forms the foundation of an intelligent skin care regimen.

See all Cleanse (9)  →



Amazing Face Cleanser

2 Sizes   From $33.00



Fabulous Face Cleanser

2 Sizes   From $33.00



Parsley Seed Facial Cleanser

2 Sizes   From $43.00



Parsley Seed F
C

6.8 fl oz

Favoured gift

## Exfoliate

Effective exfoliation liberates skin of grime, excess oil and dead skin cells to reveal soft, fresh and smooth skin.

See all Exfoliate (3)  →



**Tea Tree Leaf Facial Exfoliant**
1.1 oz / $40.00



**Purifying Facial Exfoliant Paste**
2.9 oz / $53.00



**Gentle Deep-Cleansing Duo**
$100.00

## Treat & Masque

Formulations to supplement any regimen, from deep-cleansing masques to hydrating treatments and nourishing facial oils.

See all Treat & Masque (11)  →



**Fabulous Face Oil**
0.9 fl oz / $57.00



**Damascan Rose Facial Treatment**
0.9 fl oz / $75.00



**Chamomile Concentrate Anti-Blemish Masque**
2.1 oz / $45.00



**Parsley See...**
**Mas...**
2.1 oz

## Tone

The ever-important connection between cleansing and hydrating, toning balances skin to ensure it derives maximum benefits from hydration.

See all Tone (4)  →



**Bitter Orange Astringent Toner**
2 Sizes / From $35.00



**B & Tea Balancing Toner**
2 Sizes / From $35.00



**Parsley Seed Anti-Oxidant Facial Toner**
2 Sizes / From $43.00



**In Two Minde...**
2 Sizes / F...

## Hydrate





## Hydrate

Essential for skin's optimal health and appearance, hydrating replenishes moisture, nourishes, soothes and sustains skin.

See all Hydrate (23) →



**Parsley Seed Anti-Oxidant Facial Hydrating Cream**
2.1 oz | $75.00



**Damascan Rose Facial Treatment**
0.9 fl oz | $75.00



**Fabulous Face Oil**
0.9 fl oz | $57.00



**Moroccan Neroli Lot...**
2.1 oz

## Eyes & Lips

Far thinner than skin elsewhere, lips and the skin surrounding the eyes are fragile and sensitive to the elements, demanding regular hydration and daily protection.

See all Eyes & Lips (5) →



**Parsley Seed Anti-Oxidant Eye Serum**
0.5 fl oz | $81.00



**Rosehip Seed Lip Cream**
0.2 oz | $15.00



**Remove**
2.0 fl oz | $23.00



**Parsley Seed A... Cre...**
0.4 oz

## Shave

Formulations and tools to furnish a regimen that prizes a razor-close shave, calm, fresh and supple skin.

See all Shave (8) →



**Moroccan Neroli Post-Shave Lotion**
2.1 oz | $50.00



**Moroccan Neroli Shaving Serum**
2 Sizes | From $37.00



**Stainless Steel Bowl**
$25.00

**Double-E...**
$10...

Recent addition

## Sun Care

Daily protection from UVA and UVB rays is key to sustaining healthy, supple skin. In addition to protection, Aesop









SPF formulations are used
hydration and skin-softening
nourishment.

See all Sun Care (4)  →



Petitgrain Reviving Body Gel

5.1 fl oz   $41.00

Avail Facial Lotion with
Sunscreen

1.8 oz   $60.00

Sun Care Essentials

$142.00

Avail Body
Suns

5.4 oz

## Kits

Superb selections to steer a
well-rounded skin care
regimen, suited to most skin
types.

See all Kits (6)  →






Parsley Seed Extended Anti-
Oxidant Skin Care Kit

$300.00

Parsley Seed Anti-Oxidant Skin
Care Kit

$150.00

Balance: Classic Skin Care Kit

$120.00

The Metaphy

$178

## Skin Care Bundles

Formulations that
complement each other give
skin exceptional attention and
care in a simple regimen.

See all Bundles (9)  →






Enhanced Hydration for Oily
and Combination Skin

$135.00

Enhanced Hydration for Oily
and Combination Skin

$124.00

Vitamin-Rich Hydrating Blend
for Dry Skin

$125.00

Boosted A
Hydratic

$12!



