KENDALL BRILL & KELLY LLP
Alan Jay Weil (63153)
 ajweil@kbkfirm.com
Shauna E. Woods (300339)
 swoods@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone:  310.556.2700
Facsimile:   310.556.2705

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Mark Sommers (*pro hac vice* pending)
 mark.sommers@finnegan.com
Patrick Rodgers (*pro hac vice* forthcoming)
 patrick.rodgers@finnegan.com
901 New York Avenue, NW,
Washington, DC 20001-4413
Telephone:  (202) 408-4064
Facsimile:   (202) 408-4400
Morgan E. Smith (SBN 293503)
 morgan.smith@finnegan.com
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone:  (650) 849-6600
Facsimile:   (650) 849-6666

Attorneys for Specially Appearing
Defendant Le-Vel Brands, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| THRIVE NATURAL CARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LE-VEL BRANDS, LLC,<br><br>Defendant. | Case No. 2:21-CV-02022-DOC-KES<br><br>**DECLARATION OF DREW HOFFMAN IN SUPPORT OF LE-VEL'S RESPONSE IN SUPPORT OF PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL (DKT NO. 28)**<br><br>Judge:  Hon. David O. Carter<br>Crtrm.:  9D<br><br>Action Filed:  March 4, 2021<br>Trial Date:  TBD |

DECLARATION OF DREW S. HOFFMAN

I, Drew Hoffman, declare as follows:

1. I am the President and Chief Legal Officer at Le-Vel Brands, LLC ("Le-Vel"), where I have been employed since 2015. The facts in this declaration are based on my personal knowledge and/or documents regularly and contemporaneously maintained in the ordinary course of business by Le-Vel. If called upon to do so, I would testify competently to the facts contained in this declaration.

2. Le-Vel is a health and wellness lifestyle company founded in July 2012 that offers a wide array of goods and services, including dietary and nutritional supplements (including capsules, powders, and gels, among others), vitamin skin patches, vitamins for the skin, snacks, skincare products, and related coaching/lifestyle/wellness programs, conventions, and educational materials.

3. Through extensive investment of time and resources over several years, Le-Vel has developed proprietary information regarding the various products it offers and its consumers, including demographic information, purchasing preferences, spending habits, and media consumption. Le-Vel develops its marketing and advertising plans and revenue projections based on the information it has compiled, including projected sales and product releases. Le-Vel's business is highly competitive in nature and information regarding future product releases and associated projected sales revenue is critical in this field. The public disclosure of this confidential proprietary information would provide Le-Vel's competitors with an unfair competitive advantage and potentially significantly harm Le-Vel's business.

4. Because of the highly competitive nature of Le-Vel's business, and because Le-Vel needs to maintain its competitive position through the protection of its confidential information, Le-Vel takes reasonable steps to ensure that such confidential information remains secret to prevent competitors from improperly using Le-Vel confidential information,. Le-Vel preserves confidential information to prevent its public disclosure. It intends to enter into a protective order in this litigation to protect its confidential information.

5.     I understand that on March 29, 2021, Thrive Natural Care, Inc. filed an application to file certain of Le-Vel's confidential information under seal. I understand that Le-Vel's confidential information appears in the unredacted versions of Exhibit 1 to the Declaration of Stephen McArthur in support of Plaintiff's Application for Leave to File Under Seal ("Exhibit 1"), which is an unredacted copy of Plaintiff's Reply In Support Of Motion For Preliminary Injunction ("Plaintiff's Reply").

6.     The unredacted version of Exhibit 1 contains confidential proprietary information related to Le-Vel's finances, such as projected sales of future product releases and expenditures on product due-diligence, and specifics on its future product expansion plans. The information contained in this declaration is useful in Le-Vel's line of business to project future sales and revenue, understand product positioning and growth, and adapt marketing and advertising business plans. Public disclosure of this information would harm Le-Vel and put it at a competitive disadvantage because competitors could use the information to improve their business by, for example, improving their product positionings and offerings and adapting marketing strategies based on Le-Vel's future plans.

1  I declare under penalty of perjury of the laws of the United States that the
2  foregoing is true and correct pursuant to 28 U.S.C. § 1746.  This declaration was
3  executed on April 2, 2021 in Miami, Florida.

_____
Drew S. Hoffman

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603288558

Case No. 2:21-CV-02022-DOC-KES
DECLARATION OF DREW S. HOFFMAN