# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| THRIVE NATURAL CARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> LE-VEL BRANDS, LLC, <br><br> Defendant. | Case No. 2:21-CV-02022-DOC-KES <br><br> **[PROPOSED] ORDER REGARDING PLAINTIFF THRIVE NATURAL CARE, INC.'S APPLICATION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 28)** |

This application has come before the Court upon Thrive Natural Care, Inc.'s ("Thrive Natural Care") application to file the following documents under seal (Dkt. 28). The Court, having reviewed the submission, and upon compelling reasons shown, orders as follows:

| DOCUMENTS TO BE PARTIALLY SEALED |
|---|
| Exhibit 1 to the Declaration of Stephen McArthur in support of Plaintiff's Application for Leave to File Under Seal<br>☐ Thrive Natural Care's application to file under seal is ACCEPTED.<br>☐ Thrive Natural Care's application to file under seal is DENIED. The documents identified herein shall be returned to counsel. |

**IT IS SO ORDERED**

Dated: _____                                    _____
                                                      The Hon. David O. Carter
                                                      United States District Judge