KENDALL BRILL & KELLY LLP
Alan Jay Weil (63153)
 *ajweil@kbkfirm.com*
Shauna E. Woods (300339)
 *swoods@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Mark Sommers (*pro hac vice* pending)
 mark.sommers@finnegan.com
Patrick Rodgers (*pro hac vice* forthcoming)
patrick.rodgers@finnegan.com
901 New York Avenue, NW,
Washington, DC 20001-4413
Telephone:   (202) 408-4064
Facsimile:   (202) 408-4400
Morgan E. Smith (SBN 293503)
 morgan.smith@finnegan.com
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone:  (650) 849-6600
Facsimile:   (650) 849-6666

Attorneys for Specially Appearing
Defendant Le-Vel Brands, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| THRIVE NATURAL CARE, INC., <br><br>             Plaintiff, <br>     v. <br><br> LE-VEL BRANDS, LLC, <br><br>             Defendant. | Case No, 2:21-CV-02022-DOC-KES <br><br> **DEFENDANT'S NOTICE OF MOTION TO TRANSFER VENUE AND MEMORANDUM IN SUPPORT THEREOF** <br><br> Judge:  Hon. David O. Carter <br> Hearing Date:  May 3, 2021 <br> Time:  8:30 a.m. <br> Crtrm:  9D |

# NOTICE OF MOTION

**TO THRIVE NATURAL CARE, INC., AND ITS COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on May 3, 2021, at 8:30 a.m. in Courtroom 9D of the United States District Court for the Central District of California, before the Honorable Judge David O. Carter, or as soon thereafter as the matter may be heard, Defendant Le-Vel Brands, LLC. ("Defendant") will and hereby does move the Court to transfer this case to the United States District Court for the District Court for the Eastern District of Texas, or, in the alternative, the Northern District of Texas, under 28 U.S.C. § 1404(a). Defendant makes this motion following the conference of counsel pursuant to L.R. 7-3, which took place on March 26, 2021.

This motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the Declarations of Drew S. Hoffman and Shauna E. Woods, filed concurrently herewith, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented or considered by the Court prior to its ruling.

DATED: April 2, 2021

KENDALL BRILL & KELLY LLP

By: /s/ Alan Jay Weil
Alan Jay Weil
Attorneys for Specially Appearing
Defendant Le-Vel Brands, LLC

FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, LLP
Mark Sommers (*pro hac vice* pending)
Morgan E. Smith (SBN 293503)
Patrick J. Rodgers (*pro hac vice* forthcoming)

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603290846

1

Case No. 2:21-CV-02022-DOC-KES
LE-VEL'S NOTICE OF MOTION TO TRANSFER VENUE