# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| THRIVE NATURAL CARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> LE-VEL BRANDS, LLC, <br><br> Defendant. | Case No, 2:21-CV-02022-DOC-KES <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE** <br><br> Judge: Hon. David O. Carter <br> Crtrm: 9D <br><br> Action Filed: March 4, 2021 |

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603290847

Case No. 2:21-CV-02022-DOC-KES

[PROPOSED] ORDER

# [PROPOSED] ORDER

Having considered Defendant Le-Vel Brands, LLC's Motion to Transfer Venue, as well as all evidence, submissions, and arguments offered by each party, and for good cause shown, the Court hereby GRANTS the motion and **ORDERS** as follows:

1. The clerk shall transfer this action, in its entirety, to the:
   ☐ Eastern District of Texas
   ☐ Northern District of Texas.
2. All pretrial deadlines shall be stayed pending transfer of this action.

**IT IS SO ORDERED.**

DATED:_____, 2021

_____
Honorable David O. Carter
United States District Court Judge