KENDALL BRILL & KELLY LLP
Alan Jay Weil (63153)
 *ajweil@kbkfirm.com*
Shauna E. Woods (300339)
 *swoods@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Mark Sommers (*pro hac vice* pending)
 mark.sommers@finnegan.com
Patrick Rodgers (*pro hac vice* forthcoming)
 patrick.rodgers@finnegan.com
901 New York Avenue, NW,
Washington, DC 20001-4413
Telephone:  (202) 408-4064
Facsimile:   (202) 408-4400
Morgan E. Smith (SBN 293503)
 morgan.smith@finnegan.com
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone:  (650) 849-6600
Facsimile:   (650) 849-6666

Attorneys for Specially Appearing
Defendant Le-Vel Brands, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| THRIVE NATURAL CARE, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>LE-VEL BRANDS, LLC,<br><br>          Defendant. | Case No. 2:21-CV-02022-DOC-KES<br><br>**DECLARATION OF SHAUNA E. WOODS IN SUPPORT OF APPLICATION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH LE-VEL'S MOTION TO TRANSFER VENUE**<br><br>Judge:  Hon. David O. Carter<br>Crtrm.: 9D<br><br>Action Filed: March 4, 2021<br>Trial Date:    TBD |

603290855

Case No. 2:21-CV-02022-DOC-KES

DECLARATION OF SHAUNA E. WOODS

## DECLARATION OF SHAUNA E. WOODS

I, Shauna E. Woods, declare as follows:

1. I am an attorney at Kendall Brill & Kelly LLP and am counsel for Le-Vel Brands, LLC in this action. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. Except where otherwise stated, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I make this declaration in support of Le-Vel's Application to File Documents Under Seal in Connection with Le-Vel's Motion to Transfer Venue.

2. On April 1, 2021, I informed Plaintiff's counsel Stephen McArthur that Le-Vel intended to file an application to seal certain information in its motion to transfer venue relating to Le-Vel's finances and third-party promoter statistics. A true and correct copy of that email is attached as **Exhibit 1**. I asked Mr. McArthur if he would oppose this application. He did not respond.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct pursuant to 28 U.S.C. § 1746. This declaration was executed on April 2, 2021 in Los Angeles, CA.

_____
Shauna E. Woods

# **EXHIBIT 1**

# Shauna Woods

| | |
|---|---|
| **From:** | Shauna Woods |
| **Sent:** | Thursday, April 1, 2021 10:00 AM |
| **To:** | Stephen McArthur; Sommers, Mark |
| **Cc:** | Tom Dietrich; Alan Weil; Kozikowski, John |
| **Subject:** | Thrive Natural Care v. Le-Vel Brands |

Counsel,

As you know, we intend to file a motion to transfer venue on Friday.  In connection with that motion, we also plan to file under seal certain documents related to Le-Vel's internal marketing, financials, and operation data.  We are designating those documents highly confidential—attorneys' eyes only.  Please let us know if you will oppose our sealing application and please confirm you will treat the documents confidentially.  Thanks.