# Exhibit 5

## to the
## Answer, Affirmative Defenses, and Counterclaims

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 4467942 |
| **REGISTRATION DATE** | 01/14/2014 |
| **SERIAL NUMBER** | 85980517 |
| **MARK SECTION** | |
| **MARK** | THRIVE (see, https://tmng-al.uspto.gov/resting2/api/img/85980517/large) |
| **ATTORNEY SECTION (current)** | |
| **NAME** | Tsan Abrahamson |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | NOT SPECIFIED |
| **YEAR OF ADMISSION** | NOT SPECIFIED |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | NOT SPECIFIED |
| **FIRM NAME** | Cobalt LLP |
| **INTERNAL ADDRESS** | Building A21 |
| **STREET** | 918 Parker Street |
| **CITY** | Berkeley |
| **STATE** | California |
| **POSTAL CODE** | 94710 |
| **COUNTRY** | United States |
| **PHONE** | 510-841-9800 |
| **FAX** | 510-295-2401 |
| **EMAIL** | trademarks@cobaltlaw.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **ATTORNEY SECTION (proposed)** | |
| **NAME** | Travis Manfredi |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Cobalt LLP |
| **STREET** | 1912 Bonita Avenue |
| **CITY** | Berkeley |
| **STATE** | California |
| **POSTAL CODE** | 94704 |

| | |
|---|---|
| **COUNTRY** | United States |
| **PHONE** | 510-841-9800 |
| **FAX** | 510-295-2401 |
| **EMAIL** | trademarks@cobaltlaw.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | THRIVE 03 |
| **OTHER APPOINTED ATTORNEY** | Tsan Abrahamson, Jessica Tam |
| **CORRESPONDENCE SECTION (current)** | |
| **NAME** | Tsan Abrahamson |
| **FIRM NAME** | Cobalt LLP |
| **INTERNAL ADDRESS** | Building A21 |
| **STREET** | 918 Parker Street |
| **CITY** | Berkeley |
| **STATE** | California |
| **POSTAL CODE** | 94710 |
| **COUNTRY** | United States |
| **PHONE** | 510-841-9800 |
| **FAX** | 510-295-2401 |
| **EMAIL** | trademarks@cobaltlaw.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **CORRESPONDENCE SECTION (proposed)** | |
| **NAME** | Travis Manfredi |
| **FIRM NAME** | Cobalt LLP |
| **STREET** | 1912 Bonita Avenue |
| **CITY** | Berkeley |
| **STATE** | California |
| **POSTAL CODE** | 94704 |
| **COUNTRY** | United States |
| **PHONE** | 510-841-9800 |
| **FAX** | 510-295-2401 |
| **EMAIL** | trademarks@cobaltlaw.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | THRIVE 03 |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 003 |
| **GOODS OR SERVICES** | Non-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams |

| | |
|---|---|
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\859\805\85980517\xml3\8150002.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\859\805\85980517\xml3\8150003.JPG |
| **SPECIMEN DESCRIPTION** | pages from registrant's online store |
| **OWNER SECTION (current)** | |
| **NAME** | THRIVE NATURAL CARE, INC. |
| **STREET** | 42 DARRELL PLACE |
| **CITY** | SAN FRANCISCO |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 94133 |
| **COUNTRY** | United States |
| **OWNER SECTION (proposed)** | |
| **NAME** | THRIVE NATURAL CARE, INC. |
| **STREET** | 42 DARRELL PLACE |
| **CITY** | SAN FRANCISCO |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 94133 |
| **COUNTRY** | United States |
| **EMAIL** | XXXX |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **LEGAL ENTITY SECTION (current)** | |
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | Delaware |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 1 |
| **NUMBER OF CLASSES PAID** | 1 |
| **COMBINED §§ 8 & 15 FILING FEE PER CLASS** | 325 |
| **TOTAL FEE PAID** | 325 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Alex McIntosh/ |
| **SIGNATORY'S NAME** | Alex McIntosh |
| **SIGNATORY'S POSITION** | Co-founder & CEO |
| **DATE SIGNED** | 01/12/2020 |
| **SIGNATORY'S PHONE NUMBER** | 510-841-9800 |
| **PAYMENT METHOD** | DA |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Mon Jan 13 03:24:42 EST 2020 |

| | |
|---|---|
| **TEAS STAMP** | USPTO/S08N15-XXX.XXX.XX.XXX-20200113032442552951-4467942-70089506a637a5f11e7a21c91ba36278b2c7709282cbf3b6c28ddb2473a7a06856-DA-24423788-20200109171007823724 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

