Stephen McArthur (State Bar No. 277712)
stephen@smcarthurlaw.com
Thomas Dietrich (State Bar No. 254282)
tom@smcarthurlaw.com
THE MCARTHUR LAW FIRM, P.C.
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Telephone: (323) 639-4455

*Attorneys for Plaintiff Thrive Natural Care, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LE-VEL BRANDS, LLC,<br><br>　　　　Defendant. | Case No. 2:21-cv-02022-DOC-KES<br><br>**PLAINTIFF'S NOTICE OF CHANGE OF LEAD COUNSEL**<br><br>Hon. David O. Carter<br>United States District Court Judge |

**TO THE COURT AND PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that attorney Stephen C. McArthur, State Bar Number 277712, of The McArthur Law Firm, PC is hereby substituted as LEAD ATTORNEY in the place of and instead of Thomas E. Dietrich, State Bar Number 254282 in the above-captioned case.

Dated: April 5, 2021                Respectfully submitted

**THE MCARTHUR LAW FIRM, PC**

By */s/ Stephen C. McArthur*

Stephen C. McArthur
Thomas E. Dietrich

*Attorneys for Plaintiff Thrive Natural Care, Inc.*

PLAINTIFF'S NOTICE OF CHANGE OF LEAD COUNSEL