**DENIED BY LEAVE OF COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| THRIVE NATURAL CARE, INC. <br> Plaintiff, <br> v. <br> LE-VEL BRANDS, LLC, <br> Defendant. | Case No. 2:21-cv-2022-DOC-(KESx) <br><br> **ORDER DENYING *EX PARTE* APPLICATION [36]** <br><br> *[Filed concurrently with Ex Parte Application and Declaration of Mark Sommers]* <br><br> Judge: Hon. David O. Carter <br> Crtrm.: 9D <br><br> Action Filed: March 4, 2021 |

The Court DENIES the Ex Parte Application to File a Sur-Reply.

Date:  April 8, 2021

*/s/ David O. Carter*

Hon. David O. Carter
United States District Judge

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603290485.1

ORDER GRANTING *EX PARTE* APPLICATION