1
2
3
4
5
6
7
8    **UNITED STATES DISTRICT COURT**
9    **CENTRAL DISTRICT OF CALIFORNIA**
10   **SOUTHERN DIVISION**

11   THRIVE NATURAL CARE, INC.,    Case No. 2:21-CV-02022-DOC-(KESx)

12          Plaintiff,    **ORDER REGARDING APPLICATION TO FILE DOCUMENTS IN CONNECTION WITH LE-VEL'S MOTION TO TRANSFER VENUE UNDER SEAL** [45]
13       v.
14   LE-VEL BRANDS, LLC,

15          Defendant.
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

This application has come before the Court upon Le-Vel Brands, LLC's ("Le-Vel") application to file the following documents under seal.  The Court, having reviewed the submission, and upon compelling reasons shown, orders as follows:

| DOCUMENTS TO BE PARTIALLY SEALED |
|---|
| Le-Vel's Memorandum of Points and Authorities in support of Motion to Transfer Venue |
|     ☒ Le-Vel's application to file under seal is ACCEPTED. |
|     ☐ Le-Vel's application to file under seal is DENIED.  The documents identified herein shall be returned to counsel. |
| Declaration of Drew S. Hoffman in Support of Le-Vel's Motion to Transfer Venue |
|     ☒ Le-Vel's application to file under seal is ACCEPTED. |
|     ☐ Le-Vel's application to file under seal is DENIED.  The documents identified herein shall be returned to counsel. |

**IT IS SO ORDERED**

Dated:  April 8, 2021

*David O. Carter*

The Hon. David O. Carter
United States District Judge

603290854