1  KENDALL BRILL & KELLY LLP
   Alan Jay Weil (63153)
2    *ajweil@kbkfirm.com*
   Shauna E. Woods (300339)
3    *swoods@kbkfirm.com*
   10100 Santa Monica Blvd., Suite 1725
4  Los Angeles, California 90067
   Telephone: 310.556.2700
5  Facsimile:  310.556.2705

6  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
7  Mark Sommers (admitted *pro hac vice*)
    mark.sommers@finnegan.com
8  Patrick Rodgers (*pro hac vice* forthcoming)
   patrick.rodgers@finnegan.com
9  901 New York Avenue, NW,
   Washington, DC 20001-4413
10 Telephone:  (202) 408-4064
   Facsimile:   (202) 408-4400
11 Morgan E. Smith (SBN 293503)
    morgan.smith@finnegan.com
12 3300 Hillview Avenue
   Palo Alto, CA 94304
13 Telephone:  (650) 849-6600
   Facsimile:   (650) 849-6666

14
   *Attorneys for*
15 *Defendant Le-Vel Brands, LLC*

16              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
17                   **SOUTHERN DIVISION**

18 THRIVE NATURAL CARE, INC.,        Case No, 2:21-CV-02022-DOC-KES

19             Plaintiff,            **DECLARATION OF DREW S.**
                  v.                 **HOFFMAN IN SUPPORT OF**
20                                   **REPLY IN SUPPORT OF**
   LE-VEL BRANDS, LLC,               **MOTION TO TRANSFER VENUE**
21
               Defendant.           **[FILED UNDER SEAL]**
22

23                                  Judge:  Hon. David O. Carter
                                    Date:    May 3, 2021
24                                  Time:    8:30a.m.
                                    Courtroom:    9D
25

26              **REDACTED VERSION OF DOCUMENT**

27           **PROPOSED TO BE FILED UNDER SEAL**

28

603293265                          Case No. 2:21-CV-02022-DOC-KES

                  DECLARATION OF DREW S. HOFFMAN

## DECLARATION OF DREW S. HOFFMAN

I, Drew S. Hoffman, declare as follows:

1.      I am the President and Chief Legal Officer at Le-Vel Brands, LLC ("Le-Vel"), where I have been employed since 2015.  The facts in this declaration are based on my personal knowledge and/or documents regularly and contemporaneously maintained in the ordinary course of business by Le-Vel.  If called upon to do so, I would testify competently to the facts contained in this declaration.

2.      Le-Vel only has ▮ full-time employees. Le-Vel has no control over how independent third-party promoters may identify or associate themselves on LinkedIn. As a result, the numbers that LinkedIn may report merely reflect third-party promoters independently selecting Le-Vel through the "Experience" section of their profiles and do not accurately reflect Le-Vel's employee numbers.

3.      Le-Vel has never sold any products in physical stores in this District or anywhere in the U.S. It only sells products online through its website.

4.      Many of Le-Vel's employees knowledgeable about Le-Vel's THRIVE SKIN skincare products are based in the Eastern and Northern Districts of Texas. This includes Le-Vel's chief financial officer, Sophary Ly, who has extensive knowledge of the sales resulting from Le-Vel's THRIVE SKIN skincare products. She is located in the Eastern District of Texas. Le-Vel's first in-house counsel, Chris Schmidt, is also located in the Eastern District of Texas. And Le-Vel's director of supply chain, Erica Kimsophalla, and Le-Vel's senior director of operations, Cliff Gallagher are located in the Eastern District of Texas. Ms. Kimsophalla and Mr. Gallagher have knowledge about the supply and distribution logistics for THRIVE SKIN skincare products.

5.      During Le-Vel's initial growth, all executive employees and operations were based out of Dallas, Texas and Irving, Texas. These locations are approximately 30 miles from Le-Vel's current headquarters. This included the individuals involved in the development, selection, adoption, and first use of the THRIVE trademark. Le-Vel's founders were primarily responsible for the development, selection, adoption

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603293265

1

Case No. 2:21-CV-02022-DOC-KES

DECLARATION OF DREW S. HOFFMAN

1    and initial use of Le-Vel's THRIVE mark and product expansion plans. Decisions

2    regarding the development, selection, adoption, and initial use of Le-Vel's THRIVE

3    mark and product expansion plans were made in Dallas, Texas and Irving, Texas. One

4    of the founders, Paul Gravette, is located in Nashville, Tennessee. The other founder,

5    Jason Camper, divides his time between Colorado and Arizona. As Le-Vel's customer

6    base grew over the years, Le-Vel expanded its product line from vitamins and skin

7    vitamin patches to skin vitamins and skincare products.  From its early days, Le-Vel

8    has always marketed, promoted, and sold products with a strong connection to a

9    person's "skin," health and wellness, and looking and feeling good.

10           6.     I am Le-Vel's president and chief legal officer, and reside in Florida and

11   currently oversee general operations, including intellectual property issues. Le-Vel's

12   executive director of digital marketing, Elizabeth Reuth, who is knowledgeable of Le-

13   Vel's marketing and advertising operations, resides in Florida. Le-Vel's director of

14   finance, Camie Munson, is located in Dallas, Texas. Timothy Bepler, the director of

15   graphic design and branding, and his team are located in Michigan.

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603293265                                2                    Case No. 2:21-CV-02022-DOC-KES
                          DECLARATION OF DREW S. HOFFMAN

1  I declare under penalty of perjury of the laws of the United States that the

2  foregoing is true and correct pursuant to 28 U.S.C. § 1746.  This declaration was

3  executed on April 19, 2021 in Miami, Florida.

4

5                                         Drew S. Hoffman

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

603288558                                   3                    Case No. 2:21-CV-02022-DOC-KES

DECLARATION OF DREW S. HOFFMAN