KENDALL BRILL & KELLY LLP
Alan Jay Weil (63153)
  *ajweil@kbkfirm.com*
Shauna E. Woods (300339)
  *swoods@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Mark Sommers (admitted *pro hac vice*)
  mark.sommers@finnegan.com
Patrick Rodgers (*pro hac vice* forthcoming)
patrick.rodgers@finnegan.com
901 New York Avenue, NW,
Washington, DC 20001-4413
Telephone: (202) 408-4064
Facsimile: (202) 408-4400
Morgan E. Smith (SBN 293503)
  morgan.smith@finnegan.com
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

*Attorneys for Defendant Le-Vel Brands,
LLC*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| THRIVE NATURAL CARE, INC., | Case No. 2:21-CV-02022-DOC-KES |
| Plaintiff, | **DECLARATION OF SHAUNA E. WOODS IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE** |
| v. | |
| LE-VEL BRANDS, LLC, | Judge: Hon. David O. Carter |
| Defendant. | Date: May 3, 2021<br>Time: 8:30a.m.<br>Courtroom: 9D |

### REDACTED VERSION OF DOCUMENT

### PROPOSED TO BE FILED UNDER SEAL

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

## <u>DECLARATION OF SHAUNA E. WOODS</u>

I, Shauna E. Woods, declare as follows:

1.     I am an attorney at Kendall Brill & Kelly LLP and am counsel for Le-Vel Brands, LLC in this action.  I am a member in good standing of the State Bar of California and am admitted to practice before this Court.  Except where otherwise stated, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.  I make this declaration in support of Le-Vel's Reply in Support of Its Motion to Transfer Venue.

2.     Attached as Exhibit 1 to this declaration is a true and correct screen capture of an article from Fashion & Beauty Monitor entitled "Thrive Natural Care appoints ████████████" and dated March 8, 2021. The public portion of this article can be accessed at ███████████████████████████████████████████████████ ████████████████████

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.  This declaration was executed on April 19, 2021 in Los Angeles, CA.

_____
Shauna E. Woods

**Kendall Brill & Kelly LLP**
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603293263

1

Case No. 2:21-CV-02022-DOC-KES

DECLARATION OF SHAUNA E. WOODS

# Exhibit 1

## to the Declaration of Shauna E. Woods

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Menu

## Thrive Natural Care appoints 

Mar, 08, 2021

### ig

Thrive Natural Care has appointed ▮▮▮▮▮▮▮ or representation. The sustainable la el offers a line of skincare including sunscreen balm ▮▮▮▮▮▮ and shave oil.



**AVAILABLE TO SUBSCRIBERS ONLY**

**Subscribe now for access to exclusive fashion, beauty, lifestyle contacts and more.**

**Get started**

## Latest news

**Brand Appointments**

### THE OUTNET.COM recruits PR Assistant

Ursula Shapiro has joined THE OUTNET.COM as PR Assistant. Ursula previously served as Global PR Assistant at Vestiaire Collective.

Apr, 15, 2021

**Brand Appointments | Launches**

### Happy Paul launches

Happy Paul has announced its launch. Debuting with an uplifting roll-on perfume oil, the brand aims to support mental health by rewarding acts of self care. The perfume, with costs £30, can be applied to pulse points and has top notes of bergamot, spearmint, lemon, eucalyptus, pink peppercorn, cinnamon bark, mid notes of frankincense, petitgrain, rosemary, jasmine, and base notes of cedarwood, vetivert, sandalwood, musks. 20% of profits will go...

Apr, 15, 2021

**Change of Details**

### Debbi Marco goes freelance

Debbi Marco, former Acting Deputy Head of Content at Reach plc, has gone freelance. Debbi is available for commissions across new launches, case studies, health and lifestyle.

Apr, 15, 2021

**Account Wins**

### INFINITY CREATIVE AGENCY represents Naked Wardrobe

Fashion label Naked Wardrobe has appointed INFINITY CREATIVE AGENCY for representation. The brand offers apparel for women and men as well as maternity and childrenswear lines.

Apr, 15, 2021

*Request a demo*

Exhibit 1
Page 2

1/2

team members will get in touch shortly to book a
the platform at your convenience.

Menu

**CONTINUE**

*Sign up* **for the Fashion & Beauty Newsletter**

Get all the latest fashion, beauty and lifestyle insights, straight to your inbox.

**SIGN UP >**


FASHION
BEAUTY / MONITOR

**Discover**

PLATFORM

CUSTOMERS

PACKAGES

BLOG

RESOURCES

INDUSTRY NEWS

JOBS

*Contact us if you have any questions.*

10 York Rd, Lambeth, London SE1 7ND

**For marketing enquiries** click here

**For sales enquiries** click here

   

Copyright © 2021 Centaur Media plc and / or its subsidiaries and licensors. All rights reserved.
Xeim Limited | Registered in England and Wales with number 05243851
Website Terms & Conditions | Privacy | Cookie | Fashion Monitor Privacy Notice

Exhibit 1
Page 3