KENDALL BRILL & KELLY LLP
Alan Jay Weil (63153)
  *ajweil@kbkfirm.com*
Shauna E. Woods (300339)
  *swoods@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Mark Sommers (admitted *pro hac vice*)
  mark.sommers@finnegan.com
Patrick Rodgers (*pro hac vice forthcoming*)
patrick.rodgers@finnegan.com
901 New York Avenue, NW,
Washington, DC 20001-4413
Telephone:  (202) 408-4064
Facsimile:  (202) 408-4400
Morgan E. Smith (SBN 293503)
  morgan.smith@finnegan.com
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone:  (650) 849-6600
Facsimile:  (650) 849-6666

Attorneys for Defendant Le-Vel Brands,
LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

|  |  |
|---|---|
| THRIVE NATURAL CARE, INC., | Case No. 2:21-CV-02022-DOC-KES |
| Plaintiff, | **APPLICATION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH LE-VEL'S REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE PURSUANT TO L.R. 79-5 AND THIS COURT'S STANDING ORDERS** |
| v. | |
| LE-VEL BRANDS, LLC, | |
| Defendant. | |
|  | Judge:  Hon. David O. Carter |
|  | Crtrm.: 9D |
|  | Action Filed:  March 4, 2021 |
|  | Trial Date:  TBD |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603293118

Case No. 2:21-CV-02022-DOC-KES

APPLICATION TO FILE DOCUMENTS UNDER SEAL

1        Pursuant to Civil Local Rule 79-5 and this Court's Standing Orders, Le-Vel

2   hereby requests the Court's permission to file portions the following documents

3   under seal to protect confidential proprietary information:

4        • Defendant Le-Vel's Reply in support of Motion to Transfer Venue

5          ("Reply Brief"),

6        • Declaration of Drew S. Hoffman in Support of Reply Brief ("Hoffman

7          Declaration"),

8        • Declaration of Shauna E. Woods in Support of Reply Brief ("Woods

9          Declaration"),

10        • Exhibit 1 attached to the to the Woods Declaration.

11        This application is based on the Declarations of Drew S. Hoffman and Shauna

12   E. Woods. Le-Vel's Reply Brief, the Hoffman Declaration, the Woods Declaration,

13   and Exhibit 1 to the Woods Declaration contain information which has been

14   designated by Le-Vel as confidential as explained in the declarations attached hereto

15   or information which Plaintiff Thrive Natural Care, Inc. has identified as

16   confidential.  Plaintiff's counsel has stated that Plaintiff will not oppose this

17   application to seal. Decl. of Shauna E. Woods ("Woods Decl."), ¶ 2. In the event

18   this application is denied, Le-Vel requests that the documents be returned to

19   counsel.

20        The public's "access to judicial records is not absolute." *Kamakana v. City &*

21   *Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). The Court weighs the

22   competing interests of the public and the party requesting sealing, determines

23   whether the party's request is based "on a compelling reason," and must "articulate

24   the factual basis for its ruling, without relying on hypothesis or conjecture." *Pintos*

25   *v. Pac. Creditors Ass'n*, 605 F.3d 665, 679, 681 n.6 (9th Cir. 2010). Generally,

26   compelling reasons sufficient to "justify sealing court records exist when such 'court

27   files might have become a vehicle for improper purposes.'" *Kamakana v. City &*

28   *Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (citations omitted).

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603293118

1

Case No. 2:21-CV-02022-DOC-KES
APPLICATION TO FILE DOCUMENTS UNDER SEAL

"'[C]ompelling reasons' sufficient to outweigh the public's interest in disclosure and justify sealing court records exist" when disclosure would "release trade secrets." *Id*. at 1179 (citing *Nixon v. Warner Commcn's, Inc.*, 435 U.S. 589, 598 (1978)); *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010). "One factor that weighs in favor of sealing documents is when the release of the documents will cause competitive harm to a business." *Apple Inc. v. Samsung Elecs. Co., Ltd.*, 727 F.3d 1214, 1221 (Fed. Cir. 2013) (applying Ninth Circuit law). Information should be sealed where "competitors could not obtain [the information] anywhere else." *Id.* at 1229 (reversing district court's refusal to seal material after finding compelling reasons to seal the material). Moreover, identifications of trade secrets are "subject to any orders that may be appropriate under Section 3426.5 of the Civil Code." Cal. Code Civ. P. § 2019.210. Section 3426.5 states that a court "shall preserve the secrecy of an alleged trade secret by reasonable means, which may include . . . sealing the records of the action . . . ." Cal. Civ. Code § 3426.5.

Here, compelling reasons exist to protect Le-Vel's confidential, proprietary information regarding its finances, sales, relative market success, promoter statistics, and employee data. Moreover, attached hereto are (i) unredacted versions of the documents Le-Vel seeks to file under seal with proposed redactions of Le-Vel's and Plaintiff's confidential proprietary information highlighted and (ii) redacted public versions of the documents Le-Vel seeks to file under seal with only Le-Vel's and Plaintiff's confidential proprietary information redacted in order to aid the public's ability to understand the substance of the issues or any decision issued by the Court:

- A redacted public version of the Reply Brief is attached.
- An unredacted version of the Reply Brief proposed to be filed under seal is attached. Proposed redactions have been highlighted.  Le-Vel's proposed redactions have been highlighted in yellow; Plaintiff's redactions have been highlighted in green.
- A redacted public version of the Hoffman Declaration is attached.

