KENDALL BRILL & KELLY LLP
Alan Jay Weil (63153)
 ajweil@kbkfirm.com
Shauna E. Woods (300339)
 swoods@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Mark Sommers (admitted *pro hac vice*)
 mark.sommers@finnegan.com
Patrick Rodgers (*pro hac vice* forthcoming)
 patrick.rodgers@finnegan.com
901 New York Avenue, NW,
Washington, DC 20001-4413
Telephone:  (202) 408-4064
Facsimile:  (202) 408-4400
Morgan E. Smith (SBN 293503)
 morgan.smith@finnegan.com
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone:  (650) 849-6600
Facsimile:  (650) 849-6666

Attorneys for Specially Appearing
Defendant Le-Vel Brands, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| THRIVE NATURAL CARE, INC.<br><br>Plaintiff,<br><br>v.<br><br>LE-VEL BRANDS, LLC,<br><br>Defendant. | Case No. 2:21-cv-2022-DOC-KES<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. David O. Carter<br>Crtrm.: 9D<br><br>Action Filed: March 4, 2021<br>Trial Date:    TBD |

Case No. 2:21-cv-2022-DOC-KES

PROOF OF SERVICE

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 10100 Santa Monica Blvd., Suite 1725, Los Angeles, CA 90067.

On April 19, 2021, I served true copies of the following document(s) described as

**1. DECLARATION OF DREW S. HOFFMAN IN SUPPORT OF APPLICATION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH LE-VEL'S REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE;**

**2. DECLARATION OF SHAUNA E. WOODS IN SUPPORT OF APPLICATION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH LE-VEL'S REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE;**

**3. [SEALED DOCUMENT] DEFENDANT LE-VEL'S REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404;**

**4. [SEALED DOCUMENT] DECLARATION OF DREW S. HOFFMAN IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE;**

**5. [SEALED DOCUMENT] DECLARATION OF SHAUNA E. WOODS IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE; and**

**6. [SEALED DOCUMENT] EXHIBIT 1 TO THE DECLARATION OF SHAUNA E. WOODS IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE**

on the interested parties in this action as follows:

Thomas E Dietrich
Stephen Charles McArthur
**MCARTHUR LAW FIRM PC**
9465 Wilshire Boulevard Suite 300
Beverly Hills, CA 90212
323-639-4455
tom@smcarthurlaw.com
stephen@smcarthurlaw.com

*Attorneys for Thrive Natural Care, Inc.*

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent to each interested party at the email addresses listed above or on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

1  I declare under penalty of perjury under the laws of the State of California
2  that the foregoing is true and correct.

    Executed on April 19, 2021, at Los Angeles, California.

*Patricia Perelló*

Patricia S. Perelló

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

3
PROOF OF SERVICE

Case No. 2:21-cv-2022-DOC-KES