| | |
|---|---|
| 1 | Stephen McArthur (State Bar No. 277712) |
| 2 | stephen@smcarthurlaw.com |
|   | Thomas Dietrich (State Bar No. 254282) |
| 3 | tom@smcarthurlaw.com |
|   | THE MCARTHUR LAW FIRM, P.C. |
| 4 | 9465 Wilshire Blvd., Ste. 300 |
|   | Beverly Hills, CA 90212 |
| 5 | Telephone: (323) 639-4455 |
| 6 | *Attorneys for Plaintiff Thrive Natural Care, Inc.* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| THRIVE NATURAL CARE, INC., | Case No. 2:21-CV-02022-DOC-KES |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR THRIVE NATURAL CARE, INC. TO RESPOND TO LE-VEL BRANDS, LLC'S ANSWER AND COUNTERCLAIMS** |
| v. | |
| LE-VEL BRANDS, LLC, | |
| Defendant. | Judge: Hon. David O. Carter |
|   | **Courtroom**: 9D |
| LE-VEL BRANDS, LLC, | |
| Counterclaim Plaintiff, | |
| v. | |
| THRIVE NATURAL CARE, INC, | |
| Counterclaim Defendant. | |

STIPULATION EXTENDING TIME FOR THRIVE TO RESPOND

Pursuant to Civil Local Rule 7-1, Plaintiff and Counter-defendant Thrive Natural Care, Inc. and Defendant and Counterclaimant Le-Vel Brands, LLC, by and through their respective counsel, hereby stipulate as follows:

1. Defendant filed its Answer and Counterclaims (Doc. 48) on April 2, 2021.
2. Plaintiff currently has until April 23, 2021, to answer, move, or otherwise respond to Defendant's Answer and Counterclaims.
3. Counsel for the parties have met and conferred regarding certain issues about Plaintiff's answer and response to Defendant's Answer and Counterclaims and request an additional seven days to address or narrow any such issues.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Plaintiff's deadline to respond to any answer or counterclaims filed by Defendant shall be extended by seven days and shall, upon the Court's signature of the proposed order filed herewith, be due April 30, 2021.

**IT IS SO STIPULATED.**

Dated: April 21, 2021                          THE MCARTHUR LAW FIRM, P.C.

By */s/ Stephen C. McArthur*
    Stephen C. McArthur

*Attorneys for Plaintiff and Counter-defendant Thrive Natural Care, Inc.*

| | |
|---|---|
| Dated: April 21, 2021 | KENDALL BRILL & KELLY LLP |
| | By */s/ Shauna E. Woods* (with permission)<br>    Shauna E. Woods |
| | *Attorneys for Defendant and Counterclaimant Le-Vel Brands, LLC* |

2

**ATTESTATION UNDER LOCAL RULE 5-4.3.4**

I, Stephen McArthur, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Local Rule 5-4.3.4(a)(2), I hereby attest that Shauna E. Woods has concurred in this filing.

Dated: April 21, 2021

/s/
Stephen C. McArthur

# CERTIFICATE OF SERVICE

Case Name: *Thrive Natural Care, Inc. v. Le-Vel Brands, LLC*, Case No. 2:21-CV-02022-DOC-KES

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 9465 Wilshire Blvd., Ste. 300, Beverly Hills, CA 90212. I am not a party to the above-entitled action.

I have caused service of the following documents, described as:

**STIPULATION TO EXTEND TIME FOR THRIVE NATURAL CARE, INC. TO RESPOND TO LE-VEL BRANDS, LLC'S ANSWER AND COUNTERCLAIMS**

on the following parties by electronically filing the foregoing on April 21, 2021, with the Clerk of the District Court using its ECF System, which electronically notifies them.

KENDALL BRILL & KELLY LLP                *Attorneys for Defendant*
Alan Jay Weil (63153)
ajweil@kbkfirm.com
Shauna E. Woods (300339)
swoods@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Mark Sommers (pro hac vice forthcoming)
mark.sommers@finnegan.com
Patrick Rodgers (pro hac vice forthcoming)
patrick.rodgers@finnegan.com
901 New York Avenue, NW,
Washington, DC 20001-4413
Telephone: (202) 408-4064
Morgan E. Smith (SBN 293503)
morgan.smith@finnegan.com
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 4/21/2021      By: /s/
                          Stephen McArthur