**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| THRIVE NATURAL CARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> LE-VEL BRANDS, LLC, <br><br> Defendant. | Case No. 2:21-CV-02022-DOC-(KESx) <br><br> **ORDER GRANTING APPLICATION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH LE-VEL'S REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE** [63] |

ORDER

603293115

This application has come before the Court upon Le-Vel Brands, LLC's ("Le-Vel") application to file portions of the following documents under seal:

(i) Le-Vel's Reply in support of Motion to Transfer Venue ("Reply Brief")

(ii) Declaration of Drew S. Hoffman in Support of Reply Brief ("Hoffman Declaration")

(iii) Declaration of Shauna E. Woods in Support of Reply Brief ("Woods Declaration").

The Court, having reviewed the submission, and upon compelling reasons shown, orders that the information located in the documents, as noted in the table below, shall be sealed:

| Document | Type of Confidential Information | Location of Information |
|---|---|---|
| Reply Brief | Le-Vel's Confidential Information | page 3, line 25<br>page 4, lines 12, 20, 28<br>page 5, lines 8-9, 11-13<br>page 8, line 19<br>page 9, lines 10 and 21<br>page 11, line 13 |
| Reply Brief | Plaintiff's Confidential Information | page 4, lines 15 and 17<br>page 7, line 5<br>page 17, line 27 |
| Hoffman Declaration | Le-Vel's Confidential Information | page 1, line 11 |
| Woods Declaration | Plaintiff's Confidential Information | page 1, lines 9 and 11 |
| Exhibit 1 to the Woods Declaration | Plaintiff's Confidential Information | As indicated by highlighting |

**IT IS SO ORDERED**

Dated: April 20, 2021

*David O. Carter*

The Hon. David O. Carter
United States District Judge