```
 1  KENDALL BRILL & KELLY LLP
    Alan Jay Weil (63153)
 2    ajweil@kbkfirm.com
    Shauna E. Woods (300339)
 3    swoods@kbkfirm.com
    10100 Santa Monica Blvd., Suite 1725
 4  Los Angeles, California 90067
    Telephone: 310.556.2700
 5  Facsimile:  310.556.2705

 6  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, LLP
 7  Mark Sommers (admitted pro hac vice)
     mark.sommers@finnegan.com
 8  Patrick Rodgers (pro hac vice forthcoming)
    patrick.rodgers@finnegan.com
 9  901 New York Avenue, NW,
    Washington, DC 20001-4413
10  Telephone:   (202) 408-4064
    Facsimile:   (202) 408-4400
11  Morgan E. Smith (SBN 293503)
     morgan.smith@finnegan.com
12  3300 Hillview Avenue
    Palo Alto, CA 94304
13  Telephone:   (650) 849-6600
    Facsimile:   (650) 849-6666
14
    Attorneys for Specially Appearing
15  Defendant Le-Vel Brands, LLC
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| THRIVE NATURAL CARE, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>LE-VEL BRANDS, LLC,<br><br>    Defendant. | Case No. 2:21-cv-2022-DOC-KES<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. David O. Carter<br>Crtrm.: 9D<br><br>Action Filed: March 4, 2021<br>Trial Date:    TBD |

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 10100 Santa Monica Blvd., Suite 1725, Los Angeles, CA 90067.

On April 22, 2021, I served true copies of the following document(s) described as

1. [SEALED DOCUMENT] DEFENDANT LE-VEL'S REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404;

2. [SEALED DOCUMENT] DECLARATION OF DREW S. HOFFMAN IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE;

3. [SEALED DOCUMENT] DECLARATION OF SHAUNA E. WOODS IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE; and

4. [SEALED DOCUMENT] EXHIBIT 1 TO THE DECLARATION OF SHAUNA E. WOODS IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE

on the interested parties in this action as follows:

Thomas E Dietrich
Stephen Charles McArthur
**MCARTHUR LAW FIRM PC**
9465 Wilshire Boulevard Suite 300
Beverly Hills, CA 90212
323-639-4455
tom@smcarthurlaw.com
stephen@smcarthurlaw.com

*Attorneys for Thrive Natural Care, Inc.*

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent to each interested party at the email addresses listed above or on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 22, 2021, at Los Angeles, California.

*Patricia Perelló*

Patricia S. Perelló