UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>LE-VEL BRANDS, LLC,<br><br>    Defendant. | Case No. 2:21-CV-02022-DOC-(KESx)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR THRIVE NATURAL CARE, INC. TO RESPOND TO LE-VEL BRANDS, LLC'S ANSWER AND COUNTERCLAIMS [66]**<br><br>Judge: Hon. David O. Carter<br>**Courtroom**: 9D |
| LE-VEL BRANDS, LLC,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>THRIVE NATURAL CARE, INC,<br><br>    Counterclaim Defendant. | |

The Court has considered the Stipulation to Extend Time for Thrive Natural Care, Inc. to Respond to Le-Vel Brands, LLC's Answer and Counterclaims (the "Stipulation").

Finding good cause therefor, the Stipulation is GRANTED. Plaintiff's deadline to respond to Defendant's Answer and Counterclaims shall be extended by seven days to April 30, 2021.

DATED: April 23, 2021

*David O. Carter*

Honorable David O. Carter