# Exhibit 3 to the

# First Amended Answer, Affirmative Defenses, and Counterclaims

Search Home My Network Jobs Messaging Notifications Me Work Try Premium Free for 1 Month

BK Arizona Sandal - Masters of comfort since 1774 |Only $39.99 |Mid-season sales-Huge discount Ad

Connect Message

# Laura Arce Aita

Founding Director of Product R&D Thrive Natural Care / Co-owner Laita Cosmetics

Costa Rica · 165 connections · Contact info

Thrive Natural Care

Universidad de Costa Rica

Ad

Get the latest jobs and industry news

Marriott International

Document, explore relevant opportunities with Marriott International

Follow

## People and pages related to Laura

See all

L'Oréal
Page • Cosmetics
3,449,676 followers
Follow

Beauty Independent
Page • Online Media
43,959 followers
Follow

Global C
Page • Pu
25,334 fol

## About

I believe in nature's wisdom and I am passionate about designing effective, natural based, healthcare products, that helps people look better and live healthier lives.

## Activity

170 followers

Posts Laura created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience

**Founding Director of Product R&D**
Thrive Natural Care
Mar 2013 – Present · 8 yrs 2 mos

R&D direction, formula design of Thrive's healthy, high-performance, men's shave and skincare products.
Unique, natural derived and effective products certified "Premium Body Care" by Whole Foods Market.
Technical lead for the adaptation and incorporation of Thrive's unique costarican extracts into our formulas.

**Co-founder, Research & Development Manager**
Laita Cosmetics
Mar 2003 – Present · 18 yrs 2 mos
Costa Rica

Co-founder and Co-owner of Laita Cosmetics, R&D and Quality Control Manager
Developed 50 natural based cosmetics for hair & skin for our commercial brand, Laita Cosmetics; our professional brand, Di Lino Brillanti; and our Laita Spa brand

...see more

## Education

**Universidad de Costa Rica**
Food Engineering

## People also viewed

Alex McIntosh · 3rd+
co-founder & ceo at Thrive Natural Care
Connect

Juan C. Rico Almaguer · 3rd+
R&D Ingredion México S.A. de C.V.
Connect

María Magdalena González Delgado · 3rd+
Gerente Sr. R&D / Investigación y Desarrollo/ Químico/ Chemist/ Scientist/...
Connect

Walter Lobo · 3rd+
Gerente en Grupo Solaris Costa Rica
Connect

Alonso Leiton · 3rd+
Marketing and R&D Director
Connect

Show more

## People you may know

Maeve Lalor
Epidemiologist, researcher, interrupting transmission
Connect

Angela Robertson
Operations Manager at American Type Culture Collection
Connect

Paris McGruder
Policy & Advocacy Operations Specialist at Cystic Fibrosis Foundation
Connect

Elizabeth Carissimo
Student at George Mason University
Connect

Cheentan Mehta
Business Owner at Dev Darshan LLC
Connect

Show more

LEARNING

## Skills & endorsements

Cosmetics

Product R&D

Natural Products

Show more

## Interests

Cosmetics and Beauty Network
91,688 members

Vital Voices Global Partnership
12,976 followers

Natural cosmetics scientists association
1,747 members

Brené Brown
University of Houston + University of Texas at Aus
2,754,427 followers

Universidad de Costa Rica
98,856 followers

CEW
19,500 followers

See all

Add new skills with these courses

Retouching Skin with Lightroom and Photoshop
1,062 viewers

InfraWorks 2021: Parametric Civil Structure Models

Inclusive Tech: Building Your Team

Show more on LinkedIn Learning

Promoted

Get Your Case Review Now!
Have your injury case reviewed by an attorney for free online. Start here...
Learn more

Let Art Take Root
Interested in learning more about greenscreen's modular panels? Click below
Learn more

LinkedIn

About
Community Guidelines
Privacy & Terms
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings

Select Language
English (English)

LinkedIn Corporation © 2021

Exhibit 3
Page 57



