# Exhibit 5 to the

# First Amended Answer, Affirmative Defenses, and Counterclaims



Home > Whois Lookup > Thrive-Natural.com

## Whois Record for Thrive-Natural.com

### Domain Profile

| | |
|---|---|
| Registrant Org | ECOMUNDI VENTURES, LLC |
| Registrant Country | us |
| Registrar | GoDaddy.com, LLC<br>IANA ID: 146<br>URL: http://www.godaddy.com<br>Whois Server: whois.godaddy.com<br>abuse@godaddy.com<br>(p) 14806242505 |
| Registrar Status | clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited |
| Dates | 3,151 days old<br>Created on 2012-09-11<br>Expires on 2021-09-11<br>Updated on 2020-09-12 |
| Name Servers | NS21.DOMAINCONTROL.COM (has 59,260,791 domains)<br>NS22.DOMAINCONTROL.COM (has 59,260,791 domains) |
| Tech Contact | — |
| IP Address | 34.102.136.180 - 29,265,987 other sites hosted on this server |
| IP Location | - Missouri - Kansas City - Google Llc |
| ASN | AS15169 GOOGLE, US (registered Mar 30, 2000) |
| Domain Status | Registered And Active Website |
| IP History | 2 changes on 2 unique IP addresses over 9 years |
| Registrar History | 1 registrar with 2 drops |
| Hosting History | 1 change on 2 unique name servers over 9 years |

### Website

| | |
|---|---|
| Website Title | None given. |

Whois Record ( last updated on 2021-04-28 )





```
Tech Organization:
Tech Street:
Tech City:
Tech State/Province:
Tech Postal Code:
Tech Country:
Tech Phone:
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: REDACTED FOR PRIVACY (DT)
Registry Billing ID:
Billing Name:
Billing Organization:
Billing Street:
Billing City:
Billing State/Province:
Billing Postal Code:
Billing Country:
Billing Phone:
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email:
Nameservers:
        ns21.domaincontrol.com
        ns22.domaincontrol.com
DNSSEC: unsigned
```

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information      © 2021 DomainTools