# Exhibit 6 to the

# First Amended Answer, Affirmative Defenses, and Counterclaims



HOME RESEARCH

DOMAINTOOLS PROFILE CONNECT MONITOR SUPPORT Whois Lookup LOGIN Sign Up

Home > Whois Lookup > ThriveNaturalCare.com

# Whois Record for ThriveNaturalCare.com

How does this work?

## Domain Profile

| | |
|---|---|
| Registrant | Registration Private |
| Registrant Org | Domains By Proxy, LLC |
| Registrant Country | us |
| Registrar | GoDaddy.com, LLC<br>IANA ID: 146<br>URL: http://www.godaddy.com<br>Whois Server: whois.godaddy.com<br>abuse@godaddy.com<br>(p) 14806242505 |
| Registrar Status | clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited |
| Dates | 3,151 days old<br>Created on 2012-09-11<br>Expires on 2021-09-11<br>Updated on 2020-09-12 |
| Name Servers | NS21.DOMAINCONTROL.COM (has 59,260,791 domains)<br>NS22.DOMAINCONTROL.COM (has 59,260,791 domains) |
| Tech Contact | Registration Private<br>Domains By Proxy, LLC<br>DomainsByProxy.com,<br>Scottsdale, Arizona, 85260, us<br>thrivenaturalcare.com@domainsbyproxy.com<br>(p) 14806242599 (f) 14806242598 |
| IP Address | 23.227.38.74 - 2,789,351 other sites hosted on this server |
| IP Location | - Ontario - Ottawa - Shopify Inc. |
| ASN | AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| Domain Status | Registered And Active Website |
| IP History | 12 changes on 12 unique IP addresses over 9 years |
| Registrar History | 1 registrar with 2 drops |
| Hosting History | 1 change on 2 unique name servers over 9 years |

## Website

| | |
|---|---|
| Website Title | None given. |

### Whois Record ( last updated on 2021-04-28 )

```
Domain Name: THRIVENATURALCARE.COM
Registry Domain ID: 1744362696_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2020-09-12T11:23:36Z
Creation Date: 2012-09-11T22:08:31Z
Registrar Registration Expiration Date: 2021-09-11T22:08:31Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: thrivenaturalcare.com@domainsbyproxy.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
```

DomainTools Iris
More data. Better context. Faster response.
Learn More

Preview the Full Domain Report

### Tools

Hosting History
Monitor Domain Properties
Reverse IP Address Lookup
Network Tools
Visit Website

### Available TLDs

General TLDs | Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

- Taken domain.
- Available domain.
- Deleted previously owned domain.

| | |
|---|---|
| ThriveNaturalCare.com | View Whois |
| ThriveNaturalCare.net | Buy Domain |
| ThriveNaturalCare.org | Buy Domain |
| ThriveNaturalCare.info | Buy Domain |
| ThriveNaturalCare.biz | Buy Domain |
| ThriveNaturalCare.us | Buy Domain |

Exhibit 6
Page 64

```
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email:    thrivenaturalcare.com@domainsbyproxy.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email:   thrivenaturalcare.com@domainsbyproxy.com
Name Server: NS21.DOMAINCONTROL.COM
Name Server: NS22.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

TERMS OF USE: The data contained in this registrar's Whois database, while believed by the
registrar to be reliable, is provided "as is" with no guarantee or warranties regarding its
accuracy. This information is provided for the sole purpose of assisting you in obtaining
information about domain name registration records. Any use of this data for any other purpo
se
is expressly forbidden without the prior written permission of this registrar. By submitting
an inquiry, you agree to these terms and limitations of warranty. In particular, you agree n
ot
to use this data to allow, enable, or otherwise support the dissemination or collection of
this
data, in part or in its entirety, for any purpose, such as transmission by e-
mail, telephone,
postal mail, facsimile or other means of mass unsolicited, commercial advertising or
solicitations
of any kind, including spam. You further agree not to use this data to enable high volume,
automated
or robotic electronic processes designed to collect or compile this data for any purpose,
including
mining this data for your own personal or commercial purposes. Failure to comply with these
terms
may result in termination of access to the Whois database. These terms may be subject to
modification
at any time without notice.
```

Sitemap  Blog  Terms  Privacy  Contact  California Privacy Notice  Do Not Sell My Personal Information  © 2021 DomainTools