# Exhibit 10 to the

# First Amended Answer, Affirmative Defenses, and Counterclaims



https://thrivecare.co/collections/all
48 captures
24 Mar 2018 - 30 Jun 2019
2018 30 2019 2020

All | Clean | Kits & Gifts | New Products | Restore | Shave & Beard

**SUBSCRIBE**

SIGN UP for 15% off, info & exclusive deals

Enter your email address...

SIGN UP

Daily Defense Sunscreen Balm with SPF 30 – 2.0 FL Oz. (60 ML)

Daily Defense Sunscreen Balm with SPF 30 – 2.0 FL Oz. (60 ML)
★★★★★ 116 reviews
$ 24.95

Thrive Natural Face Scrub for Men – Exfoliating Facial Cleanser for Men with Unique Premium Natural Ingredients for Healthier Skin

Energy Scrub - 3.38fl.oz.(100ml)
★★★★★ 127 reviews
$ 13.95

Face Balm - 2fl.oz.(60ml)
★★★★★ 109 reviews
$ 14.95

Thrive Natural Face Wash for Men - Daily Facial Cleanser for Men with Unique Premium Natural Ingredients for Healthier Men's Skin Care

Face Wash - 3.38fl.oz.(100ml)
★★★★★ 159 reviews
$ 12.95

Natural Shave & Shower Soap

Natural Shave & Shower Soap
★★★★★ 27 reviews
Sold Out

NEW Grooming Oil - 1fl.oz.(30ml)
★★★★★ 4 reviews
$ 16.95

Thrive Sensitive Skin Face Lotion for Men - Unscented All-Natural After Shave Balm & Facial Moisturizer for Men with Premium Natural & Organic Ingredients

Restoring Face Balm - Stress Defense for Sensitive Skin - 2fl.oz. (60ml)
★★★★★ 9 reviews
$ 16.95

Restoring Face Wash - Stress Defense For Sensitive Skin - 3.38 fl. oz. (100ml)
★★★★★ 16 reviews
$ 13.95

Shave & Restore Kit

Shave & Restore Kit
★★★★★ 17 reviews
$ 24.95

Thrive-Natural-Care-Shave Oil for Men-Replaces-Pre-Shave Oils-Shaving Creams-Shaving Foams for Men-Front

Shave Oil - 1 fl. oz. (30ml)
★★★★☆ 150 reviews
$ 12.95

Start your journey with FREE samples. Only $0.99 shipping.

Start your journey with FREE samples. Only $0.99 shipping.
★★★★☆ 1 review
$ 0.99

Thrive Own The Day Kit Men's Grooming Kit

Thrive Own The Day Kit Men's Grooming Kit
★★★★★ 56 reviews
$ 39.95

Thrive Skin Restoring Kit

Thrive Skin Restoring Kit
★★★★★ 7 reviews
$ 27.95

VIP Kit: Look Better & Live Healthier

VIP Kit: Look Better & Live Healthier
★★★★★ 30 reviews
$ 49.95

## NO COMPROMISE CHECKLIST

These are our NO COMPROMISE commitments to you, your skin, and the people and the planet that make it possible

UNIQUE PLANT OILS RESTORE AND PROTECT SKIN

PLANT-POWERED, SCIENCE-BASED, EFFECTIVE SKINCARE

NEVER ANY SYNTHETIC COLORS, FRAGANCE OR INGREDIENTS

PURCHASE SUPPORTS RURAL FARMERS AND RESTORES DEGRADED LANDS

FOLLOW

HOME PRODUCTS SKIN HEALTH OWN THE DAY BLOG

CONTACT US / FAQS

Sign up to get the latest on sales, new releases and more ...

Enter your email address...

SIGN UP

25 Taylor St. San Francisco, CA 94102

© 2019 Thrive Natural Care. Privacy Policy