Stephen McArthur (State Bar No. 277712)
stephen@smcarthurlaw.com
Thomas Dietrich (State Bar No. 254282)
tom@smcarthurlaw.com
THE MCARTHUR LAW FIRM, P.C.
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Telephone: (323) 639-4455

*Attorneys for Plaintiff and Counterclaim Defendant Thrive Natural Care, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> LE-VEL BRANDS, LLC, <br><br> Defendant. | Case No. 2:21-CV-02022-DOC-KES <br><br> **THRIVE NATURAL CARE, INC.'S PARTIAL MOTION TO DISMISS COUNTERCLAIM UNDER RULE 12(B)(6)** <br><br> Judge: Hon. David O. Carter <br> **Hearing Date**: June 14, 2021 <br> **Time**: 8:30 a.m. <br> **Courtroom**: 9D |
| LE-VEL BRANDS, LLC, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> THRIVE NATURAL CARE, INC, <br><br> Counterclaim Defendant. | |

**TO COUNTERCLAIMANT AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on June 14, 2021, at 8:30 a.m. or as soon thereafter as this motion may be heard, in Courtroom 9D of the United States District Court for the Central District of California, located at the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana,

1  CA, 92701, the Honorable David O. Carter presiding, Counterclaim Defendant
2  Thrive Natural Care, Inc. ("Thrive") will and hereby does respectfully move under
3  Rule 12(b)(6) of the Federal Rules of Civil Procedure for an Order dismissing
4  Counterclaim 1 asserted against Thrive by Counterclaimant Le-Vel Brands, LLC
5  ("Le-Vel"). Thrive's Motion is based on the grounds that as a matter of law Le-Vel
6  cannot cancel Thrive's registered trademark for an allegedly invalid assignment of
7  the underlying intent-to-use application, or for abandonment by an entity other than
8  the registrant, Thrive, because that trademark registration has been deemed
9  incontestable by the U.S. Patent & Trademark Office.

This Motion is made following a conference of counsel pursuant to Local Rule 7-3, which took place on May 5, 2021. This Motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities and Declaration of Stephen McArthur, all pleadings on file in this action, and all such further evidence and argument as may be submitted in responsive briefing or at oral argument.

DATED: May 12, 2021                    Respectfully submitted,

                                       THE MCARTHUR LAW FIRM, PC

                                       By: */s/ Stephen McArthur*
                                           Stephen McArthur
                                           Thomas Dietrich

                                       *Attorneys for Plaintiff and Counterclaim Defendant Thrive Natural Care, Inc.*


# CERTIFICATE OF SERVICE

Case Name: *Thrive Natural Care, Inc. v. Le-Vel Brands, LLC*
Case No. 2:21-CV-02022-DOC-KES

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 9465 Wilshire Blvd., Ste. 300, Beverly Hills, CA 90212. I am not a party to the above-entitled action.

    I have caused service of the following documents, described as:

**THRIVE NATURAL CARE, INC.'S PARTIAL MOTION TO DISMISS COUNTERCLAIM UNDER RULE 12(B)(6)**

on the following parties by electronically filing the foregoing on May 12, 2021, with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| KENDALL BRILL & KELLY LLP<br>Alan Jay Weil<br>ajweil@kbkfirm.com<br>Shauna E. Woods<br>swoods@kbkfirm.com<br>10100 Santa Monica Blvd., Suite 1725<br>Los Angeles, California 90067<br>Telephone: 310.556.2700 | *Attorneys for Defendant* |

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Mark Sommers
mark.sommers@finnegan.com
Patrick Rodgers
patrick.rodgers@finnegan.com
901 New York Avenue, NW,
Washington, DC 20001-4413
Telephone: (202) 408-4064
Morgan E. Smith (SBN 293503)
morgan.smith@finnegan.com
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 5/12/2021        By: */s/ Thomas Dietrich*
                                        Thomas Dietrich