Stephen McArthur (State Bar No. 277712)
stephen@smcarthurlaw.com
Thomas Dietrich (State Bar No. 254282)
tom@smcarthurlaw.com
THE MCARTHUR LAW FIRM, P.C.
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Telephone: (323) 639-4455

*Attorneys for Plaintiff and Counterclaim
Defendant Thrive Natural Care, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LE-VEL BRANDS, LLC,<br><br>Defendant.<br><br>---<br><br>LE-VEL BRANDS, LLC,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>THRIVE NATURAL CARE, INC,<br><br>Counterclaim Defendant. | Case No. 2:21-CV-02022-DOC-KES<br><br>**DECLARATION OF STEPHEN MCARTHUR IN SUPPORT OF THRIVE NATURAL CARE, INC.'S PARTIAL MOTION TO DISMISS COUNTERCLAIM UNDER RULE 12(B)(6)**<br><br>Judge: Hon. David O. Carter<br>**Hearing Date**: June 14, 2021<br>**Time**: 8:30 a.m.<br>**Courtroom**: 9D |

I, Stephen McArthur, hereby declare as follows:

1. I am an attorney at law, duly admitted into practice before the State of California and this Court. I am an attorney with The McArthur Law Firm, P.C., counsel for Plaintiff Thrive Natural Care, Inc. ("Thrive"). I make this Declaration in

1  support of Thrive's Partial Motion to Dismiss Counterclaim Under Rule 12(b)(6). I am over 18 years of age and make this declaration of facts known to me and, if called upon, I could and would testify competently to the facts stated herein.

2. Attached hereto as <u>Exhibit A</u> are true and correct copies of the registration certificate for U.S. Trademark Registration No. 4,467,942 (the "'942 Registration") and the U.S. Patent & Trademark Office's ("USPTO") online listing for the '942 Registration, both of which were obtained from the USPTO's Trademark Status & Document Retrieval (TSDR) website.

3. Attached hereto as <u>Exhibit B</u> is a true and correct copy of the USPTO acceptance of Thrive's Combined Declaration of Use and Incontestability under Sections 8 & 15 dated March 7, 2020, acknowledging the incontestable status of the the '942 Registration, which was also obtained from the USPTO's TSDR website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 12, 2021.

*/s/ Stephen McArthur*
Stephen McArthur

# **Exhibit A**



# THRIVE

| | |
|---|---|
| **Reg. No. 4,467,942** | THRIVE NATURAL CARE, INC. (DELAWARE CORPORATION)<br>42 DARRELL PLACE |
| **Registered Jan. 14, 2014** | SAN FRANCISCO, CA 94133 |
| **Int. Cl.: 3** | FOR: NON-MEDICATED SKIN CARE PREPARATIONS, NAMELY, FACIAL LOTIONS, CLEANSERS AND CREAMS, CREAMS AND OILS FOR COSMETIC USE, SKIN MOISTURIZERS; PRE-SHAVING PREPARATIONS; AFTER SHAVE LOTIONS AND CREAMS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52). |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 9-5-2013; IN COMMERCE 9-5-2013. |
| | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | SN 85-980,517, FILED 9-11-2012. |
| | GISELLE AGOSTO, EXAMINING ATTORNEY |



*Michelle K. Lee*
Deputy Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Tue May 11 03:47:24 EDT 2021

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)

Mark Image

| | |
|---|---|
| Word Mark | THRIVE |
| Goods and Services | IC 003. US 001 004 006 050 051 052. G & S: Non-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams. FIRST USE: 20130905. FIRST USE IN COMMERCE: 20130905 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 85980517 |
| Filing Date | September 11, 2012 |
| Current Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | February 12, 2013 |
| Registration Number | 4467942 |
| Registration Date | January 14, 2014 |
| Owner | (REGISTRANT) THRIVE NATURAL CARE, INC. CORPORATION DELAWARE 42 DARRELL PLACE SAN FRANCISCO CALIFORNIA 94133 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | STEPHEN CHARLES MCARTHUR |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). |
| Live/Dead Indicator | LIVE |

# **Exhibit B**

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Saturday, March 7, 2020 11:00 PM |
| **To:** | trademarks@cobaltlaw.com |
| **Subject:** | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 4467942: THRIVE: Docket/Reference No. THRIVE 03 |

**U.S. Serial Number:** 85980517
**U.S. Registration Number:** 4467942
**U.S. Registration Date:** Jan 14, 2014
**Mark:** THRIVE
**Owner:** THRIVE NATURAL CARE, INC.

Mar 7, 2020

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065.  **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
003


TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date.  See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=85980517&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=85980517&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

   *   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**