KENDALL BRILL & KELLY LLP
Alan Jay Weil (63153)
  *ajweil@kbkfirm.com*
Shauna E. Woods (300339)
  *swoods@kbkfirm.com*
10100 Santa Monica, Suite 1725
Los Angeles, California 90067
Telephone:   (310) 556-2700
Facsimile:    (310) 556-2705

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Mark Sommers (admitted *pro hac vice*)
  mark.sommers@finnegan.com
Patrick J. Rodgers (*pro hac vice* forthcoming)
patrick.rodgers@finnegan.com
901 New York Avenue, NW,
Washington, DC 20001-4413
Telephone:   (202) 408-4064
Facsimile:    (202) 408-4400

Morgan E. Smith (SBN 293503)
  *morgan.smith@finnegan.com*
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

*Attorneys for Le-Vel Brands, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| THRIVE NATURAL CARE, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> LE-VEL BRANDS, LLC, <br><br> Defendant and Counterclaim Plaintiff. | Case No. 2:21-cv-2022-DOC-KESx <br><br> **REQUEST TO APPEAR BY ZOOM AT RULE 16 SCHEDULING CONFERENCE BY COUNSEL FOR LE-VEL BRANDS, LLC** <br><br> Judge:  Hon. David O. Carter <br> Date:    July 12, 2021 <br> Time:    8:30 a.m. <br> Crtrm.:  9D |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603304089

Case No. 2:21-CV-2022-DOC-KESx
REQUEST TO APPEAR BY ZOOM AT RULE 16 SCHEDULING CONFERENCE BY LE-VEL BRANDS, LLC

1  **TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE**
2  **DAVID O. CARTER:**

3  Counsel for Defendant and Counterclaim Plaintiff Le-Vel Brands, LLC ("Le-
4  Vel") respectfully request permission to appear by Zoom at the Rule 16 Scheduling
5  Conference scheduled for July 12, 2021, at 8:30 a.m., in Courtroom 9D.  Good
6  cause exists for counsels' request.  This Court requires lead trial counsel to appear at
7  all hearings, including Rule 16 Scheduling Conferences.  Lead trial counsel in this
8  case, Mark Sommers, lives in Washington, D.C.  In light of the emerging Delta-
9  variant of COVID-19, Mr. Sommers is not comfortable traveling across the country.
10  Further, Morgan E. Smith, counsel for Le-Vel, also intends to appear at the Rule 16
11  Scheduling Conference but cannot do so in-person.  Ms. Smith (who lives in
12  Northern California) is pregnant and she is due in August of 2021.  She is thus
13  medically unable to travel at this time.  Moreover, Ms. Smith also has a young son,
14  with whom she lives, who is ineligible to be vaccinated at this time.  Ms. Smith also
15  cannot travel without exposing herself and her child to COVID-19 (and in
16  particular, the Delta variant).

17  Accordingly, they request that the Court conduct the hearing by Zoom.
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

**Kendall Brill
& Kelly LLP**
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1    DATED: July 7, 2021                    KENDALL BRILL & KELLY LLP

2

3

4                                           By:      */s/ Alan Jay Weil*

5                                           Alan Jay Weil
                                            Attorneys for Defendant and
6                                           Counterclaim Plaintiff
                                            Le-Vel Brands, LLC
7
                                            FINNEGAN, HENDERSON, FARABOW,
8                                           GARRETT & DUNNER, LLP
                                            Mark Sommers (admitted *pro hac vice*)
9                                           Morgan E. Smith (SBN 293503)
                                            Patrick J. Rodgers (*pro hac vice*
10                                          forthcoming)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Kendall Brill**
**& Kelly LLP**
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603304089                                  3                    Case No. 2:21-CV-2022-DOC-KESx

REQUEST TO APPEAR BY ZOOM AT RULE 16 SCHEDULING CONFERENCE BY LE-VEL BRANDS, LLC