KENDALL BRILL & KELLY LLP
Alan Jay Weil (63153)
  ajweil@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Mark Sommers (*pro hac vice*)
  mark.sommers@finnegan.com
901 New York Avenue, NW,
Washington, DC 20001-4413
Telephone:  (202) 408-4064
Facsimile:  (202) 408-4400

*Attorneys for Le-Vel Brands, LLC*

THE MCARTHUR LAW FIRM, P.C.
Stephen McArthur (SBN 277712)
  stephen@smcarthurlaw.com
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Telephone: (323) 639-4455

*Attorneys for Thrive Natural Care, Inc*

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC., | Case No. 2:21-cv-2022-DOC-KES |
| Plaintiff and Counterclaim Defendant | **NOTICE OF LODGING OF [PROPOSED] STIPULATED PROTECTIVE ORDER** |
| v. | |
| LE–VEL BRANDS, LLC,, | Judge: Hon. David O. Carter |
| Defendant and Counterclaim Plaintiff | Crtrm.: 9D |
| | Action Filed: March 4, 2021 |
| | Trial Date: October 18. 2022 |

## NOTICE OF LODGING

Pursuant to Local Rule 5-4.4.1, Plaintiff and Counterclaim Defendant Thrive Natural Care, Inc., and Defendant and Counterclaim Plaintiff Le-Vel Brands, LLC, hereby provide notice that they have lodged the attached [Proposed] Stipulated Protective Order.

Dated:  December 27, 2021                 Respectfully submitted,

                                          THE MCARTHUR LAW FIRM, PC


                                          By:  /s/ Stephen C. McArthur

                                          Stephen McArthur (SBN 277712)
                                            stephen@smcarthurlaw.com
                                          Thomas Dietrich (SBN 254282)
                                            tom@smcarthurlaw.com
                                          9465 Wilshire Blvd., Ste. 300
                                          Beverly Hills, CA 90212
                                          Telephone: (323) 639-4455

                                          *Attorneys for Plaintiff and Counterclaim Defendant Thrive Natural Care, Inc*

Dated:  December 27, 2021                 Respectfully submitted,

                                          KENDALL BRILL & KELLY LLP


                                          By:  /s/ Alan Jay Weil

                                          Alan Jay Weil (SBN 63153)
                                            ajweil@kbkfirm.com
                                          Amanda Barrow (SBN 313583)
                                            abarrow@kbkfirm.com
                                          10100 Santa Monica Blvd., Ste. 1725
                                          Los Angeles, CA 90067
                                          Telephone: (310) 556-2700

1   FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
2   Mark Sommers (*pro hac vice*)
      mark.sommers@finnegan.com
3   Patrick J. Rodgers (*pro hac vice*
    forthcoming)
4     patrick.rodgers@finnegan.com
    901 New York Avenue, NW,
5   Washington, DC 20001-4413
    Telephone: (202) 408-4064
6   Morgan E. Smith (SBN 293503)
      morgan.smith@finnegan.com
7   3300 Hillview Avenue
    Palo Alto, CA 94304
8   Telephone: (650) 849-6600

9   *Attorneys for Defendant and Counterclaim*
    *Plaintiff Le-Vel Brands, LLC*

10

11

12

13           **ATTESTATION UNDER LOCAL RULE 5-4.3.4**

14       I, Alan Jay Weil, attest that the above listed signatories on whose behalf this

15   document is being filed have concurred in the filing's content and have authorized

16   the filing.

17

18   DATED:  December 27, 2021        KENDALL BRILL & KELLY LLP

19

20

21                                   By:  _____/s/ Alan Jay Weil_____

22                                        Alan Jay Weil

23

24

25

26

27

28