KENDALL BRILL & KELLY LLP
Alan Jay Weil (63153)
  *ajweil@kbkfirm.com*
Amanda D. Barrow (313583)
  *abarrow@kbkfirm.com*
10100 Santa Monica, Suite 1725
Los Angeles, California 90067
Telephone:  (310) 556-2700
Facsimile:   (310) 556-2705

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Mark Sommers (*pro hac vice*)
  *mark.sommers@finnegan.com*
Patrick Rodgers (*pro hac vice*)
  *patrick.rodgers@finnegan.com*
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4064
Facsimile: (202) 408-4400

Morgan E. Smith (293503)
  *morgan.smith@finnegan.com*
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

*Attorneys for Defendant Le-Vel Brands, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| THRIVE NATURAL CARE, INC. | Case No. 2:21-cv-02022-DOC-KES |
| Plaintiff, | **NOTICE OF ORDER OF SPECIAL MASTER REGARDING CERTAIN DISCOVERY DISPUTES** |
| v. | |
| LE-VEL BRANDS, LLC, | Judge: Hon. David O. Carter |
| Defendant. | Crtrm.: 10A |
| | Action Filed: March 4, 2021 |

603338830

**PLEASE TAKE NOTICE** that on April 28, 2022, the Honorable Andrew J. Guilford (Ret.), Special Master, issued an Order regarding the discovery disputes identified therein, attached hereto as Exhibit 1.

DATED: May 4, 2022     KENDALL BRILL & KELLY LLP

By: _____s/ Alan Jay Weil_____
Alan Jay Weil
Attorneys for Defendant Le-Vel Brands, LLC

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603338830

2

NOTICE OF ORDER OF SPECIAL MASTER REGARDING DISCOVERY DISPUTES