# EXHIBIT 1

Hon. Andrew J. Guilford (Ret.)
Judicate West
1851 East First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340

Special Master

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| THRIVE NATURAL CARE, INC.<br><br>       Plaintiff,<br><br>    v.<br><br>LE-VEL BRANDS, LLC,<br><br>       Defendant. | Case No. 2:21-cv-02022-DOC-KES<br><br>(Judicate West Reference No. A281487)<br><br>ORDER OF SPECIAL MASTER REGARDING REMAINING DISCOVERY DISPUTES RAISED BY THRIVE NATURAL CARE, INC.'S MARCH 23, 2022 LETTER BRIEF |

On October 18, 2021, the Honorable David O. Carter appointed this Special Master "for purposes of resolving the parties' discovery disputes." (Dkt. No. 89 at 2 ¶ 1; *see also id.* at ¶ 2.) The Order Appointing Special Master requires that "[a]ll rulings of the Special Master shall be reduced to a reasoned written order." (*Id.* at 3 ¶ 9.) "The Special Master shall issue rulings by order, except for any contempt findings that shall be issued by report and recommendation." (*id.* (citation omitted).)

"The Special Master shall provide any written order, report, or recommendation to counsel for the parties by email to give them an opportunity to propose redactions before submission to the Court." (*Id.*) The Special Master must then review any proposed redactions and appropriately file any such order, report, or recommendation with the Court. (*Id.* at 4 ¶¶ 9–10.)

On March 23, 2022, Plaintiff Thrive Natural Care, Inc. ("TNC") filed a letter brief that raised various issues, including (1) a request for *in camera* review of six specific email chains (and an order of production for any redacted material found unprivileged), (2) a request for *in camera* review of an unknown number of DropBox documents referenced in the six email chains (and an order of production of those documents if found unprivileged), and (3) a request to reopen the deposition of Le-Vel witness Drew Hoffman (or another Rule 30(b)(6) designee for Le-Vel) for two hours. Defendant Le-Vel Brands, LLC ("Le-Vel") filed an opposition letter brief on March 30, 2022. TNC filed a reply letter brief on April 6, 2022.

A hearing on the briefing was held on April 11, 2022. The hearing was reported by Lisa Augustine, CSR No. 10419.

TNC's request for *in camera* review of the six specific email chains was granted in a ruling issued to the parties on the same day as the hearing. Through briefing and oral argument, TNC showed a reasonable, good-faith belief that *in camera* inspection may reveal evidence that information and materials are not privileged. *In re Grand Jury Investigation*, 974 F.2d 1068, 1075 (9th Cir. 1992). For example, there is no dispute that Drew Hoffman was acting in dual capacities as both an attorney and executive for Le-Vel at the time the emails were written. A review of the redacted emails, which included other non-attorney employees discussing potential names for a product, also supported TNC's good-faith belief.

The Special Master's April 11, 2022 Order directed Le-Vel to serve a supplemental brief to all parties and the Special Master, and to submit the six email chains to the Special Master for *in camera* review by April 15, 2022. The order deferred ruling on the other disputed issues and urged the parties "to immediately further discuss the discovery issues in this case and obtain a mutually agreeable resolution before the Special Master makes any rulings on any pending matter on April 15, 2022, or later."

