Morgan E. Smith (SBN 293503)
morgan.smith@finnegan.com
Daniel R. Mello Jr. (SBN 327514)
daniel.mello@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:   (650) 849-6600
Facsimile:   (650) 849-6666

Mark Sommers (*pro hac vice*)
mark.sommers@finnega.com
Patrick J. Rodgers (*pro hac vice*)
patrick.rodgers@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue, NW
Washington, DC 20001-4064

Alan Jay Weil (SBN 63153)
ajweil@kbkfirm.com
Amanda D. Barrow (SBN 313583)
abarrow@kbkfirm.com
**KENDALL BRILL & KELLY LLP**
10100 Santa Monica Blvd., Ste. 1725
Los Angeles, CA 90067
Telephone: (310) 556-2700
Facsimile: (310 556-2705

Attorneys for Defendant and Counterclaim Plaintiff Le-Vel Brands, LLC

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| THRIVE NATURAL CARE, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>LE-VEL BRANDS, LLC,<br><br>Defendant and Counterclaim Plaintiff. | CASE NO. 2:21-cv-02022-DOC (KES)<br><br>**DEFENDANT AND COUNTERCLAIM PLAINTIFF LE-VEL BRANDS, LLC'S APPLICATION FOR LEAVE FOR *IN CAMERA* REVIEW** |

Pursuant to Civil Local Rule 79-6.2, Le-Vel hereby requests the Court's permission for leave to present unredacted a document containing attorney-client privileged information for *in camera* review in connection with Le-Vel's Objections to the Special Master's Order. Le-Vel makes this request administratively in order to facilitate this Court's de novo review of privileged Exhibit 4. Special Master Guilford reviewed the document *in camera* in connection with his ruling (Dkt. 97-1). The unredacted document should be reviewed *in camera* because the information contained within is protected by the attorney-client privilege.

"The attorney-client privilege protects confidential disclosures made by a client to an attorney to obtain legal advice as well as an attorney's advice in response to such disclosures." *SPS Techs., LLC v. Briles Aerospace, Inc.*, No. CV 18-9536 MWF (ASX), 2020 WL 3050777, at *2 (C.D. Cal. Feb. 18, 2020). "The attorney-client privilege applies to communications between corporate employees and counsel, made at the direction of corporate superiors in order to secure legal advice." *Id.* "Communications between a client and its outside counsel are presumed to be made for the purpose of obtaining legal advice." *See Am. Fed'n of Musicians v. 212 Prods. LLC*, No. 20-cv-07255-JAK-KS, 2021 U.S. Dist. LEXIS 252718, at *13-14 (C.D. Cal. Sep. 27, 2021).

The document in question is an email chain between Le-Vel employees Messrs. Drew Hoffman, Jason Camper, and Paul Gravette relating to trademark matters. The redacted communication in the chain is from Mr. Camper to Mr. Gravette reflects legal advice from outside counsel relating to trademark matters protected by attorney-client privilege.

//
//
//
//
//

| | |
|---|---|
| Dated: May 18, 2022 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| | By: /s/ Morgan Smith |
| | Morgan E. Smith (SBN 293503)<br>morgan.smith@finnegan.com<br>Mark Sommers (*pro hac vice*)<br>mark.sommers@finnegan.com<br>Patrick J. Rodgers (*pro hac vice*)<br>patrick.rodgers@finnegan.com<br>Daniel R. Mello Jr. (SBN 325714)<br>daniel.mello@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| | Alan Jay Weil (SBN 63153)<br>ajweil@kbkfirm.com<br>Amanda D. Barrow (SBN 313583)<br>abarrow@kbkfirm.com<br>KENDALL BRILL & KELLY LLP |
| | *Attorneys for Le-Vel Brands, LLC* |