UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| THRIVE NATURAL CARE, INC.<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>LE-VEL BRANDS, LLC,<br><br>    Defendant and Counterclaim Plaintiff. | Case No. 2:21-cv-2022-DOC-KES<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE FOR** *IN CAMERA* **REVIEW**<br><br>Judge: Hon. David O. Carter<br>Crtrm.: 10A |

The Court, having fully considered Defendant and Counterclaim Plaintiff Le-Vel Brands, LLC 's ("Le-Vel") Application for Leave for *In Camera* Review, and finding good cause, hereby GRANTS the Application for Leave for *In Camera* Review and directs Le-Vel to submit to this Court an unredacted version of Exhibit 4 *in camera*.

**IT IS SO ORDERED**.

Dated: _____

_____
Hon. David O. Carter
United States District Judge