1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

**SOUTHERN DIVISION**

11

| | |
|---|---|
| THRIVE NATURAL CARE, INC. | Case No. 2:21-cv-02022-DOC-KES |
| Plaintiff and Counterclaim Defendant, | **ORDER GRANTING APPLICATION FOR LEAVE FOR *IN CAMERA* REVIEW [101]** |
| v. | |
| LE-VEL BRANDS, LLC, | Judge: Hon. David O. Carter |
| Defendant and Counterclaim Plaintiff. | Crtrm.: 10A |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1       The Court, having fully considered Defendant and Counterclaim Plaintiff Le-

2   Vel Brands, LLC 's ("Le-Vel") Application for Leave for *In Camera* Review, and

3   finding good cause, hereby GRANTS the Application for Leave for *In Camera*

4   Review and directs Le-Vel to submit to this Court an unredacted version of Exhibit

5   4 *in camera*.

6       **IT IS SO ORDERED**.

7   Dated:  __June 1, 2022__

8                         Hon. David O. Carter

9                         United States District Judge

1