Stephen McArthur (State Bar No. 277712)
stephen@smcarthurlaw.com
Thomas Dietrich (State Bar No. 254282)
tom@smcarthurlaw.com
THE MCARTHUR LAW FIRM, P.C.
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Telephone: (323) 639-4455

*Attorneys for Plaintiff and Counterclaim*
*Defendant Thrive Natural Care, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC.,<br><br>    Plaintiff and Counter-<br>    claim Defendant,<br><br>    v.<br><br>LE-VEL BRANDS, LLC,<br><br>    Defendant and<br>    Counterclaim Plaintiff. | Case No. 2:21-CV-02022-DOC-KES<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT'S PARTIAL OBJECTION TO ORDER OF SPECIAL MASTER**<br><br>Judge: Hon. David O. Carter<br>**Hearing Date**: June 27, 2022<br>**Time**: 8:30 a.m.<br>Courtroom: 9D |

**EXHIBIT B – FILED UNDER SEAL**