FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Mark Sommers (*pro hac vice*)
   *mark.sommers@finnegan.com*
Patrick Rodgers (*pro hac vice*)
   *patrick.rodgers@finnegan.com*
901 New York Avenue, NW,
Washington, DC 20001-4413
Telephone: (202) 408-4064
Facsimile: (202) 408-4400

Morgan E. Smith (293503)
   *morgan.smith@finnegan.com*
Daniel R. Mello Jr. (325714)
   *daniel.mello@finnegan.com*
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

KENDALL BRILL & KELLY LLP
Alan Jay Weil (63153)
   *ajweil@kbkfirm.com*
Amanda D. Barrow (313583)
   *abarrow@kbkfirm.com*
10100 Santa Monica, Suite 1725
Los Angeles, California 90067
Telephone:  (310) 556-2700
Facsimile:  (310) 556-2705

*Attorneys for Defendant and Counterclaim
Plaintiff Le-Vel Brands, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| THRIVE NATURAL CARE, INC.<br><br>        Plaintiff and Counterclaim Defendant,<br><br>   v.<br><br>LE-VEL BRANDS, LLC,<br><br>        Defendant and<br>        Counterclaim Plaintiff. | Case No. 2:21-cv-02022-DOC-KES<br><br>**DECLARATION OF PATRICK J. RODGERS IN SUPPORT OF LE-VEL'S *DAUBERT* MOTION TO EXCLUDE SURVEY AND TESTIMONY OF ROBERT E. WALLACE** |

1

## DECLARATION OF PATRICK J. RODGERS

2

I, Patrick J. Rodgers, declare as follows:

3

1.      I am an associate at Finnegan, Henderson, Farabow, Garrett & Dunner

4    LLP ("Finnegan") and am counsel for Le-Vel Brands, LLC in this action.  The facts

5    in this declaration are based on my personal knowledge and/or documents regularly

6    and contemporaneously maintained in Finnegan's ordinary course of business.  If

7    called upon to do so, I would testify competently to the facts contained in this

8    declaration.

9

2.      Attached as Exhibit 1 is a true and correct copy of the May 6, 2022

10    Opening Expert Report of Rob Wallace in this matter.

11

3.      Attached as Exhibit 2 is a true and correct excerpted copy of the June 6,

12    2022 Robert Wallace deposition transcript and exhibits 4, 5, 6 and 7 to the June 6,

13    2022 Robert Wallace deposition.

14

4.      Attached at Exhibit 3 is a true and correct copy of the May 27, 2022

15    Expert Rebuttal Report of Sarah Butler in this matter.

16

5.      Attached at Exhibit 4 is a true and correct copy of the March 2, 2021

17    Expert Report of Rob Wallace filed in this matter (*see* Dkt. 8-4).

18

6.      Attached at Exhibit 5 is a document produced in this action bearing

19    Bates nos. LE-VEL00021351-353.

20

7.      Attached as Exhibit 6 is a true and correct copy of the March 22, 2021

21    Expert Rebuttal Report of Sarah Butler filed in this matter (*see* Dkt. 22-2).

22

8.      Attached as Exhibit 7 is a document produced in this action bearing

23    Bates no. LE-VEL00020396.

24

9.      Relevant portions of exhibits are marked using red boxes, where

25    necessary.

26

10.     Counsel for the parties met and conferred pursuant to L.R. 7-3 on June

27    17, 2022 regarding the relief requested in the *Daubert* Motion to Exclude Survey

28    and Testimony of Robert E. Wallace.

1    I declare under penalty of perjury of the laws of the United States that the

2    foregoing is true and correct.  This declaration was executed on June 27, 2022 in

3    Washington, District of Columbia.

4

5

6    Patrick J. Rodgers

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

THRIVE NATURAL CARE, INC.

          Plaintiff and Counterclaim
          Defendant,

     v.

LE-VEL BRANDS, LLC,

          Defendant and Counterclaim
          Plaintiff.

Case No. 2:21-cv-02022-DOC-KES

**OPENING EXPERT REPORT
OF ROB WALLACE**

**May 6, 2022**

Exhibit 1
Page 3

CONFIDENTIAL

## I.   <u>Introduction</u>

1.      I was engaged by The McArthur Law Firm, P.C. of Beverly Hills, CA to provide my expert opinion in the matter of Thrive Natural Care, Inc. ("the Plaintiff") versus Le-Vel Brands, LLC., ("the Defendant"). More specifically, I was asked to conduct an empirical study designed to examine whether or not consumers, or potential consumers of skin care products who purchase such items on the Internet would be confused between "Thrive" branded skin care products manufactured by the Plaintiff and "Thrive Skin" branded skin care products manufactured by the Defendant. The Plaintiff's and Defendant's products are hereafter referred to as "the products in question."

2.      The methodology used in the consumer study involved the use of a "test" versus "control" experimental design where the products of two companies other than the Plaintiff's or Defendant's products served as controls. The use of two different control products (i.e., Wldkat and Ursa Major) served to extend the generalizability of the findings. That is, examining the degree to which two different "control" skin care products are confused with the Plaintiff's products allows stronger validity and reliability in the test method. This is because the degree to which two other brands are confused with the Plaintiff's "Thrive" products can be compared to the degree to which the Defendant's "Thrive Skin" products are confused with the Plaintiff's products to derive a measure of the relative degree of confusion between the two brands.

3.      The results of this survey are outlined in Appendix 1 of this report and attached as separate documents to this report. The findings of the study show a **degree of average net confusion of 55.6%** between the Plaintiff's "Thrive" products and the Defendant's "Thrive Skin" products, after being corrected for the average level of confusion observed between the Plaintiff's products and the two

1

Exhibit 1
Page 4

CONFIDENTIAL

control brands.

4.      I was also asked to provide my expert opinions from a branding industry perspective on the issues in this matter, specifically if the Plaintiff followed all branding industry practices in properly marketing and promoting its Thrive® brand and if the Defendant properly promoted and proliferated its products in question.

5.      My opinions consider the information provided to me, the survey findings, and my over 35 years of brand identity and brand valuation experience for a large number of consumer brands.

6.      This report constitutes my findings after review of the materials provided to me. I reserve the right to supplement my opinions based any additional information that would affect the outcome of my work or provide greater insight into the matters examined.

## II.    <u>**Summary of Opinions**</u>

7.      Based on my thorough study of the matter, including the results of a court-compliant survey, it is my conclusion that there is significant actual confusion by consumers confusing the Plaintiff's well-established "Thrive" brand with the Defendant's "Thrive Skin" brand.

8.      Further, it is my opinion that the Plaintiff has strongly enforced its THRIVE mark, the products in question are the same or closely related types of goods, there are overlapping marketing channels for the parties' skin care products, and purchasers of the products in question exercise a relatively low degree of consumer care.

Exhibit 1
Page 5

CONFIDENTIAL

### III.   <u>Summary of Qualifications</u>

9.      I was the Managing Partner for more than 30 years of one of the branding industry's most respected brand identity strategy and design firms, Wallace Church & Co., where I had specific and significant experience with the skin care market. I am currently the Managing Partner of Best of Breed Branding Consortium, an omni-channel branding consultancy that also focuses on all the branding issues involved in this case.

10.     Based on this experience, I have highly specialized knowledge of how marketers create and establish brands, how consumers interpret brand messaging, how they develop awareness and perceptions of brands and all the other marketing/branding issues in this case.

11.     As outlined in my Curriculum Vitae, in Appendix 3 of this report, I have been actively involved in hundreds of brand naming, brand identity, brand messaging, product design, package design and web development assignments for dozens of leading consumer product and service companies. For example, my firm and I have developing brand messaging for such companies as Coca-Cola, Procter & Gamble, PepsiCo, Pfizer, Nestle, Johnson & Johnson, PNC Bank, Target and more than 100 additional national and global brand owners.

12.     Of specific relevance to the products in question, I have been involved in consulting for more than three dozen skin care and personal care brands such as L'Oréal, Revlon, Dove, Jergens, Suave, St. Ives, Burt's Bees, and other skin care companies of equal caliber. That includes work relating to launching or optimizing these companies' skin care brands. In these assignments my team and I created the brand identities in the form of their graphic package design. We also provided strategic direction on their brand messaging that was then used to integrate advertising, social media, promotion and all other brand messaging.

Exhibit 1
Page 6

CONFIDENTIAL

13.     As another frequent part of these assignments, I participated in developing, fielding and/or analyzing well over one thousand consumer surveys and research projects. As a result, I have unique knowledge of how brand identity, package design and brand messaging affect consumer perceptions, how they shape consumer relationships with brands and how they drive consumer purchasing. I have had direct involvement in market research that confirms the consumer purchase decision process in the skin care product category.

14.     I served on the Board of Directors of The Design Management Institute, the largest global organization in the brand design and strategy industry, for 10 years. There I founded and co-chaired the Design Value Project, which focused on determining the return on investment of brand messaging and brand identity. As such I have been referred to as "the thought leader in quantifying brand design's value." I have delivered keynote presentations on this topic at more than 50 branding industry symposia across the US, Canada, Europe, Latin America and Asia. I have lectured at the graduate level of The Columbia School of Business, The SVA Masters in Branding Program, Georgetown University, University of Texas, Seton Hall and other educational institutions. My full Curriculum Vitae is attached in Appendix 3 of this report.

## IV.    Investigation Performed

15.     I have received and reviewed the documents outlined in Appendix 2 of this report. I also designed, oversaw the implementation and analyzed the results of a consumer survey outlined in Appendix 1 of this report.

Exhibit 1
Page 7

CONFIDENTIAL

## V.    Compensation

16.    I am being compensated in connection with my engagement in this proceeding at the rate of $400 per hour for report writing and $500 per hour for deposition and trial testimony. I have received no additional compensation for my work in this proceeding. My compensation is in no way dependent upon the outcome of this proceeding.

## VI.    Previous Testimony and Expert Opinions

17.    My testimony and opinions have been accepted by and admitted in proceedings both before the U.S. District Courts and also the USPTO Trademark Trial and Appeal Board (also known as the "TTAB"). I have served as an expert witness on more than 70 cases concerning intellectual property infringement, trademark and trade dress infringement, marketing research, false or deceptive advertising and brand messaging, and other marketing/branding industry issues. In such capacity I have designed and conducted court-compliant surveys for many of these cases. I have been deposed and/or testified in court as an expert witness more than 30 times. My substantial experience in branding, marketing and survey development provides me with the background necessary to prepare and analyze the survey described in this declaration. A listing of my recent legal expert witness cases is attached as Appendix 4 of this report.

## VII.    Summary of the Case

### A.    The Plaintiff registered its THRIVE trademark years before the Defendant launched its Thrive Skin products.

18.    I understand Plaintiff created its Thrive brand of skin care products in or about 2012-2013, applied for federal trademark protection of the mark THRIVE on September 11, 2012, and in January of 2014 the first of two federal trademarks

5

Exhibit 1
Page 8

CONFIDENTIAL

was registered under U.S. Trademark Reg. No. 4,467,942 for THRIVE in International Class 003 for "Non-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams."[1]

19.    In September of 2020, the Plaintiff received an additional registration, U.S. Trademark Reg. No. 6,164,303 for the additional products of "Body and non-medicated soaps and skin cleansing gels; cosmetic sun care preparations and sunscreens; shaving creams and gels; pre-shaving preparations; after shave lotions and creams."[2] This registration issued from an application filed by the Plaintiff on May 2, 2016.

20.    To my knowledge the Defendant began publicly using the term "Thrive Skin" for the products in question on or about April 30, 2019, when the Defendant first launched a line of Thrive Skin products.[3] The Defendant's first use on skin care products occurred more than five years after the Plaintiff had registered the first of its THRIVE trademarks.

21.    In my view the Defendant's products in question are targeted to the same relevant consumer and directly compete in the same class of trade with the Plaintiff's products. The products are identical in nature. The Plaintiff sells face wash, body scrub, face lotion, body soap, and moisturizer under its "Thrive" brand.[4] The Defendant sells the exact same types of products under its "Thrive Skin" brand.[5] In addition, both the Plaintiff and the Defendant target the same broad

---

[1] ThriveLeVel_0000500-01; Trial Declaration of Alex McIntosh ¶¶ 16-30
[2] ThriveLeVel_0000495-96
[3] LE-VEL00020561; ThriveLevel_0001248-50
[4] Review of the Plaintiff's website, www.thrivecare.co; ThriveLevel_0001841-42; ThriveLevel_0002054-61; ThriveLevel_0002062-70
[5] Review of the Defendant's Thrive Skin product pages at https://le-vel.com/Products/THRIVE/Skin; LE-VEL00020155-56; LE-VEL00020169-86; LE-

6

Exhibit 1
Page 9

CONFIDENTIAL

consumer audience with their products. While the Plaintiff began in 2013 with a focus on male customers, I am informed that it quickly expanded the scope of its sales efforts and that the Plaintiff has sold a substantial majority of its Thrive skin care products to female customers since at least 2016 if not earlier.[6] Relatedly, I understand that the Defendant developed its packaging and products to have a unisex appeal and sells its Thrive Skin products to both men and women.[7]

22.     I note that both parties market their skin care products as containing functional plant derivatives, with the Plaintiff's packaging referring to "powerful plants" and the Defendant's packaging referring to the product being "[e]nriched with CBD Oil." The parties both advertise on-line and on the same social media sites such as Instagram and Facebook.[8] They both sell their skin care products through their online stores.[9] Their websites appear near or adjacent to each other in Google search results for relevant terms such as "thrive skincare," and their products can be found together on eBay, as illustrated below, and on other third party sales sites like Google Shopping.[10]

---

VEL00020449-50; LE-VEL00020453-54; ThriveLevel_0001847-49; ThriveLevel_0002448-59; ThriveLevel_0003912
[6] ThriveLevel_0003280-84; ThriveLevel_0003909 and attachment; Trial Declaration of Alex McIntosh ¶¶ 43-52
[7] LE-VEL00023267 (Le-Vel cofounder Jason Camper stating "First product or two needs to be a unisex product.")
[8] https://www.instagram.com/thrivenaturalcare/; https://www.instagram.com/le_velofficial/;
[9] www.thrivecare.co; https://le-vel.com/Products/THRIVE/Skin;
https://www.facebook.com/thrivenaturalcare/; https://www.facebook.com/LevelBrands
[10] ThriveLevel_0003354-55; ThriveLevel_0003356-61; ThriveLevel_0003362-65; ThriveLevel_0003366-73

Exhibit 1
Page 10

CONFIDENTIAL



23.    Based on these facts, it is my opinion that these products provide the same consumer benefit, they are positioned to and targeted at the same consumer, and they directly compete with one another for sales and recognition.

**B.    The Plaintiff followed branding industry accepted practices in establishing and building the recognition of its Thrive® brand.**

24.    From an analysis of the Plaintiff's branding practices as outlined in the documents reviewed, I find that the Plaintiff has adhered to marketing industry-accepted practices[11] in establishing, promoting and protecting its Thrive® brand.

---

[11] Demonstrating the Value of Marketing, Dominique M. Hanssens, Koen H. Pauwels, Journal of Marketing, American Marketing Association, 2016

8

Exhibit 1
Page 11

CONFIDENTIAL

25.     Since the time of its creation, the Plaintiff has used its "Thrive"
trademark consistently in all of its brand communications including on product
packaging, promotional material and on the Plaintiff's website. The brand name has
never varied from its trademarked term. The Plaintiff has invested a substantial
amount of money, time and resources into promoting its Thrive® brand.[12] The
Plaintiff has communicated its unique brand via marketing agencies, public
relations firms, social media such as Instagram and Facebook, and through the
company's website blog and online articles.[13] As outlined in the complaint and in
more detail below, the brand has been promoted through numerous media channels.
As a result of these efforts, the Plaintiff has secured partnerships with retailers such
as Amazon and Whole Foods to sell Thrive skin care products. The Plaintiff
currently generates over $1 million in annual sales.[14]

26.     Further, the Plaintiff has achieved significant media attention in major
outlets such as Vogue and USA Today, among others.[15] Based on my expertise in
the skin care category, all of these accomplishments prove the success of the
Plaintiff's Thrive® brand.


## VIII.   Survey Design

27.     In order to form and substantiate an opinion on the likelihood that the
relevant consuming public might confuse the products in question, I conducted a
court-compliant survey. The design and results of the survey conducted for this
report are discussed in detail in the following pages. Please see the full survey and
its tabulated results and raw data in Appendix 1 and the additional documents filed

---

[12] ThriveLevel_0000939; ThriveLevel_0000949; ThriveLevel_0003289; Trial Declaration of
Alex McIntosh ¶¶ 54-62
[13] Trial Declaration of Alex McIntosh ¶¶ 54-62
[14] ThriveLevel_0003294; Trial Declaration of Alex McIntosh ¶¶ 55-56
[15] ThriveLeVel_0001229; Trial Declaration of Alex McIntosh ¶¶ 54-62

9

Exhibit 1
Page 12

CONFIDENTIAL

with this report. The survey was conducted between February 8 and 20, 2021.

28.     The empirical study was designed to measure confusion between the Plaintiff's Thrive products and the Defendant's Thrive Skin products, inclusive of source and association or connection. Overall confusion was measured by adding these two empirical estimates together while subtracting the average of two controls that examined confusion between the Plaintiff's products and products (controls) that were not the focus of this dispute. The approach required two separate events to occur before a given individual could be classified as confused. First, the individual respondent had to indicate that either they believed that (1) the products came from the same manufacturer; or respectively that (2) they came from two different manufacturers who had some association or connection with one another.

29.     I designed the survey screener and questionnaire. The survey was conducted under my direction in accordance with the principles and standards delineated in the Manual for Complex Litigation, Fourth Edition, 2004, prepared for the Federal Judicial Center. These principles provide the best assurance that the data collected is valid and can be relied upon to draw conclusions regarding consumer opinions. These principles provide that:

    a)  The proper universe(s) should be properly chosen and defined;
    b)  The sample of respondents chosen from the proper universe should be representative of that population;
    c)  The questions asked should be clear and not leading;
    d)  The data gathered should be accurately reported;
    e)  The data should be analyzed in accordance with accepted statistical principles;
    f)  The surveys should be conducted by qualified persons following proper interview procedures;
    g)  The surveys should be conducted in anticipation of litigation and by persons not connected with the parties or counsel or by persons aware

Exhibit 1
Page 13

CONFIDENTIAL

of its purpose in the litigation.[16]

30.     The survey is based on the "*Squirt* methodology"[17] found acceptable by the Ninth Circuit and designed to conform to the survey design preference of the Patent and Trademark Office Trademark Trial and Appeal Board. This survey format seeks to "replicate the consumer experience." It allows the consumer to see examples of both products in question as they appear for sale on their own websites concurrently – and among a line-up of additional control products – as if these consumers were able to engage both products in question during the same purchase experience, which is the case here.

31.     I concluded the *Squirt* methodology is appropriate because, based on the available evidence, the parties' products in question or links to those products commonly appear side-by-side or sequentially to consumers. I understand from the CEO of the Plaintiff, Alex McIntosh, that the Plaintiff sells 95% of its skin care products online.[18] The Defendant has stated it sells 100% of its skin care products online.[19] Both the Plaintiff and Defendant sell the products directly to consumers on their websites: https://thrivecare.co/products/restoring-face-balm-for-sensitive-skin and https://le-vel.com/Products/THRIVE/Skin.

32.     I have reviewed online search results that demonstrate that links to the Defendant's webpage for Thrive Skin skin care products frequently appears at the top of on-line searches for terms relating to the Plaintiff's Thrive skin care products such as "thrive skin," "thrive skincare," "thrive skin men," and "thrive lotion".[20] A consumer shopping for skin care products online would very commonly see one or

---

[16] Reference Manual on Scientific Evidence, Third Edition West Group, St. Paul, MN, 2011
[17] *Squirtco v. Seven-Up Co.*, 628 F.2d 1086 (8th Cir. 1980)
[18] Trial Declaration of Alex McIntosh ¶ 40
[19] Deposition of Drew Hoffman at 22:14-20
[20] ThriveLevel_0003354-55; ThriveLevel_0003356-61; ThriveLevel_0003362-65; ThriveLevel_0003366-73

11

Exhibit 1
Page 14

CONFIDENTIAL

several links to the Defendant's skin care products in line with and just above a link to the Plaintiff's skin care products. Consumers frequently open related links in separate browser tabs and in so doing could engage with both the Plaintiff's and the Defendant's products in question adjacent to one another. In addition, consumers shopping on eBay or searching for products on Google Shopping would commonly encounter both products in question adjacent to one another, as illustrated in the image following paragraph 22 of this report and other documents produced in this case. This evidence indicates that a consumer searching for Plaintiff's "Thrive" skin care products would commonly be presented with images of both parties' skin care products and/or links to both parties' websites and purchase portals. Even a consumer who conducted a more targeted search for the Plaintiff's company name and men's products from the Plaintiff would be likely to be presented with a link to the Defendant's skin care products page.

33.    Consumers very commonly look for products via online search, whether they hear about products from a friend, an ad, or media coverage. A consumer searching online for the Plaintiff or the Plaintiff's "Thrive" skin care products is likely to use terms such as "Thrive skincare" and "Thrive skin". The fact that Defendant's skin care products appear together with Plaintiff's "Thrive" skin care products in searches for "Thrive" and skin care-related terms, and even for Plaintiff's company name and for men's products, creates a high likelihood that consumers will see the parties' products together when they are searching online for "Thrive" skin care products. These facts support my decision to use the *Squirt* methodology for the consumer survey at issue here.

34.    The sample selection, questions, questionnaire design, and interviewing procedures employed in the surveys are designed in accordance with the generally accepted standards and procedures to meet the criteria for survey

CONFIDENTIAL

trustworthiness detailed in the Manual for Complex Litigation.[21] This includes the choice of close-ended answers in the screener so as not to bias the respondent or make them aware of the screener criteria.

35.     This test includes primary and control questions where the alleged infringing material is eliminated so as to determine the level of confusion specifically caused by the alleged infringing brand and to extract any predetermined perceptions, or what the survey industry refers to as "survey noise." As mentioned, all respondents saw the products in question in a lineup of four products including two control products, which are manufactured and sold by unrelated third parties. All four products, the two products in question and the two control products, were then analyzed in comparison to one another. All stimuli was randomized to prevent order bias.

## A.     Proper Qualifying Universe

36.     Addressing operational issues, the Reference Manual on Scientific Evidence, Third Edition West Group, St. Paul, MN, 2011 ("Reference Manual"), prepared for the Federal Judicial Center, states on page 376, "One of the first steps in designing a survey or in deciding whether an existing survey is relevant is to identify the target population (or universe). The target population consists of all elements (i.e., objects, individuals, or other social units) whose characteristics or perceptions the survey is intended to represent."[22]

37.     Given the products at issue, I determined that the appropriate universe for this survey would be comprised of 600 men and women between 18 and 65 who (a) have purchased skin care products on the internet within the last 6 months, (b) plan to do so again within the next 6 months, (c) have used the Internet to search for

---

[21] Manual for Complex Litigation, Fourth Edition, 2004
[22] Reference Manual on Scientific Evidence, Third Edition West Group, St. Paul, MN, 2011

Exhibit 1
Page 16

CONFIDENTIAL

products or services within the last month, (d) did not work in a related industry or have a close relative that did so, and (e) speak fluent English.

38.    I determined that that questions below were proper screening questions for this survey. The type in bold and parenthesis indicates direction on if these responses qualify the respondent to proceed with the survey. Respondents did not see these instructions. Please see the document listed in Appendix 1 for "screen grabs" of what the respondents actually saw.

*1. What is your age?*
- *18 or younger (**Terminate interview**)*
- *18-20*
- *21-29*
- *30-39*
- *40-49*
- *50-59*
- *60-65*
- *66 or older (**Terminate interview**)*

*2. In the last 6 months have you purchased skin care products for your own use?*
- *Yes (**Proceed**)*
- *No (**Terminate interview**)*

*3. In the past 6 months, where have you purchased skin care products? (check all that apply)*
- *Internet*
- *Beauty supply store*
- *Retail outlet*
- *Other*
**(Terminate if the user does not select Internet)**

*4. In the next 6 months do you plan to purchase skin care products for your own use?*
- *Yes (**Proceed**)*
- *No (**Terminate interview**)*

14

Exhibit 1
Page 17

CONFIDENTIAL

*5. In the next 6 months, where do you plan to purchase skin care products? (check all that apply)*
- *Internet*
- *Beauty supply store*
- *Retail outlet*
- *Other*
  **(Terminate if the user does not select Internet)**

39.     A series of control questions were then asked of all participants so as not to bias their responses by thinking that this survey was only about skin care products. All responses to these control questions qualified the respondent to proceed with the survey.

*7. In the last 6 months, where did you purchased dental care products? (check all that apply)*
- *Internet*
- *Beauty supply store*
- *Retail outlet*
- *Other*

*8. In the next 6 months do you plan to purchase dental care products for your own use?*
- *Yes*
- *No*

*9. In the next 6 months, where do you plan to purchase dental care products? (check all that apply)*
- *Internet*
- *Beauty supply store*
- *Retail outlet*
- *Other*

40.     A final follow up question further confirmed that all qualified respondents had recently purchased products or services on the internet:

15

Exhibit 1
Page 18

CONFIDENTIAL

> *10. In the past month have you used the Internet to search for products or services?*
> - *Yes (**Proceed**)*
> - *No (**Terminate interview**)*

41.    Respondents who were likely to have atypical knowledge of these brands or this industry were excluded, including individuals employed by an advertising agency, a consumer research firm, or a personal care product manufacturer, retailer, or distributor. Respondents whose family members were employed in these occupations were also excluded. Because the stimuli should be viewed at an appropriate size, anyone who was taking the survey on a tablet or a phone was disqualified and only those taking the survey on a laptop or desktop computer were permitted to proceed.

42.    Based on my experience and credentials as a survey expert, it is my opinion that the respondents meeting this survey's screening requirements are representative of the relevant consuming public for both the Plaintiff's and the Defendant's products.

### B.    Sample Size

43.    The Reference Guide to Survey Research states on page 377 that, "The surveyor's job generally is easier if a complete list of every eligible member of the population is available so that the sampling frame lists the identity of all members of the target population."[23] A sample drawn at random from such a list would be a true probability sample. A complete list of all members of the universe for this inquiry was obviously not available, which means that a true probability sample was not possible. That is, there does not exist an exhaustive list of every person over the age of 18 who meet all of the occupational screening requirements.

---

[23] Reference Guide on Survey Research, Shari Seidman Diamond, West Group, St. Paul, MN, 2011, pp 377

Exhibit 1
Page 19

CONFIDENTIAL

44.     Therefore, a non-probability sample of 600 qualified respondents was used for the survey. Non-probability samples of this size are and have been used to make consequential academic and business decisions and are also accepted into evidence in courts throughout the country.

### C.     Interviewing Medium – On-Line Survey

45.     The Council of American Survey Research Organizations reported that in 2012 their members conducted more surveys via the Internet than by all other methods combined. As an example of its pervasiveness, Internet surveys were conducted 10 times more often than mall intercept surveys. The use of Internet surveys is thus "in accordance with generally accepted standards of procedure in the field."[24]

46.     The Internet was an especially appropriate interviewing medium for the inquiries in this survey because it required showing specific stimuli in a specific order to a representative sample of respondents meeting the screening requirements previously discussed. Additionally, and importantly: (a) personal interviews would have been prohibitively expensive, time consuming, and dangerous to perform during a worldwide pandemic, (b) telephone interviews would not have been possible because of the previously noted requirement to present visual stimuli, and (c) both the Plaintiff and Defendant use the Internet as a vehicle for advertising and promoting their products/services.

### D.     Sophistication of the Respondent Paneling and Survey Fielding Teams

47.     The survey was fielded by the internet survey firm, Illume, Inc. Illume is widely respected in the marketing research industry and has created hundreds of

---

[24] https://www.insightsassociation.org/issues-policies/glossary/council-american-survey-research-organisations-casro

17

Exhibit 1
Page 20

CONFIDENTIAL

surveys that have been accepted by the courts and more than one thousand surveys for the marketing and branding industries. Illume programmed the study using the Sawtooth Software's Lighthouse Studio software suite as it does to program all of its surveys. Sawtooth Software has been providing market research data collection and analysis software since 1983. It uses IBM's SPSS software for data analysis. SPSS has been widely used for over 50 years and recognized as the forerunner in data analysis software. Illume also uses Sawtooth Software's web hosting services for hosting all of their surveys. All surveys are secure using TLS 1.2, AES with 128 bit encryption (High); ECDH_P256 with 256 bit exchange, which ensures optimal security.[25]

48.     Illume coordinated the respondent recruitment using the paneling firm Innovate MR. Innovate MR recruited respondents from a diverse blend of channels to ensure representativeness, including both online and offline publishers, social networks like Facebook, web and SMS databases, advertising networks, and television ad placement. They uses a dynamic profiling system that captures and localizes data points based on geography and tracked respondent behavior longitudinally using advanced algorithmic solutions designed to evaluate their profile on an ongoing basis, which ensures accuracy and authenticity is maintained.[26]

### E.     "Double Blind" Protocol

49.     Because of the way the questions were crafted and because at no time were the parties' names or identities disclosed or revealed to Illume or Innovate MR, neither the survey programmer nor the respondents knew the purpose of the survey. That is, no question suggested the survey's sponsor or purpose. This

---

[25] http://www.illume-research.com/aboutus.html
[26] https://www.innovatemr.com/panels/consumer-panel/

Exhibit 1
Page 21

CONFIDENTIAL

"double blind" protocol means that neither the programmer nor the respondents could intentionally or unintentionally influence the results.

50.    In my expert opinion, all seven of the standards delineated in the Manual for Complex Litigation, Fourth Edition, 2004[27] were observed in this survey. Furthermore, the following additional safeguards were observed:

      a. Respondents were told to view the stimuli as if they were considering buying it; that is, it was presented in a purchasing context.
      b. Respondents were told that it was permissible to have no opinion about a subject, and thus that they should not feel the need to guess at an answer.
      c. Persons who had potentially atypical knowledge because of their occupation were excluded from the survey.
      d. A control protocol was used to account for survey "noise."
      e. Finally, the survey was "double blinded": neither the survey company nor the respondents knew the sponsor or the purpose of the study; thus, neither could influence the results, if even unwittingly.

**F.    Qualifying Questions**

51.    The survey begins with a welcome statement that ensures the respondent that their responses will be kept confidential.

*"Welcome and thank you for agreeing to take part in our survey! Please be assured that all of your answers will be kept strictly confidential and are reported in aggregate only."*

52.    Possible respondents were then asked if they were taking the survey on a laptop of desktop computer, a tablet or a phone.  Because of the nature of the visual stimuli being analyzed, only those who were taking the survey on a desktop or laptop were qualified to proceed.

53.    Qualifying questions continued to ensure that all responses were genuine, honest and not aided by outside knowledge.

---

[27] Manual for Complex Litigation, Fourth Edition, 2004

Exhibit 1
Page 22

CONFIDENTIAL

> *"Will you agree to answer the questions without help or assistance, answer truthfully and do not guess?*
> - *Yes*
> - *No*

Those who answered "No" were terminated from the interview and their responses were not tabulated in the results.

54.     Two qualifying questions ensured that the responses were wearing contacts or eyeglasses if they needed them:

> *"Do you need contacts or glasses for reading?"*
> - *Yes*
> - *No*

> *"If so, will you be wearing them when completing the survey?"*
> - *Yes*
> - *No*

Those who responded that they needed contacts or glasses but would not guarantee that they would be wearing them during the test were terminated from the survey and their responses were not tabulated in the results.

55.     Lastly, a final qualifying question further ensured the honesty of the responses and prevented guessing, acknowledging that it was appropriate to state that you don't know the answer rather than guess.

> *"Please understand that we are only interested in your opinions or beliefs; and if you don't have an opinion or belief or don't know the answer to a question, that is an acceptable answer. Do you agree not to guess or get information from anyone else, from the internet or any other source?"*
> - *Yes*
> - *No*

Those who answered "No" were terminated from the interview and their responses were not tabulated in the results.

CONFIDENTIAL

### G.      Likelihood of Confusion Questions

56.      Respondents were then provided with a lead-in statement encouraging respondents to view the following imagery as if they were shopping for the products shown, so as to best replicate the purchase experience.

*You are about to see images of four products, each featured as you would see them when purchasing them.*

*Please view the following images as if you were shopping for these products with the possible intent to purchase them. For the questions, if you do not have an opinion or are unsure of your opinion, it's perfectly all right to say so.*

After reading the text above, when respondents clicked on the "Continue" button, all 600 respondents were presented with the following images, consisting of screenshots of the product manufacturer's point of sale website, in random order to prevent order bias.

CONFIDENTIAL

### Image 1



Our Products ⌄   Regenerative Mission   Superplant Skincare   Our Skin Health Philosophy   Ingredients   Blog   Connect with Us



## SENSITIVE SKIN FACE BALM - STRESS DEFENSE - 2 FL. OZ. (60ML)

★★★★★ 9 reviews
$ 16.96

ADD TO CART

- Product Description
- Our Commitments

This natural moisturizer, along with Thrive's Sensitive Skin Face Wash, packs the perfect one-two punch to start your day. This balm delivers the same benefits as our regular Face Balm but was specially designed for Sensitive Skin, damaged from the daily stress and pollution of an active life, Thrives Restoring Face Balm helps hydrate, restore, and protect your face. Our natural formula is made with high-quality plant extracts with no added fragrance that make your skin look and feel healthier.

   

22

Exhibit 1
Page 25

CONFIDENTIAL

## Image 2

VIEW DETAILS

**THRIVE SKIN - Infinite CBD Correcting Serum**

Price: $62.00

Autoship Program 0

Today's Order 0

VIEW DETAILS

**THRIVE SKIN - Infinite CBD Correcting Serum**(1.0 fl oz)

A balance of nature, science and CBD innovation, working harmoniously to provide a luxurious high performance Facial Serum. Excellent for all skin types, this proprietary Serum helps reduce the negative results of oxidative stress (such as redness, fine lines, and skin roughness), increases moisture and reduces the appearance of lines and wrinkles.

Autoship Program (0): USD $0.00

Today's Order (0): USD $0.00

Empty Cart | Continue Order



CONFIDENTIAL

## **Image 3**





URSA MAJOR

# Fortifying Face Balm

This moisturizer is matte, hydrating, and lightweight, but won't clog pores or create shine.

DEHYDRATION      BLACKHEADS      BREAKOUTS

**Good For**   Acneic, Combo, Normal, and Oily Skin Types

| 2.5 oz | Add To Bag — $36 |
|---|---|

This fast-absorbing balm is a weightless serum-like moisturizer —not at all what you might typically expect from a balm. It doesn't feel sticky or shiny in the slightest, and is a great layering product beneath sunscreen.

CONFIDENTIAL

## **Image 4**



CONFIDENTIAL

57.     Displaying these four images to respondents was followed by an additional screening question to ensure that respondents were paying full attention and taking the survey in earnest.

> *What type of products were shown in the images you just reviewed?*
> - *Detergent*
> - *Shampoo*
> - *Skin care products*
> - *Pet food*
> - *Don't know/no opinion*

Any responses that did not check skin care products were terminated from the survey.

58.     This attention-check question was followed by the primary statement:

> *All of these products can be purchased online, but we are interested in who you believe makes each of these products, meaning their manufacturer or source.*

After reviewing this statement, images of two of the four products were then shown in a pair, adjacent to one another. This was repeated until each respondent had the opportunity to compare each of the four products to the other three products on a one-to-one basis. This allowed respondents to directly compare all four products to one another. These pairings of imagery were done in random order to prevent order bias. After each pair of images were shown, respondents were asked:

> *Do you believe that these two products come from the same company/manufacturer/source?*
> - *Yes, same company/manufacturer/source?*
> - *No, different companies/manufacturers/sources?*
> - *Not sure/ don't know*

59.     The survey then asked the open-ended question, "Why do you say

26

Exhibit 1
Page 29

CONFIDENTIAL

that?" so as to get a better understanding of the rationale behind the respondent's earlier answer and to serve as a way of extracting survey noise or nonsensical answers.

60.     Those who answered "Different companies/manufacturers/sources" to the prior question were then asked a follow up question:

> *If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?*
> - *Yes, companies are affiliated, connected or associated*
> - *No, companies are not affiliated, connected or associated*
> - *Not sure/ don't know*

Again, this was followed by the open-ended question, "Why do you say that?" so as to get a better understanding of the rationale behind their earlier answer.

61.     These questions were followed by a written scenario and follow-up question, which was presented to the respondents as follows:

> *Please read the scenario below and answer the question that follows.*
>
> > *After ordering a skin care product, you receive an email with prominent text stating "Welcome to the Thrive Tribe". After ordering a second skincare product, you receive a second email with prominent text stating "Welcome to the Thrive Tribe".*
>
> *Based on these emails, do you believe that the two products you ordered are from the same company or companies that are affiliated, connected or associated or from different companies that are not affiliated, connected, or associated?*
> - *Yes, the products I ordered are from the same company or companies that are affiliated, connected, or associated*
> - *No, the products I ordered are from different companies that are not affiliated, connected, or associated*
> - *Not sure/ don't know*

This scenario is based on facts specific to the way the term "Thrive Tribe" is used

Exhibit 1
Page 30

CONFIDENTIAL

by both the Plaintiff and the Defendant. At the time respondents received this scenario and question, they were not able to go back to prior questions they had already answered. This prevented respondents from revising their answers regarding the product images after they had received additional information about the "Thrive Tribe" usage.

62.     After having completed the product-specific questions, the respondent was provided with a request which directed them to enter the number 865 into the space below the request. This was yet another check for the integrity and trustworthiness of the responses, since if the individual queried did not do as requested, they were eliminated from the sample due to an attention deficit rationale which could have adversely reflected the quality of the answers previously given.

63.     Lastly, all respondents were asked a series of demographic questions about their gender, the highest level of schooling they had achieved, what state they lived in, and their approximate household income level.

### H.     Use of Controls and Net Confusion Scores

64.     Specific effort was made to be objective by recognizing potential, albeit inadvertent, biases and accounting for each of them beforehand. These responses are what researchers refer to as "noise," that is, any exogenous and difficult-to-measure issues such as respondents' preconceived opinions and/or those who had recently encountered the stimuli and have an unnaturally heightened awareness of it beyond the general public, and so forth.

65.     The Reference Guide on Survey Research states, that the control group view the same stimuli without the allegedly deceptive material.[28] As mentioned earlier, there were two images of two control products that did not feature the

---

[28] Reference Guide on Survey Research, Shari Seidman Diamond, Third Edition West Group, St. Paul, MN, 2011, pg. 398.

Exhibit 1
Page 31

CONFIDENTIAL

Thrive brand name. The survey was able to determine the level of confusion that
these control products had with the Plaintiff's product. This level of confusion as
then subtracted from the confusion reported between the products in question to
result in net confusion." This is further described in the following section.

## IX.  Tabulated Responses

### A.  A significant majority of respondents believed that the products in question are from the same company, manufacturer, or source

66.     The tabulated results in the chart below compare the level of confusion
reported among each of the four pairs of products, i.e., the two products in question
and the two control products. Of specific interest, 397 of the 600 respondents or
**66% of all respondents believe that the products in question come from the
same company/manufacturer or source.**

Q18a - Do you believe that these two products come from the same company/manufacturer/source?

| | Thrive v. THRIVE SKIN<br>----------<br>(A) | Thrive v. Ursa Major<br>----------<br>(B) | Thrive v. WLDKAT<br>----------<br>(C) | THRIVE SKIN v. Ursa Major<br>----------<br>(D) | THRIVE SKIN v. WLDKAT<br>----------<br>(E) | Ursa Major v. WLDKAT<br>----------<br>(F) |
|---|---|---|---|---|---|---|
| Total | 600 | 600 | 600 | 600 | 600 | 600 |
| | 100% | 100% | 100% | 100% | 100% | 100% |
| Yes, same company/manufacturer/source | 397 | 40 | 61 | 68 | 60 | 38 |
| | 66% | 7% | 10% | 11% | 10% | 6% |
| | BCDEF | | BF | BF | bF | |
| No, different companies/manufacturer/source | 100 | 418 | 407 | 383 | 420 | 420 |
| | 17% | 70% | 68% | 64% | 70% | 70% |
| | | AD | A | A | AD | AD |
| Not sure / Don't know | 103 | 142 | 132 | 149 | 120 | 142 |
| | 17% | 24% | 22% | 25% | 20% | 24% |
| | | Ae | a | Ae | | A |

Comparison Groups: ABCDEF
T-Test for Means, Z-Test for Percentages
Uppercase letters indicate significance at the 99% level.
Lowercase letters indicate significance at the 95% level.

29

Exhibit 1
Page 32

CONFIDENTIAL

67.     This measure is accurate at the 99% level of confidence, meaning if this survey were taken 100 times, 99 of those surveys would show the same result. This reaffirms the significance of this finding and its strong support for the conclusion that the Defendant's products cause actual confusion with the Plaintiff's products among the relevant public.

68.     Additional proof of actual confusion can be found in the responses to the follow up question where those who answered different companies where then asked if they believed that these companies/manufactures/sources were affiliated, connected or associated with one another.

Q20a - If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

| | Thrive v. THRIVE SKIN | Thrive v. Ursa Major | Thrive v. WLDKAT | THRIVE SKIN v. Ursa Major | THRIVE SKIN v. WLDKAT | Ursa Major v. WLDKAT |
|---|---|---|---|---|---|---|
| | (A) | (B) | (C) | (D) | (E) | (F) |
| Total | 100 | 418 | 407 | 383 | 420 | 420 |
| | 100% | 100% | 100% | 100% | 100% | 100% |
| Yes, companies are affiliated, connected or associated | 14 | 22 | 28 | 26 | 27 | 26 |
| | 14% | 5% | 7% | 7% | 6% | 6% |
| | bcdef | | | | | |
| No, companies are not affiliated, connected or associated | 56 | 231 | 215 | 206 | 225 | 232 |
| | 56% | 55% | 53% | 54% | 54% | 55% |
| Not sure / Don't know | 30 | 165 | 164 | 151 | 168 | 162 |
| | 30% | 39% | 40% | 39% | 40% | 39% |
| | | a | a | a | a | |

Comparison Groups: ABCDEF
T-Test for Means, Z-Test for Percentages
Uppercase letters indicate significance at the 99% level.
Lowercase letters indicate significance at the 95% level.

69.     Here again, among those 100 respondents, 14 of them believed that the companies who manufacture the Plaintiff's and the Defendant's products in question are affiliated. This finding is accurate at the 95% level of confidence.

70.     When the 397 respondents who believe that the products in question are from the same source are added to the 14 who believe that they are from affiliated sources are added, it results in **411 of the 600 total respondents** or

30

Exhibit 1
Page 33

CONFIDENTIAL

**68.5%** of respondents who report actual confusion among the products in question. This is an exceptionally high level of confusion, in fact, in my experience, it is among the highest level of confusion in any survey that I have performed as an expert witness.

### B. Net confusion scores also show an exceptional level of confusion

71.     As mentioned, in order to extract the level of confusion caused exclusively by the Defendant's use of the "Thrive" name at issue, the average confusion scores from the control set are subtracted from the primary set scores to result in what the industry refers to as an average "net confusion" score.[29]

72.     The survey results report a level of confusion between the Plaintiff's product and the Ursa Major product of 66 respondents of the 600 questioned or 11% of all respondents who believed that these products come from the same source or from different but affiliated sources. The results show a level of confusion between the Plaintiff's product and the Wldkat product of 89 respondents of the 600 questioned or 14.8% of all respondents who believed that these products come from the same source or from different but affiliated sources. When these numbers are averaged, the resulting average level of control confusion is 12.9%.

73.     When this 12.9% is subtracted from the primary set's 68.5% level of confusion, it results in a net confusion score of **55.6%,** or a clear majority of all respondents who believe that the Plaintiff's and the Defendant's products in question are confusingly similar. Again, this measure refers only to the net confusion when compared to the average level of confusion with a control product.

### C. Typical open-ended responses indicate that the Thrive name causes this significant confusion

74.     As mentioned, responses to the open-ended questions, *"Why do you*

---

[29] Reference Guide on Survey Research, Shari Seidman Diamond, Third Edition West Group, St. Paul, MN, 2011

Exhibit 1
Page 34

CONFIDENTIAL

*say that?"* further confirm the rationale behind the respondents' answers. Typical responses to these questions include reference the name of the products in question, Thrive, as driving this confusion. The following direct quotes are indicative of the very many responses that reference the products' name, Thrive, as causing this confusion. Capitalization, syntax and spelling errors are captured based on the actual responses.

- *They both say Thrive.*

- *They were both from Thrive*

- *Both manufacturered by "thrive"*

- *They have same name*

- *both the websites said Thrive*

- *They both say "Thrive" at the top of the bottles, which seems to indicate that is who made them.*

**D.    Extracting possibly questionable responses still indicates exceptional levels of confusion.**

75.    I reviewed all of the open-ended questions to determine if any of them were nonsensical or communicated an extraordinary knowledge of this case so as to be termed survey noise. I found only two responses that possibly could be indicative of a respondent not taking the survey in earnest. Respondent 75 indicated a response of "cbd" and respondent 596 indicated a response of "premium quality". I believe that these two responses could prove to be authentic, in that the Defendant's product promoted its use of "CBD" which corresponds to Plaintiff's "plant powered" Thrive product. Furthermore, Defendant's product could have been perceived by the second respondent to be a higher priced "premium quality" version of the Plaintiff's brand.

32

Exhibit 1
Page 35

CONFIDENTIAL

76.     However, even if out of an abundance of caution I were to extract these two respondents' data from the overall data findings, it results in two fewer respondents showing "same company" confusion or **68.39% rather than 68.5%** primary confusion and **52.49% rather than 55.6%** net confusion. Regardless of whether these two responses were either genuine or not, their impact on the overall level of confusion is negligible.

## XII.   <u>Other Relevant Findings and Conclusions</u>

77.     I understand the Plaintiff has undertaken significant efforts to enforce its rights in the Thrive® mark. This has included sending cease-and-desist letters, filing at least one other lawsuit, and other steps to negotiate and obtain third parties' abandonment of marks that infringed upon the Plaintiff's trademarks or their agreement not to use such marks in relation to products that are the same as those sold by the Plaintiff.[30]  Its enforcement efforts have been very successful, causing numerous third parties to cease using Thrive-formative marks in relation to skin care products and express abandonment of related trademark registrations and applications.[31]

78.     In addition, as mentioned, the Plaintiff has consistently used its Thrive® mark since the product's inception across all of its marketing efforts.  In total the Plaintiff has spent approximately $1.15 million through 2020 in marketing and promoting its brand.[32]   These efforts and its resulting $1 million in gross sales in 2020, and increasing sales year-over-year,[33] are strong indications of the strength of the Plaintiff's mark and the consistency with which it has been enforced.

---

[30] ThriveLeVel_0001490-54; ThriveLeVel_0001648-57; ThriveLeVel_0001936-41; ThriveLeVel_0001975-89; ThriveLeVel_0001990-2016; ThriveLeVel_0003520-25
[31] Trial Declaration of Alex McIntosh ¶¶ 63-66
[32] ThriveLeVel_0003294; Trial Declaration of Alex McIntosh ¶¶ 55-56
[33] ThriveLeVel_0003294; Trial Declaration of Alex McIntosh ¶¶ 55-56

Exhibit 1
Page 36

CONFIDENTIAL

79.     Having worked on launching or optimizing more than three dozen leading consumer skin care brands, such as Jergen's, Dove, St. Ives, Suave, Burt's Bees and many others, I have been involved in market research that confirms the consumer purchase decision process in the skin care category.  I can affirm that relatively inexpensive personal care products such as the products in question (retailing for under $80) require a lower degree of care in consumers making their purchase decisions. The skin care category is often driven by impulse purchasing, rather than a highly educated and well considered purchase process.  This lower degree of care driving which products to purchase results in a higher degree of the consumer unintentionally purchasing a potentially confusing product assuming it to be the product they intended to buy. This is confirmed through the findings of the consumer survey I conducted, where respondents were able to see product price for each product yet still demonstrated a significant level of confusion.

## XIV.  Conclusion

80.     The results of a well-conducted experimental design with the appropriate controls revealed a significant degree of confusion between the Plaintiff's "Thrive" branded products and the Defendant's "Thrive Skin" branded products. The level of confusion amongst the target market was shown to be 55.6%. It is my professional opinion that this level represents significant confusion above the noise level and suggests that, when purchasing, consumers are likely to confuse the Plaintiff's skin care products with the Defendant's skin care products.

81.     In addition, it is my opinion that there is a high similarity of goods and high market overlap between the products in question; the Plaintiff's THRIVE mark is relatively strong; and there is a relatively low degree of consumer care in choosing between the skin care products at issue.

Exhibit 1
Page 37

CONFIDENTIAL

82.     I hold these opinions within a reasonable degree of certainty based on the survey results, and my 35-plus year experience in the branding industry. I respectfully reserve the right to amend this declaration with further comments in the event that additional information becomes available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 29, 2022.

_____
Rob Wallace

CONFIDENTIAL

## Appendix 1: Survey Data – filed as separate documents with this report

The spreadsheets of the raw data and tables were too large to include in this report. The following separate documents were attached to this report when filed:

1. Thrive Survey Printout.pdf

2. Thrive Final Raw Data.xlsx

3. Thrive Tabs.xlsx

4. Thrive Compare Tabs

CONFIDENTIAL

**Appendix 2: Documents Reviewed**

<u>**Documents Cited**</u>

1.    Reference Manual on Scientific Evidence, Third Edition West Group, St. Paul, MN, 2011

2.    *Squirtco v. Seven-Up Co*., 628 F.2d 1086 (8th Cir. 1980).

3.    Reference Guide on Survey Research, Shari Seidman Diamond, West Group, St. Paul, MN, 2011

4.    <u>https://www.insightsassociation.org/issues-policies/glossary/council-american-survey-research-organisations-casro</u>

5.    <u>http://www.illume-research.com/aboutus.html</u>

6.    https://www.innovatemr.com/panels/consumer-panel/

7.    Manual for Complex Litigation, Fourth Edition, 2004

8.    ThriveLeVel_0000500-01

9.    ThriveLeVel_0000495-96

10.   LE-VEL00020561

11.   ThriveLevel_0001248-50

12.   www.thrivecare.co

13.   ThriveLevel_0001841-42

14.   ThriveLevel_0002054-61

15.   ThriveLevel_0002062-70

16.   Defendant's Thrive Skin product pages at https://le-vel.com/Products/THRIVE/Skin

17.   LE-VEL00020155-56

18.   LE-VEL00020169-86

Exhibit 1
Page 40

CONFIDENTIAL

19.   LE-VEL00020449-50

20.   LE-VEL00020453-54

21.   ThriveLevel_0001847-49

22.   ThriveLevel_0002448-59

23.   ThriveLevel_0003912

24.   ThriveLevel_0003280-84

25.   ThriveLevel_0003909 and attachment

26.   LE-VEL00023267

27.   https://www.instagram.com/thrivenaturalcare/

28.   https://www.instagram.com/le_velofficial/

29.   www.thrivecare.co

30.   https://le-vel.com/Products/THRIVE/Skin

31.   https://www.facebook.com/thrivenaturalcare/

32.   https://www.facebook.com/LevelBrands

33.   ThriveLevel_0003354-55

34.   ThriveLevel_0003356-61

35.   ThriveLevel_0003362-65

36.   ThriveLevel_0003366-73

37.   Demonstrating the Value of Marketing, Dominique M. Hanssens, Koen H.
      Pauwels, Journal of Marketing, American Marketing Association, 2016

38.   ThriveLevel_0000939

39.   ThriveLevel_0000949

40.   ThriveLevel_0003289

Exhibit 1
Page 41

CONFIDENTIAL

41.     ThriveLevel_0003294

42.     ThriveLeVel_0001229

43.     Reference Manual on Scientific Evidence, Third Edition West Group, St.
        Paul, MN, 2011

44.     Trial Declaration of Alex McIntosh

45.     Deposition of Drew Hoffman

46.     ThriveLevel_0003354-55

47.     ThriveLevel_0003356-61

48.     ThriveLevel_0003362-65

49.     ThriveLevel_0003366-73.

50.     ThriveLeVel_0001490-54

51.     ThriveLeVel_0001648-57

52.     ThriveLeVel_0001936-41

53.     ThriveLeVel_0001975-89

54.     ThriveLeVel_0001990-2016

55.     ThriveLeVel_0003520-25

56.     ThriveLeVel_0003294

57.     ThriveLeVel_0003294

**Additional Documents Reviewed**

1.      Thrive Natural Care Complaint v. Le-Vel Brands

Exhibit 1
Page 42

CONFIDENTIAL

# Appendix 3: Curriculum Vitae of Robert Wallace

**Rob Wallace Expert Witness: Brand identity**

917-860-0319
Rob@bestofbreedbranding.com
www.RobWallaceExpert.com

As the former managing partner of Wallace Church, Inc., one of the most recognized and accomplished brand identity strategy and design consultancies, I have more than thirty years of expertise in all aspects of branding strategy and design analysis for national and global brands. My core expertise is the ability to create and differentiate brand experiences that drive consumer awareness and purchase behavior.

Clients include Procter & Gamble, Coca-Cola, Unilever, Pfizer, Dell, Pepsico, Revlon, Target, The Home Depot, Johnson & Johnson, Bacardi, E&J Gallo, Mattel, Anheuser Busch, PNC Bank, Kroger, L'Oreal, Scotts/Miracle Gro and more than 40 national/global consumer product marketers of equal caliber.

**Areas of Expertise:**
Trademark/Trade Dress
Package/Product Design
Licensing
Intellectual Property Marketing Strategy
Brand Communications
Visual Brand identity
Advertising Claims
Consumer Research
Copyright Damages
Consumer Research
Planning/Analysis

**Industry Experience:**

| | |
|---|---|
| Food | Personal Care |
| Beverage | OTC and Rx Drugs |
| Home Products | HBA/Beauty Care |
| Wellness | Technology Brands |
| Toys/Sporting Goods | Hard Goods |
| Beer/Wine/Spirits | B to B |
| Apparel | Retailer Brands |
| Financial Services | |

**Background:**
Best of Breed Branding Consortium, LLC                      June 2014 – Present
Managing Partner
- Actively manage a consortium of branding communications consultancies.
- Provide strategic consulting on all branding issues including brand name development, brand identity, graphic and structural package design, trademark and copyright development, and integration across advertising and all other brand communications.

CONFIDENTIAL

Wallace Church, Inc.,                                    1985 – June 2014
Managing Partner, Strategy
- Actively manage one of the world's most respected brand identity design consultancies.
- Provide strategic consulting on all branding issues including brand name development, brand identity, graphic and structural package design, trademark and copyright development, and integration across advertising and all other brand communications.

Peter Cris Advertising, Inc., New York, NY             1984 – 1985
Vice President, Marketing
- Provided both the strategic and creative force for this regional advertising agency.
- Acted as primary liaison between clients and creative department.

Modular Marketing, Inc., New York, NY                  1982 – 1984
Senior Account Manager
- Managed select client relationships through all creative and strategic aspects of project management for this marketing communications consultancy.
- Designed and developed brand promotion programs, corporate communications and brand identity assignments.

Grey Advertising, Inc., New York, NY                   1981 – 1982
Senior Account Manager
- Actively participated in one of the world's largest advertising agencies through the Market Horizons function, consulting with core clients on advertising and new brand communications opportunities.

**Education:**
MBA coursework, The New School, New York, NY          1981 – 1983
BA, English, Gettysburg College, Gettysburg, PA       1977 – 1981

**Professional Activities:**
- Expert speaker on brand identity design at more than 40 marketing, design and research industry events across the US, UK, Europe, Latin America and Asia
- Author of numerous articles and published case histories on brand identity design in the Wall Street Journal, Forbes, Marketing Week, Design Management Journal, Package Design Magazine and numerous other publications.
- Co-Author "Really Good Package Design Explained," Rockport Press, 09
- Lecturer on brand identity at Columbia Business School, Georgetown University, Seton Hall, University of Texas, School of Visual Arts Masters in Branding and other MBA programs of leading universities
- Board of Directors, Design Management Institute, 2010-Current
- Co-Chair of the Design Management Institute Design Value Project, 2012-Current
- Distinguished Faculty Member, Path to Purchase Institute, speaker at national conference for the last 8 years
- Founder "The Strategic Design Firm Leadership Summit" attached to the BXP Live event

41

Exhibit 1
Page 44

CONFIDENTIAL

**Professional Memberships:**

Board of Directors, the Design Management Institute,
Co-Chair Design Value Project, the Design Management Institute
Distinguished Faculty, Path to Purchase Institute
American Marketing Association
Color Marketing Group
American Institute of Graphic Arts

CONFIDENTIAL

## Appendix 4: Partial List of Prior Cases

I have served as an expert witness on branding related issues on more than 65 prior occasions. In the last four years, I have been served on:

• Anti-Aging Essentials, Inc., v. Trufood MFG, INC. F/K/A Tsudis Chocolate Co and Belmont Confection.,U.S. District Court, District of Pennsylvania, 2016

• Pur Beverages v. Pom Wonderful, U.S. District Court, Southern District of California, 2016

• Fireclean, LLC v. George Fennell and Steel Shield Technologies, Inc., U.S. District Court, Eastern District of Virginia, 2016

• Smart Vent Products Inc v. Crawl Space Door Systems, Inc, U.S. District Court, New Jersey, 2016

• SC Johnson & Sons, Inc. v. Minigrip, LLC U.S. District Court, Western District of Wisconsin, 2017

• Gunterville Breathables, INC. v. Global Glove and Safety Manufacturing, Inc., U.S. District Court, Northern District of Alabama, 2017

• Texas Outhouse, Inc. and The        Gainsborough Corporation v. Fresh Can, LLC., U.S. District Court, Southern District of Texas, 2017

• StudioThink, LLC v. Unitrex, LTD., Court of Common Pleas, Cuyahoga County Ohio, 2017

• Lokai Holdings, LLC v. Twin Tiger USA, LLC, Southern District of New York, 2017

• K&M International, Inc, v. Rhode Island Novelty, Inc., U.S. District Court, District of Rhode Island, 2017

• Simon Nicholas Richmont, Patent No: 7,429,827 Re-examination Control Number 90/013,860, U.S. Patent and Trademark Office, 2017

• Turn Key Wine Brands LLC v. CustomVine, et al, U.S. District Court, Central District of California, 2017

• CNY, LLC v. CCNY Inc., U.S. District Court, Southern District of New York, 2017

• Redbox Automated Retail, LLC v. Xpress Retail LLC., U.S. District Court, Northern District of Illinois, 2018

• Simon Nicholas Richmond in two Reexamination proceedings in the United States Patent and Trademark Office (USPTO), Reexamination Control No. 90/013,860 and 90/013,861, 2018

• Roger Cofelt Jr., et als, v. The Kroger Company, et al, U.S. District Court, Central District of California, 2018

43

Exhibit 1
Page 46

CONFIDENTIAL

• Quality Products, Inc., v. Verka Food Products LTD et al, U.S. District Court, Western District of Washington, Seattle, 2018

• Shaya Eidelman v. Sun Products Corp and Costco Wholesale Corp, U.S. District Court Southern District of New York, 2018

• Flying Nurses International LLC v. Flyingnurse.com et al. U.S. District Court, Eastern District of Virginia, 2018

• GDM Enterprises, LLC (Pure Cosmetics) v Astral Health & Beauty, INC., (PUR Cosmetics),U.S. District Court, Western District of Missouri, 2019

• BAMA ICEE LLC et al v J&J Snack Foods Corp et al., US District Court, Northern District Of Alabama, 2019

• The Black & Decker Corporation, et al v HARBOR FREIGHT TOOLS USA, INC., Report for Mediation, 2019

• 1231 Barrage Inc et al v. Automobile Dealers Assoc of Greater Philadelphia et al, Philadelphia County Court of Common Pleas, 2019

• Christopher Hayden v. Eagles Nest Outfitters, Inc. et al US District Court Western District of North Carolina, 2019

• Chantel Ray Finch v Weigh Down Workshop Ministries, Inc. et al, US District Court, Eastern District Of Virginia, Norfolk Division, 2019

• Mambu Bayoh v. AfroPunk Fest 2015, et al., U.S. District Court, Southern District of New York, 2019

• Scorocs LLC v. Innovations for Poverty Action Inc., US District Court, Western District Of Missouri, At Kansas City, 2019

• Good L Corp v. Fasteners for Retail, Inc., US District Court, Middle District of Tennessee, 2019

• Sunny Days Entertainment LLC v. Traxxas L.P., US District Court, District of South Carolina Greenville Division, 2019

• Venus Et Fleur, LLC v. Affordable Luxury NY, Inc dba Pret A Fleur, et al, US Court, Southern District of New York, 2019

• Rhino Metals Inc, v Sturdy Gun Safe Inc, US District Court, District Idaho, 2019

• American Customer Satisfaction Index, LLC v Genesys Telecommunications Laboratories, et al, US District Court, Eastern District of Michigan, Southern Division, 2020

• I.M. Wilson, Inc v Obchtchestvo S Ogranitchennoy Otvetsvennostyou "Grichko", et al, US Distinct Court, Eastern District of Pennsylvania, 2020

44

Exhibit 1
Page 47

CONFIDENTIAL

• Country Life v. The Hain Celestial Group, Inc, US District Court, Eastern District of New York, 2020

• New NGC, Inc, et al v. Alpinebay, Inc, US District Court, For the Northern District of Illinois, Eastern Division, 2020

• P&P Imports v. Johnson Enterprises, LLC et al, US District Court for the Central District of California, 2020

• New NGC, Inc, et al v. Alpinebay, Inc, US District Court, for the Northern District of Illinois, Eastern Division, 2020

• Otter Products, LLC et al v. Bigbirds, LLC et als , US District Court, for the District of Colorado, 2020

• Sulzer Mixpak, A.D. v. DXM Co LTD et als , US District Court, for the Southern District of New York, 2020

• Jalinski Advisory Group, Inc. v. JBL Financial Services, Inc., US District Court, for the Eastern District of Missouri, Eastern Division, 2020

• American Medical Experts, LLC v. Ronny Nizar Hamad, Prime Medical Experts, LLC et al, US District Court, for the Eastern District of Virginia, 2020

• Restoration Hardware, Inc., *et al.*, , v. Bungalow Home, LLC, US District Court, for the Southern District of Ohio, Eastern Division, 2020

• American Customer Satisfaction Index, LLC v ForeSee Results, et al, US District Court, Eastern District of Michigan, Southern Division, 2021

• Thrive Natural Care, Inc. v Thrive Causemetics, Inc., US District Court, Central District of California, 2021

• Jalinski Advisory Group, Inc. v. Franklin Advisory Group, Inc., US District Court, for the Eastern District of Pennsylvania, 2021

CONFIDENTIAL

## Appendix 5: Partial List of Authored Books and Articles

I have written a number of peer-reviewed brand identity articles, contributed to branding texts, and have been interviewed by The Wall Street Journal, The New York Times, and more than a dozen branding and marketing communications industry publications. I have spoken at more than 30 marketing communications and design industry events across North and South America, the UK, and Europe and Asia. I have lectured on brand identity at Columbia Business School, Georgetown, The University of Texas, and other leading universities. I have conducted webinar events with more than 1,600 participants on the topic of design process and design thinking.

I am on the Board of Directors of the Design Management Institute, the most prominent global design industry association, and I co-chair its Design Value Project. I am a Distinguished Faculty Member of the Path to Purchase Institute. Please see my current CV for a listing of these and other accomplishments.

I coauthored a book entitled "Really Good Packaging Explained", released in 2009 by Rockport Publishers. I was also a contributing author with Robin Landa and the book "Build Your Own Brand", Rockport, 2013. I also wrote the forward to Christopher Durham's book, "52 The My Private Brand Project", Folio28, 2014

In the past 15 years I have written the following articles:

- "The Tropicana Trouble and How It May Have Been Prevented", Package Digest, 2009
- "Blood, Sweat and Tiers, Building Optimal Brand Identity Architectures", GAIN, AIGA Journal of Business and Design, June 2008
- "Heinz Turns Iconic Authenticity Into Fresh Relevance", The Hub, September 2007
- "Design ROI Envisioned", Step Inside Design, July/August 2007
- "Be Smart Be Simple", Design Management Review, Spring 2006
- "Proving our Value: Measuring Package Design's Return on Investment", Design Management Journal, Summer 2001
- "The High Cost of Saving Money", Package Digest, Summer 2000
- "Icons, Your Brand's Visual Essence, Brandweek, Spring 2000

I have coauthored an article with Pamela De Cesare, former Associate Director of Package Communications, Kraft Foods, Inc., entitled "Amazing Pace, Shared Views on the Design Process", Design Management Journal, Spring 2000.

In the past several years I have posed more than two dozen articles and posts on Wallace Church's web site: http://wallacechurch.tumblr.com/ these include but are not limited to:

- "Quantifying Design's Value"

- "Design RI Re-Envisioned",

- "Cutting through the Sea of Sameness"

- "Architecting a Brand Experience"

46

Exhibit 1
Page 49

CONFIDENTIAL

> • "The National Color" and more

I am the founder of the Linked In Group- "Relevant Disruption in Branding"
https://www.linkedin.com/groups?home=&gid=7422931 where I have posted more than 10
articles including:

> • "Right Here, Right NOW!"

> • "Fashion Touchdown"

> • "Color is Key"

> • "Cool Customization"

> • "Relevance for Right Now"

> • "Shape Language"

> • "Visual Vampires"

# **<u>EXHIBIT 2</u>**

Robert Wallace                                            June 6, 2022
Thrive Natural Care Inc. v. Le-Vel Brands LLC

                                                      Page 1

```
 1            UNITED STATES DISTRICT COURT
        FOR THE CENTRAL DISTRICT OF CALIFORNIA
 2                SOUTHERN DISTRICT
           Case No. 2:21-cv-02022-DOC(KES)
 3
 4    X---------------------------X
       THRIVE NATURAL CARE,           :
 5     INC.,                          :
                                      :   VIDEOTAPED
 6            Plaintiff and           : DEPOSITION OF:
        Counterclaim Defendant,       :
 7                                    :
            vs.                       : ROBERT WALLACE
 8                                    :
       LE-VEL BRANDS, LLC,            :
 9                                    :
            Defendant and             :
10       Counterclaim Plaintiff.      :
                                      :
11    X---------------------------X
12
     C O M P U T E R I Z E D   T R A N S C R I P T
13   of the stenographic notes of the proceedings in
     the above-entitled matter as taken by and before
14   MELISSA J. LUMI, a Certified Court Reporter, No.
     30X100237000, and Notary Public of the State of
15   New Jersey, taken remotely, on June 6, 2022
     commencing at 10:00 in the forenoon.
16
17
18
19
20
21
22
23
24
25
```

Page 21

1    do you understand what I mean?

2              A.      I believe so.

3              Q.      USPTO, ITC?

4              A.      Correct.  Yes.

5              Q.      Thank you.  How many reports have

6    you prepared for TNC?

7              A.      I've prepared three; the original

8    report that we chatted about earlier regarding

9    the Thrive Causemetics case, the report that

10   we're discussing this morning, as well as my

11   rebuttal to Dr. Barone's report, which we will

12   hopefully discuss this afternoon.

13             Q.      Thank you.  Let's go ahead and

14   introduce the -- your opening report and so we

15   can talk about that report.  When you have it, if

16   you could -- let me know that you do, and at that

17   point I will proceed to ask some questions.

18             A.      Sure.  Again, I have this open on

19   my screen just because it would be in larger

20   script for me to read.  So I do have that report

21   opened in front of me now.

22             Q.      I appreciate that.  We will be

23   giving you an identical copy and I can confirm

24   that it is an actual copy.

25                     VIDEOTAPE OPERATOR:  Are we

Robert Wallace                                                    June 6, 2022
Thrive Natural Care Inc. v. Le-Vel Brands LLC

Page 22

1    marking this as an exhibit?

2                    MR. SOMMERS:  I'm sorry?

3                    VIDEOTAPE OPERATOR:  This is the

4    videographer.  I'm just wanting to know if we're

5    marking these exhibits.

6                    MR. SOMMERS:  Have we not marked

7    that first exhibits, the Reporter -- correct?

8    Thank you very much.

9                    (Opening Expert Report of Rob

10   Wallace is received and marked as Exhibit 2 for

11   identification.)

12                   MR. SOMMERS:  So the first Notice

13   of the Deposition is Exhibit 1, the second one is

14   going to be Exhibit 2.

15                   VIDEOTAPE OPERATOR:  Thank you.

16                   MR. SOMMERS:  And we're marking

17   them just so that the videographer knows.  I know

18   you don't have it in front of you, so --

19                   VIDEOTAPE OPERATOR:  Thank you.

20                   MR. SOMMERS:  Yeah.

21        Q.     Mr. Wallace, do you have that

22   open?

23        A.     I do.

24        Q.     Can you flip to Page 35 for me?

25        A.     Yes.

Page 23

```
 1          Q.      And am I correct that's your
 2   signature?
 3          A.      That is my signature, yes.
 4          Q.      And am I correct that you signed
 5   this on April 29th?
 6                  MR. SOMMERS:  Sorry, this exhibit
 7   is not opening for me at all.
 8                  COURT REPORTER:  Yeah, can we go
 9   off the record for a minute?
10                  VIDEOTAPE OPERATOR:  Sure.  Let's
11   go off the record.  The time is 10:28.  We are
12   going off the record.
13                  (Whereupon, a discussion is held
14   off the record, and the proceedings then
15   continued as follows:)
16                  VIDEOTAPE OPERATOR:  We're back on
17   the record at 10:29 with the start of media unit
18   number two.
19          Q.      Mr. Wallace, are all of the
20   opinions contained within Exhibit 2 your own?
21          A.      That's correct.
22          Q.      Are all of the opinions fully laid
23   out in your report marked as Exhibit 2?
24          A.      Yes.  On the issues outlined in
25   this report, yes.
```

Rodney Wallace                                          June 6, 2022
Thrive Natural Care Inc. v. Le-Vel Brands LLC

Page 24

1          Q.      Are all of the supporting facts
2    that you relied upon in forming your opinions
3    fully laid out in your report marked as
4    Exhibit 2?
5          A.      Yes, on the issues of the matter
6    discussed in this report.
7          Q.      And your qualification is because
8    you submitted a second report, a rebuttal report?
9          A.      That's correct.
10         Q.      Thank you.  Were you prevented
11   from expressing any opinions that you had that
12   you were not -- that were not contained in your
13   report marked as Exhibit 2?
14         A.      No.
15         Q.      Were you prevented from relying
16   upon any facts not expressly disclosed in your
17   report that is marked as Exhibit 2?
18         A.      No.
19         Q.      Do you need to make any
20   corrections?
21         A.      I do not.
22         Q.      On what date did you run your
23   survey?
24         A.      Oh, I believe it was probably
25   early in April of 2022.

Rob Wallace                                          June 6, 2022
Thrive Natural Care Inc. v. Le-Vel Brands LLC

Page 28

1    Exhibit 3, so that should be coming through

2    e-mail shortly, and I also have no problem

3    accessing it on Egnyte.

4                    THE WITNESS:  Yeah, I'm getting

5    some freezing on our engagement.  So I think

6    I'll, at break, just sign back in.

7                    MR. SOMMERS:  Why don't we go off

8    the record right now and see if we can cure this.

9                    VIDEOTAPE OPERATOR:  Okay.  Let's

10   go off the record.  The time is 10:36.  We're off

11   the record with the end of media number two.

12                    (Whereupon, a discussion is held

13   off the record, and the proceedings then

14   continued as follows:)

15                    VIDEOTAPE OPERATOR:  It's

16   10:56 a.m.  We're back on the record with the

17   start of media number three.

18                    MR. SOMMERS:  Thank you.

19          Q.      Mr. Wallace, I have introduced

20   what has been marked as Exhibit 3 entitled Expert

21   Report of Rob Wallace in the matter of Thrive

22   Natural Care, Inc. versus Le-Vel Brands, LLC.  Do

23   you see that?

24          A.      I do.

25          Q.      Now, if you would please turn to

Robert Wallace                                              June 6, 2022
Thrive Natural Care Inc. v. Le-Vel Brands LLC

Page 29

1    the -- take that and scroll down to the signature

2    page, which appears -- excuse me -- on Page 29 of

3    that document.

4            A.      I see that.

5            Q.      Is that your signature?

6            A.      It is.

7            Q.      Did you execute that on March 2,

8    2021?

9            A.      I did.

10           Q.      Were all of the supporting facts

11   that you relied upon in forming your opinions set

12   forth in Exhibit 3 fully laid out in that report?

13           A.      Yes.

14           Q.      Were you prevented from expressing

15   any opinions you had that were not contained in

16   your report that is now marked as Exhibit 3?

17           A.      No.

18           Q.      Am I correct that the data

19   collected for your report in Exhibit 3 is the

20   same data that you relied upon for your report in

21   Exhibit 2?

22           A.      Yes.

23           Q.      And is there anything that you

24   want to change in your report signed on March 2,

25   2021?

Robert Wallace                                                    June 6, 2022
Thrive Natural Care Inc. v. Le-Vel Brands LLC

                                                                 Page 30

 1          A.      No.

 2          Q.      If I could have you please go back

 3   to Exhibit 2 for me, and in Paragraph 4 of that

 4   report you say that you were asked to provide an

 5   expert opinion on whether the Plaintiff followed

 6   all branding industry practices in properly

 7   marketing and promoting its Thrive brand.

 8   Correct?

 9          A.      Correct.

10          Q.      Is the basis for your opinion

11   fully and factually supported by your report?

12          A.      Yes.

13          Q.      In Paragraph 7 you state that

14   there is a significant actual confusion by

15   consumers confusing Plaintiff'S well-established

16   Thrive brand with the Defendant's Thrive skin

17   brand.  Do you see that?

18          A.      Yes.

19          Q.      Is the factual basis for your

20   opinion that TNC's Thrive brand is

21   well-established fully laid out in your report?

22          A.      I believe so, yes.

23          Q.      Before signing your report, did

24   you purchase any of TNC's products?

25          A.      Yes.

Exhibit 2
Page 58

Robert Wallace                                                    June 6, 2022
Thrive Natural Care Inc. v. Le-Vel Brands LLC

                                                              Page 31

 1              Q.      Which ones?

 2              A.      I have them in front of me, the

 3      Daily Defense Sunscreen Balm, three more, Shave

 4      Oil, Energy Scrub, excuse me, and Face Wash.

 5              Q.      And when did you obtain those?

 6              A.      Probably right before I signed my

 7      report.

 8              Q.      And that was the report in

 9      Exhibit 2 dated April -- give me a second here --

10      April 29, 2022?

11              A.      I believe so, yes.

12              Q.      What was the purpose -- I'm sorry,

13      what was the purpose of purchasing those

14      products?

15              A.      I wanted to replicate the

16      experience that consumers had when they're

17      purchasing them.

18              Q.      And when did you engage in

19      replicating that experience?

20              A.      Again, when I purchased them in

21      early April, I believe.

22              Q.      Around April of 2022?

23              A.      Correct.

24              Q.      Before executing your report in

25      April of 2022, did you purchase any of Le-Vel's

Page 32

```
 1    products?
 2           A.     No.
 3           Q.     Have you ever purchased any of
 4    Le-Vel's products?
 5           A.     I have not.  I have been through
 6    the purchase process all the way until clicking
 7    the button to purchase it, again to replicate the
 8    experience that the average consumer would have
 9    during the purchase process, but I did not make
10    that specific purchase.
11           Q.     And when did you do that?
12           A.     Just recently.  Over this weekend.
13           Q.     This weekend?  Okay.  Was that
14    during the time that you had met with your
15    counsel?
16           A.     No.  It was after that time.
17           Q.     So would I be correct that would
18    be Sunday?
19           A.     Correct.  I believe so.  Either it
20    was Saturday afternoon or Sunday.
21           Q.     And prior to that time, had you
22    had any experience in going through the -- or
23    replicating the purchasing experience of Le-Vel's
24    products?
25           A.     Yes.  I was searching for the same
```

Page 33

1    stimuli that I used in my report and began that
2    process, but never got all the way through it.
3              Q.     And did you personally obtain the
4    stimuli for the report?
5              A.     Yes.
6              Q.     That was not provided to you by
7    anybody else?
8              A.     That's my recollection, yes.
9              Q.     So you never went through the
10   purchasing process all the way through paying for
11   the product?
12             A.     I have done that subsequently, but
13   my initial objective was to find the purchase
14   page, the area where the button appears where
15   there was -- a consumer could purchase that
16   product.
17             Q.     But you didn't engage in the
18   entire process until yesterday.  Correct?
19             A.     Correct.
20             Q.     Mr. Wallace, would you agree with
21   me that a survey takes a snapshot of the
22   marketplace at the time it's conducted?
23             A.     Yes, to an extent.
24             Q.     To what extent does it not?
25             A.     Well, we're talking about a

Page 34

```
1    survey, so I imagine you're talking about a
2    survey regarding consumer purchase decisions, and
3    if that's what you're referring to, then yes.
4            Q.    I'm just -- perhaps I'll ask it
5    this way, do you agree with me that the survey
6    you conducted in this case took a snapshot of the
7    marketplace at the time you conducted the survey?
8            A.    Yes.
9            Q.    Were you aware at the time that
10   you conducted your survey that there were skin
11   care products sold by Thrive Causemetics in the
12   marketplace?
13           A.    By Thrive Causemetics?
14           Q.    Yes.
15           A.    Yes.
16           Q.    What controls did you put into
17   place to separate any confusion caused by Thrive
18   Causemetics products and the confusion caused by
19   Le-Vel's Thrive Skin products?
20           A.    I exposed respondents to the TNC
21   Thrive product as well as the Le-Vel Thrive Skin
22   product.
23           Q.    Did you expose --
24           A.    Yeah, let me just finish, if you
25   don't mind.
```

Page 53

1    Thrive skin?

2            A.    Give me one second to go back to

3    Paragraph 22.  Thank you.  Correct.  As indicated

4    in the imagery shown below that.

5            Q.    Yes.  Am I correct that the

6    evidence you cite in your report is contained in

7    Footnote 10 and the Ebay shot that follows?

8            A.    That is correct.

9            Q.    Okay.  Just flipping forward,

10   if -- is this the same evidence that you cite to

11   in Footnote 20 in the first sentence of Paragraph

12   32 of your report?

13           A.    Correct.

14           Q.    Thank you.  I'm going to e-mail

15   you the next exhibit, which by my count is

16   Exhibit 4, unless I'm told otherwise.  And please

17   let me know when you have that.

18           A.    Will do.

19                 (Ebay Screen Shot is received and

20   marked as Exhibit 4 for identification.)

21           A.    Okay.  And, Mark, at your

22   convenience, if we could take just a quick break

23   to hit the rest room.

24           Q.    Yes, this will take -- it's up to

25   you.  This will take just a few minutes, but we

Exhibit 2
Page 63

Robert Wallace                                                    June 6, 2022
Thrive Natural Care Inc. v. Le-Vel Brands LLC

                                                                 Page 54

1    can take a break now if you'd like.

2              A.    No, I'm fine.  Thank you.

3              Q.    Whatever your pleasure.

4              A.    Yeah, if it's only going to take a

5    minute or two, then I'm fine.  Thank you.

6              Q.    Please let me know when you have

7    that.

8              A.    Okay.  I am downloading as we

9    speak, and it is up on my screen.  Thank you.

10             Q.    Thank you.  Mr. Wallace, is this

11   one of the exhibits cited by you in Footnote 10

12   and 20 of your report?

13             A.    Yes, I believe so.

14             Q.    What is this document?

15             A.    This is a screen grab from an Ebay

16   search for the term Thrive skin and the products

17   that come up as a result of that search.

18             Q.    Did you run that search?

19             A.    I believe I did run that search,

20   yes.

21             Q.    And --

22             A.    This is an image for my particular

23   search for another image of the same search, but

24   I did run that search.

25             Q.    When did you run it?

Page 55

1          A.    As part of conducting the -- of

2     creating the report that we're discussing right

3     now.

4          Q.    Can you be more specific?

5          A.    Sure.  So this might have been in

6     March of this year in the process of submitting

7     my original report.

8          Q.    Thank you.  Now, do you know if

9     your browser that you used for this search was

10    cleared of all cache prior to engaging in your

11    search?

12         A.    Yes.  Whenever I'm doing a search

13    like this, I specifically clear all of my cookies

14    and cache data, and I did that again in

15    preparation for my deposition today and

16    reconfirmed that I got the same results.

17         Q.    For this particular image you're

18    looking at?

19         A.    Correct.

20         Q.    What is being searched?

21         A.    The term Thrive skin.

22         Q.    Am I correct that it says 13

23    results for Thrive skin?  It doesn't show all of

24    the results?

25         A.    Correct.

Page 57

1    three.

2                     (Whereupon a short recess was

3    taken and the proceedings then continued as

4    follows:)

5                     VIDEOTAPE OPERATOR:   Time is

6    11:51 a.m.   We're back on the record with the

7    start of media unit number four.

8                     MR. SOMMERS:

9          Q.     Thank you.   Mr. Wallace, during

10   your break, did you have any discussions with

11   counsel?

12         A.     I did have a very brief

13   discussion, yes.

14         Q.     And what was the nature of that?

15         A.     I wanted to ask counsel if I could

16   refer to my notes about when the survey that we

17   were discussing was originally conducted, and I

18   discovered that the date of that survey was

19   probably February of 2021.   I did one survey for

20   both of the reports we were discussing.

21                And please forgive me for

22   misstating that earlier.   All of my answers to

23   your earlier questions regarding the survey

24   timetable would have been back in February of

25   2021.

Page 58

1        Q.     And am I correct that the data

2    that you collected in February of 2021 was the

3    same data that you used in preparing your report

4    that appears as Exhibit 2?

5        A.     That's correct.

6        Q.     Now, if you could kindly take a

7    look at the next exhibit, which will be

8    Exhibit 5, which you should have now.

9               (Google Screen Shot is received

10   and marked as Exhibit 5 for identification.)

11       Q.     And let me know when you have it.

12       A.     Yes, I have that up now.

13       Q.     Before I go there, were there any

14   other conversations you had with your counsel

15   other than that?

16       A.     No.  It was just my answer to my

17   question if I could review my notes.

18       Q.     Now, is this -- is Exhibit 5 one

19   of the documents that you referred to in Footnote

20   10 and 20 of your report?

21       A.     Yes, I believe so.

22       Q.     What is this document?

23       A.     It appears to be a search for the

24   term Thrive skin on the Google shopping Ecommerce

25   site.

Thrive Natural Care Inc. v. Le-Vel Brands LLC

```
1          Q.      Did you run this search?

2          A.      I may have.

3          Q.      Do you know if it was provided to

4    you?

5          A.      I don't believe so.  I think I --

6    I think I ran the search.

7          Q.      Do you know if your browser for

8    this search was cleared of all cache?

9          A.      Yes.  Again, before I do any

10   searches for legal matters, I always clear all my

11   cookies and all my cache.

12         Q.      And do you have any reason to

13   question the accuracy of this document?

14         A.      No.

15         Q.      Was this -- or, I'm sorry, I

16   withdraw the question.

17                 What is being searched?

18         A.      The term Thrive skin.

19         Q.      Have you seen the full set of

20   results to this search?

21         A.      To my recollection, yes.

22         Q.      And what do they include?

23         A.      They include other skin care

24   products.

25         Q.      Do you know why they weren't
```

Exhibit 2
Page 68

Page 60

1    included in the document that appears at

2    Exhibit 5?

3                 MR. MCARTHUR:   Objection.

4    Misstates the testimony.

5         A.     I don't understand your question.

6    Why weren't they included in the document that I

7    provided to the report?

8         Q.     Yes.  I had asked if you had seen

9    the full results of the search.  Correct?

10        A.     Oh, I understand.  There was no

11   specific intention.  I was just sharing the key

12   issue that we were discussing.

13        Q.     Okay.  But am I correct that

14   Exhibit 5 does not include all of the results?

15        A.     To my recollection, yes.

16        Q.     What's the date of that doc --

17   what is the date of the search that you ran?

18        A.     It was probably in that same

19   relative timetable, the beginning of 2021,

20   probably in that February timetable.

21        Q.     Can you take a look at that

22   document and see if there is a date that is

23   included up in the corner?

24        A.     Oh, yes.  This appears to be

25   September of '21.

Exhibit 2
Page 69

Robert Wallace                                    June 6, 2022
Thrive Natural Care Inc. v. Le-Vel Brands LLC

Page 61

1      Q.    Do you have any reason to question
2  that that date is inaccurate?
3      A.    No.
4      Q.    I'm going to send you another
5  document.
6            MR. SOMMERS:  Let's go ahead and
7  mark that one Exhibit 6, please.
8            (Google Screen Shot is received
9  and marked as Exhibit 6 for identification.)
10     Q.    When you have that, Mr. Wallace,
11  would you kindly let me know.
12     A.    Sure.
13     Q.    And to expedite things, I'd ask
14  that we'll send you Exhibit 7 as well.  If that's
15  okay with you.
16     A.    Absolutely.
17            (Document is received and marked
18  as Exhibit 7 for identification.)
19     Q.    Let me know when you're ready.
20     A.    It has just come in and it has
21  just opened.
22     Q.    Thank you.  Am I correct that
23  Exhibit 6 is one of the documents referred to in
24  Footnotes 10 and 20 of your report?
25     A.    To my recollection, yes.

Robert Wallace                                    June 6, 2022
Thrive Natural Care Inc. v. Le-Vel Brands LLC

Page 62

1        Q.     And what is this document?
2        A.     It is am image, a screen share of
3   Google shopping, and a search for the term Thrive
4   skin.
5        Q.     Did you run that search?
6        A.     Yes.
7        Q.     Do you know if your browser was
8   cached for that search?
9        A.     Yes.
10       Q.     Do you have any reason to question
11  the accuracy of this document?
12       A.     I do not.
13       Q.     Can you tell me the date that that
14  search was run?
15       A.     It appears it was run on
16  August 13th of 2021.
17       Q.     Do you have any reason to question
18  that date?
19       A.     I do not.
20       Q.     Have you seen the full set of
21  search results for this document?
22       A.     To my recollection, yes.
23       Q.     Is there any reason you did not --
24  well, let me strike that.
25              Am I correct that you did not

Robert Wallace                                                           June 6, 2022
Thrive Natural Care Inc. v. Le-Vel Brands LLC

                                                                      Page 64

  1                     And perhaps during our next break,

  2     if we can -- it might help me to reconnect with

  3     the screen share for the share future.  Might go

  4     faster.

  5                     MR. SOMMERS:  Mr. Mello, could you

  6     kindly send that document again for him, please?

  7                     MR. MELLO:  Yup, I'll send it

  8     around again.

  9                     MR. SOMMERS:  Thank you.

 10          Q.     Did you get it?

 11          A.     No.  The only thing I can think is

 12     that if maybe the attachment is very large.  Is

 13     it more than --

 14          Q.     No, it's very small.

 15          A.     Is it worth maybe screen sharing

 16     it?

 17          Q.     We can.

 18                     MR. SOMMERS:  Dan, could you

 19     screen share that, please?

 20                     MR. MELLO:  Yes.

 21          Q.     Okay.  Does that help?

 22          A.     Thank you.

 23          Q.     Okay.  First, am I correct that

 24     this is one of the exhibits cited by you in

 25     Footnote 10 and 20 of your report?

Page 65

1          A.      Yes, I believe so.

2          Q.      First, what is the date of this

3    document?

4          A.      It appears to be June 29, 2021.

5          Q.      Do you have any reason to doubt

6    that date?

7          A.      No.

8          Q.      Did you do the search to locate

9    this document?

10          A.      To my recollection, yes.

11          Q.      Do you know if your browser used

12    for this search was cleared?

13          A.      To my knowledge, yes.

14          Q.      Why -- basically describe for me,

15    what am I looking at?

16          A.      It appears to be videos from two

17    sources of the first application of Thrive Skin

18    and then a Thrive CBD skin care review.

19               MR. SOMMERS:  And, Mr. Mello, I

20    would ask that you kindly scroll down.  Thank

21    you.

22          A.      And then two additional videos.

23               MR. SOMMERS:  And scroll down,

24    please.

25          A.      And then information about Thrive

Page 66

1    skin care with imagery from both parties in

2    question.

3                    MR. SOMMERS:  And scroll down,

4    please.  And continue down, please.  And continue

5    down.  As well as continuing down.

6            Q.     And Mr. Wallace, now having seen

7    the complete Exhibit 7, can you tell me what you

8    believe this document is?

9            A.     Yes.  To my recollection, this is

10   screen captures from a website called

11   Reviewdermatologists.com.

12           Q.     And you did the search?

13           A.     To my recollection, yes.

14           Q.     Do you have any reason to doubt

15   the accuracy of this?

16           A.     I do not.

17           Q.     And do you have any reason to

18   believe the date that appears in the upper

19   left-hand corner is inaccurate?

20           A.     I believe it to be accurate.

21           Q.     It's accurate?

22           A.     To my knowledge, yes.

23           Q.     Thank you.  Now --

24                    MR. SOMMERS:  Thank you very much,

25   Mr. Mello.

Robert Wallace                                      June 6, 2022
Thrive Natural Care Inc. v. Le-Vel Brands LLC

Page 72

1   shaving?

2           A.      No, I did no specific analysis,

3   and I'm not remembering if it's been listed in my

4   report.

5           Q.      And am I correct that that's not

6   set forth in your report?

7           A.      That's correct.

8           Q.      If I could kindly have you refer

9   to Paragraph 25 of your report.  You state that

10  Plaintiff has invested a substantial amount of

11  money, time and resources in promoting its Thrive

12  brand.  Do you see that?

13          A.      Let me just catch up to you.

14          Q.      Please.

15          A.      Yes, I do.

16          Q.      And am I correct that the support

17  for that statement appears in Footnote 12?

18          A.      Yes.

19          Q.      Now, on that same page, you have a

20  section called Thrive -- I'm sorry, let me strike

21  that.

22                  On that same page, you have a

23  section entitled 5.  Do you see that?

24          A.      I do.

25          Q.      Am I correct that basically

Robert Wallace                                                    June 6, 2022
Thrive Natural Care Inc. v. Le-Vel Brands LLC

Page 73

1    Paragraph 27 to 35 that follow contains some of
2    the foundational underpinnings and facts that you
3    relied upon in designing your survey?
4         A.    Correct.  And it mentions the
5    specific dates you were referring to earlier,
6    which was the survey was conducted between
7    February 8th and February 20th of 2021.
8         Q.    Thank you.  For example, in
9    Paragraphs 30 and 31, you discuss the squirt
10   methodology.  Am I correct?
11        A.    Correct.
12        Q.    And was it important -- was that
13   important to know when you were designing your
14   survey?
15        A.    Was the squirt methodology
16   important to know?
17        Q.    Yes.  In reference to Paragraphs
18   30 to -- 30 and 31.
19        A.    Yes, I had full awareness of the
20   squirt methodology through other surveys that I
21   have conducted in my work as an expert witness.
22        Q.    And am I correct in Paragraphs 32
23   and 33, you discuss your review of online search
24   results?
25        A.    Yes.

Page 74

1          Q.      Was that important to know prior

2     to designing your survey?

3          A.      Yes.  I took that into

4     consideration in the design of my survey.

5          Q.      Now, in Paragraph 33, you discuss

6     the controls.  Correct?

7          A.      I'm so sorry.  I'm on Paragraph

8     32.  You're talking about Exhibit 2.  Correct?

9          Q.      We're talking about your

10    April 2022 report.  Correct?

11         A.      Is that Exhibit 2?  I'm sorry.  I

12    have it --

13         Q.      Yes.

14         A.      And you're on Paragraph 33?

15         Q.      I'm on Paragraph -- I'm sorry.  I

16    stand corrected.  The questions that I am

17    referring to are Paragraph 35.

18         A.      Okay.  Paragraph 35 begins talking

19    about the control stimulus.

20         Q.      Great.  Thank you.  I guess in

21    Paragraph 35 you discuss controls.  Correct?

22         A.      Correct.

23         Q.      And are controls important to know

24    when designing your survey?

25         A.      The purpose of the control is

Exhibit 2
Page 77

Page 80

```
 1    around that, but they would have been included

 2    based on those screening questions we just

 3    reviewed.

 4             Q.      Am I correct that at the time you

 5    designed your survey, you knew that Le-Vel was a

 6    direct sales company?

 7             A.      Correct.

 8             Q.      In Paragraph 30, Mr. Wallace, am I

 9    correct that you chose the squirt methodology

10    format in order to replicate the consumer

11    experience?

12             A.      Correct.

13             Q.      Do you believe that your survey

14    realistically allows the consumer to see examples

15    of both products in question as they appear for

16    sale on their own websites concurrently?

17             A.      I do.

18             Q.      Let me ask you then, were the

19    reasons for choosing your stimuli premised on the

20    conclusions and research that you set forth in

21    the following paragraphs 31 and 32 and 33, I

22    guess?

23             A.      Just going back to clarify the

24    source of the stimuli for my survey, I believe

25    that those screen grabs were taken from the
```

Exhibit 2
Page 78

Page 81

1    individual company sites, to my recollection,

2    rather than Ebay.  So please let me modify my

3    earlier response.  And if you don't mind just

4    repeating the last question.

5              Q.    Yes, of course.  Let me ask you

6    then, were the reasons for choosing your stimuli

7    premised on the conclusions and research that you

8    set forth in the following paragraphs 31, 32 and

9    33?

10              A.    Yes.

11              Q.    Now, in sum, would I be correct

12    that you were attempting, as best you could, to

13    replicate the purchaser experience by using the

14    website screen shots of the parties' various

15    websites that you used in your survey?

16              A.    Would you mind just repeating that

17    for me again?

18              Q.    Yes.  Absolutely.  In sum, would I

19    be correct that you were attempting as best you

20    could to replicate the purchaser experience by

21    using the website screen shots of the parties'

22    websites depicted in your survey?

23              A.    Correct.

24              Q.    Now --

25              A.    I'll just restate that those are

Robert Wallace                                    June 6, 2022
Thrive Natural Care Inc. v. Le-Vel Brands LLC

Page 83

1          Q.     Now -- please, go ahead.

2          A.      Yes, I believe it was following

3     Paragraph 22, the screen grab of the products

4     being merchandised adjacent to one another on an

5     Ecommerce site.

6          Q.      Thank you very much.  Now, was

7     that meant to replicate the online shopping

8     experience?

9          A.      Most definitely it is a direct

10    example of the online shopping experience on

11    Ebay.

12         Q.      Now, did you intend to replicate

13    the same online experience in your survey by

14    using the four stimuli together the first time

15    the respondents saw the products in your survey?

16         A.      Yes.  To my recollection, the

17    imagery used in my survey was from screen grabs

18    of the TNC and the Le-Vel sites themselves, but

19    it replicates the consumer's engagement process

20    if they were to have clicked on search results

21    for Thrive skin and had both of those opened up

22    and either two browsers on the same screen or one

23    browser that the consumer could click back and

24    forth through.  They were either represented

25    concurrently or adjacent to one another based on

Page 84

1    that scenario.

2            Q.      Why then didn't you use screen

3    grabs from Ebay as your stimuli?

4            A.      I most certainly could have.  It

5    is my understanding, I think, that the majority

6    of both products are sold through their own sites

7    rather than third-party sites.

8            Q.      Am I correct that your prior

9    answer was referencing the Ebay screen grab at

10   the bottom of Paragraph 22 of your report?

11           A.      Correct.

12           Q.      Now, in Paragraph 32, you state

13   that you have reviewed online search results that

14   demonstrate it links to the Defendant's web page

15   for Thrive skin skin care products frequently

16   appears at the top of the online searches for

17   terms related to Plaintiff's Thrive skin care

18   products such as Thrive skin, Thrive skin care,

19   Thrive skin men and Thrive lotion.  Do you see

20   that?

21           A.      I do.

22           Q.      Did I get that right?

23           A.      Yes.

24           Q.      Is the basis for this statement

25   found in Footnote 20 correct?

Case 2:21-cv-02022-DOC-KES   Document 120-1   Filed 06/27/22   Page 85 of 573   Page ID
#:6522
Robert Wallace                                                    June 6, 2022
Thrive Natural Care Inc. v. Le-Vel Brands LLC

Page 96

1          Q.     It does not measure it.

2          A.     Correct.  It might, but my focus

3    was on point of sale confusion.

4          Q.     Now, am I also correct that you

5    don't express an opinion on post-sale confusion

6    or initial interest confusion in your report?

7          A.     Correct.  That was not my mandate,

8    that was not what I was asked to do in my service

9    in this case.

10          Q.     Thank you.  Do you believe the

11    accuracy of a lead-in statement is important to

12    the underlying reliability of the survey?

13          A.     It could be, yes.

14          Q.     In your case, for this survey?

15          A.     Yes.  I don't think any of my

16    lead-in statements biased my respondents in any

17    way.

18          Q.     Now, further down in Paragraph 56,

19    you state, Please review the following images as

20    if you were shopping for these products with a

21    possible intent to purchase them.  Do you see

22    that?

23          A.     Yes.

24          Q.     Am I correct that you don't show

25    any respondents any search results from the

Robert Wallace                                                    June 6, 2022
Thrive Natural Care Inc. v. Le-Vel Brands LLC

Page 97

1    online search?

2              A.      Correct.

3              Q.      Am I also correct that you do not

4    inform respondents how they might have arrived at

5    the website images that are shown?

6              A.      Correct.

7              Q.      Am I correct that nowhere do you

8    tell respondents to assume they found the website

9    images shown as your stimuli as search engine

10   results?

11             A.      No.   I've confirmed through that

12   process of searching for those four terms you

13   mentioned before that they would have been led to

14   these exact sites.   So there would be no reason

15   for me to inform them that they got here through

16   that search.

17             Q.      And so you believe it's not

18   important to bring the respondents from the point

19   of the search to the point of purchase website?

20             A.      I believe if I represent the point

21   of purchase experience, I wouldn't have to inform

22   them of the search that they went through in

23   order to get there.   I know this to be an honest

24   representation of the actual point of purchase.

25             Q.      So, help me then, at what point of

Exhibit 2
Page 83

Case 2:21-cv-02022-DOC-KES   Document 120-1   Filed 06/27/22   Page 87 of 573   Page ID
#:5524
Robert Wallace                                              June 6, 2022
Thrive Natural Care Inc. v. Le-Vel Brands LLC

Page 98

1  the shopping experience were you attempting to

2  replicate by using the words, quote, possible

3  intent to purchase, closed quote?

4        A.    I'm representing the images that

5  they would have seen if they had used that search

6  criteria to the point of purchasing it.

7        Q.    So would I be correct then that it

8  basically presumes that respondents have arrived

9  at the particular website shown?

10       A.    Correct.  Through one of the four

11 search results that we outlined earlier and

12 possibly other search results which I didn't

13 notice.

14       Q.    Great.  And arriving there through

15 the various ways that you have chronicled in your

16 report?

17       A.    Yeah, those various ways are the

18 most common ways that consumers shop.  They use

19 the most representative term like Thrive skin,

20 Thrive skin care in the search criteria.  So none

21 of that would be foreign to their shopping

22 experience.  That's exactly the way the majority,

23 if not all, of Ecommerce experiences are

24 initiated, through an initial search.

25       Q.    Now, Dr. -- I'm sorry, Mr.

Robert Wallace                                          June 6, 2022
Thrive Natural Care Inc. v. Le-Vel Brands LLC

                                                        Page 100

 1          A.      Correct.
 2          Q.      Why did you remove the URL in your
 3   stimulus?
 4          A.      I was just focusing the respondent
 5   on the sales items, on what was most important
 6   for them to make a purchase decision.
 7          Q.      Do you believe URLs help inform
 8   customers about the source of the products?
 9          A.      They could.
10          Q.      You made a determination not to
11   include them in your survey stimuli?
12          A.      I focused on the information that
13   was most critical to them in making a purchase
14   decision.
15          Q.      And you made the determination
16   that the URL was not important to them?
17          A.      It might not have been as
18   important as imagery that was shown, yes.
19          Q.      Can you please look at image two
20   for me?
21          A.      Yes.
22          Q.      Now, where did that image come
23   from?
24          A.      To my recollection this comes from
25   the Le-Vel website featuring the Thrive Skin

Page 102

1   to get to image two?

2          A.      Yes, both these images represent

3   the moment of purchase, the moment that they can

4   click a button to purchase these products.

5          Q.      And, again, it's your testimony

6   that for image two, it happens as a result of a

7   website search engine result of which you can

8   directly click to that page?

9          A.      Yeah.  To my recollection, this

10  has been done well more than a year ago, but as I

11  remember it today, yes.

12         Q.      You believe -- well, let me ask

13  you, in the event that you could not do that, do

14  you believe that your use of that image would

15  replicate the shopping experience?

16         A.      Yes.  I -- to reconfirm that, as

17  recently as yesterday, I went back to the Le-Vel

18  site, I signed on, I did not get assigned to a

19  promoter, I went to purchase, I think it was this

20  particular product, and found that that process

21  was maybe five or six clicks, maybe less than

22  60 seconds, to bring me directly back to this

23  page.

24         Q.      But to get there, did you get

25  there directly from a search engine result?

Page 105

1    more than a year, but to my recollection, the

2    image that we're reviewing on image two was a

3    direct link from a search of the term Thrive

4    skin.

5           Q.     Now, are you a customer of any

6    direct sales companies?

7           A.     Yes, I'm a customer of Thrive now,

8    based on my experience yesterday.

9           Q.     Anybody else?

10          A.     Way back when, we were customers

11   of Amway and Mary Kay through my family, my

12   daughters, my wife.

13          Q.     Do you know whether potential

14   purchasers of Le-Vel's Thrive Skin product would

15   be exposed to Le-Vel's other Thrive products

16   during the shopping experience to arrive at image

17   two?

18          A.     Can I just ask if I can clarify

19   the question?   Did they see other Le-Vel

20   products in addition to the product we're seeing

21   now?

22          Q.     Correct.

23          A.     They may, yes.

24          Q.     In looking yesterday at image two,

25   would I be correct that that was part of a slate

Page 106

1    of products that were shown, where you have a

2    drop down menu and it expands the product

3    description?

4           A.      That's possible, yes.

5           Q.      Well, your experience yesterday,

6    is that accurate?

7           A.      To my recollection, possibly.

8    Again, I can't recall specifically.  I think I

9    was looking for this particular product and it

10   may be the first one that popped up.

11          Q.      And would I be correct that you

12   also saw that there were other products that

13   Le-Vel offered?

14          A.      It may be.  I just don't remember

15   as I'm sitting here.

16          Q.      This was yesterday.  Correct?

17          A.      Correct.

18          Q.      So it could be that you saw a

19   number of different Le-Vel Thrive products, it's

20   supplements, it's skin care, it's shakes,

21   whatever it may be?

22          A.      Yeah, I don't recall any of those

23   things.  I may have seen one or two other

24   products in the process of getting to this image,

25   but not that I can recall.

Thrive Natural Care Inc. v. Le-Vel Brands LLC

Page 108

1   that a URL can help identify the source of the

2   product that is depicted in an image, do you?

3          A.     You know, through my work with

4   internet shopping, consumers very rarely refer to

5   the URL.  They're referring to the imagery that

6   they're accessing through navigating a site.

7   They vary rarely go back to the URL.

8          Q.     Does not the URL appear right

9   above the image?

10         A.     It does, but sometimes the URL is

11  30 to 40 characters, and it has no meaning to the

12  consumer when they're making a purchase.  So I

13  just focused on the imagery that would be most

14  important in influencing their purchase decision.

15         Q.     Let me just ask you, do you think

16  you could have designed your survey in a way that

17  could have more accurately replicated the

18  shopping experience?

19         A.     No.

20         Q.     Now, in Paragraph 58, in italics

21  you say that all these products can be purchased

22  online.  Do you see that?

23         A.     Correct.

24         Q.     Am I correct that you didn't

25  inform respondents that the products were

Thrive Natural Care Inc. v. Le-Vel Brands LLC

```
 1   encountered while doing an online search for skin
 2   care products?
 3           A.     Correct, but they inherently would
 4   understand that if it was purchased online, the
 5   way that they would access it is almost
 6   100 percent through a search.  It's very common
 7   criteria that online shopping contains.
 8           Q.     Now, further down on Paragraph 58,
 9   you state that the -- these pairings of imagery
10   were done in random order to prevent order bias.
11   Do you see that?
12           A.     I do.
13           Q.     Does this mean that you randomized
14   the order in which the pairs were shown?
15           A.     Correct.
16           Q.     Did you randomize the products
17   that were presented first in each pairing?
18           A.     Correct.
19           Q.     So each pairing would also be
20   randomized.
21           A.     That's what I was referring to in
22   the first answer, that the stimuli was
23   randomized.  It was never shown in the same -- it
24   was randomized so that it was shown in different
25   orders, sometimes the first image, sometimes the
```

Exhibit 2
Page 90

Page 145

1          A.     I think it was probably about a
2   week or two -- week and a half ago.
3          Q.     Do you recall if she submitted a
4   critique at any time prior in this case?
5          A.     It's possible.  I don't recall the
6   date of the report that I reviewed of hers.
7              COURT REPORTER:  I'm sorry, I
8   don't recall the date -- I didn't get the end of
9   that.
10             THE WITNESS:  Yeah, of the report
11  that she provided in this case.
12         Q.     Are you aware of whether she
13  submitted a critique to your report that was
14  submitted in connection with the Plaintiff's
15  motion for preliminary injunction back in March
16  of 2021?
17         A.     Yeah, I don't -- I don't remember
18  that.
19         Q.     So would it be fair to say that
20  before preparing your report in Exhibit 2 in
21  April of 2022, you did not review any materials
22  regarding Ms. Butler's critique of your survey
23  that you submitted in connection with the
24  Plaintiff's motion for preliminary injunction in
25  this case?

Robert Wallace                                              June 6, 2022
Thrive Natural Care Inc. v. Le-Vel Brands LLC

Page 146

 1          A.      I simply don't remember that.
 2          Q.      Now, if I could -- let me just --
 3   just for clarity, since there's been a little bit
 4   of ambiguity during the course of this
 5   deposition, can I refer you to Paragraphs 27 of
 6   Exhibit 2, your April 2022 report, and my
 7   question to you is am I correct that the survey
 8   discussed in your report was conducted between
 9   between February 8th and 20, '21?
10          A.      Correct.
11          Q.      And that's set forth in your
12   report?
13          A.      Correct.
14          Q.      In Paragraph 27?
15          A.      Yes.
16          Q.      Now, did you prepare any surveys
17   testing the trademarks at issue in this case
18   other than what we have covered today?
19          A.      No, not to my knowledge.
20          Q.      Did you run any pilot surveys?
21          A.      Oh, I don't recall any pilots in
22   this case, no.
23          Q.      Nothing piloted before the results
24   that were referred to at the time period in
25   Paragraph 27 of your report?

Page 162

```
 1              C E R T I F I C A T E

 2

 3

 4              I, MELISSA LUMI, a Certified Court

 5   Reporter and Notary Public of the State of New

 6   Jersey certify that the foregoing is a true and

 7   accurate Computerized Transcript of the

 8   Deposition of Robert Wallace, who was first duly

 9   sworn by me.

10

11              I further certify that I am

12   neither attorney, of counsel for, nor related to

13   or employed by any of the parties to the action

14   in which the Depositions are taken, and further

15   that I am not a relative or employee of any

16   attorney or counsel employed in this case, nor am

17   I financially interested in the action.

18

19

20

21

            MELISSA LUMI, C.C.R.

22

23

24

25
```



thrive skin | eBay
Hi! Sign in or register
Daily Deals
Brand Outlet
Help & Contact
Sell
Watchlist
My eBay
Shop by category
thrive skin
Health & Beauty
Search
Include description
Category
All
Health & Beauty
Skin Care
Hair Care & Styling
Computers/Tablets & Networking
Cell Phones & Accessories
Collectibles
Skin Type
All Skin Types
Sensitive Skin
Not Specified
See all
Department
Men
Women
Not Specified
See all
Size
Jumbo/Family Pack
Sample Size
Not Specified
See all
Features
All Natural Ingredients
Organic
Alcohol-Free
All Listings
Buy It Now
Condition
Shipping
Local
Best Match
13 results for thrive skin
Save this search
thrive skin set. Full Sizes
Brand New
$120.00
Buy It Now
+$5.50 shipping
Thrive Energy Scrub Plants For Adventurous Skin 3.oz (SEALED)
Brand New
$14.99
Buy It Now
+$5.00 shipping
Sponsored
Thrive Energy Scrub Plants For Adventurous Skin 3.oz (NO SEALED). -F10-
New other (see details)
$12.00
Buy It Now
Free shipping
Free returns
Sponsored
Welcome
5G Home
Just $50/mo
Check availability
verizon
Feedback
Exhibit
04
6/6/2022
Robert Wallace
ThriveLevel_0003354

**Google** Shopping          thrive skin          ⊞   Sign in

Your location: Palms, Los Angeles,
CA · Learn more

See thrive skin

**Show only**
☐ Buy on Google
☐ On sale
☐ Smaller stores

**Price**
○ Up to $15
○ $15 – $25
○ $25 – $45
○ Over $45
[ $ Min ] – [ $ Max ]

**Color**

**Condition**
☐ New items
☐ Used items

**Product rating**
○          4 and up
More

**Seller**
☐ DecalGirl
☐ iBeautyCity.com
☐ Mercari
☐ Poshmark
☐ UnbeatableSale
More

| | PRICE DROP | | | |

Thrive Skincare
Starter Kit
(Cleanser,…
**$35.00**
Thrive Causemetics

Le-Vel Thrive Skin
Skincare | Thrive
Skin - 3 Step…
**$64.00**
Poshmark
Was $130.00
Free shipping

Skincare Other |
Thrive Skin Infinite
Skincare System …
**$160.00**
Poshmark

Thrive Bright
Balance Cleanser &
Defying Gravity…
**$73.00**
Thrive Causemetics
Free shipping

Thrive Defying
Gravity
Transforming Fac
**$49.00**
Thrive Causemeti
(886)
Free shipping

**Exhibit
05**
6/6/2022
Robert Wallace







Thrive Skin Cream (Thrive) - Skin care | Color: White
For All Skin Types

**$34.00** Used
Mercari
$4.60 delivery

Le-Vel Thrive Skin Skincare | Thrive Skin | Color: Black/White | Size: Os ...
Face · Deep Cleansing · Mask

**$50.00**
Poshmark
$7.45 delivery

Get Today - Thrive Skin - New Beauty | Color: White
Body · Foot · 3 fl oz · Cream

**$13.00**
Mercari
$4.80 delivery







Le-Vel Thrive Skin Skincare | Thrive Skin - 3 Step System | Color: Red | Size: Os ...

**$64.00** · Was $130.00
Poshmark
Free delivery

Thrive Skincare Starter Kit (Cleanser, Moisturizer, & Eye Lifting Cream) | Thrive ...

**$35.00**
Thrive Causemetics
$5.95 delivery

Brand New Thrive Skin Infinite Charcoal Mask | Color: Cream | Size: 2.0 Oz ...
Face · Deep Cleansing · Mask

**$15.00**
Poshmark
$7.45 delivery

ThriveLevel_0003357

9/20/21, 2:21 Case 2:21-cv-02022-DOC-KES   Document 120-1   Filed 06/27/22   Page 100 of 573   Page ID
#:4637
thrive skin - Google Shopping



**Google** Shopping          thrive skin                    Sign In







Thrive Natural Deep Clean
Skincare Kit for Women & Men (3
Piece) Made in USA ...
4.1          8

**$35.95**
Walmart - Thrive Natural Care, Inc.
Free delivery

Rejuvenate Restorative Face Oil
Face · Anti-aging · Organic

**$72.00**
Naked + Thriving
Free delivery

Thrive Causemetics Liquid Light
Therapy All-in-one Face Serum
Face · For All Skin Types

**$59.95**
eBay - rdlwest
Free delivery by Thu, Sep 30







Thrive Infinite Hand And Foot
Reparative Cream – New Beauty |
Color: White
Foot · For All Skin Types

**$16.00**
Mercari
$5.99 delivery

Thrive Bright Balance Facial
Cleanser | Natural Removing
Foam Cleanser | for ...
4.7          514
All Skin Types · 4 fl oz

**$32.00**
Thrive Causemetics
$5.95 delivery

Compare prices from 2 stores

Thrive Grooming | Thrive Skin
Purifying Bar Sample | Color:
Black | Size: Os ...

**$9.00**
Poshmark
$7.45 delivery

**ThriveLevel_0003358**

9/20/21, 12:21 PM    Case 2:21-cv-02022-DOC-KES    Document 120-1    Filed 06/27/22    Page 101 of 573    Page ID
thrive skin - Google Shopping
#:4638

 **Google** Shopping      thrive skin      Sign In





Get Today - THRIVE Skin Black
Soap - New Beauty | Color: White
African Black

**$12.00**
Mercari
$4.60 delivery

Thrive Timeless Ambition Power
7-Peptide Firming Moisturizer |
Thrive Causemetics ...
Face · Anti-aging · Cream

**$68.00**
Thrive Causemetics
Free delivery

Thrive Natural Care Thrive VIP
Men's Grooming Kit - 4 Piece
Grooming Gift Set to ...
4.6        30
Boxed

**$29.98**
eBay - tidwellenterprises
Free delivery by Thu, Sep 30

Compare prices from 3 stores







Get Today - Level Thrive Skin
Hand And Foot Cream - Beauty |
Color: White
Foot · For All Skin Types

**$19.00** Used
Mercari
$4.99 delivery

Level - Thrive Skin Skincare |
Thrive Skin - Daily Purifying Bar
(3) | Color ...
All Skin Types · Charcoal

**$20.00** $30.00 Used
Poshmark
$5.95 delivery

Thrive Bath & Body | Thrive Skin –
Infinite Daily Detox Purifying Bar |
Color ...

**$26.00** Used
Poshmark
$4.99 delivery



**Google** Shopping | thrive skin | Sign In

   

Thrive All Natural Face Cream For Sensitive Skin – Facial Moisturizer

Face · For All Skin Types

**$24.99**
eBay - uniquely_dg
Free delivery by Thu, Sep 30

Get Today - Thrive Skin Infinite Charcoal Mask - New Beauty | Color: White

Face · Deep Cleansing · Mask

**$17.00**
Mercari
$3.65 delivery

Thrive Infinate Hand And Foot Reparative Cream - New Beauty | Color: White

Foot · For All Skin Types

**$16.00**
Mercari
$5.99 delivery

  

Thrive Causemetics Skincare | Goodbye, Dry! Try This Thrive Causemetics Toner ...

4.3        1,528

Toner · Witch Hazel · Liquid

**$36.00**
Thrive Causemetics
Free delivery

Thrive Overnight Facial Exfoliating & Resurfacing Peel (BHA/AHA) | Anti-Aging ...

4.4        81

Face · All Skin Types · Peel

**$62.00**
Thrive Causemetics
Free delivery

Thrive Defying Gravity Nourishing Hand & Nail Cream | Non-Greasy Cream with ...

4.5        135

Hand · For Dry Skin · Cream

**$18.00**
Thrive Causemetics
$5.95 delivery

ThriveLevel_0003360

**Google** Shopping    thrive skin    ⊞    Sign In

   

| Thrive Natural Vip Men's Skin Care Set (4 Piece) – Grooming Gift Set | Thrive Natural Vip Men's Skin Care Set (4 Piece) – Grooming Gift Set | Thrive Natural Mineral Face Sunscreen Lotion SPF 30, 2 Ounces – Lightweight Broad ... |
|---|---|---|
| Boxed | Boxed | 4.7    49 |
|  |  | Lotion · SPF 30 · 2 ounce |
| **$81.68** | **$81.38** | **$21.99** |
| eBay - tamargolan | eBay - marom_cohen | eBay |
| Free delivery by Thu, Sep 30 | Free delivery | Free delivery by Thu, Sep 30 |
|  |  | Compare prices from 4 stores |

## You might like

   

Lengthening    Crayon    Stick    Liquid

## See thrive skin

    

| Thrive Brilliant Eye Brightener (Highlighter) Set i... | Le-Vel Thrive Skin Skincare | Thrive Skin | Color:... | Thrive Eye-Opening Duo (Highlighter + Mascara) in Mun... | Thrive Defying Gravity Nourishing Hand & Nail Crea... | Thrive Skincare | Thrive Skin Purifying Bar... |
|---|---|---|---|---|
| **$40.00** | **$50.00** | **$46.00** | **$18.00** | **$9.00** |
| Thrive Causemetics | Poshmark | Thrive Causemetics | Thrive Causemetics | Poshmark |
| Free shipping | | Free shipping | (135) | |

1  2  3  4  5  6  7  8  9  10    Next

**Palms, Los Angeles, CA** - From your IP address - Update location

Help    Send feedback    Privacy    Terms    Information for Merchants    Report a Violation

Exhibit 2
Page 100

ThriveLevel_0003361



Google Shopping

thrive skin

Home  Stores  Orders  About Google Shopping  Your saved items

Your location: Palms, Los Angeles, CA

Show only
- Buy on Google
- Smaller stores

Price
- Up to $15
- $15 – $25
- $25 – $45
- Over $45

$ Min – $ Max

Condition
- New items
- Used items

Product rating
- 4 and up

More

Seller
- DecalGirl
- iBeautyCity.com
- Mercari
- Poshmark
- UnbeatableSale

More

## See thrive skin

Thrive Skincare Starter Kit (Cleanser,...
**$35.00**
Thrive Causemetics

Thrive Moisture Flash Active Nutrient Toner |...
**$36.00**
Thrive Causemetics
(1,351)
Free shipping

Skincare Other | Thrive Skin Infinite Skincare System |...
**$160.00**
Poshmark

Le-Vel Thrive Skin Skincare | Thrive Skin | Color:...
**$50.00**
Poshmark

THRIVE Natural Face Wash Gel fo Men & Women –..
**$12.95**
Amazon.com - Se
Special offer

**Exhibit 06**
6/6/2022
Robert Wallace

 

**Google** Shopping          thrive skin







Skincare Other | Thrive Skin
Infinite Skincare System | Color:
Red | Size: Os ...

**$160.00**
Poshmark
$7.45 delivery

Thrive Skin Cream (Thrive) - Skin
care | Color: White
For All Skin Types

**$34.00** Used
Mercari
$4.60 delivery

Thrive Skin - New Face | Color:
White
Face · For All Skin Types

**$16.00**
Mercari
$4.80 delivery







Le-Vel Thrive Skin Skincare |
Thrive Skin | Color: Black/White |
Size: Os ...

**$50.00**
Poshmark
$7.45 delivery

Thrive Natural Deep Clean
Skincare Kit for Women & Men (3
Piece) Made in USA ...
4.1          8

**$35.95**
Walmart · Thrive Natural Care, Inc.
Free delivery

Thrive Causemetics Skincare |
Goodbye, Dry! Try This Thrive
Causemetics Toner ...
4.3          1,351
Toner · Witch Hazel · Liquid

**$36.00**
Thrive Causemetics
Free delivery

ThriveLevel_0003363

 

**Google** Shopping | thrive skin







Brand New Thrive Skin Infinite
Charcoal Mask | Color: Cream |
Size: 2.0 Oz ...
Face · Deep Cleansing · Mask

**$15.00**
Poshmark
$7.45 delivery

FATCO Myrrhaculous Face Cream
1 oz
4.3          37
Face · Anti-aging · 1 fl oz
More size options

**$22.49**
Thrive Market
$9.95 delivery

Compare prices from 5+ stores

Thrive Natural Care Thrive VIP
Men's Grooming Kit - 4 Piece
Grooming Gift Set to ...
4.6          30
More size options

**$32.98**
eBay · tidwellenterprises
Free delivery by Wed, Aug 25

Compare prices from 3 stores







Thrive - for Dry/Mature Skin - At-
Home Facial Starter Kit

**$75.00**
Uncommon Goods
$8.95 delivery

Thrive Grooming | Thrive Skin
Purifying Bar | Color: Black | Size:
Os ...

**$9.00**
Poshmark
$7.45 delivery

Weleda Skin Food - 2.5 fl oz tube
4.6          12,360
Face · Body · For Dry Skin
More size options

**$14.24** ~~$18.99~~
Ulta Beauty
$5.95 delivery

Compare prices from 50+ stores

**Google** Shopping | thrive skin |  







Thrive Causemetics Makeup | Thrive Infinite Daily Detox Purifying Bar 4oz | Color ...
All Skin Types · Charcoal

**$29.00**
Poshmark
$7.45 delivery

Thrive Face Wash - Daily Facial Cleanser for Men with Unique Premium Natural ...
4.7      35
All Skin Types · Men's

**$19.94**
Walmart - WORLDWIDE INNOVATION...
Free delivery

Compare prices from 3 stores

Get Today - THRIVE Skin Black Soap - New Beauty | Color: White
African Black

**$12.00**
Mercari
$4.60 delivery

### You might like



Lengthening



Crayon



Stick

Liquid

### See thrive skin



Thrive Powder & CC Cream Set in Deep/Rich (Warm...
**$65.00**
Thrive Causemetics
Free shipping

Wyld Skincare MOON DEW SERUM

**$65.00**
Safe & Chic



Thrive Skin - New Face | Color: White

**$16.00**
Mercari

Fatco Myrrhaculous Face Cream 1 oz jar - Paleo
**$22.49**
Thrive Market
(37)



Brand New Thrive Skin Infinite Charcoal Mask |...
**$15.00**
Poshmark

1 2 3 4 5 6 7 8 9 10      Next

Help    Send feedback    Privacy    Terms    Information for Merchants    Report a Violation

Home / Thrive skin care

**Exhibit 07**
6/6/2022
Robert Wallace

# Thrive skin care

Created: 20.11.2018 / Rating: 4.6 / Views: 544

First application of THRIVE SKIN, a CBD skin care solution



*Related video:*

Thrive CBD Skincare Review



DEMO: Watch the Dead Skin Peel! My personal Thrive SKINCARE revi...



Thrive Skin CBD Skin Care Routine

*Related Images:*

6/29/2022 Case 2:21-cv-02022-DOC-KES   Document 120-1 Filed 06/27/22   Page 110 of 573   Page ID
#:4647
Thrive skin care

   

## Thrive skin care

Nov 24, 2018So, you could say it can hang with the OG MVPs of the skincare world. CBD has been
shown to have a soothing effect on the skin, and has been used. Thrive Natural Men's Skin Care Set (3
Piece) Grooming Gift Set to Wash, Shave, and Moisturize Daily; Gift for Men Made in USA with Organic
Unique Natural Ingredients for Healthy Mens Skin Care by Thrive Natural Care. 6 out of 5 stars 242
ratings 13 answered questions List Price: 43. THRIVE offers you and your pet the very best in microchip
identification technology. The best protection from the heartbreak of a losing a pet comes in the form of
permanent identification. A microchip is implanted just beneath the skin and is the most reliable way for
anyone finding your lost pet to identify them and contact you. Thrive Skilled Pediatric Care provides high
quality clinical home care to medically fragile children. Thrive provides care to children who most need it,
in the place that is best for them and their families their home. Our goal is to be the provider of choice for
parents, doctors, and referral sources, as well as the employer of choice. Thrive Skin by LeVel is the
next generation in hemp skincare. Description Powered by Complexion Refresh Technology, this potent
skinloving formula allows you to wake up with a smoother, brighter, more hydrated complexion. Radiant
skin is just a nights sleep away with this cooling brightening miracle face mask that transforms dull, See
more All of the facials at Thrive are customized by our expert aestheticians to assist your body in its own
renewal process. A regular skin care regimen is crucial to maintaining a beautiful healthy complexion
and our knowledgable practitioners will custom tailor each facial to meet the particular needs of your skin
at that moment in time. Thrive Algae Oil is a better choice to help maintain heart health. You can feel
good in the kitchen knowing that Thrive Algae Oil has the highest amount of good fats and the lowest
amount of saturated fat compared to other cooking oils. Marcia is an amazing skin care specialist. Im
normally not one for facials, but Im glad that I tried Marcia because now Im hooked. At our initial
consultation, Marcia asked what I liked the most about past facials and I said I liked it to be relaxing.
Thats what I got, so I really appreciate her attentiveness. Thrive Natural Care products are as unique as
our regenerative business model. Highperformance shave skincare, powered by regenerative plants
from Costa Rica. I tried the thrive 3step program for 2 weeks. The patches barely stayed on the skin and
the shakes always make me bloated and nauseous. I vomit twice after drinking the shakes. Paid extra
40 for duoburn that didn't do anything. I crashed around 34pm right after work, take 2 hours naps.
Should have read ingredients and other reviews. Thrive Skin Clinic is not a beauty salon. We are a
medical clinic, staffed by medical doctors, registered nurses and experienced dermal therapists. We
have over 70 years of collective experience in medicine and beauty, and we are not stopping any time
soon! Our team works together to apply our knowledge and get the best outcomes for clients. Thrive
Causemetics is a crueltyfree, vegan cosmetics brand. Find the best and worst Thrive Causemetics
products, expert reviews, and ingredients at Beautypedia. Skin Care Body Care Acne and Blemish
Treatment Best Worst Skin Care Products CBD Skin Care Cleanser The skin care experts at Thrive will
conduct a thorough evaluation of your skin and talk at length with you about your medical history,
treatment preferences, and cosmetic goals to determine the best treatment plan for your specific needs.

Thrive Skin Clinic A doctor led team passionate about skin and health Womens health Medical grade skin care, laser IPL Cosmetic injectables Tixel Cosmelan. THRIVE is not only our name, it's what we do. We provide quality essential routine care for your pet at an affordable price. Come see the difference yourself at one of our THRIVE. Jun 1, 2019 Explore trishastarkey's board Thrive Infinity CBD Skin Care, followed by 132 people on Pinterest. See more ideas about Thrive, Skin, Skin care. May 01, 2019THRIVE SKIN is an industryfirst approach to antiaging based on exhaustive research and testing, superior ingredients, and an innovative formula, including CBD, and delivery system. The results The Best Skincare Products of 2019 May 11, 2019 Amazing Skin care results See more ideas about Thrive, Skin care, Skin. THRIVE SKIN INFINITE CBD CORRECTING SERUM Enriched with CBD Oil A balance of nature, science and CBD innovation, working harmoniously to provide a luxurious high performance Facial Serum. Customized masques and exfoliants will be mixed on the spot for certain skin types and special requirements. Reduce signs of aging, add preventative care for normal skin, rehydration for dry skin, balancers for oily and combination skin, and gentle formulas for sensitive skin. Learn more about our organic skincare. balancing facial oil Purifies skin, removes impurities and helps regulate oil production while reducing redness, roughness pore size. Sep 20, 2017Thrive is a threestep regimen consisting of Thrive capsules, Thrive Lifestyle Mix and Thrive DFT. The whole thing is meant as a premium lifestyle plan to help individuals reach peak physical and mental levels. My LeVel Thrive Review Is this legit or one big scam? Starting with the customer service experience. CBD oil has a reputation as an effective skinsoothing product, and this pure, natural serum offers the skinloving benefits users love. The quality oil is also organic, sustainablyproduced, and crueltyfree. Contains a full spectrum of cannabis oil totaling 300 mg that produce noticeable results. Apr 28, 2019The most novel, cuttingedge, antiaging skincare system ever created, THRIVE SKIN, advanced CBD skincare system. Best of natural, crueltyfree skin: no gross toxins. Skin serums provide nutrients and natural compounds that help to fight the signs of aging and leave your skin looking healthy and smooth. Give Your Skin Some Special Treatment. Somewhere between your daily cleanser and moisturizer, your regular regimen is missing something. Try adding a premium serum to your routine for agedefying effects. The Best Skincare Products of 2019 The Dermatology Review Dr. Anna Vawter, MD FAAD founded Thrive Family Dermatology to deliver personalized, highquality dermatologic care to the individuals and families of Allen, Fairview, Frisco, Lucas, McKinney, Murphy, Parker, Plano, Wylie and surrounding areas. 10 AfterSun Products That Will Help Your Summer Skin Thrive. If a skincare bible were to exist, the very first chapter would be about sunscreen. Thrive Causemetics is Bigger Than Beauty. Our vegan crueltyfree skincare products are sulfate parabenfree. For every product you purchase, we donate to help a woman thrive. More items We leverage science, expertise and nature to deliver the most potent formulations in the skin care and beauty industry. Comprised of the highest quality ingredients sourced from around the world, our luxury, clinicalgrade formulas are as effective as they are safe. All products are USAmade and manufactured using domestic imported ingredients. May 20, 2019I have pretty normal skin; it can be dry on the cheeks and along the jaw and get oily in the tzone. I find the Thrive Causemetics CC Cream is a good match for my skin, not getting flaky or slipping away. It seems to sit on the skin better than a lot of foundations; it doesn't emphasize my pores nor does it disappear over the day. Free of all artificial additives and ingredients, Thrive products contain two premium plant ingredients that are not available in other skin care products: juanilama and fierrillo oils. Unique plant oils from Costa Rica to restore and protect skin. Plantpowered, sciencebased effective skincare. Thrive Natural VIP Men's Skin Care Set (4 Piece) Grooming Gift Set to Wash, Exfoliate, Shave Soothe Gift for Men Made in USA with Organic Unique Natural Ingredients for Healthy Mens Skincare by Thrive Natural Care. 7 out of 5 stars 211 ratings 13 answered questions List Price: 54. Jul 08, 2019Offered by LeVel, Thrive Skin is a threestep skincare system designed to deliver antiaging benefits through exfoliants and lotions that contain a proprietary blend of CBD oil. The three products within this package work to peel off dead skin cells, reduce patchiness and skin discoloration, and restore your youthful glow. Dec 25, 2019# level# THRIVESKIN# THRIVE# THRIVEexperience# premiumlifestyle# premiumnutrition In this video, I talk

Exhibit 2

ThriveLevel_0003369

about my experience testing the THRIVE SKIN Advanced CBD skincare system. In this review, I talk about my crazy experience with the dead skin cell digesting enzyme peel which is part of the THRIVE SKIN 3step system: Peel, Reduce Restore as well as a few other. The 5 Best CBD Skin Care Products For Men And Women LeVel Reviews Real Customer Reviews My wife goes to Thrive skin care often for laser treatments and facials. The staff are professional and very competent. Date of experience: April 2019. Finley5 wrote a review Mar 2019. Wollongong, Australia 5 contributions 1 helpful vote. Thrive Skin Laser Institute was created to support the need for advanced esthetic knowledge and laser training for Estheticians, Cosmetologists, Nurses, Doctors, and Business Owners in the Chicagoland area. Medical Spas are a booming industry and Physicians are looking for trained Laser Specialists. Thrive Causemetics offers luxury highperformance cosmetics. For every product you purchase, we donate to help a woman thrive. At Thrive, the natural progression of your transformation is as important to us as are the results. We like to say that everyone will notice, but no one will know. Your personal image is up to you to establish, and we can help you finetune the appearance of your face and body so that you feel confident in your own skin. Oct 01, 2019THRIVE SKIN profit from the medical perks of CBD as well as includes turbulent modern technology in 3 straightforward measures: According to Orbis Research, the international advantage as well as healthy skin care market was actually valued at 532. 43 billion in 2017 and also is actually assumed to get to a market price of 805. Thrive Skin by LeVel is the next generation in CBD skincare. Jemima Grant, Thrive Skin Clinic is a collective of experienced, professional women who are passionate about skin and helping our clients to Jun 14, 2019Thrive Patch is a patch packed with its formula of dietary and proprietary ingredients that sticks to the skin and uses dermal fusion technology (DFT) to deliver the goods through your skin as opposed to popping pills or drinking shakes. Thrive Skin Care, Philadelphia, Pennsylvania. Welcome to the home for happy skin. Apr 28, 2019A high performance serum excellent for all skin types. A balance of nature, science and CBD innovation, working harmoniously to REDUCE the negative results of. The Thrive Skin CBD Skincare System is the latest new product from the LeVel Thrive healthcare and beauty line. The idea is that the Thrive Skin CBD system can help rejuvenate damaged and aging skin, for a more vibrant, youthful appearance. But is Thrive Skin the real deal, or just a load of snake oil. The 5 Best CBD Skin Care Products For Men And Women. There are lots of skin care brands to love, but here are the top three that are most popular with Thrive Market members. When the founder of Cocokind couldnt get to the bottom of her stubborn hormonal acne, she decided to make her own clean productsand the ingredients are ethically sourced! Acure

*Category Images:*

Exhibit 2
Page 109










## Related articles:

Apple amino acids in skin care (/Here/article-50.html) ❯

Advanced skin care clinic edmonton (/Article/article-91.html) ❯

Best skin care products drugstore (/Read-more/54-best-skin-care-products-drugstore.html) ❯

Skin care routine steps (/Article/article-29.html) ❯

Infinite aloe skin care costco (/Article/article-6.html) ❯

Lumin skin care reviews (/Here/120-lumin-skin-care-reviews.html) ❯

Atomy skin care products (/Read-more/125-atomy-skin-care-products.html) ❯

Marcelle skin care (/Article/70-marcelle-skin-care.html) ❯

Skin care studio (/Article/article-122.html) ❯

Vichy skin care (/Here/article-33.html) ❯

Skin care near me (/Here/48-skin-care-near-me.html) ❯

Kylie skin care line (/Here/article-79.html) ❯

Skin care products for men (/Article/article-4.html) ❯

Advanced skin care clinic (/Article/article-23.html) ❯

Bee propolis skin care (/Article/article-74.html) ❯

Atlantic skin care (/Here/article-80.html) ❯

Bell skin care (/Read-more/article-119.html) ❯

Skin care routine for combination skin (/Read-more/article-5.html) ❯

Blume skin care (/Read-more/article-42.html) ❯

100 certified organic skin care products (/Here/45-100-certified-organic-skin-care-products.html) ❯

Infinite aloe skin care (/Read-more/98-infinite-aloe-skin-care.html) ❯

Ici paris skin care clinic spa (/Here/article-8.html) ❯

Best skin care for blackheads and large pores (/Read-more/117-best-skin-care-for-blackheads-and-large-pores.html) ❯

Meghan markle skin care (/Here/100-meghan-markle-skin-care.html) ❯

Skin care companies (/Article/article-34.html) ❯

Skin care courses (/Here/article-103.html) ❯

Cindy crawford skin care (/Article/53-cindy-crawford-skin-care.html) ❯

La mer skin care (/Here/article-95.html) ❯

Natural skin care products (/Here/article-38.html) ❯

All natural skin care (/Read-more/article-60.html) ❯

Organic skin care (/Here/96-organic-skin-care.html) ❯

Hyram skin care (/Here/49-hyram-skin-care.html) ❯

Timeless skin care canada (/Read-more/109-timeless-skin-care-canada.html) ❯

10 ways to take care of your skin (/Article/article-30.html) ❯

Cara skin care (/Article/article-115.html) ❯

Cheap skin care products for dry skin (/Read-more/18-cheap-skin-care-products-for-dry-skin.html) ❯

Exhibit 2
Page 111

ThriveLevel_0003372

2018 ©

Sitemap (http://reviewdermatologists.com/sitemap.xml)

Exhibit 2
Page 112

ThriveLevel_0003373

# EXHIBIT 3

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

THRIVE NATURAL CARE, INC.,

     Plaintiff and Counterclaim Defendant,

v.

LE-VEL BRANDS, LLC,

     Defendant and Counterclaim Plaintiff.

Case No.: 2:21-cv-2022

# EXPERT REBUTTAL REPORT OF SARAH BUTLER

# May 27, 2022

Exhibit 3
Page 113

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

# Table of Contents

I.  QUALIFICATIONS ............................................................................................. 3

II. DOCUMENTS REVIEWED ............................................................................. 4

III. ASSIGNMENT AND SUMMARY OF OPINIONS ...................................... 5

IV. BACKGROUND ............................................................................................. 11

V.  THE WALLACE SURVEY ........................................................................... 13

VI. RESPONSE TO WALLACE SURVEY ....................................................... 16
    A.  Wallace Survey Does not Screen for Relevant Population ............................. 16
    B.  Wallace Survey Is Leading and Biased .......................................................... 19
    C.  Wallace Survey Fails to Replicate Market Conditions ................................... 22
    D.  Wallace Survey Does Not Have A Proper Control ......................................... 33
    E.  Wallace Conclusions Are Not Supported by Internet Searches ...................... 38
    F.  Wallace Survey Suffers from Data Quality Issues .......................................... 45

VII. THE DREWS REPORT ................................................................................ 47

VIII. THE CONTROL SURVEY ........................................................................ 51
    A.  Survey Population ........................................................................................... 53
    B.  Sampling of the Relevant Population .............................................................. 53
    C.  Quality Control Measures for the Survey ....................................................... 54
    D.  Questionnaire .................................................................................................. 54
    E.  Stimuli Shown ................................................................................................. 55
    F.  Survey Results ................................................................................................. 55

IX. CONCLUSIONS ............................................................................................ 58

Exhibit 3
Page 114

HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY

# I.    QUALIFICATIONS

1.      I am a Managing Director at NERA Economic Consulting ("NERA"), where I am the Chair of the Survey and Sampling Practice and a member of the Intellectual Property, Product Liability, Antitrust, and Labor Practices. My business address is 4 Embarcadero Center, San Francisco, CA 94111. NERA is a firm providing expert statistical, survey, economic, and financial research analysis.

2.      Among my responsibilities, I conduct survey research and market research, and design and implement statistical samples for matters involving business and consumer decision making, consumer choice, and consumer behavior. In the course of my career, I have conducted research for leading corporations and government agencies on consumers, employees, and businesses. My work has been included in numerous lawsuits involving issues of trademark and trade dress confusion, patent infringement, false advertising, and secondary meaning, as well as in antitrust and employment-related litigation. I am a member of the American Association of Public Opinion Research, the American Statistical Association, the Intellectual Property Section of the American Bar Association, and the International Trademark Association (INTA).

3.      I have also worked as a market researcher conducting surveys of consumers and professionals, focus groups, and in-depth interviews. I worked as an independent consultant conducting research for the Department of Environment and Rural Affairs in the United Kingdom. I have taught courses focused on or involving research methodologies in both the United States and Europe. I hold a Master's Degree from Trinity College, Dublin and another Master's Degree from Temple University.

3

Exhibit 3
Page 115

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

4.      I have substantial experience conducting and using surveys to measure consumer opinions and behaviors regarding products and services including purchase processes, product attributes, branding and positioning, market segmentation, new product research, and communications strategies. During my career in academic and commercial research, I have personally facilitated a wide range of research including large-scale surveys, in-depth interviews, focus groups and observational studies.

5.      I have submitted expert reports, been deposed, and have testified at trial within the last five years. A list of my testimony is included on the copy of my current resume, which is attached as **Exhibit A**.

6.      NERA is being compensated for my services in this matter at my standard rate of $700 per hour. Members of the staff at NERA have worked at my direction to assist me in this engagement. No part of my compensation or NERA's compensation depends on the outcome of this litigation. Throughout this report, I have used the terms "I" and "my" to refer to work performed by me and/or others under my direction.

## II.    DOCUMENTS REVIEWED

7.      As part of my work, I reviewed the Complaint ("*Complaint*") and the Opening Expert Report of Rob Wallace.[1] I have also reviewed the Expert Report of David Drews.[2] A list of the specific materials I reviewed can be found in **Exhibit B**.

---

[1] Complaint and Demand for Jury Trial, *Thrive Natural Care, Inc., v. Le-Vel Brands, LLC*, United States District Court Central District of California, Case No. 2:21-cv-2022, dated March 4, 2021 (hereinafter, "*Complaint*"); Opening Expert Report of Rob Wallace, dated May 6, 2022 (hereinafter, "*Wallace Report (dated May 6, 2022)*").

[2] Expert Report of David Drews, CLP, dated May 6, 2022 (hereinafter, "*Drews Report (dated May 6, 2022)*").

4

Exhibit 3
Page 116

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

# III.   ASSIGNMENT AND SUMMARY OF OPINIONS

8.      I was retained by Defendant and Counterclaim Plaintiff Le-Vel Brands, LLC

("Le-Vel") to review the survey and Expert Report submitted by Mr. Rob Wallace. Mr. Wallace

indicates that Plaintiff and Counterclaim Defendant, Thrive Natural Care ("TNC"), asked him to

design and conduct a survey to, "examine whether or not consumers, or potential consumers of

skin care products who purchase such items on the Internet would be confused between 'Thrive'

branded skin care products manufactured by the Plaintiff and 'Thrive Skin' branded skin care

products manufactured by the Defendant."[3] Mr. Wallace also indicates he was asked to evaluate

whether Le-Vel "properly promoted and proliferated its products."[4]

9.      Based on my review of Mr. Wallace's survey I conclude the following:

a)   Mr. Wallace's survey population is overbroad. He has not appropriately screened

for past or potential purchasers of Le-Vel's products. Le-Vel is a direct sales

company, and its products are exclusively sold through its online portal after

establishing an account with Le-Vel. To establish an account with Le-Vel,

potential purchasers must first be referred by, select, or be assigned a Le-Vel

brand promoter. Mr. Wallace has not identified whether any of his survey

respondents have or would purchase products through a direct sales company.

Further, Mr. Wallace has not screened for consumers willing to purchase skin care

products at prices like those for Le-Vel's products. Absent proper screening

questions, there is no way to determine whether the characteristics of Mr.

---

[3] *Wallace Report (dated May 6, 2022)*, ¶ 1.

[4] *Wallace Report (dated May 6, 2022)*, ¶ 4.

5

Exhibit 3
Page 117

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

Wallace's survey respondents accurately reflect the population of past and potential purchasers of Le-Vel's products. An over and under inclusive universe cannot provide reliable data for estimating the potential for confusion.

b) Mr. Wallace has used a wholly inappropriate and biased survey design that simply measures respondents' ability to find similarities between pairs of products shown. Given the particular design of his survey, it is unsurprising that respondents can "match" Plaintiff's and Le-Vel's products based on the name. Such an approach does nothing to measure the potential for confusion in the real world.

c) Mr. Wallace's survey design is further unreliable as it does not realistically reflect how consumers would view or purchase the products shown. Notably, Mr. Wallace's survey wholly ignores the purchasing process a consumer of Le-Vel's products would undertake. The survey, as designed, cherry picks a product from an "Add-to-Cart" page from Le-Vel's internal Cloud Portal that is only accessible to Le-Vel customers with accounts. Access to such an internal page by customers without an existing account involves numerous set-up steps, including the selection or assignment of a Le-Vel brand promoter and the entry of personal information. A survey that does not replicate marketplace conditions cannot be used to infer likelihood of confusion in the real world.

d) Mr. Wallace also does not have a legitimate control. The "internal controls" in the survey are insufficient and share no sound/name similarities with the at-issue products. There are numerous examples of products which would have been more

6

Exhibit 3
Page 118

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

> appropriate controls to measure guessing and to account for the extreme
> suggestiveness of the design, but Mr. Wallace does not use any of these.
> Moreover, his exercise asking respondents to simply match pairs of products,
> renders his controls inadequate.

  e) Mr. Wallace's survey contains respondents who provided answers indicating that
  they were not giving reliable answers because they were frustrated with the
  repetition and design of the survey itself, i.e., repeated questioning about different
  product pairs.

  f) Mr. Wallace's eBay search example does not reliably demonstrate that Le-Vel
  and TNC are proximate. He provides only an excerpt from his search and more
  complete and fulsome searches I conducted demonstrate that other products
  named Thrive also appear in these searches. These other products are not ones
  Mr. Wallace evaluated for their potential to cause confusion.

10.     Overall, Mr. Wallace's survey is a biased matching exercise that simply
demonstrates respondents can identify the name similarity between the two products when asked
to directly compare them. Such a design does not provide reliable evidence of the likelihood of
confusion, particularly given the way Le-Vel's product is shown to respondents because it does
not replicate the real-world context in which consumers would encounter that page and product.

11.     I was also asked to review the portions of Mr. David Drews' report referencing
consumer confusion allegedly resulting in diverted sales. Based on my review of Mr. Drews'
report, I conclude the following:

7

Exhibit 3
Page 119

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

a) Mr. Drews relies upon the results of an unscientific, "abandoned cart" study. In addition to having practically no detail on the study methodology to assess, it is unclear who the shoppers are, what products they were considering or had placed in a cart, or what they were looking at while answering the survey questions. Without this context it is impossible to evaluate the few examples of open-ended responses that Mr. Drews presents as purported evidence of confusion or diverted sales.

b) Simply because a consumer put a Thrive Natural Care product in a shopping cart and ultimately did not purchase it does not provide evidence of lost sales, let alone evidence of lost sales to Le-Vel specifically. Mr. Drews' examples of "confused" respondents provides no evidence to link their behavior directly to Le-Vel, that is, there is nothing demonstrating that the product was left in the cart because of the choice to purchase a Le-Vel product instead. If anything, these respondents give such specific answers that it is possible they were actually looking for Le-Vel and its products rather than TNC's. A consumer searching for Le-Vel's products, in particular those not sold by TNC, would not result in a lost sale to TNC.

c) This is particularly true given that the abandoned cart data (to the extent they are reliable) point squarely to price as the primary reason for an "abandoned" product. Given that Le-Vel's products are generally more expensive than those sold by TNC, it is highly unlikely that consumers would have purchased the more expensive Le-Vel products in lieu of TNC's products.

8

Exhibit 3
Page 120

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

    d)  The three or four examples in the abandoned cart data which seem to infer a reference to Le-Vel do not represent a meaningful or appreciable rate of confusion. First, there is no way to determine what information these individuals were reviewing before or during the questions (or exactly what company they were referring to). Second, the small number of "confused" individuals is well below levels typically recognized by courts as evidence of confusion and the potential inferred mentions of Le-Vel are comparable to inferred mentions of other products not sold by either TNC or Le-Vel, including toilet paper, hemp seeds, and mascara.

12.    Mr. Drews' reliance on the cart data and Mr. Wallace's survey data to inform his opinions about diverted sales is woefully inappropriate. Neither of these "surveys" do anything to test the proposition that consumers purchased Le-Vel's products in lieu of TNC products or did not purchase a TNC product because of Le-Vel's use of its allegedly infringing mark THRIVE SKIN for skincare products. Moreover, neither survey addresses other potential sources of confusion which may exist in the real world. To address the lack of an actual control in Mr. Wallace's survey, and to address Mr. Drews' assumptions that the Wallace and Digital Native confusion results are evidence of diverted sales, I conducted a simple study. I also reviewed another survey that Mr. Wallace conducted in TNC's lawsuit against Thrive Causemetics, which was brought in the same court that TNC filed its current lawsuit against Le-Vel. In that survey, Mr. Wallace used the same methodology, universe, operative questions, and stimulus as he used in his survey submitted in this case, with the exception that a Thrive Causemetics product was

9

Exhibit 3
Page 121

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

used instead of a Le-Vel product as one of the four products shown (the remaining three products were the same in both surveys).

13.    As for my Control Survey, I replicated Mr. Wallace's survey substituting the Le-Vel product for a product that currently exists in the marketplace. Specifically, I tested Thrive Causemetics Buildable Blur CC Cream. I understand that TNC consented to Thrive Causemetics using its "Thrive" name for this product.[5] This stimulus represents a fair and appropriate control and allows me to measure the extent to which Mr. Wallace's results are a byproduct of respondents guessing, matching between similar names, and other sources of survey noise such as demand effects due to a biased and leading survey design. Further, these results demonstrate that assumptions about diverted sales based on confusion (such as those made by Mr. Drews) must account for the potential for confusion between TNC and companies other than Le-Vel that exist in the marketplace. That is also the case with Mr. Wallace's survey conducted in TNC's case against Thrive Causemetics, as one of the products in that case continued to be used and sold by Thrive Causemetics in the marketplace pursuant to the terms of TNC's agreement with Thrive Causemetics.[6]

14.    The results of my Control Survey demonstrate that 67.9 percent of respondents are "confused" between the TNC and Thrive Causemetics products, nearly the same number as the 68.5 percent Mr. Wallace claims are confused between TNC and Le-Vel's THRIVE SKIN products. This is a clear demonstration that any "confusion" observed by Mr. Wallace is simply the result of various types of survey noise, not confusion between the at-issue products. Important

---

[5] See Section VIII of this report. Also see ThriveLevel_0003872-0003873.

[6] I purchased this product, as well as the Thrive Causemetics Bright Balance 3-in-1 cleanser tested by Mr. Wallace in his prior survey. See **Exhibit C** for product and receipt photos.

10

Exhibit 3
Page 122

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

to Mr. Drews' reliance on Mr. Wallace's survey in this case, Mr. Wallace's survey in the TNC
and Thrive Causemetics case demonstrates that Mr. Drews has not accounted for any potential
harm resulting from Thrive Causemetics' ongoing use of THRIVE on its products from the
purported harm caused by Le-Vel's use.

15.     In the remainder of this report, I provide a review of Mr. Wallace's survey, a
discussion of Mr. Drews' report, and a discussion of the Control Survey that I conducted.

## IV.   BACKGROUND

16.     Plaintiff Thrive Natural Care, Inc. ("Plaintiff") is a Delaware corporation with its
principal place of business at 42 Darrell Place, San Francisco, CA 94133.[7]

17.     Plaintiff describes its business as making natural skincare products using
regenerative agriculture methods. Plaintiff alleges it began selling products in late 2013, and
currently sells face washes and scrubs, lotions, moisturizers, sunscreens, face balms, shaving
lotions, and grooming oils. Plaintiff's products are sold online through the company's website,
www.thrivecare.co, as well as on Amazon.com and Walmart.com, and in Whole Foods Markets
on the West Coast.[8]

18.     I understand that in January 2014, Plaintiff obtained U.S. Trademark Reg. No.
4,467,942 for THRIVE in International Class 003 for "Non-medicated skin care preparations,
namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers;
pre-shaving preparations; after shave lotions and creams,"[9] and in September 2020 was obtained

---

[7] *Complaint*, ¶ 12.

[8] *Complaint*, ¶ 20.

[9] *Complaint*, ¶ 26.

11

Exhibit 3
Page 123

HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY

U.S. Trademark Reg. No. 6,164,303 for additional products to include, "Body and non-medicated soaps and skin cleansing gels; cosmetic sun care preparations and sunscreens; shaving creams and gels; pre-shaving preparations; after shave lotions and creams."[10]

19.     Le-Vel is a Texas limited liability company with its principal place of business at 9201 Warren Parkway #200, Frisco, TX 75035.[11]

20.     Le-Vel sells a line of products under its THRIVE umbrella trademark[12] including vitamin capsules, weight-loss shakes, and vitamin skin patches.[13] In April 2019, Le-Vel expanded its THRIVE brand into anti-aging skincare products under the name THRIVE SKIN.[14] Currently, Le-Vel's THRIVE SKIN products include six products: (1) a Peel Reduce Restore CBD skincare system, (2) Infinite Daily Detox Purifying Bar, (3) Infinite Charcoal Activated Mask, (4) Infinite Hand & Foot Reparative Cream, (5) Infinite Skin & Hair Peptide Gel, and (6) Infinite Detox Body Scrub.[15]

21.     On March 4, 2021, Plaintiff filed a Complaint, alleging that Le-Vel's use of THRIVE SKIN is likely to cause, "confusion, deception, and mistake by creating the false and misleading impression that LBL's [Le-Vel's] Infringing Products are manufactured or distributed by Thrive, are associated or connected with Thrive, or have the sponsorship, endorsement, or approval of Thrive."[16]

---

[10] *Complaint*, ¶ 28.

[11] *Complaint*, ¶ 13.

[12] https://le-vel.com, last accessed May 16, 2022.

[13] *Complaint*, ¶ 4.

[14] Declaration of Drew S. Hoffman, dated March 22, 2021, ¶¶ 23 - 24.

[15] https://le-vel.com, last accessed May 16, 2022.

[16] *Complaint*, ¶ 56.

12

Exhibit 3
Page 124

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

22.     On March 5, 2021, Plaintiff also filed a Motion for Preliminary Injunction further alleging the potential for consumer confusion.[17] In that Motion, Plaintiff cites the survey conducted by Mr. Wallace as evidence of the alleged likelihood of confusion.

23.     On April 28, 2021 Judge David O. Carter denied Plaintiff's Preliminary Injunction.[18] Plaintiff subsequently submitted an updated report from Mr. Wallace and a report from Mr. Drews.

## V.   THE WALLACE SURVEY

24.     Mr. Wallace designed and conducted an internet survey in which he interviewed 600 women and men between the ages of 18 and 65. To qualify for the survey, respondents needed to have purchased skin care products online in the past 6 months and had to plan on doing so again in the next 6 months.[19]

25.     Once qualified, survey respondents were shown webpages for four products, three were shown as if the consumer were reviewing the product prior to checkout - TNC's Sensitive Skin Face Balm, Ursa Major's Fortifying Face Balm, and WLDKAT's Saffron + Oat Milk Glow Serum - and one, Le-Vel's Thrive Skin Infinite CBD Correcting Serum, was shown as though the product had already been selected for purchasing.[20] After asking respondents to confirm that the products shown were skin care products, Mr. Wallace showed respondents the products in pairs and asked up to four questions after each pair. Respondents were asked after viewing each pair,

---

[17] Plaintiff's Opening Brief in Support of Motion for Preliminary Injunction, *Thrive Natural Care, Inc., v. Le-Vel Brands, LLC,* United States District Court Central District of California, Case No. 2:21-cv-2022-DOC-KES, dated March 5, 2021.

[18] Order Denying Motion to Transfer Venue and Denying Motion for Preliminary Injunction, *Thrive Natural Care, Inc., v. Le-Vel Brands, LLC,* United States District Court Central District of California, Civil Minutes – General, Case No. SA CV 19-02326-DOC-ADS, dated April 28, 2021.

[19] *Wallace Report (dated May 6, 2022),* ¶ 37.

[20] *Wallace Report (dated May 6, 2022),* Appendix 1, "Thrive Survey Printout.pdf."

13

Exhibit 3
Page 125

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

whether the two products, "come from the same company/manufacturer/source."[21] Respondents were then asked, "Why do you say that?"[22] Respondents who indicated that they thought the products were from different companies were asked whether they believed the companies were affiliated, connected, or associated with each other, and were again asked, "Why do you say that?"[23]

26.    Mr. Wallace then presented his respondents with the following "scenario" and question:

> After ordering a skin care product, you receive an email with prominent text stating "Welcome to the Thrive Tribe". After ordering a second skincare product, you receive a second email with prominent text stating "Welcome to the Thrive Tribe".
>
> Based on these emails, do you believe that the two products you ordered are from the same company or companies that are affiliated, connected or associated or from different companies that are not affiliated, connected, or associated?[24]

27.    Based on these questions,[25] Mr. Wallace estimates "confusion." He finds that 411 of his total 600 respondents thought that TNC's and Le-Vel's products came from the same company (397, or 66.2 percent)[26] or believed they were from affiliated sources (14 or 2.3 percent),[27] yielding a total of 68.5 percent confusion.[28] Mr. Wallace also averages the rates of same company/affiliation between TNC and WLDKAT and TNC and Ursa Major and uses these

---

[21] *Wallace Report (dated May 6, 2022)*, ¶¶ 57-58.

[22] *Wallace Report (dated May 6, 2022)*, ¶ 59.

[23] *Wallace Report (dated May 6, 2022)*, ¶ 60.

[24] *Wallace Report (dated May 6, 2022)*, ¶ 61.

[25] For this report, Mr. Wallace does not analyze or appear to rely on the results from his email scenario question.

[26] *Wallace Report (dated May 6, 2022)*, ¶ 66.

[27] *Wallace Report (dated May 6, 2022)*, ¶ 68.

[28] *Wallace Report (dated May 6, 2022)*, ¶ 70.

14

Exhibit 3
Page 126

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

rates to modify his confusion estimate. Mr. Wallace reports that there were 66 respondents,[29] or 11 percent, who believed that TNC's product and Ursa Major were from the same source or were affiliated, and the corresponding number for WLDKAT was 14.8 percent, averaging to 12.9 percent.[30] Mr. Wallace then subtracts this average rate of 12.9 percent from the 65.8 percent confusion between TNC's and Le-Vel's products, to arrive at an adjusted rate of 55.6 percent.[31]

28.     Mr. Wallace concludes that, "there is significant actual confusion by consumers confusing the Plaintiff's well-established 'Thrive' brand with the Defendant's 'Thrive Skin' brand,"[32] and further states, "that this level represents significant confusion above the noise level and suggests that, when purchasing, consumers are likely to confuse the Plaintiff's skin care products with the Defendant's skin care products."[33,34]

29.     Aside from his opinions based on his survey, Mr. Wallace offers some additional opinions about the purported overlap between Plaintiff and Defendant in this matter. Mr. Wallace opines that Plaintiff and Defendant target the same consumers, and notes that parties both advertise online, sell their products online, use Instagram and Facebook, and appear in Google searches.[35] In particular, Mr. Wallace references searches for "thrive skincare" on Google and

---

[29] I note that Mr. Wallace appears to incorrectly report 66 respondents, when his tables show that the actual total is 62 respondents (40 at Question 18 and 22 at Question 20). See, *Wallace Report (dated May 6, 2022)*, ¶¶ 66-72.

[30] *Wallace Report (dated May 6, 2022)*, ¶ 72.

[31] *Wallace Report (dated May 6, 2022)*, ¶ 73.

[32] *Wallace Report (dated May 6, 2022)*, ¶ 7.

[33] *Wallace Report (dated May 6, 2022)*, ¶ 80.

[34] I note that Mr. Wallace received my criticisms of his survey design in the Preliminary Injunction phase of this matter. Mr. Wallace submits the same study, and as such made no effort to rectify his survey to address the deficiencies and biases described in these reports (See, Expert Report of Rob Wallace in the Matter of Thrive Natural Care, Inc. v. Le-Vel Brands, LLC, dated March 2, 2021; Expert Rebuttal Report of Sarah Butler, dated March 22, 2021).

[35] *Wallace Report (dated May 6, 2022)*, ¶¶ 22-23.

15

Exhibit 3
Page 127

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

eBay and provides an example of such a search in his report.[36] Mr. Wallace determines that the

products "directly compete with one another for sales and recognition."[37]

# VI.  RESPONSE TO WALLACE SURVEY

30.     Mr. Wallace's survey design contains an overbroad and irrelevant population that

does not conform to proper survey methodology and is highly leading and biased. While Mr.

Wallace characterizes his survey as "court-compliant,"[38] he provides no citation or support for a

paired matching exercise, with an incorrect survey universe, and no external control. In fact, as I

will describe in the sections that follow, the academic literature and court commentary are firmly

*against* the kind of approach used by Mr. Wallace.

## A.  Wallace Survey Does not Screen for Relevant Population

31.     In a forward confusion study such as the one conducted by Mr. Wallace, the

correct population is comprised of consumers who have purchased or would be likely to purchase

*Defendant's*, *i.e.*, Le-Vel's, products.[39] This is not the population Mr. Wallace targeted in his

survey. Instead, and incorrectly, Mr. Wallace simply screened for any consumer who has

purchased or would purchase skincare products on the Internet.

32.     While Le-Vel has its Thrive Skin products available for a consumer's review

online, these items cannot be purchased without first establishing a tie with a Le-Vel brand

promoter. Consumers who are interested in, or are willing to purchase products from a direct

---

[36] *Wallace Report (dated May 6, 2022)*, ¶ 22.

[37] *Wallace Report (dated May 6, 2022)*, ¶ 23.

[38] *Wallace Report (dated May 6, 2022)*, ¶¶ 7, 27.

[39] Barber, W. G. & Yaquinto, G. E. (2022). "The Universe," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, 2nd ed., Diamond, S. S. & Swann, J. B., American Bar Association, pp. 32-33.

16

Exhibit 3
Page 128

HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY

selling organization, like Le-Vel, may have different characteristics and different perceptions of products than those unwilling to purchase in this manner.[40] Consumers who have or would be willing to purchase through a direct sales organization are more likely to be familiar with Le-Vel[41] and would potentially be less likely to believe that some other brand, offering less expensive, differently packaged products, is in any way related to Le-Vel's skincare offerings.

33.     I understand that Le-Vel's THRIVE supplement products have been available and very successful since their introduction in 2012.[42] Specifically, I understand that the vast majority of new Le-Vel customers order a product other than skincare. As for new, first-time customers and promoters of Le-Vel who ordered THRIVE SKIN as one of the products in their first order, their total purchases from 2019-2021 represented 1.3% of Le-Vel's net total sales of all THRIVE-branded products during that same time period (total Le-Vel net sales during 2019-2021 were $813.1 million and sales to those new, first time customers and promoters who order one of the THRIVE SKIN products as part of their order during that same time were $10.27 million).[43] In other words, the vast majority of purchasers of Le-Vel's skin care products are those who already

---

[40] In one case a survey evaluating potential for confusion for wine was heavily criticized for its overbroad population because Plaintiff's products were sold in retail stores and the Defendant's products were sold in its tasting rooms and online. The Plaintiff's survey expert screened for consumers who purchased wine at a certain price but did not ask questions about where they made such purchases. The court found that only a "tiny percentage" of the survey population would be potential purchasers of Defendant's products. Edwards, G. K. & Mayberry, J. D. (2022). "The *Daubert* Revolution and Lanham Act Surveys," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, 2nd ed., Diamond, S. S. & Swann, J. B., American Bar Association, p. 351. As discussed in ¶ 35, Mr. Wallace does not even screen for purchasers who would purchase products at Defendant's price points.

[41] I understand that Le-Vel is recognized as "one of the most widely used health-and-wellness systems to come out of the last decade" and that the company "is now one of the top revenue-generating MLMs in the United States," with over 2 billion in sales within only seven years. See, https://www.credihealth.com/blog/what-is-thrive-everything-youve-ever-wondered-about-le-vel-thrive/, last accessed May 20, 2022. Another article notes that "Le-Vel currently has over 6.5 million Customers and Brand Promoters and ships to the United States, Canada, Australia, New Zealand, the United Kingdom, and Mexico." The article also mentions Le-Vel's financial success, stating that "The company was generating $10 million in revenue within its first year. Now, less than 5 years after its founding, Le-Vel has broken $1 billion in lifetime sales." See, https://finance.yahoo.com/news/truth-le-vel-thrive-brand-133000115.html, last accessed May 20, 2022.

[42] Declaration of Drew S. Hoffman, dated March 22, 2021, ¶¶ 22-23, 29.

[43] Expert Report of John Plumpe, dated May 27, 2022. ¶ 49.

17

Exhibit 3
Page 129

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

know and are familiar with Le-Vel's THRIVE brand, have purchased other Le-Vel THRIVE

products, and have existing accounts with Le-Vel.

34.     Mr. Wallace does not screen for respondents who have or would be willing to

make purchases from direct sales companies. Therefore, he has no idea if any of his respondents

are consumers who have purchased or would consider purchasing Le-Vel's Thrive Skin products.

Based on his overly broad screening data, he has no way to determine whether and to what extent

his survey respondents would evaluate Le-Vel's products and how such individuals might differ

from those in his sample.

35.     Further undermining the reliability of his sample, Mr. Wallace has not screened

any of his respondents to determine their typical spending on products like those tested in his

survey. This is important because the at-issue products differ substantially in price. For example,

the Le-Vel product tested by Mr. Wallace is $62.00 for an ounce, and TNC's product is priced

substantially less, at $16.99 for 2 ounces. Mr. Wallace has no idea whether any of his survey

respondents would actually be willing to spend upwards of $60 for a skincare product.[44]

36.     Le-Vel's skincare products are priced more in the high-end, luxury range

compared to TNC's products and the other brands included in Mr. Wallace's survey.[45] Consumers

willing to purchase from a direct sales company, sign up for an account, and spend $60 or more

on a single skin care product are likely to be attentive during the purchase process and are less

likely therefore to be confused.

---

[44] Prices for Le-Vel's THRIVE SKIN line of products range from $30 through $64 for individual products (https://le-vel.com/Shop, last accessed May 19, 2022). TNC's individual products range from $12.95 to $26.95 (https://thrivecare.co/collections/all?page=1, last accessed May 19, 2022).

[45] For example, https://www.highya.com/thrive-skin-reviews, last accessed May 16, 2022.

18

Exhibit 3
Page 130

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

37.     Even setting aside price, Mr. Wallace has no evidence that consumers purchasing skincare products purchase with a "low degree of consumer care."[46] In fact, individuals purchasing products to put on their skin may be very attentive to the brand, product ingredients, product benefits, etc.

## B.  Wallace Survey Is Leading and Biased

38.     While Mr. Wallace says his survey is based on an accepted *Squirt* methodology,[47] the format he designed is improper and does not meet the standards for an acceptable survey. In contrast to following proper and acceptable research procedures, Mr. Wallace's survey exacerbates the well-known biases in a line up or sequential method by showing consumers pairs of products and asking about a potential relationship between these pairs one at a time.

39.     In general, a *Squirt* methodology presumes that consumers see the at-issue goods proximately in the marketplace[48] and asks respondents to compare these products to determine whether there is a perceived association. In testing for the likelihood of confusion in this way, the researcher must carefully craft the survey to avoid generating answers that are simply a response to a design which may suggest a relationship between the goods shown. A poorly designed *Squirt* survey which leads respondents to look for associations between products that they otherwise might not, generates inflated estimates biased by demand effects. Demand effects are a well-known phenomenon in survey research and occur when the design of the research alters or

---

[46] *Wallace Report (dated May 6, 2022)*, ¶¶ 8, 81.

[47] *Wallace Report (dated May 6, 2022)*, ¶ 30.

[48] Swann, J. B. (2022). "Likelihood-of-Confusion Surveys," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, 2nd ed., Diamond, S. S. & Swann, J. B., American Bar Association, p. 72 (hereinafter, "*Swann*"). As discussed in Section V.B.3, while Plaintiff's and Le-Vel's products can be seen online, the manner in which Mr. Wallace has displayed the products in the survey does not reflect how they would actually be seen.

19

Exhibit 3
Page 131

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

impacts participant behavior such that the results reflect the methodological errors and do not reflect the actual opinions or perceptions of respondents.[49]

40.     Mr. Wallace's survey estimates are rendered unreliable by demand effects for several reasons. First, while respondents are shown four different products in the survey (one of which being Le-Vel's product at a different stage along the path to purchase than the three other products shown), they are only shown products in pairs and are asked whether the two products are related. In this way, Mr. Wallace's survey design "demands" that respondents look for similarities between only two products at a time, suggesting to a respondent that they look for some likely relationship. For example, Mr. Wallace asks respondents to compare, out of context,[50] Plaintiff's and Le-Vel's products. It is unsurprising that respondents, influenced by the format, search for some obvious similarity as justification. As one author explains, "Once they form such a (demand-based) hypothesis, survey respondents may seek clues (e.g., a similarity on a certain dimension or some other justification) that support the guess that the presented brands are related in some manner."[51,52]

41.     The paired format used by Mr. Wallace is known to be biased.[53] Instead of this flawed approach, Mr. Wallace could have easily conducted a survey using a more generally

---

[49] See, e.g., Simonson, I. & Kivetz, R. (2012). "Demand Effects in Likelihood of Confusion Surveys: The Importance of Marketplace Conditions," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, 1st ed., Diamond, S. S. & Swann, J. B., American Bar Association, pp. 243-259 (hereinafter, "*Simonson & Kivetz*").

[50] This is discussed further in Section VI.C.

[51] *Simonson & Kivetz*, p. 251.

[52] Another, partially quoting a district Court decision, notes that "[t]he (often deemed) leading use of only two stimuli has been replaced by the use of multiple stimuli…in an array…to 'remove[] the spotlight from the products of the plaintiff and defendant, help[] avoid making obvious what the survey is about, and make[] the survey more realistic and less leading.'" *Swann*, p. 67.

[53] "As to Squirt, the traditional format, with only two stimuli, often triggers **unacceptable demand effects**." Swann, J. B. (2012). "Likelihood of Confusion," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, 1st ed., Diamond, S. S. & Swann, J. B., American Bar Association, p. 54. (Emphasis added).

20

Exhibit 3
Page 132

HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY

accepted *Squirt* format. For example, Mr. Wallace could have shown respondents an array of products and asked whether any were related. Alternatively, he could have shown Plaintiff's product and then presented an array and asked whether any products in the array, including Defendant's product, were related to this first product shown. These alternative approaches help to ameliorate some of the suggestiveness of the *Squirt* approach.[54] Instead, Mr. Wallace selected an unacceptable, largely disregarded, biased design forcing a direct comparison between two products.

42.     Second, the demand effects created by Mr. Wallace's paired comparison are exacerbated by the language in his second question which specifically signals to respondents that that they should be identifying an association between the two products shown. Mr. Wallace's second question about affiliation actually suggests that the respondent's previous answer was incorrect and that she should try again. This question read: "**If you said different companies**, do you believe that these companies are affiliated, connected, or associated with each other?" (emphasis added).[55] The use of such a biased question is wholly unnecessary and Mr. Wallace easily could have asked a neutral question of only those who had not answered affirmatively to the first question.

43.     Third, the demand effects in Mr. Wallace's survey are worsened by likely bias created by order effects. Order effects can introduce bias into survey results when a particular option or set of images is always shown first, which signals to respondents something about the

---

[54] There are other important methodological elements that should be included when using a *Squirt* format – Mr. Wallace's survey also fails in these respects (see Section VI.B. of this report).

[55] *Wallace Report (dated May 6, 2022)*, ¶ 60.

21

Exhibit 3
Page 133

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

desired answer.[56] Nowhere in Mr. Wallace's questionnaire is there any indication that he rotated the response options for any of his substantive questions.[57,58] This is a standard and common approach, and a best practice in survey methodology, especially since rotating the order of response options on an internet survey is straightforward.[59]

## C. Wallace Survey Fails to Replicate Market Conditions

44.     Mr. Wallace's survey also fails to accurately represent the manner in which consumers might encounter the at-issue products in the real world. This real-world representation is essential in a survey to ensure that any estimates of likely confusion are a reasonable proxy for actual confusion that could occur. As one author explains:

> While the survey setting is necessarily artificial, the survey expert must make every reasonable effort to duplicate the marketplace conditions under which consumers are likely to encounter the mark at issue. At a minimum, this requires the survey expert to find out how the allegedly infringing product is typically encountered in the marketplace. The failure to discharge this obligation will often result in the exclusion of the survey.[60]

45.     There are a number of ways in which Mr. Wallace's survey does not approximate the manner in which consumers would encounter the products in the real world.

---

[56] *See*, Diamond, S. S. (2011). "Reference Guide on Survey Research," *Reference Manual on Scientific Evidence*, Committee on the Development of the Third Edition of the Reference Manual on Scientific Evidence; Federal Judicial Center; National Research Council, pp. 395-396, 420 (hereinafter, "*Diamond*").

[57] *Wallace Report (dated May 6, 2022)*, Appendix 1, "Thrive Survey Printout.pdf."

[58] I note that while it is possible that Mr. Wallace rotated his response options to Question 17 as they appear in a different order in the body of his report (*Wallace Report (dated May 6, 2022)*, ¶ 57) than they do in his survey screenshots (*Wallace Report (dated May 6, 2022)*, Appendix 1, "Thrive Survey Printout.pdf."), he does not actually provide any programming instruction in his survey for this or for any other questions.

[59] *Diamond*, p. 406. Sue, V. M. & Ritter, L. A. (2012). *Conducting Online Surveys*, 2nd ed., Thousand Oaks, CA: Sage Publications, p. 84.

[60] Edwards, G. K. (2012). "The *Daubert* Revolution and Lanham Act Surveys," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, 1st ed., Diamond, S. S. & Swann, J. B., American Bar Association, p. 346 (hereinafter, "*Edwards*").

22

Exhibit 3
Page 134

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

46.     First, Mr. Wallace does not show any of the products' webpages in their entirety.[61] Without any justification, Mr. Wallace appears to show only the top portion of each page[62] without its URL or web address.[63] Secondly, Mr. Wallace presents a *purchase* page for Le-Vel's product *after* having selected the product and placed it into the cart, not the *product* page which contains additional branding and detail. A comparison of the Le-Vel page shown in Mr. Wallace's survey and the actual product page is shown below in **Figure 1**.[64]

---

[61] Mr. Wallace provides no explanation for why he selected the products he did for his survey. He provides no evidence that these are brands consumers would view as comparable.

[62] Respondents were shown only the top portion of all webpages, featuring only one image of the product, the product name and price, along with a few additional details and a description of the product. I also note while three of the four products shown appear under actual webpage headings ("Thrive" "WLDKT" and the Le-Vel logo), with the typical "tool bars" that appear at the top of the screen, the Ursa Major product shown appears without any such heading, and without the tool bar across the top of the image, further truncating the version of the image shown to respondents. See, *Wallace Report (dated May 6, 2022)*, Appendix 1, "Thrive Survey Printout.pdf."

[63] For example, Le-Vel's public-facing URL is https://le-vel.com/Products/THRIVE/Skin, last accessed May 16, 2022. Le-Vel's customer Cloud Portal URL is https://thrivevitamin.le-vel.com/Shop, last accessed May 16, 2022.

[64] *Wallace Report (dated May 6, 2022)*, Appendix 1, "Thrive Survey Printout.pdf."

23

Exhibit 3
Page 135

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Figure 1. Product Webpage Comparison**

**Webpage Shown in Wallace Survey**



24

Exhibit 3
Page 136

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Figure 1. Product Webpage Comparison

### Actual Webpage



Exhibit 3
Page 137

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

47.     Aside from a truncated and misrepresentative display of the actual webpages, Mr. Wallace's survey also entirely misrepresents the actual market conditions and the manner in which consumers might encounter Le-Vel's products in the real world.

48.     At the time Mr. Wallace designed his survey, he would have been aware that Le-Vel sells its products only through a separate, non-public-facing online store to customers with existing accounts.[65] In other words, the manner in which Mr. Wallace depicts Le-Vel's skincare product in his survey could only occur if the purchaser already had an existing account (or signed up for such an account) and had already selected such product and after placing it into the cart. This is a meaningful distinction from the way the Plaintiff's products are sold online (as well as the WLDKAT and Ursa Major products, all of which are shown before a purchaser placed the product into the cart), which are not sold through a separate non-public-facing site. In **Figure 2** below, I show, distinct from Mr. Wallace's survey, how an actual consumer might arrive at the checkout point for Le-Vel's products.[66]

---

[65] As demonstrated below in **Figure 2**, to arrive at the Le-Vel product shown in the Wallace Survey, customers have to set up an account, and click through numerous screens, including selecting/being assigned to a brand promoter. Mr. Wallace does not disclose in his reviewed documents list any documents about him (or others working with him) signing up with Le-Vel as a customer prior to engaging in a purchase.

[66] https://le-vel.com/Products/THRIVE/Skin, last accessed May 16, 2022.

26

Exhibit 3
Page 138

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

**Figure 2: Pages a New Customer Would View to Arrive at Page Shown in Wallace Survey[67]**

Page 1. Thrive Skin Page



---

[67] Full-page images of the webpages are attached as **Exhibit D**. Existing Le-Vel customers would already have an account set up and their path from the home page to product page would be shorter.

27

Exhibit 3
Page 139

HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY

Page 1 (Continued). Access Login Page



Page 2. Customer Login Page

Exhibit 3
Page 140

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

Page 3. Find a Promoter to "Get Started"



Page 4. Assign Me a Promoter



29

Exhibit 3
Page 141

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 5. Assigned Promoter



Page 6. Post-Account Creation, Cloud Portal Homepage



30

Exhibit 3
Page 142

HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY

Page 6 (Continued). Products Available



Page 7. THRIVE SKIN Products

Exhibit 3
Page 143

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

Page 7 (Continued). THRIVE SKIN Products, Product Shown by Wallace



49.     As shown above, the Le-Vel page shown to respondents in Mr. Wallace's survey is not externally facing and would not be accessible to consumers without first creating an account. Accessing Le-Vel's "Add-to-Cart" page for its Infinite CBD Correcting Serum requires numerous steps, as that page is from Le-Vel's internal Cloud Portal, requiring additional steps from the home page or the THRIVE SKIN product splash page, including a sign-up process with the entry of personal information for any new customers. Thus, prior to being able to see Le-Vel's product on the "Add-to-Cart" page shown in the survey, a consumer in the real world would need to access Le-Vel's Cloud Portal, which requires an existing account with Le-Vel, a process which would likely dispel the type of "matching" confusion and demand effects Mr. Wallace generated by singularly showing the "Add-to-Cart" page out of context. Mr. Wallace's failure to replicate actual marketplace conditions renders his results unreliable.

32

Exhibit 3
Page 144

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

50.     Mr. Wallace has not depicted in a realistic fashion how consumers would

encounter the at-issue products in the real world, and as a consequence, his results, even if they

were reliable (which they are not), cannot serve as a measure of potential confusion. As explained

clearly by one author, "A survey that uses stimuli that differ from what a consumer is actually

likely to see in the marketplace does not accurately test for actual consumer confusion and thus

lacks probative value."[68,69] Mr. Wallace's survey results are simply an artefact of his biased

design and inaccurate representation of the marketplace.

## D.  Wallace Survey Does Not Have A Proper Control

51.     Many surveys, by their very nature, have some degree of suggestiveness – the

respondents, aware of the fact they are participating in research, are consciously or unconsciously

sensitized to look for clues as to what the information the researcher is *really* seeking. As

explained by one author:

> Believing that the survey question has an answer, some respondents will perceive
> the questionnaire as essentially a test. In response to this perception, they will take
> it as their task to show they are smart enough to pass the test. In other words, the
> natural reaction of at least some of the people, some of the time, is to try to use
> clues presented in the survey to figure out what is the right (i.e., the correct or
> desired) answer.[70]

52.     Survey respondents therefore have a natural tendency to try and guess or ascertain

the "right" answer. This is particularly true when respondents are shown a series of items together

---

[68] *Edwards,* p. 347.

[69] Professor J. Thomas McCarthy, an authority on trademark surveys, notes that "[t]he closer the survey methods mirror the
situation in which the ordinary person would encounter the trademark, the greater the evidentiary weight of the survey results."
McCarthy, J. T. *McCarthy on Trademarks and Unfair Competition*, § 32:163. Survey methodology—Approximating market
conditions.

[70] Rappeport, M. (2022). "Design Issues and the Value of Multiple Controls," in *Trademark and Deceptive Advertising Surveys:
Law, Science, and Design*, 2nd ed., Diamond, S. S. & Swann, J. B., American Bar Association, p. 259 (hereinafter,
"*Rappeport*").

33

Exhibit 3
Page 145

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

or in a side-by-side comparison and are asked about commonalities. In such a design, the natural tendency is for the respondent to identify the similarities that the researcher seems to be suggesting exist between the compared items.

53.     Social science researchers have long understood that the best way to address the suggestiveness in a survey design (as well as account for leading survey questions and pre-existing beliefs) is to ensure a robust control is used. It is standard and expected practice that in a causal experiment being used to evaluate likelihood of confusion,[71] such as *Squirt* survey which shows respondents both parties marks and asks about an association, a separate control group is necessary. When properly designed and employed, a proper control ensures that any and all un-related elements that may have caused respondents to guess at an association can be extracted from the estimate.

54.     Mr. Wallace asserts that his study uses a "'test' versus 'control' experimental design,"[72] but, in fact, he does not use this accepted and expected method. A proper experimental design would have had separate, randomly assigned groups of respondents in which one group (the Test Group) would be assigned to see the stimuli at issue, and the other group (the Control Group), would see the exact same stimuli, but with the allegedly infringing information removed or modified. This standard experimental design would have allowed Mr. Wallace (setting aside the other flaws in his research) to determine the extent to which associations between Plaintiff's

---

[71] "One standard approach to dealing with this problem is to use a two-cell design, with people in the first (test) cell being given the new analgesic, and people in the second (control) cell being given a sugar pill. In this way we can separate real improvements due to the new drug from patients who get better because of the psychological effects of being involved in an experiment. This problem is akin to the survey artifacts that arise just because respondents know they are taking part in a survey" (*Rappeport*, pp. 260-261).

[72] *Wallace Report (dated May 6, 2022),* ¶ 2.

34

Exhibit 3
Page 146

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

and Le-Vel's products were a result of the product name or could be attributed to something else, like the design of the survey or guessing.

55.     The survey designed by Mr. Wallace did not allow him to isolate the impact of the name of the product from other elements in his study which may be contributing to confusion. For example, consumers may have been influenced by the question itself, or may have believed that the products were similar because the webpages were similar or the product ingredients were similar. None of these reasons are related to the name "Thrive" and should be extracted from the confusion estimate. In fact, as shown in **Table 1** below, there are a number of examples of respondents who are counted as confused between Plaintiff and Defendant who do not mention the product name or brand. **Exhibit E** includes a total of 63 of the 411 respondents that Mr. Wallace counts as confused, stating that the reason for their confusion was due to something other than the product name or brand.[73]

---

[73] This is not in any way to suggest that such counting can address the flawed design used by Mr. Wallace.

35

Exhibit 3
Page 147

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Table 1. Examples of Open-Ended Responses from Confused Respondents**

| ID | Question Confused | Reason for Confusion |
|----|-------------------|----------------------|
| 674 | Source | cbd |
| 1044 | Source | They both seem to have the same philosophical purpose |
| 1092 | Source | The shape |
| 1657 | Source | These product are similarly, one for normal face skin and other product is sensitive skin. |
| 1686 | Source | because both products are offering almost the same level of service |
| 1812 | Source | It good for your skin |
| 2133 | Source | cbd natural products |
| 2922 | Source | They both talk about healing |
| 3119 | Source | Both products help to manage the negative effects of stress on the skin. |
| 34 | Affiliation | they have similar concepts |
| 814 | Affiliation | they have simmlar products |
| 1627 | Affiliation | i feel they can be affiliated because they have very similar benefits |
| 1915 | Affiliation | they tend to work towards the same issues for skin care |
| 2775 | Affiliation | could be, for natural products |
| 2791 | Affiliation | Because it seeks to provide the best for the skin |
| 3707 | Affiliation | they are both in the skin care world so they are associated somehow |

*Q18a. Do you believe that these two products come from the same company/manufacturer/source?*
*Q19a. Why do you say that?*
*Q20a. If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?*
*Q21a. Why do you say that?*

Note: "Source" indicates that respondents were confused at Q18a, and "Affiliation" indciates that respondents were confused at Q20a. The "Reason for Confusion" comes from the open-ended response that followed the question where respondents were marked as confused (either Q19a or Q21a).

Source: *Wallace Report (dated May 6, 2022)*, Appendix 1, "Thrive Final Raw Data.xlsx."

56.     Rather than use a proper control, Mr. Wallace relies on a comparison to the other distractor products in his survey. At best, he can only estimate that when shown some other, unrelated pair of products, approximately 13 percent of respondents also believe those products

36

Exhibit 3
Page 148

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

are related.[74] Further, these products, WLDKAT and Ursa Major are inappropriate and insufficient.

57.     The internal controls selected by Mr. Wallace were inadequate and do not appropriately control for the survey's demand effects and the amount of guessing by respondents. A proper control is as close as possible to the product at issue without itself being infringing. As explained by an author Mr. Wallace cites, "In designing a survey-experiment, the expert should select a stimulus for the control group that shares as many characteristics with the experimental stimulus as possible, with the key exception of the characteristic whose influence is being assessed."[75] Here, Mr. Wallace has selected products with names that are not remotely similar to the at-issue name. In contrast to the controls selected by Mr. Wallace, I can readily find numerous products which likely would have served as better controls. A number of these examples appear below in **Figure 3**.

---

[74] *Wallace Report (dated May 6, 2022),* ¶ 72.

[75] *Diamond,* p. 399.

37

Exhibit 3
Page 149

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

**Figure 3: Other Possible Controls**

| Brand Name |
| --- |
| Naked & Thriving |
| Privé |
| ReVive |
| St. Ives |
| Thalgo |
| Theorie |
| Therabody |
| Theraseal |
| Thesis |
| Thibiant |
| Thymes |

58.     Further, and as discussed below, I understand that Plaintiff has an agreement which allows for another company to use "Thrive" on its beauty products. This use, accepted by Plaintiff, presents an additional potential control.

59.     The use of a proper control is a key element to ensure that the results from a proper *Squirt* design are reliable. Of course, here Mr. Wallace has not used a proper *Squirt* format, and his control products cannot provide a reliable measure of the extent to which respondents may be guessing about some potential association.

## E.  Wallace Conclusions Are Not Supported by Internet Searches

60.     Mr. Wallace justifies his use of a *Squirt* methodology by noting that the products appear proximately in internet searches, namely: "links to the Defendant's webpage for Thrive Skin skin care products frequently appears at the top of on-line searches for terms relating to the Plaintiff's Thrive skin care products."[76] In his view, this evidence is sufficient to conclude that "a

---

[76] *Wallace Report (dated May 6, 2022)*, ¶ 32.

38

Exhibit 3
Page 150

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

consumer searching for Plaintiff's 'Thrive' skin care products would commonly be presented with images of both parties' skin care products and/or links to both parties' websites and purchase portals,"[77] i.e., they would encounter both products proximately in the marketplace.

61.     Yet, the Courts have held that two products which simply appear in a set of search results on the Internet can be insufficient to justify using a *Squirt* design (let alone the flawed and biased design used by Mr. Wallace). As one author explains:

> The mere fact that a senior user's and a junior user's marks both appear somewhere on the Internet is, by itself, basely insufficient to justify use of the Squirt format. Similarly, cluttered retail megasites such as Amazon or eBay are unlikely to produce appreciable proximity except as to closely competitive goods. In *Moroccanoil, Inc. v. Zotos Int'l, Inc.,* for example, the court gave "less weight" to a Squirt survey despite the fact that "consumers *may* encounter both marks in close proximity (*i.e.,* on the same (physical) or serially-visited (temporal) web pages) on the same websites, such as Amazon, eBay, Sears, Wal-Mart and Sleekhair Beauty… [because] it is unclear if a *significant number of consumers* would encounter the marks in close proximity.[78]

62.     Even assuming that products appearing together in a search were sufficient to justify the implementation of a *Squirt* design, Mr. Wallace provides no evidence that his searches were conducted in a systematic manner. He provides no indication that the browser cache was cleared between searches such that earlier searches did not influence subsequent ones and provides no documentation of the different searches he may have ran at different times or using variations of similar keywords. Further, Mr. Wallace presents no evidence that "thrive skin" is the only or most common search consumers would use to locate the kinds of products offered by Plaintiff. These steps are crucial as internet searches are dynamic and variable depending on subtle differences. For instance, as shown below in **Figure 4**, when I re-ran a search for "thrive

---

[77] *Wallace Report (dated May 6, 2022)*, ¶ 32.

[78] *Swann*, pp. 73-74.

39

Exhibit 3
Page 151

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

skin" in four different searches (Google shopping, eBay, Facebook, and Instagram) I obtained

four distinct sets of search results.[79]

### Figure 4. Search Results for Thrive Skin Across Various Online Platforms

Google Shopping



---

[79] Full-page printout examples of these search results are attached as **Exhibit F**.

40

Exhibit 3
Page 152

eBay

Hi! Sign in or register
Daily Deals
Brand Outlet
Help & Contact
Get the Memorial Day Sale coupon
Sell
Watchlist
My eBay
ebay
Shop by category
thrive skin
Health & Beauty
Search
Advanced
Include description
Category
All
Health & Beauty
Skin Care
Vitamins & Lifestyle Supplements
Computers/Tablets & Networking
Cell Phones & Accessories
Business & Industrial
Collectibles
Skin Type
All Skin Types
Sensitive Skin
Not Specified
Size
Travel Size
Jumbo/Family Pack
Not Specified
Features
All Natural Ingredients
Alcohol-Free
Organic
Vegan
Not Specified
Department
Ingredients
Volume
Condition
New
See all
All Listings
Accepts Offers
Auction
Buy It Now
Condition
Shipping
Local
Best Match
33 results for thrive skin
Save this search
Shipping to: 20011
Le-Vel Thrive Skin Infinite Detox Body Scrub 2.5 Fl Oz- Sealed & Bar Soap Set
Brand New
$39.99
Buy It Now
Free shipping
Sponsored
Thrive Exfoliante Facial Natural Para Hombres Y Mujeres - Desobstruye El Lavado
Brand New
$48.95
Buy It Now
Free 3 day shipping
Sponsored
Thrive Natural Men's Skin Care Set (3 Piece) - Grooming Gift Set To Wash, Shave,
New other (see details)
$30.00
or Best Offer
+$9.95 shipping
Sponsored
Thrive Natural Face Moisturizer Locion Humectante Facial Calmante No Grasosa
Brand New
$25.95
Buy It Now
Free 3 day shipping
Sponsored

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Facebook



Exhibit 3
Page 154

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

Instagram





43

Exhibit 3
Page 155

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

63.     As with the websites used in his survey, the eBay example Mr. Wallace provides

in his report appears to be only a selected portion of that search. As shown below in **Figure 5**, Mr.

Wallace's search appears to have generated 27 results of which he only displays three. I also

conducted a search for "thrive skin" and found a number of results, including products from TNC,

Le-Vel, Thrive Causemetics, Naked & Thriving, Thrive vitamins, and Thrive Market.[80]

**Figure 5. Wallace and Butler eBay Search Comparison for "thrive skin"**

Wallace eBay Search



---

[80] While Mr. Wallace references searches using "thrive skincare" in the body of his report (see ¶ 22) his actual results appear to
be from a search conducted using "thrive skin." Different results and additional companies also appear when I use "thrive
skincare" in a search.

44

Exhibit 3
Page 156

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Butler eBay Search



## F. Wallace Survey Suffers from Data Quality Issues

64.     In addition to the numerous problems with Mr. Wallace's survey that I have outlined above, it is clear that the design he implemented was confusing to respondents and created data quality issues. A number of respondents provided answers indicating that they were not giving reliable answers because they were frustrated with the repetition and design of the survey itself. Some examples are below:[81]

- Respondent 1972: "This survey doesn't make any sense. the question you ask can not be answered. I will be leaving this survey;"

---

[81] *Wallace Report (dated May 6, 2022)*, Appendix 1, "Thrive Final Raw Data.xlsx."

45

Exhibit 3
Page 157

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

- Respondent 167: "You keep asking this, but they are TWO DIFFERENT BRANDS. It literally has 2 different brand names;"

- Respondent 2205: "this is really redundant...could we get to the point???;"

- Respondent 1845: "are you going to keep asking the same question over and over? these could be made by the same company;"

- Respondent 3390: "OMG. Why do you keep asking this? They don't share the same manufacturer name;" and,

- Respondent 588: "Why do you keep asking the same thing over and over?"

65.     Mr. Wallace did not pre-test his survey and used an unacceptable design which obviously caused several respondents to provide answers indicating that their answers were the result of the burdensome survey design rather than their actual perceptions of the products.

66.     Overall, the survey designed and conducted by Mr. Wallace is wholly unreliable due to a number of biased design decisions. Mr. Wallace surveys an overbroad population of respondents who may not purchase skin care through a direct sales company and may not purchase products at the higher price point of Le-Vel's products. The specific *Squirt* methodology he designed and implemented is also leading and biased. It fails entirely to replicate marketplace conditions in which consumers might encounter the at-issue products – even assuming that the products appear proximately on the Internet, Mr. Wallace provides no documentation or appropriate justification for displaying them in the manner specified. Mr. Wallace also does not include a proper control stimulus to account for guessing, matching between names, and other sources of survey noise. Furthermore, as a result of these biases, Mr. Wallace's survey suffers from data quality issues brought about by respondents being frustrated by the repetitious survey design.

46

Exhibit 3
Page 158

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

67. Mr. Wallace's survey cannot be used to provide any reliable estimate of consumer "confusion." Mr. Wallace's survey simply demonstrates that when consumers are shown a pair of products with a similar name, they can infer from the survey design that the researcher is looking for a "match" between the products. This biased and poorly designed research does not provide any reliable information as to what confusion, if any, would exist between TNC and Le-Vel's THRIVE products in the real world.

## VII. THE DREWS REPORT

68. I was also asked to review the Expert Report of Plaintiff's damages expert, Mr. David Drews. Mr. Drews asserts that consumer confusion resulted in diverted sales, i.e., sales of Le-Vel's products that "would likely have gone to Plaintiff had [Le-Vel]'s infringing products not been available for purchase."[82]

69. In support of his conclusion, Mr. Drews points to data collected by Digital Native, "an online marketing company that specializes in paid media campaigns."[83] Describing such data in conjunction with the flawed and biased results of Mr. Wallace's confusion survey, he concludes:

> At a minimum, at least one customer was persuaded to not buy Thrive's products due to confusion over its being a multi-level marketing company, which is a diverted sale due to confusion over the source of products bearing the THRIVE Marks. Coupled with the evidence of actual confusion among skincare product consumers in the Wallace Report, it is apparent that sales of skincare products were diverted away from Plaintiff due to the actions of Defendant, whether those are comprised of sales that LBL captured, sales that simply did not take place for Thrive, or some combination of the two.[84]

---

[82] *Drews Report (dated May 6, 2022)*, p. 7.

[83] *Drews Report (dated May 6, 2022)*, p. 7.

[84] *Drews Report (dated May 6, 2022)*, p. 8.

47

Exhibit 3
Page 159

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

70.      As I will describe below, these conclusions are entirely unsupported by both sets of survey results Mr. Drews cites (those of Digital Native and Mr. Wallace) and cannot be used as evidence of any actual harm and are wholly unreliable for measuring any potential harm.

71.      Mr. Drews relies upon a Digital Native "abandoned cart survey" presumably conducted among individuals who put Thrive Natural Care items in their online shopping carts that they ultimately did not purchase.[85] This is not a scientifically conducted survey – it is data collected from some small, self-selected number of people who chose not to purchase some unspecified item(s) and were offered entry into a drawing for a $50 Amazon gift card if they answered questions about why they chose not to purchase an item (assuming they actually intended to purchase it). Mr. Drews presents no information as to the searches or browsing behaviors that ultimately brought respondents to the brand or product pages, what they were looking for when they arrived there, what and why they ultimately placed the item(s) in their cart, what they may have been looking at while answering the questions, or even which product(s) they were viewing while doing so. Without this context, it is impossible to evaluate the few examples of open-ended responses that Mr. Drews presents.

72.      Furthermore, simply because a consumer put a Thrive Natural Care product in their shopping cart (whatever that product might have been) and ultimately did not purchase it does not provide evidence of lost sales, let alone evidence of lost sales to Le-Vel specifically. Though Mr. Drews points out that there are a few respondents who provide "evidence of confusion"[86] because of their open-ended responses (i.e., mentioning a multi-level marketing

---

[85] ThriveLevel_0003915.

[86] *Drews Report (dated May 6, 2022)*, p. 7.

48

Exhibit 3
Page 160

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

company or protein shakes), there is no way to tie these responses directly to Le-Vel and there is certainly no evidence that leaving the Thrive Natural Care item in their shopping cart ultimately resulted in the purchase of a Le-Vel product. If anything, these respondents give inferred answers suggesting they were actually looking for another company and its products instead of those offered by Thrive Natural Care.

73.     Further, and contrary to Mr. Drews' conclusions as to diverted sales to Le-Vel, the abandoned cart study suggests that the main reason that consumers left the Thrive Natural Care product behind is due to its high price. The study conclusions note that the "[m]ost common theme" as to why the consumer decided not to purchase the product was "[p]rice, price, price," and specifically notes that there were "[l]ots of comments" indicating the cost of the item was too high or too expensive.[87] As noted above in Section VI.A, Le-Vel's skincare products are actually considerably more expensive than those sold by TNC, and as such it is implausible that any of these abandoned, lower-priced items (that consumers perceive to be expensive) could in any way be construed as a sale lost at some hypothetical point to Le-Vel—the higher-priced product.

74.     Mr. Drews attempts to tie these findings to Mr. Wallace's survey results, arguing that the confusion reported by Mr. Wallace raises "the potential for harm against Thrive's THRIVE Marks and brand due to some consumers' perceived association of Thrive with a multi-level marketing company" because "there are a substantial number of potential consumers that have a negative opinion of multi-level marketing companies and would avoid purchasing any products from a source they believed to be one."[88] Yet, Mr. Wallace's survey was designed to

---

[87] ThriveLevel_0003916.

[88] *Drews Report (dated May 6, 2022)*, p. 9.

49

Exhibit 3
Page 161

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

measure confusion between skincare products – not confusion between Thrive Natural Care products and any multi-level marketing company. Furthermore, consumer confusion is not the same concept as "potential for harm" – Mr. Wallace's study was designed to measure only the former, and for the reasons I have described in the sections above, it does not even provide a reliable estimate of confusion.

75. Even if the Wallace survey and the abandoned cart data provide some evidence of confusion or association between Le-Vel and TNC (they do not), these "surveys" do not account for confusion (or sales) that may be attributable to other companies not at issue in this case. The few examples in the abandoned cart data which infer references to Le-Vel and others do not represent a meaningful rate of consumer confusion. As noted, there is no way to determine what information these individuals were reviewing before or during the questions (or exactly what company they were referring to). Further, the small number of "confused" individuals is well below an expected showing of "confusion" in a properly conducted likelihood of confusion survey, and the potential few inferred mentions of "Le-Vel" are comparable to few inferred mentions of other products not sold by either TNC or Le-Vel, including toilet paper, hemp seeds, and mascara.

76. Finally, as described in greater detail below, Mr. Wallace conducted a nearly identical designed survey in the *Thrive Natural Care v. Thrive Causemetics* matter.[89] In that survey, Mr. Wallace tested both two of Thrive Causemetics products, one in "old" packaging (Moisture Flash Active Nutrient Toner) and one in "new" product packaging (Bright Balance 3-in-1 Cleanser). Based on this survey, Mr. Wallace found the old and the new packaging to

---

[89] Declaration of Rob Wallace in Support of Plaintiff's Motion for Partial Summary Judgment, dated August 3, 2021.

50

Exhibit 3
Page 162

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

generate equally high rates of confusion between Thrive Causemetics' and TNC's products. I was able to purchase the same "new" product, in the same packaging alleged to be confusing by Mr. Wallace. Mr. Drews does nothing in his analysis to account for the potential confusion generated by this Thrive Causemetics' product in the past or any of the Thrive Causemetics products which are agreed to under the settlement terms between those parties, including such products that continue to be sold in the marketplace today (as I understand are permitted under the agreement).

77.     To evaluate whether the confusion measured in Mr. Wallace's survey is simply a result of a poorly designed matching exercise and to provide data to demonstrate that Mr. Drews has done nothing to account for the potential confusion and therefore lost sales unrelated to Le-Vel, I tested an alternative product using Mr. Wallace's survey.

## VIII. THE CONTROL SURVEY

78.     I understand that in 2021, Plaintiff and Thrive Causemetics entered into a settlement agreement which permitted Thrive Causemetics to use "Thrive" on products that were, for clarity, not deemed "skincare" products.[90] This includes products such as Thrive Causemetics' Buildable Blur CC Cream, which was not deemed a "skincare" product for the purposes of the settlement agreement.[91] An example of this product which is permitted under the settlement terms is shown below in **Figure 6**. I was able to purchase the Thrive Causemetics Buildable Blur CC Cream.[92]

---

[90] ThriveLevel_0003872-0003873.

[91] See, ThriveLevel_0003872-0003873: "For clarity, the following products are not skincare products: 'lip gloss', 'buildable blur cc cream', and 'filtered effects blurring primer'."

[92] See **Exhibit C**.

51

Exhibit 3
Page 163

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Figure 6. Example of Product Permitted Under Settlement Terms[93]**



79.      The extent to which an acceptable use of the name "Thrive" causes consumers to
be confused indicates that such confusion is accepted and is not expected to cause any harm to
Plaintiff. My use of Mr. Wallace's questionnaire should not be interpreted as evidence that I
endorse his design, rather it was done to ensure my results for the Thrive Causemetics product
would be directly comparable to his results.

---

[93] https://thrivecausemetics.com/products/buildable-blur-cc-cream-with-spf-35, last accessed May 17, 2022.

52

Exhibit 3
Page 164

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## A.  Survey Population

80.      I surveyed the same sample population as Mr. Wallace – that is, women and men between the ages of 18 and 65 who had purchased products used on one's skin products online in the past 6 months and planned on doing so again in the next 6 months.[94] I allocated my sample by age and gender to match the distributions observed in Mr. Wallace's data, and as such the sample was approximately 80 percent women and 50 percent between the ages of 30 and 49.[95]

## B.  Sampling of the Relevant Population

81.      To identify and sample from the relevant population, potential survey respondents were contacted using an internet panel hosted by Dynata.[96] Dynata complies with the standards for online survey data panels set forth by ESOMAR (The European Society for Opinion and Marketing Research).[97] Dynata also holds industry memberships with AAPOR (The American Association of Public Opinion Research), and the Insights Association.

82.      Dynata uses a variety of quality control measures to ensure the reliability and integrity of the responses it provides. For example, Dynata uses digital fingerprinting that creates a "fingerprint" for each respondent based on computer characteristics (like IP addresses), which can then be used to identify respondents and to exclude individuals who attempt to take the same survey more than once. Dynata's standard quality control measures were implemented in this survey.

---

[94] *Wallace Report (dated May 6, 2022)*, ¶ 37.

[95] *Wallace Report (dated May 6, 2022)*, Appendix 1, "Thrive Tabs.xlsx," Q1 (age) and Q22 (gender).

[96] For additional information about Dynata online surveys, see the Dynata 2022 Panel Book: Dynata delivers "the most diverse B2B and B2C online sample globally for maximum feasibility, sustainability, representativeness and consistency." https://www.dynata.com/content/Dynata-2022-Panel-Book.pdf, last accessed May 24, 2022.

[97] "Questions to help buyers of online samples," https://esomar.org/uploads/attachments/ckqqecpst00gw9dtrl32xetli-questions-to-help-buyers-of-online-samples-2021.pdf, last accessed May 25, 2022.

53

Exhibit 3
Page 165

HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY

83.     The data for my survey were collected between May 16, 2022 and May 20, 2022.

Potential respondents were unaware of the purpose or topic of the survey and needed to meet the

screening criteria outlined below in order to qualify for the survey. A total of 1,849 potential

respondents began the survey and, of these, 308 qualified for and completed the survey.[98] The

complete questionnaire is provided in **Exhibit H**, and screenshots of the survey as it appeared to

respondents are included as **Exhibit I**.

## C.  Quality Control Measures for the Survey

84.     I implemented the same quality control measures used by Mr. Wallace. This

includes verifying that respondents would answer the questions without guessing,[99] ensuring that

respondents could identify that "skin care products" were the product images they reviewed,[100]

and verifying that they could pass an attention check requiring them to enter the number "865"

when prompted to do so.[101]

## D.  Questionnaire

85.     I generally used the same screener[102] and the same questions utilized by Mr.

Wallace in his survey to ensure a direct comparison between the two sets of results. One change I

made to Mr. Wallace's survey questions throughout was to substitute the phrase "products you

use on your skin" for "skincare products." I made this change to ensure that if there was any

ambiguity about whether the Buildable Blur CC Cream was a skincare product (which is

---

[98] The invitation for the survey is included in **Exhibit G**.

[99] *Wallace Report (dated May 6, 2022)*, ¶¶ 53, 55.

[100] *Wallace Report (dated May 6, 2022)*, ¶ 57.

[101] *Wallace Report (dated May 6, 2022)*, ¶ 62.

[102] I removed the clause "for your own use" from Questions 2 and 4 to streamline question phrasing and interpretation.

54

Exhibit 3
Page 166

HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY

described, in part, as "moisturizing"),[103] respondents would see all of the products framed as

"products used on the skin" so as to capture all product types in the lineup.[104]

## E.  Stimuli Shown[105]

86.       As described in Section VI.D above, the control stimuli (Ursa Major and

WLDKAT) utilized in Mr. Wallace's survey are inadequate and do not appropriately control for

his survey's demand effects and the amount of guessing by respondents. I replicated Mr.

Wallace's survey including the stimuli that he showed to respondents but-for showing

respondents another, appropriate control, i.e., the non-infringing Thrive Causemetics Buildable

Blur CC Cream. This control accounts for respondents simply "matching" between two products

with "Thrive" in the name—a bias created by Mr. Wallace's design, and other sources of survey

noise.

## F.  Survey Results[106]

87.       I collected a total of 308 interviews among respondents in the target population.

Using the same screener and questionnaire designed and implemented by Mr. Wallace, I obtained

estimates of "confusion" for both the revised Thrive Causemetics control, as well as the other two

comparisons reported by Dr. Wallace.

88.       As shown in **Table 2** below, a total of 65.6 percent of respondents indicated that

the Thrive Natural Care product and the Thrive Causemetics product were from the same

---

[103] https://thrivecausemetics.com/products/buildable-blur-cc-cream-with-spf-35, last accessed May 26, 2022.

[104] On its product website, the buildable blur cream is described as a "multitasking color-correcting cream acts as a skin-perfecting foundation, sunscreen and moisturizer in one." https://thrivecausemetics.com/products/buildable-blur-cc-cream-with-spf-35, last accessed May 23, 2022.

[105] Full-sized survey stimuli are attached as **Exhibit J**.

[106] Final data are included as **Exhibit K**.

55

Exhibit 3
Page 167

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

company, manufacturer, or source. Comparing this to the test group estimate of 66.2 percent

reported by Mr. Wallace for the comparison between Thrive Natural Causemetics and the Le-Vel

Thrive Skin products[107] yields a net rate of "confusion" of 0.6 percent.

**Table 2. Products Respondents Believe Come from the Same Company, Manufacturer, or Source**

| Response | THRIVE & LE-VEL (WALLACE SURVEY) | THRIVE & THRIVE CAUSEMETICS (BUTLER SURVEY) |
|---|---|---|
| Yes, same company/manufacturer/source | 66.2% | 65.6% |
| | 397 | 202 |
| No, different | 16.7% | 22.7% |
| | 100 | 70 |
| Not sure / Don't know | 17.2% | 11.7% |
| | 103 | 36 |
| **Total Respondents** | **600** | **308** |

*Q18a. Do you believe that these two products come from the same company/manufacturer/source?*

Sources*: Wallace Report (dated May 6, 2022)*, Appendix 1, "Thrive Final Raw Data.xlsx;" NERA Control Survey, May 2022.

89.     Mr. Wallace also asked a follow-up question of respondents who said that they

thought that the products are from different companies, manufacturers, or sources. These

respondents were asked whether they believed that the companies are affiliated, connected, or

associated with each other. As shown in **Table 3**, in response to this question, an additional seven

respondents, or 10.0 percent, indicated they thought that Thrive Natural Care and Thrive

Causemetics were affiliated. This is comparable to the rate of 14.0 percent Mr. Wallace obtained

---

[107] *Wallace Report (dated May 6, 2022), ¶ 66.*

56

Exhibit 3
Page 168

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

in his survey for the test group comparison of the Thrive Natural Cosmetics and the Le-Vel

Thrive Skin products.

**Table 3. Companies Respondents Believe Are Affiliated, Connected, or Associated**

| Response | THRIVE & LE-VEL (WALLACE SURVEY) | THRIVE & THRIVE CAUSEMETICS (BUTLER SURVEY) |
|---|---|---|
| Yes, companies are affiliated, connected or associated | 14.0% | 10.0% |
| | 14 | 7 |
| No, companies are not affiliated, connected or | 56.0% | 51.4% |
| | 56 | 36 |
| Not sure / Don't know | 30.0% | 38.6% |
| | 30 | 27 |
| **Total Respondents** | **100** | **70** |

*Q20a. If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?*

Sources*: Wallace Report (dated May 6, 2022)*, Appendix 1, "Thrive Final Raw Data.xlsx;" NERA Control Survey, May 2022.

90.     As shown in **Table 4**, the results from these two questions result in a gross level

of confusion of 67.9 percent (202 respondents as to source and an additional seven respondents as

to affiliation or association).

91.     This compares to Mr. Wallace's overall estimate of "confusion" of 68.5

percent.[108] Using the Thrive Causemetics Buildable Blur CC Cream as a control results in a rate

of 0.6 percent net confusion. This net rate demonstrates that the "confusion" observed in Mr.

Wallace's survey is purely the result of guessing, matching, and other sources of survey noise, not

---

[108] *Wallace Report (dated May 6, 2022), ¶ 70.*

57

Exhibit 3
Page 169

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

confusion between the Le-Vel THRIVE Skin and the Thrive Natural Care product. There is no
likelihood of consumer confusion between the two products.

**Table 4. Overall Confusion**

| Response | THRIVE & LE-VEL (WALLACE SURVEY) | THRIVE & THRIVE CAUSEMETICS (BUTLER SURVEY) |
|---|---|---|
| Confused[1] | 68.5% | 67.9% |
| | 411 | 209 |
| **Total Respondents** | **600** | **308** |

*Q18a. Do you believe that these two products come from the same company/manufacturer/source?*
*Q20a. If you said different companies, do you believe that these companies are affiliated, connected, or*
*associated with each other?*

Note: [1] Respondents are considered confused if they selected either "Yes, same company/manufacturer/source" at Q18a
or "Yes, companies are affiliated, connected or associated" at Q20a.

Sources*: Wallace Report (dated May 6, 2022)*, Appendix 1, "Thrive Final Raw Data.xlsx;" NERA Control Survey,
May 2022.

## IX.   CONCLUSIONS

92.      Mr. Wallace used an inappropriate and biased survey design which cannot
reliably measure the potential for confusion, if any, in the real world. The research conducted
simply asks respondents to look for reasons to "match" the two products shown. His survey is
further unreliable because the way in which Le-Vel's product is shown does not realistically
reflect or accurately represent how consumers would see that product before the featured website
page. Additionally, Mr. Wallace has no reliable control to measure the impact of his biased
design. He has selected products which share no similarity in name to the at-issue products,
thereby artificially depressing rates of guessing and survey noise. As a whole, Mr. Wallace's
survey simply demonstrates that when consumers are shown a pair of products with a similar

58

Exhibit 3
Page 170

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

name, they can infer from the survey design that the researcher is looking for a "match." Such research does not provide any reliable information as to what confusion, if any, would exist in the real world.

93.     Mr. Drews' reliance on the "abandoned cart" data and Mr. Wallace's survey to inform his opinions about diverted sales is woefully inappropriate. Neither of these "surveys" are reliable evidence of confusion and neither provide any evidence that consumers have or would purchase Le-Vel's products instead of TNC's products. Furthermore, neither of these surveys address other sources of confusion that may exist in the real world. Further, Drews failed to mention, let alone assess, any actual harm resulting from Thrive Causemetics' marketplace use of its THRIVE skincare products as surveyed by Wallace, and as permitted by TNC for continued sale in the marketplace.

94.     When I replicated Mr. Wallace's study to address the lack of an actual control, and to address Mr. Drews' assumptions as to diverted sales as the result of confusion, I found that 67.9 percent of respondents are "confused" between TNC and the Thrive Causemetics product, nearly the same number as the 68.5 percent reported by Mr. Wallace. This indicates that Mr. Wallace's results were the byproduct of respondent guessing, matching between similar names, and other sources of survey noise (such as demand effects and the biased survey design implemented by Mr. Wallace). There is no consumer "confusion" between the Le-Vel THRIVE SKIN product and the products of TNC. Further, this is an indication that Mr. Drews' assumptions about diverted sales based on confusion needed to account for and apportion the confusion between TNC and companies other than Le-Vel (since there is no confusion between TNC and Le-Vel), but he failed to do so.

59

Exhibit 3
Page 171

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

95.     My opinions and conclusions as expressed in this report are to a reasonable

degree of professional and scientific certainty. My conclusions have been reached through the

proper application of survey methods, and using standard methodologies relied upon by experts in

the field of survey and market and consumer research. My opinions will continue to be informed

by any additional material that becomes available to me. I reserve the right to update and or

supplement my opinions if Plaintiff provides additional information. I declare under penalty of

perjury that the foregoing is true and correct.


Sarah Butler, Managing Director
Mill Valley, CA
May 27, 2022

60

Exhibit 3
Page 172

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

# Exhibit A

Exhibit 3
Page 173

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

**NERA**
Economic Consulting

**Sarah Butler**
Managing Director

National Economic Research Associates, Inc
4 Embarcadero, Suite 400
San Francisco, CA 94111
+ 1 415 291 1000 Fax + 1 415 291 1010
Direct dial: + 1 415 291 1022
sarah.butler@nera.com
www.nera.com

# SARAH BUTLER, M.A.
## MANAGING DIRECTOR

Ms. Butler is an expert in survey research, market research, sampling, and statistical analysis. She has applied her expertise in a wide range of litigation and strategic business cases. Her litigation and project experience includes survey research, market research, the design of samples, and the statistical and demographic analysis of large data files in a number of areas including:

Intellectual Property

- Trademark and Trade Dress Infringement:  Design, analysis, and critique of surveys used to measure consumer confusion, secondary meaning, and dilution in trademark and trade design infringement cases.

- False and Misleading Advertising: Design, analysis and critique of surveys used to measure consumer perceptions and the materiality of advertising claims.

- Patent Infringement:  Sample designs and surveys to the value of patented feature of a larger product and to establish rates at which infringing material exist in populations of products.

- Copyright infringement:  Sampling plans and analysis of the rates of infringing material in populations of shared information (such as through websites or other sharing medium).

Mass Torts/Class Actions

- Conduct surveys and design samples providing evidence on issues of commonality and consumers' awareness of key documents or facts and reliance on representations.

- Analyze large databases of claims files to generate invoices, estimate future liabilities and calculate policy shares for insurer liabilities in asbestos, tobacco and pharmaceuticals.

- Design, analyze and critique surveys and sampling plans used to evaluate employment and promotion records. Review and design surveys for purposes of estimating key facts

1

Exhibit 3
Page 174

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Sarah Butler

in labor class actions including time to complete activities, exempt/nonexempt activities, and meal and rest break issues.

Antitrust

- Design, analysis and critique of surveys and other market research used as evidence of consumer purchasing and switching behavior in the areas of CPG, entertainment, automobiles, public transportation, sports and consumer electronics.

- Design, analysis and critique of surveys used to demonstrate consumer price sensitivities and willingness to pay.

Prior to joining NERA, Ms. Butler worked in market research, conducting survey research, focus groups and in-depth interviews.

# Education

**Temple University**
Applied Sociology, coursework, exams and dissertation proposal complete (2005).

**Temple University**
M.A. Sociology, (2000).

**Trinity College, Dublin Ireland**
M.Phil. (1997).

**Wellesley College**
B.A. Sociology and History (with honors). (1995).

# Professional Experience

July 2006 - Present          **Senior Consultant – Managing Director**
                             NERA Economic Consulting
                             San Francisco, California, USA

Oct 2005 – May 2006          **Special Consultant**
                             NERA Economic Consulting
                             London, England

Jan 2003 – Oct 2005          **Senior Analyst - Consultant**
                             NERA Economic Consulting
                             Philadelphia, Pennsylvania, USA

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Sarah Butler

| 2002 - 2003 | **Consultant** |
| | Integrated Marketing Associates |
| | Bryn Mawr, PA, USA |
| | |
| Oct 1998 - Jan 2002 | **Research Associate – Analyst** |
| | NERA Economic Consulting |
| | Philadelphia, Pennsylvania, USA |
| | |
| Sept 1998 – May 2003 | **Adjunct Professor** |
| | Temple University |
| | Philadelphia, Pennsylvania, USA |
| | |
| Jan 1997 – Feb 1998 | **Manager of Member Research** |
| | Society for Neuroscience |
| | Washington DC, USA |

# Expert Analysis and Testimony

2022

*Intellectual Property Matters*

Crystal Lagoons U.S. Corp and Crystal Lagoons Technologies, Inc. v. Desert Color Manager LLC, Desert Color St. George LLC, AJ Construction, Inc., Cole West Home LLC, Holmes Homes, Inc., Sullivan Homes LLC, and Pacific Aquascape International, Inc.* United States District Court District of Utah, Central Division. *Expert Report.*

Sazerac Brands, LLC,* v. Buffalo Chip Campground, LLC. United States Patent and Trademark Office before the Trademark Trial and Appeal Board. *Expert Report.*

Nichino America, Inc., v. Valent U.S.A., LLC.* United States District Court District of Delaware. *Expert Report.*

Promotion in Motion Inc.,* v. The J.M. Smucker Company. United States District Court District of New Jersey. *Rebuttal Report.*

Chartwell Studio Inc., v. Team Impressions, Inc., and The Peel People, LLC.* United States District Court Northern District of Illinois Eastern Division. *Rebuttal Report.*

Brooks Sports, Inc.* v. SPARC Group, LLC, Authentic Brands Group LLC, BB IPCO, LLC, BB OPCO, LLC., Simon Property Group, INC., Simon Property Group, L.P. United States District Court Western District of Washington at Seattle. *Expert Report.*

Shanghai Zhenglang Technology Co., Ltd,* v. Mengku Technology Co., Ltd, and Qianan Li. United States District Court Eastern District Of New York. *Rebuttal Report.*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Sarah Butler

Harman International Industries, Inc.,* v. Jem Accessories, Inc. United States District Court for the Central District of California. *Expert Report.*

PepsiCo* v. Rockstar Industries, LLC. United States Patent and Trademark Office before the Trademark Trial and Appeal Board. *Expert Report.*

EBIN New York v. SIC Enterprise, Inc.* United States District Court Eastern District of New York. *Expert Report. Rebuttal Report. Deposition.*

Aqua Connect, Inc. and Strategic Technology Partners, LLC. v. TeamViewer US, LLC.* United States District Court District of Delaware. *Expert report. Deposition.*

R80 LLC* v. Société des Produits Nestlé S.A., et al. United States District Court District of Maryland Southern Division. *Expert Report. Rebuttal Report.*

H&R Block, Inc.,* and HRB Innovations, Inc. v. Block, Inc. United States District Court Western District of Missouri. *Rebuttal Declaration. Reply Declaration. Expert Report.*

Vans, Inc. and VF Outdoor, LLC v. Walmart, Inc., The Doll Maker, Inc., and Trendy Trading, LLC.* United States District Court Central District of California Southern Division. *Declaration.*

Warner Bros. Entertainment Inc. v. Brian Biggs, Dawn Biggs, and Random Tuesday, Inc. *et al.*\* United States District Court Central District of California. *Expert Report. Deposition.*

*Class Action Matters*

Paul Orshan, Christopher Endara, David Henderson, and Steven Neocleous, v. Apple Inc.* United States District Court Northern District of California. *Expert Report.*

Elizabeth Maisel v. S. C. Johnson, Inc.* United States District Court Northern District of California. *Expert Report.*

*Other Matters*

United States ex rel. Terrence Barrett, and on behalf of various States* v. Allergan, Inc. United States District Court Central District of California. *Expert Report.*

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

Sarah Butler

2021

*Intellectual Property Matters*

Power Home Remodeling Group, LLC* v. Power Home Solar LLC d/b/a Powerhome Solar, also d/b/a Powerhome Solar & Roofing, also d/b/a Power Home Solar and Roofing. United States District Court Eastern District of Pennsylvania. *Expert Report*.

Honda Motor Co., LTD., v. Microsoft Corporation.* United States Patent and Trademark Office before the Trademark Trial and Appeal Board. *Expert Report*.

Kaifi LLC v. T-Mobile US, Inc.; LAYER3 TV, Inc.; L3TV Dallas Cable System, LLC; METROPCS Texas, LLC; T-Mobile License LLC; T-Mobile USA, INC.; T-Mobile West LLC; T-Mobile West Tower LLC; IBSV LLC; Theory Mobile, Inc.; T-Mobile PCS Holdings LLC; T-Mobile Resources Corporation; and T-Mobile Subsidiary IV Corporation.* United States District Court Eastern District of Texas Marshall Division. *Expert Report*. *Deposition*.

Premier Specialty Brands LLC, d/b/a Kamado Joe v. Dansons US, LLC and Dansons, Inc. d/b/a Louisiana Grills.* United States District Court for the Norther District of Atlanta, Georgia Division. *Expert Report*. *Deposition*.

Crocs, Inc.* v. Effervescent, Inc. et. al. United States District Court for the District of Colorado. *Expert Report*. *Deposition*.

Theia Technologies LLC v. Theia Group, Inc. and Theia Holdings A, Inc.* United States District Court for the Eastern District of Pennsylvania. *Expert Report*.

Lambda Labs, Inc.* v. Lambda Inc.* United States District Court for the Northern District of California Oakland Division. *Expert Report*.

Storage Cap Management LP* v. Robarco, Inc. and SpareSpace Storage, LLC. United States District Court for the Southern District of Ohio Eastern Division. *Expert Report*. *Deposition*.

Clear Imaging Research, LLC v. Samsung Electronics Co. LTD and Samsung Electronics America.* *Expert Report*. *Deposition*.

Patagonia, Inc. and Patagonia Provisions, Inc. v. Anheuser-Busch, LLC dba Patagonia Brewing Co.* United States District Court for the Central District of California Western Division, Los Angeles. *Expert Report*.

In the Matter of Certain Audio Players and Controllers, Components Thereof, and Products Containing the Same. United States International Trade Commission, Washington DC. *Expert Report*. *Deposition*. *Trial Testimony*.

Vivint Inc.* v. Alarm.com. United States District Court for the District of Utah. *Expert Report*. *Deposition*.

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

Sarah Butler

*Class Action Matters*

Kristen Schertzer, Meagan Hicks, Brittany Covell* v. Bank of America, N.A., Cardtronics, Inc., FCTI, Inc., Cash Depot, Ltd. And DOES 1-50. United States District Court Southern District of California. *Expert Report. Deposition.*

Warren Gross, Deborah Levin, Shelby Cooper, and Edward Buchannan v. Vilore Foods Company, Inc., Arizona Canning Company, LLC.* United States District Court Southern District of California. *Expert Report. Rebuttal Report. Deposition.*

Scott and Rhonda Burnett, Ryan Hendrickson, Jerod Breit, Scott Trupiano, and Jeremy Keel v. The National Association of Realtors, Realogy Holdings Corp., Homeservices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, Re/Max LLC, and Keller Williams Realty, Inc.* United States District Court for the Western District of Missouri, Western Division. *Expert Report.*

In re: Marriott International, Inc., Customer Data Security Breach Litigation. United States District Court of Maryland, Southern Division. *Expert Report. Deposition.*

Christopher Julian et. al. v. TTE Technology, Inc., dba TCL North America.* United States District Court for the Northern District of California. *Expert Report.*

Kaylan Morris, et. al. v. Walmart Inc., f/k/a/ Wal-mart Stores Inc.* United States District Court, Northern District of Alabama, Southern Division. *Expert Report. Deposition. Class Certification Testimony.*

Ricardo R. Garcia, Duane K. Glover, Paul E. Jacobson, Gaetano Calise, Mykhalo I. Holovatyuk, Brian Garcia, Paul Thompson, and David Hartman* v. Volkswagen Group of America, Inc. a/k/a Audi of America, Inc. and Volkswagen Aktiengesellschaff. United States District Court for the Eastern District of Virginia, Alexandria Division. *Expert Report. Deposition.*

Charles Tillage and Joseph Loomis* v. Comcast Corporation and Comcast Cable Communications, LLC and Does 1-20. United States District Court for the Northern District of California, San Francisco Division. *Expert Report.*

Kathleen Ryan-Blaufuss, Cathleen Mills, and Khek Kuan v. Toyota Motor Corporation, Toyota Motor Sales, U.S.A., INC., and DOE Defendants 1-10.* United States District Court for the Central District of California, Western Division. *Expert Report. Deposition.*

H. Cristina Chen-Oster, Shanna Orlich, Allison Gamba, and Mary De Luis* v. Goldman Sachs & Co. and The Goldman Sachs Group, Inc. United States District Court for the Southern District of New York. *Expert Report. Deposition.*

Michael Testone, Collin Shanks, and Lamartine Pierre, et. al., v. Barlean's Organic Oils, LLC.* United States District Court Southern District of California. *Expert Report. Deposition.*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Sarah Butler

Susan Wang Rene Lee v. StubHub, Inc.* Superior Court of the State of California for the County of San Francisco. *Expert Report*.

Michael Madea and Rick Smith, et. al, v. Kennedy Endeavors, Inc.* United States District Court for the District of Hawaiʻi. *Expert Report*. *Deposition*.

Shelly Benson and Lisa Caparelli, et. al, v. Newell Brands, Inc.* United States District Court for the Northern District of Illinois. *Expert Report*. *Deposition*.

Thomas Bailey, et. al, v. Rite Aid Corporation.* United States District Court for the Northern District of California. *Expert Report*. *Deposition*.

2020

*Intellectual Property Matters*

Nirvana LLC v. Marc Jacobs International LLC.* United States District Court Central District of California. *Expert Report*. *Deposition*.

Girl Scouts of the United States of America* v. Boy Scouts of America. United States District Court Southern District of New York. *Expert Report*. *Deposition*.

American Dairy Queen Corporation v. W. B. Mason Co. Inc.* United States District Court for the District of Minnesota. *Expert Report*. *Deposition*. *Trial Testimony*.

Seven Networks, LLC v. Apple Inc.* United States District Court for the Eastern District of Texas Marshall Division. *Expert Report*. *Deposition*.

New NGC, Inc. d/b/a National Gypsum Company, NGC Industries, LLC, and National Gypsum Properties,* LLC v. Alpinebay, Inc. *Expert Report*. *Deposition*.

Glaxo Group Limited* v. Respirent Pharmaceuticals Co., LTD. United States District Court Southern District of New York. *Expert Report*.

Kaifi LLC v. AT&T Inc.; AT&T Corp.; AT&T Communications, LLC; AT&T Mobility, LLC; and AT&T Services, Inc.* United States District Court Eastern District of Texas Marshall Division. *Expert Report*. *Deposition*.

CFA Institute v. American Society of Pension Professionals & Actuaries, et. al.* United States District Court for the Western District of Virginia, Charlottesville Division. *Expert Report*. *Deposition*.

Match Group LLC* v. Bumble Trading Inc., Bumble Holding, LTD., Badoo Trading Limited, Magic Lab Co., Worldwide Vision Limited, Badoo Limited, Badoo Software Limited, and

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Sarah Butler

Badoo Technologies Limited. United States District Court for the Western District of Texas, Waco Division. *Expert Report*. *Deposition*.

ClearPlay, Inc. v. Dish Network, L.L.C. and Echostar Technologies, L.L.C.* United States District Court, District of Utah, Central Division. *Expert Report*.

*Class Action Matters*

Vicky Maldonado, et. al., v. Apple, Inc.* United States District Court, Northern District of California, San Francisco Division. *Expert Report*. *Deposition*.

Jason DeCarlo v. Costco Wholesale Corporation and MBNR.* United States District Court Southern District of California. *Expert Report*.

Javier Cardenas et al., Plaintiffs v. Toyota Motor Corporation et al., Defendants.* United States District Court Southern District of Florida. *Expert Report*. *Deposition*.

Brian Gozdenovich et al., v. AARP Inc., AARP Services, Inc., AARP Insurance Plan, UnitedHealth Group, Inc., and UnitedHealthCare Insurance Company.* United States District Court District of New Jersey. *Expert Report*.

Barbara Lewis, et al., v. Rodan & Fields, LLC.* United States District Court Northern District of California Oakland Division. *Expert Report*. *Deposition*.

Austin Rugg v. Johnson & Johnson Consumer Inc.* United States District Court Norther District of California San Jose Division. *Expert Report*.

Caryn Gorzo, et al., v. Rodan & Fields, LLC.* The Superior Court of California County of San Francisco. *Expert Report*.

Toya Edwards and Jamal Erakat, et al., v. Walmart, Inc.* United States District Court, Central District of California. *Expert Report*. *Deposition*.

Ohio State Troopers Association, Inc., et al., & Miguel Porras v. Point Blank Enterprises, Inc.* United States District Court, Southern District of Florida. *Expert Report*. *Deposition*.

*Other Matters*

TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Strum Foods, Inc.,* v. Keurig Green Mountain, Inc. United States District Court for the Southern District of New York. *Expert Reports*. *Deposition*.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Sarah Butler

2019

*Intellectual Property Matters*

Sazerac Brands, LLC* v. Bullshine Distillery, LLC. In the United States Patent and Trademark Office Before the Trademark and Trial Appeal Board. Opposition No. 91227653. *Expert Report. Deposition.*

X One* v. Uber Technologies, Inc. United States District Court Northern District of California. *Expert Report. Deposition.*

NIKE, Inc. v. Skechers U.S.A., Inc.* United States District Court, Central District of California. *Expert Report. Deposition.*

Vital Pharmaceuticals, Inc. v. Monster Energy Company and Reign Beverage Company, LLC.* United States District Court Southern District of Florida. *Expert Report. Deposition.*

Mahindra & Mahindra, Ltd. and Mahindra Automotive North America, Inc.* v. FCA US LLC. United States District Court, Eastern District of Michigan. *Expert Report. Deposition. ITC Trial Testimony.*

Rex Real Estate I., L.P., v. Rex Real Estate Exchange, Inc.* United States District Court for the Eastern District of Texas, Sherman Division. *Expert Report.*

adidas America, Inc., et al. v. Forever 21 Inc., et al.* United States District Court District of Oregon Portland Division. *Expert Report.*

Lodestar Anstalt v. Bacardi & Company Limited, Bacardi U.S.A., Inc., and Bacardi Limited.* United States District Court Central District of California, Western Division. *Expert Report. Deposition.*

*Class Action Matters*

Paul Stockinger et al. v. Toyota Motor Sales, U.S.A., Inc.* United States District Court Central District of California. *Expert Report. Deposition.*

Collin Shanks v. Jarrow Formulas, Inc.* United States District Court Central District of California. *Expert Report.*

Crystal Hilsley vs. Ocean Spray Cranberries, Inc.*, Arnold Worldwide LLC. United States District Court Western District Southern District of California. *Expert Report. Deposition.*

Erin Allen et al. v. Conagra Foods Inc.* United States District Court Northern District of California San Francisco Division. *Expert Report. Deposition.*

Exhibit 3
Page 182

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Sarah Butler

Riley Johannessohn, Daniel C. Badilla, James Kelley, Ronald Krans, Kevin R. Wonders, William Bates, James Pinion* v. Polaris Industries, Inc. United States District Court District of Minnesota. *Expert Report. Deposition.*

*Other Matters*

In re: Windstream Holdings, Inc., et al., Debtors. Windstream Holdings Inc., et. al.* v. Charter Communications, Inc. and Charter Communications Operating, LLC. United States Bankruptcy Court, Southern District of New York. Chapter 11, Case No. 19-22312 (RDD). *Expert Report.*

Belcher Pharmaceuticals, LLC v. Hospira, Inc.* United States District Court for the Middle District of Florida, Tampa Division. *Expert Report. Deposition.*

State of Washington* v. TVI, INC., d/b/a Value Village. State of Washington King County Superior Court. *Expert Report. Deposition. Trial Testimony.*

Tortilla Factory, LLC vs. GT's Living Foods, LLC.* United States District Court for The Central District of California. *Expert Report.*

Obagi Cosmeceuticals LLC* v. ZO Skin Health, Inc. and Zein E. Obagi, M.D. JAMS Arbitration Proceeding. *Expert Report. Deposition. Arbitration Testimony.*

James Pudlowski, Louis C. Cross, III, Gail Henry, Steve Henry v. St. Louis Rams, LLC, St. Louis Rams Partnership, ITB Football Company, LLC.* *Expert Report.*

People of the State of California vs. The Hertz Corporation, American Traffic Solutions, Inc., ATS Processing Services, L.L.C., American Traffic Solutions Consolidated, L.L.C., PlatePass, L.L.C.* *Deposition.*

2018

*Intellectual Property Matters*

Spangler Candy Company vs. Tootsie Roll Industries, LLC.* United States District Court Northern District of Ohio Western Division Toledo. *Expert Report. Deposition.*

American Automobile Association of Northern California, Nevada & Utah and A3 Mobility LLC v. General Motors LLC and Maven Drive LLC.* United States District Court Northern District of California San Jose Division. *Expert Report. Deposition.*

Merck & Co., Inc., and Merck Sharp & Dohme Corp. v. Merck KGaA*. United States District Court District of New Jersey. *Expert Report. Deposition.*

MZ Wallace Inc. v. Sue Fuller, d/b/a/ The Oliver Thomas, and Black Diamond Group, Inc.* United States District Court Southern District of New York. *Expert Report. Deposition.*

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Sarah Butler

Newmark Realty Capital, Inc.* v. BCG Partners, Inc. United States District Court Northern District of California San Jose Division. *Expert Report. Deposition.*

Advice Interactive Group, LLC* v. Web.Com Group, Inc. United States District Court for the Middle District of Florida Jacksonville Division. *Expert Report. Deposition.*

Global Brand Holdings, LLC* v. Church & Dwight Co., Inc. United States District Court Southern District of New York. *Expert Report. Deposition.*

Forever 21, Inc.* v. Gucci America, Inc., and Guccio Gucci S.p.A. United States District Court Central District of California Western Division. *Expert Report. Deposition.*

Masterbuilt Manufacturing, LLC v. Wal-Mart Stores, Inc.* United States District Court for the Middle District of Georgia Columbus Division. *Expert Report. Deposition.*

Strategic Partners, Inc.* v. Koi Design, LLC. United States District Court Central District of California. *Expert Report.*

Hard Rock Café International (USA), Inc., and Tarsadia Hotels v. RockStar Hotels, Inc.* United States District Court for the Southern District of Florida Fort Lauderdale Division. *Expert Report.*

Ghostbed, Inc. and Werner Media Partners, LLC d/b/a Nature's Sleep, LLC v. Casper Sleep, Inc., Red Antler, LLC and ICS, Inc.* United States District Court for the Southern District of Florida. *Expert Report. Deposition.*

*Class Action Matters*

Kaylee Browning and Sarah Basile v. Unilever United States, Inc.* United States District Court Central District of California. *Expert Report. Deposition.*

Scott R. Bernard v. Public Power, LLC.* In the Circuit Court of Cook County, Illinois County Department, Chancery Division. *Expert Report.*

Kristian Zamber v. American Airlines, Inc.* United States District Court Southern District of Florida Miami Division. *Expert Report. Deposition.*

Thomas Blitz v. Monsanto Company.* United States District Court Western District of Wisconsin. *Expert Report. Deposition.*

*Other Matters*

State of Washington* v. Johnson & Johnson, Ethicon, Inc. Ethicon US, LLC. King County Superior Court State of Washington. *Expert Report.*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Sarah Butler

Steven A. Conner DPM, P.C. v. Optum 360, LLC.* United States District Court Eastern District of Pennsylvania. *Expert Report. Deposition.*

State of Washington* v. Comcast Cable Communications Management, LLC, et. al. State of Washington King County Superior Court. *Expert Report. Deposition. Trial Testimony.*

Josephine James Edwards v. Hearst Communications, Inc.* United States District Court for the Southern District of New York. *Expert Report. Deposition.*

2017

*Intellectual Property Matters*

Shelia Dashnaw, et. al. v. New Balance Athletics, Inc.* United States District Court Southern District of California. *Expert Report. Deposition.*

Tri-Union Seafoods, LLC v. Otis McAllister, Inc.* United States Patent and Trademark Office before the Trademark Trial and Appeal Board. *Expert Report.*

Michael Kors, L.L.C.* v. Chunma USA, Inc. United States District Court Central District of California. *Expert Report. Deposition.*

Weems Industries, Inc. v. Plews, Inc.* United States District Court for Northern District of Iowa, Cedar Rapids Division. *Expert Report. Deposition.*

Mars Incorporated and Mars, Petcare US, Inc. v. The J. M. Smucker Company and Big Heart Pet, Inc.* United States District Court for the Eastern District of Virginia. *Expert Report. Deposition.*

Professional Liability Insurance Services, Inc. v. U.S. Risk, Inc. and Crystal Jacobs.* United States District Court for Western District of Texas, Austin Division. *Expert Report. Deposition.*

Luxe Hospitality Company, Inc.* v. SBE Entertainment Group. United States District Court Central District of California. *Expert Report. Deposition.*

*Class Action Matters*

Martin Schneider, et. al. v. Chipotle Mexican Grill, Inc.* United States District Court Northern District of California. *Expert Report. Deposition.*

Trevor Singleton et. al. v. Fifth Generation, Inc. d/b/a Tito's Handmade Vodka.* United States District Court for the Northern District of New York. *Expert Report. Deposition.*

*Other Matters*

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Sarah Butler

<u>State of Arizona v. Volkswagen AG, et. al.</u>* Superior Court of the State of Arizona – Maricopa County. *Expert Report.*

<u>ADT LLC, and ADT US Holdings, Inc., v. Vivint, Inc.</u>* United States District Court Southern District of Florida Palm Beach Division. *Expert Report. Deposition.*


* Retaining party


## Publications and Presentations

"A tale of two cups: Acquired distinctiveness and survey evidence before the TTAB." (May-June 2020), with Healey Whitsett. *The Trademark Reporter.*

"Survey response bias and the 'privacy paradox': Evidence from a discrete choice experiment." (May, 2020), with Garrett Glasgow and Samantha Iyengar in *Applied Economics Letters.* DOI: 10.1080/13504851.2020.1770183.

NAD Panel – "Consumer Perception Survey Design Safeguards & Pitfalls." National Advertising Division Annual Meeting, New York, NY (September, 2019).

INTA Panel – "Surveys in the Brave New World: Designing and Using Survey Evidence in the Age of Online Shopping, Influencers and Hashtags." Annual Meeting, Boston MA (May, 2019).

"The value of non-personally identifiable information to consumers of online services: evidence from a discrete choice experiment," (2016) with Garrett Glasgow in *Applied Economics Letters*, DOI: 10.1080/13504851.2016.1197357.

"Using Survey Methods to Demonstrate the Value of Personal Information and Privacy" (May 2015) *Panel on Privacy, Security and IRBs – American Association for Public Opinion Research,* Annual Meeting, Hollywood Florida.

"Battle of the Experts—Deploying the Proper Scientific Methodology for Supporting or Challenging Claims" (March 13, 2015) invited panelist at the *Advanced Forum on Resolving & Litigating Advertising Disputes.*

"Effective Use of Surveys in Trademark Litigation," (August, 2014) *Knowledge Group Webinar.*

"The Use of Statistical Sampling Post-Duran," (August, 2014) *Law360.*

"The Value of Personal Information to Consumers of Online Services: Evidence from a Discrete Choice Experiment," (June 19, 2014). *National Economic Research, Inc.*

Exhibit 3
Page 186

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Sarah Butler

"An assessment of the nonmarket benefits of the Water Framework Directive for households in England and Wales," with Metcalfe, Baker, Andrews, Atkinson, Bateman, Carson, East, Gueron, Sheldon and Train in *Water Resources Research,* 48:W10516. (Paper awarded Editor's Choice Award for 2013).

ABA Webinar "The Use of Surveys in Advertising Substantiation" (June 23, 2011).

"Meeting the New Standards for Reasonable Royalties," (February, 2011) with Mario Lopez. *Law360.*

"Survey Evidence in False Advertising Cases," (Winter, 2010). *The Antritrust Trial Practice Newsletter.*

"The Use of Surveys in Litigation: Recent Trends," (April, 2010) with Kent Van Liere. National Economic Research Associates, Inc.

"Emerging Issues in the Use of Surveys in Trademark Infringement on the Web," with Kent Van Liere. Paper published in the *Advanced Trademark & Advertising Law Conference* proceedings, September 2007, Seattle, WA.

"An Analysis of the Hypothetical Situations in Willingness to Pay Studies." Paper presented at the July 2006 Thematic Seminar "Quality Criteria in Survey Research," hosted by World Association for Public Opinion Research, Lake Como, Italy.

"Use of Surveys in Intellectual Property Disputes," (2005) with Eugene P. Ericksen, in *Economic Approaches to Intellectual Property Policy, Litigation and Management Issues,* Gregory K. Leonard and Lauren J. Stiroh (eds.) National Economic Research Associates, Inc.

"Response Rate Standards: Lessons from the 2004 Presidential Polls." Paper presented at the 2005 Annual Meeting of American Association of Public Opinion Research, Miami Beach, FL.

"Using Surveys to Determine Damages in Patent Infringement Cases" presented at *Calculating and Proving Patent Damages* workshop, March 2004 Charlotte, NC.

"Using Surveys to Determine Damages in Patent Infringement Cases" presented at *Calculating and Proving Patent Damages* workshop, January 2004 San Diego, CA.

"Using Surveys to Determine Damages in Patent Infringement Cases" presented at *Calculating and Proving Patent Damages* workshop, June 2003, McLean, VA.


# Professional Associations

Member, American Association of Public Opinion Research and World Association for Public Opinion Research, Member, American Statistical Association, Member, American Bar

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Sarah Butler

Association, Intellectual Property Section, Member, International Trademark Association (INTA), Reviewer for *Trademark Reporter*, Member, American Marketing Association.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
#:4730

# Exhibit B

Exhibit 3
Page 189

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Exhibit B

## Materials Considered

### Court Documents

- Complaint and Demand for Jury Trial, *Thrive Natural Care, Inc., v. Le-Vel Brands, LLC*, United States District Court Central District of California, Case No. 2:21-cv-2022, dated March 4, 2021.

- Complaint and Demand for Jury Trial, *Thrive Natural Care, Inc., v. Thrive Causemetics, Inc.*, United States District Court for the Central District of California, Case No. 2:20-cv-9091, dated October 2, 2020.

- Defendant Thrive Causemetics, Inc.'s Memorandum in Support of Evidentiary Objections in Opposition to Plaintiff's Motion for Partial Summary Judgement, *Thrive Natural Care, Inc., v. Thrive Causemetics, Inc.*, United States District Court for the Central District of California, Case No. 2:20-cv-9091-PA-AS, dated August 23, 2021.

- Defendant Thrive Causemetics, Inc.'s Memorandum of Contentions of Fact and Law, *Thrive Natural Care, Inc., v. Thrive Causemetics, Inc.*, United States District Court for the Central District of California, Case No. 2:20-cv-9091-PA-AS, dated October 1, 2021.

- Defendant Thrive Causemetics, Inc.'s Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Partial Summary Judgement, *Thrive Natural Care, Inc., v. Thrive Causemetics, Inc.*, United States District Court for the Central District of California, Case No. 2:20-cv-9091-PA-AS, dated August 23, 2021.

- Defendant Thrive Causemetics, Inc.'s Proposed Findings of Fact and Conclusions of Law, *Thrive Natural Care, Inc., v. Thrive Causemetics, Inc.*, United States District Court for the Central District of California, Case No. 2:20-cv-9091-PA-AS, dated October 8, 2021.

- Defendant Thrive Causemetics, Inc.'s Reply to Plaintiff's Statement of Additional Facts, in Support of Defendant's Motion for Summary Judgement (ECF NO. 36), *Thrive Natural Care, Inc., v. Thrive Causemetics, Inc.*, United States District Court for the Central District of California, Case No. 2:20-cv-9091-PA-AS, dated August 30, 2021.

- Direct Examination Trial Declaration of Rob Wallace and accompanying exhibits, *Thrive Natural Care, Inc., v. Thrive Causemetics, Inc.*, United States District Court for the Central District of California, Case No. 2:20-cv-9091-PA-AS, dated October 25, 2021.

- Order Denying Motion to Transfer Venue and Denying Motion for Preliminary Injunction, *Thrive Natural Care, Inc., v. Le-Vel Brands, LLC,* United States District Court Central District of California, Civil Minutes – General, Case No. SA CV 19-02326-DOC-ADS, dated April 28, 2021.

1

Exhibit 3
Page 190

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

- Plaintiff's Opening Brief in Support of Motion for Partial Summary Judgement, *Thrive Natural Care, Inc., v. Thrive Causemetics, Inc.,* United States District Court Central District of California, Case No. 2:20-cv-9091-PA-AS, dated August 6, 2021.

- Plaintiff's Opening Brief in Support of Motion for Preliminary Injunction, *Thrive Natural Care, Inc., v. Le-Vel Brands, LLC,* United States District Court Central District of California, Case No. 2:21-cv-2022-DOC-KES, dated March 5, 2021.

- Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgement, *Thrive Natural Care, Inc., v. Thrive Causemetics, Inc.*, United States District Court for the Central District of California, Case No. 2:20-cv-9091-PA-AS, dated August 23, 2021.

- Plaintiff Thrive Natural Care, Inc.'s First Set of Requests for Admission to Defendant Le-Vel Brands, LLC, *Thrive Natural Care, Inc., v. Le-Vel Brands, LLC*, United States District Court Central District of California, Case No. 2:21-cv-2022-DOC-KES, dated February 11, 2022.

- Plaintiff Thrive Natural Care, Inc.'s Memorandum of Contentions of Fact and Law [L.R. 16-4], *Thrive Natural Care, Inc., v. Thrive Causemetics, Inc*., United States District Court for the Central District of California, Case No. 2:20-cv-9091-PA-AS, dated October 1, 2021.

- Plaintiff Thrive Natural Care, Inc.'s Proffer of Expert Opinions of Rob Wallace, *Thrive Natural Care, Inc., v. Thrive Causemetics, Inc*., United States District Court for the Central District of California, Case No. 2:20-cv-9091-PA-AS, dated October 15, 2021.

- [Proposed] Final Pretrial Conference Order (Dkt. 106-1), *Thrive Natural Care, Inc., v. Thrive Causemetics, Inc*., United States District Court for the Central District of California, Case No. 2:20-cv-9091-PA-AS, dated October 1, 2021.

- *Thrive Natural Care, Inc. v. Thrive Causemetics, Inc.,* Docket No. 2:20-cv-9091, dated October 2, 2020.

**Expert Reports, Declarations, and Depositions**

- Declaration of Alex McIntosh, dated March 2, 2021.

- Declaration of Alex McIntosh in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgement, dated August 23, 2021.

- Declaration of David Drews in Support of Plaintiff's Motion for Partial Summary Judgement, dated August 4, 2021.

- Declaration of David Drews in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgement, dated August 20, 2021.

- Declaration of Drew S. Hoffman, dated March 22, 2021.

2

Exhibit 3
Page 191

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

- Declaration of Rob Wallace in Support of Plaintiff's Motion for Partial Summary Judgment, dated August 3, 2021.

- Declaration of Rob Wallace in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgement, dated August 23, 2021.

- Declaration of Stephen McArthur, dated March 4, 2021.

- Deposition of Alex McIntosh, dated April 5, 2022.

- Expert Report of David Drews, CLP, and all accompanying appendices and schedules, dated May 6, 2022.

- Expert Report of Dr. Michael J. Barone, dated May 6, 2022.

- Expert Report of Rob Wallace in the Matter of Thrive Natural Care, Inc. v. Le-Vel Brands, LLC, dated March 2, 2021.

- Opening Expert Report of Rob Wallace, and all accompanying appendices and materials cited therein, dated May 6, 2022.

- Expert Report of John Plumpe, dated May 27, 2022.

**<u>Survey Literature</u>**

- Barber, W. G. & Yaquinto, G. E. (2022). "The Universe," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design,* 2nd ed., Diamond, S. S. & Swann, J. B., American Bar Association, pp. 32-33.

- Diamond, S. S. (2011). "Reference Guide on Survey Research," *Reference Manual on Scientific Evidence*, Committee on the Development of the Third Edition of the Reference Manual on Scientific Evidence; Federal Judicial Center; National Research Council, pp. 395-420.

- Edwards, G. K. (2012). "The *Daubert* Revolution and Lanham Act Surveys," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, 1st ed., Diamond, S. S. & Swann, J. B., American Bar Association, pp. 346-347.

- Edwards, G. K. & Mayberry, J. D. (2022). "The *Daubert* Revolution and Lanham Act Surveys," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, 2nd ed., Diamond, S. S. & Swann, J. B., American Bar Association, p. 351.

- McCarthy, J. T. *McCarthy on Trademarks and Unfair Competition*, § 32:163. Survey methodology—Approximating market conditions.

- Rappeport, M. (2022). "Design Issues and the Value of Multiple Controls," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, 2nd ed., Diamond, S. S. & Swann, J. B., American Bar Association, pp. 259-261.

3

Exhibit 3
Page 192

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

- Simonson, I. & Kivetz, R. (2012). "Demand Effects in Likelihood of Confusion Surveys: The Importance of Marketplace Conditions," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, 1st ed., Diamond, S. S. & Swann, J. B., American Bar Association, pp. 243-259.

- Sue, V. M. & Ritter, L. A. (2012). *Conducting Online Surveys*, 2nd ed., Thousand Oaks, CA: Sage Publications, p. 84.

- Swann, J. B. (2012). "Likelihood of Confusion," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design,* 1st ed., Diamond, S. S. & Swann, J. B., American Bar Association, p. 54.

- Swann, J. B. (2022). "Likelihood-of-Confusion Surveys," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, 2nd ed., Diamond, S. S. & Swann, J. B., American Bar Association, pp. 67-74.

## **Bates Documents**

- ThriveLevel_0003872-0003873

- ThriveLevel_0003915-0003920

- ThriveLevel_0003941-0003958

## **Websites**

- https://esomar.org/uploads/attachments/ckqqecpst00gw9dtrl32xetli-questions-to-help-buyers-of-online-samples-2021.pdf

- https://finance.yahoo.com/news/truth-le-vel-thrive-brand-133000115.html

- https://le-vel.com

- https://le-vel.com/Account

- https://le-vel.com/Login

- https://le-vel.com/Products/THRIVE/Skin

- https://le-vel.com/Products/THRIVE/SkinSerum

- https://le-vel.com/Register/FindAPromoter

- https://le-vel.com/Shop

- https://thrivecare.co/collections/all?page=1

- https://thrivecausemetics.com/products/buildable-blur-cc-cream-with-spf-35

4

Exhibit 3
Page 193

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

- https://thrivevitamin.le-vel.com/Shop

- https://www.credihealth.com/blog/what-is-thrive-everything-youve-ever-wondered-about-le-vel-thrive/

- https://www.dynata.com/content/Dynata-2022-Panel-Book.pdf

- https://www.ebay.com/sch/i.html?_from=R40&_trksid=p2380057.m570.l11313&_nkw=thrive+skin&_sacat=0

- https://www.facebook.com/search/posts?q=thrive%20skin&filters=eyJyZWNlbnRfcG9zdHM6MCI6IntcIm5hbWVcIjpcInJlY2VudF9wb3N0c1wiLFwiYXJnc1wiOlwiXCJ9In0%3D

- https://www.google.com/search?q=thrive+skin&safe=active&source=lnms&tbm=shop&sa=X&ved=2ahUKEwiurMTr7-b3AhXwhHIEHajnBBYQ_AUoA%E2%80%A6

- https://www.highya.com/thrive-skin-reviews

## Other Documents and Materials

- Instagram search results for "Thrive skin"

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

# Exhibit C

Exhibit 3
Page 195

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

# Thrive Causemetics Product Images

Exhibit 3
Page 196

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Exhibit 3
Page 197

2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Exhibit 3
Page 198

3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Exhibit 3
Page 199

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



Exhibit 3
Page 200

5

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY



Exhibit 3
Page 201

6

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
#:4748

# Receipt

Exhibit 3
Page 202

7

HIGHLY CONFIDENTIAL#:4744TORNEYS' EYES ONLY



# PACKING SLIP

**www.thrivecausemetics.com**

Date: 05/11/22          Order #:  THR14799695

Thrive Causemetics
1-888-804-4318
www.thrivecausemetics.com

## ORDERED BY:

Sarah Butler
ADDRESS REDACTED

## SHIP TO:

Sarah Butler
ADDRESS
REDACTED

Order
WMS
Ship
Wave

| Product ID | Product Description | Location |
|---|---|---|
| TVG008 | Liquid Lash Extensions  Mascara - Crystal (Brown Black) | AM-056- |
| TCC006 | Buildable Blur  CC Cream Broad Spectrum SPF 35 - Medium Beige (Neutral Unde | AM-038- |
| TVG204 | Bright Balance  3-in-1 Cleanser - Bright Balance  3-in-1 Cleanser | AM-038- |

### \*\*\*Fragile - Pack in Box\*\*\*     \*\*\*Producto Fragil - Empacar en un

| Returns and Exchanges | Customer Sup |
|---|---|
| To initiate a return or exchange, please visit returns.thrivecausemetics.com and use the below information. | - Visit help.thrivecausemetics.com<br>- Live Chat with us Monday – Sunc<br>- Email us anytime at **help@thrive**<br>- Call us Monday - Friday 7 AM to<br>  (888) 804-4318 |
| Order Number:          THR14799695 | |
| Shipping Zip Code:     REDACTED | |

Exhibit 3
Page 203

8

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

# Exhibit D

Exhibit 3
Page 204

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Exhibit 3
Page 205

1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Exhibit 3
Page 206

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



## Customer Login

Username

Password

**Login**

Forgot Password? | Promoter Login

This login form is for **Customers Only**. Promoters can Login here.



Don't have an account yet?

Becoming a Le-Vel Customer is free and easy!

**Get Started**

Exhibit 3
Page 207

3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY




The Brand ▾   THRIVE ▾   Achievements   Customer   Cloud Office

# Find a Le-Vel Promoter



To order THRIVE products, we'll connect you with a Le-Vel Promoter first.
Start with selecting your country:

| | |
|---|---|
| Australia | Canada |
| United Kingdom | New Zealand |
| United States | Brunei Darussalam |
| Hong Kong | Indonesia |
| Malaysia | Philippines |
| Singapore | Thailand |
| Viet Nam | |

 Terms   Contact

English Español

©2022 LE-VH — The trademarks appearing throughout this site belong to Le-Vel brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.

Exhibit 3
Page 208

4

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY #:4750

# Find a Le-Vel Promoter



Exhibit 3
Page 209

5

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

## Find a Le-Vel Promoter

CONGRATULATIONS! Your promoter is **Matthew Voorhees**
Please create your Customer account below.



Become a customer...

First Name

Last Name

Phone Number

+1 (123) 456-7890

Email Address

Choose Username

Password

Confirm Password

Back    **Create Customer Account**

Le-Vel   Terms  Contact

English Español

©2022 LE-VEL — The trademarks appearing throughout this site belong to Le-Vel Brands, LLC and are either subject to a pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.

Exhibit 3
Page 210

6

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Exhibit 3
Page 211

7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



ACCESSIBILITY

The Brand ▾   THRIVE ▾   Achievements   My Account ▾




**CREATE YOUR autoship SO YOU CAN QUALIFY FOR autoship rewards**

WHAT ARE AUTOSHIP REWARDS?

save **20%**
- **OFF** RETAIL PRICING
- **OFF** E60 CHALLENGE PACKS
- WITH MONTHLY **AUTOSHIPS**

## Hello Test! Welcome to your THRIVE Cloud Portal

PLACE AN ORDER

My Account   Customer Referrals   Support

### Recommended For You








**Test Test**
Customer #10737168 — test@nera.com

Edit Profile

**Le-Vel Credits**
$0.00

View Transactions

My Promoter
Catie Caladim — Promoter #1867440



**REFER 2 AND YOURS IS FREE!**
[ LEARN MORE ]

FRIEND 1
ON AUTOSHIP

FRIEND 2
ON AUTOSHIP

FREE
THRIVE

Here's your personal website to share:
**https://neratest.le-vel.com**

### Recent Orders
Last 90 days

You have not placed any orders in the last 90 days.

Order History



**Add your phone number**
Already subscribed? Manage SMS Settings

Start receiving important text messages from Le-Vel.
Including promotions only available to SMS subscribers,
details about product launches and other exciting news!





Exhibit 3
Page 212

8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**BECOME A PROMOTER**

Have you ever thought about becoming a Le-Vel Brand Promoter?

As a Promoter, you would have the opportunity to earn commissions when you refer your friends to the THRIVE product line. Plus, you would receive discounted Promoter pricing on every order (not just Autoship orders).

Learn More     Become a Promoter

Le-Vel    Terms   Contact

f  🐦  📷  ▶  ♪

English Español

©2022 LE-VEL — The trademarks appearing throughout this site belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.

Exhibit 3
Page 213

9

HIGHLY CONFIDENTIAL #4 ATTORNEYS' EYES ONLY



## 60-Day Challenge Packs

### THRIVE E60 Challenge - All-In Pack

Price: $320.00

| Autoship Program | Today's Order |
| --- | --- |
| 0 | 0 |

VIEW DETAILS

### THRIVE E60 Challenge - Half Pack

Price: $160.00

| Autoship Program | Today's Order |
| --- | --- |
| 0 | 0 |

VIEW DETAILS

### THRIVE E60 Challenge - Couples Pack

Price: $320.00

| Autoship Program | Today's Order |
| --- | --- |
| 0 | 0 |

VIEW DETAILS

THRIVE Experience 1, 2, 3

THRIVE Plus Line

Exhibit 3
Page 214

10

HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY



Exhibit 3
Page 215

11

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY





## THRIVE SKIN

**THRIVE SKIN - 3 Step System**

Price: $191.00

| Autoship Program | Today's Order |
|---|---|
| ^ | ^ |
| 0 | 0 |
| v | v |

VIEW DETAILS

**THRIVE SKIN - Skincare Sample Kit**

Price: $77.00

| Autoship Program | Today's Order |
|---|---|
| ^ | ^ |
| 0 | 0 |
| v | v |

VIEW DETAILS

**THRIVE SKIN - Infinite CBD Enzyme Peel**

Price: $64.00

| Autoship Program | Today's Order |
|---|---|
| ^ | ^ |
| 0 | 0 |
| v | v |

Exhibit 3
Page 216

12

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**THRIVE SKIN - Infinite CBD Correcting Serum**

Price: $64.00

| Autoship Program | Today's Order |
|---|---|
| ∧ | ∧ |
| 0 | 0 |
| ∨ | ∨ |

VIEW DETAILS

**THRIVE SKIN - Infinite CBD AM/PM Moisturizing Elixir**

Price: $64.00

| Autoship Program | Today's Order |
|---|---|
| ∧ | ∧ |
| 0 | 0 |
| ∨ | ∨ |

VIEW DETAILS

**THRIVE SKIN - Infinite Daily Detox Purifying Bar**

Price: $46.00

| Autoship Program | Today's Order |
|---|---|
| ∧ | ∧ |
| 0 | 0 |
| ∨ | ∨ |

VIEW DETAILS

**THRIVE SKIN - Infinite Charcoal Activated Mask**

Price: $40.00

| Autoship Program | Today's Order |
|---|---|
| ∧ | ∧ |
| 0 | 0 |
| ∨ | ∨ |

VIEW DETAILS

**THRIVE SKIN - Infinite Hand & Foot Reparative Cream**

Price: $30.00

| Autoship Program | Today's Order |
|---|---|
| ∧ | ∧ |
| 0 | 0 |
| ∨ | ∨ |

VIEW DETAILS

Exhibit 3
Page 217

13

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY



Exhibit 3
Page 218

14

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
#:4760

# Exhibit E

Exhibit 3
Page 219

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Examples of Open-Ended Responses from Confused Respondents**

| ID | Question Confused | Reason for Confusion |
|---|---|---|
| 66 | Source | Very similar packaging.  Same outcome. |
| 104 | Source | not sure |
| 147 | Source | they look nice |
| 650 | Source | They look more in line with each other |
| 674 | Source | cbd |
| 776 | Source | Look like two similiar vendors |
| 824 | Source | Same website. |
| 868 | Source | used different website style and packaging |
| 1027 | Source | Because it looks like it. |
| 1044 | Source | They both seem to have the same philosophical purpose |
| 1092 | Source | The shape |
| 1187 | Source | Yes it's possible that these two companies are working together |
| 1248 | Source | They look like they would offer the same stuff. |
| 1269 | Source | They look similar |
| 1280 | Source | SEEM COMPATABLE PRODUCTS |
| 1315 | Source | They appear to be similar |
| 1353 | Source | same website |
| 1657 | Source | These product are similarly, one for normal face skin and other product is sensitive skin. |
| 1686 | Source | because both products are offering almost the same level of service |
| 1741 | Source | Because this is well |
| 1767 | Source | because this is very likely |
| 1812 | Source | It good for your skin |
| 1910 | Source | look a like |
| 2071 | Source | They look similar and  does about the same thing. |
| 2133 | Source | cbd natural products |
| 2329 | Source | I say that because their packaging looks kind of similar. |
| 2342 | Source | Those products what we saw its skin products its beneficail  for us and productive |
| 2439 | Source | Looks like it |
| 2465 | Source | It is the same logo |
| 2499 | Source | look the same |
| 2604 | Source | The same combination |
| 2748 | Source | Both products are made from natural products so I think they could be produced by the same manufacturer but under different divisions. |
| 2814 | Source | Because they are similar in quality and shape |
| 2922 | Source | They both talk about healing |
| 2988 | Source | looks the same |
| 3022 | Source | similar use |
| 3056 | Source | I can think of it because they have the same ingredients |
| 3064 | Source | It's on the label |
| 3076 | Source | Ones a product for females and 1 is a product for a male. |
| 3119 | Source | Both products help to manage the negative effects of stress on the skin. |
| 3122 | Source | Same description, same functioning and using the same technical language. Beside, the products presented are the same or looking similar |
| 3180 | Source | says so |
| 3257 | Source | they are the same |
| 3326 | Source | seems like same product |
| 3392 | Source | These are very similar products. |
| 3395 | Source | they are good products and similar activities |
| 3605 | Source | most of the content to be the same |
| 3728 | Source | They look the same |

Exhibit 3
Page 220

1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Examples of Open-Ended Responses from Confused Respondents**

| ID | Question Confused | Reason for Confusion |
|----|-------------------|----------------------|
| 3859 | Source | Easier to read this time |
| 3868 | Source | Premium quality |
| 34 | Affiliation | they have similar concepts |
| 814 | Affiliation | they have simmlar products |
| 929 | Affiliation | Why do you say that? |
| 1627 | Affiliation | i feel they can be affiliated because they have very similar benefits |
| 1700 | Affiliation | more much favorable |
| 1915 | Affiliation | they tend to work towards the same issues for skin care |
| 2025 | Affiliation | same product |
| 2585 | Affiliation | cool |
| 2775 | Affiliation | could be, for natural products |
| 2791 | Affiliation | Because it seeks to provide the best for the skin |
| 3291 | Affiliation | maybe the same line just different partner names |
| 3707 | Affiliation | they are both in the skin care world so they are associated somehow |
| 3805 | Affiliation | Similar products |

*Q18a. Do you believe that these two products come from the same company/manufacturer/source?*
*Q19a. Why do you say that?*
*Q20a. If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?*
*Q21a. Why do you say that?*

Note: "Source" indicates that respondents were confused at Q18a, and "Affiliation" indicates that respondents were confused at Q20a. The "Reason for Confusion" comes from the open-ended response that followed the question where respondents were marked as confused (either Q19a or Q21a).

Source: *Wallace Report (dated May 6, 2022)*, "Thrive Final Raw Data.xlsx."

Exhibit 3
Page 221

2

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY
#:4763

# Exhibit F

Exhibit 3
Page 222

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

# Google Shopping Search Results

Exhibit 3
Page 223

1

Google | thrive skin | Sign in

All | Images | Maps | Shopping | More

Home | Orders | About Google Shopping | Sort by: Relevance

Washington

**Show only**
- Buy on Google
- Available nearby
- On sale
- Smaller stores

**Price**
- Up to $9
- $9 – $15
- $15 – $30
- $30 – $60
- Over $60
- $ Min – $ Max

**Ingredient**
- Vitamin E
- Shea Butter
- Jojoba Oil
- Aloe
- Vitamin C
- Hyaluronic Acid
- Vitamin A

**Type**
- Face
- Body
- Hand

**Form**
- Cream
- Serum
- Gel
- Oil

**Tinted Cream Type**
- CC Cream
- BB Cream

**Form**
- Cream
- Liquid
- Powder

**Benefit**
- Anti-aging
- Collagen Boosting
- Scar Treatment
- Melanin Reduction

**Skin Problem**
- Wrinkles
- Hyperpigmentation

**Ads** · See thrive skin

Thrive Brilliant Eye Brightener (Highlighter) in Anise (Warm Bronze) | Thrive Causemetics | 100% Vegan Makeup | Best Cruelty-Free...
$24.00
Thrive Causemetics
(1,634)

Thrive Natural Care Sensitive Skin Face Wash
$14.95
Grove Collaborative
(35)
Free returns

Thrive Buildable Blur CC Cre Spectrum SPF 35 in Light Medi Undertones) | Thrive Causeme
$38.00
Thrive Causemetics
(3,433)
Free shipping

About these results

Thrive Skin - New Beauty | Color: White
$13.00
Mercari
$4.87 delivery

Thrive Face Wash - Daily Facial Cleanser for Men with
4.7 35
$12.95
Grove Collaborative
$4.99 delivery · Free 30-day retu...
4.8/5 (147 store reviews)
$10.36
Walmart - Thrive Natural Care, I...
Free delivery
Compare prices from 5+ stores

Thrive Natural Men's Skin Care Set 3 Piece - Grooming
4.7 32
$29.95
Walmart - Thrive Natural Care, I...
Free delivery
$52.60
Apply SAVE22
Zabiva.com
Free delivery
Compare prices from 5+ stores

Thrive Causemetics Buildable Blur CC Cream
4.2 3,433
More style options
$38.00
Thrive Causemetics
Free delivery by Tue, May 24
Trusted store · 4.7/5 (2.5K)

Thrive Skin Infinite Skin And Hair Peptide Gel Strawberry Lemonade 16
$50.00

Thrive natural vip men's skin care set (4 piece) – grooming gift set to wash,
$60.66

PRICE DROP

Thrive Advanced Skincare Systems Peel, Reduce, Restore
$100.00 · Was $150.00

Thrive Filtered Effects Blurring Face Primer |
4.3 488
$35.00

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Filters

### Skin Type
- [ ] For All Skin Types
- [ ] For Dry Skin

### Sun Protection
- ( ) SPF 15
- ( ) SPF 20
- ( ) SPF 30

### Coverage
- [ ] Full Coverage
- [ ] Medium Coverage

### Container Type
- [ ] Bottle
- [ ] Jar
- [ ] Pump Bottle
- [ ] Tube

### Finish
- [ ] Shimmer
- [ ] Matte

### Volume
- ( ) < 1 fl oz
- ( ) 1 – 1.7 fl oz
- ( ) 1.7 – 2.3 fl oz
- ( ) 2.3 – 3.4 fl oz
- ( ) 3.4 – 5.1 fl oz
- ( ) 5.1 – 8 fl oz
- ( ) > 8 fl oz

### Brand
- [ ] Thrive Causemetics
- [ ] MightySkins
- [ ] Spa Cosmetics
- [ ] Sacred Roots Herbal Co
- [ ] Haglöfs
- [ ] Neal's Yard Remedies
- [ ] Avon

### Color
- [ ] 1c
- [ ] 7n
- [ ] 14n
- [ ] 6W
- [ ] 10W
- [ ] 13W

### Sustainability
- [ ] Cruelty-free
- [ ] Organic
- [ ] Fair Trade

### Shipping & returns
- [ ] Free returns
- [ ] 1-3 day delivery

### Discover
- [ ] Black-owned businesses

---

eBay | HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Free delivery by Wed, May 25

Delivery by Mon, Jun 6 · Free 30...

Free delivery

Thrive Causemetics
Delivery by Tue, May 24
✓ Trusted store · 4.7/5 ★ (2.5K)

---

**Thrive Natural Face Lotion for Men - Aftershave Balm &**
4.4 ★★★★★ 20

$15.85
Truegether - Gpthealth
$13.99 delivery

$18.56
beautysuppliers.org
Delivery by Sat, Jun 4

Compare prices from 5+ stores

**Level Thrive Skin Hand And Foot Cream - Beauty | Color: White**

$19.00 Used
Mercari
$6.18 delivery

**THRIVE Skin Black Soap - New Beauty | Color: White**

$12.00
Mercari
$4.87 delivery

**Thrive Market Belly Balm 4 oz Glass Jar**

$13.99
Get 40% off your first order
Thrive Market
$9.95 delivery
4.7/5 ★ (4.1K store reviews)

---

## Top features based on reviews

| Moisturizes well | Absorbs well | Gentle | Long lasting |
|---|---|---|---|

**Estee Lauder Re-Nutriv - Ultimate Lift Regenerating**
4.6 ★★★★★ 49,353

$280.38
Bezali
Free delivery by Tue, May 24

Compare prices from 5+ stores

**Youth to The People Triple Peptide + Cactus**
4.7 ★★★★★ 984

$54.00
Sephora
471.4 mi · In stock
4.8/5 ★ (1.5K store reviews)

Compare prices from 5+ stores

**Augustinus Bader The Rich Cream 30 ml**
4.3 ★★★★★ 1,268

$186.00
50 ml US
Free delivery by Sun, Jun 5

**Thrive Causemetics Buildable Blur CC Cream**
4.2 ★★★★★ 3,433

$38.00
Thrive Causemetics
Free delivery by Tue, May 24
4.7/5 ★ (2.5K store reviews)

---



**Thrive Natural Face & Women Daily Facial with Anti-Oxidants Premium**



PRICE DROP

**Thrive Natural Vip Men's Skin Care Set (4 Piece) – Grooming...**



**Thrive Natural Care Daily Defense Balm with SPF**



**Thrive Skin Infinite Peptide Gel | Color: Gray | Size: Os | Dgbear's Closet**

Exhibit 3
Page 225

3

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**$27.00**
Walmart - Any Needed LLC
Free delivery

**$28.18**
Walmart - Woolly Dreams
Free delivery

Compare prices from 2 stores

**$29.98** Was $39.98
eBay - jlholli_79
$4.95 delivery

**$24.95**
Grove Collaborative
Free delivery & Free 30-day retu...
4.8/5 ★ (147 store reviews)

**$15.00**
Poshmark
$7.67 delivery

---

Thrive Premium Lifestyle Capsule Formulated For Women 1 box of 30 Packs x 2

**$59.00**
eBid - Ittakes2269
Free delivery

Thrive Skin Infinite Charcoal Mask - New Beauty | Color: White

**$30.00**
Mercari
$4.87 delivery

Thrive Overnight Facial Exfoliating & Resurfacing
4.5 ★★★★★ 115

**$62.00**
Thrive Causemetics
Free delivery by Tue, May 24
✓ Trusted store · 4.7/5 ★ (2.5K)

Thrive Skin Infinite Detox Body Scrub - 2.5oz. Gentle Detox For Skin

**$34.99**
eBay - msubadminton
Free delivery by Wed, May 25

---

Thrive Face Scrub - Natural Exfoliating Facial Cleanser
4.8 ★★★★★ 35

**$18.22**
Apply SAVE22
Zabiva.com
Free delivery

**$25.99**
the amazin' jungle
Google Guarantee
✓ Trusted store · 4.3/5 ★

Compare prices from 5+ stores

Thrive Face Wash - 3.38FFL.OZ (100ML)

**$6.00**
Houston Habitat for Humanity ...
Free delivery by Mon, May 23

F.A.E. by Thrive Market Ultra Gentle Body Lotion, Fragrance Free 16 oz Bottle

**$6.99**
Get 40% off your first order
Thrive Market
$9.95 delivery
4.7/5 ★ (4.1K store reviews)

Thrive Causemetics Bright Balance 3 In One Cleanser 5 Oz All Skin

**$32.00**
eBay - compuwiz2008
$13.00 delivery

---

Level NEW - Thrive SKIN Infinite Charcoal Mask - New

TWO PACK -LG Thrive Gel Skin Black...

Thrive Brilliant Eye Brightener (Highlighter) in

F.A.E. by Thrive Market Nourishing Body Lotion.

Exhibit 3
Page 226



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

More options

$28.00
Mercari
Free delivery

$8.88
Shopping at SuperGoodDeals.c...
Free delivery by Wed, May 25
✓ Trusted store

$24.00
Thrive Causemetics
Delivery by Tue, May 24
✓ Trusted store · 4.7/5 ★ (2.5K)

$6.99
Get 40% off your first order
Thrive Market
$9.95 delivery
4.7/5 ★ (4.1K store reviews)









Thrive Other | Thrive Skin Body Scrub | Color: Tan/Cream | Size: Os |

Le-Vel THRIVE+PLUS DFT Ultra Premium Lifestyle 30 Applications Derma Fusion

Le-vel Thrive Skin Infinite Detox Body Scrub 2.5 Fl Oz-Sealed & Bar

Thrive Sunproof Intensive Lip Balm SPF 24 (Sweet
4.5 ★★★★★ 250
More options

$15.00  Used
Poshmark
$4.99 delivery

$59.99
MDG Sales
Google Guarantee
4.6/5 ★ (store rating)

$39.99
eBay - j_and_a_trading_post
Free delivery by Wed, May 25

$18.00
Thrive Causemetics
Delivery by Tue, May 24
✓ Trusted store · 4.7/5 ★ (2.5K)









Thrive Body Butter - Vegan

Thrive Other | Thrive Skininfinite Hand & Foot Reparative Cream | Color:

Thrive Skin Cream (Thrive) - Beauty | Color: White

Thrive Skin Infinite Detox Body Scrub 2.5 Fl Oz Sealed

$12.00
Etsy - Seller
$3.87 delivery

$28.00
Poshmark
$7.67 delivery

$34.00  Used
Mercari
$4.87 delivery

$20.00
eBay - findingtr_6
Free delivery by Wed, May 25









Thrive Skin Detox Body Scrub 2.5 Oz New In Box Sealed - New Beauty | Color:

THRIVE SKIN - Infinite Charcoal Activated Mask
Thrive Skincare | Thrive Skin Charcoal Mask New In Box | Color: Silver | Size: Os ...

Thrive Leggings - Orange M / Orange

Thrive Causemetics Brilliant Eye Brightener Highlighting
4.3 ★★★★★ 12,168

$23.00
Mercari
$4.87 delivery

$30.00
Poshmark
Free delivery

$35.99
Benafitt
Delivery by Thu, May 26

$36.99
Bonanza - jessica2122's booth
$4.50 delivery

$62.93
Fishpond.com
Free delivery
3.4/5 ★ (43 store reviews)

Exhibit 3
Page 227

5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Compare prices from 3 stores









Thrive premium lifestyle dft black label patches with derma fusion technology

**$80.00**
eBid - Ittakes2269
Free delivery

F.A.E. by Thrive Market Organic Rosehip Oil 1 fl oz Bottle

**$7.99**
Get 40% off your first order
Thrive Market
$9.95 delivery
4.7/5 ★ (4.1K store reviews)

Thrive Triple Threat Color Stick (Lip/Cheek Color) in
4.1 ★★★★☆ 3,537

**$36.00**
Thrive Causemetics
Free delivery by Tue, May 24
☑ Trusted store · 4.7/5 ★ (2.5K)

Thrive Samples Read Discription

**$18.00**
Etsy - Seller
$4.00 delivery









Mad Hippie, Skin Brightening Routine Kit
5.0 ★★★★★ 4

**$39.99**
Ulta Beauty
473.9 mi · In stock
4.8/5 ★ (1.7K store reviews)

**$31.99**
iHerb
Free delivery by tomorrow
4.7/5 ★ (21.1K store reviews)

Compare prices from 10+ stores

~ultra oil control face moisturizer

**$20.00**
LakeShire Boutique
Delivery by Thu, May 26
☑ Trusted store

Thrive Items - New Beauty | Color: Brown

**$90.00**
Mercari
$11.88 delivery

Skin Support Spray

**$68.00**
Boketto Wellness
Delivery by Wed, May 25
☑ Trusted store









Thrive Skincare and Wellness - San Diego, CA Gift Card

**$25.00**
QuickGifts
Delivery by Wed, May 18

Thrive Triple Threat Color Stick (Lip/Cheek Color) in Olivia (Pink) | Thrive ...

**$36.00**
Thrive Causemetics
Free delivery by Tue, May 24
☑ Trusted store · 4.7/5 ★ (2.5K)

Revive + Thrive Healing Balm

**$14.00**
Etsy - Seller
$5.72 delivery

Thrive Natural Deep Clean Skincare Kit For Men & Women (3 Piece) ~

**$78.62**
eBay - djk6stas
Free delivery by Wed, May 25






Exhibit 3
Page 228

6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Thrive Sample

$18.00
eCrater - best-of-direct-sales
Free delivery



Thrive Causemetics Liquid
Lash Extensions Mascara
4.2 ★★★★☆ 41,183

$24.00
Thrive Causemetics
Delivery by Tue, May 24
✅ Trusted store · 4.7/5 ★ (2.5K)

$23.95
eBay
$3.00 delivery

Compare prices from 3 stores

Thrive Causemetics Brilliant
Eye Brightener - (Stella)
0.049oz.

$34.99
Quick Collective
Free delivery by Thu, May 26



Thrive Causemetics
Moisturizer - New Beauty |
Color: White

$60.00
Mercari
$3.72 delivery



F.A.E. by Thrive Market
Nourishing Body Lotion,
Bulgarian Lavender 16 oz

$6.99
Get 40% off your first order
Thrive Market
$9.95 delivery
4.7/5 ★ (4.1K store reviews)



Thrive Face Balm For Men
100% Natural Effective To
Reduce Irritation 2

$17.99
eBay - sunflowerbuys
Free delivery by Wed, May 25



Thrive Skin Charcoal Mask |
Color: White/Silver | Size: Os
| Parkersmomma's Closet

$25.00
Poshmark
$7.67 delivery



Thrive Triple Threat Color
Stick (Lip/Cheek Color) in
4.1 ★★★★☆ 3,537

$36.00
Thrive Causemetics
Free delivery by Tue, May 24
✅ Trusted store · 4.7/5 ★ (2.5K)

Filter by sustainability



Cruelty-free          Organic          Fair Trade

You might like



Thrive          MightySkins          Vitamin E          Anti-aging          Shea Butter          Jojoba Oil          Wrinkles
Causemetics

Ads · See thrive skin                                                                                ⓘ



Exhibit 3                                               7
Page 229

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

| Thrive Brilliant Eye Brightener (Highlighter) in... | Thrive Natural Care Sensitive Skin Face Balm | Thrive Skin Infinite Skin And Hair Peptide Gel... | Thrive Buildable Blur CC Cream Broad Spectrum... | Thrive Natural Care Face Wash | THRIV Men's Sk (4 Piece) |
|---|---|---|---|---|---|
| $24.00 | $17.95 | $50.00 | $38.00 | $12.95 | $58.95 |
| Thrive Causemetics | Grove Collaborative | eBay | Thrive Causemetics | Grove Collaborative | Amazon |
| ★★★★★ (1,634) | ★★★★★ (20) | Free shipping | ★★★★★ (3,433) | ★★★★★ (35) | Free ship |
| | Free returns | | Free shipping | Free returns | |

Ad · www.le-vel.com/ :

THRIVE SKIN - Advanced Skincare System

THRIVE by Le-Vel is the fastest growing health and wellness movement in the world. It's the first of its kind in skincare tech and anti-aging advancement. 30 Patents and Counting. Thrive Experience. Thrive Plus Line. 10 Million Customers.

What's New? · Le-Vel Life · THRIVE SKIN Cream · THRIVE SKIN Peptide Gel

Searches related to thrive skin

thrive skin **collagen**

thrive skin **mlm**

thrive skin **enzyme peel**

thrive skin **mask**



‹ 1 2 3 4 5 6 7 8   Next

Exhibit 3
Page 230

8

HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY

# eBay Search Results

Exhibit 3
Page 231

9

Hi! Sign in or register | Daily Deals | Brand Outlet | Help & Contact | Get the Memorial | Watchlist | My eBay

ebay | Shop by category | thrive skin | Health & Beauty | Search | Advanced

Include description

**Category**

All

**Health & Beauty**

Skin Care

Vitamins & Lifestyle Supplements

Computers/Tablets & Networking

Cell Phones & Accessories

Business & Industrial

Collectibles

**Skin Type**

All Skin Types

Sensitive Skin

Not Specified

**Size**

Travel Size

Jumbo/Family Pack

Not Specified

**Features**

All Natural Ingredients

Alcohol-Free

Organic

Vegan

Not Specified

**Department**

**Ingredients**

**Volume**

**Condition**

New

See all

**Price**

Under $35.00

Over $35.00

$ Min to $ Max

Available inventory

$0 $1000

See all

**Buying Format**

All Listings

Accepts Offers

Auction

Buy It Now

**Item Location**

Default

Within

25 mi of

20011

US Only

North America

Worldwide

**Shipping Options**

Free Shipping

**Local Pickup**

Free In-store Pickup

Free Local Pickup

Within

25 mi of

20011

**Show only**

Free Returns

Returns Accepted

Authorized Seller

Completed Items

Sold Items

Deals & Savings

Authenticity Guarantee

See all

All Listings | Accepts Offers | Auction | Buy It Now | Condition | Shipping | Local | Best Match

33 results for **thrive skin** | Save this search | Shipping to: 20011

Le-Vel Thrive Skin Infinite Detox Body Scrub 2.5 Fl Oz- Sealed & Bar Soap Set

Brand New

**$39.99**

Buy It Now

Free shipping

Sponsored

Thrive Exfoliante Facial Natural Para Hombres Y Mujeres - Desobstruye El Lavado

Brand New

**$48.95**

Buy It Now

**Free 3 day shipping**

Sponsored

Thrive Natural Men's Skin Care Set (3 Piece) - Grooming Gift Set To Wash, Shave,

New other (see details)

**$30.00**

or Best Offer

+$9.95 shipping

Sponsored

Thrive Natural Face Moisturizer Locion Humectante Facial Calmante No Grasosa

Brand New

**$25.95**

Buy It Now

**Free 3 day shipping**

Sponsored

THRIVE Natural VIP Skin Care Kit 4pc Mens Gift Set Face Wash Scrub Shave Oil

Brand New

**$19.90**

0 bids · 5d 8h left (Tue, 08:40 PM)

**$49.90**

Buy It Now

+$9.65 shipping

NIB Thrive Causemetics Defying Gravity Nourishing Hand + Nail Cream 2.5oz/75ml

Brand New

**$18.95**

Buy It Now

Free shipping

Save up to 10% when you buy more

Thrive Skin Infinite skin and hair peptide gel

Brand New

**$10.00**

or Best Offer

+$4.75 shipping

Thrive Skin Infinite Detox Body Scrub - 2.5oz. Gentle Detox For Skin Impurities

Brand New

**$31.49**

Was: $34.99 10% off

Buy It Now

Free shipping

Free returns

Thrive Natural Men's Skin Care Set 3 Piece - Grooming Gift Set To Wash Shave ...

Brand New

**$66.65**

Buy It Now

Free shipping

Thrive Natural Men's Skin Care Set (3 Piece) - Grooming Gift Set To Wash, Shave,

Brand New

**$74.92**

Buy It Now

Free shipping

Extra 16% off with coupon

Feedback

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



THRIVE Natural Shave Soap & Shower Soap Bar – 2-in-1 Shower & Shaving Soap fo...
Brand New
**$23.45**
Buy It Now
Free 3 day shipping
Free returns

THRIVE Natural VIP Men's Skin Care Set (4 Piece) – Grooming Gift Set NEW SEALED!
Brand New
**$29.98**
or Best Offer
+$4.95 shipping

Moon Juice Beauty Shroom by Thrive Cosmic, Vegan Collagen Protection, 8.5oz/240g
Brand New
**$39.95**    Top Rated Plus
or Best Offer
Free 3 day shipping
Free returns

Thrive Crema Facial Natural Para Pieles Sensibles Restaurador Humectante Fa...
Brand New
**$23.95**
Buy It Now
Free 3 day shipping

Sponsored

Thrive Causemetics Lip Mate GLINDA Rose Gold Shimmer High-Shine Reviving Topper
Brand New
**$24.00**
Buy It Now
+$3.79 shipping

Sponsored

Thrive All Natural Face Wash Para Pieles Sensibles - Limpiadores Y Tonificad...
Brand New
**$20.95**
Buy It Now
Free 3 day shipping

Sponsored

Thrive Skin Infinite Hand & Foot Reparative Cream 3 Fl Oz New In Original Box
Brand New
**$16.00**
or Best Offer
+$5.95 shipping

THRIVE Natural VIP Men's Skin Care Set (4 Piece) – Grooming Gift Set to Set 6
Brand New
**$87.67**
Buy It Now
Free shipping
Free returns

Thrive Natural Shave Soap Shower Soap Bar – 2-In-1 Shower Shaving Soap For M
Brand New
**$18.60**
Buy It Now
Free shipping
Free returns

THRIVE Natural VIP Men's Skin Care Set (4 Piece) – Grooming Gift Set to Set 6
Brand New
**$86.56**
Buy It Now
Free shipping
Free returns

THRIVE Natural VIP Men's Skin Care Set (4 Piece) – Grooming Gift Set to Set 6
Brand New
**$86.56**
Buy It Now
Free shipping
Free returns

THRIVE Natural VIP Men's Skin Care Set (4 Piece) – Grooming Gift Set to Set 6
Brand New
**$98.96**
Buy It Now
Free 3 day shipping
Free returns

Exhibit 3
Page 233

11



THRIVE Natural VIP Men's Skin Care Set (4 Piece) – Grooming Gift Set to Set 6
Brand New
**$86.56**
Buy It Now
Free shipping
Free returns

Thrive Causemetics Bright Balance 3-in-1 Body Cleanser Firming Enzyme Concentrat
New other (see details)
**$19.99**     Save up to 10% when you buy more
or Best Offer
+$9.65 shipping

Thrive Causemetics – Defying Gravity – Nourishing Hand + Nail Cream – 2.5oz/75ml
Brand New
**$19.00**     Save up to 10% when you buy more
Buy It Now
Free shipping
Free returns

NAKED & THRIVING DETOX balancing Face Oil, 1.18 Fl Oz
New other (see details)
**$44.75**
Buy It Now
+$8.99 shipping
**12 watchers**

THRIVE CAUSEMETICS Bright Balance 3-in-1 Cleanser 1.7 oz NEW
Brand New
**$10.99**
Buy It Now
+$4.50 shipping

GREAT PRICE
The Vitamin Shoppe Thrive Advanced Keratin for Hair, Skin, and Nails 90cap #1750
Brand New
**$21.88**     Top Rated Plus
Buy It Now
Free 3 day shipping
Free returns

Thrive Gel Limpiador Facial Natural Para Hombres Y Mujeres Limpiador Facial...
Brand New
**$18.95**
Buy It Now
Free 3 day shipping
Sponsored

GREAT PRICE
THRIVE Natural Mineral Face Sunscreen SPF 30, 2 Ounces 2 Fl Oz (Pack of 1)
Brand New
★★★★★ 1 product rating
**$34.14**
Buy It Now
Free 3 day shipping
Sponsored

Thrive Causematics Sunproof Intensive Lip Balm Fresh Mint SPF 24 Original
Brand New
**$27.89**
Was: $29.99  7% off
Buy It Now
+$4.50 shipping
**Last one**
**1 watchers**
Sponsored

NEW THRIVE Mens Face Wash Grooming Manscaping
Brand New
**$11.99**
Buy It Now
+$15.99 shipping
Free returns
Sponsored

Mixed Lot 40+ NEW High End Makeup Samples TARTE, THRIVE, WINKYLUX,
PACIFICA,FAB

Exhibit 3
Page 234

12

$58.00
7 bids · 23h 16m left (Fri, 11:03 AM)
+$10.11 shipping



THRIVE CAUSEMETICS 3 x bright balance CLEANSER 1.7 Oz + defying gravity .5 Oz +
Brand New
$52.50
Buy It Now
Free shipping



THRIVE CAUSEMETICS Overnight Sensation Brightening Sleep Mask 1.7 fl oz BNIB
Brand New
$36.00
Buy It Now
+$6.50 shipping



THRIVE Natural Face Wash Gel for Men & Women (3 Pack) – Daily Facial Cleanser
Brand New
$63.37          Extra 16% off with coupon
Buy It Now
Free shipping



Thrive causemetics bright balance 3 in one cleanser 5 oz new all skin types
Brand New
$32.00
Was: $40.00  20% off
Buy It Now
+$13.00 shipping
from Canada



THRIVE CAUSEMETICS Overnight Sensation Brightening Sleep Mask 3.4 oz NEW in Box
Brand New
$48.50
Buy It Now
+$9.10 shipping



Original Thrive Causematics Sunproof Intensive Lip Balm Sweet Tangerine SPF 24
Brand New
$27.89
Was: $29.99  7% off
Buy It Now
+$3.00 shipping
Sponsored



Sugar Mint Rush Freshening Lip Treatment Lip Balm New In Box
Brand New
$27.89
Was: $29.99  7% off
Buy It Now
+$4.50 shipping
Sponsored



Daily Mineral Sunscreen Facial Moisturizer SPF 30 w/ 20% Zinc Oxide (2oz)
Brand New
★★★★★ 1 product rating
$37.99
Buy It Now
+$3.99 shipping



THRIVE NATURAL DEODORANT SPRAY*TWO 4 OZ BOTTLES *FOR WOMEN & MEN aluminum free
Brand New
$23.98
or Best Offer
+$8.85 shipping
Free returns



Moroccan Argan Oil, Unrefined, Cold Pressed, Pure, Organic, Vegan
Brand New
$26.00
Buy It Now
Free shipping

Biotin Beauty Supplement ... Growth 10000 mcg, 90 Capsules

Exhibit 3
Page 235                    13

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Ad · https://www.le-vel.com/thrive/skin ·

**THRIVE SKIN - Advanced Skincare** System - Le-Vel **Skincare** - Le-Vel.com
**THRIVE** by Le-Vel is the fastest growing health and wellness movement in the world. It's the first of its kind in **skincare** tech and anti-aging advancement. **Thrive** Plus Line. 30 Patents and Counting. **Thrive** Experience. 10 Million Customers. Types: **THRIVE** Lifestyle Capsules, **THRIVE** Shake Mix, Derma Fusion Technology.

**THRIVE SKIN Cream**
hand and foot cream
luxurious, rich formula

**THRIVE SKIN Charcoal Mask**
designed to absorb skin impurities
smoother, more vibrant appearance

**THRIVE SKIN Peptide Gel**
collagen-driven formula
strengthens skin and hair

**THRIVE SKIN Purifying Bar**
purifying black bar soap
for face and body

Ad · https://www.bestantiagingtreatmentproducts.com ·

**"Top 5" Face Tightening Creams** - Rated #1 Face Tightening Cream
Best Wrinkle Cream. Best Wrinkle Remover. Rapid Reduction Cream. Instant Wrinkle Reducer. Discover 2022's Best Anti Aging Rapid Reduction Cream. Face Tightening. Forehead Firming. Best Anti-Aging Cream. Instant Wrinkle Remover. Instant Face Lift. Types: Best **Skin** Tightening, Skin Tightening Cream, Best Wrinkle Cream, Wrinkle Remover, Wrinkle Cream, Instant Wrinkle Remover.
Deal: Up to 50% off + Free Shipping

Ad · https://www.info.com/web ·

**Anti Wrinkle Treatment** - Best Treatment - Search & Find Quick Results
Find Anti Wrinkle Treatment Results On Info.com  Search Anti Wrinkle Treatment. Explore Wrinkle Results On Info.com.

Remove Face Wrinkles          Best Wrinkle Products
Remove Facial Wrinkles        Best Anti Wrinkle Product
Best Wrinkles Treatment       Getting Rid Of Wrinkles

Ad · https://www.medidermausa.com/ ·  (800) 796-0996

**Mediderma USA Official Website** - Medical **Skin Care** - Chemical Peels
Professional **Skin Care**. DNA Recovery. Register Online. Sign Up For Updates. Multiple Payment Options. Highlights: Multiple Payment Options Available, Customer Service Available.

Mediderma          Lactpeel
Nanomask Placenses   Sesglicopeel KH
Propimask Daeses     Glowing Powder

Ad · https://www.itcosmetics.com/moisturizer ·

**Best Anti Wrinkle Cream** - IT Cosmetics - 7 Anti-Aging Benefits In 1
Your Quick-Absorbing Super Cream Delivers 24 Hours of Hydration & Smooth the Look of **Skin**. Reduce the Look of Fine Lines, Pores and Brighten **Skin** Instantly & Overtime! Discover IT. For All Skin Types. Flawless-Looking Results. Exclusive Free Shipping. Anti-Aging Benefits. **Skin**-Perfecting Formula. Types: Anti-Aging, Ultra-Moisturizing, Tightening, Smoothing, Skin-Transforming.
★★★★★ - rating for itcosmetics.com
Moisturizers - from $30.00 Clinically Advanced Cream

Ad · https://www.nakedandthriving.com/ ·

**Naked & Thriving** - Organic **Skincare**
Free from synthetics, fragrances, parabens, phthalates, and 2,000+ harmful chemicals. Natural and effective **skincare** made with high-quality plant botanicals. 100% Plant Botanicals. Gluten-Free. Free Shipping. Free Travel Size. Cruelty-Free. Types: Prevent Anti-Aging Oil, Rejuvenate Restorative.

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2022 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Exhibit 3
Page 236

14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

\*Learn about pricing

This page was last updated: 24-May 06:44. Number of bids and bid amounts may be slightly out of date. See each listing for international shipping options and costs.

Exhibit 3
Page 237

15

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

# Facebook Search Results

Exhibit 3
Page 238

16

thrive skin

## Search results

**Filters** Reset

All

Posts

Recent Posts

Posts You've Seen

Date Posted

Posts From

Tagged Location

People

Photos

Photos

**Lauren Garcia**
17h ·

It's SUNDAY Cleanse Time...

My face has seen soooo much sun this week, definitely need to treat it with extra care today.

Step 1. daily cleanser. Vitamin C & Peptide, Olay. (Used daily)... **See more**

7 2 Comments

Like Share

Album **thrive**

**Amy Elisabeth Davis** added 5 new photos.
May 13 at 12:50 AM ·

finished my 12th box of thrive skin collagen 🎉 it's been a little over a year since i started it but i went without it a few months. can't believe taking it every other day has shown me these kind of results in a year. i'm going to be honest, i haven't been doing much outside of the collagen to take care of my overall hair health 😅 i know better too since i went to cosmetology school 💇 i'm starting to take my collagen everyday from here on out + regular trims, silk pillo... **See more**

22 4 Comments

Like Comment Share

**Paula Phillis Erickson**
Yesterday at 7:38 AM

Thrive Nutrition on the inside CBD infused Thrive Skin on the outside. Feeling good!

15 · 6 Comments 1 Share

Like · Comment · Share

**Mandy Summers Schmidt**
May 14 at 12:14 AM

Face Mask Friday! Let's hashtag it!

Thrive has a skin care line that's really great! This is one of my favorite products by Thrive. It makes my skin feel sooo nice! Drop a comment if you want to give it a try!

#facemaskfridayforthewin #atrendilike #selfcare #mamatime #thriveskincare #thrivewithme #thriveforfree

2 · 1 Comment

Like · Share

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



No filters whatsoever, almost 47, mother of a 21 and 16 yr old.  I am far from perfect but when I started Thrive in the hopes for energy, weight loss, and mood support I never dreamed of the age reversing effects nutrition absorbed at a 95% rate would have on my skin.   My pores are minute, my skin glows, I stopped having to wear heavy foundation due to my new even skin tone. When I started adding the Peptide Gel daily the elasticity went into even more of a hyperdrive. L... See more

107                                             14 Comments

Like          Comment          Share

**Ashton Chandler**
May 11 at 4:48 PM · 

Yes more product!!!! I'm so glad I said yes making myself healthier and actually feeling better from the inside out!!!

That Thrive skin is amazing!!! I can't believe how My skin feels after one use!!!

I'm so excited for my rest 😴 I can't wait to the best sleep of my life!!! ... See more

Exhibit 3
Page 241



11 11 Comments

Like Comment Share

**Holly Osborne**
May 10 at 2:25 PM ·

SHUT THE FRONT DOOR!!!!!!
You guys LOOK!!!! This is my friend Mariam!!!! Yes she's a Thriver, but she has recently been applying two of our skincare products to the skin on her belly... AND LOOK!!! 😱 This is just after TWO WEEKS!!!! I am seriously mind blown!!!!

**Mariam Nead**
May 10 at 2:08 PM ·
I really didn't want to post this pic. BECAUSE of how my stomach looked in the first one ! But, seriously!!! I will leave a picture of just the two items I've ... **See more**

14 7 Comments

Like Share

**Thrive Skin + Wellness** is at **Thrive Skin + Wellness**.
May 12 at 9:06 PM · Holly Springs, NC ·

🎉 Happy 8th Year Anniversary to our RN-BSN, Jessica! 🎉 Year after year you've shown your hard work dedication to Thrive Skin + Wellness. It's not just your colleagues that love you - it's your clients too! Thanks for being such an integral part of the team. Here's to many more amazing years together! We love you!



Exhibit 3
Page 243

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 3
Page 244

22

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

# Instagram Search Results

Exhibit 3
Page 245

23

HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY





Exhibit 3
Page 246

24

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Exhibit 3
Page 247

25

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY



Exhibit 3
Page 248

26

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Exhibit 3
Page 249

27

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



Exhibit 3
Page 250

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Exhibit 3
Page 251

29

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
#:4798

# Exhibit G

Exhibit 3
Page 252

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

From:       Club Opinions
Sent:       [DATE]
To:         [PARTICIPANT]
Subject:    We're dropping by with a new survey offer.  Check it out!



CLUB OPINIONS

null

Take the survey below and help influence future products.

**START SURVEY**

Your opinions are cherished at ClubOpinions.

We thought you might like this new survey. Check it out now!

Reward offer:

Average length: -- minutes

You can also access surveys by clicking on the following link:
[SURVEY URL]

Thank you for your participation!
The ClubOpinions Team

Exhibit 3
Page 253

1

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Privacy Policy | Terms and Conditions | Unsubscribe | Contact

You received this e-mail as a member of ClubOpinions.Please do not reply to this e-mail.For help contact us.
ClubOpinions is a product of Dynata, LLC f/k/a Survey Sampling International, LLC, 6 Research Drive,
Shelton,Connecticut 06484 USA.

Exhibit 3
Page 254

2

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

# Exhibit H

Exhibit 3
Page 255

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

# *NERA Control Survey*

Q1.    What is your age?
1.    Younger than 18 (**Terminate interview**)
2.    18-20
3.    21-29
4.    30-39
5.    40-49
6.    50-59
7.    60-65
8.    66 or older (**Terminate interview**)

QA.    Are you…
1.    Male
2.    Female
3.    Rather not say

QB.    Are you fluent in English?
1.    Yes (**Proceed**)
2.    No (**Terminate interview**)

Q2.    In the last 6 months have you purchased products you use on your skin?
1.    Yes (**Proceed**)
2.    No (**Terminate interview**)

Q3.    In the last 6 months, where have you purchased products you use on your skin?
(Select all that apply)
1.    Internet
2.    Beauty supply store
3.    Retail outlet
4.    Other
**(Terminate if the user does not select Internet)**

Q4.    In the next 6 months do you plan to purchase products you use on your skin?
1.    Yes (**Proceed**)
2.    No (**Terminate interview**)

Q5.    In the next 6 months, where do you plan to purchase products you use on your skin?
(Select all that apply)
1.    Internet
2.    Beauty supply store

1

Exhibit 3
Page 256

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

    3.  Retail outlet
    4.  Other
  **(Terminate if the user does not select Internet)**


Q6.  In the last 6 months have you purchased dental care products for your own use?
    1.  Yes
    2.  No


Q7.  **[IF Q6=1, ASK]** In the last 6 months, where did you purchase dental care products?
    (Select all that apply)
    1.  Internet
    2.  Beauty supply store
    3.  Retail outlet
    4.  Other

Q8.  In next 6 months, do you plan to purchase dental care products for your own use?
    1.  Yes
    2.  No


Q9.  **[IF Q8=1, ASK]** In the next 6 months, where do you plan to purchase dental care products? (Select all that apply)
    1.  Internet
    2.  Beauty supply store
    3.  Retail outlet
    4.  Other


Q10.  In the past month have you used the Internet to search for products or services?
    1.  Yes (**Proceed**)
    2.  No (**Terminate interview**)


Q11.  Have you or anyone in your household ever worked for…
                                                               **Yes**                    **No**
    1.  An advertising agency (**Terminate interview if yes**)
    2.  A consumer research firm (**Terminate interview if yes**)
    3.  A personal care product manufacturer, retailer or distributor
       (**Terminate interview if yes**)
    4.  A dental care product manufacturer or retailer


Q12.  Are you taking this survey on…
    1.  A laptop or desktop computer
    2.  A tablet (**Terminate interview**)

2

Exhibit 3
Page 257

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

    3.  A phone (**Terminate interview**)

Q13.  Will you agree to answer the questions without help or assistance, answer truthfully and do not guess?
    1.  Yes
    2.  No (**Terminate interview**)

Q14.  Do you need contacts or glasses for reading?
    1.  Yes
    2.  No

Q15.  [**IF Q14=1, ASK**] If so, will you be wearing them when completing the survey?
    1.  Yes
    2.  No (**Terminate interview**)

Q16.  Please understand that we are only interested in your opinions or beliefs. If you don't have an opinion or belief or don't know the answer to a question, that is an acceptable answer. Do you agree not to guess or get information from anyone else, from the internet or any other source?
    1.  Yes
    2.  No (**Terminate interview**)

[**INTRO1**]

You are about to see images of four products, each featured as you would see them when purchasing them.

Please view the following images as if you were shopping for these products with the possible intent to purchase them. For the questions, if you do not have an opinion or are unsure of your opinion, it's perfectly all right to say so.

**[SHOW PRODUCTS IN RANDOM ORDER]**

3

Exhibit 3
Page 258

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## PRODUCT ONE



## PRODUCT TWO



4

Exhibit 3
Page 259

## PRODUCT THREE




## PRODUCT FOUR



5

Exhibit 3
Page 260

HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY

Q17.  What types of products were shown in the images you just reviewed?
1. Detergent (**Terminate interview**)
2. Shampoo (**Terminate interview**)
3. Products you use on your skin
4. Pet food (**Terminate interview**)
5. Don't know/no opinion (**Terminate interview**)

**[INTRO2]**

All of these products can be purchased online, but we are interested in who you believe makes each of these products, meaning their manufacturer or source.

**[PROGRAMMER: SHOW RESPONDENTS "PAIRINGS" FOR TWO OF THE PRODUCTS IN RANDOM ORDER. EACH RESPONDENT TO SEE ALL SIX TOTAL "PAIRINGS" OF TWO PRODUCTS**

**PAIRINGS SHOULD BE SHOWN EACH ON SEPARATE PAGE BEFORE THE Q18-Q21 SERIES. IMAGES SHOULD NOT BE SHOWN ABOVE QUESTION SERIES.]**

**[ASK EACH RESPONDENT Q18-Q21 QUESTION SERIES FOR EACH PAIRING. PAIRING ONE TO BE LABELED Q18_1, Q19_1, Q20_1, Q21_1, PARING TWO TO BE LABELED Q18_2, Q19_2, ETC. UP TO Q18_6, Q19_6, Q20_6, Q21_6]**

Q18.  Do you believe that these two products come from the same
company/manufacturer/source?
1. Yes, same company/manufacturer/source
2. No, different companies/manufacturer/source
3. Not sure / Don't know

Q19.  Why do you say that? [**TEXT BOX**]

**[ONLY ASK Q20A AND Q21A IF Q18A=2]**

Q20.  If you said different companies, do you believe that these companies are affiliated,
connected, or associated with each other?
1. Yes, companies are affiliated, connected or associated
2. No, companies are not affiliated, connected or associated
3. Not sure / Don't know

Q21.  Why do you say that? [**TEXT BOX**]

6

Exhibit 3
Page 261

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

---

Q21g. Please enter the number 865 in the box below. [**TEXT BOX**] (**Terminate if wrong number, attention deficit check**)


Q21h. Please read the scenario below and answer the question that follows.

 After ordering a product you use on your skin, you receive an email with prominent text stating "Welcome to the Thrive Tribe". After ordering a second product you use on your skin, you receive a second email with prominent text stating "Welcome to the Thrive Tribe".

Based on these emails, do you believe that the two products you ordered are from the same company or companies that are affiliated, connected or associated or from different companies that are not affiliated, connected, or associated?
 1. Yes, the products I ordered are from the same company or companies that are affiliated, connected, or associated
 2. No, the products I ordered are from different companies that are not affiliated, connected, or associated
 3. Not sure / Don't know



Q23.  What is the highest level of school you have completed or the highest degree you have received?
 1. Less than high school degree
 2. High school degree or equivalent (e.g., GED)
 3. Some college but no degree
 4. Associate degree
 5. Bachelor degree
 6. Graduate degree

Q24.  What state do you live in? [**DROP DOWN MENU WITH 50 STATES AND D.C.**]


Q25.  What is your approximate average household income?
 1. $0-$24,999
 2. $25,000-$49,999
 3. $50,000- $74,999
 4. $75,000- $99,999
 5. $100,000- $124,999
 6. $125,000- $149,999
 7. $150,000- $174,999

7

Exhibit 3
Page 262

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

8.  $175,000- $199,999
9.  $200,000 and up
10. Rather not say

8

Exhibit 3
Page 263

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Exhibit I

Exhibit 3
Page 264

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# NERA Control Survey

1

Exhibit 3
Page 265

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

What is your age?

- ○ Younger than 18
- ○ 18-20
- ○ 21-29
- ○ 30-39
- ○ 40-49
- ○ 50-59
- ○ 60-65
- ○ 66 or older

NEXT

Powered by Dynata                                                      2

Exhibit 3
Page 266

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

Are you...

○ Male

○ Female

○ Rather not say

NEXT

Powered by Dynata

3

Exhibit 3
Page 267

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Exhibit 3
Page 268

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

In the last 6 months have you purchased products you use on your skin?

○ Yes

○ No

NEXT

Powered by Dynata

5

Exhibit 3
Page 269

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

In the last 6 months, where have you purchased products you use on your skin?

(Select all that apply)

☐ Internet

☐ Beauty supply store

☐ Retail outlet

☐ Other

NEXT

Powered by Dynata

6

Exhibit 3
Page 270

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

In the next 6 months do you plan to purchase products you use on your skin?

○ Yes

○ No

NEXT

Powered by Dynata

7

Exhibit 3
Page 271

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

In the next 6 months, where do you plan to purchase products you use on your skin?

(Select all that apply)

☐ Internet

☐ Beauty supply store

☐ Retail outlet

☐ Other

NEXT

Powered by Dynata

8

Exhibit 3
Page 272

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

In the last 6 months have you purchased dental care products for your own use?

○ Yes

○ No

NEXT

Powered by Dynata

9

Exhibit 3
Page 273

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

In the last 6 months, where did you purchase dental care products?

(Select all that apply)

- [ ] Internet
- [ ] Beauty supply store
- [ ] Retail outlet
- [ ] Other

NEXT

Powered by Dynata

10

Exhibit 3
Page 274

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

In next 6 months, do you plan to purchase dental care products for your own use?

○ Yes

○ No

NEXT

Powered by Dynata

11

Exhibit 3
Page 275

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

In the next 6 months, where do you plan to purchase dental care products?

(Select all that apply)

- [ ] Internet
- [ ] Beauty supply store
- [ ] Retail outlet
- [ ] Other

NEXT

Powered by Dynata

12

Exhibit 3
Page 276

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

In the past month have you used the Internet to search for products or services?

○ Yes

○ No

NEXT

Powered by Dynata

13

Exhibit 3
Page 277

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

Have you or anyone in your household ever worked for...

| | Yes | No |
|---|---|---|
| An advertising agency | ○ | ○ |
| A consumer research firm | ○ | ○ |
| A personal care product manufacturer, retailer or distributor | ○ | ○ |
| A dental care product manufacturer or retailer | ○ | ○ |

NEXT

Powered by Dynata

14

Exhibit 3
Page 278

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

Are you taking this survey on...

⚪  A laptop or desktop computer

⚪  A tablet

⚪  A phone

NEXT

Powered by Dynata

15

Exhibit 3
Page 279

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

Will you agree to answer the questions without help or assistance, answer truthfully and do not guess?

○ Yes

○ No

NEXT

Powered by Dynata

16

Exhibit 3
Page 280

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

Do you need contacts or glasses for reading?

○ Yes

○ No

NEXT

Powered by Dynata

17

Exhibit 3
Page 281

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

If so, will you be wearing them when completing the survey?

○ Yes

○ No

NEXT

Powered by Dynata

18

Exhibit 3
Page 282

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

Please understand that we are only interested in your opinions or beliefs. If you don't have an opinion or belief or don't know the answer to a question, that is an acceptable answer. Do you agree not to guess or get information from anyone else, from the internet or any other source?

○ Yes

○ No

NEXT

Powered by Dynata

19

Exhibit 3
Page 283

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

You are about to see images of four products, each featured as you would see them when purchasing them.

Please view the following images as if you were shopping for these products with the possible intent to purchase them. For the questions, if you do not have an opinion or are unsure of your opinion, it's perfectly all right to say so.

NEXT

Powered by Dynata

20

Exhibit 3
Page 284



Exhibit 3
Page 285



Exhibit 3
Page 286

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Exhibit 3
Page 287



Exhibit 3
Page 288

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

What types of products were shown in the images you just reviewed?

○ Detergent

○ Shampoo

○ Products you use on your skin

○ Pet food

○ Don't know/no opinion

NEXT

Powered by Dynata

25

Exhibit 3
Page 289

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

All of these products can be purchased online, but we are interested in who you believe makes each of these products, meaning their manufacturer or source.

NEXT

Powered by Dynata

26

Exhibit 3
Page 290



Exhibit 3
Page 291



Exhibit 3
Page 292

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

Do you believe that these two products come from the same company/manufacturer/source?

◯  Yes, same company/manufacturer/source

◯  No, different companies/manufacturer/source

◯  Not sure / Don't know

NEXT

Powered by Dynata

29

Exhibit 3
Page 293

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Why do you say that?

NEXT

Powered by Dynata

30

Exhibit 3
Page 294

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

○ Yes, companies are affiliated, connected or associated

○ No, companies are not affiliated, connected or associated

○ Not sure / Don't know

NEXT

Powered by Dynata

31

Exhibit 3
Page 295

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

Why do you say that?

NEXT

Powered by Dynata

32

Exhibit 3
Page 296



Exhibit 3
Page 297



Exhibit 3
Page 298

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

Do you believe that these two products come from the same company/manufacturer/source?

○ Yes, same company/manufacturer/source

○ No, different companies/manufacturer/source

○ Not sure / Don't know

NEXT

Powered by Dynata

35

Exhibit 3
Page 299

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

Why do you say that?

NEXT

Powered by Dynata

36

Exhibit 3
Page 300

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

○ Yes, companies are affiliated, connected or associated

○ No, companies are not affiliated, connected or associated

○ Not sure / Don't know

NEXT

Powered by Dynata

37

Exhibit 3
Page 301

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

Why do you say that?

NEXT

Powered by Dynata

38

Exhibit 3
Page 302



Exhibit 3
Page 303

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Exhibit 3
Page 304

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

Do you believe that these two products come from the same company/manufacturer/source?

○ Yes, same company/manufacturer/source

○ No, different companies/manufacturer/source

○ Not sure / Don't know

NEXT

Powered by Dynata

41

Exhibit 3
Page 305

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Why do you say that?

NEXT

Powered by Dynata

42

Exhibit 3
Page 306

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

○ Yes, companies are affiliated, connected or associated

○ No, companies are not affiliated, connected or associated

○ Not sure / Don't know

NEXT

Powered by Dynata

43

Exhibit 3
Page 307

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Why do you say that?

NEXT

Powered by Dynata

44

Exhibit 3
Page 308



Exhibit 3
Page 309



Exhibit 3
Page 310

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

Do you believe that these two products come from the same company/manufacturer/source?

○ Yes, same company/manufacturer/source

○ No, different companies/manufacturer/source

○ Not sure / Don't know

NEXT

Powered by Dynata

47

Exhibit 3
Page 311

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

Why do you say that?

NEXT

Powered by Dynata

48

Exhibit 3
Page 312

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

○ Yes, companies are affiliated, connected or associated

○ No, companies are not affiliated, connected or associated

○ Not sure / Don't know

NEXT

Powered by Dynata

49

Exhibit 3
Page 313

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

Why do you say that?

NEXT

Powered by Dynata

50

Exhibit 3
Page 314



Exhibit 3
Page 315



Exhibit 3
Page 316

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

Do you believe that these two products come from the same company/manufacturer/source?

○  Yes, same company/manufacturer/source

○  No, different companies/manufacturer/source

○  Not sure / Don't know

NEXT

Powered by Dynata

53

Exhibit 3
Page 317

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

Why do you say that?

NEXT

Powered by Dynata

54

Exhibit 3
Page 318

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

○ Yes, companies are affiliated, connected or associated

○ No, companies are not affiliated, connected or associated

○ Not sure / Don't know

NEXT

Powered by Dynata

55

Exhibit 3
Page 319

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Why do you say that?

NEXT

Powered by Dynata

56

Exhibit 3
Page 320



Exhibit 3
Page 321



Exhibit 3
Page 322

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

Do you believe that these two products come from the same company/manufacturer/source?

○ Yes, same company/manufacturer/source

○ No, different companies/manufacturer/source

○ Not sure / Don't know

NEXT

Powered by Dynata

59

Exhibit 3
Page 323

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

Why do you say that?

NEXT

Powered by Dynata

60

Exhibit 3
Page 324

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

○ Yes, companies are affiliated, connected or associated

○ No, companies are not affiliated, connected or associated

○ Not sure / Don't know

NEXT

Powered by Dynata

61

Exhibit 3
Page 325

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

Why do you say that?

NEXT

Powered by Dynata

62

Exhibit 3
Page 326

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

Please enter the number 865 in the box below.

NEXT

Powered by Dynata

63

Exhibit 3
Page 327

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

Please read the scenario below and answer the question that follows.

After ordering a product you use on your skin, you receive an email with prominent text stating "Welcome to the Thrive Tribe". After ordering a second product you use on your skin, you receive a second email with prominent text stating "Welcome to the Thrive Tribe".

Based on these emails, do you believe that the two products you ordered are from the same company or companies that are affiliated, connected or associated or from different companies that are not affiliated, connected, or associated?

○ Yes, the products I ordered are from the same company or companies that are affiliated, connected, or associated

○ No, the products I ordered are from different companies that are not affiliated, connected, or associated

○ Not sure / Don't know

NEXT

Powered by Dynata

64

Exhibit 3
Page 328

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

dynata

What is the highest level of school you have completed or the highest degree you have received?

◯ Less than high school degree

◯ High school degree or equivalent (e.g., GED)

◯ Some college but no degree

◯ Associate degree

◯ Bachelor degree

◯ Graduate degree

NEXT

Powered by Dynata

65

Exhibit 3
Page 329

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



66

Exhibit 3
Page 330

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

What is your approximate average household income?

○ $0-$24,999

○ $25,000-$49,999

○ $50,000-$74,999

○ $75,000-$99,999

○ $100,000-$124,999

○ $125,000-$149,999

○ $150,000-$174,999

○ $175,000-$199,999

○ $200,000 and up

○ Rather not say

NEXT

67

Powered by Dynata

Exhibit 3
Page 331

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

# Exhibit J

Exhibit 3
Page 332

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Our Products ⌄    Regenerative Mission    Superplant Skincare    Our Skin Health Philosophy    Ingredients    Blog    Connect with Us



# SENSITIVE SKIN FACE BALM - STRESS DEFENSE - 2 FL. OZ. (60ML)

★★★★★ 9 reviews

$ 16.96

ADD TO CART

- Product Description
- Our Commitments

This natural moisturizer, along with Thrive's Sensitive Skin Face Wash, packs the perfect one-two punch to start your day. This balm delivers the same benefits as our regular Face Balm but was specially designed for Sensitive Skin, damaged from the daily stress and pollution of an active life, Thrives Restoring Face Balm helps hydrate, restore, and protect your face. Our natural formula is made with high-quality plant extracts with no added fragrance that make your skin look and feel healthier.






Exhibit 3
Page 333

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Exhibit 3
Page 334

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





URSA MAJOR

# Fortifying Face Balm

This moisturizer is matte, hydrating, and lightweight, but won't clog pores or create shine.

DEHYDRATION     BLACKHEADS     BREAKOUTS

Good For   Acneic, Combo, Normal, and Oily Skin Types

| 2.5 oz | Add To Bag — $36 |
| --- | --- |

This fast-absorbing balm is a weightless serum-like moisturizer—not at all what you might typically expect from a balm. It doesn't feel sticky or shiny in the slightest, and is a great layering product beneath sunscreen.

3

Exhibit 3
Page 335

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Exhibit 3
Page 336

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Exhibit K

Exhibit 3
Page 337

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Data produced in native format.

Exhibit 3
Page 338

1

# **EXHIBIT 4**

**Exhibit 03**
6/6/2022
Robert Wallace

# EXPERT REPORT OF ROB WALLACE IN THE MATTER OF THRIVE NATURAL CARE, INC. V. LE-VEL BRANDS, LLC

## I. __Introduction__

1.     I was engaged by The McArthur Law Firm, P.C. of Beverly Hills, CA to provide my expert opinion in the matter of Thrive Natural Care, Inc. ("the Plaintiff") versus Le-Vel Brands, LLC., ("the Defendant"). More specifically, I was asked to conduct an empirical study designed to examine whether or not consumers, or potential consumers of skin care products who purchase such items on the Internet would be confused between "Thrive" branded skin care products manufactured by the Plaintiff and "Thrive Skin" branded skin care products manufactured by the Defendant. The Plaintiff's and Defendant's products are hereafter referred to as "the products in question."

2.     The survey methodology involved the use of a "test" versus "control" experimental design where the products of two companies other than the Plaintiff's or Defendant's products served as controls. The use of two different control products (i.e., Wldkat and Ursa Major) served to extend the generalizability of the findings. That is, examining the degree to which two different "control" skin care products are confused with the Plaintiff's products allows stronger validity and reliability in the test method. This is because the degree to which two non-infringing brands are confused with the Plaintiff's "Thrive" products can be compared to the degree to which the Defendant's "Thrive Skin" products are confused with the Plaintiff's products to derive a measure of the relative degree of confusion between the two brands.

3.     The results of this survey are outlined in Appendix 1 of this report and attached as separate documents to this report. The findings of the study show a **degree of average net confusion of 55.6%** between the Plaintiff's "Thrive"

<div align="center">1</div>

Exhibit 4
Page 339

products and the Defendant's "Thrive Skin" products, after being corrected for the average level of confusion observed between the Plaintiff's products and the two control brands.

4.      I was also asked to provide my expert opinions from a branding industry perspective on the issues in this matter, specifically if the Plaintiff followed all branding industry practices in properly marketing and promoting its Thrive® brand and if the Defendant properly promoted and proliferated its products in question.

5.      My opinions consider the information provided to me, the survey findings, and my over 35 years of brand identity and brand valuation experience for a large number of consumer brands.

6.      This report constitutes my findings after review of the materials provided to me.  I reserve the right to supplement my opinions based any additional information that would affect the outcome of my work or provide greater insight into the matters examined.

## II.    <u>Summary of Opinion</u>

7.      Based on my thorough study of the matter, including the results of a court-compliant survey, it is my conclusion that there is significant actual confusion by consumers confusing the Plaintiff's well-established "Thrive" brand with the Defendant's "Thrive Skin" brand.

## III.   <u>Summary of Qualifications</u>

8.      I was the Managing Partner for more than 30 years of one of the branding industry's most respected brand identity strategy and design firms, Wallace Church & Co., where I had specific and significant experience with the

Exhibit 4
Page 340

skin care market.  I am currently the Managing Partner of Best of Breed Branding
Consortium, an omni-channel branding consultancy that also focuses on all the
branding issues involved in this case.

9.    Based on this experience, I have highly specialized knowledge of how
marketers create and establish brands, how consumers interpret brand messaging,
how they develop awareness and perceptions of brands and all the other
marketing/branding issues in this case.

10.    As outlined in my Curriculum Vitae, in Appendix 3 of this report, I
have been actively involved in hundreds of brand naming, brand identity, brand
messaging, product design, package design and web development assignments for
dozens of leading consumer product and service companies.  For example, my firm
and I have developing brand messaging for such companies as Coca-Cola, Procter
& Gamble, PepsiCo, Pfizer, Nestle, Johnson & Johnson, PNC Bank, Target and
more than 100 additional national and global brand owners.

11.    Of specific relevance to the products in question, I have also been
involved in consulting with numerous skin care and personal care brands such as
L'Oréal, Revlon, Dove, Jergens, and several other skin care companies of equal
caliber. In these assignments my team and I created the brand identities in the for of
their graphic package design.  We also provided strategic direction on their brand
messaging that was then used to integrate advertising, social media, promotion and
all other brand messaging.

12.    As part of these assignments, I participated in developing, fielding
and/or analyzing well over one thousand consumer surveys and research projects.
As a result, I have unique knowledge of how brand identity, package design and
brand messaging affect consumer perceptions, how they shape consumer
relationships with brands and how they drive consumer purchasing.

3

Exhibit 4
Page 341

13.     I served on the Board of Directors of The Design Management Institute, the largest global organization in the brand design and strategy industry, for 10 years.  There I founded and co-chaired the Design Value Project, which focused on determining the return on investment of brand messaging and brand identity.  As such I have been referred to as "the thought leader in quantifying brand design's value."  I have delivered keynote presentations on this topic at more than 50 branding industry symposia across the US, Canada, Europe, Latin America and Asia. I have lectured at the graduate level of The Columbia School of Business, The SVA Masters in Branding Program, Georgetown University, University of Texas, Seton Hall and other educational institutions.  My full Curriculum Vitae is attached in Appendix 3 of this report.

## IV.     <u>Investigation Performed</u>

14.     I have received and reviewed the documents outlined in Appendix 1 of this report.  I also designed, oversaw the implementation and analyzed the results of a consumer survey outlined in Appendix 2 of this report.

## V.      <u>Compensation</u>

15.     I am being compensated in connection with my engagement in this proceeding at the rate of $400 per hour for report writing and $500 per hour for deposition and trial testimony. I have received no additional compensation for my work in this proceeding. My compensation is in no way dependent upon the outcome of this proceeding.

## VI.     <u>Previous Testimony and Expert Opinons</u>

16.     My testimony and opinions have been accepted by and admitted in

4

Exhibit 4
Page 342

proceedings both before the U.S. District Courts and also the USPTO Trademark
Trial and Appeal Board (also known as the "TTAB").  I have served as an expert
witness on more than 60 cases concerning intellectual property infringement,
trademark and trade dress infringement, marketing research, false or deceptive
advertising and brand messaging, and other marketing/branding industry issues. In
such capacity I have designed and conducted court-compliant surveys for many of
these cases. I have been deposed and/or testified in court as an expert witness more
than 30 times. My substantial experience in branding, marketing and survey
development provides me with the background necessary to prepare and analyze the
survey described in this declaration. A listing of my recent legal expert witness
cases is attached as Appendix 4 of this report.


## VII.    Summary of the Case

### A.    The Plaintiff filed for and received registration of its THRIVE trademark years before the Defendant's infringing products were launched.

17.    I understand Plaintiff created its Thrive brand of skin care products in
or about 2012-2013, applied for federal trademark protection of the term
"THRIVE" on September 11, 2012, and in January of 2014 the first of two federal
trademarks was registered under U.S. Trademark Reg. No. 4,467,942 for THRIVE
in International Class 003 for "Non-medicated skin care preparations, namely,
facial lotions, cleansers and creams, creams and oils for cosmetic use, skin
moisturizers; pre-shaving preparations; after shave lotions and creams."

18.    In September of 2020, the Plaintiff received an additional registration,
U.S. Trademark Reg. No. 6,164,303 for the additional products of "Body and non-
medicated soaps and skin cleansing gels; cosmetic sun care preparations and
sunscreens; shaving creams and gels; pre-shaving preparations; after shave lotions

Exhibit 4
Page 343

and creams."  The Plaintiff has also applied for a third trademark application, U.S. Serial No. 90/198,496, to officially register other skincare products that it already sells or which are within the natural zone of expansion of its current registered and common law trademark rights.

19.    To my knowledge the Defendant began using the term "Thrive Skin" for the products in question in or about April of 2019, a full five years after the Plaintiff had registered the first of their trademarks.

20.    In my view the Defendant's products in question are targeted to the same relevant consumer and directly compete in the same class of trade with the Plaintiff's products.  The products are identical in nature.  The Plaintiff sells face wash, body scrub, face lotion, body soap, and moisturizer under its "Thrive" brand. The Defendant sells the exact same types of products under its "Thrive Skin" brand. I note that both parties market their skincare products as containing functional plant derivatives, with the Plaintiff's packaging referring to "powerful plants" and the Defendant's packaging referring to the product being "[e]nriched with CBD Oil." The parties both advertise on-line and on the same social media sites such as Instagram.  They both sell through their online stores, their websites appear near each in Google search results, and their products can be found together on eBay. Based on these facts, it is my opinion that these products provide the same consumer benefit, they are positioned to and targeted at the same consumer, and they directly compete with one another for sales and recognition.

### B.    The Plaintiff followed branding industry accepted practices in establishing and building the recognition of its Thrive® brand.

21.    Based on my analysis of the Plaintiff's branding practices as outlined in the documents reviewed, I find that the Plaintiff has adhered to industry-accepted practices in establishing, promoting and protecting their Thrive® brand.

Exhibit 4
Page 344

22.     Since the time of its creation, the Plaintiff has used its "Thrive"
trademark consistently in all of its brand communications including on product
packaging, promotional material and on the Plaintiff's website.  The brand name
has never varied from its trademarked term.  The Plaintiff has invested a substantial
amount of money, time and resources into promoting its Thrive® brand.  The
Plaintiff has communicated its unique brand via marketing agencies, public
relations firms, social media such as Instagram and Facebook, and through the
company's website blog and online articles. As outlined in the complaint, the brand
has been promoted through numerous media channels. As a result of these efforts,
the Plaintiff has secured partnerships with retailers such as Amazon, Whole Foods
and others to sell their products.  It currently generates approximately $1 million in
annual sales, despite being a small company with few employees.  Based on my
expertise in the skin care category, all of these accomplishments prove the success
of the Plaintiff's brand.

## VIII.  Survey Design

23.     In order to form and substantiate an opinion on the likelihood that the
relevant consuming public might confuse the products in question, I conducted a
court-compliant survey.  The design and results of the survey conducted for this
report are discussed in detail in the following pages. Please see the full survey and
its tabulated results and raw data in Appendix 1 and the additional documents filed
with this report. The survey was conducted between February 8 and 20, 2021.

24.     The empirical study was designed to measure confusion between the
Plaintiff's Thrive products and the Defendant's Thrive Skin products, inclusive of
source and association or connection. Overall confusion was measured by adding
these two empirical estimates together while subtracting the average of two controls

that examined confusion between the Plaintiff's products and products (controls) that were not the focus of this dispute. The approach required two separate events to occur before a given individual could be classified as confused. First, the individual respondent had to indicate that either they believed that (1) the products came from the same manufacturer; or respectively that (2) they came from two different manufacturers who had some association or connection with one another.

25.     I designed the survey screener and questionnaire.  The survey was conducted under my direction in accordance with the principles and standards delineated in the Manual for Complex Litigation, Fourth Edition, 2004, prepared for the Federal Judicial Center.  These principles provide the best assurance that the data collected is valid and can be relied upon to draw conclusions regarding consumer opinions. These principles provide that:

a) The proper universe(s) should be properly chosen and defined;
b) The sample of respondents chosen from the proper universe should be representative of that population;
c) The questions asked should be clear and not leading;
d) The data gathered should be accurately reported;
e) The data should be analyzed in accordance with accepted statistical principles;
f) The surveys should be conducted by qualified persons following proper interview procedures;
g) The surveys should be conducted in anticipation of litigation and by persons not connected with the parties or counsel or by persons aware of its purpose in the litigation.[1]

26.     The survey is based on the "*Squirt* methodology"[2] found acceptable by

---

[1] Reference Manual on Scientific Evidence, Third Edition West Group, St. Paul, MN, 2011

[2] *Squirtco v. Seven-Up Co.*, 628 F.2d 1086 (8th Cir. 1980).

8

Exhibit 4
Page 346

the Ninth Circuit and designed to conform to the survey design preference of the Patent and Trademark Office Trademark Trial and Appeal Board.  This survey format seeks to "replicate the consumer experience."  It allows the consumer to see examples of both products in question concurrently – among a line-up of additional control products – as if these consumers were able to engage both products in question during the same purchase experience, which is the case here.  In this case, both the Plaintiff and Defendant sell the products directly to consumers on their websites: https://thrivecare.co/products/restoring-face-balm-for-sensitive-skin and https://le-vel.com/Products/THRIVE/Skin.

27.     If a consumer shopping for skin care products online had two web browser tabs open, which is a common experience, they could engage both products in question adjacent to one another, which qualifies this case to use the *Squirt* methodology.

28.     The sample selection, questions, questionnaire design, and interviewing procedures employed in the surveys are designed in accordance with the generally accepted standards and procedures to meet the criteria for survey trustworthiness detailed in the Manual for Complex Litigation. This includes the choice of close-ended answers in the screener so as not to bias the respondent or make them aware of the screener criteria.

29.     This test includes primary and control questions where the infringing material is eliminated so as to determine the level of confusion specifically caused by the infringing brand name and to extract any predetermined perceptions, or what the survey industry refers to as "survey noise."  As mentioned, all respondents saw the products in question in a lineup of four products including two control products, which are manufactured and sold by unrelated third parties.  All four product, the products in question and the two control products, were then analyzed in

9

Exhibit 4
Page 347

comparison to one another. All stimuli was randomized to prevent order bias.

### A.    Proper Qualifying Universe

30.    Addressing operational issues, the Reference Manual on Scientific Evidence, Third Edition West Group, St. Paul, MN, 2011 ("Reference Manual"), prepared for the Federal Judicial Center, states on page 376, "One of the first steps in designing a survey or in deciding whether an existing survey is relevant is to identify the target population (or universe). The target population consists of all elements (i.e., objects, individuals, or other social units) whose characteristics or perceptions the survey is intended to represent."[3]

31.    Given the products at issue, I determined that the appropriate universe for this survey would be comprised of 600 men and women between 18 and 65 who (a) have purchased skin care products on the internet within the last 6 months, (b) plan to do so again within the next 6 months, (c) have used the Internet to search for products or services within the last month, (d) did not work in a related industry or have a close relative that did so, and (e) speak fluent English.

32.    I determined that that questions below were proper screening questions for this survey. The type in bold and parenthesis indicates direction on if these responses qualify the respondent to proceed with the survey. Respondents did not see these instructions. Please see the document listed in Appendix 1 for "screen grabs" of what the respondents actually saw.

1. *What is your age?*
   - *18 or younger (**Terminate interview**)*
   - *18-20*
   - *21-29*
   - *30-39*

---

[3] Reference Manual on Scientific Evidence, Third Edition West Group, St. Paul, MN, 2011

Exhibit 4
Page 348

- *40-49*
- *50-59*
- *60-65*
- *66 or older (**Terminate interview**)*

*2. In the last 6 months have you purchased skin care products for your own use?*
- *Yes (**Proceed**)*
- *No (**Terminate interview**)*

*3. In the past 6 months, where have you purchased skin care products? (check all that apply)*
- *Internet*
- *Beauty supply store*
- *Retail outlet*
- *Other*
**(Terminate if the user does not select Internet)**

*4. In the next 6 months do you plan to purchase skin care products for your own use?*
- *Yes (**Proceed**)*
- *No (**Terminate interview**)*

*5. In the next 6 months, where do you plan to purchase skin care products? (check all that apply)*
- *Internet*
- *Beauty supply store*
- *Retail outlet*
- *Other*
**(Terminate if the user does not select Internet)**

33.     A series of control questions were then asked of all participants so as not to bias their responses by thinking that this survey was only about skin care products.  All responses to these control questions qualified the respondent to proceed with the survey.

*7. In the last 6 months, where did you purchased dental care products? (check all that apply)*
- *Internet*
- *Beauty supply store*
- *Retail outlet*
- *Other*

*8. In the next 6 months do you plan to purchase dental care products for your own use?*
- *Yes*
- *No*

*9. In the next 6 months, where do you plan to purchase dental care products? (check all that apply)*
- *Internet*
- *Beauty supply store*
- *Retail outlet*
- *Other*

34.     A final follow up question further confirmed that all qualified respondents had recently purchased products or services on the internet:

*10. In the past month have you used the Internet to search for products or services?*
- *Yes (**Proceed**)*
- *No (**Terminate interview**)*

35.     Respondents who were likely to have atypical knowledge of these brands or this industry were excluded, including individuals employed by an advertising agency, a consumer research firm, or a personal care product manufacturer, retailer, or distributor. Respondents whose family members were employed in these occupations were also excluded.  Because the stimuli should be viewed at an appropriate size, anyone who was taking the survey on a tablet or a phone was disqualified and only those taking the survey on a laptop or desktop

12

Exhibit 4
Page 350

computer were permitted to proceed.

36.     Based on my experience and credentials as a survey expert, it is my opinion that the respondents meeting this survey's screening requirements are representative of the relevant consuming public for both the Plaintiff's and the Defendant's products.

### B.     Sample Size

37.     The Reference Guide to Survey Research states on page 377 that, "The surveyor's job generally is easier if a complete list of every eligible member of the population is available so that the sampling frame lists the identity of all members of the target population."[4] A sample drawn at random from such a list would be a true probability sample. A complete list of all members of the universe for this inquiry was obviously not available, which means that a true probability sample was not possible. That is, there does not exist an exhaustive list of every person over the age of 18 who meet all of the occupational screening requirements.

38.     Therefore, a non-probability sample of 600 qualified respondents was used for the survey. Non-probability samples of this size are and have been used to make consequential academic and business decisions and are also accepted into evidence in courts throughout the country.

### C.     Interviewing Medium – On-Line Survey

39.     The Council of American Survey Research Organizations reported that in 2012 their members conducted more surveys via the Internet than by all other methods combined. As an example of its pervasiveness, Internet surveys were conducted 10 times more often than mall intercept surveys. The use of Internet

---

[4] Reference Guide on Survey Research,  Shari Seidman Diamond, West Group, St. Paul, MN, 2011, pp 377

Exhibit 4
Page 351

surveys is thus "in accordance with generally accepted standards of procedure in the field."[5]

40.    The Internet was an especially appropriate interviewing medium for the inquiries in this survey because it required showing specific stimuli in a specific order to a representative sample of respondents meeting the screening requirements previously discussed. Additionally, and importantly: (a) personal interviews would have been prohibitively expensive, time consuming, and dangerous to perform during a worldwide pandemic, (b) telephone interviews would not have been possible because of the previously noted requirement to present visual stimuli, and (c) both the Plaintiff and Defendant use the Internet as a vehicle for advertising and promoting their products/services.

### D.    Sophistication of the Respondent Paneling and Survey Fielding Teams

41.    The survey was fielded by the internet survey firm, Illume, Inc.  Illume is widely respected in the marketing research industry and has created hundreds of surveys that have been accepted by the courts and more than one thousand surveys for the marketing and branding industries. Illume programmed the study using the Sawtooth Software's Lighthouse Studio software suite as it does to program all of its surveys. Sawtooth Software has been providing market research data collection and analysis software since 1983. It uses IBM's SPSS software for data analysis. SPSS has been widely used for over 50 years and recognized as the forerunner in data analysis software. Illume also uses Sawtooth Software's web hosting services for hosting all of their surveys. All surveys are secure using TLS 1.2, AES with 128

---

[5] https://www.insightsassociation.org/issues-policies/glossary/council-american-survey-research-organisations-casro

14

Exhibit 4
Page 352

bit encryption (High); ECDH_P256 with 256 bit exchange, which ensures optimal security.[6]

42.     Illume coordinated the respondent recruitment using the paneling firm Innovate MR. Innovate MR recruited respondents from a diverse blend of channels to ensure representativeness, including both online and offline publishers, social networks like Facebook, web and SMS databases, advertising networks, and television ad placement. They uses a dynamic profiling system that captures and localizes data points based on geography and tracked respondent behavior longitudinally using advanced algorithmic solutions designed to evaluate their profile on an ongoing basis, which ensures accuracy and authenticity is maintained.[7]

### E.     "Double Blind" Protocol

43.     Because of the way the questions were crafted and because at no time were the parties' names or identities disclosed or revealed to Illume or Innovate MR, neither the survey programmer nor the respondents knew the purpose of the survey. That is, no question suggested the survey's sponsor or purpose. This "double blind" protocol means that neither the programmer nor the respondents could intentionally or unintentionally influence the results.

44.     In my expert opinion, all seven of the standards delineated in the Manual for Complex Litigation, Fourth Edition, 2004[8] were observed in this survey. Furthermore, the following additional safeguards were observed:

     a.  Respondents were told to view the stimuli as if they were considering

---

[6] http://www.illume-research.com/aboutus.html

[7] https://www.innovatemr.com/panels/consumer-panel/

[8] Manual for Complex Litigation, Fourth Edition, 2004

15

Exhibit 4
Page 353

buying it; that is, it was presented in a purchasing context.

b. Respondents were told that it was permissible to have no opinion about a subject, and thus that they should not feel the need to guess at an answer.

c. Persons who had potentially atypical knowledge because of their occupation were excluded from the survey.

d. A control protocol was used to account for survey "noise."

e. Finally, the survey was "double blinded": neither the survey company nor the respondents knew the sponsor or the purpose of the study; thus, neither could influence the results, if even unwittingly.

### F. Qualifying Questions

45. The survey begins with a welcome statement that ensures the respondent that their responses will be kept confidential.

> *"Welcome and thank you for agreeing to take part in our survey! Please be assured that all of your answers will be kept strictly confidential and are reported in aggregate only."*

46. Qualifying questions continued to ensure that all responses were genuine, honest and not aided by outside knowledge.

> *"Will you agree to answer the questions without help or assistance, answer truthfully and do not guess?*
> - *Yes*
> - *No*

Those who answered "No" were terminated from the interview and their responses were not tabulated in the results.

47. Two qualifying questions ensured that the responses were wearing contacts or eyeglasses if they needed them:

> *"Do you need contacts or glasses for reading?"*
> - *Yes*
> - *No*

> *"If so, will you be wearing them when completing the survey?"*

16

Exhibit 4
Page 354

- *Yes*
- *No*

Those who responded that they needed contacts or glasses but would not guarantee that they would be wearing them during the test were terminated from the survey and their responses were not tabulated in the results.

48.     Lastly, a final qualifying question further ensured the honesty of the responses and prevented guessing, acknowledging that it was appropriate to state that you don't know the answer rather than guess.

> *"Please understand that we are only interested in your opinions or beliefs; and if you don't have an opinion or belief or don't know the answer to a question, that is an acceptable answer. Do you agree not to guess or get information from anyone else, from the internet or any other source?"*
> - *Yes*
> - *No*

Those who answered "No" were terminated from the interview and their responses were not tabulated in the results.


**G.     Likelihood of Confusion Questions**

49.     Respondents were then provided with a lead-in statement encouraging respondents to view the following imagery as if they were shopping for the products shown, so as to best replicate the purchase experience.

> *You are about to see images of four products, each featured as you would see them when purchasing them.*
>
> *Please view the following images as if you were shopping for these products with the possible intent to purchase them. For the questions, if you do not have an opinion or are unsure of your opinion, it's perfectly all right to say so.*

After reading the text above, when respondents clicked on the "Continue" button,

17

Exhibit 4
Page 355

all 600 respondents were presented with the following images, consisting of screenshots of the product manufacturer's point of sale website, in random order to prevent order bias.

### Image 1





**SENSITIVE SKIN FACE BALM - STRESS DEFENSE - 2 FL. OZ. (60ML)**

★★★★★ 9 reviews

$ 16.96

ADD TO CART

- Product Description
- Our Commitments

This natural moisturizer, along with Thrive's Sensitive Skin Face Wash, packs the perfect one-two punch to start your day. This balm delivers the same benefits as our regular Face Balm but was specially designed for Sensitive Skin, damaged from the daily stress and pollution of an active life, Thrives Restoring Face Balm helps hydrate, restore, and protect your face. Our natural formula is made with high-quality plant extracts with no added fragrance that make your skin look and feel healthier.

   

18

Exhibit 4
Page 356

## Image 2

VIEW DETAILS
THRIVE SKIN - Infinite CBD Correcting Serum
Price: $62.00
Autoship Program
0
Today's Order
0
VIEW DETAILS
THRIVE SKIN - Infinite CBD Correcting Serum(1.0 fl oz)
A balance of nature, science and CBD innovation, working harmoniously to provide a luxurious high performance Facial Serum. Excellent for all skin types, this proprietary Serum helps reduce the negative results of oxidative stress (such as redness, fine lines, and skin roughness), increases moisture and reduces the appearance of lines and wrinkles.
Autoship Program (0): USD $0.00
Today's Order (0): USD $0.00
Empty Cart
Continue Order

## Image 3





URSA MAJOR

# Fortifying Face Balm

This moisturizer is matte, hydrating, and lightweight, but won't clog pores or create shine.

DEHYDRATION    BLACKHEADS    BREAKOUTS

**Good For**   Acneic, Combo, Normal, and Oily Skin Types

| 2.5 oz | Add To Bag — $36 |
|--------|------------------|

This fast-absorbing balm is a weightless serum-like moisturizer —not at all what you might typically expect from a balm. It doesn't feel sticky or shiny in the slightest, and is a great layering product beneath sunscreen.

## Image 4



50.     This was followed by an additional screening question to ensure that respondents were paying full attention and taking the survey in earnest.

> *What type of products were shown in the images you just reviewed?*
> - *Detergent*
> - *Shampoo*
> - *Skin care products*
> - *Pet food*
> - *Don't know/no opinion*

Any responses that did not check skin care products were terminated from the survey.

51.     This attention-check question was followed by the primary statement:

> *All of these products can be purchased online, but we are interested in who you believe makes each of these products, meaning their manufacturer or source.*

After reviewing this statement, images of two of the four products were then shown in a pair, adjacent to one another.  This was repeated until each respondent had the opportunity to compare each of the four products to the other three products on a one-to-one basis. This allowed respondents to directly compare all four products to one another.  These pairings of imagery were done in random order to prevent order bias.  After each pair of images were shown, respondents were asked:

> *Do you believe that these two products come from the same company/manufacturer/source?*
> - *Yes, same company/manufacturer/source?*
> - *No, different companies/manufacturers/sources?*
> - *Not sure/ don't know*

52.     The survey then asked the open-ended question, "Why do you say that?" so as to get a better understanding of the rationale behind the respondent's

<div align="center">22</div>

Exhibit 4
Page 360

earlier answer and to serve as a way of extracting survey noise or nonsensical answers.

53.    Those who answered "Different companies/manufacturers/sources" to the prior question were then asked a follow up question:

> *If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?*
> - *Yes, companies are affiliated, connected or associated*
> - *No, companies are not affiliated, connected or associated*
> - *Not sure/ don't know*

Again, this was followed by the open-ended question, "Why do you say that?" so as to get a better understanding of the rationale behind their earlier answer.

54.    The questions regarding point-of-sale images of the products were followed by a written scenario and follow-up question, which was presented to the respondents as follows:

> *Please read the scenario below and answer the question that follows.*
>
> > *After ordering a skin care product, you receive an email with prominent text stating "Welcome to the Thrive Tribe". After ordering a second skincare product, you receive a second email with prominent text stating "Welcome to the Thrive Tribe".*
>
> *Based on these emails, do you believe that the two products you ordered are from the same company or companies that are affiliated, connected or associated or from different companies that are not affiliated, connected, or associated?*
> - *Yes, the products I ordered are from the same company or companies that are affiliated, connected, or associated*
> - *No, the products I ordered are from different companies that are not affiliated, connected, or associated*
> - *Not sure/ don't know*

This scenario is based on facts specific to the way the term "Thrive Tribe" is used

by both the Plaintiff and the Defendant. At the time respondents received this scenario and question, they were not able to go back to prior questions they had already answered. This prevented respondents from revising their answers regarding the product images after they had received additional information about the "Thrive Tribe" usage.

55. After having completed the product-specific questions, the respondent was provided with a request which directed them to enter the number 865 into the space below the request. This was yet another check for the integrity and trustworthiness of the responses, since if the individual queried did not do as requested, they were eliminated from the sample due to an attention deficit rationale which could have adversely reflected the quality of the answers previously given.

56. Lastly, all respondents were asked a series of demographic questions about their gender, the highest level of schooling they had achieved, what state they lived in, and their approximate household income level.

## H.     Use of Controls and Net Confusion Scores

57. Specific effort was made to be objective by recognizing potential, albeit inadvertent, biases and accounting for each of them beforehand. These responses are what researchers refer to as "noise," that is, any exogenous and difficult-to-measure issues such as respondents' preconceived opinions and/or those who had recently encountered the stimuli and have an unnaturally heightened awareness of it beyond the general public, and so forth.

58. The Reference Guide on Survey Research states, that the control group view the same stimuli without the allegedly deceptive material.[9] As mentioned

---

[9] Reference Guide on Survey Research, Shari Seidman Diamond, Third Edition West Group, St. Paul, MN, 2011, pg. 398.

24

Exhibit 4
Page 362

earlier, there were two images of two control products that did not feature the Thrive brand name. The survey was able to determine the level of confusion that these control products had with the Plaintiff's product. This level of confusion as then subtracted from the confusion reported between the products in question to result in net confusion." This is further described in the following section.

## IX. TABULATED RESPONSES

### A. A significant majority of respondents believed that the products in question are from the same company, manufacturer, or source

59. The tabulated results in the chart below compare the level of confusion reported among each of the four pairs of products. Of specific interest, the products in question indicate a level of perceived confusion among 397 of the 600 respondents or **66% of all respondents**.

**Q18a - Do you believe that these two products come from the same company/manufacturer/source?**

| | Thrive v. THRIVE SKIN | Thrive v. Ursa Major | Thrive v. WLDKAT | THRIVE SKIN v. Ursa Major | THRIVE SKIN v. WLDKAT | Ursa Major v. WLDKAT |
|---|---|---|---|---|---|---|
| | (A) | (B) | (C) | (D) | (E) | (F) |
| Total | 600 | 600 | 600 | 600 | 600 | 600 |
| | 100% | 100% | 100% | 100% | 100% | 100% |
| Yes, same company/manufacturer/source | 397 | 40 | 61 | 68 | 60 | 38 |
| | 66% | 7% | 10% | 11% | 10% | 6% |
| | **BCDEF** | | **BF** | **BF** | **bF** | |
| No, different companies/manufacturer/source | 100 | 418 | 407 | 383 | 420 | 420 |
| | 17% | 70% | 68% | 64% | 70% | 70% |
| | | **AD** | **A** | **A** | **AD** | **AD** |
| Not sure / Don't know | 103 | 142 | 132 | 149 | 120 | 142 |
| | 17% | 24% | 22% | 25% | 20% | 24% |
| | | **Ae** | **a** | **Ae** | | **A** |

Comparison Groups: ABCDEF
T-Test for Means, Z-Test for Percentages
Uppercase letters indicate significance at the 99% level.
Lowercase letters indicate significance at the 95% level.

60. This measure is accurate at the 99% level of confidence, meaning if this survey were taken 100 times, 99 of those surveys would show the same result. This reaffirms the significance of this finding and its strong support for the conclusion that the Defendant's products cause actual confusion among the relevant public.

61. Additional proof of actual confusion can be found in the responses to the follow up question where those who answered different companies where then asked if they believed that these companies/manufactures/sources were affiliated, connected or associated with one another.

Q20a - If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

| | Thrive v. THRIVE SKIN | Thrive v. Ursa Major | Thrive v. WLDKAT | THRIVE SKIN v. Ursa Major | THRIVE SKIN v. WLDKAT | Ursa Major v. WLDKAT |
|---|---|---|---|---|---|---|
| | (A) | (B) | (C) | (D) | (E) | (F) |
| Total | 100 | 418 | 407 | 383 | 420 | 420 |
| | 100% | 100% | 100% | 100% | 100% | 100% |
| Yes, companies are affiliated, connected or associated | 14 | 22 | 28 | 26 | 27 | 26 |
| | 14% | 5% | 7% | 7% | 6% | 6% |
| | bcdef | | | | | |
| No, companies are not affiliated, connected or associated | 56 | 231 | 215 | 206 | 225 | 232 |
| | 56% | 55% | 53% | 54% | 54% | 55% |
| Not sure / Don't know | 30 | 165 | 164 | 151 | 168 | 162 |
| | 30% | 39% | 40% | 39% | 40% | 39% |
| | | | a | | a | a | a |

Comparison Groups: ABCDEF
T-Test for Means, Z-Test for Percentages
Uppercase letters indicate significance at the 99% level.
Lowercase letters indicate significance at the 95% level.

62. Here again, among those 100 respondents, 14 of them believed that the companies who manufacture the Plaintiff's and the Defendant's products in question are affiliated. This finding is accurate at the 95% level of confidence

63. When the 397 respondents who believe that the products in question are from the same source are added to the 14 who believe that they are from affiliated sources are added, it results in **411 of the 600 total respondents** or

26

Exhibit 4
Page 364

**68.5%** of respondents who report actual confusion among the products in question. This is an exceptionally high level of confusion, in fact, in my experience, it is among the highest level of confusion in any survey that I have performed as an expert witness.

### B. Net confusion scores also show an exceptional level of confusion

64. As mentioned, in order to extract the level of confusion caused exclusively by the Defendant's use of the "Thrive" name at issue, the average confusion scores from the control set are subtracted from the primary set scores to result in what the industry refers to as an average "net confusion" score.[10]

65. The survey results report a level of confusion between the Plaintiff's product and the Ursa Major product of 66 respondents of the 600 questioned or 11% of all respondents who believed that these products come from the same source or from different but affiliated sources. The results show a level of confusion between the Plaintiff's product and the Wldkat product of 89 respondents of the 600 questioned or 14.8% of all respondents who believed that these products come from the same source or from different but affiliated sources. When these numbers are averaged, the resulting average level of control confusion is 12.9%.

66. When this 12.9% is subtracted from the primary set's 68.5% level of confusion, it results in an average net confusion score of **55.6%,** or a clear majority of all respondents who believe that the products in question are confusingly similar. Again, this measure refers only to the net confusion when compared to the highest level of confusion with a control product. The other control products show less confusion, and therefore, a higher net confusion score.

---

[10] Reference Guide on Survey Research, Shari Seidman Diamond, Third Edition West Group, St. Paul, MN, 2011

27

Exhibit 4
Page 365

### C. Typical open-ended responses indicate that the Thrive name causes this significant confusion

67.      As mentioned, responses to the open-ended questions, *"Why do you say that?"* further confirm the rationale behind the respondents' answers. Typical responses to these questions include reference the name of the products in question, Thrive, as driving this confusion. The following direct quotes are indicative of the very many responses that reference the products' name, Thrive, as causing this confusion:

- *They both say Thrive.*

- *They were both from Thrive*

- *Both manufacturered [sic] by "thrive"*

- *They have same name*

- *both the websites said Thrive*

- *They  both say "Thrive" at the top of the bottles, which seems to indicate that is who made them.*

### D. Extracting possibly questionable responses still indicates exceptional levels of confusion.

68.      I reviewed all of the open-ended questions to determine if any of them were nonsensical or communicated an extraordinary knowledge of this case so as to be termed survey noise.  I found only two responses that possibly could be indicative of a respondent not taking the survey in earnest.  Respondent 75 indicated a response of "cbd" and respondent 596 indicated a response of "premium quality".  I believe that these two responses could prove to be authentic, in that the Defendant's product promoted its use of "CBD" which corresponds to Plaintiff's "plant powered" Thrive product. Furthermore, Defendant's product could have been

28

Exhibit 4
Page 366

perceived by the second respondent to be a higher priced "premium quality" version of the Plaintiff's brand.

69.     However, even if out of an abundance of caution I extract these two respondents' data from the overall data findings, it results in two fewer respondents showing "same company" confusion or **68.39% rather than 68.5%** primary confusion or **52.49% rather than 55.6%** net confusion.  Regardless of whether these two responses were either genuine or not, their impact on the overall level of confusion is negligible.

## XII.  CONCLUSION

70.     The results of a well-conducted experimental design with the appropriate controls revealed a significant degree of confusion between the Plaintiff's "Thrive" branded products and the Defendant's "Thrive Skin" branded products. The level of confusion amongst the target market was shown to be 55.6%. It is my professional opinion that this level represents significant confusion above the noise level and suggests that, when purchasing, consumers are likely to confuse the Plaintiff's skin care products with the Defendant's skin care products.

71.     I hold these opinions within a reasonable degree of certainty based on the survey results, and my 35-plus year experience in the branding industry. I respectfully reserve the right to amend this declaration with further comments in the event that additional information becomes available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 2, 2021.

_____
Rob Wallace

29

Exhibit 4
Page 367

**Appendix 1:  Survey Data – filed as separate documents with this report**

The spreadsheets of the raw data and tables were too large to include in this report. The following separate documents were attached to this report when filed:

Thrive Survey Printout.pdf

Thrive Final Raw Data.xlsx

Thrive Tabs.xlsx

Thrive Compare Tabs

30

Exhibit 4
Page 368

**Appendix 2: Documents Reviewed**

Level Thrive Complaint

Reference Manual on Scientific Evidence, Third Edition West Group, St. Paul, MN, 2011

Squirtco v. Seven-Up Co., 628 F.2d 1086 (8th Cir. 1980).

Reference Guide on Survey Research,  Shari Seidman Diamond, West Group, St. Paul, MN, 2011

https://www.insightsassociation.org/issues-policies/glossary/council-american-survey-research-organisations-casro

http://www.illume-research.com/aboutus.html

https://www.innovatemr.com/panels/consumer-panel/

Manual for Complex Litigation, Fourth Edition, 2004

31

Exhibit 4
Page 369

**Appendix 3: Curriculum Vitae of Robert Wallace**

**Rob Wallace   Expert Witness: Brand identity**

917-860-0319
Rob@bestofbreedbranding.com
www.RobWallaceExpert.com

As the former managing partner of Wallace Church, Inc., one of the most recognized and accomplished brand identity strategy and design consultancies, I have more than thirty years of expertise in all aspects of branding strategy and design analysis for national and global brands. My core expertise is the ability to create and differentiate brand experiences that drive consumer awareness and purchase behavior.

Clients include Procter & Gamble, Coca-Cola, Unilever, Pfizer, Dell, Pepsico, Revlon, Target, The Home Depot, Johnson & Johnson, Bacardi, E&J Gallo, Mattel, Anheuser Busch, PNC Bank, Kroger, L'Oreal, Scotts/Miracle Gro and more than 40 national/global consumer product marketers of equal caliber.

**Areas of Expertise:**
Trademark/Trade Dress
Package/Product Design
Licensing
Intellectual Property Marketing Strategy
Brand Communications
Visual Brand identity
Advertising Claims
Consumer Research
Copyright Damages
Consumer Research
Planning/Analysis

**Industry Experience:**

| | |
|---|---|
| Food | Personal Care |
| Beverage | OTC and Rx Drugs |
| Home Products | HBA/Beauty Care |
| Wellness | Technology Brands |
| Toys/Sporting Goods | Hard Goods |
| Beer/Wine/Spirits | B to B |
| Apparel | Retailer Brands |
| Financial Services | |

**Background:**
Best of Breed Branding Consortium, LLC                June 2014 – Present
Managing Partner
- Actively manage a consortium of branding communications consultancies.
- Provide strategic consulting on all branding issues including brand name development, brand identity, graphic and structural package design, trademark and copyright development, and integration across advertising and all other brand communications.

Wallace Church, Inc.,                                 1985 – June 2014
Managing Partner, Strategy
- Actively manage one of the world's most respected brand identity design consultancies.
- Provide strategic consulting on all branding issues including brand name development, brand identity, graphic and structural package design, trademark and copyright development, and integration across advertising and all other brand communications.

Peter Cris Advertising, Inc., New York, NY          1984 – 1985
Vice President, Marketing
- Provided both the strategic and creative force for this regional advertising agency.
- Acted as primary liaison between clients and creative department.

Modular Marketing, Inc., New York, NY              1982 – 1984
Senior Account Manager
- Managed select client relationships through all creative and strategic aspects of project management for this marketing communications consultancy.
- Designed and developed brand promotion programs, corporate communications and brand identity assignments.

Grey Advertising, Inc., New York, NY               1981 – 1982
Senior Account Manager
- Actively participated in one of the world's largest advertising agencies through the Market Horizons function, consulting with core clients on advertising and new brand communications opportunities.

**Education:**
MBA coursework, The New School, New York, NY        1981 – 1983
BA, English, Gettysburg College, Gettysburg, PA     1977 – 1981

**Professional Activities:**
- Expert speaker on brand identity design at more than 40 marketing, design and research industry events across the US, UK, Europe, Latin America and Asia
- Author of numerous articles and published case histories on brand identity design in the Wall Street Journal, Forbes, Marketing Week, Design Management Journal, Package Design Magazine and numerous other publications,
- Co-Author "Really Good Package Design Explained," Rockport Press, 09
- Lecturer on brand identity at Columbia Business School, Georgetown University, Seton Hall, University of Texas, School of Visual Arts Masters in Branding and other MBA programs of leading universities
- Board of Directors, Design Management Institute, 2010-Current
- Co-Chair of the Design Management Institute Design Value Project, 2012-Current
- Distinguished Faculty Member, Path to Purchase Institute, speaker at national conference for the last 8 years
- Founder "The Strategic Design Firm Leadership Summit" attached to the BXP Live event

33

Exhibit 4
Page 371

**Professional Memberships:**

Board of Directors, the Design Management Institute,
Co-Chair Design Value Project, the Design Management Institute
Distinguished Faculty, Path to Purchase Institute
American Marketing Association
Color Marketing Group
American Institute of Graphic Arts

**Appendix 4: Partial List of Prior Cases**

I have served as an expert witness on branding related issues on more than 65 prior occasions. In the last four years, I have been served on:

• Anti-Aging Essentials, Inc., v. Trufood MFG, INC. F/K/A Tsudis Chocolate Co and Belmont Confection.,U.S. District Court,  District of Pennsylvania, 2016

• Pur Beverages v. Pom Wonderful, U.S. District Court, Southern District of California, 2016

• Fireclean, LLC v. George Fennell and Steel Shield Technologies, Inc., U.S. District Court, Eastern District of Virginia, 2016

• Smart Vent Products Inc v. Crawl Space Door Systems, Inc, U.S. District Court, New Jersey, 2016

• SC Johnson & Sons, Inc. v. Minigrip, LLC U.S. District Court, Western District of Wisconsin, 2017

• Gunterville Breathables, INC. v. Global Glove and Safety Manufacturing, Inc., U.S. District Court, Northern District of Alabama, 2017

• Texas Outhouse, Inc. and The        Gainsborough Corporation v. Fresh Can, LLC., U.S. District Court, Southern District of Texas, 2017

• StudioThink, LLC  v. Unitrex, LTD., Court of Common Pleas, Cuyahoga County Ohio, 2017

• Lokai Holdings, LLC  v. Twin Tiger USA, LLC, Southern District of New York, 2017

• K&M International, Inc,  v. Rhode Island Novelty, Inc., U.S. District Court, District of Rhode Island, 2017

• Simon Nicholas Richmont, Patent  No: 7,429,827 Re-examination Control Number 90/013,860, U.S. Patent and Trademark Office, 2017

• Turn Key Wine Brands LLC v. CustomVine, et al, U.S. District Court, Central District of California, 2017

• CNY, LLC v. CCNY Inc., U.S. District Court, Southern District of New York, 2017

• Redbox Automated Retail, LLC v. Xpress Retail LLC., U.S. District Court, Northern District of Illinois, 2018

• Simon Nicholas Richmond in two Reexamination proceedings in the United States Patent and Trademark Office (USPTO), Reexamination Control No. 90/013,860 and 90/013,861, 2018

35

Exhibit 4
Page 373

• Roger Cofelt Jr., et als, v. The Kroger Company, et al, U.S. District Court, Central District of California, 2018

• Quality Products, Inc., v. Verka Food Products LTD et al, U.S. District Court, Western District of Washington, Seattle, 2018

• Shaya Eidelman v. Sun Products Corp and Costco Wholesale Corp, U.S. District Court Southern District of New York, 2018

• Flying Nurses International LLC v. Flyingnurse.com et al. U.S. District Court, Eastern District of Virginia, 2018

• GDM Enterprises, LLC (Pure Cosmetics) v Astral Health & Beauty, INC., (PUR Cosmetics),U.S. District Court,  Western District of Missouri, 2019

•  BAMA ICEE LLC et al v J&J Snack Foods Corp et al., US District Court, Northern District Of Alabama, 2019

• The Black & Decker Corporation, et al v HARBOR FREIGHT TOOLS USA, INC., Report for Mediation, 2019

• 1231 Barrage Inc et al v. Automobile Dealers Assoc of Greater Philadelphia et al, Philadelphia County Court of Common Pleas, 2019

• Christopher Hayden v. Eagles Nest Outfitters, Inc. et al US District Court Western District of North Carolina, 2019

• Chantel Ray Finch v Weigh Down Workshop Ministries, Inc. et al, US District Court, Eastern District Of Virginia, Norfolk Division, 2019

• Mambu Bayoh v. AfroPunk Fest 2015, et al., U.S. District Court, Southern District of New York, 2019

• Scorocs LLC v. Innovations for Poverty Action Inc., US District Court, Western District Of Missouri, At Kansas City, 2019

• Good L Corp v. Fasteners for Retail,  Inc., US District Court, Middle District of Tennessee, 2019

• Sunny Days Entertainment LLC v. Traxxas L.P., US District Court, District of South Carolina Greenville Division, 2019

• Venus Et Fleur, LLC v. Affordable Luxury NY, Inc dba Pret A Fleur, et al, US Court, Southern District of New York, 2019

• Rhino Metals Inc, v Sturdy Gun Safe Inc, US District Court, District Idaho, 2019

• American Customer Satisfaction Index, LLC v Genesys Telecommunications Laboratories, et al, US District Court, Eastern District of Michigan, Southern Division, 2020

36

Exhibit 4
Page 374

• I.M. Wilson, Inc v Obchtchestvo S Ogranitchennoy Otvetsvennostyou "Grichko", et al, US Distinct Court, Eastern District of Pennsylvania, 2020

• Country Life v. The Hain Celestial Group, Inc, US District Court, Eastern District of New York, 2020

• New NGC, Inc, et al  v. Alpinebay, Inc, US District Court, For the Northern District of Illinois, Eastern Division, 2020

• P&P Imports v. Johnson Enterprises, LLC et al, US District Court for the Central District of California, 2020

• New NGC, Inc, et al  v. Alpinebay, Inc, US District Court, for the Northern District of Illinois, Eastern Division, 2020

• Otter Products, LLC et al v. Bigbirds, LLC et als , US District Court, for the District of Colorado, 2020

• Sulzer Mixpak, A.D. v. DXM Co LTD et als , US District Court, for the Southern District of New York, 2020

• Jalinski Advisory Group, Inc. v. JBL Financial Services, Inc., US District Court, for the Eastern District of Missouri, Eastern Division, 2020

• American Medical Experts, LLC v. Ronny Nizar Hamad, Prime Medical Experts, LLC et al, US District Court, for the Eastern District of Virginia, 2020

• Restoration Hardware, Inc., *et al.*, , v. Bungalow Home, LLC, US District Court, for the Southern District of Ohio, Eastern Division, 2020

• American Customer Satisfaction Index, LLC v ForeSee Results, et al, US District Court, Eastern District of Michigan, Southern Division, 2020

Exhibit 4
Page 375

**Appendix 5: Partial List of Authored Books and Articles**

I have written a number of brand identity articles, contributed to branding texts, and have been interviewed by The Wall Street Journal, The New York Times, and more than a dozen branding and marketing communications industry publications. I have spoken at more than 30 marketing communications and design industry events across North and South America, the UK, and Europe and Asia. I have lectured on brand identity at Columbia Business School, Georgetown, The University of Texas, and other leading universities. I have conducted webinar events with more than 1,600 participants on the topic of design process and design thinking.

I am on the Board of Directors of the Design Management Institute, the most prominent global design industry association, and I co-chair its Design Value Project. I am a Distinguished Faculty Member of the Path to Purchase Institute. Please see my current CV for a listing of these and other accomplishments.

I coauthored a book entitled "Really Good Packaging Explained", released in 2009 by Rockport Publishers. I was also a contributing author with Robin Landa and the book "Build Your Own Brand", Rockport, 2013. I also wrote the forward to Christopher Durham's book, "52 The My Private Brand Project", Folio28, 2014

In the past 15 years I have written the following articles:

- "The Tropicana Trouble and How It May Have Been Prevented", Package Digest, 2009
- "Blood, Sweat and Tiers, Building Optimal Brand Identity Architectures", GAIN, AIGA Journal of Business and Design, June 2008
- "Heinz Turns Iconic Authenticity Into Fresh Relevance", The Hub, September 2007
- "Design ROI Envisioned", Step Inside Design, July/August 2007
- "Be Smart Be Simple", Design Management Review, Spring 2006
- "Proving our Value: Measuring Package Design's Return on Investment", Design Management Journal, Summer 2001
- "The High Cost of Saving Money", Package Digest, Summer 2000
- "Icons, Your Brand's Visual Essence, Brandweek, Spring 2000

I have coauthored an article with Pamela De Cesare, former Associate Director of Package Communications, Kraft Foods, Inc., entitled "Amazing Pace, Shared Views on the Design Process", Design Management Journal, Spring 2000.

In the past several years I have posed more than two dozen articles and posts on Wallace Church's web site: http://wallacechurch.tumblr.com/ these include but are not limited to:

- "Quantifying Design's Value"

- "Design RI Re-Envisioned",

- "Cutting through the Sea of Sameness"

- "Architecting a Brand Experience"

Exhibit 4
Page 376

- "The National Color" and more

I am the founder of the Linked In Group- "Relevant Disruption in Branding" https://www.linkedin.com/groups?home=&gid=7422931 where I have posted more than 10 articles including:

- "Right Here, Right NOW!"

- "Fashion Touchdown"

- "Color is Key"

- "Cool Customization"

- "Relevance for Right Now"

- "Shape Language"

- "Visual Vampires"

# Wallace Report

# <u>Appendix 1 Data Files</u>

Exhibit 4
Page 378

Intro

Thank you for taking time to participate in our survey.



0%     100%

Exhibit 4
Page 379



Q1

What is your age?



Q1=1 ○ Younger than 18

Q1=2 ○ 18-20

Q1=3 ○ 21-29

Q1=4 ○ 30-39

Q1=5 ○ 40-49

Q1=6 ○ 50-59

Q1=7 ○ 60-65

Q1=8 ○ 66 or older



→

0% ▬ 100%

Exhibit 4
Page 380

Thrive Survey Printout.pdf



QA

Are you fluent in English?

QA=1 ○ Yes

QA=2 ○ No

→

0% ▮ 100%

Exhibit 4
Page 381



In the last 6 months have you purchased skin care products for your own use?

Q2=1  ○  Yes

Q2=2  ○  No



0% ▬▬ 100%

Exhibit 4
Page 382

Q3

In the past 6 months, where have you purchased skin care products?

*(Select all that apply.)*

Q3_1    Internet
☐

Q3_2    Beauty supply store
☐

Q3_3    Retail outlet
☐

Q3_4    Other
☐

→

0%  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬  100%

Exhibit 4
Page 383

Q4

In the next 6 months do you plan to purchase skin care products for your own use?

Q4=1   ◯   Yes

Q4=2   ◯   No

→

0% ▭ 100%

Exhibit 4
Page 384

Q5

In the next 6 months, where do you plan to purchase skin care products?

*(Select all that apply.)*

Q5_1 Internet

Q5_2 Beauty supply store

Q5_3 Retail outlet

Q5_4 Other

→

0%  100%

Exhibit 4
Page 385

Thrive Survey Printout.pdf

Q6

In the last 6 months have you purchased dental care products for your own use?

Q6=1  ○  Yes

Q6=2  ○  No

→

0% ▬▬ 100%

Exhibit 4
Page 386

Q7

In the last 6 months, where did you purchased dental care products?

*(Select all that apply.)*

Q7_1    Internet

Q7_2    Beauty supply store

Q7_3    Retail outlet

Q7_4    Other

→

0% ▬▬ 100%

Exhibit 4
Page 387

Thrive Survey Printout.pdf

Q8

In the next 6 months do you plan to purchase dental care products for your own use?

Q8=1 ◯ Yes

Q8=2 ◯ No

→

0% ▬▬▬ 100%

Exhibit 4
Page 388

**Q9**

In the next 6 months, where do you plan to purchase dental care products?

*(Select all that apply.)*

**Q9_1** Internet

**Q9_2** Beauty supply store

**Q9_3** Retail outlet

**Q9_4** Other

→

0% 100%

Exhibit 4
Page 389

Thrive Survey Printout.pdf



In the past month have you used the Internet to search for products or services?

Q10=1  ◯  Yes

Q10=2  ◯  No



0% ▬▬▬▬▭▭▭▭▭▭▭ 100%

Exhibit 4
Page 390

Q11

Have you or anyone in your household ever worked for...

|  | Yes | No |
|---|---|---|
| An advertising agency | Q11_r1=1 ◯ | Q11_r1=2 ◯ |
| A consumer research firm | Q11_r2=1 ◯ | Q11_r2=2 ◯ |
| A personal care product manufacturer, retailer or distributor | Q11_r3=1 ◯ | Q11_r3=2 ◯ |
| A dental care product manufacturer or retailer | Q11_r4=1 ◯ | Q11_r4=2 ◯ |

→

0% ▮▮▮▮ 100%

Exhibit 4
Page 391

Thrive Survey Printout.pdf



Exhibit 4
Page 392

Thrive Survey Printout.pdf



Q13

Will you agree to answer the questions without help or assistance, answer truthfully and do not guess?



Q13=1   Yes

Q13=2   No



0%  ▬▬▬▬  100%

Exhibit 4
Page 393

Thrive Survey Printout.pdf

Q14

Do you need contacts or glasses for reading?

Q14=1  ◯  Yes

Q14=2  ◯  No

→

0% ▬▬▬▬ 100%

Exhibit 4
Page 394



If so, will you be wearing them when completing the survey?

Q15=1
◯  Yes

Q15=2
◯  No



0%  ▬▬▬▬  100%

Exhibit 4
Page 395

Thrive Survey Printout.pdf



Please understand that we are only interested in your opinions or beliefs. If you don't have an opinion or belief or don't know the answer to a question, that is an acceptable answer. Do you agree not to guess or get information from anyone else, from the internet or any other source?



Yes

No

0%                                                    100%

Exhibit 4
Page 396

Intro1

You are about to see images of four products, each featured as you would see them when purchasing them.

Please view the following images as if you were shopping for these products with the possible intent to purchase them. For the questions, if you do not have an opinion or are unsure of your opinion, it's perfectly all right to say so.



0%  ▐███▌  100%

Exhibit 4
Page 397

PRODUCT ONE



Our Products ⌄   Regenerative Mission   Superplant Skincare   Our Skin Health Philosophy   Ingredients   Blog   Connect with Us



# SENSITIVE SKIN FACE BALM - STRESS DEFENSE - 2 FL. OZ. (60ML)

★★★★★ 9 reviews

$ 16.96

**ADD TO CART**

- Product Description
- Our Commitments

This natural moisturizer, along with Thrive's Sensitive Skin Face Wash, packs the perfect one-two punch to start your day. This balm delivers the same benefits as our regular Face Balm but was specially designed for Sensitive Skin, damaged from the daily stress and pollution of an active life, Thrives Restoring Face Balm helps hydrate, restore, and protect your face. Our natural formula is made with high-quality plant extracts with no added fragrance that make your skin look and feel healthier.

   



0% ▬▬▬▬ 100%

Exhibit 4
Page 398

Thrive Survey Printout.pdf



PRODUCT TWO



Exhibit 4
Page 399



PRODUCT THREE





URSA MAJOR

# Fortifying Face Balm

This moisturizer is matte, hydrating, and lightweight, but won't clog pores or create shine.

| DEHYDRATION | BLACKHEADS | BREAKOUTS |
|---|---|---|

**Good For** Acneic, Combo, Normal, and Oily Skin Types

| 2.5 oz | Add To Bag — $36 |
|---|---|

This fast-absorbing balm is a weightless serum-like moisturizer—not at all what you might typically expect from a balm. It doesn't feel sticky or shiny in the slightest, and is a great layering product beneath sunscreen.



0% ▬▬▬▬▬▬▬▬ 100%

Exhibit 4
Page 400

Thrive Survey Printout.pdf



PRODUCT FOUR



Exhibit 4
Page 401

Thrive Survey Printout.pdf



Q17

What type of products were shown in the images you just reviewed?

Q17=1  ○ Detergent

Q17=4  ○ Pet food

Q17=2  ○ Shampoo

Q17=3  ○ Skin care products

Q17=5  ○ Don't know / No opinion

→

0% ▬▬▬▬▬ 100%

Exhibit 4
Page 402

Intro2

All of these products can be purchased online, but we are interested in who you believe makes each of these products, meaning their manufacturer or source.



0%  ████████  100%

Exhibit 4
Page 403

Rot1



Our Products ⌄   Regenerative Mission   Superplant Skincare   Our Skin Health Philosophy   Ingredients   Blog   Connect with Us



# SENSITIVE SKIN FACE BALM - STRESS DEFENSE - 2 FL. OZ. (60ML)

⭐⭐⭐⭐⭐ 9 reviews

$ 16.96

**ADD TO CART**

- Product Description
- Our Commitments

  This natural moisturizer, along with Thrive's Sensitive Skin Face Wash, packs the perfect one-two punch to start your day. This balm delivers the same benefits as our regular Face Balm but was specially designed for Sensitive Skin, damaged from the daily stress and pollution of an active life, Thrives Restoring Face Balm helps hydrate, restore, and protect your face. Our natural formula is made with high-quality plant extracts with no added fragrance that make your skin look and feel healthier.

   

→

0%  100%

Exhibit 4
Page 404

Thrive Survey Printout.pdf



Rot2

The Brand ▾ THRIVE ▾ Achievements LV rewards LV Life My Account ▾ Ultimate THRIVER 0

VIEW DETAILS

**THRIVE SKIN - Infinite CBD Correcting Serum**

Price: $62.00

| Autoship Program | Today's Order |
|---|---|
| 0 | 0 |

VIEW DETAILS

**THRIVE SKIN - Infinite CBD Correcting Serum**(1.0 fl oz)

A balance of nature, science and CBD innovation, working harmoniously to provide a luxurious high performance Facial Serum. Excellent for all skin types, this proprietary Serum helps reduce the negative results of oxidative stress (such as redness, fine lines, and skin roughness), increases moisture and reduces the appearance of lines and wrinkles.

Autoship Program (0): USD $0.00
Today's Order (0): USD $0.00

Empty Cart Continue Order

→

0% 100%



Q18a

Do you believe that these two products come from the same company/manufacturer/source?

Q18a=1
○ Yes, same company/manufacturer/source

Q18a=2
○ No, different companies/manufacturer/source

Q18a=3
○ Not sure / Don't know

0% ▬▬▬▬▬ 100%

Exhibit 4
Page 406

Q19a

Why do you say that?

→

Exhibit 4
Page 407





If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

Yes, companies are affiliated, connected or associated

No, companies are not affiliated, connected or associated

Not sure / Don't know

Exhibit 4
Page 408

Thrive Survey Printout.pdf

Q21a

Why do you say that?

→

0% [████████████░░░░░░░░░░░] 100%

Exhibit 4
Page 409







# SENSITIVE SKIN FACE BALM - STRESS DEFENSE - 2 FL. OZ. (60ML)

★★★★★ 9 reviews

$ 16.96

ADD TO CART

- Product Description
- Our Commitments

This natural moisturizer, along with Thrive's Sensitive Skin Face Wash, packs the perfect one-two punch to start your day. This balm delivers the same benefits as our regular Face Balm but was specially designed for Sensitive Skin, damaged from the daily stress and pollution of an active life, Thrives Restoring Face Balm helps hydrate, restore, and protect your face. Our natural formula is made with high-quality plant extracts with no added fragrance that make your skin look and feel healthier.

   

→

0%  100%

Exhibit 4
Page 410

Thrive Survey Printout.pdf

Rot4



URSA MAJOR

# Fortifying Face Balm

This moisturizer is matte, hydrating, and lightweight, but won't clog pores or create shine.

| DEHYDRATION | BLACKHEADS | BREAKOUTS |

**Good For**   Acneic, Combo, Normal, and Oily Skin Types

| 2.5 oz | Add To Bag — $36 |

This fast-absorbing balm is a weightless serum-like moisturizer —not at all what you might typically expect from a balm. It doesn't feel sticky or shiny in the slightest, and is a great layering product beneath sunscreen.



0%   100%

Exhibit 4
Page 411

Q18b

Do you believe that these two products come from the same company/manufacturer/source?

Q18b=1
○ Yes, same company/manufacturer/source

Q18b=2
○ No, different companies/manufacturer/source

Q18b=3
○ Not sure / Don't know

→

0% ▬▬▬▬▬ 100%

Exhibit 4
Page 412

Thrive Survey Printout.pdf

Q19b

Why do you say that?

→

0%                                              100%

Exhibit 4
Page 413



Q20b

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

Q20b=1    ◯    Yes, companies are affiliated, connected or associated

Q20b=2    ◯    No, companies are not affiliated, connected or associated

Q20b=3    ◯    Not sure / Don't know

→

0%  �bar▬  100%

Exhibit 4
Page 414

Thrive Survey Printout.pdf

Q21b

Why do you say that?

→

0% ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓░░░░░░░░░░░ 100%

Exhibit 4
Page 415





Our Products ⌄    Regenerative Mission    Superplant Skincare    Our Skin Health Philosophy    Ingredients    Blog    Connect with Us



# SENSITIVE SKIN FACE BALM - STRESS DEFENSE - 2 FL. OZ. (60ML)

★★★★★ 9 reviews
$ 16.96

**ADD TO CART**

- Product Description
- Our Commitments

This natural moisturizer, along with Thrive's Sensitive Skin Face Wash, packs the perfect one-two punch to start your day. This balm delivers the same benefits as our regular Face Balm but was specially designed for Sensitive Skin, damaged from the daily stress and pollution of an active life, Thrives Restoring Face Balm helps hydrate, restore, and protect your face. Our natural formula is made with high-quality plant extracts with no added fragrance that make your skin look and feel healthier.

   

→



0%                      100%

Exhibit 4
Page 416

Rot6

SHOP ETHOS SUSTAINABILITY **WLDKAT.** WLD NEWS WLD THOUGHTS

vegan cruelty-free sustainable clean

HOME > SKIN > SAFFRON + OAT MILK GLOW SERUM

## SAFFRON + OAT MILK GLOW SERUM

a brightening and hydrating serum.

NEW

1 oz/30ml

★★★★★

- 1 + Add to Cart · $39

or 4 interest-free payments of $9.75 with sezzle

**The Breakdown**

A juicy lit-from-within glow. No highlighter needed. Loaded with 1000MG (!!!) of broad spectrum CBD, oat milk, hyaluronic acid, and saffron extract this daily brightening milky serum soaks in immediately with no sticky residue, leaving skin looking healthy, hydrated, and beyond bright.

Directions +

Ingredients +

→

0% 100%

Q18c

Do you believe that these two products come from the same company/manufacturer/source?

Q18c=1
○ Yes, same company/manufacturer/source

Q18c=2
○ No, different companies/manufacturer/source

Q18c=3
○ Not sure / Don't know

→

0% ▓▓▓▓▓▓▓▓▓▓▓▓▓ 100%

Exhibit 4
Page 418

Q19c

Why do you say that?

→

0% 100%

Exhibit 4
Page 419

Q20c

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?



Q20c=1 ◯ Yes, companies are affiliated, connected or associated

Q20c=2 ◯ No, companies are not affiliated, connected or associated

Q20c=3 ◯ Not sure / Don't know



0% ▬▬▬▬▬▬▬ 100%

Exhibit 4
Page 420

Q21c

Why do you say that?

$$\rightarrow$$

0% 100%

Exhibit 4
Page 421



Rot7

The Brand ▾ THRIVE ▾ Achievements LV rewards LV Life My Account ▾ Ultimate THRIVER 0

VIEW DETAILS

**THRIVE SKIN - Infinite CBD Correcting Serum**

Price: $62.00

| Autoship Program | Today's Order |
| --- | --- |
| 0 | 0 |

VIEW DETAILS

**THRIVE SKIN - Infinite CBD Correcting Serum**(1.0 fl oz)

A balance of nature, science and CBD innovation, working harmoniously to provide a luxurious high performance Facial Serum. Excellent for all skin types, this proprietary Serum helps reduce the negative results of oxidative stress (such as redness, fine lines, and skin roughness), increases moisture and reduces the appearance of lines and wrinkles.

Autoship Program (0): USD $0.00
Today's Order (0): USD $0.00

Empty Cart Continue Order

→

0% 100%

Rot8





## URSA MAJOR

# Fortifying Face Balm

This moisturizer is matte, hydrating, and lightweight, but won't clog pores or create shine.

DEHYDRATION    BLACKHEADS    BREAKOUTS

**Good For**   Acneic, Combo, Normal, and Oily Skin Types

| 2.5 oz | Add To Bag — $36 |
|--------|-------------------|

This fast-absorbing balm is a weightless serum-like moisturizer —not at all what you might typically expect from a balm. It doesn't feel sticky or shiny in the slightest, and is a great layering product beneath sunscreen.



0%  ▬▬▬▬▬▬▬▬  100%

Exhibit 4
Page 423

Thrive Survey Printout.pdf



Q18d

Do you believe that these two products come from the same company/manufacturer/source?

Q18d=1    ○    Yes, same company/manufacturer/source

Q18d=2    ○    No, different companies/manufacturer/source

Q18d=3    ○    Not sure / Don't know

→

0% ▬▬▬▬▬▬ 100%

Exhibit 4
Page 424

Thrive Survey Printout.pdf

Q19d

Why do you say that?

→

0% ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ 100%

Exhibit 4
Page 425



Q20d

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

Q20d=1    ◯    Yes, companies are affiliated, connected or associated

Q20d=2    ◯    No, companies are not affiliated, connected or associated

Q20d=3    ◯    Not sure / Don't know

→

0%  ▬▬▬▬▬▬  100%

Exhibit 4
Page 426

Q21d

Why do you say that?

→

0% 100%

Exhibit 4
Page 427

Thrive Survey Printout.pdf



Rot9

The Brand ▾ THRIVE ▾ Achievements LV rewards LV Life My Account ▾ Ultimate THRIVER 0

VIEW DETAILS

**THRIVE SKIN - Infinite CBD Correcting Serum**

Price: $62.00

| Autoship Program | Today's Order |
|---|---|
| 0 | 0 |

VIEW DETAILS

**THRIVE SKIN - Infinite CBD Correcting Serum**(1.0 fl oz)

A balance of nature, science and CBD innovation, working harmoniously to provide a luxurious high performance Facial Serum. Excellent for all skin types, this proprietary Serum helps reduce the negative results of oxidative stress (such as redness, fine lines, and skin roughness), increases moisture and reduces the appearance of lines and wrinkles.

| | |
|---|---|
| Autoship Program (0): | USD $0.00 |
| Today's Order (0): | USD $0.00 |

Empty Cart Continue Order

→

0% 100%

Rot10

SHOP ⌄ ETHOS SUSTAINABILITY **WLDKAT.** WLD NEWS WLD THOUGHTS

vegan cruelty-free sustainable clean

HOME > SKIN > SAFFRON + OAT MILK GLOW SERUM

## SAFFRON + OAT MILK GLOW SERUM

a brightening and hydrating serum.

NEW

1 oz/30ml

★★★★★

- 1 + Add to Cart - $39

or 4 interest-free payments of $9.75 with sezzle

### The Breakdown

A juicy lit-from-within glow. No highlighter needed. Loaded with 1000MG (!!!) of broad spectrum CBD, oat milk, hyaluronic acid, and saffron extract this daily brightening milky serum soaks in immediately with no sticky residue, leaving skin looking healthy, hydrated, and beyond bright.

Directions +

Ingredients +

→

0% 100%



Q18e

Do you believe that these two products come from the same company/manufacturer/source?

Q18e=1 ◯ Yes, same company/manufacturer/source

Q18e=2 ◯ No, different companies/manufacturer/source

Q18e=3 ◯ Not sure / Don't know

→

0% 100%

Exhibit 4
Page 430

Q19e

Why do you say that?

→

0% ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ 100%

Exhibit 4
Page 431

Q20e

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

Q20e=1   ○   Yes, companies are affiliated, connected or associated

Q20e=2   ○   No, companies are not affiliated, connected or associated

Q20e=3   ○   Not sure / Don't know



0%  ████████████████░░░░░░  100%

Exhibit 4
Page 432

Q21e

Why do you say that?

→

Exhibit 4
Page 433

Rot11





### Fortifying Face Balm

This moisturizer is matte, hydrating, and lightweight, but won't clog pores or create shine.

| DEHYDRATION | BLACKHEADS | BREAKOUTS |

**Good For**   Acneic, Combo, Normal, and Oily Skin Types

| 2.5 oz | Add To Bag — $36 |

This fast-absorbing balm is a weightless serum-like moisturizer —not at all what you might typically expect from a balm. It doesn't feel sticky or shiny in the slightest, and is a great layering product beneath sunscreen.



0%         100%

Exhibit 4
Page 434

Thrive Survey Printout.pdf



Exhibit 4
Page 435

Q18f

Do you believe that these two products come from the same company/manufacturer/source?

Q18f=1
○ Yes, same company/manufacturer/source

Q18f=2
○ No, different companies/manufacturer/source

Q18f=3
○ Not sure / Don't know

→

0% �▬▬▬▬▬▬▬▬▬ 100%

Exhibit 4
Page 436

Q19f

Why do you say that?

→

0% [██████████████████████████] 100%

Exhibit 4
Page 437



Q20f

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

Q20f=1
○ Yes, companies are affiliated, connected or associated

Q20f=2
○ No, companies are not affiliated, connected or associated

Q20f=3
○ Not sure / Don't know



0%  �own  100%

Exhibit 4
Page 438

Q21f

Why do you say that?

→

0% ▓▓▓▓▓▓▓▓▓▓▓░░░░ 100%

Exhibit 4
Page 439

Q21g

Please enter the number 865 in the box below.

→

0% 100%

Exhibit 4
Page 440

Q21h

Please read the scenario below and answer the question that follows.

After ordering a skin care product, you receive an email with prominent text stating "Welcome to the Thrive Tribe". After ordering a second skincare product, you receive a second email with prominent text stating "Welcome to the Thrive Tribe".

Based on these emails, do you believe that the two products you ordered are from the same company or companies that are affiliated, connected or associated or from different companies that are not affiliated, connected, or associated?

Q21h=1 ◯ Yes, the products I ordered are from the same company or companies that are affiliated, connected, or associated

Q21h=2 ◯ No, the products I ordered are from different companies that are not affiliated, connected, or associated

Q21h=3 ◯ Not sure / Don't know



0% 100%

Exhibit 4
Page 441



Q22

Are you...

Q22=1    ◯    Male

Q22=2    ◯    Female

Q22=3    ◯    Rather not say

→

0%  ▬▬▬▬▬▬▬▬▬  100%

Exhibit 4
Page 442

Q23

What is the highest level of school you have completed or the highest degree you have received?

Q23=1
○ Less than high school degree

Q23=2
○ High school degree or equivalent (e.g., GED)

Q23=3
○ Some college but no degree

Q23=4
○ Associate degree

Q23=5
○ Bachelor degree

Q23=6
○ Graduate degree



0% ▬▬▬▬▬▬▬▬▬ 100%

Exhibit 4
Page 443

Q24

What state do you live in?

[                                                              ▼]

→

0% ████████████████████░░░░ 100%

Exhibit 4
Page 444

Q25

What is your approximate average household income?

Q25=1  $0-$24,999

Q25=2  $25,000-$49,999

Q25=3  $50,000- $74,999

Q25=4  $75,000- $99,999

Q25=5  $100,000- $124,999

Q25=6  $125,000- $149,999

Q25=7  $150,000- $174,999

Q25=8  $175,000- $199,999

Q25=9  $200,000 and up

Q25=10  Rather not say

→

0% ▮▮▮▮▮▮▮▮▮▮▮ 100%

Exhibit 4
Page 445

Thrive Survey Printout.pdf

Ending

**Those are all the questions we have. Thank you for your time and cooepration.**



0% ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ 100%

Exhibit 4
Page 446

| ID | Q1 | QA | Q2 | Q3_1 | Q3_2 | Q3_3 | Q3_4 | Q4 | Q5_1 | Q5_2 | Q5_3 | Q6 | Q7_1 | Q7_2 | Q7_4 | Q8 | Q9_1 | Q9_2 | Q9_3 | Q9_4 | Q10 | Q11_r1 | Q11_r2 | Q11_r3 | Q11_r4 | Q12 | Q13 | Q14 | Q15 | Q16 | Q17 | Q18a | Q19a | Q20a Q21a | Q18b |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 4 | 1 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | | 3 | 1 | They have the same brand name | | 3 |
| 23 | 3 | 1 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 0 | 0 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | they are both products made and labeled under the brand thrive | | 2 |
| 30 | 6 | 1 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | thrive skin, and thrive face balm. | | 3 |
| 32 | 4 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | They are both from Thrive. | | 2 |
| 33 | 4 | 1 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 0 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | because they both have the thrive brand | | 2 |
| 34 | 3 | 1 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 0 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 2 | they look like two completely different products | 1 they have similar concepts | 2 |
| 35 | 4 | 1 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | Same names on packaging | | 2 |
| 37 | 6 | 1 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 3 | stress defence and a correcting serum | | 3 |
| 40 | 3 | 1 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | They both were made by Thrive | | 2 |
| 44 | 4 | 1 | 1 | 1 | 2 | 0 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 2 | they are completely labeled different | 2 i dont see any signs of them being from the same company | 2 |
| 58 | 3 | 1 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 3 | I didn't find any evidence that they belong to the same brand | | 2 |
| 64 | 5 | 1 | 1 | 1 | 2 | 0 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | they have the same name | | 2 |
| 66 | 7 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 3 | 1 | Very similar packaging. Same outcome. | | 3 |
| 67 | 3 | 1 | 1 | 1 | 2 | 0 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | They are both packed with the Thrive brand. | | 2 |
| 81 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 2 | | 2 | | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 3 | 2 | The packaging and name appear to be very different. | 3 I have no way of knowing that information. | 2 |
| 90 | 4 | 1 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 2 | 0 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 3 | 2 | they have different ingredients | 2 they seem like compatiton | 3 |
| 93 | 3 | 1 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | Both Thrive | | 2 |
| 95 | 7 | 1 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 0 | 0 | 0 | 4 | 1 | 0 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | Both manufacturered by "thrive" | | 1 |
| 102 | 5 | 1 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | They have same name | | 2 |
| 104 | 6 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 3 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 3 | 1 | not sure | | 1 |
| 105 | 7 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 3 | Same. | | 3 |
| 108 | 5 | 1 | 1 | 1 | 2 | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 3 | 1 | Both are thrive | | 2 |
| 110 | 4 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 3 | I cannot decide | | 3 |
| 112 | 4 | 1 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 0 | 0 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | They were both from Thrive | | 2 |
| 114 | 5 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 2 | | 1 | 1 | 0 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 3 | 2 | looks different | 3 i dont know thats why | 2 |
| 117 | 3 | 1 | 1 | 1 | 0 | 3 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | It states in both descriptions that it is made by Thrive. | | 2 |
| 118 | 7 | 1 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | They both say Thrive. | | 2 |
| 121 | 3 | 1 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | They both have the "Thrive" branding which leads me to believe these companies are the same/affiliated. | | 3 |
| 124 | 4 | 1 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | Both products were from the same brand. | | 2 |
| 129 | 5 | 1 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 2 | diffrent company doffrent oriducy=t | 2 diffrent company | 2 |
| 142 | 4 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 4 | 1 | 0 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 3 | 3 | they have different names but they could be owned by the same company | | 3 |
| 147 | 3 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | they look nice | | 2 |
| 152 | 5 | 1 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | They both say they come from Thrive | | 2 |
| 159 | 4 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | they both had the same company name | | 2 |
| 160 | 4 | 1 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 3 | 1 | They both say "Thrive" at the top of the bottles, which seems to indicate that is who made them.  Also, Thrive is pretty well known for wellness and beauty. | | 2 |
| 161 | 5 | 1 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 3 | 2 | The products are different | 3 I can not tell either way | 3 |
| 166 | 4 | 1 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 2 | Different websites and ingredients | 3 Because I don't know | 3 |
| 167 | 4 | 1 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | They are both a brand called THRIVE. | | 2 |
| 169 | 6 | 1 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 3 | the package is very different on each one | | 3 |
| 171 | 3 | 1 | 1 | 1 | 2 | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 3 | 3 | same name different logos | | 3 |
| 175 | 5 | 1 | 1 | 1 | 2 | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | They were both Thrive | | 2 |
| 181 | 5 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 2 | have a some different that's whi i say | 2 have a some different that's why i say | 1 |
| 182 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | They are both from the Thrive brand | | 2 |

Exhibit 4
Page 447

```
183  3 1 1  1 2 3  0 1 1  2 3  0 1 1  0 3  0 1 1  0 3  0 1  2  2  2  2 1 1 2    1 3   1 They have the same name.                                                                              2
184  4 1 1  1 2 3  0 1 1  2 3  0 1 1  0 3  0 1 1  0 3  0 1  2  2  2  2 1 1 1 1  1 3   2 these are two different products          2 products are produced by different companies       2

186  3 1 1  1 2 3  0 1 1  2 3  0 1 1  0 3  0 1 1  0 3  0 1  2  2  2  2 1 1 2    1 3   1 The title Thrive in on both of the products                                                     3
198  6 1 1  1 0 0  0 1 1  0 3  0 1 0  0 3  0 1 0  0 3  0 1  2  2  2  2 1 1 2    1 3   1 same name                                                                                       3
202  4 1 1  1 0 3  0 1 1  2 3  0 1 1  2 3  0 1 0  0 3  0 1  2  2  2  2 1 1 2    1 3   2 thats what i believe                       2 different brand                                    1

205  3 1 1  1 2 3  0 1 1  2 3  0 1 1  0 3  0 1 1  2 3  0 1  2  2  2  2 1 1 2    1 3   3 it's still hard to tell                                                                         3
212  4 1 1  1 2 3  0 1 1  2 3  0 1 1  0 3  0 1 1  2 3  0 1  2  2  2  2 1 1 2    1 3   3 No reasoning                                                                                    3
215  7 1 1  1 0 0  0 1 1  0 0  0 2                1 1 0  0 0  0 1  2  2  2  2 1 1 1 1 1 3   1 I seen the brand
                                                                                           I saw that they both have Thrive in their branding but the pages
                                                                                           look a bit different. They may or may not be from the same
                                                                                           3 company.                                                                                      3

218  3 1 1  1 2 3  0 1 1  2 3  0 1 1  2 3  4 1 1  0 3  4 1  2  2  2  2 1 1 2    1 3   1 They both have the label thrive skin                                                            2
220  3 1 1  1 2 3  0 1 1  2 3  0 1 1  2 3  0 1 1  2 3  0 1  2  2  2  2 1 1 2    1 3   1 both the websites said Thrive                                                                   2

221  5 1 1  1 0 0  0 1 1  0 0  0 1 1  0 0  0 1 1  0 3  0 1  2  2  2  2 1 1 2    1 3   1 It looks to be under the same brand according to the bottles.                                   1
306  7 1 1  1 0 0  0 1 1  0 0  0 1 1  0 0  0 1 1  0 3  0 1  2  2  2  2 1 1 1 1  1 3   1 same name thrive                                                                                2
367  5 1 1  1 0 0  0 1 1  0 0  0 1 1  0 0  0 1 1  0 0  0 1  2  2  2  2 1 1 1 1  1 3   1 both say thrive                                                                                 2

392  4 1 1  1 0 0  0 1 0  0 0  0 1 1  0 3  0 1 1  0 0  0 1  2  2  2  2 1 1 2    1 3   1 both named Thrive                                                                               3

588  7 1 1  1 0 3  0 1 1  0 3  0 1 1  0 3  0 1 1  0 3  0 1  2  2  2  2 1 1 1 1 1 3   1 they feature the same brand name.
                                                                                           These products although have the same name a different feel
                                                                                           2 and look                                 2 The products are totally different                 2

589  4 1 1  1 0 3  0 1 1  0 3  0 1 1  0 3  0 1 1  0 3  0 1  2  2  2  2 1 1 1 1 1 3   ...

621  7 1 1  1 0 3  0 1 1  0 3  0 1 0  0 3  0 1 1  0 3  0 1  2  2  2  2 1 1 1 1 1 3   1 I am going by what the name is on the products.                                                 2

627  5 1 1  1 0 3  0 1 1  0 3  0 1 1  0 3  0 1 1  0 3  0 1  2  2  2  2 1 1 1 2  1 3   1 it says they are both from Thrive.                                                              2

647  4 1 1  1 2 3  0 1 1  2 3  0 1 1  2 3  0 1 1  2 3  0 1  2  2  2  2 1 1 1 1 1 3   They are both labeled as being from the "Thrive" company
                                                                                           1 (brand name).                                                                                  2
650  2 1 1  1 2 3  0 1 1  2 3  0 1 1  2 3  0 1 1  2 3  0 1  2  2  2  2 1 1 1 1 1 3   1 They look more in line with each other                                                          2

651  4 1 1  1 2 3  0 1 1  2 3  0 1 1  2 3  0 1 1  2 3  0 1  2  2  2  2 1 1 1 1 1 3   3 I CAN'T TELL IF THEY ARE MADE FROM THE SAME COMPANY                                             3
653  4 1 1  1 0 3  0 1 1  0 3  0 1 1  0 3  0 1 1  0 3  0 1  2  2  2  2 1 1 1 1 1 3   1 both are same brand                                                                             2
654  4 1 1  1 0 3  0 1 1  0 3  0 1 1  0 3  0 1 1  0 3  0 1  2  2  2  2 1 1 1 2  1 3   1 It's hard to tell from just a picture.                                                          2
656  3 1 1  1 2 3  0 1 1  0 3  0 1 1  2 3  0 1 1  0 3  0 1  2  2  2  2 1 1 1 1 1 3   1 they have "thrive" on the label                                                                 2
658  5 1 1  1 2 3  4 1 1  2 3  4 1 1  0 3  4 1 1  2 3  4 1  2  2  2  2 1 1 2    1 3   1 Both are named Thrive.                                                                          3

660  4 1 1  1 0 0  0 1 1  0 3  0 1 1  0 0  0 1 1  0 3  0 1  2  2  2  2 1 1 1 2  1 3   1 They are literally made by the same brand - THRIVE                                              2
662  4 1 1  1 0 0  0 1 1  0 3  0 1 1  0 0  0 1 1  0 3  0 1  2  2  2  2 1 1 1 2  1 3   1 Their name is the same                                                                          2

664  5 1 1  1 0 3  0 1 1  2 3  0 1 1  2 3  0 1 1  2 3  0 1  2  2  2  2 1 1 2    1 3   1 they both share the same brand name                                                             2
667  3 1 1  1 2 3  0 1 1  2 3  0 1 1  1 2  0 1 1  2 3  0 1  2  2  2  2 1 1 2    1 2   2 because they look different                 2 because its not the same                            2
674  4 1 1  1 2 3  0 1 1  2 3  0 1 1  1 0  0 1 1  2 3  0 1  2  2  2  2 1 1 2    1 2   1 cbd                                                                                             2
677  4 1 1  1 0 0  0 1 1  0 0  0 1 0  1 0  0 1 1  0 0  0 1  2  2  2  2 1 1 2    1 3   1 their both with thrive                                                                          2

678  3 1 1  1 2 3  0 1 1  0 3  0 1 1  0 3  0 1 1  0 3  0 1  2  2  2  2 1 1 1 1 1 3   1 Because both of them have the same brand name.                                                  2
683  3 1 1  1 2 3  0 1 1  2 3  0 1 1  0 3  0 1 1  2 3  0 1  2  2  2  2 1 1 1 1 1 3   1 I have no idea.                                                                                 2
684  4 1 1  1 0 3  0 1 1  0 3  0 1 1  0 3  0 1 1  0 3  0 1  2  2  2  2 1 1 1 1 1 3   2 I'm neutral about it                       3 I'm neutral about it                                2

689  5 1 1  1 0 0  0 1 1  0 0  0 1 1  0 0  0 1 1  0 0  0 1  2  2  2  2 1 1 1 1 1 3   3 i cannot say if they are affiliated with each other                                             2
691  5 1 1  1 0 0  0 1 1  0 0  0 1 1  0 3  0 1 0  0 3  0 1  2  2  2  2 1 1 1 1 1 3   3 Need more info                                                                                  3

707  4 1 1  1 0 3  0 1 1  2 3        0 1 1  0 0  4 1  2  2  2  2 1 1 2    1 3   1 They both have thrive on their label                                                             3

708  5 1 1  1 0 0  0 1 1  0 0  0 1 1  0 0  0 1 1  0 0  0 1  2  2  2  2 1 1 2    1 3   1 They both said Thrive.                                                                          2
715  5 1 1  1 0 0  4 1 1  0 0  4 1 1  0 0  4 1 1  0 0  4 1  2  2  2  2 1 1 2    1 3   1 It says it's from Thrive                                                                        2
722  4 1 1  1 0 0  0 1 1  0 0  0 1 0  0 0  0 1 0  0 0  0 1  2  2  2  2 1 1 1 2  1 3   1 same name                                                                                       2

725  4 1 1  1 0 3  0 1 1  0 3  0 1 0  0 3  0 1 1  0 3  0 1  2  2  2  2 1 1 2    1 3   1 Because they both have Thrive as the brand name.                                                2

742  2 1 1  1 2 3  0 1 1  0 3  0 1 1  0 3  0 1 1  0 3  0 1  2  2  2  2 1 1 2    1 3   1 They have the same brand name - Thrive                                                          2

744  5 1 1  1 0 0  0 1 1  0 3  0 1 1  0 3  0 1 1  4 3  4 1  2  2  2  2 1 1 2    1 3   1 They're both branded as Thrive                                                                  2

745  3 1 1  1 2 3  4 1 1  2 3  0 1 1  2 3  4 1 1  2 3  4 1  2  2  2  2 1 1 2    1 3   1 Both products come from the same company in the image.                                          3

764  6 1 1  1 0 0  0 1 1  0 0  0 1 0  0 0  0 1 0  0 0  0 1  2  2  2  2 1 1 1 1 1 3   1 The brand is Thrive on both                                                                     3

770  6 1 1  1 0 0  0 1 1  0 0  0 1 0  0 0  0 1 0  0 0  0 1  2  2  2  2 1 1 1 2  1 3   3 Again they appear quite different but its hard to say                                           2
775  3 1 1  1 0 3  0 1 1  2 3  0 1 0  0 3  0 1 1  2 3  0 1  2  2  2  2 1 1 1 1 1 3   2 the company description                    2 the didn't seem to be                               2
```

Exhibit 4
Page 448

Thrive Final Raw Data.xlsx

| ID | Data | Comment 1 | Comment 2 | End |
|---|---|---|---|---|
| 776 | 3 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 Look like two similar vendors | | 2 |
| 779 | 7 1 1 1 0 3 0 1 1 2 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | I see that Thrive is 'powered by Regenerative Plants'. I will now assume that this is the name of the company. This is a different 3 way to show manufacture name. | | 3 |
| 780 | 4 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 2 1 3 | BOTH PRODUCTS HAS THE SAME COMPANY BRAND NAME ON 1 PACKAGING | | 2 |
| 790 | 5 1 1 1 2 3 0 1 1 2 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 2 1 3 | 1 They were both by Thrive according to visuals | | 2 |
| 800 | 4 1 1 1 2 0 0 1 1 2 0 4 1 0 0 4 1 2 0 0 4 1 2 0 0 4 1 2 2 2 2 2 1 1 1 2 1 3 | 1 They are both from the same company | | 2 |
| 801 | 3 1 1 1 2 3 0 1 1 2 3 0 1 1 0 3 0 1 1 0 4 1 1 0 0 4 1 1 2 2 2 2 1 1 1 1 1 3 | They both save Thrive, but they have completely different logos 2 and websites. | It is a possibility, but from looks alone, I do not believe so. The 3 price point also plays a part in this decision. | 2 |
| 803 | 4 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 3 Because I am not sure. | | 3 |
| 811 | 3 1 1 1 2 3 0 0 1 1 0 3 0 1 1 0 3 0 1 0 0 0 1 2 2 2 2 1 1 1 2 1 3 | 1 They are both Thrive Products | | 2 |
| 814 | 3 1 1 1 2 0 0 1 1 2 0 0 1 1 0 3 0 1 0 0 0 1 2 2 2 2 1 1 1 2 1 3 | 2 they have diffrent logos | 1 they have simmilar products | 1 |
| 818 | 3 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 1 2 1 3 | 3 you can never sure these days | | 2 |
| 823 | 5 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 I was able to noticed Thrive and Thriver in both of the products. | | 2 |
| 824 | 3 1 1 1 2 3 0 1 1 2 3 0 1 1 0 3 0 1 1 2 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 Same website. | | 2 |
| 828 | 5 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 2 1 3 | 1 same brand name | | 2 |
| 838 | 5 1 1 1 2 0 0 1 1 2 3 0 1 1 2 0 0 1 1 2 0 0 1 2 2 2 2 1 1 1 2 1 3 | 1 same company name | | 2 |
| 842 | 6 1 1 1 2 0 0 1 1 2 0 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 They are both Thrive products | | 2 |
| 844 | 3 1 1 1 2 0 0 1 1 2 0 0 1 0 2 3 0 1 0 2 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 both are from thrive | | 2 |
| 855 | 5 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 1 1 1 3 | 3 they both say Thrive but packaging and symbol are different | | 2 |
| 856 | 3 1 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 2 2 2 2 1 1 1 1 1 3 | 3 i could not tell, nothing to indicate it | | 2 |
| 868 | 5 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 used different website style and packaging | | 3 |
| 869 | 4 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 2 1 3 | 2 differant type product | 2 no reason | 2 |
| 870 | 6 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 2 1 3 | 1 They both are from Thrive | | 2 |
| 871 | 6 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 2 because they are | 3 because i dont know | 2 |
| 872 | 4 1 1 1 2 0 0 1 1 2 0 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 3 it might be | | 2 |
| 882 | 3 1 1 1 0 0 0 1 1 2 3 0 1 1 0 0 0 1 1 2 3 0 1 2 2 2 2 1 1 1 2 1 3 | The branding appears to be completely different, including the package design, website design, and price points for the 2 products and ingredients. | I feel like parent companies usually have somewhat similar products/branding/price points. These just feel completely 2 different. | 3 |
| 892 | 4 1 1 1 2 0 0 1 1 2 0 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 2 1 3 | 1 They both say thrive and both agree cbd | | 2 |
| 896 | 4 1 1 1 2 0 0 1 1 2 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 1 2 1 3 | 1 both by thrive | | 2 |
| 901 | 3 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 1 2 1 3 | 3 because i do | | 3 |
| 917 | 3 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 2 1 3 | 1 same name thrive | | 2 |
| 924 | 5 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 2 1 3 | 2 the look is so different | 3 I am not sure if they have any connection, it's possible | 2 |
| 927 | 3 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 2 they look different. | 2 they don't look similar. | 2 |
| 929 | 4 1 1 1 0 0 0 1 1 2 0 0 1 1 0 0 0 1 1 2 0 0 1 2 2 2 2 1 1 1 1 1 3 | 2 for the name | 1 Why do you say that? | 1 |
| 932 | 5 1 1 1 0 3 0 1 1 0 3 0 1 1 2 3 0 1 1 2 3 0 1 2 2 2 2 1 1 1 2 1 3 | 1 it made by THRIVE | | 3 |
| 944 | 5 1 1 1 0 0 4 1 1 0 0 4 1 1 0 0 4 1 1 0 0 4 1 2 2 2 2 1 1 1 2 1 3 | 3 Cannot tell if the same company produces these products. | | 3 |
| 954 | 7 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 Thrive is on both Labels. | | 2 |
| 967 | 5 1 1 1 2 3 0 1 1 2 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 2 1 3 | 3 does not say | | 3 |
| 977 | 6 1 1 1 0 3 0 1 1 2 3 0 1 1 0 3 0 1 1 2 3 0 1 2 2 2 2 1 1 1 2 1 3 | 1 both are labeled "Thrive" | | 2 |
| 983 | 6 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 They both are called Thrive. | | 2 |
| 1000 | 7 1 1 1 0 0 0 1 1 0 0 0 1 1 0 3 0 2 1 2 2 2 2 1 1 1 1 1 3 | They both say Thrive, but they don't have the same company 3 symbol. | | 2 |
| 1004 | 7 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 1 1 1 3 | 1 same name: Thrive | | 3 |
| 1019 | 3 1 1 1 0 0 0 1 1 2 3 0 1 1 0 0 0 1 1 2 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 both are branded to thrive | | 2 |
| 1027 | 2 1 1 1 0 3 0 1 1 2 3 0 1 1 0 3 0 1 1 2 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 Because it looks like it. | | 3 |
| 1030 | 4 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 1 1 1 3 | 2 I couldn't find any similarities in the product branding | I am not for sure and I didn't want to guess so I chose I don't 3 know | |
| 1039 | 3 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 They're the same brand name. | | 2 |
| 1044 | 4 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 They both seem to have the same philosophical purpose | | 2 |
| 1045 | 7 1 1 1 2 3 0 1 1 2 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 They are both from Thrive! | | 2 |
| 1064 | 3 1 1 1 2 0 0 1 1 2 0 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 2 1 3 | 1 It shows on the website and packaging they are from Thrive. | | 1 |

Exhibit 4
Page 449

Thrive Final Raw Data.xlsx

| ID | Data | Comment 1 | Comment 2 | |
|---|---|---|---|---|
| 1069 | 6 1 1 1 0 3 0 1 1 0 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 I saw the word Thrive on both ads | | 2 |
| 1092 | 2 1 1 1 0 0 0 1 1 0 0 0 2 1 1 0 0 0 1 2 2 2 2 1 1 1 1 1 3 | 1 The shape | | 1 |
| 1167 | 3 1 1 1 0 3 0 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 1 1 1 3 | The two products share a name, Thrive, so I believe they're made by the same company. They look pretty similar from a 1 packaging perspective as well. | | 2 |
| 1168 | 3 1 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 2 2 2 2 1 1 2 1 3 | They both have the brand name "Thrive" on it. That leads me to 1 believe there the same brand for that sole reason. | | 2 |
| 1169 | 3 1 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 2 2 2 2 1 1 1 2 1 3 | 1 They're both by a brand called Thrive | | 2 |
| 1170 | 4 1 1 1 0 0 0 1 1 2 0 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | 1 company names are same | | 2 |
| 1172 | 6 1 1 1 0 3 0 1 1 2 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | it shows clearly on both bottles that the brand is the same that 1 which is thrive | | 2 |
| 1175 | 4 1 1 1 0 0 0 1 1 0 0 0 1 0 2 0 0 1 2 2 2 2 1 1 1 1 1 3 | 2 different products | 2 seems like that | 2 |
| 1178 | 6 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | 3 Not sure | | 2 |
| 1179 | 4 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | 1 thrive | | 2 |
| 1180 | 4 1 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 2 2 2 2 1 1 2 1 3 | 2 one has CBD the other one does not | 3 I am not sure | 2 |
| 1185 | 3 1 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 2 2 2 2 1 1 2 1 3 | 3 not sure if it was the same | | 2 |
| 1187 | 5 1 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 2 2 2 2 1 1 2 1 3 | 1 Yes it's possible that these two companies are working together | | 2 |
| 1189 | 5 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 3 i dont see any information that says one way or another. | | 3 |
| 1191 | 4 1 1 1 2 3 0 1 1 2 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 3 | 2 No they are not from same production | 2 both products use different ingredients | 2 |
| 1194 | 4 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 the same brand name | | 2 |
| 1199 | 3 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 The name on the package is the same | | 2 |
| 1201 | 5 1 1 1 2 3 0 1 1 2 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 I saw the brand name and company name. | | 2 |
| 1204 | 5 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 They had the same name and logo look | | 3 |
| 1206 | 3 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 1 2 1 3 | 1 They are both from Thrive | | 2 |
| 1208 | 4 1 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 2 2 2 2 1 1 1 2 1 3 | 1 same brand | | 2 |
| 1215 | 4 1 1 1 2 3 0 1 1 2 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 They have the same brand name. | | 2 |
| 1218 | 3 1 1 1 2 3 0 1 1 2 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 3 | 2 The website page looks different for each of the products. | 3 They could be, the could not be. | 2 |
| 1219 | 7 1 1 1 0 3 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 1 1 1 3 | 1 same name | | 2 |
| 1221 | 5 1 1 1 0 0 4 1 1 0 0 4 1 1 0 0 4 1 1 2 0 4 1 2 2 2 2 1 1 1 2 1 3 | I think both product have different benefits but maybe have 3 some similarity but I don't think is own by the same brand. | | 3 |
| 1223 | 6 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 1 2 1 3 | 1 same name on label | | 2 |
| 1228 | 6 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 2 1 3 | 1 Same name of Thrive. | | 2 |
| 1231 | 3 1 1 1 0 3 0 1 1 0 3 0 1 1 2 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 same name | | 2 |
| 1232 | 5 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 Both said Thrive | | 2 |
| 1248 | 4 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 1 1 1 3 | 1 They look like they would offer the same stuff. | | 2 |
| 1261 | 7 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 1 1 3 | One was only $17 and the other one for half the size was $62. Hard to believe the huge price difference if it was made by the 2 same manufacturer. | 3 The huge price difference. | 2 |
| 1269 | 6 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 1 1 1 3 | 1 They look similar | | 2 |
| 1275 | 7 1 1 1 0 0 0 1 1 0 0 0 2 1 2 2 2 2 1 1 1 1 1 3 | 1 same name | | 2 |
| 1280 | 7 1 1 1 0 0 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 SEEM COMPATABLE PRODUCTS | | 2 |
| 1296 | 7 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 1 2 1 3 | 2 different brands | 2 different brands | 2 |
| 1303 | 4 1 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 2 2 2 2 1 1 1 2 1 3 | 2 Many things | 3 many reasons | 1 |
| 1315 | 7 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 1 2 1 3 | 1 They appear to be similar | | 2 |
| 1322 | 7 1 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 2 2 2 2 1 1 1 2 1 3 | 1 I guess the company's name is Thrive | | 3 |
| 1334 | 6 1 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 2 2 2 2 1 1 1 1 1 3 | both product have the same product company/brand name 1 Thrive and both sites have a Thrive product | | 2 |
| 1344 | 7 1 1 1 0 0 0 1 1 2 0 0 1 1 2 0 0 1 2 2 2 2 1 1 1 1 1 3 | 1 Both are Thrive. | | 3 |
| 1353 | 3 1 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 same website | | 3 |
| 1364 | 7 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 2 | even though same name Thrive - first product produced by LV 2 and 2nd no mention of LV | 2 same as last reason | 2 |
| 1365 | 6 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 same name | | 3 |

Exhibit 4
Page 450

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Text 1 | Text 2 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1428 | 4 1 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 1 1 1 3 | 2 The language and product designs are different | 2 The products appear like they have a very different heritage | 2 |
| 1433 | 7 1 1 | 1 | 0 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 2 1 1 3 | 1 They have the same name. | | 2 |
| 1459 | 7 1 1 | 1 | 0 | 0 | 0 1 | 1 | 0 | 0 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 2 1 1 3 | 1 SAME NAME | | 2 |
| 1479 | 7 1 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 2 1 1 3 | 1 same name | | 2 |
| 1519 | 7 1 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 2 | 1 3 | 1 both say 'thrive' | | 2 |
| 1525 | 4 1 1 | 1 | 0 | 0 | 0 1 | 1 | 0 | 0 | 0 2 | | | | | 2 | | | 1 | 2 | 2 | 2 | 2 1 1 1 1 1 3 | 2 they have different brand names. | 3 i don't know that they dont belong to the same parent company. | 2 |
| 1542 | 5 1 1 | 1 | 0 | 0 | 0 1 | 1 | 0 | 0 | 0 1 | 1 | 0 | 0 | 0 1 | 1 | 0 | 0 | 0 1 | 2 | 2 | 2 | 2 1 1 | 1 3 | 1 Same name | | 2 |
| 1566 | 4 1 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 2 | 1 3 | 1 thrive produced these products | | 2 |
| 1575 | 4 1 1 | 1 | 1 | 2 | 0 1 | 1 | 2 | 0 | 0 1 | 1 | 0 | 0 2 | | | 1 | 2 | 2 | 2 | 2 1 1 2 | 1 3 | 3 I don't have enough information to make an informed decision | | 2 |
| 1578 | 7 1 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 0 | 0 1 | 0 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 2 | 1 3 | 1 "Thrive" on the label, but I had to go back to check. | | 3 |
| 1585 | 6 1 1 | 1 | 0 | 0 | 0 1 | 1 | 2 | 0 | 0 1 | 0 | 0 | 0 | 4 1 | 0 | 0 | 4 | 0 1 | 2 | 2 | 2 | 2 1 1 1 1 1 3 | 1 Both have Thrive in the name | | 3 |
| 1591 | 7 1 1 | 1 | 0 | 0 | 0 1 | 1 | 2 | 3 | 0 1 | 1 | 0 | 0 | 0 1 | 1 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 1 1 1 3 | I said I am not sure if they were produced by the same company 3 because I am not familiar with these products. | | 3 |
| 1603 | 7 1 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 0 | 0 3 | 0 1 | 1 | 0 | 0 | 0 1 | 1 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 1 1 1 3 | 1 same logo thrive | | 2 |
| 1604 | 6 1 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 1 1 1 3 | 1 both sites say Thrive | | 3 |
| 1621 | 5 1 1 | 1 | 2 | 0 | 0 1 | 1 | 2 | 0 | 0 1 | 1 | 2 | 0 | 0 1 | 1 | 2 | 0 | 0 1 | 2 | 2 | 2 | 2 1 1 1 | 1 3 | 2 because the brand name is different | 2 because the brand name is different | 1 |
| 1623 | 7 1 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 2 | 1 3 | 1 same brand name | | 2 |
| 1627 | 5 1 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 1 | 0 | 3 | 4 1 | 1 | 2 | 3 | 4 1 | 2 | 2 | 2 | 2 1 1 1 1 1 3 | i feel the products all have great benefits but are different to 2 one another so it can possibly be differenSt companies | i feel they can be affiliated because they have very similar 1 benefits | 3 |
| 1635 | 6 1 1 | 1 | 0 | 0 | 0 1 | 1 | 0 | 0 | 0 1 | 1 | 2 | 0 | 0 1 | 0 | 2 | 0 | 0 1 | 2 | 2 | 2 | 2 1 1 1 1 1 3 | 1 I saw Thrive name in both products. | | 2 |
| 1641 | 6 1 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 1 1 1 3 | 1 both said thrive | The second product has CBD oil as a main ingredient. I think most companies who use CBD would include it in all of the | 3 |
| 1655 | 7 1 1 | 1 | 0 | 4 | 1 1 | 0 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 1 1 1 3 | The products descriptions (wording). The second product seems 2 like it would be sound in a healthfood store. | 2 products they sell. | 2 |
| 1657 | 5 1 1 | 1 | 2 | 0 | 0 1 | 1 | 2 | 0 | 0 1 | 1 | 0 | 0 | 0 1 | 0 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 1 1 1 3 | These product are similarly, one for normal face skin and other 1 product is sensitive skin. | | 1 |
| 1660 | 7 1 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 1 1 1 3 | 2 just my impression | 2 just my impression | 2 |
| 1665 | 7 1 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 2 | 1 3 | 1 because the product has the same name | | 1 |
| 1674 | 7 1 1 | 1 | 2 | 0 | 0 1 | 1 | 2 | 0 | 4 1 | 0 | 0 | 0 | 4 1 | 0 | 0 | 0 | 4 1 | 2 | 2 | 2 | 2 1 1 1 1 1 3 | 2 different looks | 3 could be under one umbrella company | 3 |
| 1677 | 7 1 1 | 1 | 0 | 0 | 0 1 | 1 | 2 | 0 | 0 1 | 1 | 0 | 0 | 0 1 | 1 | 0 | 0 | 0 1 | 2 | 2 | 2 | 2 1 1 1 1 1 3 | 1 saw the name Thrive on both | | 3 |
| 1680 | 5 1 1 | 1 | 2 | 0 | 0 1 | 1 | 2 | 0 | 0 1 | 1 | 2 | 0 | 0 1 | 0 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 2 | 1 3 | 1 thrive | | 2 |
| 1686 | 5 1 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 2 | 1 3 | because both products are offering almost the same level of 1 service | | 2 |
| 1688 | 7 1 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 1 1 1 3 | 2 Products look like they are meant for seperate target audiences | 3 Would not assume they are connected | 2 |
| 1700 | 5 1 1 | 1 | 2 | 0 | 0 1 | 1 | 2 | 0 | 0 2 | | | | | 2 | | | 1 | 2 | 2 | 2 | 2 1 1 2 | 1 3 | 2 nothing to say | 1 more much favorable | 3 |
| 1704 | 7 1 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 2 | 1 3 | 1 both say thrive | | 2 |
| 1734 | 6 1 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 1 1 1 3 | 2 the packaging for the products looks different... | It doesn't seem the two companies are associated with each 2 other... | 2 |
| 1741 | 4 1 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 1 1 1 3 | 1 Because this is well | | 1 |
| 1751 | 4 1 1 | 1 | 2 | 0 | 0 1 | 1 | 2 | 0 | 0 1 | 1 | 2 | 3 | 0 1 | 1 | 0 | 2 | 3 0 1 | 2 | 2 | 2 | 2 1 1 2 | 1 3 | 1 Because they both feature Thrive products. | | 2 |
| 1758 | 6 1 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 1 1 1 3 | 1 The same brand is mentioned. | | 2 |
| 1767 | 4 1 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 1 1 1 3 | 1 because this is very likely | | 1 |
| 1779 | 7 1 1 | 1 | 0 | 0 | 4 1 | 1 | 0 | 0 | 4 2 | | | | | 1 | 1 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 1 1 1 3 | 1 same name | | 2 |
| 1785 | 6 1 1 | 1 | 2 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 2 | 1 3 | 3 No particular reason | | 2 |
| 1794 | 7 1 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 1 1 1 3 | It says Thrive on each product I believe its made by the same 1 company | | 3 |
| 1812 | 7 1 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 1 1 1 3 | 1 It good for your skin | | 1 |
| 1817 | 7 1 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 1 1 1 3 | 1 Both are Thrive | | 3 |
| 1831 | 4 1 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 1 | 1 3 | 1 They are both Thrive | | 2 |
| 1833 | 5 1 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 | 1 3 | 1 the name is the same. | | 2 |
| 1836 | 5 1 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 | 1 3 | 1 Thrive is displayed on both products. | | 2 |
| 1841 | 7 1 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 1 1 1 3 | 1 same manufacture name on the products and advertisements | | 2 |
| 1845 | 5 1 1 | 1 | 2 | 0 | 0 1 | 1 | 2 | 0 | 0 2 | | | | | 2 | | | 1 | 2 | 2 | 2 | 2 1 1 1 1 1 3 | 3 how would I know? | | 3 |
| 1847 | 5 1 1 | 1 | 0 | 0 | 0 1 | 1 | 0 | 0 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 1 2 | 1 3 | 1 they both say "thrive" | | 2 |

Exhibit 4
Page 451

Thrive Final Raw Data.xlsx

| ID | Data | Comment | Comment 2 | Last |
|---|---|---|---|---|
| 1852 | 7 1 1 1 0 0 0 1 1 0 0 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | 1 i think both were from thrive. | | 2 |
| 1856 | 5 1 1 1 0 0 0 1 1 0 0 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | 1 Thrive | | 2 |
| 1858 | 4 1 1 1 0 0 0 1 1 0 0 0 1 0 0 4 1 0 0 0 4 1 2 2 2 2 2 1 1 1 1 3 | 1 They're both Thrive | | 1 |
| 1859 | 5 1 1 1 0 3 0 1 1 0 0 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | 1 both are the same brand, Thrive | | 2 |
| 1866 | 7 1 1 1 0 0 0 1 1 0 0 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | 1 They both said Thrive on them | | 2 |
| 1871 | 5 1 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 2 2 2 2 1 1 1 1 3 | 1 because it has the same brand on the container | | 2 |
| 1877 | 5 1 1 1 2 0 0 1 1 2 0 0 1 1 2 0 0 1 1 2 0 0 1 2 2 2 2 1 1 1 1 1 3 | 2 I saw the company names below and those were different | I just saw those names were different but don't know if the 3 companies are same or not. | 2 |
| 1878 | 3 1 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 2 2 2 2 1 1 1 1 3 | the items have the same name on the packaging | | 1 |
| 1880 | 4 1 1 1 2 0 0 1 1 2 0 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 3 Both say Thrive, but not sure if it's the same Thrive. | | 2 |
| 1882 | 7 1 1 1 0 0 0 1 1 0 3 0 2 | 3 not famular with products | | 3 |
| 1886 | 7 1 1 1 0 0 0 1 1 0 0 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | 1 They are both from Thrive. | | 2 |
| 1894 | 5 1 1 1 2 3 4 1 1 2 3 4 1 1 2 3 4 1 1 2 3 4 1 2 2 2 2 1 1 2 1 3 | 1 Same product brands | | 2 |
| 1895 | 4 1 1 1 2 0 0 1 1 2 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | 1 They have the same name | | 2 |
| 1902 | 5 1 1 1 2 2 3 0 1 1 0 3 0 2 2 2 2 1 1 2 1 3 | 1 two types of product but same company | | 2 |
| 1910 | 5 1 1 1 2 0 0 1 1 2 3 0 2 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | 1 look a like | | 2 |
| 1915 | 5 1 1 1 2 3 0 1 1 2 3 0 2 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | 2 different name | 1 they tend to work towards the same issues for skin care | 1 |
| 1919 | 6 1 1 1 0 3 0 1 1 0 0 0 3 0 1 1 0 0 0 1 2 2 2 2 1 1 2 1 3 | 1 because they were both Thrive Products | | 2 |
| 1924 | 3 1 1 1 0 3 0 1 1 0 0 0 2 1 2 2 2 2 1 1 2 1 3 | 1 Both are thrive. | | 3 |
| 1931 | 5 1 1 1 2 3 0 1 1 2 3 0 1 1 0 0 0 2 1 2 2 2 2 1 1 2 1 3 | 3 CANT TELL | | 3 |
| 1935 | 7 1 1 1 2 3 0 1 1 2 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 1 3 | 1 both pages say "Thrive" | | 2 |
| 1942 | 7 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | The use of the word "thrive" and the logo were the same in both 1 products. Seems like it was a 2 step process. | | 2 |
| 1943 | 5 1 1 1 0 0 0 1 1 2 0 0 1 0 0 2 0 0 1 0 0 2 0 0 1 2 2 2 2 1 1 2 1 3 | 1 It said Thrive on both products | | 2 |
| 1952 | 4 1 1 1 0 3 0 1 1 0 3 0 2 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 2 1 3 | 1 They both have the same name "Thrive" | | 2 |
| 1963 | 5 1 1 1 0 0 0 1 1 0 0 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | 2 they had didn't names on the sites | 3 I didn't read anything saying that it's the same company | 2 |
| 1966 | 5 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | 3 not sure | | 2 |
| 1972 | 7 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | This survey doesn't make any sense. the question you ask can 3 not be answered. I will be leaving this survey. | | |
| 1989 | 5 1 1 1 0 0 0 1 1 0 0 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | They are both Thrive. Although, I was hesitant to mark yes 1 because the brands and websites look different from each other. | | 2 |
| 1995 | 4 1 1 1 2 3 0 1 1 2 3 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 1 1 3 | 1 it is same brand | | 2 |
| 2004 | 5 1 1 1 2 3 0 1 1 2 3 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 1 1 1 3 | The packaging is different which makes me thing they are 2 different companies | The packaging is different which makes me thing they are 2 different companies | 2 |
| 2011 | 5 1 1 1 2 3 0 1 1 2 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 1 3 | 1 names say thrive on both | | 2 |
| 2014 | 4 1 1 1 2 0 0 1 1 2 3 0 1 1 0 0 0 3 0 1 2 2 2 2 1 1 2 1 3 | While they have the same parent name, Thrive, the websites are 2 completely different as well as packaging and appearance | 3 Can't say for certain | 2 |
| 2024 | 4 1 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 2 2 2 2 1 1 2 1 3 | 2 don't know | 2 don't know | 1 |
| 2025 | 4 1 1 1 2 0 0 1 1 2 3 0 2 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 2 1 3 | 2 they are not same | 1 same product | 2 |
| 2030 | 6 1 1 1 0 0 0 1 1 0 0 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | 1 same name | | 2 |
| 2033 | 6 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | Both called "Thrive" but I did notice the first has a registered trademark and the second doesn't. This could nean they are no 1 affiliated. | | 2 |
| 2040 | 3 1 1 1 2 0 0 1 1 2 0 0 1 1 2 0 0 1 1 0 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 They were both from the same company, Thrive. | | 2 |
| 2042 | 5 1 1 1 2 3 0 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 1 1 1 3 | 2 The company names are different. | 2 The name of the companies are different. | 2 |
| 2071 | 5 1 1 1 2 3 0 1 1 0 0 0 3 0 1 1 0 0 0 3 0 1 2 2 2 2 1 1 1 1 3 | 1 They look similar and does about the same thing. | | 1 |
| 2072 | 4 1 1 1 0 0 0 1 1 0 0 0 1 1 0 4 1 1 0 0 0 4 1 2 2 2 2 2 1 1 1 1 3 | only one said comes from natural, the other one didn't show 1 more details | | 3 |
| 2083 | 4 1 1 1 2 3 0 1 1 2 3 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 1 1 3 | 2 the brand looks different | 3 they could have the same parent company | 3 |
| 2091 | 6 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | 1 Both are Thrive | | 3 |

Exhibit 4
Page 452

2101  6  1  1   1   0   3   0  1   1   0   3   0  1   0   0   0   4  1   0   0   0   4   1   2   2   2   2  1  1  1  1  1  3   1 they are both made by thrive                                                                                                                    3

2106  5  1  1   1   0   0   0  1   1   0   0   0  1   0   0   3   0  1   2   2   2   2  1  1  1  2      1  3   1 All show Thrive                                                                                                                                 2
2109  5  1  1   1   2   0   0  1   1   2   0   0  1   0   2   0  1   1   2   0   0  1   2   2   2   2  1  1  1  1  1  3   1 because they have the same name as manufacturer                                                                                                  1
2112  4  1  1   1   0   0   0  1   1   0   0   0  1   1   0   0   0  1   1   0   0   0  1   2   2   2   2  1  1  2      1  3   2 they look like different brands          3 not sure if they are affiliated                                                                            2

2115  4  1  1   1   2   0  1   1   2   3   0  1   0   0   0   3   0  1   0   0   0   3   0  1   2   2   2   2  1  1  1  1  1  3   1 Cause the name of the brand is the same in both products
                                                                                                                                                        They are both "thrive" products and i was wondering if they
                                                                                                                                                        were associated with the thrive products of nutritional
2120  6  1  1   1   0   0   0  1   1   0   3   0  1   0   0   0   3   0  1   2   2   2   2  1  1  1  2      1  3   1 supplements                                                                                                                                       3
2133  7  1  1   1   0   3   0  1   1   0   3   0  1   0   0   0   3   0  1   2   2   2   2  1  1  1  2      1  3   1 cbd natural products                                                                                                                             2
2136  5  1  1   1   0   3   0  1   1   0   3   0  1   0   0   0   3   0  1   2   2   2   2  1  1  1  1  1  3   1 thrive                                                                                                                                            3

2147  6  1  1   1   0   3   4  1   1   2   3   0  1   0   0   0   3   0  1   0   0   0   3   0  1   2   2   2   2  1  1  1  1  1  3   2 different brand, color, design and size      2 different color,brands, design and product descriptions                                        2

2179  6  1  1   1   0   0   0  1   1   0   0   0  1   0   0   0   4  1   0   0   0   3   0  1   2   2   2   2  1  1  1  2      1  3   1 same brand: thrive                                                                                                                               2
2183  5  1  1   1   2   3   0  1   1   2   3   0  1   1   0   0   3   0  1   1   0   0   3   0  1   2   2   2   2  1  1  1  2      1  3   1 Both called Thrive                                                                                                                               2

2202  6  1  1   1   2   0  1   1   2   3   0  1   0   0   0   3   0  1   2   2   2   2  1  1  1  1  1  3   3 Similar products have no clue where manufactured.                                                                                                3
2205  5  1  1   1   2   3   0  1   1   2   3   0  1   0   0   0   3   0  1   2   2   2   2  1  1  1  1  1  3   1 same name                                                                                                                                        2

2206  4  1  1   1   0   0   0  1   1   0   0   0  1   1   0   0   0  1   0   0   0  1   2   2   2   2  1  1  1  1  1  3   2 They're too different.          2 Because they don't look like they are.                                                                            2

2211  4  1  1   1   2   3   0  1   1   0   0   0  1   1   2   3   0  1   1   2   3   0  1   2   2   2   2  1  1  1  1  1  3   1 They have similar logo and information on package                                                                                               2
2217  5  1  1   1   0   0   0  1   1   0   3   0  1   0  1   0   0   3   0  1   2   2   2   2  1  1  1  1  1  3   3 I am not familiar with the companies advertised                                                                                                   2

2222  6  1  1   1   0   3   0  1   1   2   3   0  1   0  1   0   0   3   0  1   2   2   2   2  1  1  1  1  1  3   1 Both brands are the same and they said so on the labels                                                                                           2

2230  6  1  1   1   2   0   0   0  2   1   0   3   0  1   2   2   2   2  1  1  1  2      1  3   1 They both use the word Thrive.                                                                                                                    2

2239  6  1  1   1   0   0   0  1   1   0   3   0  1   0   0   0   3   0  1   2   2   2   2  1  1  1  2      1  3   3 because I am not totally sure                                                                                                                     3
2240  5  1  1   1   0   0   0  1   1   0   3   0  1   0   0   0   4  1   1   0   0   0   4   1   2   2   2   2  1  1  1  1  1  3   1 Same brand                                                                                                                                       3
2249  6  1  1   1   0   0   0  1   1   0   0   0  1   0   0   0  1   1   0   0   3   0  1   2   2   2   2  1  1  1  2      1  3   1 They had the same product name                                                                                                                   2

2250  5  1  1   1   2   0   0  1   1   0   0   0  1   1   2   0   0  1   1   2   0   0  1   2   2   2   2  1  1  1  1  1  3   2 Because it looks like some difference between them.      2 I saw they are pretty much different.                                                1
2256  4  1  1   1   0   3   0  1   1   0   0   0  1   0   0   3   0  1   1   0   0   3   0  1   2   2   2   2  1  1  1  1  1  3   1 theive                                                                                                                                           2
2272  4  1  1   1   2   3   0  1   1   2   0   0  2   0  1   0   0   3   0  1   2   2   2   2  1  1  1  2      1  3   3 I would like all of these products.                                                                                                               2
2295  6  1  1   1   2   0   0  1   1   2   0   0  1   0   0   0   3   0  1   2   2   2   2  1  1  1  1  1  3   1 they are both named thrive                                                                                                                       2

2304  2  1  1   1   0   0   0  1   1   0   0   0  2   0   0   2   1   2   2   2  1  1  1  2      1  3   3 I don't think these would be made by same manufacturers
                                                                                                                                                        Because one says Thrive and the other Thrive skin and their
2309  6  1  1   1   0   3   0  1   1   0   3   0  1   1   0   0   3   0  1   2   2   2   2  1  1  1  1  1  3   3 packaging is so different.                                                                                                                        2

2322  5  1  1   1   2   3   0  1   1   2   3   0  1   0  1   0   0   3   0  1   2   2   2   2  1  1  1  1  1  3   2 they don't have anything in common that I can see      2 because they just don't look like they belong together                                 1

2326  4  1  1   1   0   3   0  1   1   0   3   0  1   0  1   0   0   3   0  1   2   2   2   2  1  1  1  2      1  3   2 Just different overall feel.          2 Not similar enough.                                                                                     2

2329  3  1  1   1   0   0   0  1   1   0   0   0  2   0   0   2   1   2   2   2  1  1  1  1  1  3   1 I say that because their packaging looks kind of similar.                                                                                          2
                                                                                                                                                        Wasn't clear on the 2nd one.  Also - many companies market
2334  7  1  1   1   0   3   0  1   1   0   3   0  1   0  1   0   0   3   0  1   2   2   2   2  1  1  1  2      1  3   3 under different names.                                                                                                                            3
                                                                                                                                                        Those products what we saw its skin products its beneficail for
2342  7  1  1   1   2   0   0  1   1   0   3   0  1   0  1   0   0   3   0  1   2   2   2   2  1  1  1  2      1  3   1 us and productive                                                                                                                                 2
2344  5  1  1   1   0   3   0  1   1   0   3   0  1   1   0   0   3   0  1   2   2   2   2  1  1  1  1  1  3   1 same brand name                                                                                                                                   2

2345  6  1  1   1   0   0   4  1   1   0   0   4  1   0   0   0   4   1   2   2   2   2  1  1  1  1  1  3   1 They both say Thrive                                                                                                                               2

2348  4  1  1   1   0   3   0  1   1   0   3   0  1   0   0   0   3   0  1   2   2   2  1  1  1  1  1  3   They both feature the name "Thrive" on their bottles/product
                                                                                                                                                        1 descriptions.                                                                                                                                   2
                                                                                                                                                        Not familiar with the brand but it does look as if one is designed
2355  4  1  1   1   0   3   0  1   1   2   3   0  1   0  1   0   0   3   0  1   1   2   3   0  1   2   2   2   2  1  1  1  2      1  3   3 to appeal to cishet men and the other to women                                                          2
2356  5  1  1   1   0   0   0  1   1   0   0   0  3   0  1   0   0   3   0  1   2   2   2   2  1  1  1  1  1  3   1 Both have the name Thrive on the bottle.                                                                                                          2

2358  7  1  1   1   2   0  1   1   2   0   0  1   1   0   0   3   0  1   2   2   2   2  1  1  1  1  1  3   1 Just noticed the manufacture name is the same                                                                                                     2
2361  3  1  1   1   2   0  1   1   2   0   0  2   1   2   0   0  4  1   1   2   0   0  4  1   2   2   2   2  1  1  1  2      1  3   1 both are thrive and have the same logo                                                                   2
2372  4  1  1   1   0   0   0  1   1   0   0   0  3   0  1   0   0   0  1   2   2   2   2  1  1  1  2      1  3   3 nothing listed                                                                                                                                   2

2376  4  1  1   1   0   0   0  1   1   0   3   0  1   0   0   0   3   0  1   0  1   0   3   0  1   2   2   2   2  1  1  1  1  1  3   3 company name is the same, but branding looks very different                                                       3

Exhibit 4
Page 453

Thrive Final Raw Data.xlsx

| ID | Data | Response 1 | Response 2 | |
|---|---|---|---|---|
| 2378 | 5 1 1 1 0 3 0 1 1 2 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 2 1 3 | 1 they have the same brand name | | 2 |
| 2389 | 5 1 1 1 0 3 0 1 1 0 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 2 1 3 | 1 They have the same name on the packaging | | 2 |
| 2395 | 6 1 1 1 2 3 0 1 1 2 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | 1 The name is the same so would be likely the same company | | 3 |
| 2396 | 7 1 1 1 2 3 0 1 1 2 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | i think they are from the same company they go together and 1 work together | | 2 |
| 2406 | 5 1 1 1 0 3 0 1 1 2 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 1 3 | 2 because all models seem to be from different companies | 2 because all models seem to be from different companies | 2 |
| 2407 | 5 1 1 1 2 0 0 1 1 2 0 0 1 1 0 0 0 1 1 2 0 0 1 2 2 2 2 1 1 1 1 1 3 | 1 Because the both have same trade mark (Thrive skin) | | 2 |
| 2408 | 3 1 1 1 0 3 0 1 1 0 2 0 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 2 1 3 | 1 They both say THRIVE on the website. | | 2 |
| 2409 | 6 1 1 1 0 3 0 1 1 2 0 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 2 1 3 | 2 different types of product | 1 same name | 2 |
| 2417 | 5 1 1 1 0 3 0 1 1 0 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | The brand names were the same (Thrive) but they looked quite 3 different in terms of aesthetic and design. | | 2 |
| 2426 | 5 1 1 1 0 0 0 1 1 0 0 0 1 0 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 1 3 | 3 no way to tell | | 3 |
| 2430 | 6 1 1 1 0 0 0 1 1 0 0 0 1 0 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 1 3 | 1 they both said Thrive | | 2 |
| 2432 | 3 1 1 1 1 2 3 0 1 1 2 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 2 1 3 | 1 i dont know | | 3 |
| 2439 | 5 1 1 1 0 0 0 1 1 0 0 0 1 0 0 0 4 1 0 0 0 4 1 2 2 2 2 1 1 2 1 3 | 1 looks like it | | 3 |
| 2441 | 5 1 1 1 0 3 0 1 1 2 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 Same name, Thrive | | 2 |
| 2442 | 6 1 1 1 0 3 0 1 1 0 3 0 1 0 0 3 0 1 0 0 4 1 0 0 3 4 1 2 2 2 2 1 1 2 1 3 | 1 same name | | 3 |
| 2446 | 4 1 1 1 0 0 0 1 1 0 0 0 1 0 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 2 1 3 | 1 They all said "Thrive" | | 2 |
| 2447 | 4 1 1 1 0 0 0 1 1 0 0 0 1 0 0 0 4 1 1 0 0 4 1 2 2 2 2 1 1 2 1 3 | 1 They are both called Thrive | | 2 |
| 2450 | 6 1 1 1 0 0 0 1 1 0 0 0 0 2 2 ... 1 2 2 2 2 1 1 1 1 1 3 | 1 With Thrive as the one name one assumes they are the same | | 2 |
| 2452 | 5 1 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | 1 they are both made by Thrive | | 3 |
| 2458 | 4 1 1 1 0 0 0 1 1 0 0 0 1 0 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 both have Thrive | | 2 |
| 2461 | 5 1 1 1 0 0 0 1 1 0 0 0 1 0 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 2 1 3 | They both say Thrive, so even though they look way different 1 I'm assuming they're by the same company. | | 2 |
| 2464 | 5 1 1 1 0 3 0 1 1 0 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 3 they both say Thrive but have different looks and logos | | 2 |
| 2465 | 4 1 1 1 0 3 0 1 1 2 3 0 1 0 0 2 3 0 1 0 0 2 3 0 1 2 2 2 2 1 1 2 1 3 | 1 It is the same logo | | 2 |
| 2467 | 5 1 1 1 0 0 0 1 1 0 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 1 3 | 2 One has CBD in it and the other is for sensitive skin. | They have different types of ingredients in them that they are 2 sourced from. | 2 |
| 2471 | 4 1 1 1 0 0 0 1 1 0 0 0 1 0 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 2 1 3 | They both say Thrive, but appear different still.  Could be a 3 coincidence, or not. | | 2 |
| 2478 | 3 1 1 1 0 3 0 1 1 0 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 Same product brand name, similar values. | | 2 |
| 2479 | 3 1 1 1 0 0 0 1 1 0 0 0 1 0 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 2 1 3 | I would believe that these are owned by the same company 1 because it is the same brand name | | 2 |
| 2481 | 4 1 1 1 2 0 0 1 1 2 0 0 1 1 2 0 0 1 1 2 0 0 1 2 2 2 2 1 1 2 1 3 | 1 because they have the same name | | 3 |
| 2489 | 4 1 1 1 2 0 0 1 1 2 3 0 1 0 0 1 1 2 3 0 1 2 2 2 2 1 1 2 1 3 | 3 I cannot say | | 2 |
| 2491 | 5 1 1 1 0 0 0 1 1 0 0 0 0 2 ... 1 1 0 0 0 1 2 2 2 2 1 1 1 1 1 3 | 1 They both used Thrive. It felt like that was part of their branding. | | 2 |
| 2492 | 4 1 1 1 0 0 0 1 1 0 0 0 0 2 ... 1 1 0 0 0 1 2 2 2 2 1 1 1 1 3 | 1 same thrive names and look. | | 2 |
| 2497 | 4 1 1 1 2 0 0 1 1 0 0 0 1 1 0 0 0 2 ... 1 2 2 2 2 1 1 1 1 1 3 | 1 they are both by thrive | | 2 |
| 2499 | 5 1 1 1 0 3 0 1 1 0 0 0 1 0 0 0 4 1 1 0 0 4 1 2 2 2 2 1 1 2 1 3 | 1 look the same | | 3 |
| 2501 | 5 1 1 1 0 3 0 1 1 0 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 The same brand was listed on each | | 2 |
| 2506 | 3 1 1 1 0 3 0 1 1 2 0 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 2 Different brand | 3 i am not sure | 2 |
| 2513 | 4 1 1 1 0 0 0 1 1 0 0 0 1 0 0 0 1 0 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 the same name | | 3 |
| 2517 | 4 1 1 1 0 0 0 1 1 0 0 0 1 0 0 0 1 0 0 0 1 2 2 2 2 1 1 1 1 1 3 | 1 They have the same name. | | 2 |
| 2519 | 4 1 1 1 0 3 0 1 1 0 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 2 1 3 | The have very different looks and different copy, but it's possible they're from the same company trying to target two 3 different market segments. | | 3 |
| 2522 | 6 1 1 1 2 3 0 1 1 2 3 0 1 0 0 2 3 0 1 0 0 2 3 0 1 2 2 2 2 1 1 2 1 3 | 1 Both had Thrive tied to the name | | 2 |
| 2529 | 5 1 1 1 2 3 0 1 1 2 3 0 1 0 0 4 1 1 0 0 3 0 1 2 2 2 2 1 1 2 1 3 | 1 names are similar | | 2 |
| 2531 | 3 1 1 1 0 0 0 1 1 0 0 0 1 0 0 0 4 1 1 0 0 3 4 1 2 2 2 2 1 1 1 1 1 3 | Slightly different name and very different marketing (label, 2 website, etc). | The companies look too different to be connected. If it was the 2 same company, they would have a similar label and website. | 2 |
| 2534 | 3 1 1 1 0 3 0 1 1 0 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 2 1 3 | 1 They have the same brand name | | 2 |
| 2538 | 5 1 1 1 0 0 0 1 1 0 0 0 0 2 ... 1 1 0 0 0 1 2 2 2 2 1 1 2 1 3 | 2 Different brands | 2 Different brands | 2 |
| 2556 | 6 1 1 1 0 3 0 1 1 0 3 0 1 2 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 They are both made by Thrive skincare company | | 2 |
| 2558 | 6 1 1 1 0 3 0 1 1 2 3 0 1 0 0 4 1 0 0 3 4 1 2 2 2 2 1 1 2 1 3 | 1 Both say Thrive | | 2 |

Exhibit 4
Page 454

| ID | Comment 1 | Comment 2 | End |
|---|---|---|---|
| 2559 | They're both named Thrive but looked completely different | | 2 |
| 2559 | 3 (packaging and website) | | |
| 2567 | 1 they both save thrive | | 2 |
| 2576 | 3 I don't know. It was not mentioned. | | 3 |
| 2585 | 2 look this not the same | 1 cool | 2 |
| 2595 | 1 same brand Thrive | | 2 |
| 2598 | 1 Same name | | 2 |
| 2600 | 1 both seem to be from thrive | | 2 |
| 2601 | 1 same name | | 3 |
| 2602 | 1 Both products are affiliated with Thrive. | | 2 |
| 2604 | 1 The same combination | | 2 |
| 2610 | 1 they both say thrive | | 2 |
| 2619 | 1 It is from the same brand name. | | 2 |
| 2622 | 3 From the information it is unclear if they are related | | 3 |
| 2625 | 1 They are both Thrive items | | 2 |
| 2642 | 1 seemed like the same branding | | 2 |
| 2648 | Both are through a company called "Thrive." The logo for one product was rather feminine while the other logo had a very masculine image. Both were via Thrive though | | 2 |
| 2653 | On the website, while it looked different, they both had branding from Thrive. However, the more expensive product had a fancier website. | | 2 |
| 2672 | They both had the name "thrive" or were featured on the Thrive website. | | 2 |
| 2673 | 2 Different brand | 3 I don't know | 2 |
| 2676 | 3 Couldnt tell from what I saw | | 2 |
| 2680 | Even though I haven't seen this products before I saw in the logo but had the name Thrive | | 3 |
| 2681 | The websites were both so different in appearance. The first website is fresh and white and modern and simple. The packaging looks high quality and the price reflects better ingredients, a more prestige or specialty brand of skincare. The second Thrive website looks a bit cluttered and dated. The product is lower priced and is in a tinted brown plastic bottle with lots of text, and the package design is cluttered and busy. It looks more like a mainstream brand. | Although the companies both share the Thrive name, 2 websites and product packaging were both very different. | 2 |
| 2685 | 1 both say thrive | | 3 |
| 2688 | 1 same name | | 2 |
| 2691 | 1 Same company name | | 2 |
| 2692 | 1 because of the different names | | 2 |
| 2709 | 2 i dont know | 2 they seem different | 3 |
| 2712 | 3 The names are the same but the font and logo are different | | 2 |
| 2717 | 1 the word Thrive is used in both products | | 3 |
| 2718 | The packaging and colors are different, it makes me think they | | 2 |
| 2721 | 3 are from different companies | | 2 |
| 2725 | 1 Both labeled as thrive | | 1 |
| 2729 | 1 Same brand. | | 2 |
| 2729 | 3 I know nothing about the products. | | |
| 2735 | 1 They are both labeled Thrive | | 2 |
| 2743 | 1 They both say Thrive. | | 2 |
| 2748 | Both products are made from natural products so I think they could be produced by the same manufacturer but under 1 different divisions. | | 2 |
| 2750 | 1 Same brand name. | | 2 |
| 2756 | 1 the name of the product | | 2 |
| 2759 | 1 because I saw the same name | | 3 |

Exhibit 4
Page 455

| ID | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Comment | Comment 2 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2765 | 3 | 1 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 They both say Thrive / They don't seem to have much in common, except they both | | 3 |
| 2767 | 5 | 1 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 3 | 3 "relax" skin. | | 2 |
| 2775 | 5 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 3 | 2 see no connection | I could be, for natural products | 2 |
| 2777 | 3 | 1 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2 | 1 | 3 | 1 they are made from thrive | | 2 |
| 2783 | 5 | 1 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 0 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2 | 1 | 3 | 1 they both say thrive | | 2 |
| 2791 | 5 | 1 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 2 | 0 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | Each company specific product and each product offers different / 2 benefits | | 2 |
| 2795 | 5 | 1 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2 | 1 | 3 | 1 both say Thrive | 1 Because it seeks to provide the best for the skin | 2 |
| 2808 | 4 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 3 | 1 Thrive skin, the same. | | 1 |
| 2814 | 5 | 1 | 1 | 1 | 2 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 1 | 1 | 0 | 0 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 3 | 1 Because they are similar in quality and shape | | 1 |
| 2821 | 4 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 assume because they are both called THRIVE | | 2 |
| 2824 | 4 | 1 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 3 | 1 sane company | | 1 |
| 2829 | 5 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 3 | 1 Thrive is both products names. | | 2 |
| 2831 | 4 | 1 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 2 | 1 | 0 | 2 | 3 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 3 | 1 They both say THRIVE on them | | 2 |
| 2838 | 4 | 1 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 0 | 0 | 3 | 0 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 3 | because they both have the same name brand thrive on the / 1 bottles | | 3 |
| 2843 | 5 | 1 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 0 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 3 | the designs of the bottles dont look like the same company / 3 would make  them | | 3 |
| 2844 | 3 | 1 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 0 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 3 | 1 same name thrive | | 3 |
| 2845 | 6 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 same main name of Thrive | | 3 |
| 2847 | 4 | 1 | 1 | 1 | 2 | 3 | 4 | 1 | 1 | 2 | 3 | 0 | 1 | 0 | 2 | 3 | 4 | 1 | 0 | 2 | 3 | 4 | 1 | 0 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 3 | The name brand on the products are different and the packaging / 2 is different. | I'm not sure if they are connected or affiliated with each other / 3 because they have their own branding. | 3 |
| 2850 | 4 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 2 | 1 | 0 | 0 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 3 | 2 they have different purpose, different names and colors | 2 many compete within each other | 3 |
| 2867 | 5 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 3 | 1 They both have Thrive in the name | | 3 |
| 2869 | 3 | 1 | 1 | 1 | 2 | 0 | 4 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 3 | 1 The brand has the same name on the packaging. | | 2 |
| 2878 | 7 | 1 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2 | 1 | 3 | They were both named Thrive, which makes me think they might / 3 be the same company. | | 2 |
| 2879 | 7 | 1 | 1 | 1 | 2 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 3 | 1 Both say Thrive | | 2 |
| 2890 | 7 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 4 | 1 | 1 | 0 | 0 | 4 | 1 | 1 | 0 | 0 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 3 | 1 the logo is there   both read  thrive | | 3 |
| 2893 | 7 | 1 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 0 | 4 | 1 | 1 | 0 | 0 | 4 | 1 | 1 | 0 | 0 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 3 | 1 They're both Thrive products. | | 3 |
| 2894 | 6 | 1 | 1 | 1 | 0 | 0 | 4 | 1 | 1 | 0 | 0 | 4 | 1 | 1 | 0 | 0 | 0 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 3 | Same answer. Different names. No evidence that they are / 2 owned by the same parent company. | Same answer. They could have the same parent company, but / 3 there is no evidence of it. | 3 |
| 2896 | 7 | 1 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 0 | 0 | 3 | 0 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 3 | 1 They both say THRIVE | | 2 |
| 2902 | 7 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 3 | They're the same brand, although the style of packaging is / 2 different. | | 3 |
| 2906 | 5 | 1 | 1 | 1 | 2 | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 1 | 0 | 3 | 4 | 1 | 0 | 2 | 3 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 3 not very clear | | 3 |
| 2908 | 7 | 1 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 4 | 1 | 1 | 0 | 3 | 4 | 1 | 0 | 0 | 3 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2 | 1 | 3 | The colors in the ad as well as a logo near one of the bottles / 2 so different.  Also the bottle designs and colors are different | If the name is the same and the companies were the same they / 2 should have the same colors on the products and logos | 2 |
| 2914 | 7 | 1 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 0 | 3 | 0 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2 | 1 | 3 | 3 Company names are the same but look different. | | 2 |
| 2920 | 7 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2 | 1 | 3 | 3 I'm just not sure | | 2 |
| 2922 | 4 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2 | 1 | 3 | 1 They both talk about healing | | 3 |
| 2932 | 6 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 They both have name Thrive on the product. | | 3 |
| 2933 | 7 | 1 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 0 | 3 | 0 | 1 | 0 | 0 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 3 | 1 They have the same company name. | | 3 |
| 2934 | 7 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 0 | 3 | 0 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 It shows the same brand name "Thrive" | | 3 |
| 2939 | 7 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 3 | 2 same as before | 3 same as before | 3 |
| 2942 | 3 | 1 | 1 | 1 | 2 | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 3 | 1 literally says the same brand name | | 3 |
| 2958 | 7 | 1 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 2 The range of pricing and packaging | 2 The vast difference in packaging, description and pricing | 3 |
| 2977 | 6 | 1 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 2 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 0 | 3 | 0 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 3 | 1 Its called Thrive | | 3 |

Exhibit 4
Page 456

Thrive Final Raw Data.xlsx

Exhibit 4
Page 457

Thrive Final Raw Data.xlsx

| ID | Data | Comment 1 | Comment 2 | End |
|----|------|-----------|-----------|-----|
| 2978 | 3 1 1 1 0 0 0 1 1 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 2 1 3 | 1 Both products mention the brand name thrive. | | 2 |
| 2987 | 6 1 1 1 0 0 0 1 1 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 1 1 3 | 1 Because they both have the Thrive name | | 3 |
| 2988 | 4 1 1 1 2 3 0 1 1 2 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | 1 looks the same | | 1 |
| 2993 | 6 1 1 1 2 0 0 1 1 2 0 0 1 0 0 4 1 0 0 0 4 1 2 2 2 2 1 1 1 1 3 | 1 Thrive company | | 3 |
| 2996 | 6 1 1 1 0 0 0 1 1 0 0 0 2 | 2 | | 1 2 2 2 2 1 1 1 1 3 | 1 They are both Thrive | | 2 |
| 2998 | 6 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 3 | 1 both labeled with the word Thrive | | 2 |
| 3001 | 7 1 1 1 2 3 0 1 1 2 3 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 2 1 3 | 1 Both state Thrive | | 2 |
| 3004 | 6 1 1 1 2 0 0 1 1 2 3 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 1 1 3 | 1 They both have the name Thrive | | 2 |
| 3019 | 4 1 1 1 0 0 0 1 1 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 2 1 3 | 2 because the two products have the same usage | 2 opinon | 2 |
| 3022 | 2 1 1 1 0 3 0 1 1 0 3 4 2 | 1 0 0 3 0 1 2 2 2 2 1 1 1 1 3 | 1 similar use | | 2 |
| 3026 | 7 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 3 | 1 Thrive is on both. | | 2 |
| 3039 | 5 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 3 | 1 They have the same name. | | 2 |
| 3042 | 3 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | 2 they look completely different | 3 i don't know | 2 |
| 3045 | 3 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 4 1 0 0 0 4 1 2 2 2 2 1 1 2 1 3 | 1 Thrive brand name | | 2 |
| 3050 | 6 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 3 | 1 Thrive in both names | | 2 |
| 3056 | 7 1 1 1 2 3 0 1 1 2 3 0 1 1 0 0 0 1 1 2 0 0 1 2 2 2 2 1 1 1 1 3 | 1 can think of it because they have the same ingredients | | 2 |
| 3059 | 4 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 1 1 3 | 1 They both have "Thrive" in the title | | 3 |
| 3063 | 6 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 3 | 1 I believe they are from Thrive. | | 2 |
| 3064 | 4 1 1 1 2 3 0 1 1 2 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 2 1 3 | 1 It's on the label | | 2 |
| 3071 | 6 1 1 1 2 0 0 1 1 2 0 0 2 | 2 | | 1 2 2 2 2 1 1 1 1 3 | 1 both work for Thrive | | 2 |
| 3076 | 6 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 3 | 1 Ones a product for females and 1 is a product for a male. they both say Thrive, which should be the same company unless two companies somehow got away without a lawsuit, but they | | 1 |
| 3080 | 3 1 1 1 0 3 0 1 1 0 3 0 2 | 2 | | 1 2 2 2 2 1 1 2 1 3 | 3 seem completely different. | | 3 |
| 3081 | 6 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 1 1 3 | 3 same name/Thrive | | 3 |
| 3091 | 5 1 1 1 0 0 0 4 1 1 0 0 4 1 0 0 0 4 1 0 0 0 4 1 2 2 2 2 1 1 2 1 3 | 3 same name, different packaging trademark | | 3 |
| 3106 | 6 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 1 1 3 | 3 it is really hard to say with not more information!!!!! | | 2 |
| 3109 | 6 1 1 1 0 0 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 3 | 1 Same type of name | | 2 |
| 3116 | 4 1 1 1 2 0 0 1 1 2 0 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | 1 same brand name. | | 2 |
| 3119 | 6 1 1 1 0 0 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 3 | 1 Both products help to manage the negative effects of stress on the skin. | | 3 |
| 3122 | 6 1 1 1 2 3 0 1 1 2 3 0 1 1 0 2 3 0 1 1 0 2 3 0 1 2 2 2 2 1 1 1 1 3 | 1 Same description, same functioning and using the same technical language. Beside, the products presented are the same or looking similar | | 2 |
| 3127 | 6 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 3 | 1 they possibly could be from the same source, as they both have 3 derivitaves of cbd/plants | | 2 |
| 3129 | 6 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 3 | Usually you have a similarity between packages if they come 2 from the same company | 2 No reason really. Just look too different to have cohesion | 2 |
| 3131 | 3 1 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 2 2 2 2 1 1 1 1 3 | 1 They bot have the same label on them | | 1 |
| 3139 | 5 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 4 1 0 0 0 4 1 2 2 2 2 1 1 2 | 1 3 | 1 both have 'Thrive' | | 2 |
| 3155 | 6 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 3 | Because both products show that they were made by the 1 company Thrive. | | 2 |
| 3163 | 6 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 1 1 3 | 1 It says Thrive brand | | 2 |
| 3170 | 6 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 3 | 1 they have the same name Thrive | | 2 |
| 3178 | 7 1 1 1 0 0 0 1 1 0 0 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 3 | 1 both made by Thrive | | 2 |
| 3180 | 6 1 1 1 0 0 0 1 1 0 0 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 3 | 1 says so | | 2 |
| 3181 | 5 1 1 1 0 0 0 1 1 0 0 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 3 | 1 both products have the same brand name, "Thrive." | | 2 |
| 3188 | 5 1 1 1 0 0 0 0 2 | | 1 0 0 0 1 2 2 2 2 1 1 1 1 3 | This is the same company, may just be a separate division due to 1 one item having CBD in it. The company is Thrive | | 2 |
| 3199 | 4 1 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 2 2 2 2 1 1 1 1 3 | I was tempted to say yes, but one product says Thrive skin, and then other simply says Thrive so it could be from the same company but I am not sure. The packaging is also quite 3 different. | | 2 |
| 3207 | 5 1 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 2 2 2 2 1 1 1 1 3 | 2 they are different | 2 not same company | 2 |
| 3209 | 5 1 1 1 0 0 0 1 1 0 0 0 2 | 1 1 0 0 0 1 2 2 2 2 1 1 2 | 1 3 | 2 labels are different | 2 labels are different | 2 |
| 3212 | 4 1 1 1 0 0 0 1 1 0 0 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 3 | I am not sure if they are from the same company as it is hard to 3 see. | | 3 |
| 3213 | 5 1 1 1 0 0 0 1 1 0 0 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 3 | 1 They both have Thrive. | | 2 |
| 3215 | 6 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 4 1 0 0 0 4 1 2 2 2 2 1 1 1 1 3 | 1 They are both Thrive | | 2 |

| ID | Data | Comment | Comment 2 | Score |
|---|---|---|---|---|
| 3226 | 3 1 1 1 0 3 0 1 1 2 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | Though the packaging looks totally different the name of brand and ingredients CBD etc hints at being the same brand. | | 2 |
| 3230 | 6 1 1 1 2 0 0 1 1 0 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | The name of the company is on the product | | 2 |
| 3231 | 6 1 1 1 0 0 0 1 1 2 0 0 1 1 0 0 4 1 1 2 3 0 1 2 2 2 2 1 1 1 1 3 | the names says it all | | 2 |
| 3232 | 5 1 1 1 2 3 0 1 1 2 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 2 1 3 | They both said Thrive on the label. | | 3 |
| 3233 | 4 1 1 1 0 3 0 1 1 0 3 0 1 0 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | They both are THRIVE | | 2 |
| 3234 | 6 1 1 1 0 4 1 1 0 0 4 1 1 0 0 4 1 1 0 0 4 1 1 2 2 2 2 1 1 1 1 1 3 | They both say "thrive" but from the packaging look like totally different companies. | | 2 |
| 3239 | 6 1 1 1 0 0 0 1 1 0 0 2 0 1 0 2 0 0 1 2 2 2 2 1 1 1 1 1 3 | im not sure | it could be true | 2 |
| 3240 | 4 1 1 1 2 0 4 1 1 2 0 4 1 0 2 0 0 1 1 2 0 0 1 2 2 2 2 1 1 2 1 3 | not sure | | 2 |
| 3244 | 6 1 1 1 0 3 0 1 1 0 3 0 1 0 0 3 0 1 0 0 4 1 0 2 2 2 1 1 1 1 3 | They both have the same name. | | 2 |
| 3256 | 5 1 1 1 0 0 4 1 1 0 0 4 1 1 0 0 4 1 1 0 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | Same brand name on bottles | | 3 |
| 3257 | 3 1 1 1 0 0 4 1 1 0 0 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | they are the same | | 2 |
| 3260 | 3 1 1 1 2 3 0 1 1 0 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 2 | they do not seem the same | they do not seem the same | 2 |
| 3263 | 6 1 1 1 0 0 0 1 1 0 0 2 1 0 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | The second one uses CBD | They all seem to use CBD | 2 |
| 3271 | 5 1 1 1 2 3 0 1 1 2 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 2 | Thrive is the overall company brand of each of these items | | 2 |
| 3272 | 3 1 1 1 2 3 0 1 1 2 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 2 1 3 | 2 different brands | don't know brands well | 2 |
| 3284 | 4 1 1 1 2 0 0 1 1 2 3 0 1 1 2 3 0 1 0 0 2 2 2 2 2 1 1 1 2 1 3 | it says it there thta they are obth from thrive. | | 2 |
| 3291 | 3 1 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 4 1 0 2 3 0 1 2 2 2 2 1 1 1 2 1 3 | one was big bold thrive other was different | maybe the same line just different partner names | 2 |
| 3293 | 4 1 1 1 0 0 0 1 1 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 2 1 3 | unsure | | 3 |
| 3300 | 5 1 1 1 0 0 0 1 1 0 0 2 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 2 | they both say thrive | | 2 |
| 3306 | 3 1 1 1 0 3 0 1 1 0 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 2 | same name | | 2 |
| 3313 | 3 1 1 1 0 0 0 1 1 0 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 2 1 3 | They have the same name. However, one seems more geared for high end shoppers | | 2 |
| 3319 | 3 1 1 1 0 0 0 1 1 0 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 2 1 3 | They both look unique | | 3 |
| 3324 | 3 1 1 1 0 3 0 1 1 0 3 0 1 0 0 3 0 1 1 0 2 2 2 2 2 1 1 1 2 | need more info | | 3 |
| 3326 | 5 1 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 2 2 2 2 1 1 1 3 | seems like same product | | 1 |
| 3328 | 3 1 1 1 2 3 0 1 1 2 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 2 | packaging/style | totally different manufacturer names | 2 |
| 3332 | 6 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 1 2 | They both saif Rgrive | | 3 |
| 3334 | 4 1 1 1 0 3 0 1 1 0 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | im not sure | | 2 |
| 3339 | 5 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 1 0 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | both were called Thrive | | 2 |
| 3342 | 3 1 1 1 2 0 0 1 1 2 0 0 1 1 2 0 0 1 1 2 0 0 1 2 2 2 2 1 1 1 1 1 3 | They have the same manufacturer name: THRIVE | | 2 |
| 3362 | 6 1 1 1 0 3 0 1 1 0 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | both have the same name...thrive | | 2 |
| 3373 | 3 1 1 1 0 0 0 1 1 2 0 0 2 0 2 0 0 1 2 2 2 2 1 1 1 1 1 3 | both have the same name...thrive and product design. I think they could be different "lines" of the | | 3 |
| 3374 | 4 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | same product | | 1 |
| 3378 | 4 1 1 1 2 3 4 1 1 2 3 4 1 1 2 3 4 1 1 2 3 4 1 1 2 2 2 2 1 1 1 3 | Ingredients are similar by being organic and it's hard to differentiate the two. | | 2 |
| 3390 | 5 1 1 1 2 3 0 1 1 2 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | The name (Thrive) is the same, but the branding and websites look totally different. | | 2 |
| 3392 | 3 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 1 0 0 3 0 1 2 2 2 2 1 1 2 | These are very similar products. | | 2 |
| 3395 | 3 1 1 1 2 0 0 1 1 2 0 0 2 0 2 0 0 1 2 2 2 2 1 1 2 1 3 | they are good products and similar activities | | 1 |
| 3396 | 3 1 1 1 2 0 0 1 1 2 3 4 1 0 0 3 0 1 2 2 2 2 2 1 1 2 1 3 | Says Thrive | | 2 |
| 3439 | 6 1 1 1 0 3 0 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 2 2 2 2 1 1 1 2 | it has the same name | | 2 |
| 3441 | 6 1 1 1 0 0 0 1 1 2 0 0 1 1 2 0 0 1 1 2 0 0 1 2 2 2 2 1 1 1 1 1 3 | it looks like a completely different product | | 3 |
| 3445 | 6 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 1 2 2 2 2 2 1 1 1 1 1 3 | name i the same...Thrive | | 2 |
| 3446 | 6 1 1 1 0 3 0 1 1 0 0 0 1 1 0 0 0 1 1 0 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | They both say THRIVE on the package. | | 1 |
| 3447 | 6 1 1 1 0 3 0 1 1 0 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 2 | different brand names | I do not know if there is a parent company | 3 |
| 3450 | 6 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 1 0 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | I'm not sure. I feel like they could be but I'm not sure | | 2 |

Exhibit 4
Page 458

Thrive Final Raw Data.xlsx

| ID | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Comment 1 | Comment 2 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3453 | 4 1 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 | 2 | 1 3 | 1 Same name. | | 3 |
| 3454 | 6 1 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 0 | 0 | 3 | 4 1 | 0 | 0 | 3 | 4 1 | 2 | 2 | 2 | 2 1 1 | 1 1 3 | | 1 It says Thrive and it is both skincare. | | 2 |
| 3469 | 7 1 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 | 1 1 3 | | 1 The name of the brand is the same | | 2 |
| 3470 | 6 1 1 | 1 | 0 | 3 | 0 1 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 | 1 1 1 3 | | 1 same name and type of product | | 2 |
| 3472 | 6 1 1 | 1 | 0 | 3 | 0 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 | 1 1 1 3 | | 1 THRIVE was a big clue. | | 3 |
| 3476 | 3 1 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 | 1 1 3 | | 2 No info connecting them | 2 They look different completely | 2 |
| 3485 | 6 1 1 | 1 | 0 | 0 | 0 1 | 1 | 0 | 0 | 0 1 | 1 | 0 | 0 | 0 1 | 1 | 0 | 0 | 0 1 | 2 | 2 | 2 | 2 1 1 | 1 1 1 3 | | 1 It says "Thrive brand" products on the ads. | | 2 |
| 3489 | 5 1 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 | 1 3 | | 1 They both have the Thrive name. | | 3 |
| 3495 | 5 1 1 | 1 | 0 | 0 | 0 1 | 1 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 | 1 3 | | 1 believe both are from Thrive | | 1 |
| 3497 | 4 1 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 | 2 | 1 3 | I honestly can't tell differences between most skincare things, I 3 only use like aveeno | | 2 |
| 3520 | 3 1 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 | 2 | 1 3 | 2 Different looks | 2 Different vibes | 2 |
| 3527 | 3 1 1 | 1 | 2 | 0 | 0 1 | 1 | 2 | 0 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 | 1 1 3 | | 1 since they have the same company name on the bottles | | 2 |
| 3530 | 4 1 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 | 2 | 1 3 | 1 they both say THRIVE SKIN | | 2 |
| 3551 | 3 1 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 | 2 | 1 3 | 3 cant tell | | 3 |
| 3558 | 4 1 1 | 1 | 0 | 0 | 0 1 | 1 | 0 | 0 | 0 1 | 0 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 | 1 1 1 3 | | Both products appear to be from Thrive, which I know provides 1 my family with organic goods. | | 3 |
| 3560 | 4 1 1 | 1 | 0 | 0 | 0 1 | 1 | 0 | 0 | 0 1 | 0 | 0 | 3 | 4 1 | 0 | 0 | 4 | 1 | 2 | 2 | 2 | 2 1 1 | 1 1 1 3 | | 1 both say thrive | | 3 |
| 3574 | 4 1 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 | 2 | 1 3 | 1 Thrive | | 2 |
| 3581 | 2 1 1 | 1 | 2 | 0 | 0 1 | 1 | 2 | 0 | 0 2 | | 2 | | | 1 | 0 | 2 | 2 | 2 | 2 1 1 | 2 | 1 3 | 1 Both say Thrive on the product | | 3 |
| 3588 | 4 1 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 | 2 | 1 3 | the brand logos looked different and they offered different 2 ingredients in theirs | 2 tehy offer two diffferent types of the smae prodcut | 3 |
| 3593 | 4 1 1 | 1 | 0 | 0 | 0 1 | 1 | 0 | 0 | 0 1 | 1 | 0 | 0 | 0 1 | 1 | 0 | 0 | 0 1 | 2 | 2 | 2 | 2 1 1 | 2 | 1 3 | 3 The name was the same but the logo/site looked different | | 3 |
| 3600 | 7 1 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 | 2 | 1 3 | 3 Both products claim to reduce stress in the skin. | | 2 |
| 3604 | 4 1 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 | 1 1 1 3 | | They both have the word "Thrive" in them but the logos and slogans are different. "Thrive" is a common word in the natural product world and so the word being used on both product pages doesn't need to be a sign of connected brands in my opinion. The product pages both have a natural skincare vibe but look like different brands because the layout and product 3 info is completely different. | | 3 |
| 3605 | 4 1 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 0 | 2 | 3 | 0 1 | 0 | 0 | 2 | 0 1 | 2 | 2 | 2 | 2 1 1 | 1 2 | 1 3 | 3 most of the content to be the same | | 3 |
| 3607 | 4 1 1 | 1 | 0 | 0 | 0 1 | 1 | 0 | 0 | 0 1 | 1 | 0 | 0 | 0 1 | 1 | 0 | 0 | 0 1 | 2 | 2 | 2 | 2 1 1 | 1 1 3 | | 3 same brands | | 2 |
| 3610 | 5 1 1 | 1 | 2 | 0 | 0 1 | 1 | 2 | 0 | 0 1 | 1 | 2 | 0 | 0 1 | 1 | 0 | 0 | 0 1 | 2 | 2 | 2 | 2 1 1 | 1 1 1 3 | | 1 Because The brand is Thrive. | | 3 |
| 3617 | 3 1 1 | 1 | 0 | 0 | 0 1 | 1 | 0 | 0 | 0 1 | 1 | 0 | 0 | 0 1 | 1 | 0 | 0 | 0 1 | 2 | 2 | 2 | 2 1 1 | 2 | 1 3 | Both of the products stated that they were from Thrive Cosmetics so at face value, it appears that they are from the 1 same manufacturer, company, etc. | | 2 |
| 3622 | 3 1 1 | 1 | 2 | 0 | 0 1 | 1 | 2 | 3 | 4 1 | 0 | 0 | 2 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 | 2 | 1 3 | | 1 They are both called Thrivent | | 2 |
| 3624 | 2 1 1 | 1 | 3 | 0 | 0 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 0 | 0 1 | 0 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 | 1 1 3 | | 2 One had the use of CBD oil and the other didnt. | 2 They were targeting different people. | 2 |
| 3626 | 3 1 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 | 2 | 1 3 | 3 dont know | | 2 |
| 3631 | 4 1 1 | 1 | 0 | 0 | 4 1 | 1 | 0 | 0 | 4 1 | 1 | 0 | 0 | 4 1 | 1 | 0 | 0 | 4 1 | 2 | 2 | 2 | 2 1 1 | 2 | 1 3 | 1 they are both thrive | | 2 |
| 3633 | 4 1 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 4 1 | 1 | 0 | 0 | 4 1 | 1 | 0 | 0 | 4 1 | 2 | 2 | 2 | 2 1 1 | 2 | 1 3 | 1 Both appeared to be from Thrive. | | 3 |
| 3639 | 6 1 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 | 1 1 3 | | 1 Both carry Thrive name. | | 1 |
| 3647 | 6 1 1 | 1 | 2 | 3 | 0 1 | 1 | 2 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 | 1 1 1 3 | | 1 Both made by Thrive | | 2 |
| 3648 | 4 1 1 | 1 | 0 | 3 | 0 1 | 1 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 | 2 | 1 3 | Both have Thrive at the top of the bottle in the same type of 1 print. | | 3 |
| 3652 | 6 1 1 | 1 | 0 | 0 | 0 1 | 1 | 0 | 0 | 0 1 | 0 | 0 | 3 | 0 1 | 0 | 0 | 3 | 0 1 | 2 | 2 | 2 | 2 1 1 | 1 1 1 3 | | I feel the same about these two products as the previous 3 answer; one also seems more masculine than the other | | 3 |
| 3654 | 4 1 1 | 1 | 2 | 0 | 0 1 | 1 | 2 | 0 | 0 1 | 1 | 0 | 0 | 0 1 | 1 | 2 | 0 | 0 1 | 2 | 2 | 2 | 2 1 1 | 1 1 1 3 | | 2 Because this seems clear from the announcement | 2 Because this seems clear from the announcement | 2 |

Exhibit 4
Page 459

Thrive Final Raw Data.xlsx

| ID | Data | Comment 1 | Comment 2 | Last |
|---|---|---|---|---|
| 3656 | 5 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 | 1 thrive | | 2 |
| 3660 | 5 1 1 1 0 3 0 1 1 0 3 0 1 0 0 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 2 1 3 | 1 they both say Thrive | | 2 |
| 3662 | 4 1 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 2 2 2 2 1 1 2 | 2 they seem from two different manufacturers. | 3 not sure | 2 |
| 3663 | 6 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 1 1 1 3 | 3 it could be, the pricing isn't much different | | 2 |
| 3664 | 5 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 2 1 3 | 3 same company name was listed | | 2 |
| 3666 | 5 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | 1 I believe that they both said Thrive Skin Products | | 2 |
| 3672 | 5 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | 1 same brand name | | 2 |
| 3694 | 5 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 2 | 1 They both have the Thrive name on the product. | | 3 |
| 3699 | 5 1 1 1 2 0 4 1 1 2 0 4 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | 1 same brand name | | 2 |
| 3707 | 6 1 1 1 0 0 0 1 1 0 4 1 0 0 0 4 1 2 2 2 2 1 1 2 | they seem to do different things and are made of different things | they are both in the skin care world so they are associated somehow | 2 |
| 3708 | 4 1 1 1 0 0 0 1 1 0 0 0 1 0 0 0 2 1 2 2 2 2 1 1 2 | 1 They are both called Thrive | 1 somehow | 2 |
| 3713 | 6 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | Thrive for both | | 2 |
| 3714 | 6 1 1 1 0 0 0 1 1 0 0 0 1 0 0 0 4 1 0 0 0 4 1 2 2 2 2 1 1 1 1 3 | 3 the package looks different | | 1 |
| 3715 | 5 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | They share the same name (Thrive) but the packaging is different. It could be the same company with updated branding. The brand name on the two products are the same and bottles | | 2 |
| 3721 | 6 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 2 1 3 | 1 looks the same. | | 2 |
| 3724 | 5 1 1 1 2 0 0 1 1 2 0 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 | 1 They both say Thrive as the brand | | 3 |
| 3728 | 4 1 1 1 2 3 0 1 1 2 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | 1 They look the same | | 3 |
| 3752 | 7 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 They shared a name near the top of the product. | | 3 |
| 3757 | 5 1 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 2 2 2 2 1 1 2 | 1 They were both Thrive products! | | 3 |
| 3763 | 5 1 1 1 2 3 0 1 1 2 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | 1 Same company name. | | 2 |
| 3790 | 5 1 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 1 0 0 0 1 2 2 2 2 1 1 2 | They both come from Thrive, but they look different and there wasn't enough info for me to tell. | | 2 |
| 3798 | 4 1 1 1 2 3 0 1 1 2 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 1 3 | 1 Same name | | 2 |
| 3799 | 4 1 1 1 0 0 4 1 1 0 0 4 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 1 3 | this one is more confusing. both are "thrive" but the price differential and packaging are totally different. | | 3 |
| 3802 | 5 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 | 1 they have the same name | | 3 |
| 3803 | 5 1 1 1 0 0 0 1 1 0 0 0 1 0 4 1 0 0 0 4 1 2 2 2 2 1 1 2 | 1 same brand name, different web sites. | | 2 |
| 3805 | 3 1 1 1 0 0 0 1 1 0 0 0 1 0 0 0 1 0 0 0 1 2 2 2 2 1 1 2 1 3 | 2 Different web designs | 1 Similar products | 1 |
| 3806 | 6 1 1 1 0 4 1 1 2 0 4 1 1 0 4 1 1 0 4 1 2 2 2 2 1 1 2 | 1 they both say thrive | | 2 |
| 3809 | 4 1 1 1 0 0 0 1 1 2 0 0 1 0 4 1 0 0 0 4 1 2 2 2 2 1 1 2 1 3 | 1 Same company name on bottles | | 2 |
| 3817 | 6 1 1 1 2 0 0 1 1 0 0 0 1 0 4 1 0 0 0 4 1 2 2 2 2 1 1 2 | 2 The CBD is expensive | 2 CBD has their own company | 2 |
| 3834 | 4 1 1 1 0 3 0 1 1 0 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 2 2 different brand name and logos | 2 different logos, company names | 2 |
| 3840 | 5 1 1 1 2 0 0 1 1 2 0 0 1 1 2 0 0 1 0 0 3 0 1 2 2 2 2 1 1 2 | 2 diferents brands | 2 only skin products | 2 |
| 3845 | 6 1 1 1 0 3 0 1 1 0 3 0 1 1 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 2 different | 2 different | 2 |
| 3854 | 4 1 1 1 2 0 0 1 1 0 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 2 | 1 They have the same name - Thrive | | 2 |
| 3858 | 5 1 1 1 2 0 0 1 1 2 0 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 2 | 3 don't see a common name | | 2 |
| 3859 | 5 1 1 1 0 3 0 1 1 0 3 0 1 0 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 | 1 Easier to read this time | | 2 |
| 3864 | 5 1 1 1 2 3 0 1 1 2 3 0 1 1 0 3 0 1 1 0 3 0 1 2 2 2 2 1 1 2 | 1 It has the same company | | 2 |
| 3866 | 5 1 1 1 0 0 0 1 1 0 3 0 1 2 3 0 1 1 2 0 0 1 2 2 2 2 1 1 2 | They are both for your face, but it does not show the company name on the image provided. | | 3 |
| 3868 | 5 1 1 1 0 3 0 1 1 2 3 0 1 1 2 0 0 1 1 2 3 0 1 2 2 2 2 1 1 2 1 3 | 1 Premium quality | | 3 |
| 3869 | 5 1 1 1 0 0 0 1 1 0 0 0 1 0 0 0 3 0 1 0 0 0 1 2 2 2 2 1 1 1 1 1 3 | 3 One is more expensive | | 2 |
| 3870 | 4 1 1 1 2 3 0 1 1 2 3 0 1 1 2 3 0 1 0 0 3 0 1 2 2 2 2 1 1 2 | they both use the "Thrive" labeling and the bottle top dispensers | | 2 |
| 3874 | 5 1 1 1 0 0 0 1 1 0 0 0 2 2 1 2 2 2 2 1 1 2 1 3 | 1 are the same shape 1 Same name | | 2 |
| 3882 | 5 1 1 1 0 0 0 1 1 0 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 2 one is from a auto ship company | 2 they would each have their own company | 3 |
| 3884 | 7 1 1 1 0 0 0 1 1 0 3 0 1 0 0 3 0 1 0 0 3 0 1 2 2 2 2 1 1 1 1 1 3 | 1 same name on the bottle, Thrive | | 3 |

Exhibit 4
Page 460

Thrive Final Raw Data.xlsx

| Q19b | Q20b Q21b | Q18c Q19c | Q20c Q21c | Q18d Q19d | Q20d |
|---|---|---|---|---|---|
| I think they're different, but you said not to guess. | | 3 Probably different, but can't guess | | 3 I think they're different, but don't know for sure | |
| different brand | 2 diffrent brand | 2 the name on the label is diffrnet. | 1 they are all under the catalog of skin care. / i didnt see anything that would say these two companies are / 3 affiliated. | 2 diffrent labeling company / ursa major and thrive... i dont know if they are two in the / 3 or not | 2 |
| theres is nothing that says they are two in the same | | 2 wildkai, and thrive are two different names / It is very difficult to tell who actually manufactured these / 3 products. | | | |
| They are different companies. | 3 They could be under the same parent company though. | | | 2 One is Thrive, the other is Ursa Major... | 3 |
| because they both have much different packaging / they have different names / Two different names on product | 3 thrive looked high end and ursa major looked middle class / 2 seem like two different brands / 2 Different packaging | 2 one looks expensive and one doesnt / 2 different brands / 2 Different names on packaging | 3 one company can make high and low end products / 2 the product name differs / 2 Different packaging | 2 the packing is so different / 2 it is ursa and thrive / 2 Different names on packaging / seemed like different brands/ but they are both skin care / 3 products | 3 / 2 / 2 / 3 |
| have different ingredient lists and benefits / I don't see any connection between them | 2 I don't see the connection between them | 3 had different ingredients / 2 I don't see the connection | 2 I don't see the connection | 2 I don't see the connection but the packages do look quite similar. | 2 |
| they look completely different | 2 they have different branding | 2 they have completely labeling | 2 they have different brands attached to them | 2 one is called thrive and the other is ursa major | 2 |
| The brand names are different / they are different | 3 I just don't know / 2 they look different | 3 I didn't find any evidence they belonged to the same brand / 1 they looked smilar | | 3 I didn't find any evidence that they belong to the same brand / 3 no idea | |
| Some similarities, but definite differences. | | 2 Totally different packaging. | 2 The do not look anything alike. | 2 Seem like very different products. / These products look different in terms of packaging and / design that they seem like they were created by separate / 2 companies. | 3 |
| The design of each product contrasts and does not look like they / are a part of the same company. | 3 I am not entirely sure how these brands could be connected. | These two products offer a different approach in what benefits / 3 you would get by using these products. | | | 2 |
| The packaging and names appear to be very different. | 3 I have no way of knowing that information. | 2 the packaging and names appear to be very different. | 3 I have no way of knowing that information. | 3 The names are different but the packages do look similar. | |
| its always possible to have the same makers | | 1 they have alot of similaraies | | 2 they have completely different sales pitches and ingredients | 2 |
| One is Ursa Major the other is Thrive | 2 Competing in the same market | 2 Thrive and WildKat | 2 Offer similar product, they compete | 2 One is a brand named Thrive and the other is Ursa Major | 3 |
| Thrive is at the top. | | 2 Thrive is the one; WildKat is the second. | 3 never heard of either one. | 2 Thrive is one manufacturer; ursa is the other | 3 |
| The brands were from different companies / not sure | 2 It is from different companies | 2 names are different / 1 description same | 2 I didn't see any cenncections | 2 There no connections / 1 not sure | 2 |
| Neither is familiar to me. Don't know who makes them. / Thrive is a good name and would tag the product | 2 Thrive has a ggood name | 3 Neither is familiar to me. Don't know who makes them. / 1 Thrive | 3 There no connections / 1 not sure / Neither of these products are familiar to me. I have no clue who / 3 makes them. | Neither of these products are familiar to me. I have no clue who / 3 makes them. / 2 Thrive is a stand alone | 2 |
| I am not sure / They seem to be competing brands / different brands / Different brand name. / There's a name in common on either product and no other / way to tell. | 2 they don't align / 3 dont know / 3 Not enough information. / 2 Thery don't look related. | 2 they look different / 2 They had two different websites / 1 same brand name / 2 Different brand names. / There is nothing I can see in either picture that looks like they / 2 are related companies. / I believe these are from different companies due to the fact the / layout of the pages and bottles are much different from one / 2 another. | 2 They just don't have a similar look or feel at all / 2 They don't seem connected / 2 Not stated that they are related / 2 They don't look like they are related at all. | 2 They have different looks and feel / 1 They have different label names / 2 different brand / 2 The brand name shown on the bottle are different. / 2 They don't look related. | 2 / 1 / 3 / 2 / 2 |
| I'm not sure if they come from different companies as it could / be a different line of products from one company. | | | 3 I'm simply unsure if they are affiliated and I don't want to guess. | I'm unsure of if these are the same company due to the fact it / could be a different product line from one company that makes / 3 a lot of products. | |
| Products were from different brands / cbc oil and they are diffrent companys | 2 Both had to do with skin care, but from different companies. / 2 diffrent companys | 2 The first one was from WILDKAT. The packaging was different. / 2 they have diffrent company on the web site | 3 They were both skin care related. / 2 because they are diffrent | 2 Different brands. / 2 cbc oil | 2 / 2 |
| they do not seem to be connected but you never know | | 2 they don't seem to be owned by the same company | 3 I'm just not sure if some of them are connected | 3 they seem too different | |
| they are not the same co | 2 they dont look like they are the same | 1 they look somewhat similar / there is not enough information to come out with that / 3 conclusion | | 2 they arent the same | 2 |
| the companies have different names | 3 there is not enough information | | | 2 one is from ursa major and the other is from thrive | 3 |
| they had different company names | i didnt notice anything that would seem as if they were / 2 connected | i think one was named thrive and the other im not sure i just / 2 know its not the same, plus the logo didnt look the same | 3 It just did look like they werent connected | 2 i actually didnt see a name on the second picture | 3 |
| One appears to be from Thrive and the other from a company / called Ursa Major. / Can not tell | Could not see a real connection between the two in product / 3 scheme layout other than both are skin care creams. | 2 One bottle is marked by Thrive and the other says WildCt or / 2 something similarly spelled. / 3 Can not tell | 2 One has CBD infused in it the other does not. | 2 One says Ursa Major and the other is Thrive . Plus, the first one / 2 does not have CBD in it like the second one does. / 3 Can not tell | 2 / 2 / 3 |
| The different packaging and ingredients. | 3 Lots of companies are under one main company so I don't know. | 2 different brands and ingredients | 3 May or may not have the same head company | 2 Different websites and ingredients | 3 |
| You keep asking this, but they are TWO DIFFERENT BRANDS. It / literally has 2 different brand names. | There is nothing to suggest that they are affiliated, and they / 2 have 2 separate brand names | One is a THRIVE brand and the other is a brand called WLDKAT. / 3 There is no mention of these brands being connected at all. | 2 different brand names, and neither has any mention of being a / 2 subset or affiliated with a bigger brand. / products have a lot of same benefits but do not have a name / 3 that is the same | One seems like its from a brand called THRIVE, and the other / 2 from a brand called URSA MAJOR | 2 |
| one has a name and the other does not / different brands | 2 different brands | 2 one says thrive and the other says Wildkat / 3 Not at all similar name and website | 3 different website | 3 only one has a company name / 2 Different names and websites | 3 |
| One was Thrive and can't remember the other product name / they are also same that's why | 2 I think they are two different companies | 2 One was WildKit and the other Thrive / 3 i don't know | 2 Different companies | 1 They were made by Thrive / 2 i think no different between two products that's why | 1 |
| The second one is Ursa Major | Because if they were made by the same company it would be / 3 mentioned on the bottle | 2 the first is a product from Wildcat and the second one Thrive | 3 I'm not sure but L believe it would be mentioned on the bottle | 2 The first is from Thrive and the other Ursa Major | 3 |

Exhibit 4
Page 461

Thrive Final Raw Data.xlsx

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|
| They look very different, but they also seem to do similar things which would be strange if they were same line. these two different products | They look like different interpretations of a similar product so it 2 wouldn't make sense for them to be the same brand. 2 products produced by different companies | These look like they could be related as both have dark 3 packaging that's somewhat similar. 2 different labels, and products are also different | 2 i feel these are two separate companies | 2 The names are too different. Branding looks different. 2 they are different products |
| It does not have any similarities no idea products looks the same | 2 who really cares | 2 One was on Amazon 2 different name and look 2 different company names | 1 There made with similar ingredients. 3 no idea look different now second guessing 2 i think its made by different company | It says ursa major 2 who knows 3 looks different |
| no way of knowing Packaging is different I did not see a brand | 3 i cannot tell if theyre associated | it is hard to tell 2 Different names on packaging 2 i seen 2 different brands | 3 No Clue 2 2 Different brand names | 2 one is ursa major the other is thrive 3 Packaging is similar 2 2 different brans on the products |
| They don't seem to have anything in common when it comes to branding, but I can't be sure names one was thrive and one was ursa major | 2 different colors schems, and the website looks different 3 I dont know much about the companies | I can't say for sure whether it's from the same or totally 3 different labels are different and the website layouts doesnt look the 2 same 2 was thrive and one was wildkat | 2 they look too different to be the same 3 i dont know if they could potentially be affiliated | The branding looks similar - just could be different lines of 1 product They have to different lables and the style 1 3 could tell the name of the first brand |
| Same company name on bottle. not same name thrive and ursa major | 3 no good info 2 don't loook similar | 3 I don't know. 3 not enough info 2 the products did not look similar | 2 they don't look like they go togehter | 3 Confused as to whether its the same company or not. 3 not enough info 3 unclear who manufacturer is |
| didn't say that much attention to brand name or labeling | | 3 i don't see anything to indicate an association in the ads | 3 how would I know from the ads? | 3 didn't see anything similar in the two descriptions |
| The branding style is different . one seemed to feature a company name but the other did not. | They just do not seem to be to me and it is my opinion that you 2 have sought with this survey. | 2 Didn't I just answer this? | 2 Still... they do not appear related. | 2 Why do you keep asking the same thing over and over? |
| The feel and look are different My thoughts are based on the information that is on the product. | 2 The look and feel are so different! I have not familiar with either product. I have heard of Thrive 3 but not the other company so I don't know. | 2 There aren't similarities in looks 2 I am basing my view on the pictures that are presented | 2 They have different looks 2 I don't think they are based on the pictures | 2 These products seem very different 3 Based on the two pictures I can't be sure |
| one says Thrive the other the other says Ursa Major. They are shown as two different companies (brands), but to be owned by the same company (subsidiary) with how it is these days. They look they have very distinct designs THEY LOOK LIKE DIFFERENT BRANDS BUT THEY MAY BE RELATED OR CONNECTED. looks different The brand name doesn't mean manufactured by. they have different brands I just think they look different. | it is possible, but I can not tell if they are affiliated by just 3 looking at the ad. I'm not familiar enough with the companies to know their 3 stories in detail. They are shown as different companies, 3 though. I feel like there could still be a connection 3 just do 3 they could be affiliated | it does not seem so. I am not sure if the Wldkt is the name of 3 the website or brand. They are labeled as two separate brands (companies), but appear somewhat similar (in regards to being 'premium' 3 skincare, and similar purpose). 2 It has very different things THEY DO NOT LOOK LIKE THEY ARE MADE FROM THE SAME 3 COMPANY. 2 different brands and sites 3 The brand name doesn't mean manufactured by. 2 the site layout and packaging are both different 3 The look close, but seriously you never know. | 2 They are too different 3 i just don't know 3 because i don't know | 2 one says ursa major . The other says Thrive. 3 They are labeled (shown) as two different companies/brands, 3 but the bottle shape(s) is awfully similar. 2 I don't see too much of a resemblance THEY LOOK LIKE DIFFERENT COMPANIES BUT MAY BE 3 CONNECTED OR RELATED. 2 i just think so 3 The brand name doesn't mean manufactured by. 3 they're from different brands 2 The bottles look far too different. |
| Brand names are different. Two different company names | Besides being skincare products, nothing in the names or 2 product descriptions ties them together at all. 2 Two different company names i have only heard of thrive and i do not know a lot about this 3 brand | 2 These are different brand names. Nothing suggests otherwise. 1 Same company name | 2 2 different names, 2 different products, 2 different uses. | 2 One is Ursa Major, one is Thrive. Different brands. 3 They seem to have different unique features. |
| different brand names because they dont have the sam name eon the lave products look different different | 3 because i dont see any connections 2 products look different 2 becuase their different Because the designs are very different and it isn't mentioned 2 that their together. | 3 seem like two different brands 2 differnt labels 2 because they are | 1 i feel like it is 1 products look different 2 because they are or | 3 different brand names 1 because they have different comapnies 2 bottle looks different 2 because their different |
| Different brand names and design. I saw no similarities. Different brand | 3 I couldn't tell based on the descriptions. 3 I'm neutral about it | 2 different brand names. 2 The wordings seemed different. 2 Not the same company | 2 the designs are different and both different brands. 2 i saw no connection. 2 I'm neutral about it | 2 both are different brands 2 They use different fonts. 2 I'm neutral about it |
| not sure why but i do think so need more info | 2 they are competitors | 2 they do not look like they belong together 2 design look different | 3 i have no idea 3 need more info | 3 i have no idea with these companies 1 they look similar design |
| the label looks different and not from the same company | | 2 two different name one is thrive and the other is wildcat | 1 the products have similar formulas | 1 The package design is similar |
| There's no way to tell. One is from Ursa Major and other Thrive different names | 3 It doesn't say if they are related 2 not the same | 3 I've never heard of any of these products, so it's hard to tell. 2 One is from Thrive and other Wildkat 2 different names | 3 It doesn't say they are related 2 different names | 3 I have no idea. 2 One is from Thrive and other Ursa Major 3 different names |
| I'm not sure if they are owned by the same company. | | They have different brand names, and were available on 2 different sites. | Because sometimes companies can have different sub brands, or various partnerships; however, I cannot tell with the 3 information provided. | There's always a chance that a corporation can own different 3 brands and companies. |
| They look very different from each other. | 3 I can't really tell, honestly. | 2 Different brand names. | 3 I am just unsure | 2 Different brand names |
| Packaging is wildly different, as is the price point | There are a lot of products coming out of a lot of companies-- 3 these could be different lines within the same company. | 2 Different packaging and different price points The two brands are from separate companies but I am not sure 2 if they are related anyway else. | 3 May be different lines within the same company 1 They are affiliated because I am being asked about them. | 3 Different packaging and different price points The name is similar and the way the product is described makes 1 me believe so. |
| I am not sure because the two products look nothing alike. Well it's not obvious that they come from the same manufacturer - with different brand names but you never know these days | | 2 different brand names | 3 same answer as before - can't know without researching | 3 again different brand names |
| Different font..different look..appear quite different the look entirely different | Its possible they are being marketed in different ways by the 1 same parent company 2 they don't seem to be related | 2 The labeling is different...appear tpo be different companies 2 one was thrive an was kat | 3 Hard to say if they if they are different appear similar 2 entirely different brand names | 3 The labeling was clearly different 2 they look totally different |

Exhibit 4
Page 462

Thrive Final Raw Data.xlsx

| | | | | | |
|---|---|---|---|---|---|
| Too different<br>I do not remembering seeing the manufacturing of either product. I only recall the name of the product and what it is used for. | 2 No similarity | 1 Similar branding<br>I looked again at each product and could not find the manufacturer. The names Widkat and Thrive do not give me enough indication who manufactures the produce. | | 2 Seem different<br><br>Unless 'Thrive' is the manufacturer of these products, it is not clear to see who manufactures them. | 2 |
| TWO DIFFERENT BRANDS | THEY DIDNT HAVE THE SAME BRAND/COMPANY LISTED EACH<br>2 ONE WERE DIFFERENT | 2 TWO DIFFFERENT WEBSITES AND BRAND NAMES | BC EACH PRODUCT WAS SOLD UNER A DIFFERENT WEBSITE<br>2 WITH DIFFERENT BRAND NAMES | 1 BC IT WAS THE SAME PRODUCT FROM THE SAME BRAND | |
| They look so different and have different branding | They could very well be, but from info provided I am not seeing<br>3 anything to lead me to believe otherwise | way different and different brand name. I guess they could be<br>2 from same manufacturer just under different brand name. | I have no prior knowledge of these items and i was asked to<br>3 get outside help so I am answering this as you asked | 3 They look like they could be related but not same brand | |
| Different logos, different packaging. Does not appear to be from the same company | They do not look they are related. They are both two<br>2 different products | They both have CBD products but they both appear to be from<br>2 different companies | 2 They dont have the same logo | One of them was skin firming lotion and the other one was a balm. They did however have the same type of theme but i dont<br>3 believe that they are from the same company | 3 |
| one is all-natural and the other does not state it<br>Because i am not sure.<br>I have no Idea I do not know much about the brands so I do not know who makes the products | 2 Website is different, and how the packaging is designed. | One is higher ended feeling, and the other is all-natural. The first<br>2 one also seemed to have more elation toward it.<br>3 Because I don't know. | 2 No similarities in companies that I can see. | They came from different websites, and the labels give different brand names. Plus, the packaging looks like it came from two<br>2 different websites.<br>3 Because I am not sure | 2 |
| they were both balm<br>i can't say with any certainty | 3 it did it right | I am not very familiar with the brands<br>2 there loos are diffrent<br>2 you can't fool me | 2 there logos are not even close<br>3 not my type of item | 3 I am not familiar with the brands<br>2 the colors are diffrent<br>3 because I do not know | 1 |
| all these products read a different brand name | Nowadays many companies are affiliated with each other , and<br>1 this might just be the case. | 2 I did not see any association | 2 they are completely different | totally different company/brand.  There is not type of<br>2 association or indication of it. | 1 |
| It appears to be 2 skin care products from different companies.<br>different names<br>one is from ursa and the other from thrive | 2 Because they did not seem to be.<br>2 seems different from each other<br>they have different brands<br>I don't know if they are both owned by the same parent | 2 Different websites<br>3 different brands<br>1 same company name | 2 Different websites.<br>2 not the same | 2 Different sites.<br>2 different names<br>2 they have different names | 2<br>2<br>2 |
| They are different name brands<br>different brands | 3 company<br>2 different brands | 2 They do not have the same brand<br>2 different brands | 3 Not sure if they are both owned by the same parent company<br>2 different brands | 2 They are different brands<br>2 different brands | 3<br>2 |
| different packaging<br>one is ursa major the other is thrive | 3 need to see the back label<br>3 i cant tell | 2 different names on the packaging | 3 only saw the front packaging but not the back information<br>3 i couldnt tell | 2 different labels<br>1 they look similar | 3 |
| I am unsure<br>none<br>Different names on them<br>nothing similar<br>i dont know if they're connected to each other<br>It's possible that they're using similar ingredients, and a similar price point, although the product uses are slightly different. It's possible that they're using slightly different branding to cater to different audiences. | 2 no reason<br>2 They have different styles of packaging<br>3 because i have no idea | These products are very different as  far as style and ingredients<br>2 int he skin care product<br>2 none<br>2 One is Thrive the other is wildkat<br>2 nothing sows a connection<br>3 i dont know if these are related<br><br>The price points seem similar and there's an emphasis on natural ingredients. Branding is a little bit different but not so much that<br>1 I would never think it's under the same parent company. | Packaging can be very deceiving as far as what company makes<br>3 what and what  companies are affiliated with each other.<br>2 none<br>2 The products don't look from the same company<br>3 because i dont know | The type of skin care product it is. There are two different recipe<br>2 of ingredients<br>3 no reasons<br>3 i would guess different companies<br>1 it looks same product<br><br>The price points / quality appear to be very different from each<br>2 other.<br>I cant tell if they do or not. it looks like they dont but I'm not<br>1 completely sure | 3<br><br>3<br><br>2 |
| They look completely different<br>different companys | 2 different companys<br>2 different companys | 2 The websites and brands are different<br>2 different companys | 3 They dont look to be connected to me | they are descriptively similar.<br>2 different name brands | |
| because my conclusion is that they are.<br>no company logo<br>different band names<br>they look different.<br>Why do you say that all  nothing | 1 Because i say so.<br>2 different band names<br>2 they don't look the same. | why are you asking me the same question over and over?<br>2 different names<br>3 they are similar packaging<br>2 different types of labels.<br>1 for  the  desing bottle | 3 n/a<br><br>3 there was no reason to suspect it. | 1 they are descriptively similar.<br>2 no reasons<br>2 different company names?<br>2 different brand names.<br>2 brand  product | 3<br>3<br>2<br>2 |
| am not sure | | 2 the first company is THRIVE but second company is WLDKAT | 1 Because it produces the same products | 3 not sure | |
| Do not see similarities in brand or labels.<br>Don't know<br>cannot read label<br>the packaging is so different for each<br>Because Thrive is mainly for sensitive skin while the other says nothing about that. | 2 packaging of products looks very unique<br>I really wouldn't know but they don't seem to have anything in<br>3 common in their advertising. | 2 The company branding seems different.<br>3 Don't know manufacturers<br>3 same bottle thats it<br>3 Different brand logos<br>2 The advertising is so different. | 3 Cannot tell by the label if they are afflilatted.<br><br>2 They seem so different from each other. | 2 The branding/font looks very different as well as the design.<br>3 Don't know<br>3 looks different<br>2 the packaging is unique<br>2 They just seem so different in the packaging. | 3<br>3 |
| Not sure, they look completely different.<br>not enough info to determine | 1 Similar to each other. | 2 Looks different to me.<br>3 nothing in the info that seems to connect the two items | 2 Looks too different. | 3 The best that I can tell, it's different companies.<br>2 nothing in the ad to indicate a relationship | 3<br>3 |
| ursa and thrive too different brands<br>I appears so. | 2 ones a balm the others something else<br>2 yes | 2 wildcat and thrive is the names i saw too different commmays<br>1 yes | 1 there are both skin care products | 2 ursa and thrive to different connays<br>2 maybe<br>If I'm not mistaken they were from the same brand Thrive I<br>1 could be wrong | 2<br>3 |
| Different branding is why I say that | 3 I'm not a 100% sure if there's any connection at all<br>The companies appear to me as if they are competing against<br>2 one another. | 1 I couldn't find any similarities and the branding | 3 I wasn't sure so I didn't want to guess without knowing 100% | | |
| They are very different in what they offer. | | 1 They have a very similar value proposition. | | 2 They have completely different value propositions. | 2 |
| | | They have completely different aesthetics. One looks modern,<br>2 the other looks more traditional | Most companies have a common theme or aesthetic throughout<br>2 the different products in their brands. These don't | There are similarities in the design and colors, but not the bottle<br>3 shapes | |
| Completely different aesthetics | 3 Completely different aesthetics | | | | |
| They have two different company names. | 2 They have two different names!! | 2 They have different company names!!<br>The websites and packaging were wildly different for them to be | 2 They both have different company names! | 2 One is from Ursa and the other company is Thrive!<br>The descriptions very pretty similar and had close to the same | 2 |
| They feel like very similar products. | | 2 by the same brand. | 2 They did not match anything on these pages for it to be similar. | 1 benefits. | |

Exhibit 4
Page 463

Thrive Final Raw Data.xlsx

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|
| These products appear to be very different / The meaning of them | 3 It's hard to tell but they could be affiliates | They may be from the same company but they have a different / 2 vibe about their ads. / 3 I cant tell | 3 It's hard to tell. They may be but nothing really connects them. | There are no similarities in the products or ads but they could be doing a good job of keeping the products apart and giving them / 3 their own brand. / 1 The way the bottles are made |
| There isn't really anything similar about the two products, other than they're both skincare products. The product design seems very different. / I don't see any correlation between the overall aesthetic presence of either product. They seem like completely different brands. | I don't see any real connection between the two products, or would be very surprised if the companies had much to do with / 2 each other. | The companies appear to be named two different things, / 2 WLDKAT and Thrive, so I don't believe they're the same thing. | The companies don't seem to have much to do with one another, their products don't share any kind of common design language or naming conventions, so I don't believe they're / 2 affiliated. | The products don't share any kind of name or design language. Looking at the two, they look very different from one another, / 2 despite being pretty similar products. |
| | 2 I don't see an affiliation between the two at all in my opinion. | I don't see the similarities between these two products to / 2 connect them together. | 2 I just don't see any sort of affiliation between the two products. | They both have "Thrive" on the product which leads me to / 1 believe there made by the same company. / They look like very different packaging and the websites look / 1 same company |
| different look / company names were different | 2 totally different brands / 1 nearly same | 2 Different brands / 2 company names are different | 2 I don't know why they would be connected / 2 company names are different | 1 same company |
| different brand names / seems so / One product list the manufacturer and the other product does not. / they look different / I am not sure / both companies are different | 2 different brand names / 1 not sure / 2 Labeling is different. / 2 just dont think so / 2 both products are different / I am not completely sure if these companies work together. It's / 1 hard to say. | One was Thrive and another widk something... different brands / 2 different companies. / 1 seems like that / 3 Not sure / 3 dunno / 2 both different companies / I am not 100% sure if these two companies are working / 3 together. | Brands were different and in their descriptions there is nothing / 2 that points to the contrary or any connection between the two. / 2 I dont believe they work together | 2 Different brand stated in descriptions and on bottles. / 2 different packaging / 2 Different packaging / 3 they look different / 3 I am not sure / 2 different packaging / I believe that they are working together due to ingredients level / 1 in the skin products. |
| There are differences in images and layout | | | | |
| theres no information telling me one way or another | | 3 theres no information telling me yes or no. / One product is from the Wildkat saffron made from oat milk and / 2 contains cbd | Two different companies, the CBD product is wildkat and the / 2 other one is thrive | 3 i dont see any information one way or another |
| One product is from Thrive and the other is from URSA major | 2 Both products use different ingredients | | 3 I don't see any similarities | 2 One is from URSA |
| the thrive brand seems more expensive | 2 the sell prices are probably different | The branding and packaging is completely different, and it looks / 2 like the websites are different too | 2 The website branding is completely different | 1 the labeling looks fine / The name printed on the bottle is different and the website / 2 looks different |
| They look completely different | 2 They don't look like they're related to each other | | | |
| These products have too many differences / I have heard the name "Thrive" but not the other so I am not sure. | 3 I can't see the companies being related | 2 That's just my opinion / 3 Don't seem to be from the same company. | 1 Because I've had a change of heart | 2 Different companies / 3 I have heard of "Thrive" but not the other brand. |
| The companies listed on the bottle were different / they are 2 different products / They are different brands. | 2 The bottles were so wildly different. / 2 different companies / 2 They aren't the same company. | 2 I saw no evidence that they were from the same company. / 2 not the same brands / 2 unsure | 2 I saw no reason to think they were connected / 2 different products / 3 I can't remember | 3 There was some definite similarities but nothing definitive. / 1 they are both made by thrive / 2 They had different brand names. |
| Again, they look completely differnt. / names are different | 2 There websites look completely differnt. / 3 dont know | 2 They appear as 2 different brands. / 2 different names | 2 They look completely different. / 3 doesnt say so | 2 vfjtgfgjfgfj / 2 I didnt notice, price was too high for me |
| maybe the same manufacturer elaborated the product but is not own by the same brand. / different names on packaging. / Totally different look and labeling. | 3 I don't know if they are connected. / 2 Totally different look, labeling. | Both products have different names and the package don't have / 3 nothing in common. / 3 don't know / 2 Totally different look, labeling. | 1 Totally different look, labeling. | 3 not sure / 3 don't know / 2 Totally different look and labeling. |
| thrive looks so natural to be with the other one | 2 too different | 1 they both look natural | | the big writing has different names and they just dont look like / 2 theyd be the same company. but anythings possible |
| The packaging looked completely different | 2 One bottle said Thrive and the other said Ursa Major. | 2 I didn't see Thrive on the second picture | Other than both bottles being of dark color, the packaging didn't / 2 look similar to me. | 2 Names are different / The contrast is just so different between the two they look / 1 completely different. |
| Look and act nothing a like in terms of products. | 2 they dont have any obvious connection | 2 Two differents websites, products and designs | They look completely different and are completely different / 2 products. One offers CBD the other do not. | |
| I think they were made by different manufacturers. One said Thrive and the other was a face balm. / The bottles are very different | They're both face balms, but other than that they looked like / 3 two different manufacturers. I'm just not sure enough to say. / 3 I don't know | I feel like you keep asking me the exact same question. They're BOTH face balms. They products are different, and this time only / 3 one of them says it contained CBD. / 1 They look similar | | 3 This one has CBD in it. / 2 price difference |
| they look totally different / THAT'S JUST HOW IT SEEMS TO ME. | 3 don't know anything about them / 2 DONT KNOW.. JUST GOING ON FEELINGS | 2 nothing looks alike / 2 A INSTINCT | 3 I don't know anything about them / 2 JUST FEELING IT | 2 packaging totally different / 2 SEEM TO BE DIFFERENT |
| different brands / Many reasons | 2 different brands | 2 They re different brands / 2 The quality of products is different | 3 I have no way of knowing since I am not fmiliar with the brands / 2 many reasons / i think major manufactures are connected or sour materials | 2 They are different brands / 1 Many reasons |
| They seemed similar | | 1 from the same place. | | 3 unsure |
| I could not read or did not see the manufacturer | from the information these brands have no connection since they are from made from different companies/brands, plus sites / 2 are designed differently, and products do not have the same | 2 Thrive and Wildcat, I assume were the companies names | 3 I did not see the connection either way | 2 Nope they are different |
| products are different, have different names, sites are different, come from different companies/brands / Trive is only on one of the ads. / not sure | 2 brand name / 3 I do not know these companies. | because both products are from different websites with / 2 different brand names. / 3 not sure | because by the information, it products come from different / 2 brand/companies and different sites / 3 I do not know the companies | both products have different package labeling, sites are different, sites are designed differently, products come from / 2 different companies/brand / 2 Trive is not on the first product. / 3 not sure |
| 2nd product seems to be plant based | 3 same as last reason and no reference to similar titles | 2 It appears two different companies | look different at the 2nd company seems to be all natural / 2 ingredients | 3 not enough information |
| no real way to tell if they come from same company that i see | 3 did not see any correlation | | 3 did not see any correlation | 3 do not seem related |

Exhibit 4
Page 464

Thrive Final Raw Data.xlsx

| | | | | |
|---|---|---|---|---|
| The two products seem so different! | 2 The two products don't seem similar enough | 2 There isn't a similar feel to them | 2 There is a different impression from each | 1 There is a similar appearance and language |
| | | | | |
| Different style of packaging. | 2 Again, totally different packaging. | 1 Very similar style. | | 1 Their design looks to be a bit alike. |
| DIFFERENT NAMES | 2 DIFFERENT NAMES & GRAPHICS | 2 DIFFERENT NAMES | 2 DIFFERENT NAMES OR GRAPHICS | 2 DIFFERENT NAMES                                       2 |
| different branding | 3 do not know | 2 different brands | 3 not sure | 2 different brands                                         3 |
| different looks | 3 cannot say | 2 no connection | 3 cannot tell | 2 could not really tell                                   3 |
| | | | they have different names but i dont know if they belong to the | |
| they have different brand names. | 3 i dont know if they are owned by the same parent company. | 2 i saw one as thrive and one as widkt. | 3 same parent company. | 3 they have different brand names.                   3 |
| | A lot of companies nowadays are related, but operate as | | Don't know enough about either company to know whether | |
| Different names, packaging and use. | 3 separate entities. | 2 Seem to serve different markets and unrelated look. | 3 related or not. | 2 Different names, packaging and ingredients |
| two different companies made those two different products | 2 these were two different companies | 2 one was made by widkat and the other by thrive | 2 i do not believe they are associated together | 2 two different companies made two different products |
| I don't see any similarities | 2 No affiliations are visible | 2 They have different packaging and lettering | 2 I don't see anything that resembles a partnership | 2 They have different packaging, different lettering   2 |
| Same reason. | | 3 Different labels. | | 3 Same reason. |
| different names | | 3 different names | | 3 Thrive & Ursa |
| I said I am not sure if they were produced by the same company | | I said I am not sure if they were produced by the same company | | I said I am not sure if they were produced by the same company |
| because there ae no identifying claims on any product that says | | because both products basically do the same thing. This would | | because they do not have any similarities other then skin care |
| they were made by the same brand. | | 3 make them compete for market value. | | 3 products. |
| one brand is part of thrive family other isnt | 3 not sure | 3 thrive is not mentioned or shown | 2 thrive brand only | 1 thrive name is missing                                  3 |
| | | 3 dont remember brands names for each product | | 2 the first one is Thrive, and the second one is something else.   3 |
| could be affliated, but they dont mention it | | 1 because they are the same | | 1 because they are the same |
| because they are the same | | | | |
| different brands | 2 different brand ursa thrive | 2 differeny brands thrive and widkat | 2 saw no connection | 2 Two different brands URSA and Thrive |
| they look very different and the packaging isnt similar | 3 they can possibly be affiliated but im not too sure | 2 the names are completlt different and so is the packaging | 3 im not too sure | 3 one is chid infused and the other isnt                 3 |
| Two different names. | 2 Two different names. | 2 The name of the companies are different. | 2 I am just guessing. | 2 They have different names.                            2 |
| did not see maker | | 2 did not see maker | | 3 i did look at who made them |
| | The price of the products are too different. Most products from | | The way the products are described and the packaging look too | |
| The labeling and also the price. | 2 the same companies have similar price points. | 2 Wording and labeling are too different. | 2 different to be connected. | 2 The labeling and wording seem different |
| | | one product is for sensitive skin for helps hydrate, restore and | Because two products solved various problem. One product is | |
| Same company product. | | 2 protect face. Other product is mainly bright your face. | 2 for sensitive skin and other product is mainly increase face glow. | 2 These product are not one brand. |
| The packaging is too different from each other | 2 The packaging is too different | 3 because I'm not sure | | 2 just my impression |
| because it has the same name | | 1 because it has the same name | | 1 because it has the same name |
| can be under the same company | | 3 can be from the same company because of similarities in bottles | | 3 can be from the same company because of bottling similarities |
| I focused on the price and the description only | | 3 not enough info | | 2 didn't see anything that connected the two |
| ursa major and thrive | 2 two different names | 2 thrive and widcat | 2 completely different websites | 2 two different companies with different names            2 |
| because the tow products were carrying different meanings in | at the same time the tow companies are different but the | | | |
| the same sense | 1 quality of their service is almost the same | 1 because they were same service provide for us | | 1 because both products offer almost the same type of service |
| Do not see a common thread of these products | 2 No connection between package products | 2 Packaging looks totally different | 3 Don't see a common thread among the product lines | 2 Different product packaging                            2 |
| nothing to say | 2 nothing to say | 1 much more likely and favorable | | 2 nothing to say                                          2 |
| no idea don't know | | 3 no idea brand unsure | | 3 no idea |
| the packaging has a different style... | 2 the products don't look similar... | 2 the packaging is different... | 2 the packaging looks different... | 2 the products don't look similar...                     2 |
| Because this is very good and great | | 1 Because this s very good product | | 1 This is very good and Nice |
| | | | | Because the first appeared to be the same brand as the product, |
| | | | | and the second appeared to be a manufacturer, but one that's |
| Because there are no similar brands on either page. | 2 Because there are no similar brands on either page. | 2 Because there aren't any similar brands on either page. | 2 Because there aren't any similar brands on either page. | 2 different than the second and first product.          2 |
| Different brands / packaging. | 2 I don't have enough information to see any connection. | 2 Different brands. | 2 Not enough information to see the connection. | 3 They look different. |
| likely service | | 1 because likely service | | 1 because this is very likely |
| | | | | I don't remember the first product, I only remember thrive and |
| one is called Thrive and one is Ursa Major | 2 the product name is very different | 1 they have similar names and functions | | 3 now what it was comparing it to. |
| | the design just looks so different that that is the concusion I | | | |
| the packaging looks so different | 2 would draw. | 3 Again, just a gut feeling | | 3 can't really say |
| | I believe skin care products have multiple companies and | | | |
| appears like its different companies to me | 3 affiliates | 2 to me totally different products here | 3 im not sure haven't researched these products yet | 2 no appears to be different ingredients, very different products   3 |
| it's for sensitive skin | | 1 It's seems to be the same ingredients | | 3 It could be but not sure |
| | | Again, I cannot tell if they are made by the same manufacturer. | | |
| Because I cannot tell if they are made by the same manufacturer. | | 3 There is nothing to indicate yes or no. | | 3 Nothing to indicate it |
| One is Thrive and one is Ursa Major | 2 They are not sold on the same website | 2 One is Widkt and one is Thrive | 2 They are not sold on the same website | 2 One is Thrive and one is Ursa Major                 2 |
| they don't seem similar in any form. | 2 I have no reason to believe they are connected. | 2 one of them is Thrive and the other is Widkat | 2 I don't know these companies but the ads look really different | 2 their marketing is very different |
| Because monkey face like yourself keeps showing me same | | Because monkey face like yourself keeps showing me same | | Because monkey face like yourself keeps showing me same |
| photos all over and over again. | | 2 photos all over and over again. | | 3 photos all over and over again.                        3 |
| because the one product had Thrive written on it and included in | I don't really know a lot about the Thrive products but I have | | because they did have the company name and they weren't the | |
| the advertisement and the other one didn't | 3 heard of them | 2 different manufacturer names on the bottles and in the  ads | 2 same | 2 different names on the products |
| are you going to keep asking the same question over and over? | | | | different brand names.  Could be the same umbrella company, I |
| these could be made by the same company | | 3 could be the same company with two different product lines. | | 2 suppose.                                                3 |
| Again their labels are so different and the white bottle didn't | | | Such different labels, though I was paying more attention to the | |
| seem to have company name at all | 3 there was no company name on the white bottle that I could see | 2 Different label style and name it looked like | 2 product description | 2 one says "thrive" the other doesn't seem to say anything   1 |

Exhibit 4
Page 465

Thrive Final Raw Data.xlsx

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|
| | | they both seem to have 'natural' ingredients as their focus. the brand names are different but i could see this being created/sold | these are the same two products as before. the ursa major product is a more traditional skin care product. the thrive product seems more gimmicky/trendy as it contains cbd which | |
| First one was from a company called Thrive and the 2nd from a company named something like Ursa Major. different labels Same name | 2 the labels and style of the container were very different. 2 different looks | 3 by the same retailer/manufacturer 3 different products 1 packaging looks the same | 2 I'm not sure is an effective skincare ingredient — 2 / 2 different products — 2 / 2 One is Thrive and the other Ursa — 1 | 2 different products |
| one is thrive brand, the other is by ursa major | 3 they could be affiliated i've heard of neither | 2 one is by thrive, the other is by widkat | 3 they could possibly have the same corporate ownership | 2 one is by thrive the other is ursa major — 3 |
| One says Thrive, one says Ursa Major | 3 Could be a different line from the same company | When one from a company called Thrive and the other from 2 WidKat | Sometimes companies brand different products with different 3 names. | 2 One says Thrive and one says Ursa Major — 3 |
| because the brand of the products is different | 2 because the product label shows that they are not related. | 2 because it has a different brand on the container | because neither of the two packages does not mention opposite 2 brands. | because the presentation of the product does not have similarity 2 also the brand that is shown is different |
| The names of the companies are different. | 2 because they are not same. | 2 The company names are different. | 2 The names are different. | 3 The company names are different. |
| they have the same name / Totally different names, labeling, ingredients don't seem the same. Branding is different as well. / don't know | Totally different names, labeling, ingredients don't seem the 2 same. Branding different. | 2 they have different names, thrive and widkat / Totally different naming, labeling, ingredients don't seem the 2 same. Branding different. / 3 don;t know | 3 not enough information to know to be honest | 2 one is ursa major none other is thrive / Totally different names, labels, ingredients don't seem to match. 2 Branding is different. / 3 not familar with products |
| They did not look like they came from the same company at all, both in the way they were packaged and displayed / Different product brands | They were two completely different products. One was for acne 2 and the other was for sensitive skin. / 1 Collaborative companies | They do not look the same or have any similarities in the way 2 they are packaged. / 2 Different product brands | Sizing is not the same and they do not look anything like each 2 other. / 1 Collaborative companies | 1 The were clearly labeled as Thrive they have the same look / 1 Different product brands |
| They have different logos and names / different company / look different product / has the same something | 3 Because I dont know if they have the same mother company 2 no connected 1 looks a like | 2 They had different names 2 different company 2 look different 2 different colors diffrent colors | 2 They have different names and logos 1 Yes, companies are affiliated, connected or associated 2 different product 2 diffrent names and styles | 3 I didnt remember seeing the same logo 2 differents company 2 different 2 diffrent |
| One was Thrive the other was Ursa Major | because I did not read any information in their ads to th 2 contrary | 2 Because one was made by WildKat and the other was Thrive | Because one product was for Sensitive skin face balm and the 2 other Saffron Glow Serum | 2 Because one was Thrive the other URSA Major |
| none | | 2 The products looked different on the outside covering. | 3 My observations. | 3 The second one didn't have company name on it. |
| CANT TELL / packaging is totally different | 2 nothing is similar between the two products | 3 NOT ANYTHING SPACIFIC 2 nothing similar between the two pages | 2 nothing similar between the two pages | 3 MOST COMPANIES HAVE A THEAME R LOGO THAT FOWS THRU — 3 2 nothing is similar about the packaging, etc. — 2 |
| Both are face balms but that is where the similarities ended. The packaging and colors were different for each product. Different names | Since the packaging was not the least bit similar I would have to 2 say the products are not related. 2 because I actually don't know | Since the second one was an improved face balm perhaps it may have been related to the first product but I was not provided 3 enough information. 3 It didnt look for that | | There was no evidence from the description or the product 3 packaging that the two products were related. I could not tell. 2 They had different names on the products — 3 |
| The branding looks entirely different. And the products seem similar enough to be at competition with each other and not different enough to be the same line. / had different names as the affiliated company / they look different | They seem to have different approaches in how they address the 2 products qualities and uses. 1 I thought I read the same name on both sites 2 cost of them | 2 Different name and different branding styles 3 I didn't see any affiliated names 1 sound the same | The marketing approaches are clearly different. One is trying to be cool and promises you'll look great where the other focuses on trying to maintain the health of your skin and prevent further 2 damage. | 2 Different names — 2 2 the way the product looked — 3 1 sound and look the same |
| They have different names on the labels. | 2 Once again labels read different company names. | 2 Each item has a different name on label, | 2 Names of items are different. | 3 The info given doesn't give info needed. |
| One is Thrive, the other Ursa Major and they have a totally different appearance. I did not see any similar logos or features. / the same brand appears / The packaging was different and makes me think they are / different companies / diffrent names | Just a hunch based on how different the products looked from 2 each other. / 2 Because the packaging was different / 2 diffrent names | Thrive and WLDCat appear to be different companies and do not 2 share any similarities as far as advertising and appearance. / 2 not same brand / The packaging is different which makes me thing they are 2 different companies / 2 diffrent names | 2 There do not appear to be any similarities. / 1 the same company / The packaging is different which makes me thing they are 2 different companies / 2 diffrent names | One is LV, one is Ursa Major. Both products are presented 2 differently and do not share logos. / 1 the same brands / The packaging is different which makes me thing they are 2 different companies |
| No crossover in branding and appearance / nothing | No way to tell for certain, maybe they have a partnership or 3 have the same certification, but don't know | No clear crossover in branding and appearance for these 2 products and their websites / 1 anything is better with this | No way to say for sure. Maybe they could be under some 3 umbrella of sustainable/eco friendly products, but it's not clear | The branding on the Thrive screenshot seems to clearly indicate that they're part of a line called Thrive. The second product has no wording, packaging, or other indicators that it is part of the 3 Thrive brand / 2 nothing |
| not same at all / different | 2 not same / 2 different | they different from each other / 2 not the same | 1 its seems like they are connected / 2 no | 1 the looks beneficial for face and package quality is premium. / 2 different names and logos |
| Different packaging and the product description language is different. | Some times companies use different packaging or language for different target markets. Maybe more scientific for older people 3 and hipper for younger people. | Seems likes they are similar products from different companies (packaging and descriptions are different) but this could be 2 marketing | 1 Both have CBD in them. | 2 Packaging looks different, but could just be marketing. |
| The sites that are selling these products are different and the company that they are from are also different. / The company names are different. | There was no indication that they were affiliated in any way on 2 the website nor in the product summary. / 2 The name of the companies are different. | 2 One product was from WLDKAT and the other from Thrive | There was no indication anywhere on the image that the two 2 companies and products were related in any way. / 2 The name of the companies are different. | One product was from Thrive and the other was from Ursa 2 Major. / 2 The company names are different. — 2 |
| They look like they go together on the same website. although it said comes from nature product, there is no clue to say come from same company / the brand looks different / Really don't know | 2 thrive and ursa are different names | 1 They look kind of similar with the packaging and the wording. / 3 no idea how they related / 2 the brands are different / 3 Don't know | 2 they look different | 1 They look similar. / 2 the packages seems very different from the same company — 3 / 2 its different types of products / 3 Unsure |

Exhibit 4
Page 466

Thrive Final Raw Data.xlsx

| | | | | | |
|---|---|---|---|---|---|
| I know one is made by Thrive but unsure about the other | | 2 just based on the names of the product | they might be affiliated in some way but theres not enough<br>3 information to know for sure | 2 again one is thrive unsure of the other | 3 |
| the title showed the different company website name<br>the logo suggests so<br>they look like they are different brands | 3 i dont have clue to figure<br>3 not sure if they are affiliated | 3 i cannot tell the company name who made it<br>1 again the logo<br>2 they look like different brands | 3 not sure if they are affiliated | 2 product showed the different name<br>1 the lable suggests so that it is from one company<br>2 they look like the different brands | 3<br>3 |
| Cause one of the products is from Thrive's company and the<br>other is from Ursa Major's company | Cause both brands don't say something about affiliation at the<br>2 website of each brand | 3 Cause both belong to different companies | Cause if that is a fact, they need to put on the website to<br>2 consumers know that they are affiliated | 2 Cause name of the company are different | 2 |
| TIRED OF REPEATING, NOT CLEARLY MARKED<br>different bottles and names<br>not sure | 1 skin care products | 2 Not clearly seen where the first one is from, company<br>1 cbd products<br>2 different name at top | 3 Not clearly seen, who the products are actually from<br>3 not sure | The first one, I could not tell the company, Major maybe, the<br>3 other one is Thrive?<br>2 one is a cbd product and the other is<br>3 didn't look at company, just description of product | |
| different brands and different product names and design | 2 different brands and different products | 2 different brands and different features | 2 different name and different design<br>that is what it looks like to me. I am not familiar so I do not | 3 same color but still quite a lot different | |
| looks like different companies to me.<br>design looks totally different - names are different | 3 I am not familiar so I do not know<br>3 not sure | 2 looks like different companies<br>2 The products look different - design wise<br>Just because labeling looks simular doesn't mean they are from<br>3 same manufacture. | 2 know anything about these companies.<br>3 I have no idea | 2 looks like different companies<br>2 different names and design | 2<br>3 |
| I just have no idea.<br>2 entirely different lines | 2 see last answer | 2 ... | 3 ... | 3 One has CBD as ingredient.<br>2 this is really redundant...could we get to the point??? | 3 |
| They have different designs and different names heading the<br>packaging and websites. | I don't think they are because they have such different designs<br>2 and different names. | They have some similarities that I would have to check but I<br>3 don't think they're related. | | different names, different package designs, different web<br>2 designs. | 2 |
| They have different brand details and logo on the package<br>They have different brand names | 2 The info on the package are quit diffrents<br>3 I am not familiar with the companies | 2 The information on the package are totally different<br>2 They have different brand names | 2 The brand logo a information are different<br>3 I am not familiar with the companies | 2 They have different brand name on the package and details<br>2 They have different Brand names | 1<br>3 |
| They are of different brands.<br>Completely different look and one company seems to be called<br>Strive. | 2 There isn't any information on the label of the affiliation.<br>At first glance, there does not appear to be any cooperation.<br>4 the packaging would be similar if from the same company and | The color scheme of the packages might be similar but both are<br>2 different brands.<br>2 No words are the same. | 2 There isn't any information of the affiliation on the label.<br>2 Unable to make any connection with the two products. | The packages look similar that they could be of the company but<br>2 the brands on the labels are of different brands.<br>2 Completely different looks. | |
| the difference between the two<br>Totally different company and label<br>They a variant product names | 2 they were not<br>3 I did not read the itvy print | 2 they seem close to each other<br>2 The label<br>2 The brand names were different | 1 Similar ideas<br>3 I did not read all the detailed information | 2 ursa major and thrive I believe are different companies<br>2 Different brand<br>2 they different product names | 2<br>2<br>3 |
| I think they belong to the same company.<br>ita different companies<br>I cannot recall.<br>different brand names | 3 i amnot sure<br>3 I am really not sure. | I'm sure that they are not the same company. Because they look<br>2 different.<br>2 different stores<br>3 I would like these products.<br>3 different brand names<br>Could be same manufacturers because of sustainability efforts,<br>3 but I'm not sure | Obviously, they are not the same company. Because they look<br>2 different from each other.<br>2 different websites | 1 I think they belong to the same company.<br>it looks the same with the same desperation<br>3 I do not know<br>3 different brand names | |
| I don't know, they don't look alike or similar | | | | 3 Don't have same aesthetic? | |
| Because one comes from Thrive and the other from Ursa Major.<br>because they just don't look like they would be related except<br>for function | 3 Because I don't know. | 2 One is from Thrive and the other from WLDKAT.<br>2 they look like complete opposites | Because I don't know if the companies are affiliated with one<br>3 another. There is no indication saying so.<br>2 they just don't look like they are from the same company | 2 Because one is from Ursa Major and the other is from Thrive.<br>2 because the only thing in common is function | 3<br>2 |
| One is ursa major, the other thrive. i suppose they could have<br>the same parent company? | Many parent companies own smaller companies but it's never<br>3 very transparent. | 1 Same feel, packaging, natural source | | 1 They seem clean, traditional;Similar | |
| Because the brand names are different and the packaging as<br>well. | Because these companies sell similar products, so they must be<br>1 working at similar goals. | Because the names on the bottles are different from one<br>2 another. | Since they sell similar products for skin care I think their goals<br>1 would be similar as well. | Because the packaging is different on each product, and the<br>2 colors on the bottles are different. | 1 |
| Can't find a manufacturer name on either | | Although both have trademarked names, not enough info to say<br>3 who produces them | | 2 One was LV and one was Ursa major | 3 |
| They are also skin product company<br>different brand names | There are different company and they have different plan with<br>2 each other<br>2 different brand names and labelling | There are different product manufacture are different company<br>store<br>they make different company and they are also skin product and it<br>2 good manufacture for us | 1 Their are also skin product and they benificail for us<br>2 different brand names.  different product | 2 good product and good value<br>2 different brand names | 2<br>2 |
| Different names but I could be wrong | I'm not familiar with them so do not know off the top of my<br>3 head | 2 Different names so wouldn't think they would be associated | 2 I don't think they are but could be completely wrong | I can't find anything telling me from looking at them they would<br>2 be the same company | |
| They both have different bottle designs, product names (Ursa<br>Major vs Thrive) and they seem to want to target different<br>audiences. Also, their price points are wildly different. | They seem to be targeting different people and have totally<br>different looks/descriptions/"feels". Usually when a product is<br>done by the same company, there is a uniformity to their looks<br>3 and descriptions. Even if the products aren't related at all. | Again, they seem to be by two different companies (Thrive vs<br>WldKat) and have two different philosophies on their product.<br>2 One features CBD while the other doesn't. | One product seems to be more towards the new trend of using<br>CBD oil in their products while the other seems to use a more<br>2 trusted source of simple natural products. | They both feature different names in their descriptions (Ursa<br>2 Major vs Thrive) | |
| Branding is completely different | 3 I'm not familiar with the first brand | 3 do not know brands | | 2 I know Ursa Major an established brand, do not know thrive | 3 |
| Different name brand | 3 different name brand | 2 because they have different name brand | I don't know both of the company connection so I cannot think<br>3 they are associated.<br>I didn't see any information that would help me form an | One is from ursa major and the other one is from thrive<br>2 company. | |
| very different packaging<br>1 one is widkat and the other ursa major<br>nothing listed | 3 not enough information for me to form an opinion<br>2 the names and logo arent the same | 2 The packaging is very different.<br>3 one ie widkat and the other thrive<br>3 didn't look at the manufacturer | 3 opinion.<br>2 i doesnt see anything that gives me that idea | 2 brand name is different<br>2 The name, logo and web design arent the same<br>3 no company/manufacture mentioned or listed | 3<br>2 |
| can't tell without researching the companies and brands | | 3 can't tell without researching the companies or brands | | 3 can't tell without researching the companies or brands | |

Exhibit 4<br>Page 467

Thrive Final Raw Data.xlsx

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| They are just different | | 2 Don't see connection | 2 The company names are different | | 2 Don't see any connnection | 2 they are different | | 2 |
| Different names and packaging | | 3 The color scheme is similar | 2 Different Brand names | | 2 Different brand names and packaging. | 2 Different names on the package | | 2 |
| still does not provide enough information to know | | they are skin care products i think they all work together in | 3 They were from different websites and had different logos | | 3 I have no idea by the description if they were the same or not | 3 It does not give you enough information to se that | | |
| they seem to be from different companys it is hard to tell | | 1 some way | i am not sure if they are from the same better to say i dont | | | 1 i feel they go to gether and work with each other | | |
| | | because all models seem to be from different companies but i m | 3 know then to guess | | | | | |
| because all models seem to be from different companies | | 1 not sure | 2 because all models seem to be from different companies | | 2 because all models seem to be from different companies | 1 because the products are very similar to each other | | |
| different trade mark | | 2 maybe they are just competitors | 2 maybe they are just competitors | | 2 maybe they are just competitors | 2 having a different trade mark | | 2 |
| | | i don't believe these are connected at all, different packaging | The style of the bottles are kind of similar but not enough | | | | | |
| The websites have different layouts | | 2 and website layout. | evidence that the same company made these products. The | | 2 I don't see the same company on the website. | 2 The brands are completely different and so is the website. | | 2 |
| different products | | 2 not sure | 2 names and ingredients are different. | | 3 not sure | 3 not sure different labeling | | |
| There were two different brand names and two different | | | 2 different packaging | | | | | |
| aesthetics on the images. | | 3 There is not enough information available to make that call. | 3 The two images had two different brand names and aesthetics. | | 3 There is not enough information to know that. | 3 The two images had two different brand names and aesthetics. | | 3 |
| do not see the same name on the products | | | 3 unable to find the manufacturers name | | | 3 i do not see the manufacturer named | | |
| One said Thrive and one said Ursa Major | | 3 They didn't seem to be to me | One says Thrive and one Says WLDkat | | 3 do not see anything that indicates that | 3 This whole thing is confusing me | | |
| not sure | | | 3 because they have different names | | | 3 not sure | | |
| Can't tell | | | 1 Looks like it | | | 1 Looks like it | | |
| Not remeotely the same | | 2 NOt the same, as before | 3 NAMES | | 2 Different names | 3 Same as before | | 2 |
| they are different looking | | 2 different names | 3 different names but it may be you can order from amazon | | 2 one has an auto shipment offer | | | 2 |
| Different brand names | | 2 Know nothing about them | 2 Different brand names | | 3 Don't know about these companies | 3 One is Thrive and one is Ursa Major | | 3 |
| The label looks very different, as does the online layout | | 2 I would just assume that from their differences | 2 not sure | | 2 look different | 2 don't look similar | | 2 |
| different brand names, packaging and colors | | 2 not the same brand name or logo | 2 Again different packaging colors and no consistent brand logo | | 2 Other than being skin care I saw no thread of continuity | 3 The branding, packaging seem different. | | |
| i saw no connection between the products | | 1 it says so on the packaging | 1 it says so on the packaging | | | 2 one is by ursa major and one by thrive | | 1 |
| | | | | | | One was Thrive and the other one didn't resemble the brand the | | |
| different designs | | 3 not sure if they are the same brand or not | 3 can't tell the brands | | | 2 same way. | | 3 |
| | | | | | | I was looking at the name of the products and didn't notice the | | |
| Different names. | | 2 Look different, different names, no other data to draw from. | 3 Different names. | | 2 I don't see any link to indicate they are affiliated. | 3 manufacturer names. | | 2 |
| different names and looks | | 2 different names and looks | 2 different names and looks | | 2 different names and looks | 2 different names and looks | | 2 |
| The logo is different between the two companies | | 3 There may be a private partnership between the two companies | 2 it is clear from the packaging | | 3 Companies may be associated with each other | 3 The logo is different between the two companies | | 3 |
| One product is from Thrive and the other does not seem to be | | | They don't look like they have the same ingredients in the | | | | | |
| made from them. | | 2 They look to have different owners. | 2 products. | | 2 They look like very different products. | 2 They had different looking packaging. | | 2 |
| | | | Thrive has a copywrite and does not show up on the other | | | | | |
| | | They do not appear to show anything that connects or is the | product. They have different themes and appearance without | | | | | |
| The packaging and web pages appear to be completely different. | | 2 same. | 2 overlap in wording or phrasing. | | 2 I do not see anything that seems to be the same. | 2 I do not see anything that seems to be the same. | | 2 |
| | | | The branding and write up and look of the websites are | | | | | |
| Different website layout and write up | | 3 See previous answer. | 2 completely different. | | 3 Again, not sure, but it would be a good idea as a seller. | 2 Website and write ups different. | | 2 |
| | | | | | | There is a chance that these brands are affiliated. It wasn't | I believe they are different becuase the brand names are | | |
| They are different brands: Ursa Major and Thrive, though they | | | Because one was from Thrive and the other was from WLDKAT | | 3 specified online. | 3 different: Thrive and Ursa Major. | | 3 |
| might be owned by the same company. | | 3 The brands might be affiliated. | 3 specified online. | | | | | |
| because I do not use ursa major | | 2 because they have two different names | 3 because I do not care to know the names of the companies | | 3 because I do not use ursa major | | |
| Don't seem the same | | 3 I cannot say | 2 The name is different | | 3 I cannot say | 3 I cannot say | | |
| | | | | | | Now I'm not sure if they could be connected off type of | | |
| Again, just based off design, they felt different. | | 3 It could be a sister company offering a variety of facial products. | 2 Had a different feel to the design. | | 3 products. | 2 The packaging was so different and one was a cbd product. | | 2 |
| totally different names and look. | | 1 totally different names and look. | 2 Totally different names and look. | | 1 Totally different names and look. | 2 totally different names and look. | | 2 |
| different brands | | 2 totally different look | not the same brand | | 2 they look different | 2 they look different | | 2 |
| they are both balms but different packaging | | | 2 because the names are different | | 1 the packaging are similar. | 2 they do not look a like. | | 3 |
| packaging appears much different | | 2 packaging appears much different | 2 different brand names used | | 3 i'm not sure either way | 3 These don't look as dramatically different as the other options | | |
| Different brand names | | 3 I am not sure | 2 Different brand names | | 3 I am not sure. | 2 Different brand names | | 3 |
| i don't know | | | 3 i don't know | | | 1 i just think that | | |
| The look of the products are different. | | 3 They products are very different. | 2 The design is different and the description is different. | | 2 They're very different. | 1 The look is similar. | | |
| | | | | | | these are more similar in look and components than the | | |
| Same answer as the first two | | | 3 Same answer as before | | | 3 previous pairs, but they do have different brand names | | |
| One is by Ursa, the other by Thrive | | 2 One is by Ursa, the other by Thrive | 2 One by Wldkat, the other by Thrive | | 2 One by Wldkat, the other by Thrive | 2 One by Ursa, the other by Thrive | | 2 |
| looks are completely different | | 3 not sure? | 2 not similar at all | | 3 cant be sure | 2 one looks higher end then other | | 2 |
| Different company names. | | 2 Nothing connecting them in the photos. | 2 Different company names. | | 2 Nothing linking the companies in the photos. | 2 Different company names. | | 2 |
| | | There's not enough information on the screen to say one way or | | | | The second product doesn't show much outside of the product | | |
| | | 3 the other | | | They look very different and highlight different ingredients in the | description for that particular product. There's no other site | | |
| Different brand names | | 2 Different companies, and looks. | 2 Different brand names and design | | 2 product | 3 information shown | | |
| They have different brand names and packaging. | | | 2 One is by Wildkt and the other Thrive | | 2 different names | 2 Different names | | 2 |
| | | | Because Thrive is the same brand shown in one of the other ads | | | Because the packaging doesn't look similar, they have different | | |
| Because they have different brands & websites | | 2 I don't know | 2 and the packaging is different from the other ad shown | | 2 Because they are from different companies | 2 webpages, and different brand names | | 2 |
| Again one says Thrive the other Ursa Major | | 2 Look nothing alike | 2 Tow different comapnies | | 2 Don't look anything a like | 2 One says Thrive from LV the other is Ursa Major | | 2 |

Exhibit 4
Page 468

Thrive Final Raw Data.xlsx

| Response A | Response B | Response C | Response D | Response E |
|---|---|---|---|---|
| branding and packaging look completely different / they didn't look similar on their label | 2 branding and packaging look completely different / 2 the labels looked completely different | 2 i don't see any similar brand identity / 2 look different / I don't know. I looked for information on the images but I couldn't find it. | 2 there are no similarities that can be seen in the packaging. / 2 labels look different | 2 The look of the website and product is completely different. [2] / 2 one was thrive one was ulta |
| Not enough information provided. / look not the same but the same effect | 1 great one | 1 great / normally, companies are linked in some way, but the product | 2 the same | 3 There was no enough information. / 3 i think they same |
| product design looks different / They have different names and different packaging | 2 significantly different product style / 2 They don't look to have similar branding. | 2 product looks different / 2 Different name and different packaging | 3 looks totally different / 2 They don't have the same name | 2 looks differs enough [1] / 2 Different name |
| both names on product are different / im not sure if they are | 2 can't see connection but not sure | 2 companies names are different / 2 they seem really different | 3 can't see a connection / 3 im not sure if they are the same | 2 one said ursa major the other said thrive [3] / 1 they both seemed the same |
| The second product appears to be from Thrive. Im not sure about the first. / The logo is different / the appear completely different and don't have the same name on them anywhere / It is from different brand. / The name and product description does not make it clear if they are related | No, identifying information provided on the first webpage like 2 the second. / 1 They are linked by the same compound / 3 again I would guess not, but can't be 100% sure / 1 I believe it is from different manufacture. | First is identified with Thrive and the second is identified with 2 WLD. / 2 Because the two logos on them are different / 2 they don't appear to have the same name anywhere on them / 2 it is from different brand name. / It is hard to tell if they are related based on the product 3 information | 3 Not enough information provided to determine. / 2 They have a different design / they don't appear similar so I would guess not, but can't be / 2 I believe it is from different manufacture. | First product has no identifying information for the company like 3 the second does. / 2 Various specifications [3] / 2 they don't appear to have the same name on them at all [3] / 2 It is from different product. [2] / The information provided does not make it clear if they are 3 related / They have different names, and I am not sure which company 3 makes either product. |
| I don't know if the same company makes both products | | 3 I don't know which company makes either product | | |
| The logo and branding on the bottles seemed different to me | 3 I am not sure how i could tell that | 2 different branding and logo | 2 saw no reference of the other brand on either | 2 different branding [3] |
| Thrive and Ultra(something) are different brands with zero obvious affiliation. | I truly do not know. There was no "manufactured by" or "distributed by" in the descriptions nor was the reverse side of 3 the product labels visible. | No manufacturer or distributor listed; Just the brand name to 3 rely upon. | | Again, manufacturer nor distributor were mentioned in the 3 product's description or labeling. |
| The products branding looks different as well as the websites look totally different. | They just don't look affiliated based on the features of the 2 website and what was highlighted on the product | They look totally different as well as the website looking totally 2 different. | 2 The products look extremely different as well as the branding. | The products have different functions as well as the products 2 having different graphics and branding. |
| no similarities / Because the brand is different | 3 not enough information / 3 Because I don't know | 2 No similarities in packaging, names, website. / 2 Brand is different | 3 I don't have enough information. / 3 Brand is different | 2 No similarities [3] / 3 Different brand [3] |
| One product advertises plant based. 2nd doesn't which, along with packaging, makes me think different companies or brands | 3 They don't appear to be associated | Packaging makes me think that. Usually products from same 2 brand have similar packaging. | I didn't get a feel for the products being from same company or 3 an affiliated company based upon packaging or presentation | From the type of packaging for each. Looked similar like 1 products from one brand |
| I have never seen this products before until this survey. | | 3 I am unfamiliar with both these products names. | | 3 I am unfamiliar with these products. |
| Thrive and Ursa Major are obviously different companies because the name of each is different. The product descriptions and packaging are also different per each company. Ursa Major seems higher quality, while Thrive seems more marketed to younger mainstream customers. / products don't look similar / different names | Ursa Major and Thrive are different company names and each website and product packaging is recognizable as belonging to 2 separate brands. | WLDKAT and Thrive are named different and the product packaging is different per each brand. WLDKAT is a bit more high end than Thrive, and WLDKAT products look more trendy and shareable on social media. Thrive's packaging is basic and not 2 very appealing. / 1 bottles look similar / 2 different names | Thrive and WLDKAT have different names, product packaging, 2 product description, and website design. / 3 not sure | Ursa Major is marketed toward younger/ trend seeking consumers, while Thrive is marketed toward older, skin 3 ingredient seeking adults. / 2 products dont look alike [2] / 2 different name and different website [3] |
| There is very different branding and messaging between these products, leading me to believe they are from different sources. / because of the different names / they seem different | 3 not sure / Any companies could be affiliated, although affiliation between these two doesn't seem very likely, beyond these skin care 3 companies. / 2 because of the names of the products | The difference in branding leads me to believe these are 2 different sources. / 2 because of the name / 2 they seem different | These companies' messaging is similar enough that an affiliation 3 between them is plausible. / 3 because of the different names / 2 they seem different | Branding and messaging are sufficiently different that I believe [3] / 3 just because of the name / 2 they seem different [2] |
| One is called Ursa Major and the other is called Thrive | I have never heard of either of these companies, and the logos have nothing in common that would indicate whether they are 3 connected | The names, logos and colors are different | There is nothing in the name, logo, colors or font that indicate 2 they are connected | 3 They have different names and logos [2] |
| can't tell from given | | 3 two different names | | 3 I don't know |
| The packaging and font is different between the two products / Labeled differently - Ursa and Thrive / Due to the price line. / Again, I have never heard of any of the brands shown | 3 I really have no idea / 3 I have no idea, I guess it's possible! | One has CBD and the other does not, it makes me think they 3 aren't from the same company / 2 Thrive vs Wildcat -- different brands / 2 Different brand name. / 3 I have no knowledge about the products | 2 Two very different brands / 3 Because it's possible, but I'm not sure. | 3 The packaging and websites are different [3] / 1 Similar branding, and does the same thing / 3 Because these products look very different [3] / 3 I am not familiar with any of the products shown |
| Different company names on products | 2 There is nothing on the ads that can link the two together | 2 they are different brand labels on them | 3 It was not super clear to me if they were or were not affiliated | 2 Different brand name |
| One product specifically says it uses plant products, where the other one seems more chemical based. | 2 They don't seem to have any ethos in common. | The product design/colors/website layouts do not look like each 2 other. | I don't know, but my guess would be that they are not connected because the Thrive product seemed big on showing 3 they usual natural products, where the other product did not. | The webpage setup seems similar, even if the products don't 3 have the same brand names. |
| The descriptions have two different "feels" to them, not like they have anything in common. | The products just do not seem to have anything to suggest they 2 come from the same company. / They might have an affiliation of which I am unaware. I really don't know anything about Ursa Major since I haven't seen it 3 before. | 3 They feel totally disconnected | | 2 They feel like they are created for different generations. [1] |
| Thrive is one of the companies and Ursa Major is the other. I have purchased make-up products from Thrive. / look like different brands / because I'm not sure | 3 can not be too sure | 2 Different brand names / 2 totally different / 3 because I'm not sure | 3 I have never heard of WldKat / 2 different taste | 2 not familiar with ursa major [3] / 2 look totally different [3] / 3 because it is the first time I saw these two products. |

Exhibit 4
Page 469

Thrive Final Raw Data.xlsx

| | | | | |
|---|---|---|---|---|
| They don't look very similar and don't really show anything in common. | | I've never heard of these companies so I don't know they | They kind of look different and seem like they would be from | |
| One is called Ursula and the other is Thrive. And the packaging is very different. | 2 Different packaging and price point.s | 2 I think one is from Thrive and one is from widkat or whatever | 3 don't look similar | 3 different websites. Although I am not completely sure, they have similar packages |
| totally different packages, doesn't look like from the same brand | 2 i don't see any connection between the two products | 3 I am not sure but the packaging is similar. They might be related. | | 1 and price ranges. |
| | | 2 don't seem them in the same family | 2 two different products and line | 2 one look more high end and one look more average | 1 |
| unsure who makes the 2nd one | | 3 did not see where it said who made them | | 2 one is ussr the other is thrive | 2 |
| they are different companies | 2 they aren't affiliated with each other | 2 they are different companies | 2 i don't think they are affiliated with each other | 2 because they have different brand names | 2 |
| They contain different features and names that support each company and its product | 2 Each product is suitable for a specific type of skin | 1 It contains the same as the manufacturer | | Each product belongs to a company that matches the quality of its production | 2 |
| One saus URSA and one saus Thrive | 3 unclear to me | 2 2 different names on top | 3 unclear | 2 One says URSA and one says thrive | 3 |
| the same using | | 1 that's what I feel. | | 1 same benefits. | |
| because they do not resemble each other in for or composition | | Because they are similar to each other and the same properties 1 and composition in general | | | |
| | 1 Because they are of high quality and convenience | One said WLDKAT on the top of the page and the other said | | 1 Because both products are of good quality | |
| They didn't look like they were related and seemed like 2 different company names/websites | I don't know either of these companies so I'm unaware of they 3 have any kind of affiliation | Thrive. These images seemed like 2 different companies/2 2 different websites | 3 but I've never heard of either of them so they could be | One is called Thrive and one is called Ursa Major I think. didn't 3 is the same company. | 3 |
| same company | | 1 same company | | 1 thive company | |
| There is nothing name wise that I saw that would lead me to | I honestly don't know. They could be under the same company | There is nothing that leads me to believe they are from the same | The may be under the same umbrella, but different companies. | Nothing between the products is shared, so this leads me to | 3 |
| believe that they are from the same company. | 3 umbrella, but the products are named and styled differently. | 2 company. | 3 I'm not completely positive. | 2 believe they are from two different companies. | 3 |
| Two different names | 3 Not completely sure | 2 They seems very different | | 2 They seem very different | 3 |
| | | | | because im not familiar with the brands and they could be | 3 |
| because sometimes company's have variety of brands | | 3 they could be from the same company. im not familiar | | 3 affiliated | |
| the bottles look very different from each other and is hard to tell | | | | 1 the color and design of bottles look similar | |
| different names | 2 not similar | 1 the 2 bottles look similar and fit well together 2 different names | 3 just not sure | 2 different names | 3 |
| no indication same company but could be | | 2 totally different strategies | 2 product look is way to different | 2 different names and look to the products | 3 |
| | | | I'm not sure if they are affiliated or connected in one way or the other because there are many manufactures that produce | | |
| | Brands can be manufactured by one main parent company, I just | The name brand Wildkat and Thrive are different names and | products for other companies with multiple names, so there's no | The name brands of the companies on the products are labeled | |
| The brand names on the packaging on the product are different. | 3 don't know if they're related or not. | 2 brands. | 3 way of me being sure they're not connected. | 2 differently and the product packaging are different. | |
| They are different colors, have different name brands | | 2 different style | 2 one is made with oats | 2 they have different names | 1 |
| Different names but who knows | | 3 They have different names, but that doesn;t mean anything. | | 3 Again, different names would maybe indicate no? | |
| | | | Might be from same parent company, but the two products | | |
| Different brand names | 3 same as before | 2 Packaging is different. | 3 like they come from different brands. | 2 Different brand names | 3 |
| The first product says Ursa Major, which might be the name of the company. The second product only lists the name of the | Nothing in the looks of the product, or the wording, makes me | The smaller product had a different header on the ad at the top. | | | |
| product, and I didn't read a name that might be a company. | 3 think they are related. No resemblances that I can see. | 2 Gave no clues that they were made by the same company. | 3 The products look different, and the wording was different. | 2 Packaging was different colors/fonts. | |
| Different companies, bottles are different | 3 Different designs, writing, color | 2 Two different company names. | 3 They could be but not sure, would have to read the fine lines | 2 Different symbols on packaging | 2 |
| one logo is  thrive  the other is Ursa major | | 3 one logo reads Thrive  the other  WidKat | | 3 one reads  Thrive  the other reads Ursa Major | |
| | | I've heard of Thrive, but not Widkt and I don't know if they're | | I've only heard of Thrive, not the other, so I don't know if | |
| The labels are not from the same companies. | | 3 associated with each other. | | 3 they're part of the same company. | |
| No evidence | | 2 Can't tell if they are from the same parent company. | 3 Parent companies that are shared aren't always evident. | 2 No evidence they have same parent company. | 3 |
| | They may be.  It's hard to know from the information we were | | | 2 Because one is made with CBD | 2 |
| The web site looks different | 3 given | 3 I really don't know and it's very hard to say | | There seems to be quite a bit of difference in the "concept" for | |
| | | There are a limited number of manufacturers for "private label" | | these products, so I'm guessing different manufacturers. | |
| These products appear to be quite different, and may have | | products such as this (as opposed to mass market products such | | 3 However, there's no way to be sure. | |
| different manufacturers, but it's hard to say. | | 1 as Olay and Eucerin). | | 3 not clear about the manufacturer | |
| not very clear about the manufacturer | | 3 It does not say about the manufacturer | | I would think if they were from the same company the bottles | |
| | | The 2 bottles as well as ingredients are about the same yet | | and designs would be the same.  They  do not have anything in | |
| The bottles and logos do not look anything alike. | 2 Why would one company make two of the same prodtcs. | different.  Why have one company make 2 products but differnt | 2 Again I say why make 2 products that are so similar | 2 common | 2 |
| Their marketing is very different | 2 Their marketing is very different | 2 names? | 2 Their marketing is very different | 2 Different company names. | 2 |
| the products have different names but could still come from the | | 2 Their marketing is very different | | 2 the product line names are different but could come from | 3 |
| same company | | they have different names but could still come  from the same | | 3 the same company | |
| They are too different | | 3 company | | 1 They both have a bland look. | |
| Packaging is different. | | 2 Packaging is different. | 3 I truly believe my answer. | 2 Different on the products. | 3 |
| Again, different background colors on the websites or the | | Because the products are similar in color and the pumping | | | |
| products. | 3 I can't make the determination one way or another. | 1 mechanism looks the same. | | 3 I can't tell one way or another. | |
| I am not sure if it is the same brand. | | 2 It have a different brand name website. | 3 I am not really sure if they are affilated. | 3 I am not sure if they come from the same company. | |
| I don't see any similarities in the names. | 3 not enough information | 2 different names | 3 cannot tell from just these screens | 2 different names | 3 |
| look very different | 2 look very different | 2 look a little similar, but not too much | 2 same reasn as before | 2 semi different look | 1 |
| | Because its hard to know if or how companies are connected | | | | |
| Just seems by description not to be the same company | 3 these days. | 2 Different headings on the internet pages | 2 Packaging and advertising very different | 2 Advertising and packaging | 3 |
| | | Why is this survey repetitive and asking the same question over | | Best I can tell the names are different and the packaging is not | 3 |
| They do not even look similar | | 2 and over | 2 Again, they look different | 2 the same either | 3 |

Exhibit 4
Page 470

Thrive Final Raw Data.xlsx

| | | | | |
|---|---|---|---|---|
| the first product mentions thrive's name in the description, but the second product does not. | I don't see anything on either product page that makes me think 3 the companies are connected. | Even though both products appear to be very good for my skin, offering a lot of benefits, the appearance of the products seem 2 very different. / It is hard to say because the 2 seem to have totally different 3 goals | I don't have any reason to believe they are connected. The 3 products appear different. | 1 Both products seem to be made from natural ingredients. |
| its hard to say seem to have a lot of common goals / they look the same / They look very different | | 1 the packaging and promises are similar / 2 Different websites | 3 not sure / How would I know if they are affiliated? I have heard of Thrive 3 but not of Wldkt. | 1 I seem to have a lot in common including a nice clean look / 1 very similar / 3 They look very different |
| One is Thrive and the other is Ursa Major | 2 I did not see anything connecting them. / some companies have a variety of products under different 3 names / They both contain CBD so they may be affiliated even though 3 the products look different. | 2 WldKat verses Thrive - two different names | 3 Could be the same company with two different product groups | 2 Thrive verses ursa Major - two different names 2 |
| The label and ingredient descriptions differ / They were different names / i know tow products / both use for different reason | 3 Because the products look different. / 3 Because I am unsure if they are related / 2 opinon / 3 not sure | 2 image/label very different / 1 They are Thrive / 2 i know / 2 website | 3 They have a very different graphic image / 2 opinon / 3 not enough info | 2 Different graphic designs,and the way they portray the product. 3 / 2 One is Thrive the other is Ursa Major 3 / i note that 2 / 3 not sure |
| Thrive and Ursa was the names. | 3 I.m not sure. | 2 They don't say the same company. | 1 Because some companies make different products. | 2 Different names. 1 |
| Different names | 3 It didnt look like they were. | 2 Different sites and different names. | 3 It didnt look the were. | 3 They were different names. |
| they look different / different brands / Made from different products. Not the same name / because can't find the relation / I can't tell if they are or not | 2 just look different / 1 Skin Balm / 2 Seem like to separate things. Name, ingredients. / 2 I think they are different brands | 2 one is from thrive and the other is widkat / 2 Different brands / 3 Different packaging, one is CBD / 1 I can think of it because they have the same ingredients / 3 They don't appear to have the same company name | 3 hard to tell which brands are from the same parent company / 2 One for sensitive skin | 2 completely different products 2 / 2 Don't look like they are the same company. 3 / 2 Different names 3 / 3 I can't distinguish the brands / 3 They don't appear to have the same company name 3 |
| 2 different companies, what do you want me to say :) / Thrive Vs Ursa. 2 Different companies / one is from thrive | 3 I don't know whether they are affiliated. / 2 It is what it is / 3 dont know | 2 One is WLDKAT and the other is Thrive / 2 Thrive Vs WLDKAT. Thats why / 2 I do not know. not the same website | 3 I don't know. / 3 I saw two different products / 3 not same website | I don't know whether Ursa Major facewash is part of Thrive 3 Causemetics. It seems to be 2 different companies. / 2 two different companies / 3 I can not tell. the packing looks the same. 1 |
| Very similar in different products. / One is Thrive and one is Ursa Major, so unless the parent company is the same and I'm not being told that, these come / from different places. / i have no idea / different name and packaging | Because I'm told if they are connected and I don't know 3 either of these companies. | 3 I have no clue.Nothing stands out to me either way. / One is widkat and one is Thrive. The websites also appear 2 completely different. / 2 no names in common / 2 totally different | I don't know the companies and have no reason to believe they 2 are connected. / 3 have never seen or heard of / 3 have no idea | 2 Different quality of price,different way of doing things. / ONe is Thrive and the other is Ursa Major, so unless there is a 3 connecting parent company, then they are different. They 2 websites also look completely different. / 2 I have no idea 1 / 3 one is proprietary |
| by how they are presented. / Different brand names / doe not have any thing common. / I do not know who makes these products. | 3 not sure! / 2 Different brand names / 2 doe not have any thing common. | 2 what is in the product / 2 Different names / 1 same name . / The manufacture of these products has a different concept and 2 idea. | 3 They could be, just going in different directions in what in them 2 Different names / 1 I think this is a good product for people to have. | 3 still not sure / 2 Different brands 2 / 1 bottle color and shape is the same. / 3 I do not know who the manufacture of this product represents. |
| Two different logo and two different presentations of their products | 1 Both companies are in the skin care business | Both are promoting skin care products in a similar way of 1 presentation | | 3 I am a bit confused, but I believe they are the same company they seem a little more similar that other comparisons made in this survey, but they still seem to be for two completely 2 different purposes in skin care |
| they describe each product very differently from each other and for different skincare purposes | there is a possibility that the two companies are affiliated with 3 one another but it is not strongly apparent | possibility, based on description and design of products, but it is 3 not completely apparent if they are related | | |
| just don't look possible / I don't know / No connection on web pages / Because one product is showing the name Thrive and the other one is showing a different name | 3 really cannot know for certain / 3 Don't know either product / Because there isn't anything on the sites to indicate that the 3 products were made by the same company. | don't know - just could be I guess. same bottle color and must 3 be sensitive ingredients to use brown / 3 I don't know / 2 Different web banners / Because one product is showing the name Thrive and the other 3 product is showing the name WLDKAT | 3 Don't know either name / Because there isn't anything on the sites indicating that the 3 products came from the same company. | 3 they could be -0 same vibe / 1 I don't know, it just looks like that / 3 not familiar with either product / Because one product sis it's made by Thrive and the other said it 2 was made by URSA Major. 3 |
| Different brand names, Thrive and Ursa Major / They had different names I thought / different brands | 3 I really don't know these companies. / 3 I am not sure I would have to se it again / 2 different brands | 3 I really don't know for sure / 2 They have different names / I put on my glasses and made my screen bigger and could not 3 see it | 2 I dont think they are the same company / 2 different brands | 2 It really doesn't say that they are. 3 / 2 I dont see a connection / 2 different brand names |
| says thrive * other ursa / The products are from two different brands with totally different looks to the packaging. | 2 No clue / It appears the products are from different manufacturers but I 2 can't be certain. | The first company was Thrive. The second company was 2 Wildkat. It looked like two different brands. | 3 I can't tell if these two brands are from one manufacturer. | 3 Cant read it / One product says it is from Thrive. The second says it is made by 2 Ursa Major. |
| Different companies | color of bottle, missing product company name, web page 2 marketing, branding all diff, etc | The company name is THRIVE and the 2nd bottle doesn't have 2 that name on it's bottle | 2 no not at all, for all the reasons I've reviously noted | The look, packaging and name of the company on the bottle. As 2 well as the Internet web page is different. |
| I have actually used Ursa Major products, and the first product is not in their line of products. In addition, the product name appears to be Thrive. / seem opposite to use / labels look nothing like each other | I have no knowledge of whether or not these two products would be affiliated with one another, so as to not guess I would 3 just say I do not know. / 2 they look unique / 3 because of the labels | I do not believe that products with two different names would 2 be from the same company. / 3 not sure / 3 labels are different / I do not think they come from the same company because it is 3 different products and brands. | Without researching both products I would have no way of 3 knowing for sure. / 3 labels are different / 3 They do not look the same website. | Once again, I do not believe products with two different names 2 would be from the same company. / 2 diffrent / 3 labels are different / I did not know if they were available to be the same things or 3 not. |
| Different type of packaging. / Different brands | 3 I'm not sure. / 3 I don't know those products | 2 The products are very different. / 3 I don't know these products and they look different. | 2 I'm not sure. | 2 The products are too different. 3 / 3 I don't know those products |

Exhibit 4
Page 471

Thrive Final Raw Data.xlsx

| | | | | | |
|---|---|---|---|---|---|
| One product clearly states it is Thrive but other product doesn't mention anything about the brand/manufacturer. | The product ingredients, the packaging and the way it works do 3 not align. | One is Thrive and the other is WLDKAT. The page design along 2 with the ingredients used and purpose do not align. Because they had the name of the product company so the | Hard to say based on the webpage, packaging and the various 3 offers. | The packaging , design and ingredients match and seems like they belong to the same manufacturer/brand with the best 1 seller being presented separately. | |
| product names are on the bottles and no relation is obvious | 2 no sign they are | 2 product | 2 I didn't see any indication they are related. | 2 one was thrive and one was ursa | 3 |
| different names They don't look like the same brand. | 2 there is no information to suggest that. | 2 one is vegan the other is not 2 They don't look like the same brand or label. | 1 almost the same idea 2 They are different companies with different products. | 1 the ingredients 2 Different brands. | 2 |
| One is THRIVE, one is URSA MAJOR | Cannot tell from first glance that they are associated/affiliated 2 with one another | 2 It is hard to tell that they are the same family of brands. | 2 It is hard to tell that they are associated with one another. | 2 One is THRIVE, one is URSA MAJOR | 2 |
| Nothing says the same company. different names defrent comoany | 3 Again, I can't see all of the sides of the container. 1 because it is true 2 I am noy sure | 2 Packaging and names are very different. 2 different names 2 green book | 3 I can't see all sides of the container to read all of the info. 1 because it is true 2 green bad and good | 2 Different names. 2 different manufacturing names 2 becase thy are different names | 3 1 3 |
| The first product has another name on the front of the bottle and the second had no name other than the product name. | The first product has what looks like a manufacturers name on 2 the front of the bottle and the second item does not. | Neither of these products have any other names on the front of the bottles and I am not able to see the back of the product in 2 order to see what the manufacturers name is. | Because neither bottle has any other names on the front of the 2 bottles. | The second bottle has 2 names mid way down the bottle and the first bottle has a company symbol associated with the name of 2 the product. | 2 |
| No way of knowing they are | 1 i do not know | 2 Just an assumption 1 they are from teh same | 3 No way of knowing if affiliated | 3 Could be the same company, but no way of knowing for sure. 2 they are different | 3 |
| the packaging is very different from each other s why One says Thrive and the other doesn't | 2 the seem different 3 It is hard to tell because they look the same | 2 the products looks very different from each other 1 It offers the same benefits | 2 It does not seem like they are | 1 The packaging and design looks similar 3 The type is so small I can't tell | |
| one is ursa major and the other is thrive they have different brand names | 2 they are two different companies 3 it's hard to say because I don't know the brands well | 2 wldkat is one company and thrive is the other 2 diffrent brands | 2 they are separate 3 dont know compaies | 1 again both different 3 different brand names | 2 |
| Bottles look alike but there are from different companies. different names | I would not know just from one glance at this page. I would need 3 more information. 2 doesnt seem to be related in any way | Because the second is from thrive company and the company 3 looks more organic than the other one. 2 not affiliated | 2 different lines with different names | They are from different companies although bottles kind of look 3 alike 2 different names | 3 2 |
| im starting to doubt my initial ad reactions | | 1 coloring of ad | | 2 not sure | 3 |
| one said thrive the other didnt different names | 3 not sure 3 idk | 2 one is thrive one is widkat 2 different sites | 3 this is very repetitive 2 idk | 2 different names 2 Different companies | 2 3 |
| Different layouts for labels, websites, namings are different They both look differennt different brand/website looks like it is from the same combpany because products are similar | 2 They do not appear to be to me...coloring, design, names 3 n/a | 2 diferent logos and layout of labels 3 They both look different 2 brands look different 1 similar product | 1 Similar types of products 3 n/a | 2 Completely different layout, designs, colors, etc 2 The content and the purpose is unique between them 3 i need more info. they look diferent 1 same product different bottle | 2 2 |
| different names I don't rember the company name | 3 both seem like from natural products, but different names | 2 diferent packaging 3 I don;t know | common for parent companies to market themselves as 3 different | 2 Different manufacturer names 2 They did not have ge same name | 3 3 |
| Labels dont reflect the same nor do they show a ditributer. | 2 no similarities | 2 one indicates it is made my saffron ine was called thrive, one was wild cat. different packaging and 2 web site looks different | 1 stress relief and descriptions are genrally the same | 2 one indicates it is made my a cbd distributor | 3 |
| totally different | 2 looks different | | 2 they look really different | 2 different names | 2 |
| URSA and Thrive are two different company names | I would not have the background to indicate that they affiliated. 3 The have two different manufacturing names listed on the skin | THKNDT and Thrive are not the same names so I think they are 2 different companies | Nothing in the add that caught my eye indicated that they were 3 affiliated | 2 URSA and Thrive are two different names | 3 |
| the have different names; are made from different ingredients | 2 they have different names | 2 they look different; have different names; different ingredients | 2 they don't look the same | 2 different names | 2 |
| They could be under the same umbrella company, but I'm not sure. I don't think that they are different names | 2 different names | I also think that the branding and messaging of these two 2 products are different 2 different names | Same reasoning as I've given for the other brands. They don't 2 follow the same design 2 different names | 2 The two products don't have similar branding 2 different names | 1 2 |
| Different ingredients,packaging,purposes and cost. OMG. Why do you keep asking this? They don't share the same manufacturer name. The look of the products is different and the wording in the description is very different. | The products can be from the same company but without any 3 similarity to each other. This is really getting irritating. I am going purely on the name 2 and the branding - neither of which are the same. They say different companies on them, but there could be a 3 connection. | 1 Same ingredients and colors on packaging. 2 The labeling and websites look different. They are similar products, but could be made from different 3 companies. | I have no idea. It wasn't very clear. Quite honestly I was more 3 interested in the benefits vs. manufacturer. | 2 The packaging looks different. 2 The names and the branding are completely different. 1 The style of the bottle is the same. | 2 2 |
| they are both good products and around the same price Different site different names The product has different names | 2 different sites different names 2 There very different in packaging | 1 i like the products and they seem helpful 2 Different websites 2 Packaging isnt similar | 2 Different websites 2 The product packaging doesent align | 1 they are similar and both say face balms 1 Ursa and Thrive written on each bottle 2 The product packaging | 1 2 |
| i cant tell who make the product | | 3 i cant tell who make the product | | 2 they look a like a completely different product | 2 |
| packaging colors look different, font is different The descriptions, ingredients, etc. are all set up with the same format. Packaging looks similar as well. different brand names | bottle colors are different, fonts are different so i think they are 2 from different companies 3 I do not know the parent company | 2 different brand names 2 The packaging and descriptions are very different. 2 different brand name | 2 bottles look completely different and brand names are different 3 They don't really share similarities. 3 I do not know if there is a parent company | 2 brand names are different 3 They seem kind of similar, but I'm not certain. 2 different brand names | 2 3 |
| they are both fortifying face balm but it doesn't now appear to me that there is any affiliation between the 2 brands | I don't believe they are but I have never heard of either of them 3 so I can't say for sure if they are some how connected | One was from Thrive and the other from Wldkat. I have never heard of either so maybe they are both owned from one brand 2 company but to me they look like 2 different ones | I don't see any indication that they are affiliated but they very 3 well could be | 2 They are not the same name | 3 |

Exhibit 4
Page 472

Thrive Final Raw Data.xlsx

| | | | | | |
|---|---|---|---|---|---|
| It is hard to tell. Anything can be owned by any company so they very well could be owned by the same company. | | 2 They look like very different products. | 3 I am unsure. | 2 They look very different. | 2 |
| Different packaging and colors. | 2 Different packaging and colored package. | Nothing to suggest they are the same. Differeret packages 2 colors. | Packaging are different and colors are not the same. Nothing to 2 suggest they belong to the same company. | They have different packaging and there is nothing to suggest 2 they are the same. | 2 |
| One brand does not look as fancy as the other brand fifferent type and name I don't know for sure. Probably not the same company, but I really can't tell. | 2 One brand is more expensive than the other brand 2 different names | 2 The names, ingredients, and packaging are different 2 different name and type | 2 The companies seem to have two different missions 2 different vibe | The name of the brands and the type of ingredients they have are different from each other 3 could be the same company | 2 |
| They don't seem related | 2 No info connecting them | 2 completely different designs and products 2 The logos differ | 3 I don't know for sure. 3 Couldn't tell | It's possible, but I don't know for sure. 2 No similarities | 2 |
| There are two different brands and companies. | 2 No indication they are connected. | 1 It looks similar to the other product. | | 2 One says Ursa Major brand, the other is Thrive brand product. | 2 |
| The second product comes from a company called Thrive, whereas the other has a product name/description on the product called Ursa Major. They could come from the same company, but it isn't clear. the package looks similar | | It seems that Thrive could be an umbrella company, whereas 3 Wildkat is a subcategory from this brand. 2 different name on the bottle | 1 both are good for skin care products. | The names are different, but they could be related. It's unclear. 1 it's an addition to the other skin care product | 3 |
| different aesthetics | 3 I don't know The websites appear to be different and have different looks to 2 them | 1 similar color schemes | | 2 only one had CBD i think | 3 |
| The aesthetics are different | | 2 Different sites, packaging, etc. | 2 They do not appear similar | 2 The products and sites look different they have different names on the packaging and different 2 websites | 2 |
| since the website looks different and the packaging | 2 since they are on different websites | 2 these have different names on the bottles | 2 since they are different | | 3 |
| They have different packaing, selling points, vibe, etc. none | you never know these days. you can't judge them by the surface 3 look | they are very similar products in terms of what they are selling 3 but have slightly different selling points and packakeping 3 can't tell | | 2 They have barely any similarities 3 can't tell | |
| One is marked Ursa Major, the other is marked Thrive in such ways I'd assume these words are their brands. As they are not the same word, I'd think they were affiliated with different brands. i can't tell different logos | I wouldn't independently think they're affiliated, I'm only suspicious of their connection becouse you suggest it as a 3 possibility. 3 because it's the way I see it | Thrive and WLDKAT are different words, even though they seem 2 to share similar goals and values. 1 both say thrive 2 different names | I wouldn't think these products are made by the same company, 3 but maybe they are because you wonder if I do. 2 different names | The first product was marked with the word Thrive, which I already know is a brand. The second product was packaged similar-to the first product, but it was not marked with the word Thrive. I could only see the words Ursa Major perhaps 2 indicating the brand. 3 i cant tell 2 different name | 3 |
| They appear very different and there isn't anything similar about both websites or products | 2 They just appear to differently to me | 3 I just don't know | | 2 The products seem different and don't have similar labels | 1 |
| i don know what to say | | 3 i just dont know | | 2 two differnt company logos | |
| They look different from one another | | 2 They had different brand names on them | 3 I have no idea if they are linked in some way | They have different brand names on them One product had the name Ursa Major and one had the name 2 Thrive.  One included CBD as an ingredient. | 3 |
| Thrive product is powered by regenerative plants. | | 3 They seem to both have the same goals in skin treatment. | 3 These products both state they are made from plant extracts. | | 2 |
| These two brands seem more similar but I still don't know. They both feel more geared towards an older audience and have a more simple approach to advertising. They both also feel to be nature-based products. most of the content to be the same brands | 2 brands | They seem to have a different purpose and mission. WLDKAT feels more hip while Thrive feels more earthy. WLDKAT feels more adventurous and unique while Thrive feels more classic 3 and simple. 2 most of the content to be the same 2 diff brands | 3 most of the content to be the same 2 diff brands | The brand seemed to have a different name. The layout of the product pages looked completely different. The website layout 2 as well was completely different. 3 Features are completely different 2 diff brands | 2 |
| I do not know. | | 1 Because, I think that a one is WLDKAT and the other is Thrive. | 3 Because I do not know. | | |
| They are clearly from two different companies even though they both seem to be for the same purpose. | Because there is no apparent connection based on the 2 screenshots I've been presented with | 2 I keep saying the same things. There is no apparent connection. | 2 N/A | They clearly state that they are from two different companies. I 2 didn't see any connections that would imply otherwise. | 2 |
| They have different company name | 2 They have their own names. | 2 WLDKT and Thrive is different company | 2 Different manufacturer and company name. | 2 ursa major and thrive different brand | 2 |
| The bottles looked different. looks diffent | Because they both we for your face and although they had 1 different designed bottles I think they were for the same thing. 2 different | They were for 2 different things for skin care and they had 2 different brands. 2 looks different | 2 They were for different reasons of use. 2 looks different | 1 They were both made by the company thrive. 2 different companies | 2 |
| one is thrive one is ursa major | 2 different company | 2 one was thrive and one was wldkat | 3 they are different brands | they look similar and i think i seen the brand. i know one was 1 called thrive | |
| They looked like they were on different websites, and from different companies , but I could be mistaken. | | They looked like they were from different company names and 3 on different websites. | | They appear to be from different companies and available on 2 different websites, with very different price-points. | 2 |
| Looks like Thrive is made by Regenerative Plants. different names | 2 Different qualities | 2 One is by WLDKAT the other by Regenerative Plants. 2 Different names | 2 Seems like different makers. 2 Different price points | 2 One is Ursa Major, and the other is Thrive. 2 Different brand names | 3 2 |
| Don't know with the given information | | The brand names are different. The labeling on the bottle are 2 different. | 3 cannot determine with the information given. | 2 It appears to be different | 3 |
| For all the previously mentioned reasons Because this seems clear from the announcement | 2 Because this seems clear from the announcement | Two different price points and looks like two different target 3 markets 2 Because this seems clear from the announcement | 2 Because this seems clear from the announcement | 3 In this case, I'm stumped. 2 Because this seems clear from the announcement | 1 |

Exhibit 4
Page 473

Thrive Final Raw Data.xlsx

| | | | | | |
|---|---|---|---|---|---|
| thrive ursa major<br>different brand names | 2 doesn't say<br>3 It doesn't give that info | 2 widkat thrive<br>2 they have different brand names | 3 no indication that they are not. no indication that they are.<br>3 I did not see that information | 2 ursa major lv thrive<br>2 different brand names | 3<br>3 |
| Seems from two different companies or manufacturers. They didn't not look similar<br>different brand names<br>Different color bottles<br>different brand names<br>It didn't really say on the first product what the company name was.<br>different brand names | 3 I have no clue.<br>2 company logos are different<br>2 Different names<br>3 can't tell<br>3 dont know parent companies | They seem from different manufacturer and it's just wild guess.<br>2 I am not sure bout the answer.<br>3 I am not sure<br>2 different brand names<br>2 Different names and price points<br>2 different brand names<br>2 They both have different company names on the product.<br>2 different names | they can be connected and I am just guessing that. I am not sure<br>1 about it.<br>2 different logos<br>3 Again cannot really tell<br>2 too different<br>I would have no way to know if they are affiliated unless I work<br>3 look it up.<br>3 d/k | 2 they are products from different companies.<br>3 They could be similar<br>2 same as before<br>2 Ursa Major vs Thrive Skin (different names)<br>2 they have different brand names<br>2 One is Thrive the other says URsa Major<br>2 different brands | 3<br><br>2<br>3<br>2<br><br>3<br>3 |
| one is matte so they are not similar products<br>They have different brand names<br>Thrive vs. Ursa Major. Different. | 2 totally different from one another<br>3 I have no information to suggest that<br>3 Never heard of either one. | 2 very different ideas<br>3 They have different brand names<br>2 Wildkat vs. Thrive. Different.<br>they are both about the same type of product, just that one is<br>1 for sensitive skin | 2 not even similar POV<br>3 Never heard of either one. | 1 extremely similar products<br>2 They have different brand names<br>2 Ursa Major vs. Thrive. Different | |
| both have different packaging but same type of product<br>The brands are different (Ursa Major vs. Thrive) so I am assuming they are by different manufacturers. But I suppose they could share a parent company. | It would be possible for an affiliation such as a parent company<br>but I don't know for certain as I am not familiar with either of<br>3 these brands. | They appear to be two different brands (Wildkat? vs Thrive) -<br>2 branding on the website screen shots are pretty different. | I don't think they are affiliated but there is always the possibility<br>3 that they are brands owned by the same parent company. | 1 about the same type of packaging and look<br>The branding/style of the websites looks kind of similar. I don't<br>3 think they are affiliated but there a smaller the possibility.<br>These web pages for each product are different and the two | |
| The brand names on the products are different.<br>packaging looks completely different, don't see a common brand name<br>I don't know | 3 I can not tell if those two companies are affiliated or not.<br>price points and packaging seem so different that I would not<br>3 expect them to be related to one another | 2 products design are very different.<br>3 don't look like same brand and don't name the same company<br>2 I don't know | 3 I am not sure if those two companies are affiliated or not.<br>2 no apparent affiliation listed<br>3 I don't know | 2 different companies.<br>2 packaging and brand name are different<br>1 They are from the same company | 3 |
| Not sure I can easily articulate that.<br>They both have different names and no indication that they are<br>from the same company!!<br>Different names | 2 I did not see anything that shows a relationship between them!!<br>2 Different | 2 They did not look similar nor alike in any way, shape or form.<br>There is no indication that they are made by the same<br>2 company!!<br>2 They are very different. | 3 It is what it is at least from my point of view and observation.<br>2 There is no indication that they are made by the same company!<br>2 I do not see the match. | 3 I am just not sure at all..that us all...<br>2 There is no indication that they are made by the same company!<br>2 Not the same company. | 2 |
| Different names on the bottles<br>Different labels | 2 I'm not sure. They just seem like different entities<br>3 Because now I'm not so sure | 2 Different brands, different websites<br>2 Because it says | 3 I'd have to do more research to tell<br>2 Different branding | 3 They seem like different companies, but I don't know<br>2 Different branding | |
| | | parent company may be the same and just have these different<br>3 offshoots. I have no idea | | Thrive and Ursa Major... never heard of either, but they could<br>both be part of a larger company that makes this type of<br>3 product. | |
| no idea. these might be from the same parent company. Never heard of either so no way for me to know for sure | | | | | |
| i am not sure if they are made by the same company<br>Different brand and different web site.<br>Same name | 2 Different brands | 3 i am not sure if they are made by the same company or not<br>2 different brand names, different web sites.<br>2 Different site name<br>the more I think about I am not really sure and I have never seen<br>these products before. they sound nice so I would like to try<br>3 them though. | 2 different brand names, different web sites.<br>1 Similar products | 3 i am not sure if they are made by the same company<br>2 the web site for the 2 examples were different.<br>1 Same name<br>3 I am not really sure. | 2 |
| different names on bottle and one is cheap and one is medium priced.<br>Different names on bottles and website | 3 I don't want to guess and I wasn't very sure<br>3 Not sure<br>different price range. the one looks acne friendly, and the brown<br>2 bottle looks like it would be bad for skin | 2 Different bottles and website names<br>they have the possibility to be in the same company, they look<br>3 similar | 2 Different companies | 2 Different looks of website and bottle<br>2 different website appearance | 3<br>2 |
| different website fonts, and different price range<br>different company names, different logos<br>both product is diffents brands<br>design style is different | 2 different logos<br>2 is diferents<br>2 style different | 2 different company name<br>2 both diferents brands<br>1 same | 3 different logos<br>2 diferents | 2 different company name<br>2 diferents brands<br>1 same style | 2<br>2 |
| They have different names and a different look.<br>different names<br>Didnt see a company name on first bottle<br>I am not sure | 3 I can't tell<br>3 don't know the products well<br>2 Didnt see a name on first bottle | 2 They have different names and a different look<br>2 one says sezzle the other doesn't<br>3 Couldnt make out the company<br>3 I can't tell the relationship between the two<br>Because one is made from plants and the other one is derived<br>2 from oats and milk. | 3 It's hard to tell<br>3 one says sezzle the other doesn't<br>Because there weren't any details that stood out about which<br>3 companies are in affiliation with these products. | 3 They have similar colors but different names so I can't tell<br>3 don't see a common name<br>2 Different names on bottles<br>2 Comes from two different companies<br>2 One says Ursal and the other says Thrive. | 3<br>3<br>3 |
| The image does not provide this information.<br>different companies | 3 there are no links | 2 different names | 3 no links | 3 One says Ursal and the other says Thrive.<br>2 the manufacturers are different | 3<br>3 |
| Different names | 3 I have never heard of either, so not sure if there is an affiliation | 2 different names | 3 these questions are repetitive | 2 Different company names | |
| very different looks with colors, fonts, etc<br>Different names and logo | they could be owned by the same parent company but dont<br>3 seem to be from the same line<br>2 Different logo | they don't look at all similar, but the bottle top dispensers are<br>3 the same<br>2 Different name and logo | 2 Different logo | the color scheme and fonts are inconsistent, and the price points<br>2 were very different<br>2 Different logos | 2 |
| they are both so different | | 2 one is vegan | 2 they each have their own company | 2 one is from an auto ship company | |
| Different company names but might be different branding | | 2 Different names, Ursa Major and Thrive | 3 Sometimes companies have different branding | 3 Could have different product lines from the same company | |

Exhibit 4
Page 474

| Q21d | Q18e Q19e | Q20e Q21e | Q18f Q19f | Q20f Q21f | Q21g Q21h Q22 Q23 Q24 Q25 |
|---|---|---|---|---|---|
| | 3 I think they're different, but you said not to guess. | | 3 They're probably different, but I agreed not to guess. | | |
| different names. | 2 thrive and wildcat toodiffrent names | 2 thrive and wildcat toodiffrent names | 2 diffrent name widget and run | | 865 1 2 5 17 1 |
| | | | wild kat, and you do not tell me they are affiliated with one | | 865 1 2 5 9 2 |
| | 3 idont recall seeing the same name for each product | | 3 another, even though they may be | | |
| I do not know if they have a parent company in common that makes these products. | 2 They are different brands. | 3 They could share the same parent company though. | 2 They are two different brands. | 3 They could share the same parent company though. | 865 1 1 5 33 1 |
| because they are all skin care products they might just be different lines of products or they might just be different in general | thrive looks high end and the other product looks like a bargain 2 bin find | they just arent on the same brand one looks expensive and one 2 doesnt | the packaging was close enough that it looks like that they are 1 from the same company | | 865 2 1 5 19 3 |
| same concept, different brands | 2 the brands are different | 2 looks like a different brand | 2 two different brands | 2 the names are different | 865 1 2 4 42 2 |
| Different packaging | 2 Different names on packaging | 2 Different packaging | 2 Different names on packaging | 2 Different packaging | 865 1 2 2 46 2 |
| I don't see the connection between them | 3 one has cbd and one oat milk | | 3 have different color packaging | | 865 1 2 4 25 1 |
| | 3 I don't see the connection | | 3 They look a bit similar styled | | 865 1 2 5 35 2 |
| they dont share any branding or name | 2 one was called will kat and the other was called thrive | 2 i did not se any signs of similar branding | 2 one was called widkat and the other was called ursa major | 2 they did not look affiliated at all | 865 1 1 5 38 2 |
| | 3 They look different from each other | | 2 The brand names are different | 3 I just don't know | 865 3 1 5 43 3 |
| | 1 they look similar | | 2 they look different | 2 I don't think so | 865 1 1 2 9 2 |
| Not sure. | 2 they look very different | 1 Both CBD products. | While the packaging is very different, they have many of the 3 same qualities. | | 865 1 2 3 10 10 |
| Their messages and descriptions feel far too different when compared to each other. | Their marketing approach and overall package design contrast 2 very much when compared together. | The prices are description matches slightly to make it believable 1 that they were associated with each other. | These products and packaging are far too different for them to 2 be connected in anyway. | The prices and design approach do not feel like they are a part 2 of the same brand. | 865 1 1 5 38 3 |
| | 2 The packaging and names appear to be very different. | 3 I have no way of knowing that information. | 2 The packaging and names appear to be very different. | 3 I have no way of knowing that information. | 865 3 2 4 6 1 |
| it doesnt seem to match the same company | 2 it has completely different outtakes on facial cleansers | 2 they dont seem like the same makers to me personally | 2 they have completely different images and ingredients | It is possible the companies may merge or have several different 3 products on the market at once | 865 1 2 2 42 1 |
| I would think that they aren't connected and that they are competitors in the same market but the question makes me think otherwise. | 2 One is Thrive the other is Widkat | 2 They seem like they are competitors. | 2 One is Ursa Major the other is WildKat | I would imagine that they also competitors in the same 3 market | 865 1 1 3 9 9 |
| | Thrive is at the top of the one website; WildKat is at the top of the 2 other | | 3 No name at the top of the one... | | |
| never heard of either one. | | 3 Never heard of either one... | They  look like different products but i think that they come 3 from different companies | | 865 1 2 3 43 4 |
| I did not see any connections | 2 it is from different companies | 2 it is from a different company | 3 from different companies | | 865 1 2 4 1 1 |
| | 3 hard to read label | | 1 similar ingredients | | 865 1 2 3 30 2 |
| | 3 Neither is familiar to me.  Don't know who makes them. | | 3 Neither is familiar to me.  Don't know who makes them. | | 865 1 2 3 9 2 |
| Because thrive is good they can use there name | 2 Thrive is stand alone | 3 no clue | 2 It has to different names | 3 They could be | 865 1 2 4 1 6 |
| Because they don't look similar at all. | 2 The brand was different on the website and on the actual items | 3 Sometimes companies are affiliated and I have no idea about it. | 2 One is muted and the other is so colorful | 3 I'm not really sure if they could be affiliated or not. | 865 1 2 6 13 3 |
| Most companies are affiliated | 1 They were from the same brand | | 3 They don't seem connected | 2 They had two different name brands | 865 1 1 5 5 3 |
| dont know | 2 different brand | 3 dont know | 2 different brand | 3 dont know | 865 1 2 6 49 3 |
| I don't see any mention on the different companies. | 2 Different brand names | 3 Not enough information. | 2 Brand name is different. | 3 I don't get enough information. | 865 1 1 5 13 3 |
| Because there is nothing in either picture that shows them to be related in any way. | 2 One says WLDCAT the other says Thrive Skin. | 3 Because there is no way for me to know that. | 2 They don't look like they are related in design, looks or name. | 2 There is nothing to show me they are related in any way. | 865 1 2 3 3 1 |
| | I think due to the varying site and bottle differences these are 2 from separate companies. | 3 I'm simply unsure if they are affiliated. | These products visually look so different that I can only imagine 2 that these would be different companies producing them. | Without knowing the companies I can't make a judgement on if I 3 believe they're affiliated. | 865 1 1 2 38 3 |
| different brands but skin care related. | 2 First product was by Thrive and the second was WldKat | They were from different brands, but both products had to do 2 with skin care. | The first one was WLDKAT and the second product was from 2 Ursa Major. | They were from different brands, but both products were skin 2 care related. | 865 1 2 5 9 4 |
| diffent companys | 2 it is cbc oil diffrent compo\ant | 2 different companys | 1 same company diffrent oroduct | | 865 1 2 2 9 1 |
| | they do have some similarities but i do not think they are owned 2 by the same company | | | | |
| they arent | 2 they arent the same  brand | 2 it just doesn't seem like they are | 2 they do not seem to be connected | 2 because i do not see a connection | 865 1 2 2 5 4 |
| there is not enough information | 3 there is not enough information to make that conclusion | 2 they are different comletely | 2 because they look completely diffrenet | 2 because they make the same type of thing but are so different | 865 1 2 1 22 1 |
| | | i didnt notice anything that would show me they were | 2 one said ursa major and the other had a different brand | 3 i didnt see enough information to make that conclusion | 865 1 1 5 43 2 |
| i cant say because i dont know the name of the second company | 2 one was thrive one was wild kat | 2 connected | the products didnt have the same design type anything and i | i didnt really notice anything that would show me they were | 865 3 2 2 28 3 |
| | | | 2 didnt see a company name on the second product | 3 connected | |
| The bottles do appear to be of similar design, so they could be related. | They could use the same source to obtain the CBD, but more 3 than likely are made by different companies. | | One is Ursula Major and the other is WidKat.  Also the color schemes are completely different and one has CBD infused in it 2 and the other does not. | Again, different design schemes and one has CBD infused in it 1 while the other does not. | 865 1 1 3 43 4 |
| | 3 I can not tell | | 1 They have the same benefits | | 865 1 1 4 43 3 |
| Because I don't know | 2 different brands and ingredients | 2 I am not sure | 2 Different websites and ingredients | 3 Because I don't know | 865 3 1 5 20 4 |
| The THRIVE branded one are on a website for the THRIVE brand, while the other completely separate named URSA MAJOR doesn't seem anything like the thrive brand. | One is branded WLDKAT, and the other is branded THRIVE. | All the same reasons - different brand names, different styles, 2 different packaging. | One is made by a brand called WLDKAT, and another is made by 2 a brand called URSA MAJOR | The brand names are just too different, the packaging is different, the vibe is different. Just seems like a very different set 2 of brands. | 865 1 1 5 38 3 |
| | 2 These are 2 different brands. | | | | |
| Doesn't seem to be | 2 there are 2 different company names | 3 there is no way I can know that unless I looked them up on line | 3 only one has a company name | 2 different websites | 865 1 2 4 9 3 |
| | 2 not at all similar | 2 very different | 2 different logos | | 865 1 2 3 9 3 |
| | 3 Not sure | | 2 The names were different | 2 Two different companies | 865 3 2 5 33 3 |
| they are connected with of each other that's why | 1 like that same that's why | | 1 they are same that's why | | 865 2 1 6 43 8 |
| Because the names are clearly printed on the bottled | 2 One is Wild Kat and the other Ursa Major | 2 Different names are printed on the bottles | 2 Because one is from Ursa Major | 2 Because different names are on the bottles | 865 2 2 3 10 2 |

Exhibit 4
Page 475

Thrive Final Raw Data.xlsx

| Col1 | Col2 | Col3 | Col4 | Col5 | n | a | b | c | d | e |
|---|---|---|---|---|---|---|---|---|---|---|
| The logos and font etc. just don't look similar enough | The packaging and names look way too different to be from the same brand. | Again, because they seem very different. The vibe the packaging gives off seems like it would appeal to different types of consumers | 2 Because the packaging is so different (white v. colorful) | 2 They look like they are marketed to different audiences. | 865 | 1 | 2 | 5 | 33 | 4 |
| similar fields but completely different products | 2 these are two different products | 2 products produced by different companies | 2 different brandnames for these products | 2 i feel they are different | 865 | 1 | 1 | 6 | 20 | 5 |
| this survey makes no sense who cares | 2 The products are too similar to be from the same company. | 2 Products are too similar | 2 It has different names and different ingredients | 2 I see no similarities | 865 | 1 | 2 | 42 | 3 | |
| | 2 so different | 2 look different and different packaging | 2 different concepts | 1 like I said before | 865 | 1 | 2 | 4 | 9 | 4 |
| | 2 products seem different | 2 different | 2 brand is different | 2 different | 865 | 1 | 2 | 2 | 35 | 1 |
| unable to see association | 2 one is wildkt the other is thrive | 3 nothing indicating connection | 3 i still don't know if theyre associated, nothing indicates it | 3 No reasoning | 865 | 1 | 2 | 5 | 32 | 5 |
| I seen 2 different brands | 2 Different packaging | 3 No idea | 2 Different packaging | 2 different packaging | 865 | 2 | 2 | 5 | 19 | 4 |
| | 3 I could not tell | | 2 I seen 2 different brands on the products | 3 Just not sure | 865 | 1 | 1 | 1 | 30 | 1 |
| | 2 The branding is different on the photos | 2 It seems like they focus on different selling points | 2 Different branding | 2 They seem to focus on different things | 865 | 1 | 2 | 6 | 32 | 2 |
| It seems if its specializes in that area | 2 Different lables and the images on the product | 2 They just look completely different | 2 different names | 2 names and the website | 865 | 1 | 2 | 5 | 40 | 9 |
| | 2 websites had diff names | 1 both deal with CBD ingradiants | 2 diff names | 2 nothing similar about them | 865 | 1 | 2 | 5 | 9 | 6 |
| | | | | It looks as though they are sister companies or something to that effect. Different product line, but same company. | | | | | | |
| | 3 Because I'm confused. | 3 couldn't tell | 2 I changed my mind. | 1 Something along those lines. | 865 | 1 | 1 | 5 | 47 | 5 |
| | 2 different names | | 3 didn't see any same name | | 865 | 1 | 1 | 2 | 2 | 5 |
| | 3 I didn't lok at who makes the product | | 2 they don't look similar | 3 I'm not sure who makes them | 865 | 1 | 2 | 5 | 7 | 10 |
| | 3 nothing in the ads to indicate an association | | 3 nothing similar in the ads | | 3 how would I know just from the ads? | 865 | 1 | 2 | 6 | 31 | 4 |
| | 2 The style of product description presentation is different. | In my opinion , if they were the products would be integrated together and offered as components of a skin care system. | The labels do not clearly indicate just who the manufacturers are. | They do not appear to be related . If they are , they are doing a poor job of integrating their products into a single line. | 865 | 1 | 1 | 3 | 17 | 1 |
| The design and feel look different | 2 These products look totally different | 2 The products don't have the same feel | 2 The design is completely different between the two | 2 The products are totally different | 865 | 2 | 2 | 5 | 46 | 6 |
| | | | Based on the pictures of both products they appear to be | | | | | | | |
| | 2 I base my view on the pictures presented | 2 My view is based on the pictures presented | 2 different companies to me. | 2 I am not sure because I don't know either company | 865 | 1 | 2 | 3 | 46 | 3 |
| it is hard to say for sure. The packaging and feel are similar, but does not mean they are affiliated. | i would say different because the labels and packaging are 2 different. | it is hard to tell by just looking at an ad. There would need to be 3 research done to find out for sure. | the packaging looks completely different. it also looked like it 2 said Wildkt on one product and ursa major on the other. | it is hard to say for sure. They both seem to use natural 3 ingredients but does not mean they are affiliated. | 865 | 1 | 2 | 4 | 7 | 2 |
| | | | Like I stated before, they are shown as two separate companies, | | | | | | | |
| | They are both unique (and 'premium') skin care products, and | | but could theoretically be associated (come from) the same | | | | | | | |
| | 3 corporations buy multiple entities these days. | | 3 manufacturer. | | 865 | 1 | 1 | 4 | 9 | 6 |
| They seem too different | 2 It doesn't have a similar feeling at all | 3 I'm not sure where to base it off | 2 They look completely different | 2 They look too differently | 865 | 1 | 1 | 5 | 46 | 7 |
| | | | THEY DO NOT LOOK LIKE THEY ARE MADE FROM THE SAME | | | | | | | |
| just do | 2 THEY ARE UNDER A DIFFERENT BRAND. | 3 BECAUSE I DID NOT SEE ANYTHING RELATING THEM. | 3 COMPANY BUT THEY MAY BE RELATED. | 3 just don't know | 865 | 3 | 2 | 6 | 33 | 2 |
| | 2 different bands | 2 different | 2 different layout and products | | 865 | 1 | 1 | 4 | 7 | 4 |
| they could be affiliated | 2 The brand name doesn't mean manufactured by. | | 2 The brand name don't match | 2 The brand names are different | 865 | 3 | 1 | 6 | 22 | 2 |
| I think the designs are too different. | 2 the brand names are different | 3 they might be affiliated | 2 they have different brands | 3 they could be affiliated | 865 | 1 | 1 | 3 | 17 | 2 |
| | 3 They just look different to me. | | 3 they just don't look like they fit together. | 3 they just don't look like they | 865 | 1 | 1 | 3 | 42 | 2 |
| There is nothing to suggest otherwise. Different names and | They have 2 different brand names, sold on 2 completely | There's no reason to assume otherwise. They have completely | | They have 2 completely different names. If they would be affiliated I would assume there would be something implying | | | | | | |
| brands all around. | 2 different websites, and I dont look anything like each other. | 2 different brand names. | 2 Once again, different brand names. | 2 that they come from the same parent brand. | 865 | 1 | 1 | 5 | 38 | 3 |
| They may or may not be affiliated with one another. | 2 Their names are different | 2 They seem to be two different companies. | 2 Two different companies with different names. | 2 Two different company names. | 865 | 1 | 1 | 3 | 46 | 3 |
| | | i am not very familiar with these brands so i do not know for | | | | | | | | |
| because they dont have the same label | 2 different brand names | 3 sure | 2 they seem like two different brands | 2 because they look diffrent | 865 | 1 | 5 | 25 | 4 | |
| product looks different | 2 diffrnt brands | 2 no connections | 2 its the labels | 2 because they look different | 865 | 2 | 1 | 5 | 15 | 7 |
| because their not | 2 one contains CBD | 2 CBD | 2 products look different | 2 products look different | 865 | 2 | 1 | 4 | 46 | 1 |
| | 2 one was thrive one was safroin | 2 because their thrive and safron | 2 because they were different | 1 because there different | 865 | 1 | 2 | 4 | 4 | 1 |
| | | Because the packaging is different and brand name, it doesn't | | Because they don't mention having or being with the other | | | | | | |
| their different brands and don't mention working with the other. | 2 Different brands with different names and designs. | 2 mention them being together. | 2 Because the names are very different and design. | 2 product. | 865 | 1 | 2 | 5 | 10 | 4 |
| I didn't see any connection. | 2 Completely different color schemes. | 2 They seemed to be different. | 1 The descriptions seemed similar. | | 865 | 1 | 1 | 5 | 38 | 4 |
| I'm neutral about it | 2 Thrive was for only one | 3 I'm neutral about it | 2 I'm neutral about it | 2 I'm neutral about it | 865 | 1 | 1 | 2 | 43 | 3 |
| | 2 they are different companies the logo says it all | 2 i do not think they are affiliated at all | 3 i do not know if there is a connection between these companies | | 865 | 3 | 2 | 3 | 7 | 3 |
| | 2 design are so different | 3 need more info | 3 need more info | | 865 | 1 | 1 | 5 | 38 | 2 |
| | 2 the style of packaging is different | 1 Both products have similar formulas | 2 they both have different names on the label | 1 same type of formulas | 865 | 3 | 2 | 3 | 30 | 6 |
| | | | | Hard to tell. The ads seem to have a quite different physical | | | | | | |
| | 3 I have no idea. | | 2 Ursa Major and Wildkat seem like they're different companies. | 3 setup. | 865 | 1 | 1 | 6 | 3 | 3 |
| It doesn't say they are related | 3 I'm not familiar with brands | | 2 One if from Ursa Major and other Wildkat | 1 Doesn't say if they are related | 865 | 1 | 2 | 6 | 5 | 10 |
| not suree | 2 different bottles | 1 similar products | 2 different products | 2 different products | 865 | 1 | 2 | 3 | 7 | 3 |
| | 3 I'm not sure if they are owned by the same company. | | 3 I'm not sure if they are owned by the same company. | | 865 | 1 | 6 | 25 | 3 | |
| I can't tell | 3 They don't seem like the same brand - too different. | 3 I can't tell from these images alone. | 2 They are completely different from each other, no similarities. | 3 I can't determine | 865 | 3 | 2 | 3 | 37 | 10 |
| May be different lines within the same company | 2 Different packaging and different price points | 3 May be different lines within the same company | 2 Different packaging and different price points | 3 May be different lines within the same company | 865 | 1 | 2 | 5 | 49 | 7 |
| | | | | The way the products are described and the page format makes | | | | | | |
| | 1 Page description and images are formatted similar. | | 1 me believe so. | | 865 | 1 | 1 | 5 | 3 | 4 |
| No way for me to know the answer to this question without researching | | | | they could be affiliated no way to know without looking them | | | | | | |
| Perhaps they have a parent company but they are presented | 2 different brand names so i'm guessing | 3 No way for me to know without researching | 2 again different brand names so i'm going with that | 3 up online | 865 | 1 | 2 | 5 | 37 | 10 |
| and appear to be different | 2 Looks like diffrent product from diffrnt companies | 3 its impossible to tell from these images | 2 They seem unaffiliated to me | 3 They just were profiled differently | 865 | 1 | 5 | 21 | 5 | |
| they didn't seem to be related | 2 one was thrive one was kat | 2 i saw no affiliation | 3 it was unclear | | 865 | 2 | 1 | 1 | 33 | 2 |

Exhibit 4
Page 476

Thrive Final Raw Data.xlsx

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Two different marketing aspects | 3 Too hard to tell | | 2 Seem different | 1 Similiar products | 865 | 1 | 1 | 5 | 9 | 2 |
| | It is not clear on the product who the manufacturer is. Could they be the same - yes but I am not sure since it isn't clearly 3 specified. | | I do not see any manufacturer's name on either of these 3 products (again). | | 865 | 1 | 2 | 4 | 25 | 3 |
| | 2 TWO DIFFERENT COMPANIES SOLD ON DIFFERENT WEBSITES They could be affiliated for all I know even though they look so different it could be for marketing to different groups and that is 3 why such a difference | EACH COMPANY WAS SOLD ON DIFFERENT WEBSITES AND HAD 2 DIFFERENT COMPANY NAMES | DIFFERENT COMPANY NAMES AND UNDER A DIFFERENT 2 WEBSITE | EACH PRODUCT WAS SOLD UNDER DIFFERENT BRAND AND 2 WEBSITE | 865 | 2 | 2 | 5 | 35 | 3 |
| | | | Wild Kat was the glow serum and the other one I forgot 2 namebut is a bahh for your face by another company | They were different product sold on different sites to best 3 knowledge of what i seen | 865 | 2 | 2 | 3 | 10 | 3 |
| I noticed the different logos and brands. That makes me believe that they are not associated | The first one was called WLDKAT the other one has a different 2 logo and name | They could be because they have a similar vibe but i dont believe 3 they are | 2 Different webpage and logos | 2 They look completley different from each other | 865 | 1 | 2 | 3 | 3 | 2 |
| The price point and look. They don't look similar at all, unlike other brands that branch out. Usually, there is a similarity in marketing. | Different website & vibe (one is more beachy themed and one is 3 high-end) | 2 There were no similarities that I could find | They look similar in theme and packaging, but the claims are 3 different. | | 865 | 1 | 2 | 3 | 16 | 1 |
| | 2 Because the sites look different | 3 Because I am not sure | 3 Because I'm not sure. | | 865 | 2 | 2 | 3 | 30 | 6 |
| the look like their sister sites | 3 I am not familiar enough with the brands to know | 2 therde logs and products are diffret | 3 Because I do not know enough about the brand | | 865 | 1 | 2 | 1 | 4 | 2 |
| | 2 the logos were different | | 2 they dont have anything alike | 2 they dont have anything alike | 865 | 1 | 2 | 5 | 33 | 4 |
| | 3 they look similar | | 1 they are similar | | 865 | 1 | 1 | 5 | 32 | 4 |
| | I was not able to see or noticed any word or terminology that would associate these two products to affiliates or the same 2 brand. | | | | | | | | | |
| And, they could also be affiliated and I am not aware of this. | | 3 There is a possibility, but I really do not know. | 3 I have never seen these brands of skin care before. | | 865 | 1 | 2 | 5 | 9 | 1 |
| Different websites. | 2 Different websites. | 2 Different websites. | 2 Different websites. | 2 They are different companies | 865 | 2 | 2 | 2 | 1 | 2 |
| different brands | 2 different brand | 2 different brands | 2 different brands | 2 different names | 865 | 1 | 2 | 4 | 35 | 2 |
| different compaies on the logo | 2 one is from saffron and the other from thrive | 2 they say different brands | 2 different names on the label | 2 different companies | 865 | 1 | 1 | 5 | 43 | 2 |
| Not sure if owned by same parent company | 2 They are different brand names | 3 Not sure if they're owned by the same parent company | 2 They had different name brands | 3 I am not sure if they are owned by the same parent company | 865 | 1 | 1 | 5 | 40 | 2 |
| different brands | 2 different brands listed | 2 different names | 2 they have different brands | 2 different names | 865 | 1 | 2 | 4 | 42 | 2 |
| | | packaging looks different but need to see the back label for | | | | | | | | |
| need to see the back of the product for further information | 2 packaging is different | 3 further information | 2 different labels | 3 need to see the back of the product | 865 | 1 | 2 | 9 | 4 | |
| | 2 one is thrive other is wildkat | 2 they are different names | 2 one is ursa major other is wildkt | 3 i couldnt tell | 865 | 1 | 2 | 5 | 32 | 5 |
| These two companies may have different ideas and innovative ingredients and might help each other coming up with products for the greater good. I guess in a good business model business couod help each other more than competing | 2 they are not the same | 2 I think that these tow companies have very different visions. | 3 I am unsure | | 865 | 1 | 2 | 4 | 32 | 1 |
| | 2 differant brand | 2 no reasons | 3 none | | 865 | 2 | 1 | 3 | 25 | 2 |
| Because I am not familiar with these products | 2 The names are different | 2 Different styles | 2 Different brands | 2 Different packaging styles | 865 | 3 | 2 | 4 | 13 | 2 |
| | 2 seemdifferent | 3 idont know | 2 nothing shows me they are connected | 3 because isee nothing incommon | 865 | 1 | 2 | 3 | 13 | 3 |
| | 2 looks like different websites different products | 3 I never saw these sites | 1 Its probably dropshop | | 865 | 1 | 1 | 2 | 9 | 2 |
| | They both CBD products so it's possible, but the price points are so different. I tend to think parent companies have different | | I think the price point and the type of product is really similar, | | | | | | | |
| I think if they were they would be more similar in price and ingredients. | 3 price points/product quality. | | 1 just different branding to cater to different audiences. | | 865 | 1 | 2 | 5 | 32 | 10 |
| | 1 Both brands are thrive and both have cbd | | 3 It's hard to say | 2 different companys | 865 | 2 | 3 | 10 | 3 | |
| different name brands | 2 different compays | 2 different companys | 2 different companys | | 865 | 1 | 1 | 3 | 4 | 2 |
| | | | | because a lot of these skin care products are mass produced | | | | | | |
| | 1 Because I SAID SO | | 2 the label and name and product is very different. | 1 from the same companies . | 865 | 1 | 1 | 3 | 32 | 4 |
| n/a | 3 i see no common logo or nothing | | 3 don't seem as so | | 865 | 1 | 1 | 6 | 42 | 4 |
| I dont know if they are connected | 2 different brand names | 2 different brand names | 2 branding name is different | 2 think the names are different | 865 | 2 | 2 | 2 | 27 | 2 |
| no reason. | 2 they look all different. | 2 no reason to think so. | 2 different brands. | 2 i have no clue. | 865 | 1 | 1 | 3 | 13 | 6 |
| brand product | 2 product name | 1 skin care product | 2 for distin brand | 2 Why do you say that | 865 | 2 | 1 | 6 | 6 | 5 |
| | Because the first product was made in THRIVE SKIN and the 2 second product made in SAFFROAN | 1 Because it produces the same products | 3 not sure | | 865 | 1 | 1 | 5 | 43 | 3 |
| | | I don't know either company so I have no idea if they are | | | | | | | | |
| I have no clue it the companies are connected | 2 Seems that both have different company brandings. | 3 affiliated. | 2 The company brandings look like different companies. | 3 Cannot tell by the label. | 865 | 2 | 1 | 5 | 31 | 1 |
| | 3 Don't know | | 3 Don't know manufacturers | | 865 | 1 | 2 | 3 | 36 | 10 |
| need more info | 1 bottle the same | | 3 no info | | 865 | 3 | 1 | 5 | 37 | 3 |
| I don't really know. It just doesn't seem like it would be | 1 they both contain CBD | | 3 they could because they both have pump applicators | | 865 | 1 | 2 | 6 | 20 | 6 |
| affiliated with each other. | | | One uses CBD, the other doesn't. I would think a company | I don't think they are but not sure. One uses CBD and the other | | | | | | |
| | 3 Seems like different company's but they both use CBD. | | 2 would use it all around. | 3 doesn't. | 865 | 1 | 2 | 2 | 10 | 1 |
| I just don't know. | 2 Looks different and different company symbol. | 2 Different symbol. | 2 Looks different to me. | 2 They look different. | 865 | 2 | 1 | 5 | 46 | 2 |
| unable to see a link | 3 not enough info to determine | | 2 nothing in the images to indicate a relationship | 3 don't see a connection | 865 | 1 | 2 | 6 | 31 | 4 |
| ones a serum ones a moisturizer | 2 one company is WLDKAT and the other is thrive. | 2 yes it was really important to me to do this. | 2 ursula and WLDKAT where the band two different names. | 1 yes it was really important to me to do this. | 865 | 2 | 2 | 5 | 9 | 2 |
| idk | 1 same product type | | 2 No resemblence. | 1 Because they are. | 865 | 1 | 1 | 2 | 47 | 2 |
| | I'm not a hundred percent sure so instead of guessing I picked I | | To me it seemed like there was no similarities in The Branding at | I am not 100% sure so I would rather just say I don't know | | | | | | |
| | 3 don't know | | 2 all | 3 instead of guessing | 865 | 3 | 2 | 3 | 10 | 2 |
| They're very different products. | 1 They're the same brand. | | 2 The product categories are different. | 2 The products' offerings are very different. | 865 | 1 | 1 | 3 | 49 | 2 |
| | 2 Completely different aesthetics | 2 Again, they have completely different aesthetics | 2 Completely different aesthetic | 3 Completely different aesthetic | 865 | 1 | 1 | 3 | 28 | 3 |
| I feel they would have referenced the same name if there was a connection!! | 2 They are made by different companies-Wildkat and Thrive! | 2 They have different company names! | 2 They have different company names! | 2 They have different names!! | 865 | 1 | 1 | 6 | 38 | 3 |
| | | | There was not enough information on the packaging or | | | | | | | |
| | 3 The descriptions and packaging were vastly different | | 3 description to give me an informed guess. | | 865 | 1 | 1 | 5 | 38 | 3 |

Exhibit 4
Page 477

Thrive Final Raw Data.xlsx

| Col 1 | Col 2 | Col 3 | Col 4 | Col 5 | N | a | b | c | d | e |
|---|---|---|---|---|---|---|---|---|---|---|
| | 3 They could be affiliates. Not sure. | | 3 I'm trying hard but unable to connect the two in any way. | | 865 | 1 | 2 | 4 | 32 | 2 |
| | 2 Im not sure | 2 Im not sure | 3 I cant tell | | 865 | 1 | 2 | 2 | 33 | 2 |
| I don't see any connection between the two products on a packaging, naming convention, or anything else that would tell me they're affiliated with one another. | The company names are different, Thrive and WLDKAT, so I'm pretty sure they're not the same company. The products seem 2 quite different design-wise. I don't see any correlation between the two that would make them the same brand or made by the same 2 company/manufacturer. | I don't see much of any connection between these two products, despite being similar on a face-value level. I don't believe the 2 two companies have much of anything to do with each other. I don't think they look similar enough for me to make that 2 assumption of affiliation between the two. | The design language between the two products is pretty different. They share similar animal motifs, but I don't know if that's enough of a similarity to make me think they're by the 2 same company. They look completely different from each other so I don't think 2 that they are connected to each other at all. The brand names are different and the packaging is totally 2 different | With the similar animal motifs, and in similar industries, I could believe that they're products of two companies that are more 1 closely affiliated. 2 I don't see any affiliation between the two whatsoever. Same as my prior answer. I don't know why they would be 2 affiliated either | 865 865 865 | 1 1 1 | 1 1 2 | 3 3 5 | 43 32 38 | 2 3 4 |
| They just don't seem like they would be | 2 different brands, different website | 2 different | 2 different | 1 i think so | 865 | 1 | 2 | 5 | 9 | 4 |
| | 2 company names were different | 2 these are two different skincare product | 2 company names are different | | 865 | 1 | 3 | 3 | 42 | 4 |
| No clear affiliation or connection stated anywhere. different labels | 2 the brand names are totally different. | no clear affiliation or connection stated anywhere on the 2 products or their descriptions. | they had clear labels stating very different brands. if it was the 3 brand then it is very unclear. | I believe that the brands were not clearly shown to be named 3 for both products or associated/affiliated in any way. | 865 | 1 | 3 | 3 | 43 | 2 |
| | 2 different labels | 2 the labels | 2 the labels | 2 the labels | 865 | 2 | 1 | 3 | 31 | 1 |
| Not sure | 2 Different packaging | 3 Not sure, just a guess | 2 Different packaging | 3 Not sure, could be possible. | 865 | 3 | 1 | 3 | 46 | 4 |
| i dunno | 2 different names | 2 different names | 2 different names | 2 look different | 865 | 1 | 1 | 5 | 13 | 8 |
| | 1 they both have CBD | | 2 one has CBD the other does not | 3 I am not sure | 865 | 1 | 1 | 5 | 17 | 6 |
| two different products | 3 they both were from different companies | 4 we don't believe they work with one another | 3 im not sure if it was from same or different companies | | 865 | 1 | 1 | 4 | 32 | 3 |
| | The background images and the format of the website and the 2 product images are different. | 1 I believe companies can integrate and work with one another | i do not have enough information to make such claim. They 3 could/couldn't be I'm just not 100% positive. | | 865 | 2 | 2 | 4 | 10 | 3 |
| | 3 i dont see any branding info that tells me ys or no. | | 3 theres no information telling me one way or another. | One company thrives on usage of CBD and the other product | 865 | 1 | 1 | 6 | 49 | 5 |
| They are two different companies selling the same type of products | 1 Both are from the same company Thrive | | 2 Both products are made with different ingredients. | the descriptions seem to be completely opposite of what similar 2 companies would offer | 865 | 1 | 2 | 5 | 9 | 2 |
| | 1 the bottles have the same shape and labeling | | 2 the design of the labeling and descriptions of ingredients | | 865 | 1 | 1 | 2 | 46 | 5 |
| They don't look like they're related | 2 The branding is completely different | 3 They don't look like they're related | The branding and packaging and websites look completely 2 different | 2 They look completely different | 865 | 1 | 2 | 5 | 38 | 5 |
| I cannot tell whether the companies and products are related | 3 I just don't know | | 2 The products are distinctly different. | 2 I think the products are too different | 865 | 1 | 2 | 5 | 10 | 6 |
| | 3 I have heard of "Thrive" but not the other brand "WldKat" | | 3 They don't seem to be alike only by type of product. | | 865 | 3 | 2 | 3 | 17 | 4 |
| | The appeared so radically different from description to bottle 2 type that I thought they were from different manufacturers. | I do not know if they are related, I did not see anything to think 3 so but it's definitely unknown. | I saw no similar names or evidence that they were from the 2 same company. | 2 I saw nothing that alluded to the companies being connected. 2 different companies | 865 865 | 1 1 | 1 2 | 3 2 | 37 35 | 2 1 |
| I don't feel that they are. | 2 the products are nothing alike | 3 dont know | 2 made by different companies | 3 One could be a different line from the same company. | 865 | 1 | 2 | 3 | 40 | 2 |
| | 2 they have different brand names. | 2 They are separate. | 2 They had different brand names. | | | | | | | |
| fgftgfvgt | 2 The look completely different. | 2 bvgjbg | 2 hvggvg | 2 hkvfjgcgjgj | 865 | 1 | 2 | 3 | 49 | 9 |
| | 2 different names | 5 doesnt appear to be | 2 different names | 3 dont appear to be | 865 | 1 | 2 | 2 | 30 | 4 |
| | Like I say before both products are very different one has a very colorful package and the other one has more neutral colors. 3 Both product are made with natural ingredients. | | I think they are from different companies but can be buy in the 3 same place. | | 865 | 1 | 2 | 1 | 3 | 2 |
| | 2 different names on label | 3 don't know | 2 different names on packaging. | 2 don't think they are connected. | 865 | 1 | 2 | 5 | 5 | 2 |
| Totally different look, labeling. | 2 Totally different look, labeling. | 2 Totally different look, labeling. | 2 Totally different look, labeling. | 2 Totally different look, labeling. | 865 | 1 | 1 | 5 | 9 | 5 |
| they could be | 2 different name | 3 not sure | 2 they look completely different | 1 it would be smart if they were | 865 | 1 | 2 | 1 | 9 | 1 |
| The brand names are different | 2 One said Wldkat and the other Thrive | 2 Seems to be no relation | 2 Wldkat and Ursa Major, 2 different brands | 2 Packaging looks different and names are dissimilar | 865 | 1 | 2 | 6 | 30 | 4 |
| I think that companies, even affilated are still pretty much the same. | 3 I dont know. There is no connection but could be the same | | 2 Completely different | 2 Look nothing a like | 865 | 2 | 2 | 3 | 9 | 4 |
| | | | They both have CBD, but other than that I didn't see any name on the two bottles that said they were from the same | | | | | | | |
| | They looked like two entirely different products, although they 2 both contained CBD. | Same answer. They both contained CBD, but other than that 3 they looked nothing alike. | 3 manufacturer. | | 865 | 3 | 2 | 2 | 29 | 10 |
| Don't feel the same | 2 I don't know | 2 I don't know | 1 Same type of ingredients | | 865 | 1 | 2 | 3 | 42 | 1 |
| don't have enough information | 2 the packages are very different in appearance | 3 I don't know anything about them | 3 they're slightly similar but not enough markers to be sure | | 865 | 1 | 2 | 4 | 9 | 6 |
| WOULD COMPETE WITH EACH OTHER | 3 BOTTLES ARE SIMILAR | | 1 SEEM SIMILAR | | 865 | 1 | 2 | 5 | 43 | 2 |
| I do not know how they would be affiliated | 2 Completly different packaging concept | 3 I have no way of knowing if they are associated | 2 different brands | 2 different brands | 865 | 1 | 1 | 5 | 15 | 7 |
| | 2 The variety of products is different. | 1 The same products | 2 Is different | 1 Is unique | 865 | 1 | 1 | 5 | 43 | 4 |
| | 1 They look similar | | 3 Just not sure | | 865 | 1 | 2 | 3 | 5 | 6 |
| No connection | 2 Thrive and Wildkat | I did not look at the price too closely but I do not see a 2 conection | 2 Ursa Major and Wildcat | 2 They could be connected but i could not tell by the pics | 865 | 1 | 2 | 6 | 21 | 2 |
| not connection because labels are different, have different company/brand names, sites are different and designed different | both products are from different brands and sites, plus the sites 3 have a very different design to them | because from the information these products are different and 2 come from different companies/brands | the products have different brand names, sites are not designed 2 the same | because of the brand/company names, the site designs, products do not have the same brand name labeled on their 2 packaging | 865 | 1 | 2 | 4 | 9 | 10 |
| I do not know either company. | 2 Trive is only on the second product. | 3 I do not know these companies. | 3 I do not know these companies. | | 865 | 1 | 1 | 5 | 32 | 10 |
| | 2 different website | 5 not sure | 2 different packaging | 2 different websites | 865 | 1 | 2 | 3 | 43 | 3 |
| | 2 different approach to ad wording | 2 1st company more eco friendly | 2 different ingredients and different visual approach | 3 not enough information | 865 | 1 | 1 | 6 | 5 | 9 |
| | 3 do not see anything that states they are from the same company | | 3 nothing seems to reflect they are from the same company | | 865 | 3 | 1 | 5 | 22 | 5 |

Exhibit 4
Page 478

Thrive Final Raw Data.xlsx

| C1 | C2 | C3 | C4 | C5 | 865 | a | b | c | d | e |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2 There is such a different association with each | 2 These two products seem very different | 2 These two products are too vastly different! | The design and language of these two products are very / 2 different | 865 | 1 | 2 | 5 | 7 | 6 |
| DIFFERENT NAMES & GRAPHICS | Usually the packaging style is unique to a particular company. / 2 These two products were very different from each other. | I just believe by the looks of the packaging these are two / 2 separate entities altogether, | 2 Not the same design style or color family. | 2 They do appear to look alike. | 865 | 1 | 2 | 4 | 43 | 3 |
| do not know | 2 DIFFERENT NAMES | 2 DIFFERENT NAMES /GRAPHICS | 2 DIFFERENT NAMES | 2 DIFFERENT NAMES & GRAPHICS | 865 | 1 | 2 | 3 | 25 | 2 |
| wasn't really clear | 2 different branding | 3 do not know | 2 different names | 3 do not know | 865 | 1 | 2 | 4 | 23 | 2 |
| | 2 two different labels/looks | 3 cannot say | 2 completely different | 3 not sure | 865 | 1 | 2 | 5 | 43 | 5 |
| i don't know if they belong to the same parent company. Unsure if connected or not, but companies these days like to be connected/owned but operate separately for different market segments. | 2 they have different brand names. | 3 i do not know if they are owned by the same parent company | 2 they have different brand names. | 3 i dont know if they are owned by the same parent company | 865 | 1 | 1 | 5 | 47 | 5 |
| | 2 Different names and totally different appearance | They could possibly be connected, I just don't know. Companies 3 these days like to mask brands, but operate separately. | 3 Have no idea. | | 865 | 1 | 1 | 6 | 38 | 9 |
| these companies are not associated with one another | 2 these were two different products | 2 two different companies made these products | two different companies are making these two different 2 products | 2 these companies are not associated with one another | 865 | 1 | 1 | 6 | 20 | 5 |
| I don't see any affiliation at all | 2 I don't see any similarities | 2 I also don't see any affiliations | 2 They have different packaging and lettering | 2 Don't see any affiliation between them | 865 | 1 | 1 | 6 | 17 | 4 |
| | 3 The labels look different, but who knows? | | 2 Different labels again. | | 865 | 1 | 1 | 3 | 46 | 3 |
| | 3 One says WildCat, the other Thrive | | 3 WLDKAT & Ursa | | 865 | 1 | 2 | 3 | 6 | 10 |
| | I said I am not sure if they were produced by the same company because both products are skin care products and it's a 50 / 50 3 chance either way. | | I said I think these products were produced by different companies  because there are no identifying claims on any 2 product that says they were made by the same brand. | I said that because there is no identifying claims on any product 2 that says they were affiliating companies. | 865 | 1 | 1 | 3 | 20 | 2 |
| not sure one way or the other...however price is different | 3 thrive brand is not noted | | 3 it is possible made at the same plant | | 865 | 1 | 1 | 5 | 30 | 7 |
| i didnt see any connection in these two products | 2 the first one is Thrive, and the second one is something else | 3 websites look very different | 2 these products have different names | they could be affiliated, but there is no mention of it on either 3 site | 865 | 1 | 2 | 5 | 6 | 5 |
| | 2 because the name is different | 2 because the name is different | 1 because they are the same | | 865 | 1 | 1 | 5 | 42 | 7 |
| Different brands, did not see any connection | 2 two different names Thrive and Wildcat | 3 I could not tell from information provided | 2 ursa and widkat brands | 2 could see no connection | 865 | 1 | 2 | 5 | 47 | 4 |
| im not sure. | 1 both products are CBD infused | | 2 the product packaging look so different | 3 its hard to tell but i think they can be affiliated | 865 | 1 | 2 | 4 | 9 | 5 |
| Just guessing. | 2 I saw two different names of the companies. | 1 I am just guessing. I don't know. | 2 They have two different names. | 2 I am guessing. | 865 | 1 | 1 | 4 | 32 | 4 |
| | 3 same as before..did not show maker | | 3 just dont know | 3 did not see name | 865 | 1 | 2 | 3 | 15 | 2 |
| I think they are 2 different companies selling similar products with similar ingredients. Most companies use the same color combinations in advertizing. | 2 The wording and labeling are too different. | There is nothing in the product description or in the labeling that 2 would make me believe the products are connected in any way. | 2 Product labeling | 2 The wording and product labeling look too different. | 865 | 1 | 2 | 6 | 38 | 5 |
| I know these products are not same and not one brand. | 2 Those product are different. | 2 Because these product are not same. | Fortifying face balm is great for protect you face from sun and 2 other product is increase skin bright. | SAFFRON is a brightening and hydrating serum and other 2 product is weightless serum like moisturizer. | 865 | 1 | 1 | 6 | 35 | 7 |
| just my impression | 2 CBD is an ingredient in one | 2 CBD | 2 the look of the bottle | 2 the look of the packaging | 865 | 1 | 2 | 1 | 32 | 1 |
| | 2 because it has a different name | 2 because it has a different name | 2 because it has different names | 3 because i dont know | 865 | 1 | 1 | 32 | 2 | |
| different names | 3 looks similar containers | | 3 containers/bottles look the same just different colors | | 865 | 1 | 2 | 5 | 5 | 3 |
| two different names | 3 different names on the products | | 2 different logos | 2 different packaging | 865 | 1 | 2 | 4 | 32 | 2 |
| | 2 two totally different names | 3 different looks on the website | 2 wildkat and ursa major | 3 I would assume they aren't but I'm not 100% sure | 865 | 1 | 2 | 6 | 32 | 5 |
| | 2 because the tow product are different | although the two products are different the standard of service 1 is almost the same | 2 because the purposes of the tow products are different | 2 the product are different | 865 | 1 | 1 | 6 | 49 | 8 |
| Differnet target audiences | 2 Completely differnet price points | 3 Packaging is too different | 3 Could be, but unsure | | 865 | 1 | 2 | 6 | 33 | 4 |
| nothing | 1 more much favorable and unique. | | 2 nothing to say | 2 nothing to say | 865 | 2 | 1 | 6 | 5 | 9 |
| | 3 i don't think so | | 3 no idea | | 865 | 3 | 1 | 4 | 35 | 3 |
| the packaging for the products is different... | 1 I would say they are similar... | | 1 the packaging has a similar style... | | 865 | 1 | 1 | 6 | 35 | 5 |
| | 1 Because I like it | | 1 Because I like it very much | | 865 | 1 | 1 | 6 | 35 | 5 |
| Because the first company was the same as the product, and the second had a completely different company. | Because the brands are completely different.  No mention of 2 similar brands on both pages. | 2 Because there is no mention of anything similar on either page. | Because they are completely different brands and don't mention 2 similarities. | 2 Because the two pages don't have similarities. | 865 | 1 | 1 | 5 | 5 | 4 |
| | 2 Different brands. | 3 The websites are similarly designed but different brands. | 3 Different brands. | 2 Different brands / packaging. | 865 | 1 | 1 | 6 | 5 | 7 |
| | 1 very likeable | | 1 likely service | | 865 | 1 | 1 | 6 | 10 | 6 |
| | 2 there are no similarities | 2 the design of the bottle and name | 2 they are nothing alike | 2 there is no evidence that it is connected to the same company | 865 | 1 | 2 | 5 | 43 | 2 |
| I don't really know I haven't used yet or done any research on them yet | 3 Now, I don't know for so, but feel I am being set up. | | 3 Just a gut feeling | Im sure that some companies may be affiliated with others, its 3 not impossible | 865 | 1 | 2 | 5 | 9 | 5 |
| | clean and vegan products sustainable, eco friendly, natural 1 ingredients high quality products | | 2 looks totally different here | 3 Can be same company | 865 | 1 | 2 | 5 | 10 | 3 |
| | 3 I'm not positive if the same thing | | 2 Different name but does the same for the skin | | 865 | 1 | 2 | 5 | 32 | 3 |
| The website they're sold on is not the same | 3 See prior response. Same, nothing to indicate it. | | 3 Nothing to indicate it as said over and over. | | 865 | 1 | 1 | 5 | 43 | 3 |
| | 2 One is Thrive and one is Wildkt | 2 The website design is totally different | 2 One is Ursa Major and one is Widkt | 2 The websites look nothing alike | 865 | 1 | 2 | 5 | 7 | 4 |
| the vibe is extremely different for the two products | 2 they seem extremely different and have different names | it looks like two very different products and companies to me 2 personally | 2 they have dissimilar marketing | 2 I have no reason to believe they are connected | 865 | 2 | 2 | 5 | 25 | 4 |
| Because monkey face like yourself keeps showing me same photos all over and over again. | The products seem very different and serve different purpose 2 for the customer. | 1 The packaging could be reused between associated companies. | 3 cannot determine from pictures. | | 865 | 2 | 1 | 6 | 21 | 4 |
| different manufacturer names on products | different manufacturer name on product and in the 2 advertisement | 2 different manufacturer names on the products | 2 different names on product | 2 different names on products and advertisement | 865 | 1 | 2 | 2 | 35 | 3 |
| You've made me doubt my former opinion. | 3 could be the same company with two different product lines | | 3 could be the same company with two differerent product lines. | | 865 | 1 | 1 | 6 | 49 | 2 |
| they look too different, the packaging that is | 2 thrive vs widkat, seems like different companies | 2 completely different colors and design logo | 2 they look too different | 2 they look too different | 865 | 1 | 2 | 6 | 13 | 9 |

Exhibit 4
Page 479

Thrive Final Raw Data.xlsx

| Col 1 | Col 2 | Col 3 | Col 4 | Col 5 | n | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| their products don't seem to have anything in common and they approach skincare in different ways | one seems targeted towards a younger demographic and the other towards a more mature/affluent customer. | they both contain cbd but that's the only thing they have in common. one focuses on organic/sustainability, the other on an | one is a more traditional product, the other organic, trendy product w/cbd. the packaging and marketing are completely | 2 they don't have anything in common | 865 | 1 | 1 | 5 | 13 | 1 |
| different outlooks | 2 others towards a more mature/affluent customer. | 2 actual skincare product | 2 different looks | 2 different vibes | 865 | 1 | 6 | 33 | 4 | |
| n/a | 2 different names | 1 both CBD products | 2 One is Ursa the other Wildcat | 3 n/a | 865 | 2 | 2 | 5 | 25 | 8 |
| | 2 Thrive and Wildkat | 3 different names | | | | | | | | |
| they could possibly share the same corporate ownership | 2 one is by thrive the other is by widkat | 3 they may possibly be owned by the same company | 2 one is widkat, the other is by ursa major | 3 they are two brands but could have one owner | 865 | 1 | 2 | 5 | 5 | 5 |
| Could be different product lines from the same company because it is not reflected in the packaging of either of the two products | There is nothing in the packaging or description to tie the two 2 webpage different, name of company different, etc. | I can't find any indication that they are, but sometimes 3 companies produce different product lines with different names. | 2 One says Ursa Major, one says WidKat | Companies can produce different product lines with different 3 names | 865 | 1 | 2 | 6 | 47 | 5 |
| Not sure about that. | 2 because the label of each product shows a different brand. | 2 because each product is different and not related | 2 because each of the products shown have different brands. | 2 because their designs are very different. | 865 | 1 | 2 | 3 | 9 | 4 |
| | 2 The company names are different. | 3 Not sure about that. | 2 because of the answer below. | 3 Not sure about that. | 865 | 1 | 4 | 3 | 9 | |
| i think they have different names so not related | 2 different names. one of thrive and the other is widkat | 3 not enough information for me to know to be honest | 2 different names for different companies | 3 i feel like they should be different companies but not too sure | 865 | 1 | 2 | 4 | 13 | 3 |
| Totally different company names, labels, products don't seem the same. Branding different. | 2 Totally different labeling, naming, etc. | Totally different naming, labeling. Looks like totally different 2 ingredients, etc. | There were no similarities on the labeling. Thrive only found on 2 one other product which was not shown. | 2 Don't see any similarity in naming, branding, labeling, fonts, etc. | 865 | 1 | 1 | 5 | 38 | 9 |
| | 2 not familar with products | 3 don't know | 3 don't know | | 865 | 3 | 2 | 4 | 27 | 1 |
| Collaborative company brands | 2 They are labeled as two separate brands. | 2 Totally different look and two different kinds of products. | 2 They are labeled different and the packaging is totally different. | 2 They look nothing like each other. | 865 | 1 | 6 | 21 | 10 | |
| | 2 Different product brands | 2 Different company | 2 Different product brands | 1 Collaborative companies | 865 | 1 | 1 | 5 | 43 | 6 |
| not connected | 2 They have different names | 2 They have different names | 2 They have different names | 3 They may be sister companies | 865 | 1 | 6 | 32 | 8 | |
| looks different | 2 differents company and source | 2 not connected | 2 two company not same | 1 they made same skin products | 865 | 1 | 1 | 6 | 47 | 9 |
| diffrent style and name | 2 two company | 2 looks different | 2 different | 2 two product | 865 | 1 | 1 | 6 | 10 | 6 |
| | 1 has diffrent style and diffrent colors | | 2 diffrent style and colors | 2 diffrent styles | 865 | 2 | 2 | 1 | 38 | 1 |
| They made different products and were made by different companies | 2 one is made by LV Life the other Wildkat | they both make a serum with CBD in it, so even though they 3 have different manufacturers; their products are similar | 2 One was made by Widkat the other Ursa Major | the products are similar except one is called a Serum and the 3 other a balm | 865 | 1 | 6 | 43 | 5 | |
| | The first one is from Thrive and the second one is from different 2 place. | 3 Didn't see any correlation. | 2 Didn't see any connection between the two. | 3 Can't tell. | 865 | 1 | 1 | 6 | 44 | 3 |
| THEY ARE NOT SHOWING SIMILARITIES | 2 NOTHINK ALIKE | 3 CANT TELL | 3 NOTHING IS LOOKING THE SAME | 2 They look nothing like each other. | 865 | 3 | 2 | 2 | 1 | 2 |
| no similarities between the two products | 2 nothing similar between the two products | 2 nothing similar between the two pages/products | 2 nothing appears similar about the products at all | 2 no similarities between the two products | 865 | 1 | 2 | 5 | 35 | 9 |
| because i don't know | There was nothing in the packaging or description to tie the two 2 products together that I could tell. | Was not provided enough information to make any 3 determinations if the companies were related. | Products did not appear related to each other at all. Packaging 2 was different in both products. | There was no information to make me think they were related 3 at all. Did not know enough information to truly evaluate. | 865 | 1 | 2 | 5 | 5 | 5 |
| | 1 Doesn't have one in the other bottle | 3 Because I dont know | 2 one says Ursa and the other wildcat | 2 different names, so not sure | 865 | 1 | 2 | 6 | 23 | 7 |
| The products both take a cleaner more health driven approach and have more similar branding but it seems likely the products are solely in competition. | 2 Different names and different branding | 2 The marketing approaches are vastly different. | The branding is completely different and one seems to say the 3 changes will be visually apparent and the other says it will be | They have different approaches. One seems like it's trying to be on trend and a thing that is "cool" while the other is trying to represent something more demure and necessary and focuses 2 on not destroying the health of your face. | 865 | 1 | 2 | 5 | 14 | 2 |
| i didn't pay attention to who it was by | 2 I didn't see any names match | 3 I wouldn't know unless it's said they are affiliated | 2 hardly noticeable and just do its job. | | 865 | 1 | 2 | 4 | 43 | 4 |
| | 2 they look and sound different | 1 they might be | 1 I saw the same company name on the site | | 865 | 2 | 1 | 2 | 44 | 4 |
| | With all the ads given, you can not click on to anything for more 3 info. | | 1 they could be | | | | | | | |
| | | | All these items do not give enough info on maker, so really don't 2 no. | 3 As said not enough info to see. | 865 | 1 | 1 | 3 | 32 | 2 |
| no similarities between products. | One is Thrive, one is LV. They look different too and again, I do 2 not see the same logo or advertising between products. | It does not appear that they are similar in any way. | One is Ursa Major, one is Wyld Cat. They again look completely 2 different and do not share a similar logo or markings. | The appearance of each other is so vastly different, you really do not need to notice that there is no logo similarity to believe 2 that they are from a different manufacturer. | 865 | 1 | 2 | 3 | 5 | 3 |
| The packaging is different which makes me they are different companies | 1 the same brands | 1 the same brand | 1 the same brands | The packaging is different which makes me thing they are | 865 | 1 | 2 | 6 | 43 | 6 |
| idk | The packaging is different which makes me thing they are 2 different companies | The packaging is different which makes me thing they are 2 different companies | The packaging is different which makes me thing they are 2 different companies | 2 different companies | 865 | 2 | 2 | 5 | 10 | 7 |
| | 1 IDK | | 2 diffrent names | 3 don't really know | 865 | 2 | 2 | 5 | 17 | 4 |
| There's no way to say for sure, but Thrive seemed really clearly branded as its own thing | Branding is very different and they have different names, seems 2 like they are from totally separate and unrelated product lines | Hard to say if they might have some partnership. I lean toward 3 them not having an association, but can't say for sure | Again, no crossover in appearance, font, wording, brand names, 2 etc. | I don't think there's a way to be certain about whether they 3 have a partnership or association | 865 | 1 | 2 | 5 | 46 | 3 |
| don't know | 2 most tores don't have it | 3 no opinion | 2 nothing | 2 nothing | 865 | 3 | 1 | 3 | 33 | 5 |
| | 1 same product | | 2 not same company at all | 2 not connected with each other | 865 | 1 | 2 | 6 | 5 | 7 |
| no connection | 2 so different | 2 all different | 2 I don't know | 2 so different | 865 | 1 | 1 | 6 | 43 | 4 |
| | 3 looks like different companies, but could be marketing. | | Seem to be very different in design, but that could just be 3 marketing to different target audiences. | | 865 | 1 | 1 | 5 | 7 | 7 |
| There was no indication on the images provided that the two were affiliated in any way. | 2 One product was from Thrive Skin and the other from WLDKAT | There was no indication that either products were related to 2 one another. | They were from different sites and from different companies. While they are selling essentially the same product for the same 2 use, they are ultimately from separate companies. | The ingredients they advertise in the fore front are different as 2 one uses CBD and the other uses oat milk. | 865 | 1 | 2 | 5 | 5 | 2 |
| The name of the companies are different. | 2 The company names are different. | 3 Not sure. | 2 Not sure about the answer below. | 2 The name of the companies would be similar. | 865 | 1 | 1 | 6 | 43 | 9 |
| | 2 The websites are too different. it seems like the similar products but the price range is very | 2 One contains CBD oil and the other one doesn't. | 2 They look different and one contains CBD | 2 The wording would be similar in some of the instances. | 865 | 1 | 2 | 4 | 24 | 3 |
| may be because it all said comes from natural products | 3 different | 2 the brands sound different | 3 no clue to show it all comes from the same company | 2 it doesn't look like they're related | 865 | 1 | 2 | 6 | 32 | 5 |
| it doesn't look the same | 2 wildcat and thriver are different | | 2 i think they look different | 1 they look different | 865 | 1 | 2 | 5 | 32 | 3 |
| | 3 I just don't know. | | 2 Different names | 3 I'd be guessing. | 865 | 3 | 1 | 6 | 13 | 4 |

Exhibit 4
Page 480

Thrive Final Raw Data.xlsx

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| not enough information to determine | 2 i believe one in Thrive but unclear of the other | 3 it's hard to know for sure | they dont appear to be made by the same company but its hard 3 to know for sure | | 865 | 1 | 2 | 6 | 7 | 5 |
| no clue to figure it out | 2 the website name is different 1 It is indicated on the bottle 2 they look like different brands | 2 the brand name and website name is totally not connected | 3 cannot tell based on website name 1 logo is written 2 they look like different brands | 3 not sure if they are affiliated | 865 865 865 | 1 1 1 | 1 2 2 | 6 5 2 | 5 20 6 | 4 3 5 |
| not sure if they are affiliated Cause The name of the companies are different, even at website brand doesn't say something about affiliation between the brands | Maybe don't belong to the same company, but they come to the 1 same source, cause the products contains the same formula | 3 not sure if they are affiliated | I say no cause the formula from both products are different as 2 you can see. Have differents needed from different consumers | 2 Formula and brands are different on both products | 865 | 1 | 1 | 5 | 10 | 4 |
| one is a cbd product and the other is not | Not sure what the first one is from, could not read the label 3 print, the second is Thrive? 2 different type of ad  and  bottles 2 different name at top | 2 bottles look completely different 3 not sure | 2 just a guess, doesnt look related 2 one is a cbd product and the other is not 2 different name at top | 1 They are identical 2 one is a cbd product and the other is not 3 not sure | 865 865 865 | 1 1 1 | 2 2 2 | 5 5 6 | 17 5 8 | 5 5 5 |
| looks like they are different companies. I am not familiar with either so I could be wrong not sure | 2 looks like different brands 3 They have different company names | 2 very different to the color and product design 2 that is what it looks like to me 3 they don't look affiliated | 2 different brands different color and product design 2 looks like different brands 2 different names and design | 2 different brand, different design and design 2 that is what it looks like to me 3 not sure | 865 865 865 | 1 1 1 | 1 1 2 | 6 6 4 | 5 6 26 | 3 6 4 |
| sigh | 3 I'm not familiar with the products. 2 2 different products | 2 ditto | 3 Just do not know 3 because I don't know/am unsure... | | 865 865 | 1 1 | 2 2 | 5 4 | 33 1 | 10 2 |
| Again, they're overall different enough that they don't look like they're from the same company. | The product containers and the websites are so different they look like they're from different companies. If it was just the packaging but the web design was the same or similar I'd say 2 they were from the same company. | You asking has made me wonder if they are from the same 3 company, otherwise I would have said no. | Ok, I can really only reiterate this so many times, everything 2 about them is different. | I honestly don't think that they're similar enough overall to be 2 related. | 865 | 1 | 1 | 3 | 37 | 3 |
| They are after sesame skin goals I am not familiar with the companies | 3 The products are totally different 2 They have different Brand names | 2 The brand I go on the package are different 3 I am not familiar with any of the companies advertised | 2 The packaveing are totally different 3 They have different brand names | 2 The  information one a package are different 3 I am not familiar with the products to answer | 865 865 | 1 1 | 1 2 | 5 4 | 5 22 | 2 10 |
| no information about the affiliation on the labels. | Different brands and even  the  package designs and labels look 2 totally different. | Labels and packages are different and no information about the 2 affiliation on the labels | The theme behind the package designs are totally different than 2 each other | One is Thrive and the other is WLDKAT. They don't seem to be 2 associated and if so, they would have mentioned it on the label. | 865 | 1 | 2 | 6 | 35 | 3 |
| Unable to see any connection. | 3 Similar to the first one. if the items are from thrive market tho many different 3 organic items 2 Different brand 2 The brand name on the product was different | 2 Do not see any affiliation. 3 Not sure 3 I did not read the fine print | 2 No wording is similar. packaging color usually the same for the same company and it 3 was different 2 Different label and brand 2 The head different product label names | Unable to see the connection. they did not seem like it would be from the same company due 3 to name and packaging 2 Different label and brand 3 I did not read the detailed information | 865 865 865 865 | 1 1 1 1 | 1 2 2 1 | 6 5 6 3 | 46 50 47 9 | 8 1 6 2 |
| the packaging of the product and  the name on the product Different label and brand I did not read the small print | | | | | | | | | | |
| Because I don't know. | 2 Because they are so different from each other. 2 different websites 3 I am not sure. 3 different brand names Very different aesthetic, looked completely different from one 3 another | 2 Because they are different from each other. 2 different websites | I don't think so that they are from same companies. Because 2 they are pretty much different from each other. 2 different items 1 would enjoy this. 3 different names but could be the same manufacturer I don't know how skincare manufacturers work if they are 3 manufactored by the same companies or what | 2 Because they are different from each other. 3 need more info 2 It would be great. | 865 865 865 | 1 1 1 | 1 1 2 | 6 3 6 | 32 13 22 | 7 2 3 |
| Because I don't know. | 2 Because one is from Thrive and the other from WLDKAT. | 3 Because I don't know. | 2 One is from WLDKAT and the other from Ursa Major. feel like I've already answered this question - but the products 2 just don't look related | 3 Because I don't know. because they don't look like they would come from the same 2 company | 865 865 | 1 2 | 2 2 | 3 6 | 33 27 | 4 8 |
| because they just don't have anything in common | 1 because it is not the same packaging Why have two entirely different facial cbd products? It would be more beneficial for a company to make one good products and a 2 couple okay products. | While both being cbd, one seems more traditional beauty 2 product, the other has a more natural vibe. | 2 Packaging would look similar? | No reasancey with parent companies. Everything is owned by 3 like 5 major corps pretending to be smaller businesses. | 865 | 1 | 2 | 2 | 22 | 3 |
| I think companies are connected in a way because they are all working at the same goal. | They are from the same company because their description are 1 very similar on how they are describing their product. | They are from the same company because their packaging 2 are not very similar, neither their names on the bottles. Wildkat seems to be a brand, but I was incorrect about Ursa major being a manufacturer - it seems to just be the product 3 brand | I feel like companies that sell similar products have similar goals 1 as well. | 865 | 1 | 2 | 5 | 5 | 2 |
| Unclear - nothing stands out to say one way or the other | 3 Not enough info presented | | | | 865 | 1 | 2 | 5 | 5 | 9 |
| they give us good service different names and labelling | They are skin product company and manufacture for skin 2 product and helps us to get good product 2 different brand names | They have a business product  and different business plan and 2 product aim are same 2 different brand names and label designs | The best skin product  of all time  that actually work including 2 for skin care product 2 different brand names and labelling | 2 They are skin product company 2 different brand names and labelling | 865 865 | 1 1 | 1 2 | 6 5 | 5 32 | 6 4 |
| Again I cannot find anything saying they are the same, I of course could be wrong, this is just my opinion | Different Names wouldn't think they would be the same 2 company, I am probably wrong but that is my opinion | 3 I am not familiar with these products so I honestly don't know | I can't tell from the information that they would be from the 2 same manufacturer | 2 I don't think they are, but could be wrong | 865 | 1 | 2 | 3 | 14 | 7 |
| There is no uniformity between the products. Both feature different bottles, descriptions, products and so forth. | 2 They both feature different names (WildKat and Thrive). | They are both completely different and have no uniformity 1 between them. | Both have different product names (WildKat vs Ursa Major) and seem to feature different ingredients in their products. One focuses on using CBD and promoting this, while the other does 2 not. | They seem to feature completely different descriptions, ads and looks. Usually when something is produced from affiliated 2 companies, they have a uniformed look about them. | 865 | 1 | 2 | 6 | 3 | 3 |
| Am just unsure | 2 Again, branding is very different The design of the bottle are different and the website where you 2 can order the products looks different too. | 3 Not familiar with either of these brands | 3 Not familiar with WLDKAT | | 865 | 1 | 2 | 5 | 43 | 5 |
| The have different name | | 3 I can't tell because I don't have any ideas of the company. | 2 One is from ursa major and the other is from different company. | 2 They are both from different company | 865 | 1 | 2 | 2 | 35 | 2 |
| not enough information for me to form an opinion arent nothing a like | 2 Considerably different packaging 2 arent the same brand, logo, colors 3 nothing listed | 3 There wasn't enough information for me to form an opinion 2 i dont see any similar info | 2 doesn't look like each other of the companies 2 they arent similar 2 no manufacturer listed on the label or description | 3 Not enough information for me to form an opinion 2 they are nothing a like | 865 865 865 | 1 1 1 | 1 1 1 | 6 5 5 | 49 5 30 | 3 6 3 |
| | 2 different names, different ideas | 3 its hard to say without researching the bands | 3 can't tell without researching the companies or brands | | 865 | 1 | 2 | 5 | 3 | 7 |

Exhibit 4
Page 481

Thrive Final Raw Data.xlsx

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| no connection | 2 just different | 2 not connected | they have different brands and packaging | 2 Don't see any connection | 865 | 1 | 2 | 5 | 37 | 3 |
| Different names on the package | 2 They have different names on the package | They have completely different packaging and names. There 2 does not appear to be anything in common between them | 2 The name on the packages are different | The packaging looks kind of similar, but not the same name or 3 color scheme | 865 | 1 | 2 | 6 | 43 | 6 |
| | 3 Did not provide enough information to know | | 3 I feel there is not enough information | | 865 | 1 | 2 | 5 | 18 | 2 |
| | they work together and sound like they might be from the same 1 company | | i am not so sure it is hard to figure out sounds like they might be 3 the same | | | | | | | |
| maybe they are just competitors | 2 because all models seem to be from different companies | 2 because all models seem to be from different companies | 2 because all models seem to be from different companies | 2 because all models seem to be from different companies | 865 | 2 | 2 | 3 | 9 | 5 |
| | 2 The 1st product is WLDKAT, the 2nd is THRIVE SKIN | 2 Maybe they are just competitors | 2 different trade mark | 2 maybe they are just competitors | 865 | 1 | 2 | 5 | 41 | 2 |
| I mean I guess they could be but with what I saw, there is no evidence of them being a product of the same company. | They're made by two different companies. The packaging isn't the same, the only similarity is the pump bottle. The websites 2 both CBD | 2 I don't see any similarities between the two products. | Completely different styles of bottles, the website doesn't look 3 the same, the ingredients are different. 3 not sure | 2 The websites don't look the same | 865 865 | 1 1 | 2 2 | 2 6 | 33 32 | 1 3 |
| | | | There were two different brand names in the images and the | | | | | | | |
| There is not enough information to know. | 2 The two images had two different brand names and aesthetics. | 3 There is not enough information to know. | 2 aesthetics were completely different. | 3 There was not enough information present to know. | 865 | 2 | 2 | 6 | 50 | 4 |
| | 3 i didn't see the manufacturer name | | 3 do not see the manufacturers name | | 865 | 1 | 2 | 2 | 19 | 4 |
| | 2 One said WLDKAT and one said Thrive | 3 I didn't see any indication | 2 ONe says Ursa Major and the other says WLDKAT | 3 I didn't see anything to indicate that | 865 | 1 | 2 | 2 | 43 | 3 |
| | 3 because they have different names | | 3 I don't know | | 865 | 1 | 2 | 6 | 43 | 4 |
| | 3 looked different. | 3 No way to tell | 2 Looks different | 3 No way to tell | 865 | 1 | 2 | 5 | 35 | 10 |
| Different names | 2 Visibly different comapny names right on the labels | 2 Completely differnt labels and names | 2 Completely different labels and names | 3 I don't think they are | 865 | 2 | 2 | 4 | 12 | 2 |
| different shipping options | 2 different pricing | 2 different names | 2 different names | 2 different company names | 865 | 1 | 2 | 2 | 33 | 3 |
| | | | They had different brand names - WLDKT and Ursa Major, I | | | | | | | |
| I don't know anything about these companies so I don't know. | 2 Different brand names | 3 Uneducated on these products | 2 believe. | 2 Because I've never heard of them and have no idea. | 865 | 1 | 2 | 4 | 25 | 2 |
| | | | Different labels, different website layout, different | | | | | | | |
| not similar | 2 not sure | 2 not sure | 2 visuals/graphics | 2 look very different | 865 | 1 | 2 | 6 | 5 | 6 |
| | 2 No consistent logo or branding, packaging colors etc | 2 same answer - no common logo | 2 different brand name, colors, packaging and logos | 2 Different brand name, colors, packaging and logos | 865 | 1 | 2 | 5 | 43 | 10 |
| | it was hard to tell i saw no evidence that the products are | | i saw no mention of the products being made by the same | | | | | | | |
| it is obviously the same brand | 3 related | | 3 company | | 865 | 1 | 2 | 5 | 21 | 2 |
| Not sure if the brands could be connected | 3 unsure | | 3 I think different brands but not positive | | 865 | 1 | 2 | 5 | 13 | 2 |
| | 2 Different names. | 3 I have no way to gauge that. | 2 Different names. | 2 Still no way to see otherwise, so I would assume no. | 865 | 1 | 2 | 5 | 17 | 1 |
| different names and looks | 2 different names and looks | 2 different names and looks | 2 one is wildkat and one is something source | 2 they don't share any name or look at all alike | 865 | 1 | 2 | 5 | 26 | 3 |
| | | There may be a partnership contract between the two | | | | | | | | |
| companies may be associated with each other | 2 There is no similarity in the designs or logos | 3 companies | 2 There is no similarity between the products | 3 There may be a private partnership between the two companies | 865 | 1 | 2 | 5 | 43 | 5 |
| If they were, they might use similar types of packaging to save money in production costs. | 1 They both have CBD in it. | | 2 They don't look at all similar with their packaging. | 2 They have different color packaging. | 865 | 1 | 2 | 6 | 37 | 6 |
| | Different websites and brands listed. Do not seem to have the | They appear to not have any connections based on the | | | | | | | | |
| I do not see anything that seems to be the same. | 2 same themes/colors/fonts used or crossover. | 2 presentation and packaging of the products and web pages. | 2 I do not see anything that seems to be the same. | 2 They do not seem to be the same. | 865 | 1 | 2 | 5 | 47 | 8 |
| | | | The branding is completely different and the write ups on the | I guess it's hard to say. It would be a good way to deliver similar | | | | | | |
| See previous answer | 2 Website and write up different | 3 See previous answer | 2 website have a different tone. | 3 products to different markets. | 865 | 1 | 2 | 3 | 13 | 1 |
| | | I have never heard of these companies before. It is possible that | | | | | | | | |
| | The headlining brands on each product were different. One was | the two different brands are owned by the same company, like | I would assume these are different because they | I've never heard of these brands, but it is possible that they | | | | | | |
| The companies have similar values, so they might be affiliated. | 2 Thrive, and the other was different. | 3 Old Navy and Banana Republic. | 2 have a different brand, but it is possible that they are affiliated. | 3 both owned by the same company. | 865 | 1 | 2 | 5 | 23 | 5 |
| | 2 because they have two different names | 3 because I do not care to know the names of companies | 3 because I do not use ursa major | 3 I cannot say | 865 | 1 | 2 | 5 | 10 | 9 |
| | 3 I cannot say | | The brand seems different | | 865 | 1 | 2 | 5 | 21 | 7 |
| It just looked like two completely different companies based on design. | The more I look at it the more it feels like it might be connected 1 due to the type of product. | | They labeled their products from one company based on design 1 and lettering. | | | | | | | |
| totally different names and look. | 2 totally different names and look. | 2 totally different names and look. | 2 They look differently and have different names. | 3 They don't look the same or have the same name. | 865 | 1 | 2 | 6 | 3 | 4 |
| they look different | 2 they look totally different | 2 the colors are different | 2 theu have different names | 2 the brand is different | 865 | 2 | 2 | 6 | 5 | 9 |
| i do not know these companies | 2 different names | 3 everything is different | 2 they look totally different | | 865 | 1 | 2 | 5 | 29 | 2 |
| | There appear to be different brand names listed on the | | Different marketing and graphics | 2 different marketing and design used | 865 | 1 | 2 | 6 | 22 | 2 |
| | 2 packaging, and the designs are different | 3 The marketing is not consistent | 2 Different brand names | 3 I am not sure | 865 | 1 | 2 | 2 | 30 | 10 |
| I am not sure | 2 Different brand names | 3 I am not sure. | 2 different design | 1 Because the companies cooperate with each other | 865 | 1 | 2 | 6 | 23 | 5 |
| | 1 it's look the same | 2 The designs are different. | 2 The look of the products are different. | 2 Their description are different | 865 | 1 | 2 | 5 | 3 | 3 |
| | 2 Their look is different. | | | | | | | | | |
| | I wouldn't be surprised if they were sister companies | 3 same answer | | | | | | | | |
| One by Ursa, the other by Thrive | 2 Wildkat | | 2 One by Ursa, the other by Widkat | 2 One by Ursa, the other by Widkat | 865 | 1 | 2 | 3 | 43 | 4 |
| one looks much more expensive than other | 3 not sure because some of ingredients are same | 2 I didn't see a name correlation between the two | 2 don't look similar at all | 3 not sure? | 865 | 1 | 2 | 3 | 22 | 10 |
| Nothing connecting the two companies in the photos. | 2 One was made by Wildkat and the other by Thrive. | 2 Didn't see anything linking the two companies together. | 2 Different company names. | 2 Nothing connecting the two companies in the photos. | 865 | 1 | 2 | 5 | 46 | 4 |
| | | | The packaging, brand name, and design of product pages look | There's nothing clear that would show a connection between | | | | | | |
| Different brand names | 2 Clearly a different brand with a different website | 2 They have a very distinct difference in the design of the website | 2 very different | 2 the companies | 865 | 1 | 2 | 5 | 49 | 5 |
| | 2 Different names | 2 Different names/brands | 2 Different brand names | 2 Different brand names | 865 | 1 | 2 | 6 | 30 | 8 |
| Because it just doesn't appear that they are | 3 Because the packages are so different | | 2 Different brands & websites | 3 Because I don't know | 865 | 1 | 2 | 4 | 9 | 2 |
| | | | One said WLD KAT and the other is Ursa Major. Products don't | | | | | | | |
| Don't look anything alike | 2 One says Thrive one says WLD KAT | 2 Look nothing alike | 2 look or sound anything alike | 2 Advertising looks completely different | 865 | 1 | 2 | 5 | 38 | 6 |

Exhibit 4
Page 482

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | The websites look different. The way the wording and text is displayed on the packages does look similar but the coloring is different and there is no sign of a brand name on the packaging that I can see. | | | | | | | |
| there were no similarities in packaging or wording of the description of the products | 2 branding and packaging look completely different | 2 branding and packaging look completely different | 2 labels look different | 2 labels look different | 865 | 3 | 2 | 6 | 42 | 4 |
| the labels look different | 2 they look completly different | 2 the labels look different | | 3 it was not mentioned. | 865 | 1 | 2 | 5 | 44 | 6 |
| | Because it was two different products made by different 2 companies. | 1 That is the impression I got. | 2 Wildkat and Ursa Major are two different companies. | | 865 | 1 | 2 | 6 | 18 | 4 |
| | 1 look the same | | 1 look the same effect | | 865 | 1 | 2 | 5 | 18 | 4 |
| similar functionality | 2 different brand name | 2 different brand | 2 brand name differs | 2 different brand names | 865 | 1 | 2 | 5 | 32 | 3 |
| Different name | 2 Different name and different branding | 2 They are different names | 2 Different name and different packaging | 2 The names and branding are different | 865 | 1 | 2 | 5 | 30 | 2 |
| can't tell | 2 different companies names on products | 3 don't see a connection other than cbd ingredient same in both | 2 different companies names | 3 don't see how they are connected | 865 | 3 | 2 | 5 | 35 | 5 |
| | 2 different sames | 2 they arent all the same | 2 they dont seem the same | 2 they dont seem the same | 865 | 1 | 2 | 5 | 46 | 3 |
| | Design of webpage is very different which leads me to believe 2 they are from different companies/manufacturers. | 3 Not enough information provided to tell | The packaging is very different. One uses very bright colors and the other very dark colors. One seems more natural than he 2 other. | 3 Its not possible to tell from the information provided. | 865 | 1 | 2 | 8 | 18 | 10 |
| I'm not sure but they seem a little connected | The packages don't suggest that | | 2 I saw them in a nearby store | The packages don't suggest that | 865 | 2 | 2 | 6 | 13 | 4 |
| Again I would assume no, but can't be entirely sure | 2 they don't appear to ahve the same name anywhere on them | 3 I would guess not but again am not completely sure | 2 they don't appear to have the same name on them | 3 I would guess that they are not, but am not sure | 865 | 1 | 2 | 5 | 42 | 8 |
| I think it is from different manufacture. | 2 It is from different brand. | 2 I believe from different manufacture. | 2 It is from different brand. | 2 I think it is from different branding | 865 | 1 | 2 | 5 | 44 | 6 |
| | It is hard to tell from the name and product information 3 whether they are related | | The information and name don't make it clear if they are related 3 or not | | 865 | 1 | 2 | 6 | 38 | 3 |
| | 3 I don't know which company makes either product | | 3 I don't know which company make either product | | 865 | 1 | 2 | 5 | 23 | 2 |
| hard to tell | 2 different branding | 2 different branding | 2 seemed like different branding | 2 very different branding | 865 | 1 | 2 | 5 | 23 | 2 |
| | I couldn't tell where or who WLDKAT came from. Looked kinda sketchy, particularly with the oddball spelling and the cheesy 3 BOLD LETTERING in the description. | | No manufacturer or distributor.... Could both easily be LEVER 3 products. | | 865 | 1 | 2 | 6 | 33 | 8 |
| | They both have CBD and I don't think many skincare products 1 have CBD | | The branding looked totally different as well as the website 3 seemed to function differently | The branding looked different with very different packaging. There were also differences in the way the products' features 2 were highlighted | 865 | 1 | 2 | 6 | 13 | 1 |
| The brands seem have different purposes | | | | | | | | | | |
| not enough information | 2 I didn't see the same name or packaging. | 3 I have no way of knowing based on the information given. | 2 no similarities | 3 not enough information | 865 | 1 | 2 | 4 | 37 | 3 |
| I don't know | 2 The name of the brand is different | 3 Because I don't know | 2 The brand is different | 3 Because I don't know | 865 | 1 | 2 | 2 | 21 | 4 |
| | 2 As before, packaging leads me to believe this. | 3 Couldn't tell from what I read on labels or packaging | 3 Cannot tell from what I viewed | | 865 | 1 | 2 | 6 | 3 | 5 |
| | 3 I am unfamiliar with the brand names. | | 3 I am unfamiliar with these product names. | | 865 | 1 | 2 | 2 | 43 | 3 |
| Ursa Major packaging is a bit more colorful and trendy, and Thrive packaging is more traditional, yet modern in its simplistic and elegant package design. Different types of products. | Thrive and WLDKT (Wildcat?) are different company names and the product packaging is vastly different. The WLDKT product looks like it is marketed toward younger consumers like influencers on social media who care about what the packaging looks like and trendy ingredients like oat milk. Thrive looks like 2 it's for a higher end consumer who cares about the specific | I didn't notice anything similar between the Thrive and WLDKAT 2 websites design or product packaging. | URSA MAJOR and WLDKAT are obviously two different brand names, different product packaging, different product 2 descriptions, different website layout/ design. | URSA Major and WLDKAT are different brand names, have different product packaging and descriptions, and different 2 website design. | 865 | 1 | 2 | 5 | 14 | 4 |
| products don't look similar and have different branding | 2 ingredients in the product. | 2 don't appear to be similar | 3 it is hard to tell if they are similar | 3 not sure | 865 | 1 | 2 | 4 | 38 | 3 |
| not sure | 2 aren't similar in advertising or wording | 3 not sure | 2 different names | | 865 | 1 | 2 | 4 | 29 | 4 |
| | 2 different names and websites | | | | | | | | | |
| It doesn't seem very likely that they're affiliated, but they could be. | Sufficient difference in branding and messaging that they appear 2 to be different sources. | These two companies seem to share similar enough messaging 3 about their products that they could be affiliated. | The difference in branding and messaging leads me to believe 2 that these are sourced from different producers. | Any two companies could be affiliated with each other, even 3 with very different branding and messaging strategies. | 865 | 1 | 2 | 6 | 51 | 10 |
| | 2 because of the names and ingredients | | 3 because of the name and ingredients | | 865 | 3 | 2 | 3 | 13 | 2 |
| they seem different | 2 the websites and labels seemed different | 3 i have no idea | 2 they look different | 3 idk | 865 | 1 | 2 | 3 | 40 | 4 |
| There is nothing in the name, logo or colors that would indicate | | There is nothing in the names, logos, or colors to indicate they | | There is nothing in the name, logo, color or font that indicate | | | | | | |
| they are connected | 2 They have different names, logos and colors | 2 are related | 2 One is named WLDKAT and the other is Ursa Major | 2 they are related | 865 | 3 | 2 | 5 | 6 | 3 |
| | | | the packing isn't the same and product doesn't carry 1 one theme | | | | | | | |
| | 3 not enough info to tell | | | 3 just not sure can't tell from info given | 865 | 1 | 2 | 6 | 21 | 5 |
| There's no way to tell that just from seeing the packaging | The packaging and websites are different from each other | 1 Both these products contain CBD | The packaging looks different but they could be from the same 3 company | 2 Based on the images that's the best answer I can see! | 865 | 1 | 2 | 4 | 22 | 4 |
| | 1 Similar branding and website details | | 2 The don't have anything similar | | 865 | 1 | 2 | 6 | 43 | 7 |
| Because it could be possible, but I'm not sure. | 2 These products have different brand names. | 3 Because it's possible, but I'm not sure. | 2 They looks very different. | 3 Because it is a possibility, but I'm not sure. | 865 | 1 | 2 | 4 | 46 | 10 |
| | 3 I have never heard of these prior to today. | | 3 I do not know anything about these items | | 865 | 1 | 2 | 5 | 17 | 4 |
| | | It didn't say anything on there about them being affiliated with | They have different product names and nothing I can find can | There is nothing on the ads to indicate that they are affiliated | | | | | | |
| Nothing on the two ads can link them together | 2 They are labeled two different things | 2 the other | 2 link them together | | 865 | 1 | 2 | 5 | 38 | 4 |
| | They don't use any of the same product brand names and have | | I didn't see any name that matched on the products; the | No specific reason other than the product graphics don't look | | | | | | |
| | 2 different graphics on the products. | 2 One product spells words correctly, while one does not. | 2 container and graphics don't match | 2 like each other. | 865 | 1 | 2 | 5 | 33 | 4 |
| I think they could fall under the same parent company but under different divisions. | I can see these two serums falling under the same parent 1 company. | | Companies often make competing products and since I have never heard of either of these, I cannot be sure if they are 3 manufactured by the same company. | | 865 | 2 | 2 | 5 | 1 | 1 |
| not familiar | 2 different brand names | 3 not familiar with wldkat | 3 not familiar with either brand | | 865 | 1 | 2 | 6 | 44 | 9 |
| look like different companies | 2 products are too different | 2 look like different brands | 3 need more detail | | 865 | 1 | 2 | 4 | 24 | 2 |
| | 3 because I do not know. | | 3 because I'm not sure | | 865 | 1 | 2 | 6 | 32 | 7 |

Exhibit 4
Page 483

Thrive Final Raw Data.xlsx

| Col 1 | Col 2 | Col 3 | Col 4 | Col 5 | 865 | a | b | c | d | e |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2 One is Thrive and one is Widkat or something  Different types of products with different price points and  2 packaging. | I don't know. I've never heard of either of them but they don't  3 look similar.  There is not a lot of similarities in the packaging other than it is  2 face care. | 2 They don't look like they have anything in common. | 3 They don't look similar.  The products have different functions. They do not appear to be  2 related. | 865 | 1 | 2 | 3 | 20 | 3 |
| | | | 2 The products have identical packaging and functions. | | 865 | 1 | 2 | 5 | 6 | 8 |
| can see some similarity between the two | 2 see no linkage between the two products  the first one said was made by thrive but not sure who makes  3 the 2nd one | 2 two totally different products | 2 i don't see the linkage between the two products | 2 i don't see how they are related | 865 | 1 | 2 | 5 | 5 | 8 |
| did now see where it said that  i don't think they are affiliated with each other | 2 they are different companies | 2 they aren't affiliated with each other | 2 they both have cbd in them but did not say who made them  2 they are different companies | 2 unsure who makes them  2 they are not affiliated with each other | 865  865 | 1  1 | 2  2 | 4  3 | 48  35 | 3  5 |
| Because it contains elements of its product  similar product but names sounds so dissimilar | 2 Each product is named after a private manufacturer  2 one says Thrive the other one says WLDKAT  2 no common things. | 2 Because every company has a special policy in production  3 It is not clear to me  1 same usage | 2 It is based on a special name and an accusative  2 two names on the top  2 i see them different. | Because each product contains features that differ from the  2 other  1 similar products  1 the same way to use and same products | 865  865  865 | 1  1  1 | 2  2  2 | 5  5  6 | 17  25  32 | 4  7  4 |
| | 2 Because they are not the same in quality and shape | 1 Because both products are of good quality | 2 They are not the same in look and quality | 2 Both are of good quality and premium quality | 865 | 1 | 2 | 6 | 32 | 6 |
| I've never heard of either so I have no idea if they are connected  or not | these were both called thrive so I assume they are the same  1 company  1 same company | | they look like they are 2 different companies/websites. the  2 products look nothing alike  1 they are same company | I've never heard of either so I don't know if they are connected  3 or not. it didn't look like they were. | 865  865 | 3  1 | 2  2 | 5  5 | 21  35 | 7  5 |
| They may be under the same umbrella, but different company  names.  Not completely sure | The product pages, and product names are different, and there  2 is nothing to link the two.  2 They have different and names | I believe these are from two different competing companies as  2 their pages are styled differently.  3 I'm not completely positive. They are both new to me. | 2 Nothing ties the two ads together.  2 Two different names | 2 Nothing ties them together.  3 Not completely sure | 865  865 | 1  1 | 2  2 | 5  5 | 38  21 | 8  3 |
| | 3 because they could be from the same company | | 2 because they both are different in name | 3 because they could be affiliated | 865 | 1 | 2 | 1 | 19 | 1 |
| just not sure  anything is possible but based of what I see of both products not  affiliated | 3 its hard to tell but looks different because of colors  2 thrive versus widcat  2 products look totally different, different marketing strategies | 3 just not sure  they could be affiliated but I would say probably not based on  3 what I saw | 3 because the color of the bottles are different  2 different names  no idea if they would be same company, again very different  3 looks | 3 did not look similar | 865  865  865 | 1  1  1 | 2  2  2 | 1  5  2 | 33  13  35 | 2  4  4 |
| Brands can have some kind of connection or affiliation and not  have it be known that there's an even larger company that  produces them. There's no way of me knowing if they are  related or not unless it's obviously stated or I look it it. | The name on the website state different names, and also the  packaging is completely different. There is nothing that looks  similar to them possibly being manufactured from the same  2 company. | I'm not sure because they could be affiliated and look  3 completely different, but you just can't tell the difference. | The brand name of the product and company name is different  2 on the packaging. | I'm not sure because they could be manufactured by the same  3 parent company but just be different brands. | 865 | 1 | 2 | 5 | 5 | 10 |
| same color and kind of the same purpose | 2 they are different colors | | 2 they have different purposes | 2 one has oat | 2 i don't believe they could connect | 865 | 1 | 2 | 2 | 20 | 10 |
| | 3 Different names but that doesn't mean they're not linked | | | 3 different names but might be linked | 865 | 1 | 2 | 6 | 33 | 4 |
| same as before | 2 Different packaging and brand names. | 3 Same as what I said before. | 2 The packaging was completely different. | They don't look like they are from the same company, but I  know that sometimes brands will share the same parent  3 company. | 865 | 1 | 2 | 5 | 2 | 1 |
| Based on the looks of the products, they had completely  different looks, leading me to believe they were not related. | The first product looks like it was made by Widkat, and I didn't  2 see any name of a company on the bottle, or in the wording. | 2 Nothing looks similar, or sounds similar. | They look very different in their labeling and the wording is not  2 similar. | The labels look very different, and the wording of the ads are  3 dissimilar. | 865 | 1 | 2 | 3 | 33 | 2 |
| Different names and symbols | 3 They both contain CBD | | 2 One says WLDKAT and the other Ursa Major company  one uses cbd and the other doesnt  one is a face balm and the  other is a glow serum  the names and logos are completely  3 different | 2 One has CBD in it | 865 | 1 | 2 | 4 | 12 | 10 |
| | 3 one logo is Widkat  the other reads  Thrive  From viewing the previous slides, it appears that Wldkt is a  1 Thrive product. | | | I've never heard of either of the companies--Ursla Major or the  3 other. | 865  865 | 1  1 | 2  2 | 3  5 | 5  45 | 2  8 |
| No evidence of that.  Because they are made with CBD which is a totally unique kind  of ingedient | They had different names. Maybe the same company produces  2 them, but it isn't evident from the label. | I don't see any evidence of the relationship. It's like Pepsi and  Lay's are both owned by the same parent company but I don't  3 see Lay's on Pepsi cans and Pepsi cans don't say Lay's. | 2 No evidence. | 3 No evidence who the parent company is. | 865 | 3 | 2 | 6 | 5 | 10 |
| | 2 The websites are different even though they both have CBD | 2 they look diffrent | 2 different ingredients | 2 different ingredients and the websites look self sufficient | 865 | 1 | 2 | 5 | 32 | 3 |
| | There are a limited number of manufacturers that make  1 "independent label" skin care products.  3 not very clear | | They seem to be quite a bit different.  They may be from  3 different manufacturers, but I can't tell for sure.  3 not very clear | | 865  865 | 1  1 | 2  2 | 5  6 | 3  10 | 5  6 |
| Why would a company make the same product but by two  different names  Their marketing is very different | 2 why make the same product but under different labels  2 Their marketing is very different  the product lines have different names but they could still come  3 from the same company  3 They are very different. | If you aremaking a beauty product why have different names  2 and labels  2 Their marketing is very different | Again I think that if a company were to make a product I think  2 the labels and logos would have some common aspects.  2 Their packaging and websites are completely different.  3 they may or may not come from the same company  1 One is very bland looking, while the other stands out. | 2 These 2 products do not have any common look about them  2 Their marketing is very different | 865  865  865 | 3  1  1 | 2  2  2 | 4  5  3 | 29  30  30 | 5  5  3 |
| I really don't know. | 2 The bottles have different brand names on them. | 3 i really have no idea. | 2 The products have different company names on them.  The colors in the background are different. Widkat is gold and  2 black and the face balm background is blue. | There is no indication on the products that they are affiliated  3 with each other. | 865 | 1 | 2 | 5 | 33 | 8 |
| | 2 They look very different as do their associated websites  2 they have a different brand name on its website. | 3 I just can't tell one way or another  3 I am not sure if they are the same company.  not sure, didn't see anything to make me believe it but still not  3 sure | 3 I am unsure if they come from the same company. | 3 There is no way of knowing this that I can see. | 865  865 | 1  1 | 2  2 | 6  5 | 5  43 | 9  6 |
| not enough information  semi similar packaging  I'm not sure, several companies are under the same corporate  management so its hard to say if its affiliates of the same  company | 2 one is called WLDKAT and one Thrive  1 same bottle shape | | 2 same as before  2 they look completely different | 3 same as before  2 they look completely different | 865  865 | 1  1 | 2  1 | 4  6 | 46  38 | 3  3 |
| | 2 Packaging and product detail | Several companies could be associated with different branding,  3 packaging and products. | 2 Products may be similar but appear to be different companies | 3 I dont know | 865 | 1 | 2 | 4 | 10 | 7 |
| Ursa and Thrive are different names so not sure | 3 They were called different names | | 3 It had different brand names | | 865 | 3 | 2 | 4 | 33 | 2 |

Exhibit 4  
Page 484

Thrive Final Raw Data.xlsx

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 3 The color scheme of the product pages are so different. | | The visual layout of each of the products looks so different. The color scheme isn't even remotely the same which makes me 3 think it's two different companies. | It's really hard to tell that they could be related. There is no 3 information shown that makes me think that. | 865 | 1 | 2 | 3 | 17 | 1 |
| I didn't see anything connecting them. | 2 seem like they etr made in 2 totally different worlds 1 very similar 2 Different websites | 2 just dont really seem to have anything in common 3 Look totally different | 2 They seem to have very different goals 1 similar design and guarantees 2 Look totally different | 2 i stand firm that they both seem to have very different goals 3 Not sure, but they look very different | 865 | 1 | 2 | 3 | 10 | 2 |
| | | | | | 865 | 1 | 2 | 5 | 28 | 4 |
| | | | | | 865 | 1 | 2 | 4 | 19 | 3 |
| One company could manufacture both brands | 2 One is Thrive and the other is WLDKT 2 Thrive verses Wildcat | 2 I do not see a connection They could be same company but using different names to 3 promote a different product | 2 One is URSA and the other is WLDKT 3 brands | 3 I have no way of knowing. I don't see anything connecting them. 3 would be the same company promoting two different | 865 | 1 | 2 | 6 | 25 | 4 |
| Lay out, description of product are different from each other. Because I am unsure just opnion | 2 Very different graphic image 3 Because I am i=unsure if they are related 2 because i know them 2 different brand | 2 Overall graphic designs, ads, different 2 opinon 1 both provide skin care products | 2 Ursa verses Wildcat Usually a company will keep their product line similar to each 2 other; this is not. 2 One is Widkat and the other is Ursa Major 1 know them 1 both have similar properties | Usually a company will keep its product line similar to each 3 other In labeling. This does not. 3 It was hard to determine if they are related 2 every company has own methodology | 865 | 1 | 2 | 6 | 9 | 4 |
| | | | | | 865 | 1 | 2 | 3 | 36 | 3 |
| | | | | | 865 | 1 | 2 | 6 | 28 | 5 |
| | | | | | 865 | 1 | 2 | 4 | 5 | 10 |
| Because they manufacture different items. | 2 I don't see Thrive on the second one. | 1 They have different lines of products from the same companies. | 2 They have different names. | 3 Because I don't know if they are. | 865 | 1 | 2 | 4 | 9 | 4 |
| Nothing looked the same and they were different names, | 2 Different names | 3 Nothing said they were and they looked different. | 2 They were different sites and different names | 3 It doesnt look like they were | 865 | 1 | 2 | 1 | 30 | 2 |
| they just don't look associated The packages are different Names, packaging | 3 both are cbd based I think 2 Not the same brand 3 Might be since CBD 2 One is thrive and other is WLDKAT 2 They appear to have different company names | 3 Different functions of products 1 can't find the relationship 3 Because I don't know | 2 They don't look alike 2 Different brands name 3 Different packaging, one is CBD 3 in the images I can't see the brand | 3 i'm not sure 3 Should be the same type of products | 865 | 1 | 2 | 6 | 14 | 5 |
| | | | | | 865 | 2 | 2 | 5 | 10 | 4 |
| | | | | | 865 | 1 | 2 | 4 | 17 | 5 |
| | | | | | 865 | 1 | 2 | 5 | 47 | 3 |
| Because I don't know | | | | | 865 | 1 | 2 | 6 | 33 | 1 |
| Looked similar | The 2 products are from WLDKAT and Thrive Causemetics 2 respectively, 2 different companies. 2 On the label 1 one of them was from Thrive | 3 I don't know whether they are from the same parent company. 2 Different companies 3 I do not know I think tey could be related some how with a similar maybe | 2 it is obvious 2 different companies 3 I do not know | 3 I don't know. 2 Same answer as before | 865 | 1 | 2 | 5 | 51 | 4 |
| | | | | | 865 | 2 | 2 | 5 | 32 | 3 |
| | | | | | 865 | 1 | 2 | 4 | 13 | 3 |
| I think they have different beliefs. | 2 Too different in product and in name,quiaty as a product. | 1 family connection. | 1 Both names are unique. | | 865 | 1 | 2 | 3 | 37 | 2 |
| I've never heard of these companies and there is no obvious or stated connection. Skincare products | One is Widkat and one is Thrive, plus the websites look 2 completely different. 3 not the same name 1 two of them, totally different | 2 No reason to assume they share a company somehow. | One is from Ursa Major and the other from Widkat, so unless 3 there is a parent company connecting them, they are different. 3 I have no idea if they are from the same company 3 absolutely different | I've never heard of either companies before and they look 3 completely different. | 865 | 1 | 2 | 5 | 32 | 1 |
| | | | | | 865 | 3 | 2 | 4 | 32 | 8 |
| | | | | | 865 | 1 | 2 | 2 | 3 | 3 |
| They are totally different | 1 how they are presented 2 Different brand names 1 the same brand and same theme | 2 Different brands | 2 Where it comes from and how it is advertised 2 Completely different brands 2 doe not have any thing common. These products seem to have the same ingredients in common | 3 did not pay attention to the manufacture. 2 Different brands 2 there is no thing to tell so. | 865 | 1 | 2 | 5 | 6 | 4 |
| | | | | | 865 | 1 | 2 | 5 | 40 | 3 |
| | | | | | 865 | 1 | 2 | 6 | 46 | 8 |
| | 2 These products have the same similar ingredients. | 3 I do not know what company they are affiliated. | 1 but a different concept to each product. | | 865 | 1 | 2 | 3 | 7 | 1 |
| | 2 Looking again, the products have different tasks. | Both companies are working in the skin care business or 1 affiliated to the same producers of skin care | 1 Both products are using the same technical language | | 865 | 1 | 2 | 6 | 33 | 4 |
| it is just an assumption, I honestly don't know | they are both so different from each other in terms of their 2 presentation and description | they don't seem similar enough to be related to the same 2 company | the presentation and descriptions are extremely different from 2 each other okay, this is getting boring. you're going to get the same answers so you only need to ask them once. they just look | I honestly don't know if they would be affiliated with one 3 another but I would assume not | 865 | 1 | 2 | 5 | 5 | 5 |
| | again, significantly different packaging, but that really doesn't 2 say everything. just a different vibe to both | 2 feel different when you look at them | 3 differently 2 They just look like they are from different companies | 2 I don't know, I just assume, I guess. | 865 | 1 | 2 | 2 | 38 | 2 |
| I don't know | 3 I don't know 2 no similar names | 3 not familiar with either product | 2 Nothing linking products | 3 not familiar with either product | 865 | 1 | 2 | 6 | 38 | 3 |
| Because the sites don't indicate if the products are part of the same company. | Because one looked like it came from WLDKAT and the other 2 one looked like it came from URSA Major. | Because there isn't anything telling me on the sites that they are 3 connected with each other in any way. | Because there isn't anything on the site that indicate that the 3 products came from the same company. | | 865 | 1 | 2 | 2 | 4 | 2 |
| I really don't know, am I missing something? they don't have anything similar different brands | 2 All I know it's different brands and not the same website. 3 I cant find a name that matches 2 different brands | 3 Just guessing 2 different brands | 2 One said Ursa Major and the other was a different brand 2 They have no name 2 different brand names | 3 I don't don't these brands well so can't say for sure. 2 I just didnt see anything similar 3 different brand names | 865 | 1 | 2 | 3 | 33 | 3 |
| | | | | | 865 | 1 | 2 | 3 | 3 | 6 |
| | | | | | 865 | 1 | 2 | 2 | 13 | 2 |
| | 2 It say thrive the other wild | 3 They do not say I don't have any way of knowing if the brands are from the same | 2 no clie The first product is from Ursa Major. The second product says it | 2 no clie | 865 | 1 | 2 | 6 | 13 | 1 |
| I have no way of knowing if the companies are affiliated. | 2 Both products say they are from different brands. | 3 manufacturer. | 3 is from Wild Kat. | | 865 | 1 | 2 | 5 | 13 | 5 |
| I just don't think they are affiliated whatsoever | AGain, packaging, display on web page, 2 coloring/design/branding, etc. | I just don't see it at all. See them as separate, two diff 2 companies all together | Same reasons as all the others, nothing give me the feeling that 2 these two brands are from the same co or even affiliated | 2 packaging, branding web page, etc. | 865 | 1 | 2 | 6 | 22 | 2 |
| It out researching both, I could not say for certain one way or another, although In my experience with Ursa Major I have never seen Thrive skin products. not sure labels are different | 2 Different names lead me to believe different companies. 2 look diffent 2 labels are different I am not sure they are from the same company because they 2 look different. | 3 Without doing research I would not know. 3 dont look same 2 labels are different | Again, I have used Ursa Major products and have never seen WLDKATnon their site, so I would say WLDKAT is a completely 2 separate company. 2 they look very different and dont seem the same 2 labels are different They do not look like they are from the same company 2 they seem different brands. | Not being familiar with WLDKAT, it very well could be affiliated, but without doing some basic research I cannot say one way or 3 another with accuracy. My knowledge of Ursa Major makes me 3 believe they are not affiliated, but again, I am not certain. 2 dont look the same at all 2 labels are different | 865 | 3 | 2 | 6 | 5 | 3 |
| | | | | | 865 | 2 | 3 | 3 | 47 | 6 |
| | | | | | 865 | 2 | 2 | 5 | 5 | 1 |
| I am not sure how they are from the same company. | 2 look different. | 2 I do not think they look similar and from the same company. | | 3 I am not sure if they are from the same place or not. | 865 | 1 | 2 | 5 | 16 | 2 |
| | | Sometimes different brands operated by the same companies can have different looks or subsidiary names to the | | | | | | | | |
| I'm not sure. | The packaging is VERY different and the branding on them looks 2 different. 2 One is Thrive and the other Widkat | companies. However, i don't think they are the same if I were to 3 guess. 2 Different product brands | Even though the wraps on the products are different, the type of 1 packaging used is similar. 3 I don't know these products | | 865 | 1 | 2 | 5 | 49 | 8 |
| | | | | | 865 | 1 | 2 | 1 | 16 | 2 |

Exhibit 4
Page 485

Thrive Final Raw Data.xlsx

| | | | | | 865 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2 One is Thrive and the other is WLDKAT | 3 Had to say | 2 It does not give any hint of being from same brand. | Hard to say if they are affiliated even though skin care products 3 with similar ingredients. | 865 | 1 | 2 | 6 | 32 | 7 |
| Because don't know if they are affiliated | 2 no proof on product | 2 no obvious label on product | 2 no obvious label on the product | 2 not shown on the product label | 865 | 1 | 2 | 5 | 33 | 3 |
| Different brand names. | 2 different names | 1 the idea is the same | 2 the names are different | 1 even with different names it can be of the same company | 865 | 1 | 2 | 3 | 30 | 3 |
| There is no way to tell from first glance that they are affiliated with one another. | 2 They are different brands. | 2 Different brand names | 3 Hard to tell the brand names | | 865 | 1 | 2 | 5 | 28 | 9 |
| Again, I can't see all sides of the container to read all of the info. | 2 One is made my WLDKAT, one is made by THRIVE  From the most visible print, it looks like two different companies | 1 Has CBD in their ingredients  I didn't see anything that connected them but I can't see the all | 2 One is WLDKAT, one is URSA MAJOR | 2 No way to tell from the name brands. | 865 | 1 | 2 | 6 | 3 | 4 |
| because it is true | 2 make these items. | 3 sides of the containers. | 2 Different names and different packaging. | 3 I can't see all of the information. | 865 | 1 | 2 | 5 | 27 | 6 |
| because I d | 3 im not sure if they are the same company | | 2 because it is true | 2 because it is true | 865 | 1 | 2 | 5 | 32 | 7 |
| | 2 i am not shur | | 2 not book and fall | 2 green bad sanit04 | 865 | 1 | 2 | 6 | 42 | 3 |
| I do not think they are affiliated because the first bottle has the name and a logo and the second bottle has only the product name with no logo. | The first bottle has a name and a logo and the second bottle only has a name.  Don't have the appearance of coming from same brand/ 2 company | The first bottle has a product name and a company logo and the 2 second bottle only has the product name. | 2 The bottles have different names.  The website design looks totally different.  Different packaging, 2 etc. doesn't look cohesive | I am unable to see the back of the label therefore, I have no idea 3 what company makes either of these products. | 865 | 1 | 2 | 5 | 35 | 2 |
| i dont know | 2 they are different | 3 No idea  2 i dont know | 2 they are from different manufactures | 2 No idea  1 i do not know. | 865 | 1 | 2 | 5 | 14 | 3 |
| | | | | | 865 | 2 | 2 | 2 | 23 | 2 |
| | 2 the design and packaging  1 They seem so similar | 2 it does not seem the same | They seem so different to the point I think they have no connect 2 to each together besides skin care products  2 I saw different names on them | 2 the do not seem that way  3 I can tell  It is not clear | 865 | 1 | 2 | 5 | 43 | 3 |
| same reason | 2 wildkat one, thrive two  2 different brand names | 2 same reason  3 I don't know the companies | 2 wild kat and ursa major are different companies  2 different brand names | 2 I really don't think they are the same company  2 different brand names | 865 | 1 | 2 | 2 | 42 | 3 |
| | | | | | 865 | 1 | 2 | 5 | 1 | 4 |
| They could be affiliated with each other but i don't have enough information to say for sure. | 2 They don't look like htey are from teh same company  2 one name was different then the others  ads are quite different in style...usually theres a theme in | 3 They could be but nothing at this tiem stating they are  1 kinda had the same style of products | Because they look like they are from different companies.  2 Nothing indicates they are from the same company  2 not the same name of same brand | 3 They could be but no evidence now that they are  2 totally different liens | 865 | 1 | 2 | 6 | 35 | 3 |
| not same ingredients | 2 advertising w in one company...no theme here. | | | | 865 | 1 | 2 | 2 | 35 | 3 |
| cause im unsure | 2 based on the packaging | 2 they dont seem to be | 2 designing of ads  i was only able to notice the brand on the label.  unsure if its 3 from the same manufacturer. | 3 unsure | 865 | 1 | 2 | 6 | 23 | 5 |
| different naames  idk | 2 different sites | 2 different sits | 2 sites look different | 2 idk | 865 | 1 | 2 | 6 | 2 | 4 |
| | | | | | 865 | 1 | 2 | 2 | 21 | 10 |
| Completely different layout, designs, colors, etc | 2 Layout, product type, etc seems completely different | 2 Layout design of label, website, etc is different | 3 Completely different design, layout, etc | | 865 | 1 | 2 | 6 | 13 | 5 |
| They have unique name and purpose | 3 They have different purpose and the ingredientd | | 3 They both look different | | 865 | 1 | 2 | 5 | 43 | 3 |
| | 3 i need more info from brand names | | 2 i feel the webites look very different | 3 i have no reason to know if they are or not | 865 | 1 | 2 | 2 | 32 | 2 |
| | 1 it seems likje similar product | | 3 it loos like it is the same product but different bottles | | 865 | 1 | 2 | 5 | 30 | 4 |
| could be owned by same parent company (which is common) | 2 different packaging/colors/style | 2 so different in style and purpose | 2 different names | 2 such different style/look | 865 | 1 | 2 | 6 | 38 | 4 |
| I really don;t know | 1 They both say Thrive | | 3 It doesn't say a company | | 865 | 1 | 2 | 5 | 32 | 4 |
| im not sure | 1 same type of bottles same wording serum | | 1 bottle types are the same | | 865 | 2 | 2 | 4 | 35 | 2 |
| look different | 2 different everything | 2 look different, different name , web page looks different | 2 look different | 2 totally different look | 865 | 1 | 2 | 4 | 47 | 4 |
| I do not know if the two companies with different names are associated. | 2 One of them is from Thrive The other is from SKNDT | It was not clear or there was nothing that caught my eye 3 indicating that they are connected | 2 URSA and Wildcat are two different company names | The company names URSA and WLDKAT are different. Nothing 3 indicated but I don't know if there's anything else connecting it | 865 | 2 | 2 | 5 | 5 | 5 |
| different names | 2 different names and types of products | | 2 different names; different type of products | 2 different names | 865 | 1 | 2 | 5 | 5 | 3 |
| It's possible that the two products are made in different branches under the same umbrella company - the products are similar enough | Completely different branding and messaging in the product descriptions - despite the fact that they usual seem similar | I think the look and "feel" of both products are completely 2 different. They don't seem related to me | 2 Different design | 2 Different design | 865 | 1 | 2 | 6 | 38 | 2 |
| different names | 2 ingredients  2 different names | 2 different names | 2 they looked differently | 2 they looked differently | 865 | 1 | 2 | 6 | 35 | 7 |
| Since the packaging looks different from each other and each product serves different purposes. That's how they're not from the same company | 2 The price difference makes it obvious in my opinion. | 3 The packaging looks similar. | 3 The packaging looks similar.  Not the same brand naming or branding. Don't look to be 2 related at all. | | 865 | 1 | 2 | 3 | 47 | 3 |
| The don't look to be related at all. Don't share the same name or branding. | 2 The brand names are different and so if the packaging. | 2 They don't look in any way related.  It seems like everything is different so I don't think they are 2 connected. | 2 The ingredients are all different. | 2 Again - they do not have the same name or branding. | 865 | 1 | 2 | 5 | 13 | 5 |
| | 2 Everything about them is different- brand, bottle, picture look. | | | 2 The companies would have used similar ingredients. | 865 | 1 | 2 | 5 | 44 | 2 |
| they were advertised together | 1 they are similar and around the same price | | 1 they are both used to help clear your skin and be helpful | | 865 | 1 | 2 | 3 | 30 | 6 |
| It doesent have the same name | 2 the look is completely different | 3 Not sure | 2 look different | 2 different names | 865 | 1 | 2 | 5 | 1 | 3 |
| | 2 The packaging and ingredients | 2 The ingredients are different | 2 The packaging is so different I wouldnt think so | 2 Looks very different | 865 | 1 | 2 | 4 | 1 | 3 |
| it looks like a completely different product but same brand | 2 look very different | 1 would say i dont like it that way | 2 i dont know why i would say that | 1 i dont why to say that | 865 | 2 | 2 | 5 | 13 | 6 |
| brand names and bottle colors are different | 2 bottle colors and the brand names are different | 3 because I am not sure if they are related  I know nothing about the companies, and there's no reason to 3 suspect they're connected. | 2 different brand names, different color bottles | 3 because i am not sure if we are from the same company | 865 | 1 | 2 | 5 | 21 | 9 |
| I do not know if there is a parent company | 2 They have different brand names. | | 1 They have very similar packaging. | | 865 | 1 | 2 | 3 | 48 | 5 |
| | 2 different brand names | 3 I do not know if there is a parent company | 2 different brand names | 3 I have no idea if there is a parent company | 865 | 1 | 2 | 5 | 38 | 4 |
| It doesn't seem like they are and no indication they are | 2 They don't appear to me to be from the same company | Again they don't look like they are affiliated in any way just 3 because they both have CBD in them | They don't have the same company names  I don't think they 2 look like they are the same | 2 There is no indication that they are | 865 | 1 | 2 | 3 | 41 | 4 |

Exhibit 4
Page 486

Thrive Final Raw Data.xlsx

| Response 1 | Response 2 | Response 3 | Response 4 | Response 5 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| They just look different to me. | They looked like totally entirely different companies that would 2 own that. | 2 They looked too different. | 2 They have different designs etc. | 3 I am just not sure. | 865 | 1 | 2 | 5 | 30 | 5 |
| They have different packaging and nothing to suggest they are the same. | 2 The packaging is totally different. | the packaging is totally different. If it was the same company, 2 you would see something that is a continuing theme. | They are different packaging and nothing is there to suggest they 2 come from the same company. | 2 There is nothing to suggest they are. | 865 | 1 | 2 | 6 | 5 | 4 |
| One brand has CBD and one brand does not | The packaging, brand and ingredients are different from each 2 other 2 ingredients | 2 The products seem completely different from each other 2 different types | 2 The name and look of the brands are different 2 ingredients | 2 One brand seems to appeal to a different kind of client 2 seem very different | 865 865 | 1 3 | 2 2 | 2 6 | 40 38 | 1 9 |
| No similarities at all | 3 Different website design. Different product design. 2 Completely different look | 2 No similarities | 3 I can't tell. 2 No similarities | 2 Not enough info and no similarities | 865 865 | 1 1 | 2 2 | 5 5 | 40 9 | 4 4 |
| There is no indication they are connected in any way. | 2 Two different brands. | 2 No indication of any type of connection. | 2 One says Wld Kat, the other is a Forsa brand. | It is unclear if the companies are connected in any way. There is 3 no indication either way. | 865 | 1 | 2 | 5 | 46 | 2 |
| | 2 Very different design and name on the products 1 the wording is similar | The companies might have a partnership or be under the same 3 "umbrella" | There's no reason to think these are from the same company as 2 they have different designs. 3 I can't tell if they are from the same co. | 3 I don't have enough information about the products | 865 865 | 1 1 | 2 2 | 6 5 | 12 32 | 1 4 |
| Because i don't know | 2 different aesthetics | 2 Because I don't know! | 2 different color scheme | 1 i didn't think that until you asked tbh | 865 | 1 | 2 | 5 | 32 | 4 |
| The sites do not seem to be the same. | 2 The websites and products have different looks | 2 They have inconsistent aesthetics | 2 The products there look different | They don't share too related but they both seem to be appealing to 3 a younger demographic | 865 | 3 | 2 | 5 | 21 | 10 |
| different names and websites | 2 the packaging has two different names on it | 2 packaging and the website have different names | they have different names on the bottles and the website are 2 different | 2 since they have different names on the packaging | 865 | 1 | 2 | 5 | 32 | 4 |
| There are no pointers as to whether they are or aren't connected | 3 They are both cbd skincare products but its hard to tell 3 cant tell | | They don't share too many similarities besides being both 3 skincare/moisturizer 2 different packaing style | I don't have any way of knowing. There are so many different 3 skincare brands and prodcuts out there | 865 865 | 1 2 | 2 2 | 3 5 | 32 47 | 10 4 |
| Ursa Major could be a subset of Thrive, the two products could have been from the same line, but I would be more confident if they were marked with an identical word. | 2 WLDKAT and Ursa Major are not the same words. 2 different looking websites | The answer to this question is the same across this survey. The 3 bottles appear to be labeled with different brand names. 3 no way to tell with those screenshots | I've never heard of either of what I assume are the brands of these products (Ursa Major and WLDKAT,) but as the two packages do not share a "label word" or aesthetic genre, I would 2 not think they are part of the same product line. | From product descriptions, I'd gather the companies share similar goals and values, but again, the two bottles are marked 3 with different words that I'd consider to be their brand names. | 865 865 | 1 1 | 2 2 | 5 6 | 7 35 | 4 3 |
| not sure | 2 different names | 2 different names | 3 I can't tell 2 different names | They have different names | 865 | 3 | 2 | 5 | 14 | 6 |
| The two websites look similar and the products are marketed similarly | 2 The two products are very differently advertised | 2 they appear to be promoted differently | They are displayed and advertised very differently. One was also 2 animal cruelty free while the other one did not mention it. | The two websites just appear very differently. Typically, if they are the same brand or company or even affiliated there is a 2 similarity in the websites. | 865 | 1 | 2 | 3 | 13 | 1 |
| two different things | 1 its just what i feel | | 3 i cant tell the difference | | 865 | 1 | 2 | 2 | 38 | 1 |
| They don't look the same at all | 2 They have different brand names written on them | 3 They don't look alike at all | 2 They have different brand names on them | 3 I don't know any reason why they would be linked | 865 | 1 | 2 | 3 | 49 | 3 |
| They seem to be trying to attract different consumers. | 2 The Thrive product incorporates CBD products. | 2 The serums have different main ingredients. | 3 Both products claim to moisturize/hydrate skin. | | 865 | 1 | 2 | 6 | 32 | 4 |
| They both seem to be selling more nature-based/natural products but because the product pages looked so different I couldn't be sure they were connected brands. The product containers, imagery, and labeling also varied which is another clue to me that they are not related. | They just seem to have a different approach entirely. The 2 products also don't seem similar or connected. 2 Both look alike with different features 2 diff brands | Because they seem to promote different things. Thrive seems more aimed at an older audience. The Thrive product layout feels more geared to natural products that could be gentle, reliable, and help with anti-aging, whereas WLDKAT feels more 2 "hip" in their approach to try new things. 3 I don't see any similarities nor any kind of dissimilarities 2 diff brands | I'm leaning more towards unrelated but I'm not sure. One thing I do know is that these two webpages are set up differently. WILDKT (or however spelled) seemed more orientated towards a younger more modern audience where as the other one (Larso or something like that) seemed more orientated towards an older audience. WILDKAT seemed to be linked more towards a social experience whereas the other brand (Let's just say Larso) 3 felt more discreet and upper class. 2 different packaging | 2 different branding | 865 865 865 | 1 3 1 | 2 2 2 | 3 5 3 | 23 10 28 | 1 4 2 |
| diff brands | 3 No comment. | | 3 Because I did not see the brand. They seem to have the same overall goal for their customers but they are not from the same company. At least the screenshots 2 don't imply that. | 2 different branding | 865 | 1 | 2 | 5 | 37 | 4 |
| They don't appear to have any connection to each other. | One product was for Thrive and the other product was for 2 Wldkat or something along those lines. | They don't appear to have anything linking them to each other. They are for similar purposes but they do not seem to have a 2 connection brand wise. | I keep stating the same things. There is just no apparent 2 connection. | | 865 | 1 | 2 | 5 | 14 | 2 |
| just different name | 1 theyre both selling face products | | 1 Theyre selling the same items just different type of product. | | 865 | 1 | 2 | 2 | 38 | 2 |
| different | 3 They do not look like they are from the same ones 2 looks different | 2 looks different | They just look like they are made out of the same stuff they 1 were both for your face. 2 looks different | 1 all of them have cbd | 865 865 | 1 2 | 2 2 | 3 5 | 38 32 | 2 7 |
| | 2 again one is thrive the other widkat I saw that they had different names, but was focused on the product itself and it's ingredient and price rather than the 3 company that made it. | 2 not sure why you keep asking, they are different brands | 2 One was wild kat the other was not | 1 seen what looked to be 3 different brands at least. | 865 | 1 | 2 | 1 | 25 | 2 |
| I just said, I don't think they have a similar enough price, name or website. | 2 One is WLDKAT, the other is Thrive. 2 different logos and looks on the packaging The company brand name is different. The only part I see similar 3 is that they both use CBD. | 3 There is no indication of their association with each other. 3 No similarities on packaging | I paid more attention to the names this time, they appeared to 2 be different names unlike Thrive. 3 I don't know enough with the information given. | I didn't see anything that would say they had the same source 3 company, but that doesn't necessarily mean they don't. | 865 | 3 | 2 | 3 | 22 | 5 |
| There is no apparent association based on the names. Different items | | | 2 Two different company names | 1 This is getting repetitious. 2 Different names | 865 865 | 1 1 | 1 2 | 4 5 | 43 49 | 3 5 |
| | | | 3 I don't have information to know. | | 865 | 1 | 2 | 5 | 13 | 2 |
| Because this seems clear from the announcement | 3 Two totally different markets, 2 Because this seems clear from the announcement | 2 Because this seems clear from the announcement | 3 The WildKat product is too young compared to the other 2 Because this seems clear from the announcement | 2 Because this seems clear from the announcement | 865 865 | 1 1 | 2 2 | 5 4 | 20 32 | 1 4 |

Exhibit 4
Page 487

Thrive Final Raw Data.xlsx

| | | | | | 865 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| doesn't say | 2 LV-thrive widkat | 3 not enough info | 2 widkat ursa major | 3 doesn't say anywhere | 865 | 1 | 2 | 6 | 22 | 9 |
| it doesn't have that info | 2 different brand names | 3 It doesn't give that info | 2 different brand names | 3 It doesn't give that info | | | | | | |
| | Both seems high quality products and are meant for face use so that's the reason I think they are manufactured by the same | | | | | | | | | |
| I am not sure | 3 company or manufacturer. | | 3 I am not sure about it | | 865 | 1 | 2 | 6 | 46 | 5 |
| | 3 They don't look similar | | 3 They just don't seem like they could be | | 865 | 1 | 2 | 2 | 49 | 3 |
| same as before | 2 different brand names | 2 different logos | 2 different brand names | 2 different logos | 865 | 1 | 2 | 5 | 21 | 9 |
| I couldn't tell based on packaging | 2 Doesn't appear to be the same company | 3 How can I tell with the information provided | 2 Packaging not similar and different names | 3 I wouldn't know based on what I see | 865 | 1 | 2 | 5 | 32 | 3 |
| they are very different from each other | 2 two different brand names | 3 dont know parents companies | 1 they have similar ingredients | | 865 | 1 | 2 | 2 | 21 | 2 |
| I did not recall the names. | 2 They both have different names on the product. | 3 I really have no idea if they are associated. | 2 They have different names on the package or bottle. | 3 I am not sure at all if they are affiliated. | 865 | 1 | 2 | 5 | 35 | 2 |
| i dont know who the parent companies are | 2 different name brands | 3 dont know parents companies | 2 different names | 3 d/k | 865 | 1 | 2 | 3 | 38 | 6 |
| | 1 both deal with CBD | | 2 they have a totally different POV | 1 similar outcomes; different ingredients | 865 | 1 | 2 | 3 | 5 | 3 |
| Not sure how I would know | 2 They have very different color and styled packaging | 3 I would have no idea to base it on | 2 They have different brand names | 3 I have no information to assume that | 865 | 1 | 2 | 6 | 5 | 9 |
| Never heard of either one. | 2 Wildkat vs Thrive. Different. | 3 Never heard of either one. | 2 Wildkat and Ursa Major are different to me. | 3 I have never heard of either of them. | 865 | 1 | 2 | 5 | 6 | 8 |
| | 3 same type of product but different packaging | | 2 one is a serum and the other is a balm which both look different | 3 they could be on some of the products | 865 | 1 | 2 | 3 | 5 | 3 |
| | They don't appear to be affiliated but could have the same parent company with branding geared towards different | | They do not appear to be affiliated but they could always have the same parent company with different branding geared to | | | | | | | |
| | 3 demographics. I'm not really sure. | | 3 appeal to different demographics. | | | | | | | |
| | the packaging styles of the two products are very different so | | The products appear the same value and they could be from the | | | | | | | |
| I have no idea if those two companies are affiliated or not. | 2 they are from two different companies. | 3 I am not sure if those two companies are affiliated or not. | 1 same companies. | | 865 | 1 | 2 | 5 | 32 | 6 |
| no apparent affiliation listed on package | 2 the packaging looks so different | 3 I have never heard of these products before. | 2 nothing on packaging looks similar | 2 no apparent affiliation listed on package | 865 | 1 | 2 | 6 | 40 | 5 |
| | 1 They would be from the same company | | 1 They would be from the same company | | 865 | 1 | 2 | 6 | 25 | 9 |
| | I believe the two products are very different from different | | | | | | | | | |
| There is no indication that they are made by the same | 2 sources... | 3 I am just not sure that is all. | 2 It is what it is...no more, no less...just what I feel and observe. | 2 It is what it is...no more, no less...just what I saw and observed. | 865 | 3 | 1 | 5 | 41 | 3 |
| company!! | | There is no indication that they are made by the same | There is no indication that they are made by the same | There is no indication that they are made by the same | | | | | | |
| Not the same company. | 3 There is no indication that they are made by company! | 2 company!! | 2 company!! x | 2 company!! | 865 | 1 | 1 | 2 | 5 | 6 |
| | 2 Not the same company. | 2 I do not see the same company. | 2 They are totally different brands. | 2 I do not see the same company. | | | | | | |
| | | | | THere's no way to tell. If I had to guess, I'd say they're not | | | | | | |
| The way the product is displayed | 2 Different brands and different websites | 2 They are different products and different websites. | 2 Different brand names, different websites | 3 connected | 865 | 1 | 2 | 6 | 5 | 5 |
| | 2 Completely different branding | 2 They don't look alike | 2 Different branding | 2 Because they look different | 865 | 1 | 2 | 4 | 35 | 1 |
| | really hard to know parent company/manufacturer from these | | I've never heard of either of these companies/products... so | | | | | | | |
| | tiny blurbs. often these little companies are just offshoots of big | | many big companies manufacturer these smaller brands so it's | | | | | | | |
| | 3 manufactures | | 3 totally possible these are actually produced by the same big co. | | 865 | 3 | 2 | 6 | 43 | 10 |
| the web sites for the 2 examples were different. | 3 i am not sure if they are made by the same company | 2 the web site for the 2 examples were different. | 3 i am not sure if they are made by the same company | 3 different brand names, different web sites. | 865 | 1 | 2 | 1 | 43 | 1 |
| | 2 web sites did not look the same. | 3 Similar products/names diff web designs | 2 different brand names, different web sites. | 1 Similar products | 865 | 3 | 2 | 4 | 9 | 6 |
| | 2 Different web designs | | 2 Different site names | | 865 | 1 | 2 | 5 | 8 | 10 |
| Not sure | 2 different names on bottles | 3 didn't want to guess and I wasn't totally sure | 2 the name on the bottle is different | 3 I am not really sure about it | 865 | 1 | 2 | 5 | 35 | 4 |
| They don't have the same 'look' to them. The brands look totally | 2 Different companies | 2 Different companies | 2 different names on website | 3 Not sure | 865 | 1 | 2 | 3 | 36 | 5 |
| different | 2 the one is a CBD, an the other is not | 2 CBD tend to have their own company | 2 The websites again are very different | 2 The products look too different | 865 | 1 | 2 | 3 | 38 | 6 |
| different logo | 2 different company name | 2 different logos | 2 different company name | 2 different logo | 865 | 3 | 2 | 3 | 18 | 1 |
| diferents | 2 both is diferrentes brands | 2 diferents brands | 2 diferents brands | 2 diferents | 865 | 2 | 2 | 5 | 43 | 3 |
| | 3 don't know | | 2 different | 2 different | 865 | 3 | 2 | 5 | 16 | 5 |
| | 2 They have different names and a different look | 3 I don't know how to tell | 2 They have different names and a different style | 3 It's hard to tell | 865 | 3 | 2 | 5 | 46 | 10 |
| Unknown | 3 bottle be, both have cbd but unsure | | 3 don't see a name in common | | 865 | 1 | 2 | 2 | 5 | 6 |
| Not sure | 3 unclear | | 1 Couldnt make out the bottle name | 1 Couldnt make out the bottle name | 865 | 1 | 2 | 3 | 32 | 3 |
| | 1 It looks to be of the same quality | | 3 Looks to be of different companies | | 865 | 1 | 2 | 6 | 8 | 4 |
| Because I didn't read that much into it. | They have the same goals; however, the manufacturers are not | | The image does not provide the company or manufacturer | | | | | | | |
| do not know | 1 listed on the image being shown. | 2 I have not read anything that have connection | 3 details. | | 865 | 1 | 2 | 3 | 46 | 1 |
| | 2 differents companies | | 3 Do not know | | 865 | 1 | 2 | 5 | 9 | 4 |
| | | I have never heard of either company, so I would have no idea if | | | | | | | | |
| Different names | 2 Different names | 3 they might possibly be affiliated to one another. | 2 Names are different | 2 Different names | 865 | 1 | 2 | 3 | 46 | 6 |
| they could be separate product lines from the same parent | | | they don't seem to be similar, but could be different product | | | | | | | |
| company, but they don't look to be associated with each other | 1 both use CBD, and the bottle top dispensers look the same | | 3 lines from the same company | | 865 | 1 | 2 | 5 | 7 | 4 |
| Different logos | 2 Different names, logos | 2 Different logos | 2 Different name and logo | 2 Different logo | 865 | 3 | 2 | 5 | 22 | 5 |
| the auto ship company is seperate | 3 they could come from the same company. they are similar | | 2 one is a USRA product | 2 there are so many makers that I think they each make their own | 865 | 1 | 2 | 2 | 23 | 3 |
| | 3 Could have different lines from the same company | | 2 ONe is ursa major and one is widkat | 3 Could be different branding of the same company | 865 | 1 | 2 | 6 | 47 | 5 |

Exhibit 4
Page 488

Thrive Final Raw Data.xlsx

Thrive Natural Care - Likelihood of Confusion Study

Q1 - What is your age?

|  | Total |
| --- | --- |
|  | ---------- |
| Total | 600 |
|  | 100% |
| Younger than 18 | - |
| 18-20 | 12 |
|  | 2% |
| 21-29 | 91 |
|  | 15% |
| 30-39 | 160 |
|  | 27% |
| 40-49 | 152 |
|  | 25% |
| 50-59 | 110 |
|  | 18% |
| 60-65 | 75 |
|  | 13% |
| 66 or older | - |

Thrive Natural Care - Likelihood of Confusion Study

QA - Are you fluent in English?

|  | Total |
| --- | --- |
|  | ---------- |
| Total | 600 |
|  | 100% |
| Yes | 600 |
|  | 100% |
| No | - |

Thrive Natural Care - Likelihood of Confusion Study

Q2 - In the last 6 months have you purchased skin care products for your own use?

|  | Total |
| --- | --- |
|  | ---------- |
| Total | 600 |
|  | 100% |
| Yes | 600 |
|  | 100% |
| No | - |

Thrive Natural Care - Likelihood of Confusion Study

Q3 - In the past 6 months, where have you purchased skin care products?

|  | Total |
| --- | --- |
|  | ---------- |
| Total | 600 |
|  | 100% |
| Internet | 600 |
|  | 100% |
| Beauty supply store | 208 |
|  | 35% |
| Retail outlet | 321 |
|  | 54% |
| Other | 25 |
|  | 4% |

Thrive Natural Care - Likelihood of Confusion Study

Q4 - In the next 6 months do you plan to purchase skin care products for your own use?

|  | Total |
| --- | --- |
|  | ---------- |
| Total | 600 |
|  | 100% |
| Yes | 600 |
|  | 100% |
| No | - |

Thrive Natural Care - Likelihood of Confusion Study

Exhibit 4
Page 489

Thrive Tabs.xlsx

Q5 - In the next 6 months, where do you plan to purchase skin care products?

| | Total |
|---|---|
| | ---------- |
| Total | 600 |
| | 100% |
| Internet | 600 |
| | 100% |
| Beauty supply store | 244 |
| | 41% |
| Retail outlet | 340 |
| | 57% |
| Other | 28 |
| | 5% |

Thrive Natural Care - Likelihood of Confusion Study

Q6 - In the last 6 months have you purchased dental care products for your own use?

| | Total |
|---|---|
| | ---------- |
| Total | 600 |
| | 100% |
| Yes | 558 |
| | 93% |
| No | 42 |
| | 7% |

Thrive Natural Care - Likelihood of Confusion Study

Q7 - In the last 6 months, where did you purchased dental care products?

| | Total |
|---|---|
| | ---------- |
| Total | 558 |
| | 100% |
| Internet | 323 |
| | 58% |
| Beauty supply store | 83 |
| | 15% |
| Retail outlet | 386 |
| | 69% |
| Other | 56 |
| | 10% |

Thrive Natural Care - Likelihood of Confusion Study

Q8 - In the next 6 months do you plan to purchase dental care products for your own use?

| | Total |
|---|---|
| | ---------- |
| Total | 600 |
| | 100% |
| Yes | 574 |
| | 96% |
| No | 26 |
| | 4% |

Thrive Natural Care - Likelihood of Confusion Study

Q9 - In the next 6 months, where do you plan to purchase dental care products?

| | Total |
|---|---|
| | ---------- |
| Total | 574 |
| | 100% |
| Internet | 370 |
| | 64% |
| Beauty supply store | 96 |
| | 17% |
| Retail outlet | 413 |
| | 72% |
| Other | 53 |
| | 9% |

Thrive Natural Care - Likelihood of Confusion Study

Q10 - In the past month have you used the Internet to search for products or services?

| | Total |
|---|---|
| | ---------- |
| Total | 600 |

Exhibit 4
Page 490
Thrive Tabs.xlsx

| | 100% |
|---|---|
| Yes | 600 |
| | 100% |
| No | – |

Thrive Natural Care - Likelihood of Confusion Study

Q11 - Have you or anyone in your household ever worked for... An advertising agency

| | Total |
|---|---|
| | ---------- |
| | |
| Total | 600 |
| | 100% |
| Yes | – |
| No | 600 |
| | 100% |

Thrive Natural Care - Likelihood of Confusion Study

Q11 - Have you or anyone in your household ever worked for... A consumer research firm

| | Total |
|---|---|
| | ---------- |
| | |
| Total | 600 |
| | 100% |
| Yes | – |
| No | 600 |
| | 100% |

Thrive Natural Care - Likelihood of Confusion Study

Q11 - Have you or anyone in your household ever worked for... A personal care product manufacturer, retailer or distributor

| | Total |
|---|---|
| | ---------- |
| | |
| Total | 600 |
| | 100% |
| Yes | – |
| No | 600 |
| | 100% |

Thrive Natural Care - Likelihood of Confusion Study

Q11 - Have you or anyone in your household ever worked for... A dental care product manufacturer or retailer

| | Total |
|---|---|
| | ---------- |
| | |
| Total | 600 |
| | 100% |
| Yes | 2 |
| | 0% |
| No | 598 |
| | 100% |

Thrive Natural Care - Likelihood of Confusion Study

Q12 - Are you taking this survey on...

| | Total |
|---|---|
| | ---------- |
| | |
| Total | 600 |
| | 100% |
| A laptop or desktop computer | 600 |
| | 100% |
| A tablet | – |
| A phone | – |

Thrive Natural Care - Likelihood of Confusion Study

Q13 - Will you agree to answer the questions without help or assistance, answer truthfully and do not guess?

| | Total |
|---|---|
| | ---------- |
| | |
| Total | 600 |
| | 100% |

Exhibit 4
Page 491

Thrive Tabs.xlsx

| | |
|---|---|
| Yes | 600 |
| | 100% |
| No | – |

Thrive Natural Care - Likelihood of Confusion Study

Q14 - Do you need contacts or glasses for reading?

| | Total |
|---|---|
| | ---------- |
| Total | 600 |
| | 100% |
| Yes | 307 |
| | 51% |
| No | 293 |
| | 49% |

Thrive Natural Care - Likelihood of Confusion Study

Q15 - If so, will you be wearing them when completing the survey?

| | Total |
|---|---|
| | ---------- |
| Total | 307 |
| | 100% |
| Yes | 307 |
| | 100% |
| No | – |

Thrive Natural Care - Likelihood of Confusion Study

Q16 - Do you agree not to guess or get information from anyone else, from the internet or any other source?

| | Total |
|---|---|
| | ---------- |
| Total | 600 |
| | 100% |
| Yes | 600 |
| | 100% |
| No | – |

Thrive Natural Care - Likelihood of Confusion Study

Q17 - What type of products were shown in the images you just reviewed?

| | Total |
|---|---|
| | ---------- |
| Total | 600 |
| | 100% |
| Detergent | – |
| Shampoo | – |
| Skin care products | 600 |
| | 100% |
| Pet food | – |
| Don't know / No opinion | – |

Thrive Natural Care - Likelihood of Confusion Study

Q18a - Do you believe that these two products come from the same company/manufacturer/source? Thrive v. THRIVE SKIN

| | Total |
|---|---|
| | ---------- |
| Total | 600 |
| | 100% |
| Yes, same company/manufacturer/source | 397 |
| | 66% |
| No, different companies/manufacturer/source | 100 |
| | 17% |
| Not sure / Don't know | 103 |
| | 17% |

Thrive Natural Care - Likelihood of Confusion Study

Q20a - If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other? Thrive v. THRIVE SKIN

Exhibit 4
Page 492

Thrive Tabs.xlsx

| | Total |
|---|---|
| | ---------- |
| Total | 100 |
| | 100% |
| Yes, companies are affiliated, connected or associated | 14 |
| | 14% |
| No, companies are not affiliated, connected or associated | 56 |
| | 56% |
| Not sure / Don't know | 30 |
| | 30% |

Thrive Natural Care - Likelihood of Confusion Study

Q18b - Do you believe that these two products come from the same company/manufacturer/source? Thrive v. Ursa Major

| | Total |
|---|---|
| | ---------- |
| Total | 600 |
| | 100% |
| Yes, same company/manufacturer/source | 40 |
| | 7% |
| No, different companies/manufacturer/source | 418 |
| | 70% |
| Not sure / Don't know | 142 |
| | 24% |

Thrive Natural Care - Likelihood of Confusion Study

Q20b - If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other? Thrive v. Ursa Major

| | Total |
|---|---|
| | ---------- |
| Total | 418 |
| | 100% |
| Yes, companies are affiliated, connected or associated | 22 |
| | 5% |
| No, companies are not affiliated, connected or associated | 231 |
| | 55% |
| Not sure / Don't know | 165 |
| | 39% |

Thrive Natural Care - Likelihood of Confusion Study

Q18c - Do you believe that these two products come from the same company/manufacturer/source? Thrive v. WLDKAT

| | Total |
|---|---|
| | ---------- |
| Total | 600 |
| | 100% |
| Yes, same company/manufacturer/source | 61 |
| | 10% |
| No, different companies/manufacturer/source | 407 |
| | 68% |
| Not sure / Don't know | 132 |
| | 22% |

Thrive Natural Care - Likelihood of Confusion Study

Q20c - If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other? Thrive v. WLDKAT

| | Total |
|---|---|
| | ---------- |
| Total | 407 |
| | 100% |
| Yes, companies are affiliated, connected or associated | 28 |
| | 7% |
| No, companies are not affiliated, connected or associated | 215 |
| | 53% |
| Not sure / Don't know | 164 |
| | 40% |

Thrive Natural Care - Likelihood of Confusion Study

Q18d - Do you believe that these two products come from the same company/manufacturer/source? THRIVE SKIN v. Ursa Major

| | Total |
|---|---|
| | ---------- |
| Total | 600 |
| | 100% |
| Yes, same company/manufacturer/source | 68 |
| | 11% |
| No, different companies/manufacturer/source | 383 |
| | 64% |
| Not sure / Don't know | 149 |

Exhibit 4
Page 493

Thrive Tabs.xlsx

| | 25% |

Thrive Natural Care - Likelihood of Confusion Study

Q20d - If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other? THRIVE SKIN v. Ursa Major

| | Total ---------- |
|---|---|
| | |
| Total | 383 |
| | 100% |
| Yes, companies are affiliated, connected or associated | 26 |
| | 7% |
| No, companies are not affiliated, connected or associated | 206 |
| | 54% |
| Not sure / Don't know | 151 |
| | 39% |

Thrive Natural Care - Likelihood of Confusion Study

Q18e - Do you believe that these two products come from the same company/manufacturer/source? THRIVE SKIN v. WLDKAT

| | Total ---------- |
|---|---|
| | |
| Total | 600 |
| | 100% |
| Yes, same company/manufacturer/source | 60 |
| | 10% |
| No, different companies/manufacturer/source | 420 |
| | 70% |
| Not sure / Don't know | 120 |
| | 20% |

Thrive Natural Care - Likelihood of Confusion Study

Q20e - If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other? THRIVE SKIN v. WLDKAT

| | Total ---------- |
|---|---|
| | |
| Total | 420 |
| | 100% |
| Yes, companies are affiliated, connected or associated | 27 |
| | 6% |
| No, companies are not affiliated, connected or associated | 225 |
| | 54% |
| Not sure / Don't know | 168 |
| | 40% |

Thrive Natural Care - Likelihood of Confusion Study

Q18f - Do you believe that these two products come from the same company/manufacturer/source? Ursa Major v. WLDKAT

| | Total ---------- |
|---|---|
| | |
| Total | 600 |
| | 100% |
| Yes, same company/manufacturer/source | 38 |
| | 6% |
| No, different companies/manufacturer/source | 420 |
| | 70% |
| Not sure / Don't know | 142 |
| | 24% |

Thrive Natural Care - Likelihood of Confusion Study

Q20f - If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other? Ursa Major v. WLDKAT

| | Total ---------- |
|---|---|
| | |
| Total | 420 |
| | 100% |
| Yes, companies are affiliated, connected or associated | 26 |
| | 6% |
| No, companies are not affiliated, connected or associated | 232 |
| | 55% |
| Not sure / Don't know | 162 |
| | 39% |

Thrive Natural Care - Likelihood of Confusion Study

Q21g - Please enter the number 865 in the box below.

Exhibit 4
Page 494

Thrive Tabs.xlsx

| | Total |
|---|---|
| | ---------- |
| Total | 600 |
| | 100% |
| B65 | 600 |
| | 100% |

Thrive Natural Care - Likelihood of Confusion Study

Q21h - Based on these emails, do you believe that the two products you ordered are from the same company or companies that are affiliated, connected or associated or from different companies that are not affiliated, connected, or associated?

| | Total |
|---|---|
| | ---------- |
| Total | 600 |
| | 100% |
| Yes, the products I ordered are from the same company or companies that are | 505 |
| | 84% |
| No, the products I ordered are from different companies that are not affiliated, connected, | 49 |
| | 8% |
| Not sure / Don't know | 46 |
| | 8% |

Thrive Natural Care - Likelihood of Confusion Study

Q22 - Are you...

| | Total |
|---|---|
| | ---------- |
| Total | 600 |
| | 100% |
| Male | 129 |
| | 22% |
| Female | 471 |
| | 79% |
| Rather not say | - |
| | - |

Thrive Natural Care - Likelihood of Confusion Study

Q23 - What is the highest level of school you have completed or the highest degree you have received?

| | Total |
|---|---|
| | ---------- |
| Total | 600 |
| | 100% |
| Less than high school degree | 13 |
| | 2% |
| High school degree or equivalent (e.g., GED) | 56 |
| | 9% |
| Some college but no degree | 101 |
| | 17% |
| Associate degree | 65 |
| | 11% |
| Bachelor degree | 231 |
| | 39% |
| Graduate degree | 134 |
| | 22% |

Thrive Natural Care - Likelihood of Confusion Study

Q24 - What state do you live in?

| | Total |
|---|---|
| | ---------- |
| Total | 600 |
| | 100% |
| Alabama | 9 |
| | 2% |
| Alaska | 1 |
| | 0% |
| Arizona | 16 |
| | 3% |
| Arkansas | 3 |
| | 1% |
| California | 43 |
| | 7% |
| Colorado | 9 |
| | 2% |
| Connecticut | 12 |
| | 2% |
| Delaware | 3 |
| | 1% |
| Florida | 34 |
| | 6% |
| Georgia | 21 |
| | 4% |
| Idaho | 3 |
| | 1% |

Exhibit 4
Page 495

| Illinois | 26 |
| | 4% |
| Indiana | 8 |
| | 1% |
| Iowa | 3 |
| | 1% |
| Kansas | 4 |
| | 1% |
| Kentucky | 15 |
| | 3% |
| Louisiana | 5 |
| | 1% |
| Maine | 4 |
| | 1% |
| Maryland | 10 |
| | 2% |
| Massachusetts | 15 |
| | 3% |
| Michigan | 14 |
| | 2% |
| Minnesota | 10 |
| | 2% |
| Mississippi | 2 |
| | 0% |
| Missouri | 15 |
| | 3% |
| Montana | 2 |
| | 0% |
| Nebraska | 4 |
| | 1% |
| Nevada | 7 |
| | 1% |
| New Hampshire | 4 |
| | 1% |
| New Jersey | 17 |
| | 3% |
| New Mexico | 4 |
| | 1% |
| New York | 50 |
| | 8% |
| North Carolina | 26 |
| | 4% |
| Ohio | 28 |
| | 5% |
| Oklahoma | 3 |
| | 1% |
| Oregon | 10 |
| | 2% |
| Pennsylvania | 32 |
| | 5% |
| South Carolina | 8 |
| | 1% |
| South Dakota | 3 |
| | 1% |
| Tennessee | 11 |
| | 2% |
| Texas | 41 |
| | 7% |
| Utah | 5 |
| | 1% |
| Vermont | 1 |
| | 0% |
| Virginia | 24 |
| | 4% |
| Washington | 14 |
| | 2% |
| West Virginia | 2 |
| | 0% |
| Wisconsin | 15 |
| | 3% |
| Wyoming | 2 |
| | 0% |
| District of Columbia | 2 |
| | 0% |

Thrive Natural Care - Likelihood of Confusion Study

Q25 - What is your approximate average household income?

| | Total ---------- |
| | |
| Total | 600 |
| | 100% |
| $0-$24,999 | 50 |
| | 8% |
| $25,000-$49,999 | 111 |
| | 19% |
| $50,000- $74,999 | 118 |
| | 20% |
| $75,000- $99,999 | 108 |
| | 18% |
| $100,000- $124,999 | 64 |
| | 11% |
| $125,000- $149,999 | 43 |
| | 7% |
| $150,000- $174,999 | 25 |
| | 4% |
| $175,000- $199,999 | 21 |
| | 4% |
| $200,000 and up | 27 |

Exhibit 4
Page 496

Thrive Tabs.xlsx

| | 5% |
|---|---|
| Rather not say | 33 |
| | 6% |

Exhibit 4
Page 497

Thrive Natural Care - Likelihood of Confusion Study

Q18a - Do you believe that these two products come from the same company/manufacturer/source?

| | Thrive v. THRIVE SKIN ---------- (A) | Thrive v. Ursa Major ---------- (B) | Thrive v. WLDKAT ---------- (C) | THRIVE SKIN v. Ursa Major ---------- (D) | THRIVE SKIN v. WLDKAT ---------- (E) | Ursa Major v. WLDKAT ---------- (F) |
|---|---|---|---|---|---|---|
| Total | 600 | 600 | 600 | 600 | 600 | 600 |
| | 100% | 100% | 100% | 100% | 100% | 100% |
| Yes, same company/manufacturer/source | 397 | 40 | 61 | 68 | 60 | 38 |
| | 66% | 7% | 10% | 11% | 10% | 6% |
| | BCDEF | | BF | BF | bF | |
| No, different companies/manufacturer/source | 100 | 418 | 407 | 383 | 420 | 420 |
| | 17% | 70% | 68% | 64% | 70% | 70% |
| | | AD | A | A | AD | AD |
| Not sure / Don't know | 103 | 142 | 132 | 149 | 120 | 142 |
| | 17% | 24% | 22% | 25% | 20% | 24% |
| | | Ae | a | Ae | | A |

Comparison Groups: ABCDEF
T-Test for Means, Z-Test for Percentages
Uppercase letters indicate significance at the 99% level.
Lowercase letters indicate significance at the 95% level.

Thrive Natural Care - Likelihood of Confusion Study

Q20a - If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

| | Thrive v. THRIVE SKIN ---------- (A) | Thrive v. Ursa Major ---------- (B) | Thrive v. WLDKAT ---------- (C) | THRIVE SKIN v. Ursa Major ---------- (D) | THRIVE SKIN v. WLDKAT ---------- (E) | Ursa Major v. WLDKAT ---------- (F) |
|---|---|---|---|---|---|---|
| Total | 100 | 418 | 407 | 383 | 420 | 420 |
| | 100% | 100% | 100% | 100% | 100% | 100% |
| Yes, companies are affiliated, connected or associated | 14 | 22 | 28 | 26 | 27 | 26 |
| | 14% | 5% | 7% | 7% | 6% | 6% |
| | bcdef | | | | | |
| No, companies are not affiliated, connected or associated | 56 | 231 | 215 | 206 | 225 | 232 |
| | 56% | 55% | 53% | 54% | 54% | 55% |
| Not sure / Don't know | 30 | 165 | 164 | 151 | 168 | 162 |
| | 30% | 39% | 40% | 39% | 40% | 39% |
| | | a | a | a | a | |

Comparison Groups: ABCDEF
T-Test for Means, Z-Test for Percentages
Uppercase letters indicate significance at the 99% level.
Lowercase letters indicate significance at the 95% level.

Exhibit 4
Page 498

Thrive Compare Tabs

# EXHIBIT 5

 The Brand ▾  THRIVE ▾  Achievements  My Account ▾ 



BE SURE TO CREATE AN
**autoship profile**
TO LOCK IN
**wholesale pricing**



THRIVE Experience Packs

THRIVE Experience 1, 2, 3

THRIVE Plus Line

THRIVE SKIN

**THRIVE SKIN - 3 Step System**

Price: $185.00

Autoship Program    Today's Order
      0                   0

VIEW DETAILS

**THRIVE SKIN - Skincare Sample Kit**

Price: $75.00

Autoship Program    Today's Order
      0                   0

VIEW DETAILS

**THRIVE SKIN - Infinite CBD Enzyme Peel**

Price: $62.00

Autoship Program    Today's Order
      0                   0

VIEW DETAILS

**THRIVE SKIN - Infinite CBD Correcting Serum**

Price: $62.00

Autoship Program    Today's Order
      0                   0

VIEW DETAILS

Exhibit 5
Page 499

LE-VEL00021351

THRIVE SKIN - Infinite Lip Kits/Full Moisturizing Balm

Price: $62.00

Autoship Program     Today's Order

0        0

VIEW DETAILS

**THRIVE SKIN - Infinite Daily Detox Purifying Bar**

Price: $44.00

Autoship Program     Today's Order

0        0

VIEW DETAILS

**THRIVE SKIN - Infinite Charcoal Activated Mask**

Price: $38.00

Autoship Program     Today's Order

0        0

VIEW DETAILS

**THRIVE SKIN - Infinite Hand & Foot Reparative Cream**

Price: $28.00

Autoship Program     Today's Order

0        0

VIEW DETAILS

**THRIVE SKIN - Infinite Skin & Hair Peptide Gel**

Price: $56.00

Autoship Program     Today's Order

0        0

VIEW DETAILS

**THRIVE SKIN - Infinite Detox Body Scrub**

Price: $32.00

Autoship Program     Today's Order

0        0

VIEW DETAILS

Other Items



LE-VEL00021352



Autoship Program @:    USD $0.00
Today's Order @:       USD $0.00

Empty Cart    Continue Order

LE-VEL00021353

# **<u>EXHIBIT 6</u>**

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

THRIVE NATURAL CARE, INC.,

    Plaintiff,

v.

                                Case No.: 2:21-cv-2022

LE-VEL BRANDS, LLC,

    Defendant.

# EXPERT REBUTTAL REPORT OF SARAH BUTLER

## March 22, 2021

Exhibit 6
Page 502

# Table of Contents

I.   QUALIFICATIONS ............................................................................................ 3

II.  DOCUMENTS REVIEWED ............................................................................. 4

III. ASSIGNMENT AND SUMMARY OF OPINIONS ................................................ 5

IV. BACKGROUND ............................................................................................... 7

V.  THE WALLACE SURVEY ............................................................................... 9

VI. RESPONSE TO WALLACE SURVEY ............................................................. 11

   A.   Wallace Survey Is Leading and Biased. ...................................................... 12

   B.   Wallace Survey Fails to Replicate Market Conditions. .................................. 14

   C.   Wallace Survey Does Not Have A Proper Control ........................................ 28

   D.   Irrelevant Question Related to Emails ........................................................ 30

   E.   Wallace Survey Suffers from Data Quality Issues ........................................ 31

VII. CONCLUSIONS ............................................................................................. 32

Exhibit 6
Page 503

## I.    QUALIFICATIONS

1.    I am a Managing Director at NERA Economic Consulting ("NERA"), where I am the Chair of the Survey and Sampling Practice and a member of the Intellectual Property, Product Liability, Antitrust, and Labor Practices. My business address is 4 Embarcadero Center, San Francisco, CA 94111. NERA is a firm providing expert statistical, survey, economic, and financial research analysis.

2.    Among my responsibilities, I conduct survey research and market research, and design and implement statistical samples for matters involving business and consumer decision making, consumer choice, and consumer behavior. In the course of my career, I have conducted research for leading corporations and government agencies on consumers, employees, and businesses. My work has been included in numerous lawsuits involving issues of patent infringement, false advertising, trademark and trade dress confusion, and secondary meaning, as well as in antitrust and employment-related litigation. I am a member of the American Association of Public Opinion Research, the American Statistical Association, the Intellectual Property Section of the American Bar Association, and the International Trademark Association (INTA).

3.    I have also worked as a market researcher conducting surveys of consumers and professionals, focus groups, and in-depth interviews. I worked as an independent consultant conducting research for the Department of Environment and Rural Affairs in the United Kingdom. I have taught courses focused on or involving research methodologies in both the United States and Europe. I hold a Master's Degree from Trinity College, Dublin and another Master's Degree from Temple University.

3

Exhibit 6
Page 504

4.      I have substantial experience conducting and using surveys to measure consumer

opinions and behaviors regarding products and services including purchase processes, product

attributes, branding and positioning, market segmentation, new product research, and

communications strategies. During my career in academic and commercial research, I have

personally facilitated a wide range of research including large-scale surveys, in-depth interviews,

focus groups and observational studies.

5.      I have submitted expert reports, been deposed, and have testified at trial within

the last five years. A list of my testimony is included on the copy of my current resume, which is

attached as **Exhibit A**.

6.      NERA is being compensated for my services in this matter at my standard rate of

$700 per hour. Members of the staff at NERA have worked at my direction to assist me in this

engagement. No part of my compensation or NERA's compensation depends on the outcome of

this litigation. Throughout this report, I have used the terms "I" and "my" to refer to work

performed by me and/or others under my direction.

## II.    DOCUMENTS REVIEWED

7.      As part of my work, I reviewed the Complaint ("*Complaint*") and the report by

Mr. Robert Wallace.[1] A list of the specific materials I reviewed can be found in **Exhibit B**.

---

[1] Complaint and Demand for Jury Trial, *Thrive Natural Care, Inc., v. Le-Vel Brands, LLC*, United States District Court Central
District of California, Case No. 2:21-cv-2022, dated March 4, 2021 (hereinafter, "*Complaint*"); Expert Report of Rob Wallace
in the Matter of Thrive Natural Care, Inc. v. Le-Vel Brands, LLC., dated March 2, 2021 (hereinafter, "*Wallace Report*").

4

Exhibit 6
Page 505

## III. ASSIGNMENT AND SUMMARY OF OPINIONS

8.      I was retained by Defendant Le-Vel Brands, LLC ("Le-Vel") to review the survey and expert report submitted by Mr. Rob Wallace. Mr. Wallace indicates that Plaintiff asked him to design and conduct a survey to, "examine whether or not consumers, or potential consumers of skin care products who purchase such items on the Internet would be confused between 'Thrive' branded skin care products manufactured by the Plaintiff and 'Thrive Skin' branded skin care products manufactured by Defendant."[2]

9.      Mr. Wallace designed and conducted a survey of 600 respondents, including women and men between the ages of 18 and 65 years old who had purchased skin care products on the internet in the past six months and who also planned to do so again in the next six months. Once qualified, respondents were shown websites for several skin care products and asked questions intended to measure source and affiliation confusion.

10.      Based on my review of Mr. Wallace's survey I conclude the following:

- Mr. Wallace has used an inappropriate and biased survey design that simply measures respondents' ability to find similarities between pairs of products shown. Given the particular design of his survey, it is unsurprising that respondents can "match" Plaintiff's and Le-Vel's products based on the name. Such an approach does not reliably measure the potential for confusion in the real world.

---

[2] *Wallace Report*, ¶ 1.

5

Exhibit 6
Page 506

- Mr. Wallace's survey design is further unreliable as it does not realistically reflect how consumers would view or purchase the products shown. Notably, Mr. Wallace's survey wholly ignores the purchasing process a consumer of Le-Vel's products would undertake. The survey as designed cherry picks a product from an "Add-to-Cart" page from Le-Vel's internal Cloud Portal that is accessible to only Le-Vel customers with accounts. Access to such an internal page by customers without an existing involves numerous set-up steps, including the selection of a Le-Vel brand promoter and the entry of personal information. The survey did not, as it did with the other products featured in the survey, use Le-Vel's public-facing website content showing the featured Le-Vel product (assessable to potential new customers). A survey that does not replicate marketplace conditions cannot be used to infer likelihood of confusion in the real world.

- Mr. Wallace also does not have a proper control. The "internal controls" in the survey are insufficient and share no sound/name similarities with the at-issue products. There are numerous examples of products which could have been appropriate controls to measure guessing and to account for the extreme suggestiveness of the design, but Mr. Wallace does not use any of these.

- While I have not been provided with the data, there is some evidence that Mr. Wallace's survey contains respondents who were not attentive while taking the survey. When provided with the data, I can provide a more comprehensive review of the results.

6

Exhibit 6
Page 507

11.  Mr. Wallace's survey is a biased matching exercise that simply demonstrates respondents can identify the name similarity between the two products when asked to directly compare them. Such a design does not provide reliable evidence of the likelihood of confusion, particularly given the way Le-Vel's product is shown to respondents because it does not replicate the real-world context in which consumers would encounter that page. The remainder of this report provides a more detailed description of my review of Mr. Wallace's survey.

## IV.  BACKGROUND

12.  Plaintiff Thrive Natural Care, Inc. ("Plaintiff") is a Delaware corporation with its principal place of business at 42 Darrell Place, San Francisco, CA 94133.[3]

13.  Plaintiff describes its business as making natural skin care products using regenerative agriculture methods.[4] Plaintiff asserts it began selling skin care products in late 2013, and currently sells face washes and scrubs, lotions, moisturizers, sunscreens, face balms, shaving lotions, and grooming oils.[5] Plaintiff's products are sold online through the company's website, www.thrivecare.co, as well as on Amazon.com and Walmart.com, and in Whole Foods Markets on the West Coast.[6]

14.  Plaintiff asserts it has used the term "Thrive Tribe" since December 2013 and sends new customers an email with this term.[7]

---

[3] *Complaint*, ¶ 12.

[4] *Complaint*, ¶ 2.

[5] *Complaint*, ¶ 18.

[6] *Complaint*, ¶ 20.

[7] *Complaint*, ¶ 25.

7

Exhibit 6
Page 508

15.     I understand that in January 2014, Plaintiff was assigned U.S. Trademark Reg.

No. 4,467,942 for THRIVE in International Class 003 for "Non-medicated skin care preparations,

namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers;

pre-shaving preparations; after shave lotions and creams,"[8] and in September 2020 was assigned

U.S. Trademark Reg. No. 6,164,303 for additional products to include, "Body and non-medicated

soaps and skin cleansing gels; cosmetic sun care preparations and sunscreens; shaving creams and

gels; pre-shaving preparations; after shave lotions and creams."[9]

16.     Le-Vel is a Texas limited liability company with its principal place of business at

9201 Warren Parkway #200, Frisco, TX 75035.[10]

17.     Le-Vel sells a line of products under its THRIVE trademark[11] including vitamin

capsules, protein shakes, and vitamin skin patches.[12] In April 2019, Le-Vel allegedly began to

market and advertise another product under its THRIVE umbrella brand for skin care products

under the name THRIVE SKIN. Currently, Le-Vel's THRIVE SKIN products include six

products; (1) Peel Reduce Restore, (2) Infinite Daily Detox Purifying Bar, (3) Infinite Charcoal

Activated Mask, (4) Infinite Hand and Foot Reparative Cream, (5) Infinite Skin & Hair Peptide

Gel, and (6) Infinite Detox Body Scrub.[13]

18.     On March 4, 2021, Plaintiff filed a Complaint, alleging that Le-Vel's use of

THRIVE SKIN is likely to cause, "confusion, deception, and mistake by creating the false and

---

[8] *Complaint*, ¶ 26.

[9] *Complaint*, ¶ 28.

[10] *Complaint*, ¶ 13.

[11] https://le-vel.com/

[12] *Complaint*, ¶ 4.

[13] *Complaint*, ¶ 40.

8

Exhibit 6
Page 509

misleading impression that LBL's [Le-Vel's] Infringing Products are manufactured or distributed by Thrive, are associated or connected with Thrive, or have the sponsorship, endorsement, or approval of Thrive."[14]

19.　　On March 5, 2021, Plaintiff also filed a Motion for Preliminary Injunction further alleging the potential for consumer confusion.[15] In that Motion, Plaintiff cites the survey conducted by Mr. Wallace as evidence of the alleged likelihood of confusion.

## V.　THE WALLACE SURVEY

20.　　Mr. Wallace was retained by Plaintiff to conduct a survey to "examine whether or not consumers, or potential consumers of skin care products who purchase such items on the Internet would be confused between 'Thrive' branded skin care products manufactured by the Plaintiff and 'Thrive Skin' branded skin care products manufactured by the Defendant."[16,17]

21.　　Mr. Wallace designed and conducted an internet survey in which he interviewed 600 women and men between the ages of 18 and 65. To qualify for the survey, respondents needed to have purchased skin care products online in the past 6 months, and had to plan on doing so again in the next 6 months.[18]

22.　　Once qualified, survey respondents were shown webpages for four products at the point where a purchaser would add the product for checkout: Plaintiff's Sensitive Skin Face Balm, Le-Vel's Thrive Skin Infinite CBD Correcting Serum, Ursa Major's Fortifying Face Balm,

---

[14] *Complaint*, ¶ 56.

[15] Plaintiff's Opening Brief in Support of Motion for Preliminary Injunction, *Thrive Natural Care, Inc., v. Le-Vel Brands, LLC*, United States District Court Central District of California, Case No. 2:21-cv-2022-DOC-KES, dated March 5, 2021.

[16] *Wallace Report*, ¶ 1.

[17] Mr. Wallace has also provided his opinions from a "branding industry perspective." *Wallace Report*, ¶ 4.

[18] *Wallace Report*, ¶ 31.

9

Exhibit 6
Page 510

and WLDKAT's Saffron + Oat Milk Glow Serum.[19] After asking respondents to confirm that the products shown were skin care products, Mr. Wallace showed respondents the products in pairs and asked two questions after each pair. Respondents were asked after viewing each pair, whether the two products, "come from the same company/manufacturer/source."[20] Respondents were then asked, "Why do you say that?"[21] Respondents who indicated that they thought the products were from different companies were asked whether they believed the companies were affiliated, connected, or associated with each other, and were again asked, "Why do you say that?"[22]

23.    Mr. Wallace then presented his respondents with the following "scenario" and question:

> After ordering a skin care product, you receive an email with prominent text stating "Welcome to the Thrive Tribe". After ordering a second skincare product, you receive a second email with prominent text stating "Welcome to the Thrive Tribe".
>
> Based on these emails, do you believe that the two products you ordered are from the same company or companies that are affiliated, connected or associated or from different companies that are not affiliated, connected, or associated?[23]

24.    Based on these questions,[24] Mr. Wallace estimates "confusion." He finds that 411 of his total 600 respondents thought that Plaintiff's and Le-Vel's products came from the same company (397, or 66.2 percent)[25] or believed they were from affiliated sources (14 or 2.3 percent), yielding a total of 68.5 percent confusion.[26] Mr. Wallace also averages the rates of same

---

[19] *Wallace Report*, Appendix 1, Thrive Survey Printout.pdf.

[20] *Wallace Report*, ¶ 51.

[21] *Wallace Report*, ¶ 52.

[22] *Wallace Report*, ¶ 53.

[23] *Wallace Report*, ¶ 54.

[24] Mr. Wallace does not analyze or appear to rely on the results from his email scenario question.

[25] *Wallace Report*, ¶ 59.

[26] *Wallace Report*, ¶ 63.

10

Exhibit 6
Page 511

company/association between Plaintiff and WLDKAT and Plaintiff and Ursa Major and uses these rates to modify his confusion estimate. There were 66 respondents, or 11 percent, who believed that Plaintiff's product and Ursa Major were from the same source or were affiliated, and the corresponding number for WLDKAT was 14.8 percent, averaging to 12.9 percent.[27] Mr. Wallace then subtracts this average rate of 12.9 percent from the 65.8 percent confusion between Plaintiff's and Le-Vel's products, to arrive at an adjusted rate of 55.6 percent.[28]

25.     Mr. Wallace concludes that, "there is significant actual confusion by consumers confusing the Plaintiff's well-established 'Thrive' brand with the Defendant's 'Thrive Skin' brand,"[29] and further states, "that this level represents significant confusion above the noise level and suggests that, when purchasing, consumers are likely to confuse the Plaintiff's skin care products with the Defendant's skin care products."[30]

## VI.  RESPONSE TO WALLACE SURVEY

26.     Mr. Wallace has designed research which does not conform to proper survey methodology, is highly leading and biased, and which does not have proper controls. Consequently, Mr. Wallace's conclusions based on these data are not supported and are unreliable.

---

[27] *Wallace Report*, ¶ 65.

[28] *Wallace Report*, ¶ 66.

[29] *Wallace Report*, ¶ 7.

[30] *Wallace Report*, ¶ 70.

11

Exhibit 6
Page 512

## A. Wallace Survey Is Leading and Biased.

27.      While Mr. Wallace says his survey is based on the accepted *Squirt* methodology,[31] the format he designed is improper. In fact, his survey exacerbates the well-known potential for bias created by showing consumers two products and asking about a potential relationship.

28.      In general, a *Squirt* methodology presumes that consumers see the at-issue goods proximately in the marketplace[32] and asks respondents to compare these products to determine whether there is a perceived association. In testing the likelihood of confusion in this way, the researcher must carefully craft the survey to avoid generating answers that are simply a response to a design which may suggest a relationship between the goods shown. A poorly designed *Squirt* survey which leads respondents to look for associations between products that they otherwise might not, creates estimates that are biased by demand effects. Demand effects are a known phenomenon in social science and survey research and occur when the design of the research alters or impacts participant behavior such that the results are biased and unreliable.

29.      Mr. Wallace's survey estimates are rendered unreliable by demand effects for several reasons. First, while respondents are shown four different products in the survey, they are only shown products in pairs and are asked whether the two products are related. In this way, Mr. Wallace's survey design "demands" that respondents look for similarities between only two products at a time, suggesting to a respondent that they look for some likely relationship. For

---

[31] *Wallace Report*, ¶ 26.

[32] As discussed in Section B, while Plaintiff's and Le-Vel's products can be seen online, the manner in which Mr. Wallace has displayed the products in the survey does not reflect how they would actually be seen.

12

Exhibit 6
Page 513

example, Mr. Wallace asks respondents to compare, out of context,[33] Plaintiff's and Le-Vel's

products. It is unsurprising that respondents, influenced by the format, search for some obvious

similarity as justification. As one author explains, "Once they form such a (demand-based)

hypothesis, survey respondents may seeks clues (e.g., a similarity on a certain dimension or some

other justification) that support the guess that the presented brands are related in some manner."[34]

     30.     The paired format used by Mr. Wallace is known to be biased.[35] Instead of this

flawed approach, Mr. Wallace could have easily conducted a survey using a more generally

accepted *Squirt* format. For example, Mr. Wallace could have shown respondents an array of

products and asked whether any were related. Alternatively, he could have shown Plaintiff's

product and then presented an array and asked whether any were related to this first product

shown. These alternative approaches help to ameliorate some of the suggestiveness of the *Squirt*

approach.[36] Instead, Mr. Wallace selected an unacceptable, largely disregarded, biased design

forcing a direct comparison between two products.

     31.     Second, the demand effects created by Mr. Wallace's paired comparison are

exacerbated by the language in his second question which specifically signals to respondents that

that they should be identifying an association. Mr. Wallace's second question about affiliation

actually suggests that the respondent's previous answer was incorrect and that she should try

---

[33] This is discussed further in Section B.

[34] Simonson, I. & Kivetz, R. (2012). "Demand Effects in Likelihood of Confusion Surveys," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, Diamond, S. S. & Swann, J. B., American Bar Association, p. 251.

[35] "As to Squirt, the traditional format, with only two stimuli, often triggers **unacceptable demand effects**." Swann, J. B. (2012). "Likelihood of Confusion," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design,* Diamond, S. S. & Swann, J. B., American Bar Association, p. 54. (Emphasis added).

[36] There are other important methodological elements that should be included when using a *Squirt* format – Mr. Wallace's survey also fails in these respects (see paragraphs 40-43 of this report).

13

Exhibit 6
Page 514

again.[37] The use of such a biased question is wholly unnecessary and Mr. Wallace easily could have asked a neutral question of only those who had not answered affirmatively to the first question.

32.     Third, the demand effects in Mr. Wallace's survey are worsened by likely bias created by order effects. Order bias occurs when a particular option or image is always shown first which signals to respondents something about the desired answer.[38] Nowhere in Mr. Wallace's questionnaire is there any indication that he rotated the response options for any of his questions.[39] This is a standard and common approach, and a best practice in survey methodology, especially since rotating the order of response options on an internet survey is straightforward.[40]

## B.  Wallace Survey Fails to Replicate Market Conditions.

33.     Mr. Wallace's survey also fails to accurately represent the manner in which consumers might encounter the at-issue products in the real world. This real-world representation is essential in a survey to ensure that any estimates of likely confusion are a reasonable proxy for actual confusion that could occur. As one author explains:

> While the survey setting is necessarily artificial, the survey expert must make every reasonable effort to duplicate the marketplace conditions under which consumers are likely to encounter the mark at issue. At a minimum, this requires the survey expert to find out how the allegedly infringing product is typically encountered in the marketplace. The failure to discharge this obligation will often result in the exclusion of the survey.[41]

---

[37] **"If you said different companies**, do you believe that these companies are affiliated, connected, or associated with each other?" *Wallace Report*, ¶ 53. (Emphasis added).

[38] *See*, Diamond, S. S. (2011). "Reference Guide on Survey Research," *Reference Manual on Scientific Evidence*, Committee on the Development of the Third Edition of the Reference Manual on Scientific Evidence; Federal Judicial Center; National Research Council, pp. 395-396, 420 (hereinafter, "*Diamond*").

[39] *Wallace Report*, Appendix 1.

[40] *Diamond*, p. 406.

[41] Edwards, G. K. (2012). "The Daubert Revolution and Lanham Act Surveys," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, Diamond, S. S. & Swann, J. B., American Bar Association, p. 346 (hereinafter, "*Edwards*").

14

Exhibit 6
Page 515

34.     Mr. Wallace opines that the Plaintiff's and Le-Vel's products are targeted to the "same consumers" and that these products, as well as the other two products shown in his survey, can be found online.[42] Yet, the manner in which these products are presented in the survey, particularly Le-Vel's product, misrepresents the actual market conditions and the manner in which consumers might encounter these products in the real world.

35.     At the time Mr. Wallace designed his survey, he would have been aware that Le-Vel sells its products only through a separate, non-public-facing online store to customers with existing accounts.[43] In other words, the manner in which Mr. Wallace depicts Le-Vel's skin care product in his survey could only occur if the purchaser already had an existing account (or signed up for such an account). This is a meaningful distinction from the way the Plaintiff's products are sold online (as well as the WLDKAT and Ursa Major products), which are not sold through a separate non-public-facing site. In **Figure 1** below, I contrast how the products are displayed in Mr. Wallace's survey and in **Figure 2**, I show, distinct from Mr. Wallace's survey, how an actual consumer might arrive at the checkout point for Le-Vel's products.[44]

---

[42] *Wallace Report*, ¶¶ 20, 51.

[43] As demonstrated below in **Figure 2**, to arrive at the Le-Vel product shown in the Wallace Survey, customers have to set up an account, and click through numerous screens, including selecting/being assigned to a brand promoter. Wallace does not disclose in his reviewed documents list any documents about him (or others working with him) signing up with Le-Vel as a customer prior to engaging in a purchase.

[44] https://le-vel.com/Products/THRIVE/Skin

15

Exhibit 6
Page 516

**Figure 1: Plaintiff and Le-Vel Product Pages Shown in Wallace Survey**



16

Exhibit 6
Page 517

**Figure 2: Pages a New Customer Would View to Get to Page Shown in Wallace Survey (Existing Customer Would Already Have Account Setup)**



17

Exhibit 6
Page 518



Powerful soothing and
calming antioxidant

Supports collagen production &

**THRIVE SKIN**
## INFINITE CBD CORRECTING SERUM

Enriched with CBD Oil

18

Exhibit 6
Page 519



19

Exhibit 6
Page 520



## Find a Le-Vel Promoter

To order THRIVE products, we'll connect you with a Le-Vel Promoter first.
Start with selecting your country:



20

Exhibit 6
Page 521



Exhibit 6
Page 522





23

Exhibit 6
Page 524



24

Exhibit 6
Page 525



25

Exhibit 6
Page 526



36.     There are number of problems with Mr. Wallace's stimuli. First, Mr. Wallace does not include the actual web address for any of the product pages shown, including the omission of any of Le-Vel's URLs which feature the Le-Vel name.[45]

37.     Second and far more problematic is that deceptive nature of the stimuli comparison presented by Mr. Wallace. As shown above, the Le-Vel page shown to respondents in Mr. Wallace's survey is not externally facing and would not be accessible to consumers without first creating an account. Accessing Le-Vel's "Add-to-Cart" page for its Infinite CBD Correcting Serum requires several steps, as that page is from Le-Vel's internal Cloud Portal, requiring

---

[45] For example, Le-Vel's public-facing URL is https://le-vel.com/Products/THRIVE/Skin. Le-Vel's customer Cloud Portal URL is https://thrivevitamin.le-vel.com/Shop.

26

Exhibit 6
Page 527

additional steps from the home page or the THRIVE SKIN product splash page, including a sign-up process with the entry of personal information for any new customers. Thus, prior to being able to see Le-Vel's product on the "Add-to-Cart" page shown in the survey, a consumer in the real world would need to access Le-Vel's Cloud Portal, which requires an existing account with Le-Vel, a process which would likely dispel the type of "matching" confusion and demand effects Mr. Wallace generated by singularly showing the "Add-to-Cart" page out of context. Mr. Wallace's failure to replicate actual marketplace conditions renders his results unreliable.

38. Furthermore, Mr. Wallace does not consider, and his survey design cannot account for, the likelihood that purchasers of Le-Vel's skincare products are already familiar with Le-Vel's THRIVE house brand. I understand that Le-Vel's THRIVE supplement products have been available and very successful since their introduction in 2012.[46] Specifically, I understand that approximately two thirds of consumers who have purchased Le-Vel's THRIVE SKIN product have ordered some other Le-Vel THRIVE product prior to such purchase.[47] In other words, the majority of purchasers of Le-Vel's skin care products are those who already know and are familiar with Le-Vel's THRIVE brand, have purchased other Le-Vel THRIVE products, and have existing accounts with Le-Vel.

39. Mr. Wallace has not depicted in realistic fashion how consumers would encounter the at-issue products in the real world, and as a consequence, his results, even if they were reliable (which they are not) cannot serve as a measure of potential confusion. As explained clearly by one author, "A survey that uses stimuli that differs from what a consumer is actually likely to see

---

[46] Declaration of Drew S. Hoffman, Thrive Natural Care, Inc., v. Le-Vel Brands, LLC, United States District Court Central District of California, Case No. 2:21-cv-2022, dated March 22, 2021, ¶¶ 22-23, 29 (hereinafter, *"Hoffman Declaration"*).

[47] *Hoffman Declaration,* ¶ 53.

27

Exhibit 6
Page 528

in the marketplace does not accurately test for actual consumer confusion and thus lacks probative value."[48] Mr. Wallace's survey results are simply an artefact of his biased design and inaccurate representation.

## C. Wallace Survey Does Not Have A Proper Control

40.       Mr. Wallace asserts that his study uses an "experimental" design,[49] but, in fact, he does not use this method. A proper experimental design would have separate, randomly assigned groups of respondents in which one group (the Test Group) would be assigned to see the stimuli at issue, and the other group (the Control Group), would see the exact same stimuli, but with the allegedly infringing information removed or modified. This type of experimental design would allow the researcher to determine the extent to which associations between Plaintiff's and Le-Vel's products were a result of the product name or could be attributed to something else, like the design of the survey or guessing. A Test and Control experimental design is a common, well-accepted methodology and is described in the very texts Mr. Wallace cites in his own report. Indeed, S. Diamond, cited by Mr. Wallace, explains:

> By adding one or more appropriate control groups, the survey expert can test directly the influence of the stimulus (…) For example, respondents assigned to the experimental condition view an allegedly deceptive commercial, and respondents assigned to the control condition either view a commercial that does not contain the allegedly deceptive material or do not view any commercial. Respondents in both the experimental and control groups answer the same set of questions about the allegedly deceptive message. The effect of the commercial's allegedly deceptive message is evaluated by comparing the responses made by the experimental group members with those of the control group members.[50]

---

[48] *Edwards*, p. 347

[49] *Wallace Report*, ¶¶ 2, 70.

[50] *Diamond*, p. 398.

28

Exhibit 6
Page 529

41.    The survey designed by Mr. Wallace does not utilize an experimental design. He cannot isolate the impact of the name of the product from other elements in his study which may be contributing to confusion. At best, Mr. Wallace has "internal" controls in his survey, but even these are not properly employed. As described above, because Mr. Wallace has forced respondents to make paired comparisons, he has no means by which to measure the impact of his survey design, guessing, inattention, etc. on respondents comparing Plaintiff's and Le-Vel's products. At best, he can only estimate that when shown some other, unrelated pair approximately 13 percent of respondents also believe those products are related.[51]

42.    Even if reliance on internal controls was appropriate here (which is it not), the controls selected by Mr. Wallace are inadequate and do not appropriately control for the survey's demand effects and the amount of guessing made by respondents. Further, Mr. Wallace provides no explanation as to how he selected the other products shown in his survey. A proper control is as close as possible to the product at issue without itself being infringing. As explained by an author Mr. Wallace cites, "In designing a survey-experiment, the expert should select a stimulus for the control group that shares as many characteristics with the experimental stimulus as possible, with the key exception of the characteristic whose influence is being assessed."[52] Here, Mr. Wallace has selected products with names that are not remotely similar to the at-issue name. In contrast to the controls selected by Mr. Wallace, I can readily find numerous products with similar names which likely would have served as better controls. A number of these examples appear below in **Figure 3**.

---

[51] *Wallace Report,* ¶ 65.

[52] *Diamond,* p. 399.

29

Exhibit 6
Page 530

**Figure 3: Other Brands with Similar Names**



| Brand Name |
| --- |
| Naked & Thriving |
| Privé |
| ReVive |
| St. Ives |
| Thalgo |
| Theorie |
| Therabody |
| Theraseal |
| Thesis |
| Thibiant |
| Thymes |

43.    The use of a proper control is a key element to ensure that the results from a proper *Squirt* design are reliable. Of course, here Mr. Wallace has not used a proper *Squirt* format, he does not use an experimental design, and his control products cannot provide a reliable measure of the extent to which respondents may be guessing about some potential association.

## D.  Irrelevant Question Related to Emails

44.    Mr. Wallace does not analyze the results of a question related to purported emails sent from Le-Vel to new customers featuring the language, "Welcome to the Thrive Tribe." It is unclear how this is in any way a relevant question. Mr. Wallace does not explain what "confusion" or relevant material this question is intended to measure. Moreover, the question itself is so poorly phrased and unclear that the results are meaningless. As worded, it is entirely unclear if the first and second purchase referenced are made from the same company or different companies, or from different websites or places. A respondent could easily assume that the scenario is describing two purchases from the same company and thus there is no confusion, but simply an assumption based on the language of the question. Moreover, there is utterly no context

30

Exhibit 6
Page 531

for these hypothetical purchases, no actual email shown, and no description as to why the company would be emailing the respondent at all or what prompted the email. The bizarre, unclear, abstract nature of this question renders whatever data Mr. Wallace has collected with this question, irrelevant.

45.     Even assuming that Mr. Wallace were to have analyzed and presented the data from this flawed question, the results would have been even further biased. Presented at the end of the survey, this question is additionally biased by context effects and demand effects. Respondents have already been shown the "pair" of products with Thrive in the name, which certainly suggests that the respondent should say that the companies are affiliated, connected, or associated.

## E.  Wallace Survey Suffers from Data Quality Issues

46.     In addition to the numerous problems with Mr. Wallace's survey that I have outlined above, it is clear that the design he implemented was confusing to respondents and created data quality issues. A number of respondents provided answers indicating that were not giving reliable answers because they were frustrated with the repetition and design of the survey itself. Some examples are below:[53]

- "This survey doesn't make any sense. the question you ask cannot be answered. I will be leaving this survey;"
- "You keep asking this, but they are TWO DIFFERENT BRANDS. It literally has 2 different brand names;"
- "this is really redundant...could we get to the point???;"
- "are you going to keep asking the same question over and over? these could be made by the same company;"

---

[53] *Wallace Report*, Appendix 1, Thrive Final Raw Data.xlsx.

31

Exhibit 6
Page 532

- "OMG. Why do you keep asking this? They don't share the same manufacturer name;" and,

- "Why do you keep asking the same thing over and over?"

47.     Mr. Wallace did not pre-test his survey and used an unacceptable design which obviously caused several respondents to provide answers indicating that their answers were the result of the survey itself rather than their actual perceptions of the products.

## VII. CONCLUSIONS

48.     Mr. Wallace used an inappropriate and biased survey design which cannot reliably measure the potential for confusion, if any, in the real world. The research conducted simply asks respondents to look for reasons to "match" the two products shown. His survey is further unreliable because the way in which Le-Vel's product is shown does not realistically reflect or accurately represent how consumers would see that product before the featured add-to-cart page. Additionally, Mr. Wallace has no reliable control to measure the impact of his biased design. He has selected products which share no similarity in name to the at-issue products, thereby artificially depressing rates of guessing and survey noise. As a whole, Mr. Wallace's survey simply demonstrates that when consumers are shown a pair of products with a similar name, they can infer from the survey design that the researcher is looking for a "match." Such research does not provide any reliable information as to what confusion, if any, would exist in the real world.

49.     My opinions and conclusions as expressed in this report are to a reasonable degree of professional and scientific certainty. My conclusions have been reached through the proper application of survey methods, and using standard methodologies relied upon by experts in the field of survey and market and consumer research. My opinions will continue to be informed

32

Exhibit 6
Page 533

by any additional material that becomes available to me. I reserve the right to update and or supplement my opinions if Plaintiff provides additional information. I declare under penalty of perjury that the foregoing is true and correct.

Sarah Butler, Managing Director
Mill Valley, CA
March 22, 2021

33

Exhibit 6
Page 534

# Exhibit A

Exhibit 6
Page 535

**NERA**
Economic Consulting

**Sarah Butler**
Managing Director

National Economic Research Associates, Inc
4 Embarcadero, Suite 400
San Francisco, CA 94111
+ 1 415 291 1000 Fax + 1 415 291 1010
Direct dial: + 1 415 291 1022
sarah.butler@nera.com
www.nera.com

# SARAH BUTLER, M.A.
## MANAGING DIRECTOR

Ms. Butler is an expert in survey research, market research, sampling, and statistical analysis. She has applied her expertise in a wide range of litigation and strategic business cases. Her litigation and project experience includes survey research, market research, the design of samples, and the statistical and demographic analysis of large data files in a number of areas including:

Intellectual Property

- Trademark and Trade Dress Infringement:  Design, analysis, and critique of surveys used to measure consumer confusion, secondary meaning, and dilution in trademark and trade design infringement cases.

- False and Misleading Advertising: Design, analysis and critique of surveys used to measure consumer perceptions and the materiality of advertising claims.

- Patent Infringement:  Sample designs and surveys to the value of patented feature of a larger product and to establish rates at which infringing material exist in populations of products.

- Copyright infringement:  Sampling plans and analysis of the rates of infringing material in populations of shared information (such as through websites or other sharing medium).

Mass Torts/Class Actions

- Conduct surveys and design samples providing evidence on issues of commonality and consumers' awareness of key documents or facts and reliance on representations.

- Analyze large databases of claims files to generate invoices, estimate future liabilities and calculate policy shares for insurer liabilities in asbestos, tobacco and pharmaceuticals.

- Design, analyze and critique surveys and sampling plans used to evaluate employment and promotion records. Review and design surveys for purposes of estimating key facts

Exhibit 6
Page 536

Sarah Butler

in labor class actions including time to complete activities, exempt/nonexempt activities, and meal and rest break issues.

Antitrust

- Design, analysis and critique of surveys and other market research used as evidence of consumer purchasing and switching behavior in the areas of CPG, entertainment, automobiles, public transportation, sports and consumer electronics.

- Design, analysis and critique of surveys used to demonstrate consumer price sensitivities and willingness to pay.

Prior to joining NERA, Ms. Butler worked in market research, conducting survey research, focus groups and in-depth interviews.

## Education

**Temple University**
Applied Sociology, coursework, exams and dissertation proposal complete (2005).

**Temple University**
M.A. Sociology, (2000).

**Trinity College, Dublin Ireland**
M.Phil. (1997).

**Wellesley College**
B.A. Sociology and History (with honors). (1995).

## Professional Experience

| | |
|---|---|
| July 2006 - Present | **Senior Consultant – Managing Director** <br> NERA Economic Consulting <br> San Francisco, California, USA |
| Oct 2005 – May 2006 | **Special Consultant** <br> NERA Economic Consulting <br> London, England |
| Jan 2003 – Oct 2005 | **Senior Analyst - Consultant** <br> NERA Economic Consulting <br> Philadelphia, Pennsylvania, USA |

2

Exhibit 6
Page 537

| 2002 - 2003 | **Consultant** |
| | Integrated Marketing Associates |
| | Bryn Mawr, PA, USA |

| Oct 1998 - Jan 2002 | **Research Associate – Analyst** |
| | NERA Economic Consulting |
| | Philadelphia, Pennsylvania, USA |

| Sept 1998 – May 2003 | **Adjunct Professor** |
| | Temple University |
| | Philadelphia, Pennsylvania, USA |

| Jan 1997 – Feb 1998 | **Manager of Member Research** |
| | Society for Neuroscience |
| | Washington DC, USA |

## Expert Analysis and Testimony

Clear Imaging Research, LLC v. Samsung Electronics Co. LTD and Samsung Electronics America.* United States District Court for the Eastern District of Texas Marshall Division. Report in patent matter. [Expert Report: December 23, 2020. Deposition: January 8, 2021.]

Patagonia, Inc. and Patagonia Provisions, Inc. v. Anheuser-Busch, LLC dba Patagonia Brewing Co.* United States District Court for the Central District of California Western Division, Los Angeles. Rebuttal report evaluating likelihood of confusion claims. [Expert Report: December 4, 2020.]

In the Matter of Certain Audio Players and Controllers, Components Thereof, and Products Containing the Same. United States International Trade Commission, Washington DC. Surveys to evaluate consumer interest in patented features of wireless speaker products. [Expert Report: November 13, 2020. Deposition: December 2, 2020.]

Vicky Maldonado, et. al., v. Apple, Inc.* United States District Court, Northern District of California, San Francisco Division. Rebuttal conjoint survey testing damages claims. [Expert Report: March 13, 2020. Deposition: November 19, 2020]

Jason DeCarlo v. Costco Wholesale Corporation and MBNR.* United States District Court Southern District of California. Survey and expert report to evaluate consumer perceptions of optometrists located at Costco. [Expert Report: November 13, 2020.]

Javier Cardenas et al., Plaintiffs v. Toyota Motor Corporation et al., Defendants.* United States District Court Southern District of Florida. Survey and expert report to evaluate impact of

disclosure about allegedly defective product feature. [Expert Report: October 20, 2020. Deposition: November 10, 2020.]

Nirvana LLC v. Marc Jacobs International LLC.* United States District Court Central District of California. Survey related to secondary meaning. [Expert Report: September 8, 2020. Deposition: October 20, 2020.]

Girl Scouts of the United States of America* v. Boy Scouts of America. United States District Court Southern District of New York. Review of survey report in a likelihood of confusion matter. [Expert Report: September 9, 2020. Deposition: October 16, 2020.]

TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Strum Foods, Inc.* v. Keurig Green Mountain, Inc. United States District Court for the Southern District of New York. Surveys related to false advertising, and antitrust claims. Report on testing evidence. [Expert Reports: August 28, 2020.]

American Dairy Queen Corporation v. W. B. Mason Co. Inc.* United States District Court for the District of Minnesota. Surveys related to fame, dilution, and likelihood of confusion. [Expert Report: August 28, 2020. Deposition: October 26, 2020.]

Seven Networks, LLC v. Apple Inc.* United States District Court for the Eastern District of Texas Marshall Division. Conjoint survey and expert report related to mobile phone features. [Expert Report: July 13, 2020. Deposition: July 23, 2020.]

Brian Gozdenovich et al., v. AARP Inc., AARP Services, Inc., AARP Insurance Plan, UnitedHealth Group, Inc., and UnitedHealthCare Insurance Company.* United States District Court District of New Jersey. Expert rebuttal report of survey related to estimating value. [Expert Report: July 9, 2020.]

Barbara Lewis, et al., v. Rodan & Fields, LLC.* United States District Court Northern District of California Oakland Division. Survey and expert report to assess consumer perception about eyelash serum. [Expert Report: July 2, 2020. Deposition: July 20, 2020.]

Austin Rugg v. Johnson & Johnson Consumer Inc.* United States District Court Norther District of California San Jose Division. Survey and expert report in a false advertising matter. [Expert Report: June 22, 2020.]

New NGC, Inc. d/b/a National Gypsum Company, NGC Industries, LLC, and National Gypsum Properties,* LLC v. Alpinebay, Inc. Survey and expert report to evaluate likelihood of consumer confusion. [Expert Report: June 18, 2020. Deposition: August 6, 2020]

Glaxo Group Limited* v. Respirent Pharmaceuticals Co., LTD. United States District Court Southern District of New York. Survey and expert report on likelihood of consumer confusion. [Expert Report: June 15, 2020.]

Sarah Butler

Caryn Gorzo, et al., v. Rodan & Fields, LLC.* The Superior Court of California County of San Francisco. Survey and expert report to assess consumer perception about eyelash serum. [Expert Report: June 15, 2020.]

Kaifi LLC v. AT&T Inc.; AT&T Corp.; AT&T Communications, LLC; AT&T Mobility, LLC; and AT&T Services, Inc.* United States District Court Eastern District of Texas Marshall Division. Survey and expert report related to patent infringement matter. [Expert Report: June 1, 2020. Deposition: June 8, 2020.]

CFA Institute v. American Society of Pension Professionals & Actuaries, et. al.* United States District Court for the Western District of Virginia, Charlottesville Division. Rebuttal survey evaluating claims of likelihood of confusion. [Expert Report: April 14, 2020. Deposition: May 14, 2020.]

Match Group LLC* v. Bumble Trading Inc., Bumble Holding, LTD., Badoo Trading Limited, Magic Lab Co., Worldwide Vision Limited, Badoo Limited, Badoo Software Limited, and Badoo Technologies Limited. United States District Court for the Western District of Texas, Waco Division. Secondary meaning survey and rebuttal report. [Expert Report: March 3, 2020. Rebuttal Report: March 27, 2020. Deposition: May 20, 2020.]

ClearPlay, Inc. v. Dish Network, L.L.C. and Echostar Technologies, L.L.C.* United States District Court, District of Utah, Central Division. Expert report evaluating surveys used to inform allocation in patent infringement matter. [Expert Report: February 21, 2020.]

Toya Edwards and Jamal Erakat, et al., v. Walmart, Inc.* United States District Court, Central District of California. Survey and expert report to evaluate label statements on acetaminophen products. [Expert Report: January 23, 2020. Deposition: February 7, 2020.]

Ohio State Troopers Association, Inc., et al., & Miguel Porras v. Point Blank Enterprises, Inc.* United States District Court, Southern District of Florida. Survey and expert report to evaluate impact of disclosure about allegedly defective product feature. [Expert Report: January 17, 2020. Deposition: January 27, 2020.]

In re: Windstream Holdings, Inc., et al., Debtors. Windstream Holdings Inc., et. al.* v. Charter Communications, Inc. and Charter Communications Operating, LLC. United States Bankruptcy Court, Southern District of New York. Chapter 11, Case No. 19-22312 (RDD). Review of survey report in a bankruptcy matter. [Expert Report: December 5, 2019.]

Paul Stockinger, et al., v. Toyota Motor Sales, U.S.A., Inc.* United States District Court, Central District of California. Survey and expert report to evaluate impact of disclosure about allegedly defective product feature. [Expert Report: October 21, 2019. Deposition: November 5, 2019.]

Thomas Allegra, et. al.* v. Luxottica Retail North America, d/b/a LensCrafters, United States District Court, Eastern District of New York, Brooklyn Division. Survey to evaluate consumers' willingness to pay for Accufit measurement system. [Expert Report: September 10, 2019. Deposition: December 5, 2019.]

Sazerac Brands, LLC* v. Bullshine Distillery, LLC. In the United States Patent and Trademark Office Before the Trademark and Trial Appeal Board. Opposition No. 91227653. Survey to assess consumer perception and association with alcohol brand. [Expert Report: September 4, 2019. Deposition: October 30, 2019.]

Collin Shanks v. Jarrow Formulas, Inc.* United States District Court Central District of California. Survey of coconut oil purchasers and response to conjoint survey in false advertising matter. [Expert Report: August 4, 2019.]

X One* v. Uber Technologies, Inc. United States District Court Northern District of California. Survey of ride share app features. [Expert Report: August 2, 2019. Deposition: September 19, 2019.]

Belcher Pharmaceuticals, LLC v. Hospira, Inc.* United States District Court for the Middle District of Florida, Tampa Division. Review of survey in false advertising matter. [Expert Report: June 28, 2019. Deposition: July 11, 2019.]

NIKE, Inc. v. Skechers U.S.A., Inc.* United States District Court, Central District of California. Survey and expert report related to design patent infringement. [Expert Report: June 20, 2019. Deposition: September 12, 2019.]

State of Washington* v. TVI, INC., d/b/a Value Village. State of Washington King County Superior Court. Survey and expert report evaluating consumer perceptions of for-profit thrift store and donation center. [Expert Report: May 24, 2019. Deposition: July 17, 2019. Trial testimony: October 8, 2019.]

Vital Pharmaceuticals, Inc. v. Monster Energy Company and Reign Beverage Company, LLC.* United States District Court Southern District of Florida. Survey and expert report related to consumer perception of names associated with energy drinks. [Expert Report: May 23, 2019. Deposition: July 15, 2019.]

Mahindra & Mahindra, Ltd. and Mahindra Automotive North America, Inc.* v. FCA US LLC. United States District Court, Eastern District of Michigan. Survey and expert report on secondary meaning. [Expert Report: May 10, 2019. Deposition: May 30, 2019. ITC Trial testimony: August 22, 2019.]

Rex Real Estate I., L.P., v. Rex Real Estate Exchange, Inc.* United States District Court for the Eastern District of Texas, Sherman Division. Survey and expert report in trademark matter. [Expert Report: April 24, 2019.]

adidas America, Inc., et al. v. Forever 21 Inc., et al.* United States District Court District of Oregon Portland Division. Survey and expert report in trade dress matter. [Expert Report: April 4, 2019.]

Crystal Hilsley vs. Ocean Spray Cranberries, Inc.*, Arnold Worldwide LLC. United States
District Court Western District Southern District of California. Survey, expert report and rebuttal
in false advertising matter. [Expert Report: April 1, 2019. Deposition: May 26, 2019.]

Erin Allen et al. v. Conagra Foods Inc.* United States District Court Northern District of
California San Francisco Division. Survey, expert report and rebuttal in false advertising matter.
[Expert Report: March 30, 2019. Deposition: April 25, 2019. Rebuttal Report: May 6, 2020.
Deposition: May 30, 2020.]

Tortilla Factory, LLC vs. GT's Living Foods, LLC*. United States District Court for The Central
District of California. Expert report in false advertising matter. [Expert Report: March 29, 2019.]

Obagi Cosmeccuticals LLC* v. ZO Skin Health, Inc. and Zein E. Obagi, M.D. JAMS Arbitration
Proceeding. Survey and expert report in arbitration. [Expert Report: March 13, 2019. Deposition:
April 18, 2019. Arbitration testimony: May 17, 2019.]

Lodestar Anstalt v. Bacardi & Company Limited, Bacardi U.S.A., Inc., and Bacardi Limited.*
United States District Court Central District of California, Western Division. Survey and expert
report in trademark matter. [Expert Report: January 11, 2019. Deposition: April 5, 2019.]

James Pudlowski, Louis C. Cross, III, Gail Henry, Steve Henry v. St. Louis Rams, LLC, St.
Louis Rams Partnership, ITB Football Company, LLC*. United States District Court for the
Eastern District of Missouri Eastern Division. Survey and affidavit to evaluate consumer
perceptions of information related to the Los Angeles Rams. [Affidavit: January 11, 2019.]

People of the State of California vs. The Hertz Corporation, American Traffic Solutions, Inc.,
ATS Processing Services, L.L.C., American Traffic Solutions Consolidated, L.L.C., PlatePass,
L.L.C.* Superior Court of the State of California County of San Francisco. Survey and expert
report on unfair competition and false advertising issues. [Deposition: January 10, 2019.]

Riley Johannessohn, Daniel C. Badilla, James Kelley, Ronald Krans, Kevin R. Wonders,
William Bates, James Pinion* v. Polaris Industries, Inc. United States District Court District of
Minnesota. Conjoint survey and expert report related to ATVs. [Expert Report: November 16,
2018. Expert Rebuttal Report: March 21, 2019. Deposition: January 15, 2019.]

Spangler Candy Company vs. Tootsie Roll Industries, LLC*. United States District Court
Northern District of Ohio Western Division Toledo. Survey and expert report in trademark
matter. [Expert Report: November 5, 2018. Deposition: December 4, 2018.]

Kaylee Browning and Sarah Basile v. Unilever United States, Inc.* United States District Court
Central District of California. Expert Report in false advertising matter. [Expert Report:
November 5, 2018. Deposition: November 19, 2018.]

Sarah Butler

American Automobile Association of Northern California, Nevada & Utah and A3 Mobility
LLC v. General Motors LLC and Maven Drive LLC*. United States District Court Northern
District of California San Jose Division. Survey and expert reports to evaluate likelihood of
confusion. [Expert Report: November 1, 2018. Expert Rebuttal Report: November 28, 2018.
Deposition: December 6, 2018.]

Merck & Co., Inc., and Merck Sharp & Dohme Corp. v. Merck KGaA*. United States District
Court District of New Jersey. Expert report to evaluate likelihood of confusion. [Expert Report:
October 30, 2018. Deposition: February 6, 2019.]

Scott R. Bernard v. Public Power, LLC*. In the Circuit Court of Cook County, Illinois County
Department, Chancery Division. Survey and expert report to evaluate unfair and deceptive trade
practices. [Expert Report: October 17, 2018.]

MZ Wallace Inc. v. Sue Fuller, d/b/a/ The Oliver Thomas, and Black Diamond Group, Inc.*
United States District Court Southern District of New York. Survey and expert report to evaluate
likelihood of confusion. [Expert Report: September 14, 2018. Deposition: October 22, 2018.]

Kristian Zamber v. American Airlines, Inc.* United States District Court Southern District of
Florida Miami Division. Survey and expert report to evaluate unfair and deceptive trade
practices. [Expert Report: September 10, 2018. Deposition: October 19, 2019.]

Thomas Blitz v. Monsanto Company.* United States District Court Western District of
Wisconsin. Survey and expert report to evaluate liability and harm claims related to consumer
perceptions in labeling matter. [Expert Report: July 30, 2018. Deposition: August 8, 2018.]

State of Washington* v. Johnson & Johnson, Ethicon, Inc. Ethicon US, LLC. King County
Superior Court State of Washington. Survey and expert report to evaluate unfair and deceptive
trade practices. [Expert Report: July 27, 2018.]

Newmark Realty Capital, Inc.* v. BCG Partners, Inc. United States District Court Northern
District of California San Jose Division. Expert report in trademark matter. [Expert Report: July
6, 2018. Supplemental Report: July 20, 2018. Deposition: September 18, 2018.]

Steven A. Conner DPM, P.C. v. Optum 360, LLC.* United States District Court Eastern District
of Pennsylvania. Expert report in Telephone Consumer Protection Act case. [Expert Report: June
28, 2018. Deposition: July 17, 2018.]

Advice Interactive Group, LLC* v. Web.Com Group, Inc. United States District Court for the
Middle District of Florida Jacksonville Division. Expert report in copyright apportionment case.
[Expert Rebuttal Report: June 18, 2018. Deposition: June 29, 2018.]

State of Washington* v. Comcast Cable Communications Management, LLC, et. al. State of
Washington King County Superior Court. Survey and expert report to evaluate unfair and
deceptive trade practices. [Expert Report: June 4, 2018. Deposition: July 31, 2018. Trial
Testimony: December 11-12, 2018.]

Sarah Butler

Global Brand Holdings, LLC* v. Church & Dwight Co., Inc. United States District Court
Southern District of New York. Survey and expert report in trademark infringement matter.
[Expert Report: May 21, 2018.  Rebuttal Report: June 15, 2018. Deposition: July 11, 2018.]

Josephine James Edwards v. Hearst Communications, Inc.* United States District Court for the
Southern District of New York. Survey and expert report to evaluate consumer perceptions of
information sharing. [Expert Report: April 16, 2018. Deposition May 25, 2018.]

Forever 21, Inc.* v. Gucci America, Inc., and Guccio Gucci S.p.A. United States District Court
Central District of California Western Division. Survey and expert report in trade dress claims
matter. [Expert Report: March 23, 2018. Supplemental Report: April 12, 2018. Deposition May
30, 2018.]

Masterbuilt Manufacturing, LLC v. Wal-Mart Stores, Inc.* United States District Court for the
Middle District of Georgia Columbus Division. Expert report in patent infringement matter
relating to consumer demand. [Expert Report: February 23, 2018. Deposition: March 27, 2018.]

Strategic Partners, Inc.* v. Koi Design, LLC. United States District Court Central District of
California. Survey and expert report in trademark infringement matter. [Expert Report: February
13, 2018.]

Hard Rock Café International (USA), Inc., and Tarsadia Hotels v. RockStar Hotels, Inc.* United
States District Court for the Southern District of Florida Fort Lauderdale Division. Survey and
expert report in trademark infringement matter. [Expert Report: February 12, 2018.]

Ghostbed, Inc. and Werner Media Partners, LLC d/b/a Nature's Sleep, LLC v. Casper Sleep,
Inc., Red Antler, LLC and ICS, Inc.* United States District Court for the Southern District of
Florida. Survey of awareness of mattress companies and advertising slogans. [Expert Report:
January 2, 2018. Deposition: January 23, 2018.]

Shelia Dashnaw, et. al. v. New Balance Athletics, Inc.* United States District Court Southern
District of California. Review of expert report and contingent valuation/conjoint survey to
evaluate consumer perceptions in false advertising claim. [Expert Report: November 8, 2017.
Deposition: November 28, 2017.]

State of Arizona v. Volkswagen AG, et. al.* Superior Court of the State of Arizona – Maricopa
County. Declaration and research on purchasing behavior for luxury, specifically Porsche buyers.
Survey of advertising materials and material impact on purchasing decisions. [Expert Report:
November 10, 2017. Expert Report: December 14, 2017]

Tri-Union Seafoods, LLC v. Otis McAllister, Inc.* United States Patent and Trademark Office
before the Trademark Trial and Appeal Board. Survey and expert report on market parameters
and customer perceptions. [Expert Report: September 27, 2017.]

Sarah Butler

Martin Schneider, et. al. v. Chipotle Mexican Grill, Inc.* United States District Court Northern District of California. Review of expert report and contingent valuation/conjoint survey to evaluate consumer perceptions in false advertising claim. [Expert Report: September 15, 2017. Deposition: November 22, 2017.]

ADT LLC, and ADT US Holdings, Inc., v. Vivint, Inc.* United States District Court Southern District of Florida Palm Beach Division. Expert report on sampling and data analysis. [Expert Report: July 24, 2017. Deposition: August 18, 2017.]

Michael Kors, L.L.C.* v. Chunma USA, Inc. United States District Court Central District of California. Expert report on likelihood of confusion. [Expert Report: August 4, 2017. Deposition: October 31, 2017.]

Weems Industries, Inc. v. Plews, Inc.* United States District Court for Northern District of Iowa, Cedar Rapids Division. Expert report on likelihood of confusion. [Expert Report: May 1, 2017. Deposition: August 1, 2017.]

Trevor Singleton et. al. v. Fifth Generation, Inc. d/b/a Tito's Handmade Vodka.* United States District Court for the Northern District of New York. Survey and expert report on false advertising issues. [Expert Report: April 21, 2017. Deposition: July 10, 2017.]

Mars Incorporated and Mars, Petcare US, Inc. v. The J. M. Smucker Company and Big Heart Pet, Inc.* United States District Court for the Eastern District of Virginia. Survey and expert report on likelihood of confusion. [Expert Report: April 6, 2017. Deposition: June 30, 2017.]

Professional Liability Insurance Services, Inc. v. U.S. Risk, Inc. and Crystal Jacobs.* United States District Court for Western District of Texas, Austin Division. Expert report on likelihood of confusion. [Expert Report: April 4, 2017. Deposition: June 22, 2017.]

Luxe Hospitality Company, Inc.* v. SBE Entertainment Group. United States District Court Central District of California. Survey and expert report on genericness. [Expert Report: March 6, 2017. Deposition: March 30, 2017.]

Desiccare, Inc. v. Boveda, Inc.* and Charles Rutherford. United States District Court for the Central District of California. Survey and expert report on false advertising issues. [Expert Report: December 5, 2016. Deposition: January 25, 2017.]

Scat Enterprises, Inc. v. FCA US LLC.* United States District Court for the Central District for California Western Division. Survey and expert report on likelihood of confusion. [Expert Report: November 21, 2016.]

YETI Coolers, LLC v. RTIC Coolers, LLC.* United States District Court Western District of Texas, Austin Division. Survey and expert report on secondary meaning. Rebuttal of reports on fame, secondary meaning and likelihood of confusion. [Expert Report: November 18, 2016. Deposition: January 13, 2017.]

Sarah Butler

Lifeway Foods Inc. v. Millennium Products, Inc. d/b/a GT'S Kombucha/ Synergy Drinks/
CocoKeifer LLC.* United States District Court Central District of California. Rebuttal report to
Plaintiff's counsel's survey. [Expert Report: October 17, 2016.]

adidas America, Inc. et. al. v. Skechers USA, Inc.* District of Oregon. Portland Division.
Surveys and expert reports to evaluate secondary meaning, likelihood of confusion, and brand
recognition. [Expert Report: October 14, 2016. Deposition: January 10, 2016. Expert Report:
November 6, 2015. Deposition: November 24, 2015. Preliminary Injunction testimony:
December 15, 2015.]

In the Matter of Certain Potassium Chloride Powder Products. United States International Trade
Commission, Washington DC. Survey to evaluate false advertising claims associated with
pharmaceuticals. [Expert Report: October 13, 2016.]

AMID, Inc.* v. Medic Alert Foundation United States, Inc. d/b/a Medic Alert Foundation and
Justin Noland. Southern District of Texas. Houston Division. Expert report in trade dress
infringement matter. [Expert Report: September 22, 2016. Preliminary Injunction Hearing
Testimony: October 11, 2016.]

Surgiquest, Inc. v. Lexion Medical LLC*. District Court of Delaware. Expert report evaluating
evidence in false advertising matter. [Expert Report: August 19, 2016. Deposition: October 7,
2016. Trial testimony: April 10, 2017.]

GIT-R-DONE Productions Inc.* v. GITERDONE C Store LLC. Southern District of Mississippi.
Southern Division. Survey and expert report evaluating recognition and association of phrase
with celebrity. [Expert Report: July 29, 2016.]

State of Oregon* v. Living Essentials LLC and Innovation Ventures LLC. Circuit Court of the
State of Oregon. Survey and analysis used as evidence in false advertising matter. [Trial
Testimony: July 6, 2016. Rebuttal testimony: July 19, 2016.]

Teferi Abebe Bikila. et. al. v. Vibram USA, Inc. et. al.* District of Washington at Tacoma.
Survey and expert report to evaluate awareness and potential confusion related to athlete
endorsement. [Expert Report: June 21, 2016. Rebuttal Report: August 23, 2016.]

Noah Silver-Sky, Fabian Lozano, and Jorge Rodriguez; and ROES 1-400 v. SRAC Holdings I,
INC., Strategic Restaurants Acquisition Company, LLC, Strategic Restaurants Acquisition
Company II, LLC, Strategic Restaurants Acquisition Corp.* American Arbitration Association –
Commercial Arbitration Tribunal. Statistical sample, analysis, and expert report on the impact
and commonality of edits to workers time. [Expert Report: May 23, 2016. Deposition: August
30, 2016.]

Homeland Housewares, LLC and Nutribullet, LLC v. SharkNinja Operating LLC.* Central
District of California, Western Division. Survey and expert report to evaluate misleading
advertising claims. [Expert Report: February 19, 2016. Deposition: April 18, 2016.]

Sarah Butler

QuickChek Corporation* v. Gold Associates, Inc. District of New Jersey. Survey and Report on likelihood of confusion. [Preliminary Report: January 5, 2016.]

TOD'S S.p.A.* v. Mycoskie, LLC Respondent. United States Patent and Trademark Office - TTAB. Survey and Expert report on likelihood of confusion. [Expert Report: December 15, 2015.]

Razor USA LLC* vs. Vizio, INC. Central District of California. Survey and expert report to evaluate likelihood of confusion. [Expert Report: August 13, 2015. Deposition: September 14, 2015.]

In Connection with Sprint Communications Company L.P. and Sprint Spectrum L.P.* v. Comcast Cable Communication LLC et al. Eastern District of Pennsylvania. Conjoint survey and expert report to evaluate consumer preferences for particular features of cable packages. [Expert Report: June 17, 2015. Reply Report: July 29, 2015. Deposition: April 14, 2015.]

Select Comfort Corporation; and Select Comfort SC Corporation* v. John Baxter; Dires LLC; Scott Stenzel; and Craig Miller and Digi Craft Agency and Direct Commerce. District of Minnesota. Survey and expert report for evidence of secondary meaning. [Expert Report: May 20, 2015. Deposition: June 16, 2015. Trial testimony: October 9, 2017.]

In the Matter of Certain Footwear Products. United States International Trade Commission, Washington DC. Survey to evaluate secondary meaning associated with footwear. [Expert Report: April 17, 2015. Rebuttal Report: May 13, 2015. Deposition: May 19, 2015. Testimony before the International Trade Commission: August 6, 2015.]

Circle Click Media LLC, Metro Talent LLC, and CTNY Insurance Group v. Regus Management Group, LLC, Regus Business Centre LLC, Regus PLC and HQ Global Workplaces LLC.* Northern District of California. Survey of business consumers used to address class certification and false advertising claims. [Expert Report: April 1, 2015. Deposition: May 6, 2015.]

In re Determination of Royalty Rates and Terms for Ephemeral Recording and Digital Performance of Sound Recordings. Before the United States Copyright Board. Survey and Expert Report on consumer substitution of various music listening options. [Expert Report: February 24, 2015. Deposition: March 27, 2015. Hearing Testimony: May 29, 2015.]

Larry Butler, Joseph Leonard, Kevin Barnes, Victor Matos, Alfred Blair, and Martin Champion, Individually and On Behalf of All Others Similarly Situated* v. Sears, Roebuck and CO. Northern District of Illinois – Eastern Division. Surveys, statistical analysis and Expert Report on issues of experienced rates and consumer preference for machines with product defects. [Expert Report: February 2, 2015.]

* Retaining party

Sarah Butler

## Publications and Presentations

"A tale of two cups: Acquired distinctiveness and survey evidence before the TTAB." (May-June 2020), with Healey Whitsett. *The Trademark Reporter.*

"Survey response bias and the 'privacy paradox': Evidence from a discrete choice experiment." (May, 2020), with Garrett Glasgow in *Applied Economics Letters.* DOI: 10.1080/13504851.2020.1770183.

NAD Panel – "Consumer Perception Survey Design Safeguards & Pitfalls." National Advertising Division Annual Meeting, New York, NY (September, 2019).

INTA Panel – "Surveys in the Brave New World: Designing and Using Survey Evidence in the Age of Online Shopping, Influencers and Hashtags." Annual Meeting, Boston MA (May, 2019).

"The value of non-personally identifiable information to consumers of online services: evidence from a discrete choice experiment," (2016) with Garrett Glasgow in *Applied Economics Letters*, DOI: 10.1080/13504851.2016.1197357.

"Using Survey Methods to Demonstrate the Value of Personal Information and Privacy" (May 2015) *Panel on Privacy, Security and IRBs – American Association for Public Opinion Research,* Annual Meeting, Hollywood Florida.

"Battle of the Experts—Deploying the Proper Scientific Methodology for Supporting or Challenging Claims" (March 13, 2015) invited panelist at the *Advanced Forum on Resolving & Litigating Advertising Disputes.*

"Effective Use of Surveys in Trademark Litigation," (August, 2014) *Knowledge Group Webinar.*

"The Use of Statistical Sampling Post-Duran," (August, 2014) *Law360.*

"The Value of Personal Information to Consumers of Online Services: Evidence from a Discrete Choice Experiment," (June 19, 2014). *National Economic Research, Inc.*

"An assessment of the nonmarket benefits of the Water Framework Directive for households in England and Wales," with Metcalfe, Baker, Andrews, Atkinson, Bateman, Carson, East, Gueron, Sheldon and Train in *Water Resources Research,* 48:W10516. (Paper awarded Editor's Choice Award for 2013).

ABA Webinar "The Use of Surveys in Advertising Substantiation" (June 23, 2011).

"Meeting the New Standards for Reasonable Royalties," (February, 2011) with Mario Lopez. *Law360.*

"Survey Evidence in False Advertising Cases," (Winter, 2010). *The Antritrust Trial Practice Newsletter.*

"The Use of Surveys in Litigation: Recent Trends," (April, 2010) with Kent Van Liere. National Economic Research Associates, Inc.

"Emerging Issues in the Use of Surveys in Trademark Infringement on the Web," with Kent Van Liere. Paper published in the *Advanced Trademark & Advertising Law Conference* proceedings, September 2007, Seattle, WA.

"An Analysis of the Hypothetical Situations in Willingness to Pay Studies." Paper presented at the July 2006 Thematic Seminar "Quality Criteria in Survey Research," hosted by World Association for Public Opinion Research, Lake Como, Italy.

"Use of Surveys in Intellectual Property Disputes," (2005) with Eugene P. Ericksen, in *Economic Approaches to Intellectual Property Policy, Litigation and Management Issues,* Gregory K. Leonard and Lauren J. Stiroh (eds.) National Economic Research Associates, Inc.

"Response Rate Standards: Lessons from the 2004 Presidential Polls." Paper presented at the 2005 Annual Meeting of American Association of Public Opinion Research, Miami Beach, FL.

"Using Surveys to Determine Damages in Patent Infringement Cases" presented at *Calculating and Proving Patent Damages* workshop, March 2004 Charlotte, NC.

"Using Surveys to Determine Damages in Patent Infringement Cases" presented at *Calculating and Proving Patent Damages* workshop, January 2004 San Diego, CA.

"Using Surveys to Determine Damages in Patent Infringement Cases" presented at *Calculating and Proving Patent Damages* workshop, June 2003, McLean, VA.

## Professional Associations

Member, American Association of Public Opinion Research and World Association for Public Opinion Research, Member, American Statistical Association, Member, American Bar Association, Intellectual Property Section, Member, International Trademark Association (INTA), Reviewer for *Trademark Reporter*, Member, American Marketing Association.

# Exhibit B

Exhibit 6
Page 550

**Exhibit B**

**Materials Considered**

**Court Documents**

- Complaint and Demand for Jury Trial, *Thrive Natural Care, Inc., v. Le-Vel Brands, LLC*, United States District Court Central District of California, Case No. 2:21-cv-2022, dated March 4, 2021.

- Plaintiff's Opening Brief in Support of Motion for Preliminary Injunction, *Thrive Natural Care, Inc., v. Le-Vel Brands, LLC*, United States District Court Central District of California, Case No. 2:21-cv-2022-DOC-KES, dated March 5, 2021.

**Expert Reports and Declarations**

- Expert Report of Rob Wallace in the Matter of Thrive Natural Care, Inc. v. Le-Vel Brands, LLC., dated March 2, 2021.

- Declaration of Drew S. Hoffman, *Thrive Natural Care, Inc., v. Le-Vel Brands, LLC*, United States District Court Central District of California, Case No. 2:21-cv-2022, dated March 22, 2021.

**Survey Literature**

- Diamond, S. S. (2011). "Reference Guide on Survey Research," *Reference Manual on Scientific Evidence*, Committee on the Development of the Third Edition of the Reference Manual on Scientific Evidence; Federal Judicial Center; National Research Council, pp. 395-420.

- Edwards, G. K. (2012). "The Daubert Revolution and Lanham Act Surveys," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, Diamond, S. S. & Swann, J. B., American Bar Association, pp. 346-347.

- Simonson, I. & Kivetz, R. (2012). "Demand Effects in Likelihood of Confusion Surveys," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, Diamond, S. S. & Swann, J. B., American Bar Association, p. 251.

- Swann, J. B. (2012). "Likelihood of Confusion," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design,* Diamond, S. S. & Swann, J. B., American Bar Association, p. 54.

**Websites**

- https://le-vel.com/

- https://le-vel.com/Products/THRIVE/Skin

1

Exhibit 6
Page 551

- https://thrivecare.co/

- https://thrivevitamin.le-vel.com/Shop

Exhibit 6
Page 552

2

# Exhibit C

Exhibit 6
Page 553



Exhibit 6
Page 554



THRIVE SKIN

# INFINITE CBD CORRECTING SERUM

Enriched with CBD Oil

A balance of nature, science and CBD innovation, working harmoniously to provide a luxurious high performance Facial Serum. Excellent for all skin types, this proprietary Serum helps reduce the negative results of oxidative stress (such as redness, fine lines, and skin roughness), increases moisture and reduces the appearance of lines and wrinkles.

Powerful soothing and calming antioxidant

Supports collagen production & surface cell turnover

Helps reduce negative results of oxidative stress, such as redness, fine lines, and skin roughness

Increases moisture and reduces the appearance of lines and wrinkles

SYSTEM OVERVIEW
ENZYME PEEL
CORRECTING SERUM
MOISTURIZING ELIXIR

DETOX PURIFYING BAR
CHARCOAL ACTIVATED MASK
HAND AND FOOT CREAM
SKIN AND HAIR PEPTIDE GEL
DETOX BODY SCRUB



+ These statements have not been evaluated by the Food and Drug Administration. This product is not intended to cure or prevent any disease. Keep out of reach of children. Not suitable for individuals under 18 years of age. If you are pregnant or breastfeeding consult a doctor before using this product. If you are taking any medication, or have any type of medical issue, consult with a doctor before using this product.

Exhibit 6
Page 555

 The Brand ▾   THRIVE ▾   Achievements   Customer   Cloud Office        🛒 0



## Customer Login

Username

Password

**Login**

Forgot Password? | Promoter Login

This login form is for **Customers Only**. Promoters can Login here.



Don't have an account yet?

Becoming a Le-Vel Customer is free and easy!

**Get Started**

   Terms   Contact

  

English Español

©2021 LE-VEL — The trademarks appearing throughout this site belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.

Exhibit 6
Page 556





# Find a Le-Vel Promoter

To order THRIVE products, we'll connect you with a Le-Vel Promoter first.

Start with selecting your country:

Australia                     Canada

United Kingdom                New Zealand

United States                 Brunei Darussalam

Hong Kong                     Indonesia

Malaysia                      Philippines

Singapore                     Thailand

Viet Nam

   Terms   Contact

  

English Español

©2021 LE-VEL — The trademarks appearing throughout this site belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.

Exhibit 6
Page 557



Exhibit 6
Page 558

Find a Le-Vel Promoter



CONGRATULATIONS! Your promoter is ███████
Please create your Customer account below.

Become a customer...

First Name

Last Name

Phone Number

Instagram Username

Facebook Username

Email Address

Choose Username

Password

Confirm Password

Back    Create Customer Account

Le-Vel    Terms   Contact

©2021 LE-VEL — The trademarks appearing throughout this site belong to Le-Vel Brands, LLC and are registered, pending registration, or protected
by common law rights or otherwise are used with the permission of others or constitute fair use.

Exhibit 6
Page 559

Welcome! Your Account Created.                                     ✕

**Welcome Test!** We are so glad you're here. You've just joined millions around the globe who are THRIVING. Bettye Shelton, a Le-Vel Brand Promoter, should be reaching out shortly to answer any questions you have regarding the company and our award winning products.

**In the meantime,** don't wait to start the THRIVE Experience. Here are two great options just for you:

**2-WEEK** THRIVE Experience / **$100**

Get ready for an amazing two weeks of filling your nutritional gaps and getting your health on track! The THRIVE Experience was designed for nutritional support, weight management, appetite management support, lean muscle support, mental acuity, joint support and more.

**ENOUGH THRIVE FOR 2 WEEKS**

Learn more about the THRIVE Experience



ORDER NOW

**4-WEEK** THRIVE Experience / **$150**

You deserve it! Commit to self care with a full month of the THRIVE Experience. Designed for nutritional support, weight management, appetite management support, lean muscle support, mental acuity, joint support and more, the THRIVE Experience will make you look and feel like never before.

**ENOUGH THRIVE FOR 4 WEEKS**

Learn more about the THRIVE Experience



$44 IN FREE

ORDER NOW



WHAT IS **THRIVE?**



Le-Vel     Terms  Contact                                    f  ⌄  ◉  ▢

English Español

©2015 LE-VEL — The trademarks appearing throughout this site belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise and used with the permission of others or constitute fair use.

Exhibit 6

Page 560





Exhibit 6

Page 561



Exhibit 6

Page 562



Exhibit 6

Page 563

# **EXHIBIT 7**



APPLY A QUARTER-SIZED AMOUNT
OR ENOUGH TO COVER FACE AND NECK

Powerful soothing and calming antioxidant

Supports collagen production & surface cell turnover

Helps reduce negative results of oxidative stress, such as redness, fine lines, and skin roughness

Increases moisture and reduces the appearance of lines and wrinkles

## THRIVE SKIN
# INFINITE CBD CORRECTING SERUM

Enriched with CBD Oil

A balance of nature, science and CBD innovation, working harmoniously to provide a luxurious high performance Facial Serum. Excellent for all skin types, this proprietary Serum helps reduce the negative results of oxidative stress (such as redness, fine lines, and skin roughness), increases moisture and reduces the appearance of lines and wrinkles.

SYSTEM OVERVIEW
ENZYME PEEL
CORRECTING SERUM
MOISTURIZING ELIXIR

DETOX PURIFYING BAR
CHARCOAL ACTIVATED MASK
HAND AND FOOT CREAM
SKIN AND HAIR PEPTIDE GEL
DETOX BODY SCRUB



THRIVE SKIN PRODUCT PDF
INFINITE CBD
CORRECTING SERUM



SHOP FOR THRIVE

THE FOUNDATION OF
THE THRIVE EXPERIENCE

THRIVE | M
THRIVE | W
THRIVE | MIX
THRIVE | DFT

THRIVE PLUS PRODUCTS
FOR EVEN GREATER RESULTS

 SPT HEAT
 SPT CHILL
 DFT TAC
 BIOTIC
 THIRST
 TREAT MEAL
DFT RECHARGE
 DFT ULTRA



BLACK LABEL

WHITE LABEL

DUO BURN

ACTIVATE

BOOST

BALANCE

SGT MOVE

SGT REST

SGT FORM

PURE

EXPAND

CAFÉ

PRO

THRIVE FIT

DRIED BEEF BITES

BLAST

SCULPT

RESTORE

+ These statements have not been evaluated by the Food and Drug Administration. This product is not intended to cure or prevent any disease. Keep of out reach of children. Not suitable for individuals under 18 years of age. If you are pregnant or breastfeeding consult a doctor before using this product. If you are taking any medication, or have any type of medical issue, consult a doctor before using this product.



Terms   Contact

English Español

©2021 LE-VEL — The trademarks appearing throughout this site belong to Le-Vel Brands, LLC and are registered, pending application, or protected by common law rights or are used with the permission of others or constitute fair use.