# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| THRIVE NATURAL CARE, INC.<br><br>　　Plaintiff and Counterclaim Defendant,<br><br>　　v.<br><br>LE-VEL BRANDS, LLC,<br><br>　　Defendant and Counterclaim Plaintiff. | Case No. 2:21-cv-2022-DOC-KES<br><br>**[PROPOSED] ORDER GRANTING LE-VEL'S *DAUBERT* MOTION TO EXCLUDE SURVEY AND TESTIMONY OF ROBERT E. WALLACE**<br><br>Judge: Hon. David O. Carter<br>Crtrm.: 10A |

## ORDER

This Court has read and considered Defendant and Counterclaim Plaintiff Le-Vel Brands, LLC 's ("Le-Vel") *Daubert* Motion to Exclude Survey and Testimony of Robert E. Wallace.

IT IS HEREBY ORDERED that Le-Vel's *Daubert* Motion to Exclude Survey and Testimony of Robert E. Wallace is GRANTED. Plaintiff and Counterclaim Defendant Thrive Natural Care, Inc. ("TNC") is hereby precluded from presenting at trial or relying upon the May 6, 2022 Opening Expert Report of Rob Wallace and the opinions contained therein. TNC is further precluded from offering any testimony from Robert E. Wallace at trial.

**IT IS SO ORDERED**.

Dated: _____

_____
Hon. David O. Carter
United States District Judge