## Eminently suited to all

An Aesop Gift Card is the ideal gift for the fussy, the faraway and anyone
in between—conveniently delivered with the click of a mouse to conceal
last-minute selections.

| Purchase now | → |





WHERE TO BUY     SIGN UP     Search 🔍

**PRODUCTS     DRY SKIN CARE     SKIN HEALTH     CERAMIDES 101     ABOUT US     JAPANESE FACIAL CARE**

# SAY HELLO TO SILKY-SMOOTH HYDRATION

WITH CURÉL DRY SKIN THERAPY MOISTURIZERS!

**VIEW PRODUCTS**





THE IMPACT OF **FREE RADICALS** ON YOUR SKIN

**LEARN MORE**



ARE **MINERAL SUNSCREENS** RIGHT FOR YOU?

**READ ARTICLE**



5 DERMATOLOGIST-APPROVED **SUMMER SKIN DEFENSES**

**LEARN MORE**

## Curél® HYDRA THERAPY WET SKIN MOISTURIZERS

Curél® HYDRA THERAPY WET SKIN MOISTURIZERS are developed to be applied to wet skin just after showering. The formula works with the water on wet skin to quickly glide into the deepest layers of the skin's surface and deliver intense hydration and Advanced Ceramide Complex to the source of dryness. Hydra Therapy Wet Skin Moisturizers absorb instantly without leaving behind a heavy, greasy feel. Just towel dry as normal after applying.

- Apply Daily and Experience the End of Dry Skin
- Skin Feels 3x More Hydrated
- Dermatologist Tested, National Eczema Association Seal of Acceptance & National Psoriasis Foundation Seal of Approval

 Curél Hydra Therapy Wet Skin Moisturizer, With Advanced Ceramide Complex - End Dry Skin


Watch later    Share



Buy Now ▶



SUBSCRIBE TO THE SKIN THERAPIST NEWSLETTER:

 

your email | SUBMIT

ABOUT • CONTACT US • SITEMAP • KAO USA INC • LEGAL • PRIVACY POLICY • PATENT

® 2019 Kao USA Inc. All Rights Reserved.

Contact Us    FAQs    Coupons    For Health Care Providers       Search

OUR PRODUCTS    CERAVE INGREDIENTS    SKIN SMARTS    WHY CERAVE    SKINCARE SOLUTION FINDER       WHERE TO BUY

Home / Skincare / Moisturizers

# MOISTURIZERS



Moisturizing can help supply your skin with long-lasting hydration. CeraVe's array of face and body moisturizers includes formulas that provide skin-smoothing and soothing for dry skin and sensitive skin, as well as targeted spots like your hands and delicate eye area. We also offer moisturizers that help provide relief for specific skin concerns such as itchy skin, eczema, psoriasis and more – all formulated with three essential ceramides to help restore the skin's barrier and keep moisture in while keeping irritants out.