## Combined Declaration of Use and Incontestability under Sections 8 & 15

**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 4467942
**REGISTRATION DATE:** 01/14/2014

**MARK:** THRIVE

The owner, THRIVE NATURAL CARE, INC., a corporation of Delaware, having an address of
   42 DARRELL PLACE
   SAN FRANCISCO, California 94133
   United States
   XXXX (authorized)
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 003, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Non-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) pages from registrant's online store.
[Specimen File1](#)
[Specimen File2](#)

The applicant's current attorney information: Tsan Abrahamson. Tsan Abrahamson of Cobalt LLP, is located at

   Building A21
   918 Parker Street
   Berkeley, California 94710
   United States

The phone number is 510-841-9800.

The fax number is 510-295-2401.

The email address is trademarks@cobaltlaw.com

The applicants proposed attorney information: Travis Manfredi. Other appointed attorneys are Tsan Abrahamson, Jessica Tam. Travis Manfredi of Cobalt LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

   1912 Bonita Avenue
   Berkeley, California 94704
   United States
The docket/reference number is THRIVE 03.

The phone number is 510-841-9800.

The fax number is 510-295-2401.

The email address is trademarks@cobaltlaw.com

Travis Manfredi submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current correspondence information: Tsan Abrahamson. Tsan Abrahamson of Cobalt LLP, is located at

> Building A21
> 918 Parker Street
> Berkeley, California 94710
> United States

The phone number is 510-841-9800.

The fax number is 510-295-2401.

The email address is trademarks@cobaltlaw.com

The applicants proposed correspondence information: Travis Manfredi. Travis Manfredi of Cobalt LLP, is located at

> 1912 Bonita Avenue
> Berkeley, California 94704
> United States

The docket/reference number is THRIVE 03.

The phone number is 510-841-9800.

The fax number is 510-295-2401.

The email address is trademarks@cobaltlaw.com

A fee payment in the amount of $325 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

**Declaration**

- ☑ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).
- ☑ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.
- ☑ The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under 15 U.S.C. § 1062(c), and is still in use in commerce on or in connection with all goods/services, or to indicate membership in the collective membership organization, listed in the existing registration.
- ☑ There has been no final decision adverse to the owner's claim of ownership of such mark for such goods/services, or to indicate membership in the collective membership organization, or to the owner's right to register the same or to keep the same on the register.
- ☑ There is no proceeding involving said rights pending and not finally disposed of either in the United States Patent and Trademark Office or in a court.
- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.
- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Alex McIntosh/   Date: 01/12/2020
Signatory's Name: Alex McIntosh
Signatory's Position: Co-founder & CEO
Signatory's Phone: 510-841-9800

Mailing Address **(current):**
  Cobalt LLP
  918 Parker Street
  Berkeley, California 94710

Mailing Address **(proposed):**
  Cobalt LLP
  1912 Bonita Avenue
  Berkeley, California 94704

Serial Number: 85980517
Internet Transmission Date: Mon Jan 13 03:24:42 EST 2020
TEAS Stamp: USPTO/S08N15-XXX.XXX.XX.XXX-202001130324
42552951-4467942-70089506a637a5f11e7a21c
91ba36278b2c7709282cbf3b6c28ddb2473a7a06
856-DA-24423788-20200109171007823724





**ROUTING SHEET TO POST REGISTRATION (PRU)**   **Registration Number:** 4467942

**Serial Number:** 85980517

**RAM Sale Number:** 4467942

**RAM Accounting Date:** 20200113

**Total Fees:** $325

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20200113 | $125 | 1 | 1 | $125 |
| §15 affidavit | 7208 | 20200113 | $200 | 1 | 1 | $200 |

Physical Location: 700 - INTENT TO USE SECTION

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:** 20200113