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603293118

2

Case No. 2:21-CV-02022-DOC-KES

APPLICATION TO FILE DOCUMENTS UNDER SEAL

- An unredacted version of the Hoffman Declaration proposed to be filed under seal is attached. Proposed redactions have been highlighted. All redactions in the Hoffman Declaration reference Le-Vel's confidential and proprietary information.
- A redacted public version of the Woods Declaration is attached.
- An unredacted version of the Woods Declaration proposed to be filed under seal is attached. Proposed redactions have been highlighted. All redactions in the Woods Declaration reference Plaintiff's confidential and proprietary information.
- A redacted public version of Exhibit 1 attached to the Woods Declaration is attached.
- An unredacted version of Exhibit 1 attached to the Woods Declaration proposed to be filed under seal is attached. Proposed redactions have been highlighted. All redactions in the Woods Declaration reference Plaintiff's confidential and proprietary information.

## I.     LE-VEL'S PROPOSED REDACTIONS

Le-Vel is a health and wellness lifestyle company that offers a wide array of goods nationwide, including vitamins for skin, snacks, and skincare products. Decl. of Drew Hoffman In Support of Application to File Documents Under Seal ("Hoffman Decl.") at ¶ 2. Le-Vel's business is highly competitive in nature and Le-Vel has invested considerable time and resources over the years in developing and protecting proprietary information regarding its business model, including sales and marketing strategies and organizational structure. *Id.* at ¶ 3. Le-Vel develops its marketing and advertising plans, product positioning, pricing, and sales projections based on the information it has compiled about its consumer base, such as total sales, relative strength of sales in various localities, and promoter success in various localities. *Id.* Le-Vel has also created internal processes and an organizational structure to support its nationwide business. *Id.* Public disclosure of this information

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603293118

3

Case No. 2:21-CV-02022-DOC-KES

APPLICATION TO FILE DOCUMENTS UNDER SEAL

1  would place Le-Vel at a competitive disadvantage and/or possibly cause other harm

2  to Le-Vel. *See*, *id.*

3       In order to maintain its competitive position and prevent competitors from

4  improperly using Le-Vel confidential information, Le-Vel takes steps to prevent

5  public disclosure of its confidential information. *Id.* at ¶ 4. To that end, Le-Vel

6  intends to enter into a protective order with the Plaintiff so as to keep such

7  information confidential throughout this litigation.

8       The redacted portions of the Reply Brief contain proprietary confidential

9  information relating to Le-Vel's financial information, such as amounts of total sales

10  and relative sales in various localities, and statistics of third-party promoters,

11  including total promoters and overall performance and success of promoters in

12  various localities. *Id.* at ¶ 6. This information is highly useful in Le-Vel's line of

13  business to project future sales, understand product success, and adapt marketing

14  and advertising business plans. *Id.* Le-Vel takes steps to keep this information

15  private and confidential and disclosure of this information would place Le-Vel at a

16  competitive disadvantage and/or possibly cause other harm to Le-Vel. *Id.* Le-Vel

17  has narrowly tailored its redactions to the Reply Brief to only those portions

18  containing Le-Vel's confidential information, so as to aid the public's ability to

19  understand the substance of the issues or any decision issued by the Court. *Id.* Thus,

20  the unredacted version of the Reply Brief should be sealed.

21       The redacted portions of the Hoffman Declaration contain proprietary

22  confidential information relating to Le-Vel's total number of employees that help

23  run its nationwide operations. *Id.* at ¶ 7. This information is highly useful in Le-

24  Vel's line of business to understand the organizational structure and resources

25  required to run Le-Vel's nationwide operations. *Id.* Le-Vel takes steps to keep this

26  information private and confidential and disclosure of this information would place

27  Le-Vel at a competitive disadvantage and/or possibly cause other harm to Le-Vel.

28  *Id.* Le-Vel has narrowly tailored its redactions to the Hoffman Declaration to only

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603293118                                4                    Case No. 2:21-CV-02022-DOC-KES
                    APPLICATION TO FILE DOCUMENTS UNDER SEAL

1   those portions containing Le-Vel's confidential information, so as to aid the public's

2   ability to understand the substance of the issues or any decision issued by the Court.

3   *Id.* Thus, the unredacted version of the Hoffman Declaration should be sealed.

4   **II.      PLAINTIFF'S PROPOSED REDACTIONS**

5          Pursuant to Local Rule 79-5.2.2, Le-Vel also submits this application to file

6   the unredacted version of the Reply Brief, the unredacted version of the Woods

7   Declaration, and the unredacted version of Exhibit 1 to the Woods Declaration

8   under seal because it implicates information that TNC has designated as "highly

9   confidential—attorneys' eyes only."  Counsel for TNC has not consented to publicly

10  filing the information that has been redacted from the public version of the Reply

11  Brief.  That information has been highlighted green in the unredacted version of the

12  Reply Brief and the unredacted version of the Woods Declaration.

13  DATED:  April 19, 2021              KENDALL BRILL & KELLY LLP

14                                      By:   ___/s/ Alan Jay Weil_____

15                                            Alan Jay Weil

16                                            Attorneys for Defendant Le-Vel Brands,
                                              LLC

17

18                                            FINNEGAN, HENDERSON,
                                              FARABOW, GARRETT & DUNNER, LLP
19                                            Mark Sommers (admitted *pro hac vice* )
                                              Morgan E. Smith (SBN 293503)
20                                            Patrick J. Rodgers (*pro hac vice forthcoming*)

21

22

23

24

25

26

27

28

**Kendall Brill
& Kelly LLP**
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603293118                              5                  Case No. 2:21-CV-02022-DOC-KES
                          APPLICATION TO FILE DOCUMENTS UNDER SEAL