1    Le-Vel timely submitted the unredacted emails by the deadline. Although TNC submitted
2    additional letter briefs to the Special Master regarding other discovery issues on April 20, 2022, no
3    other reports have been received from the parties regarding efforts to obtain mutually agreeable
4    resolution of discovery issues, including those raised by TNC's March 23, 2022 letter. (As a
5    reminder, the Special Master expects the moving party to contact his Case Manager to arrange any
6    dates necessary for future hearings on discovery disputes at the time the moving party files its
7    opening letter brief.)
8    **THE SPECIAL MASTER THUS MUST RULE AS FOLLOWS:**
9    Based on the Special Master's *in camera* review, no further briefing from anyone is
10   warranted as to the March 23, 2022 dispute.
11   The following words or sentences are not protected by privilege in the six specific email
12   chains and must be unredacted.
13   • Exhibit 1: all of "Redaction # 3" must be unredacted and the last sentence of
14   "Redaction # 7 must be unredacted.
15   • Exhibit 2: all of "Redaction # 9" must be unredacted.
16   • Exhibit 4: the last word of "Redaction # 11" must be unredacted.
17   All other redactions in the six email chains relate to material that has been properly
18   designated as protected by the attorney client privilege or work product exception, and are not
19   ordered unredacted. TNC's motion is accordingly **GRANTED-IN-PART** and **DENIED-IN-PART** on this
20   issue.
21   The Special Master has further considered TNC's request for *in camera* review of an
22   unknown number of DropBox documents referenced in the six email chains. The Special Master
23   finds that for those documents, TNC has failed to show a reasonable, good-faith belief that *in*
24   *camera* inspection may reveal evidence that information and materials are not privileged in those
25   documents. TNC's motion is thus **DENIED** as to this issue.
26   The Special Master finds that re-opening the deposition of Le-Vel's Rule 30(b)(6) witness is
27   not warranted. The Special Master notes here that it is not clear whether he would have the
28   authority to even do so if the fact discovery deadline in this matter has already passed.

1 But assuming the Special Master did have such authority, based on the other rulings made herein, the Special Master would still **DENY** the request.

Other arguments were raised at the hearing, including disputes related to the timing and contents of privilege logs that had not yet been exchanged by the parties. The Special Master declines to rule on those disputes, which were not raised to him through the briefing process specified by the Order Appointing Special Master in this case.

In conclusion, TNC's March 23, 2022 Motion is **GRANTED** as to the three redactions specified herein. Le-Vel must unredact the three identified portions of the six email chains within three Court days of this Order. The relief sought by TNC's March 23, 2022 Motion is **OTHERWISE DENIED**.

Any redactions to this Order must be submitted to the Special Master's Case Manager within three Court days of this Order. If none are submitted by that time, Le-Vel is directed to file a copy of this Order with the Court within four Court days of this Order.

THUS IT IS ORDERED.

Dated:  April 28, 2022

_____
Hon. Andrew J. Guilford (Ret.)
Special Master



1851 E. First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344

*Results Beyond Dispute*<sup>SM</sup>   www.judicatewest.com

# PROOF OF SERVICE

I, the undersigned, an employee of Judicate West, located at 1851 E. First Street, Suite 1600, Santa Ana, CA 92705 declare under penalty of perjury that I am over the age of eighteen (18) and not a party to this matter or proceeding.

On April 28, 2022, I served the foregoing documents, described as:

**ORDER OF SPECIAL MASTER REGARDING REMAINING DISCOVERY DISPUTES RAISED BY THRIVE NATURAL CARE, INC.'S MARCH 23, 2022 LETTER BRIEF**

to the following parties:

**SEE ATTACHED MAILING LIST**

**(X) BY E-MAIL** I caused the above-referenced document to be transmitted via electronic mail (e-mail) to the parties as listed on this Proof of Service

**( ) BY ELECTRONIC FILING** I caused such document to be sent via electronic service by submitting an electronic version of the document(s) to One Legal, LLC, through the user interface at www.onelegal.com.

**( ) BY FASCIMILE** I caused the above-referenced document to be transmitted via facsimile to the parties as listed on this Proof of Service. The document was transmitted by facsimile transmission and the transmission was reported as complete and without error.

**( ) BY PERSONAL SERVICE** I personally delivered the documents to the persons at the address (es): by leaving the documents at the person (s) office, in an envelope or package clearly labeled to identify the person(s) being served, with a receptionist or an individual in charge of the office.

**( ) BY UNITED STATES PARCEL SERVICE** I am readily familiar with the business' practice for collection and processing of correspondence and mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business

**( ) STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**( ) FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **April 28, 2022,** at Santa Ana, California

_Heidi Adams_
Judicate West

Downtown Los Angeles Office • 601 S. Figueroa St., Suite 3400 • Los Angeles, CA 90017 • (213) 223-1113 • Fax (213) 223-1114
Sacramento Office • 980 9TH Street, Suite 2200 • Sacramento, CA 95814 • (916) 394-8490 • Fax (916) 394-8495
San Diego Office • 402 West Broadway, Suite 2400 • San Diego, CA 92101 • (619) 814-1966 • Fax (619) 814-1967
San Francisco Office • 100 Pine St., Suite 1950 • San Francisco, CA 94111 • (415) 266-1242 • Fax (415) 266-1243
West Los Angeles Office • 11601 Wilshire Blvd., Suite 2040 • Los Angeles, CA 90025 • (310) 442-2100 • Fax (310) 442-2125