**Moisturizing Cream**

Barrier-restoring moisturizing cream



**Daily Moisturizing Lotion**

Oil-free moisturizer with hyaluronic acid



**AM Facial Moisturizing Lotion with Sunscreen**

Non-comedogenic moisturizer with SPF



**PM Facial Moisturizing Lotion**

Night cream with niacinamide









**Skin Renewing Night Cream**

Skin renewing night cream with peptides

**Eye Repair Cream**

Eye cream for dark circles and puffiness

**SA Cream for Rough & Bumpy Skin**

Salicylic acid cream to improve skin texture

**Hydrating Hyaluronic Acid Serum**

Hydrating hyaluronic acid serum









**SA Lotion for Rough & Bumpy Skin**

Salicylic acid lotion for rough skin

**Ultra-Light Moisturizing Lotion SPF 30**

Lightweight oil-free moisturizer with SPF

**Healing Ointment**

Healing balm for cracked, chafed & extremely dry skin

**Itch Relief Moisturizing Cream**

Pramoxine hydrochloride itch relief cream

VIEW 4 MORE→



**FIND OUT WHICH**

# CERAVE PRODUCTS

**ARE RIGHT FOR YOU**

GET STARTED



OUR PRODUCTS

CERAVE INGREDIENTS

SKIN SMARTS

WHY CERAVE

SKINCARE SOLUTION FINDER

WHERE TO BUY

CONTACT US

FAQS

COUPONS

HEALTHCARE PROFESSIONALS

SAMPLES

COUNTRIES AND REGIONS

PRIVACY POLICY

SKINCARE.COM

TERMS AND CONDITIONS

MY COOKIE SETTINGS

This site is intended for US consumers. Cookies and related technology are used for advertising. To learn more or opt-out, visit AdChoices and our Privacy Policy.

CeraVe does not treat underlying skin conditions. MVE is a registered trademark of DFB Technology, Ltd. Patent No. 6,709,663. © 2021 CeraVe



Explore Solutions | Products | Baby Dove | *Dove* Men+Care | Dove Self-Esteem Project | Learn About Dove | Search

*Dove*



Take care, be safe.

# Body lotion

Indulgent body lotions, with spa-like textures and fragrances, transform your skin care routine into a moment of 'me-time', while leaving your skin gently cared for.... Read more

## Explore our body lotion products





Cream Oil Shea Butter Body Lotion
★★★★★
+ quick view

Cream Oil Intensive Body Lotion
★★★★★
+ quick view

## Cream Oil Intensive Body Lotion
★★★★★

Dove Cream Oil Intensive Body Lotion is a rich moisturiser that nourishes your skin.



find out more

## Making the most of your products...



How to treat dry
skin

Read More

Invisible
confidence
boosters:
exposed

How to pick new
beauty products

?

## Hello, what are you looking for?

search

*Hello beautiful*

Site map

Privacy notice ⬀

Terms of use ⬀

Accessibility ⬀

▷ AdChoices-Do Not
Sell

Contact us

📍 Store Finder

What's in our products
⬀

smartlabel ⬀

Community guidelines

f   ⑂   ◎   ▶

⊕ United States

EN   ES

Ⓤ  © 2021 Unilever

*Dove*

This website is directed only to U.S. consumers for products and services of Unilever United States. This website is not directed to
consumers outside of the U.S.



CLICK HERE TO LEARN MORE ABOUT
SENSITIVE SKIN AWARENESS WEEK

RECOMMENDED BY DERMATOLOGISTS LOVED BY SKIN



CETAPHIL IS PROVEN TO DEFEND
AGAINST ALL 5 SIGNS OF SKIN
SENSITIVITY

SKIN SENSITIVITY 5 SIGNS

Weakened Skin Barrier
Irritation
Roughness
Tightness
Dryness

**DISCOVER MORE**

BUY NOW

WANT MORE TIPS FOR SENSITIVE SKIN?
WE GOT YOU COVERED

Exclusive offers, insights and info - straight to your inbox.



GET THE NEWSLETTER NOW



## #1

### RECOMMENDED FACIAL SKINCARE BRAND

Cetaphil is the original sensitive cleanser recommended by dermatologists for over 70 years.



### RESTORES THE SKIN BARRIER

Ideal for use on even the most sensitive skin.



### CLINICALLY TESTED FOR SENSITIVE SKIN

Our soap-free, skin nourishing products will treat your skin without irritation and is hypoallergenic.

## SHOP YOUR SENSITIVE SKIN FAVORITES



### Cetaphil Gentle Skin Cleanser

Hydrates, soothes and cleanses —our best-seller!

BUY NOW



### Cetaphil Moisturizing...

Clinically proven to provide immediate, long-lasting hydration.

BUY NOW



### Cetaphil Daily Facial...

Light and silky-smooth, it hydrates while also helping to defend against damaging UVA..

BUY NOW

  



"After heavy makeup days and long hours on set, I will start my nighttime routine with the <u>Cetaphil Gentle Makeup Remover</u>. I follow that with the <u>Cetaphil Gentle Skin Cleanser</u> to replenish and make sure I've gotten everything off."