Santa Ana Office
1851 East First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344

**www.judicatewest.com**

# Case Contact List

as of Wednesday, April 28, 2022

**JW Case #: A281487**

*Case Caption: Thrive Natural Care, Inc., et al. vs. Le-Vel Brands, LLC, et al.*

Thomas E. Dietrich, Esq.
The McArthur Law Firm, P.C.
9465 Wilshire Blvd.
Suite 300
Los Angeles, CA 90064
Phone: (323) 639-4455   Fax:
Email: tom@smcarthurlaw.com
Representing Thrive Natural Care, Inc.

Stephen C. McArthur, Esq.
The McArthur Law Firm, P.C.
9465 Wilshire Blvd.
Suite 300
Los Angeles, CA 90064
Phone: (323) 639-4455   Fax:
Email: stephen@smcarthurlaw.com
Representing Thrive Natural Care, Inc.

Daniel R. Mello, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Phone: (650) 849-6600   Fax: (650) 849-6666
Email: Daniel.mello@finnegan.com
Representing Le-Vel Brands, LLC

Patrick Rodgers, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, Nw
Washington, DC 20001-4413
Phone: (202) 408-4148   Fax: (202) 408-4400
Email: Patrick.Rodgers@finnegan.com
Representing Le-Vel Brands, LLC

Morgan E. Smith, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Phone: (650) 849-6600   Fax: (650) 849-6666
Email: morgan.smith@finnegan.com
Representing Le-Vel Brands, LLC

Downtown Los Angeles Office ● 601 S. Figueroa Street Suite 4000 ● Los Angeles, CA 90017 ● (213) 223-1113 ● Fax (213) 223-1114
San Diego Office ● 402 W. Broadway Suite 2400 ● San Diego, CA 92101 ● (619) 814-1966 ● Fax (619) 814-1967
San Francisco Office ● 100 Pine Street Suite 1950 ● San Francisco, CA 94111 ● (415) 266-1242 ● Fax (415) 266-1243
West Los Angeles Office ● 11601 Wilshire Blvd Suite 2040 ● Los Angeles, CA 90025 ● (310) 442-2100 ● Fax (310) 442-2125
Sacramento Office ● 980 9th Street Suite 2200 ● Sacramento, CA 95814 ● (916) 394-8490 ● Fax (916) 394-8495

Exhbit 1
Page 8



**Santa Ana Office**
1851 East First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344
**www.judicatewest.com**

Mark S. Sommers, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, Nw
Washington, DC 20001-4413
Phone: (202) 408-4148   Fax: (202) 408-4400
Email: mark.sommers@finnegan.com
Representing Le-Vel Brands, LLC


Amanda D. Barrow, Esq.
Kendall Brill & Kelly, LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067
Phone: (310) 556-2700   Fax: (310) 556-2705
Email: abarrow@kbkfirm.com
Representing Le-Vel Brands, LLC


Alan J. Weil, Esq.
Kendall Brill & Kelly, LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067
Phone: (310) 556-2700   Fax: (310) 556-2705
Email: aweil@kbkfirm.com
Representing Le-Vel Brands, LLC

Downtown Los Angeles Office ● 601 S. Figueroa Street Suite 4000 ● Los Angeles, CA 90017 ● (213) 223-1113 ● Fax (213) 223-1114
San Diego Office ● 402 W. Broadway Suite 2400 ● San Diego, CA 92101 ● (619) 814-1966 ● Fax (619) 814-1967
San Francisco Office ● 100 Pine Street Suite 1950 ● San Francisco, CA 94111 ● (415) 266-1242 ● Fax (415) 266-1243
West Los Angeles Office ● 11601 Wilshire Blvd Suite 2040 ● Los Angeles, CA 90025 ● (310) 442-2100 ● Fax (310) 442-2125
Sacramento Office ● 980 9th Street Suite 2200 ● Sacramento, CA 95814 ● (916) 394-8490 ● Fax (916) 394-8495

Exhbit 1
Page 9