**RACHEL BROSNAHAN**

**RACHEL'S CHOICE FOR HER SENSITIVE SKIN**

## NEWS AND TIPS FROM OUR SKIN EXPERT TEAM



5 tips from our skin expert to take care of...



The Complete Hand Washing Routine that's...



A Guide to Dry, Oily, and Combination Skin



What Do 'Non-Comedogenic',...

# SHARE YOUR SKIN STORIES
## #MyCetaphilSkin









**PRODUCTS**

See all Facial Cleansers

See all Body Cleansers

See all Baby Products

See all Facial Moisturizers

See all Body Moisturizers

**CONNECT**

  

**SELECT COUNTRY**

 United States

**SITE TOOLS**

Contact us

Where to Buy

FAQ

About Cetaphil

Skin Health Articles

Privacy Policy

Terms & Conditions

California - Do Not Sell My
Personal Information

2021 Galderma laboratories, L.P. United States. All rights reserved. All trademarks are the property of their
respective owners. This site is intended for U.S audiences only

GALDERMA

## JERGENS.

PRODUCTS   SKIN CARE TIPS

DAILY MOISTURIZERS    BUTTERS    SKIN SMOOTHIES    CLEANSERS    NATURAL GLOW    SOL by Jergens

Home > Products

### DAILY MOISTURIZERS

VIEW DAILY MOISTURIZERS >

JERGENS® Daily Moisturizers provide daily nourishment to soften and restore your skin for total body beauty.



JERGENS®
**Original Scent**
Dry Skin Moisturizer



JERGENS®
**Ultra Healing®**
Extra Dry Skin Moisturizer



JERGENS®
**Ultra Healing+ Body Balm**
Extra Dry Skin Body Balm



JERGENS®
**Ultra Healing+ Hand & Body Cream**
Extra Dry Skin Hand Cream



JERGENS®
**Restoring Argan**
Oil-infused Moisturizer



JERGENS®
**Softening Vanilla**
Oil-infused Moisturizer



JERGENS®
**Shea Butter**
Oil-infused Moisturizer



JERGENS®
**Nourishing Honey Moisturizer**
Oil-infused Moisturizer



JERGENS®
**Hydrating Coconut**
Oil-infused Moisturizer



JERGENS®
**Smoothing Avocado Moisturizer**
Oil-infused Moisturizer



JERGENS®
**Daily Moisture**
Dry Skin Moisturizer



JERGENS®
**Soothing Aloe**
Refreshing Moisturizer



JERGENS®
**Skin Firming**



JERGENS®
**Skin Firming Neck & Chest**



JERGENS®
**Wet Skin® Moisturizer**



JERGENS®
**Wet Skin® Moisturizer**



JERGENS®
Wet Skin® Moisturizer
with Enriching Shea Oil

## NATURAL GLOW SELF TANNERS

VIEW NATURAL GLOW® MOISTURIZERS >

JERGENS® Natural Glow® moisturizers transform your skin by gradually creating fabulous, natural-looking summer color, all year round.



JERGENS® Natural Glow®
Instant Sun®
Full-Body Sunless Tanning Towelettes



JERGENS® Natural Glow®
+FIRMING
Wet Skin Moisturizer



JERGENS® Natural Glow®
Instant Sun®
Tropical Sunless Tanning Mousse



JERGENS® Natural Glow®
Wet Skin Moisturizer



JERGENS® Natural Glow®
Instant Sun®
Sunless Tanning Mousse



JERGENS® Natural Glow®
Daily Moisturizer Pumps



JERGENS® Natural Glow®
Daily Moisturizer



JERGENS® Natural Glow®
3 Days to Glow™
Moisturizer



JERGENS® Natural Glow®
+FIRMING
Daily Moisturizer



JERGENS® Natural Glow®
FACE
Daily Moisturizer Sunscreen with
Sunscreen Broad Spectrum SPF 20



JERGENS® Natural Glow®
Instant Sun®
Applicator Mitt

SOL BY JERGENS®

VIEW SOL BY JERGENS® >

JERGENS® Let the sun's perfect color wash over you. Made with a tanning active derived from natural sugars, our new collection of self tanners works with your unique skin tone to give you flawless, sun-inspired color..



SOL by Jergens®
**Sunless Tanning**
Deeper by the Drop Serum



SOL by Jergens®
**Sunless Tanning**
Water Mousse



SOL by Jergens®
**Sunless Tanning**
Towelettes



SOL by Jergens®
**Tone-Enhancing**
Body Bronzer



SOL by Jergens®
**Sunless Tanning**
Applicator Mitt

## BODY BUTTERS

VIEW THE BODY BUTTERS COLLECTION >

JERGENS® Crema Collection body moisturizers rejuvenate skin with naturally-hydrating ingredients, leaving it smooth, fresh and radiant.



JERGENS® Butters
**Eucalyptus Mint**
Body Butter



JERGENS® Butters
**Sweet Citrus Triple Butter Blend**
Body Butter



JERGENS® Butters
**Lavender Triple Butter Blend**
Body Butter



JERGENS® Butters
**Rose Triple Butter Blend**
Body Butter

## SKIN SMOOTHIES

VIEW SKIN SMOOTHIES >

JERGENS® Skin Smoothies are infused with Cocoa & Shea Butters and a boost of Vitamin E, providing soothing all-day replenishment to keep the skin healthy and moisturized. Treat your skin and your senses!











JERGENS®
**Skin Smoothies**
Pink Grapefruit & Pomelo

JERGENS®
**Skin Smoothies**
Avocado & Apple

JERGENS®
**Skin Smoothies**
Cucumber & Melon

## BODY CLEANSERS



VIEW CLEANSERS >

JERGENS® Cleansers gently clean without stripping away natural moisture.



JERGENS® Extra Moisturizing
**Liquid Hand Wash**



JERGENS®
**Mild Soap**



JERGENS®
**Deep Restoring Argan Body Wash**



JERGENS®
**Enriching Shea Butter Body Wash**



JERGENS®
**Hydrating Coconut Body Wash**







TRUSTED FOR *soft*
& *beautiful* SKIN

**PRODUCTS**

Daily Moisturizers

Butters

Skin Smoothies

Cleansers

Natural Glow®

SOL

Change Country

About Us

Blog

Contact Us

Kao USA Inc.

Legal

Privacy Policy

Patents

Protection Against Counterfeit

Sitemap

**STAY CONNECTED**

Facebook

Instagram

Pinterest

YouTube

© 2020 Kao USA Inc. All Rights Reserved

# **Exhibit D**

Health Care Professionals

**Nature Made.**

VITAMINS & SUPPLEMENTS   HEALTH INTERESTS   NUTRITION RESOURCES   ABOUT   QUIZ   CONTACT US   STORE LOCATOR

**SPECIALTY**
Adult Gummies
CholestOff
Daily Packs
Diabetes Health Pack
Hair, Skin & Nails
Kids First Gummies
SAM-e
Stress
TripleFlex

**VITAMINS**
B Complex
B Vitamins
Biotin
Folic Acid
ImmuneMax
Vitamin A
Vitamin C
Vitamin D
Vitamin E
Vitamin K

**SUPPLEMENTS**
Acidophilus
Alpha Lipoic Acid
Collagen
CoQ10
Glucosamine
L-Lysine
Lutein
Melatonin
Probiotics

**FISH OIL & OMEGAS**
Fish Oil & Omega 3
Flaxseed Oil
Krill Oil
Triple Omega

**MULTIVITAMINS**
Men's Multivitamins
Multi + Omega 3
Multivitamins
Prenatal & Postnatal
Women's Multivitamins

**MINERALS**
Calcium
Iron
Magnesium
Potassium
Zinc

**HERBS**
Ashwagandha
Cranberry
Elderberry
Garlic
Milk Thistle
Turmeric Curcumin

### Get Restful Sleep Tonight

Explore our range of sleep solutions and learn about the importance of sleep.

LEARN MORE



## Shop by Health Interest



### Immune Health

### Heart Health



### Bone Health

View All

## Need help figuring out what your body





### needs?

Take our personalized quiz to determine your body's unique nutritional needs and find the supplement routine that's a perfect match for *you*.

**Let's Get Started**

## Shop Best Sellers

View all



**Vitamin D3 Extra Strength 5000 IU (125 mcg) Softgels**

WHERE TO BUY

LEARN MORE



**Vitamin C 250 mg Gummies**

WHERE TO BUY

LEARN MORE



**Vitamin D3 2000 IU (50 mcg) Softgels**

WHERE TO BUY

LEARN MORE



**Vitamin C 1000 mg Tablets**

WHERE TO BUY

LEARN MORE



## Nutrition is in our DNA

From the very beginning, we created a broad range of high-quality, nutrient-dense supplements —



always keeping your unique needs in mind. Think of our team of scientists and nutritionists as partners in your health journey, committed to delivering helpful information and research-backed supplemental nutrition. Because we believe proactive nutrition keeps you at your best, we designed our products to fit your lifestyle needs at every stage. And we've been at it since 1971.

**LEARN MORE**

## Shop Sleep Supplements

View all



10 mg Melatonin Gummies

WHERE TO BUY

LEARN MORE



Back to Sleep™

WHERE TO BUY

LEARN MORE



Extended Release 4 mg Tablets

WHERE TO BUY

LEARN MORE



Good Sleep Gummies 4 mg Melatonin with 200 mg L-theanine

WHERE TO BUY

LEARN MORE



## Check in with your health

Want to know more about vitamins and supplements? Get expert advice from our Panel of PHD nutrition scientists.





# Yummy Gummies

Get everything you love about our vitamins and supplements in a chewable, wonderfully-delicious gummy that's USP verified for purity and potency.

### Adult Gummies

### Kids First Gummies





Shop Our Line Up

Shop Our Line Up



# Personalized vitamins & supplements delivered to your door.

Selected by experts. Tailored to you.

Learn More

## Share your vibrant life @naturemadevitamins



## Sign Up For Our Newsletter

Receive the latest news and special offers!

Email Address    **SUBMIT**

↑ BACK TO TOP ↑

### Vitamins & Supplements
Vitamins
Multivitamins
Fish Oil & Omegas
Supplements
Adult Gummies
Kids First Gummies
Diabetes Health Pack
Daily Packs
Minerals
Herbs

### Health Interests
Immunity
Heart Health
Energy
Bone
Eyes
General Wellness
Mood
Men's Health
Women's Health
Digestion
Prenatal & Postnatal
Hair, Skin & Nails
Sleep
Beauty
Joints

### Nature Made
About
Contact Us
Accessibility
Health Care Practitioners
Privacy Policy

Do Not Sell My
Personal Information

### Learn
Health Blogs
Got Questions?
We've Got Answers



  

\* Based on a survey of pharmacists who recommend branded vitamins and supplements.

Nature Made may make changes to products from time to time. Please consult the label on the product that you purchased for the most accurate product information.

† These statements have not been evaluated by the Food and Drug Administration. These products are not intended to diagnose, treat, cure or prevent any disease.

© 2002 - 2021 Pharmavite ® LLC. All Rights Reserved.   Privacy Policy/Your California Privacy Rights   |   Terms of Use   |   CPSIA Certificate

Get Coupon   Where to Buy                                          United States of America ∨   🔍  



Products        Learn        About        Choose Your Centrum

## Products

| Multivitamins | Benefit Blends | Whole Food Blends |
|---|---|---|
| Mens | Energy | Multivitamins |
| Womens | Hair, Skin, Nails | Benefit Blends |
| 50+ | Heart Health | View All |
| Tablets | Mental Focus | |
| Gummies | Sleep | |
| Chewables | Stress Relief | |
| View All | View All | |


Centrum MultiGummies
Adult Mutivitamin

Learn More


Centrum Specialist
Energy Adult
Multivitamin

Learn More

| All | Multivitamins | Benefit Blends | Whole Food Blends |
|---|---|---|---|

Filter                    +

Centrum
### Adults



★★★★★
A daily multivitamin formulated
for adults to support energy,
immunity, metabolism, and
whole body health.*

🛍 Buy Now    ⊕ Compare

Centrum
### Men



★★★★
A daily multivitamin formulated
for men to support metabolism,
immunity, energy, and muscle
health.

🛍 Buy Now    ⊕ Compare

Centrum
### Women



★★★★★
A daily multivitamin formulated
for women to support energy,
immunity, metabolism, and
healthy appearance.*

🛍 Buy Now    ⊕ Compare

Centrum
### Kids



★★★★
A chewable multivitamin that
contains essential vitamins and
minerals important for kids.

🛍 Buy Now    ⊕ Compare

Centrum
### Liquid



Centrum MultiGummies
### Adults



Centrum MultiGummies
### Men



Centrum MultiGummies
### Women





★★★
A liquid multivitamin for adults for those who have difficulty swallowing tablets.

A tasty multivitamin gummy available in assorted natural fruit flavors, contains no artificial sweeteners, and supports energy, immunity, and metabolism.

A fruit-flavored multivitamin gummy formulated for men to support daily energy, immunity, metabolism, and muscle function.

A flavorful multivitamin gummy formulated for women to help support daily energy, immune function, metabolism, and maintain a healthy appearance.

🏠 Buy Now   ⊕ Compare          🏠 Buy Now   ⊕ Compare          🏠 Buy Now   ⊕ Compare          🏠 Buy Now   ⊕ Compare

Centrum MultiGummies
### Adults 50+

Centrum MultiGummies
### Men 50+

Centrum MultiGummies
### Women 50+

Centrum MultiGummies
### Multi + Antioxidants



★★★★
A delicious gummy designed for older adults to help support heart health, brain function, and bone health.

★★★★
A great-tasting multivitamin gummy tailored for men 50+ to help support heart health, brain function, healthy eyes, and muscle function.

★★★★
A tasty multivitamin gummy for women 50+ to support heart health, brain function, healthy eyes, and bone strength.

★★★★
A tasty multivitamin packed with antioxidants to support immune and brain function, vitality, stress response, and cellular health.*

🏠 Buy Now   ⊕ Compare          🏠 Buy Now   ⊕ Compare          🏠 Buy Now   ⊕ Compare          🏠 Buy Now   ⊕ Compare

Centrum MultiGummies
### Multi + Omega 3

Centrum MultiGummies
### Multi + Beauty

Centrum Silver
### Adults

Centrum Silver
### Men



★★★★
A gummy multivitamin designed with omega 3s to support heart health, as well as brain function, eye health, energy, and immunity.*

★★★★
A multivitamin gummy with hair, skin, and nail benefits, and support for strong bones, and daily energy.*

★★★★
A daily multivitamin formulated for adults 50+ to help promote heart health, brain function, and eye health.

★★★★
Specially formulated for men 50+ to help support heart health, brain function, healthy eyes, and muscle function.

🏠 Buy Now   ⊕ Compare          🏠 Buy Now   ⊕ Compare          🏠 Buy Now   ⊕ Compare          🏠 Buy Now   ⊕ Compare

Centrum Silver
### Women

Centrum Minis
### Adults 50+

Centrum Minis
### Men 50+

Centrum Minis
### Women 50+





★★★★★

Specially formulated for women 50+ to help support heart health, brain function, healthy eyes, and strong bones.

🛒 Buy Now    ⊕ Compare

★★★★★

An easy-to-swallow miniature multivitamin tablet for adults 50+ designed to help support immune function, metabolism, and bone health.

🛒 Buy Now    ⊕ Compare

★★★★★

An easy-to-swallow miniature multivitamin tablet for men 50+ designed to help support heart health, brain function, eye health, and muscle function.*

🛒 Buy Now    ⊕ Compare

★★★★★

Two (2) of these easy-to-swallow miniature multivitamin tablets daily are designed to help support heart health, brain function, eye health, and bone strength in women 50+.*

🛒 Buy Now    ⊕ Compare

---

Centrum Whole Food Blend

## Men's Multivitamin



A complete men's multivitamin to support your general health, energy and immune health.*

🛒 Buy Now    ⊕ Compare

Centrum Whole Food Blend

## Women's Multivitamin



A complete women's multivitamin to support general health.

🛒 Buy Now    ⊕ Compare

Centrum Whole Food Benefit Blend

## Sleep



Naturally supports sleep and promotes a restful state for bedtime with non-habit-forming ingredients.*

🛒 Buy Now    ⊕ Compare

Centrum Whole Food Benefit Blend

## Energy



An energy supplement that works naturally with your body to support energy needs and metabolism.*

🛒 Buy Now    ⊕ Compare

---

Centrum Whole Food Benefit Blend

## Natural Beauty



Natural beauty and biotin supplement packed with high-potency biotin for hair, skin, and nails.*

🛒 Buy Now    ⊕ Compare

Centrum Whole Food Benefit Blend

## Stress & Mood



A supplement uniquely blended to support a healthy mood, stress response, and relaxation*

🛒 Buy Now    ⊕ Compare

Centrum Whole Food Benefit Blend

## Mental Focus



A brain and focus supplement that is non-habit forming, safe, and stimulant-free.*

🛒 Buy Now    ⊕ Compare

Centrum

## Multi + Omega 3 Men 50+



A heart-healthy multivitamin for men 50+ with nutrients to support energy, eye health, brain function, and bone strength.*

🛒 Buy Now    ⊕ Compare

Centrum
## Multi + Omega-3 Women 50+



Heart-healthy omega-3s paired with nutrients for women 50+ to support energy, eye health, brain function, and bone strength.*

🛒 Buy Now    ⊕ Compare

Centrum Specialist
## Energy



A daily multivitamin designed to help support energy levels.*

🛒 Buy Now    ⊕ Compare

Centrum Specialist
## Heart



A heart health multivitamin for women and men, in an easy-to-take tablet form.

🛒 Buy Now    ⊕ Compare

Centrum Fresh & Fruity
## Adults



A tasty mixed berry-flavored tablet that supports energy, immune and brain function, and metabolism.*

🛒 Buy Now    ⊕ Compare

Centrum Fresh & Fruity
## Adults 50+



A refreshing mixed berry-flavored tablet designed for adults 50+ to support heart health, brain function, and healthy eyes.

🛒 Buy Now    ⊕ Compare

*This statement has not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.*



Not sure which Centrum product is right for you?

Choose Your Centrum

Contact Us   Sitemap

Terms & Conditions      Privacy Policy      Cookies

  

**Follow Us**

GSK uses cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. Cookies are enabled by default, however you may visit  Cookie Settings  to opt-out of cookie usage by category. Read our  Cookie Notice

Dismiss



### Vitamin D

With 2000 IU of Vitamin D₃, the sunshine vitamin.

Learn More ▸

### Calcium

Support your bone health with 500 mg of calcium and 1000 IU of Vitamin D.°

Learn More ▸

### Omega-3

Great tasting Omega-3 gummies provide 50 mg of Omega-3 EPA & DHA, with no fishy taste!

Learn More ▸

### CoQ10

Provides 200 mg of CoQ10 for heart support.°

Learn More ▸

### Melatonin

Sleep support, specially formulated for adults with 3 mg of melatonin.°

Learn More ▸

### SleepWell

3 mg of melatonin with passion flower, chamomile & lemon balm to support sleep.°

Learn More ▸

### Fiber Well

Help support digestive health with 5 g of fiber per serving.°

Learn More ▸

### Fiber Well Fit

5g of fiber with the added benefit of 6 B Vitamins to support fat, carb and protein metabolism.°

Learn More ▸

### Extra Strength B-12

High potency B12 for energy metabolism support.°

Learn More ▸

### Extra Strength Biotin

High potency Biotin for hair, skin & nails support.°

Learn More ▸

### Extra Strength D

High potency Vitamin D₃ for bone and immune support.°

Learn More ▸

### Extra Strength Melatonin

An extra boost of Melatonin for sleep support.°

### Power Zinc

An excellent source of immune supporting vitamin C – as much as 10 tangerines!°



Processed in a facility with products that contain egg, fish, shellfish, soy and tree nuts.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

Products   Where to Buy   Our Mission   FAQs   Privacy Policy   Terms & Conditions

Do Not Sell My Personal Information ©2021 Church & Dwight Co., Inc., All rights reserved.