1    Stephen McArthur (SBN 277712)
     stephen@smcarthurlaw.com
2    Thomas Dietrich (SBN 254282)
     tom@smcarthurlaw.com
3    THE MCARTHUR LAW FIRM, P.C.
     9465 Wilshire Blvd., Ste. 300
4    Beverly Hills, CA 90212
     Telephone: (323) 639-4455
5
     *Attorneys for Plaintiff and Counterclaim*
6    *Defendant Thrive Natural Care, Inc.*

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   THRIVE NATURAL CARE, INC.,        Case No. 2:21-CV-02022-DOC-KES

12           Plaintiff and Counterclaim   **DECLARATION OF ROB
13           Defendant,                    WALLACE IN SUPPORT OF
                                           PLAINTIFF AND COUNTER-
14   v.                                    CLAIM DEFENDANT THRIVE
                                           NATURAL CARE, INC.'S MOTION
15   LE-VEL BRANDS, LLC,                   FOR PARTIAL SUMMARY
                                           JUDGMENT**
16           Defendant and Counterclaim
             Plaintiff.                   Hon. David O. Carter
17
                                          **Hearing Date**: July 25, 2022
18                                        **Time:** 8:30 a.m.
                                          **Courtroom:** 9D
19

20

21

22

23

24

25

26

27

28

1    I, ROB WALLACE, declare as follows:

2    1.    I make this Declaration in support of the motion for partial summary

3    judgment filed by Plaintiff and Counterclaim Defendant Thrive Natural Care, Inc.

4    ("TNC") in the action against Defendant and Counterclaim Plaintiff Le-Vel Brands,

5    LLC ("Le-Vel"). I am over 18 years of age. The matters set forth herein are of my

6    own personal knowledge if called upon to testify as to such matters, I could and

7    would do so.

8    2.    I am currently the Managing Partner of Best of Breed Branding

9    Consortium, an omni-channel branding consultancy that also focuses on all the

10   branding issues involved in this case. My relevant experience is described in detail

11   in the attached expert report and CV, but I will briefly summarize it here.

12   3.    Prior to my current position, I was the Managing Partner for more than

13   30 years of one of the branding industry's most respected brand identity strategy

14   and design firms, Wallace Church & Co., where I had specific and significant

15   experience with the skin care market. Based on this experience, I have highly

16   specialized knowledge of how marketers create and establish brands, how

17   consumers interpret brand messaging, how they develop awareness and perceptions

18   of brands and all the other marketing/branding issues in this case.

19   4.    In my career, I have been actively involved in hundreds of brand

20   naming, brand identity, brand messaging, product design, package design and web

21   development assignments for dozens of leading consumer product and service

22   companies. For example, my firm and I have developed brand messaging for such

23   companies as Coca-Cola, Procter & Gamble, PepsiCo, Pfizer, Nestle, Johnson &

24   Johnson, PNC Bank, Target and more than 100 additional national and global brand

25   owners.

26   5.    Of specific relevance to the products in question, I have been involved

27   in consulting for more than three dozen skin care and personal care brands such as

28   L'Oréal, Revlon, Dove, Jergens, Suave, St. Ives, Burt's Bees, and other skin care

DECLARATION OF ROB WALLACE
Case No. 2:22-CV-02022-DOC-KES

companies of equal caliber. That includes work relating to launching or optimizing these companies' skin care brands. In these assignments my team and I created the brand identities in the form of their graphic package design. We also provided strategic direction on their brand messaging that was then used to integrate advertising, social media, promotion and all other brand messaging.

6.     As another frequent part of these assignments, I participated in developing, fielding and/or analyzing well over one thousand consumer surveys and research projects. As a result, I have unique knowledge of how brand identity, package design and brand messaging affect consumer perceptions, how they shape consumer relationships with brands and how they drive consumer purchasing. I have had direct involvement in market research that confirms the consumer purchase decision process in the skin care product category.

7.     I served on the Board of Directors of The Design Management Institute, the largest global organization in the brand design and strategy industry, for 10 years. There I founded and co-chaired the Design Value Project, which focused on determining the return on investment of brand messaging and brand identity. As such I have been referred to as "the thought leader in quantifying brand design's value." I have delivered keynote presentations on this topic at more than 50 branding industry symposia across the US, Canada, Europe, Latin America and Asia. I have lectured at the graduate level of The Columbia School of Business, The SVA Masters in Branding Program, Georgetown University, University of Texas, Seton Hall and other educational institutions.

8.     My testimony and opinions have been accepted by and admitted in proceedings both before the U.S. District Courts and also the USPTO Trademark Trial and Appeal Board. I have served as an expert witness on more than 70 cases concerning intellectual property infringement, trademark and trade dress infringement, marketing research, false or deceptive advertising and brand messaging, and other marketing/branding industry issues. In such capacity I have

DECLARATION OF ROB WALLACE
Case No. 2:22-CV-02022-DOC-KES

1  designed and conducted court-compliant surveys for many of these cases. I have

2  been deposed and/or testified in court as an expert witness more than 30 times.

3      9.      Attached to this declaration as <u>Exhibit 1</u> is a true and correct copy of

4  my Opening Expert Report that I prepared for this case.[1]

5      10.     Attached to this declaration as <u>Exhibit 2</u> is a true and correct copy of

6  my Rebuttal Expert Report that I prepared for this case

7      11.     To summarize the findings of the consumer survey I conducted, the

8  findings showed a **net confusion of 55.6%** between the Plaintiff's "Thrive"

9  product the Defendant's "Thrive Skin" product, after being corrected for the

10  average level of confusion observed between the Plaintiff's product and the two

11  control brands, which did not utilize the "Thrive" name. It is my conclusion that

12  there is significant actual confusion between the Plaintiff's "Thrive" brand and the

13  Defendant's "Thrive Skin" brand.

14      12.     My findings and analysis are described in much greater detail in my

15  attached expert reports.

16      13.     The information contained in my expert reports is true and correct, and

17  if called to testify under oath on such matters I could and would testify consistent

18  with my opinions and conclusions contained therein.

19      I declare under penalty of perjury that the foregoing is true and correct.

20      Executed on June 27, 2022, at New York, New York.

21

22  _____

    Rob Wallace

23

24

25

26

27

28

---

[1] Certain exhibits to my report that are not relevant to the Motion have been removed for brevity.

DECLARATION OF ROB WALLACE
Case No. 2:22-CV-02022-DOC-KES

# **<u>Exhibit 1</u>**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

THRIVE NATURAL CARE, INC.

       Plaintiff and Counterclaim
Defendant,

   v.

LE-VEL BRANDS, LLC,

       Defendant and Counterclaim
Plaintiff.

Case No. 2:21-cv-02022-DOC-KES

**OPENING EXPERT REPORT
OF ROB WALLACE**

**May 6, 2022**

CONFIDENTIAL

## I.    <u>Introduction</u>

1.    I was engaged by The McArthur Law Firm, P.C. of Beverly Hills, CA to provide my expert opinion in the matter of Thrive Natural Care, Inc. ("the Plaintiff") versus Le-Vel Brands, LLC., ("the Defendant"). More specifically, I was asked to conduct an empirical study designed to examine whether or not consumers, or potential consumers of skin care products who purchase such items on the Internet would be confused between "Thrive" branded skin care products manufactured by the Plaintiff and "Thrive Skin" branded skin care products manufactured by the Defendant. The Plaintiff's and Defendant's products are hereafter referred to as "the products in question."

2.    The methodology used in the consumer study involved the use of a "test" versus "control" experimental design where the products of two companies other than the Plaintiff's or Defendant's products served as controls. The use of two different control products (i.e., Wldkat and Ursa Major) served to extend the generalizability of the findings. That is, examining the degree to which two different "control" skin care products are confused with the Plaintiff's products allows stronger validity and reliability in the test method. This is because the degree to which two other brands are confused with the Plaintiff's "Thrive" products can be compared to the degree to which the Defendant's "Thrive Skin" products are confused with the Plaintiff's products to derive a measure of the relative degree of confusion between the two brands.

3.    The results of this survey are outlined in Appendix 1 of this report and attached as separate documents to this report. The findings of the study show a **degree of average net confusion of 55.6%** between the Plaintiff's "Thrive" products and the Defendant's "Thrive Skin" products, after being corrected for the average level of confusion observed between the Plaintiff's products and the two

CONFIDENTIAL

control brands.

4.      I was also asked to provide my expert opinions from a branding industry perspective on the issues in this matter, specifically if the Plaintiff followed all branding industry practices in properly marketing and promoting its Thrive® brand and if the Defendant properly promoted and proliferated its products in question.

5.      My opinions consider the information provided to me, the survey findings, and my over 35 years of brand identity and brand valuation experience for a large number of consumer brands.

6.      This report constitutes my findings after review of the materials provided to me. I reserve the right to supplement my opinions based any additional information that would affect the outcome of my work or provide greater insight into the matters examined.


**II.      <u>Summary of Opinions</u>**

7.      Based on my thorough study of the matter, including the results of a court-compliant survey, it is my conclusion that there is significant actual confusion by consumers confusing the Plaintiff's well-established "Thrive" brand with the Defendant's "Thrive Skin" brand.

8.      Further, it is my opinion that the Plaintiff has strongly enforced its THRIVE mark, the products in question are the same or closely related types of goods, there are overlapping marketing channels for the parties' skin care products, and purchasers of the products in question exercise a relatively low degree of consumer care.

CONFIDENTIAL

### III.    Summary of Qualifications

9.      I was the Managing Partner for more than 30 years of one of the branding industry's most respected brand identity strategy and design firms, Wallace Church & Co., where I had specific and significant experience with the skin care market. I am currently the Managing Partner of Best of Breed Branding Consortium, an omni-channel branding consultancy that also focuses on all the branding issues involved in this case.

10.     Based on this experience, I have highly specialized knowledge of how marketers create and establish brands, how consumers interpret brand messaging, how they develop awareness and perceptions of brands and all the other marketing/branding issues in this case.

11.     As outlined in my Curriculum Vitae, in Appendix 3 of this report, I have been actively involved in hundreds of brand naming, brand identity, brand messaging, product design, package design and web development assignments for dozens of leading consumer product and service companies. For example, my firm and I have developing brand messaging for such companies as Coca-Cola, Procter & Gamble, PepsiCo, Pfizer, Nestle, Johnson & Johnson, PNC Bank, Target and more than 100 additional national and global brand owners.

12.     Of specific relevance to the products in question, I have been involved in consulting for more than three dozen skin care and personal care brands such as L'Oréal, Revlon, Dove, Jergens, Suave, St. Ives, Burt's Bees, and other skin care companies of equal caliber. That includes work relating to launching or optimizing these companies' skin care brands. In these assignments my team and I created the brand identities in the form of their graphic package design. We also provided strategic direction on their brand messaging that was then used to integrate advertising, social media, promotion and all other brand messaging.

3

CONFIDENTIAL

13.    As another frequent part of these assignments, I participated in developing, fielding and/or analyzing well over one thousand consumer surveys and research projects. As a result, I have unique knowledge of how brand identity, package design and brand messaging affect consumer perceptions, how they shape consumer relationships with brands and how they drive consumer purchasing. I have had direct involvement in market research that confirms the consumer purchase decision process in the skin care product category.

14.    I served on the Board of Directors of The Design Management Institute, the largest global organization in the brand design and strategy industry, for 10 years. There I founded and co-chaired the Design Value Project, which focused on determining the return on investment of brand messaging and brand identity. As such I have been referred to as "the thought leader in quantifying brand design's value." I have delivered keynote presentations on this topic at more than 50 branding industry symposia across the US, Canada, Europe, Latin America and Asia. I have lectured at the graduate level of The Columbia School of Business, The SVA Masters in Branding Program, Georgetown University, University of Texas, Seton Hall and other educational institutions. My full Curriculum Vitae is attached in Appendix 3 of this report.

## IV.    **Investigation Performed**

15.    I have received and reviewed the documents outlined in Appendix 2 of this report. I also designed, oversaw the implementation and analyzed the results of a consumer survey outlined in Appendix 1 of this report.

CONFIDENTIAL

## V.    <u>Compensation</u>

16.    I am being compensated in connection with my engagement in this proceeding at the rate of $400 per hour for report writing and $500 per hour for deposition and trial testimony. I have received no additional compensation for my work in this proceeding. My compensation is in no way dependent upon the outcome of this proceeding.

## VI.    <u>Previous Testimony and Expert Opinions</u>

17.    My testimony and opinions have been accepted by and admitted in proceedings both before the U.S. District Courts and also the USPTO Trademark Trial and Appeal Board (also known as the "TTAB"). I have served as an expert witness on more than 70 cases concerning intellectual property infringement, trademark and trade dress infringement, marketing research, false or deceptive advertising and brand messaging, and other marketing/branding industry issues. In such capacity I have designed and conducted court-compliant surveys for many of these cases. I have been deposed and/or testified in court as an expert witness more than 30 times. My substantial experience in branding, marketing and survey development provides me with the background necessary to prepare and analyze the survey described in this declaration. A listing of my recent legal expert witness cases is attached as Appendix 4 of this report.

## VII.    <u>Summary of the Case</u>

### A.    **The Plaintiff registered its THRIVE trademark years before the Defendant launched its Thrive Skin products.**

18.    I understand Plaintiff created its Thrive brand of skin care products in or about 2012-2013, applied for federal trademark protection of the mark THRIVE on September 11, 2012, and in January of 2014 the first of two federal trademarks

CONFIDENTIAL

was registered under U.S. Trademark Reg. No. 4,467,942 for THRIVE in International Class 003 for "Non-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams."[1]

19.     In September of 2020, the Plaintiff received an additional registration, U.S. Trademark Reg. No. 6,164,303 for the additional products of "Body and non-medicated soaps and skin cleansing gels; cosmetic sun care preparations and sunscreens; shaving creams and gels; pre-shaving preparations; after shave lotions and creams."[2] This registration issued from an application filed by the Plaintiff on May 2, 2016.

20.     To my knowledge the Defendant began publicly using the term "Thrive Skin" for the products in question on or about April 30, 2019, when the Defendant first launched a line of Thrive Skin products.[3] The Defendant's first use on skin care products occurred more than five years after the Plaintiff had registered the first of its THRIVE trademarks.

21.     In my view the Defendant's products in question are targeted to the same relevant consumer and directly compete in the same class of trade with the Plaintiff's products. The products are identical in nature. The Plaintiff sells face wash, body scrub, face lotion, body soap, and moisturizer under its "Thrive" brand.[4] The Defendant sells the exact same types of products under its "Thrive Skin" brand.[5] In addition, both the Plaintiff and the Defendant target the same broad

---

[1] ThriveLeVel_0000500-01; Trial Declaration of Alex McIntosh ¶¶ 16-30
[2] ThriveLeVel_0000495-96
[3] LE-VEL00020561; ThriveLevel_0001248-50
[4] Review of the Plaintiff's website, www.thrivecare.co; ThriveLevel_0001841-42; ThriveLevel_0002054-61; ThriveLevel_0002062-70
[5] Review of the Defendant's Thrive Skin product pages at https://le-vel.com/Products/THRIVE/Skin; LE-VEL00020155-56; LE-VEL00020169-86; LE-

CONFIDENTIAL

consumer audience with their products. While the Plaintiff began in 2013 with a focus on male customers, I am informed that it quickly expanded the scope of its sales efforts and that the Plaintiff has sold a substantial majority of its Thrive skin care products to female customers since at least 2016 if not earlier.[6] Relatedly, I understand that the Defendant developed its packaging and products to have a unisex appeal and sells its Thrive Skin products to both men and women.[7]

22.    I note that both parties market their skin care products as containing functional plant derivatives, with the Plaintiff's packaging referring to "powerful plants" and the Defendant's packaging referring to the product being "[e]nriched with CBD Oil." The parties both advertise on-line and on the same social media sites such as Instagram and Facebook.[8] They both sell their skin care products through their online stores.[9] Their websites appear near or adjacent to each other in Google search results for relevant terms such as "thrive skincare," and their products can be found together on eBay, as illustrated below, and on other third party sales sites like Google Shopping.[10]

---

VEL00020449-50; LE-VEL00020453-54; ThriveLevel_0001847-49; ThriveLevel_0002448-59; ThriveLevel_0003912

[6] ThriveLevel_0003280-84; ThriveLevel_0003909 and attachment; Trial Declaration of Alex McIntosh ¶¶ 43-52

[7] LE-VEL00023267 (Le-Vel cofounder Jason Camper stating "First product or two needs to be a unisex product.")

[8] https://www.instagram.com/thrivenaturalcare/; https://www.instagram.com/le_velofficial/;

[9] www.thrivecare.co; https://le-vel.com/Products/THRIVE/Skin;

https://www.facebook.com/thrivenaturalcare/; https://www.facebook.com/LevelBrands

[10] ThriveLevel_0003354-55; ThriveLevel_0003356-61; ThriveLevel_0003362-65; ThriveLevel_0003366-73

CONFIDENTIAL



23.     Based on these facts, it is my opinion that these products provide the same consumer benefit, they are positioned to and targeted at the same consumer, and they directly compete with one another for sales and recognition.

**B.     The Plaintiff followed branding industry accepted practices in establishing and building the recognition of its Thrive® brand.**

24.     From an analysis of the Plaintiff's branding practices as outlined in the documents reviewed, I find that the Plaintiff has adhered to marketing industry-accepted practices[11] in establishing, promoting and protecting its Thrive® brand.

---

[11] Demonstrating the Value of Marketing, Dominique M. Hanssens, Koen H. Pauwels, Journal of Marketing, American Marketing Association, 2016

8

CONFIDENTIAL

25.    Since the time of its creation, the Plaintiff has used its "Thrive" trademark consistently in all of its brand communications including on product packaging, promotional material and on the Plaintiff's website. The brand name has never varied from its trademarked term. The Plaintiff has invested a substantial amount of money, time and resources into promoting its Thrive® brand.[12] The Plaintiff has communicated its unique brand via marketing agencies, public relations firms, social media such as Instagram and Facebook, and through the company's website blog and online articles.[13] As outlined in the complaint and in more detail below, the brand has been promoted through numerous media channels. As a result of these efforts, the Plaintiff has secured partnerships with retailers such as Amazon and Whole Foods to sell Thrive skin care products. The Plaintiff currently generates over $1 million in annual sales.[14]

26.    Further, the Plaintiff has achieved significant media attention in major outlets such as Vogue and USA Today, among others.[15] Based on my expertise in the skin care category, all of these accomplishments prove the success of the Plaintiff's Thrive® brand.

## VIII.  **Survey Design**

27.    In order to form and substantiate an opinion on the likelihood that the relevant consuming public might confuse the products in question, I conducted a court-compliant survey. The design and results of the survey conducted for this report are discussed in detail in the following pages. Please see the full survey and its tabulated results and raw data in Appendix 1 and the additional documents filed

---

[12] ThriveLevel_0000939; ThriveLevel_0000949; ThriveLevel_0003289; Trial Declaration of Alex McIntosh ¶¶ 54-62
[13] Trial Declaration of Alex McIntosh ¶¶ 54-62
[14] ThriveLevel_0003294; Trial Declaration of Alex McIntosh ¶¶ 55-56
[15] ThriveLeVel_0001229; Trial Declaration of Alex McIntosh ¶¶ 54-62

CONFIDENTIAL

with this report. The survey was conducted between February 8 and 20, 2021.

28.    The empirical study was designed to measure confusion between the Plaintiff's Thrive products and the Defendant's Thrive Skin products, inclusive of source and association or connection. Overall confusion was measured by adding these two empirical estimates together while subtracting the average of two controls that examined confusion between the Plaintiff's products and products (controls) that were not the focus of this dispute. The approach required two separate events to occur before a given individual could be classified as confused. First, the individual respondent had to indicate that either they believed that (1) the products came from the same manufacturer; or respectively that (2) they came from two different manufacturers who had some association or connection with one another.

29.    I designed the survey screener and questionnaire. The survey was conducted under my direction in accordance with the principles and standards delineated in the Manual for Complex Litigation, Fourth Edition, 2004, prepared for the Federal Judicial Center. These principles provide the best assurance that the data collected is valid and can be relied upon to draw conclusions regarding consumer opinions. These principles provide that:

   a) The proper universe(s) should be properly chosen and defined;
   b) The sample of respondents chosen from the proper universe should be representative of that population;
   c) The questions asked should be clear and not leading;
   d) The data gathered should be accurately reported;
   e) The data should be analyzed in accordance with accepted statistical principles;
   f) The surveys should be conducted by qualified persons following proper interview procedures;
   g) The surveys should be conducted in anticipation of litigation and by persons not connected with the parties or counsel or by persons aware

CONFIDENTIAL

of its purpose in the litigation.[16]

30.    The survey is based on the "*Squirt* methodology"[17] found acceptable by the Ninth Circuit and designed to conform to the survey design preference of the Patent and Trademark Office Trademark Trial and Appeal Board. This survey format seeks to "replicate the consumer experience." It allows the consumer to see examples of both products in question as they appear for sale on their own websites concurrently – and among a line-up of additional control products – as if these consumers were able to engage both products in question during the same purchase experience, which is the case here.

31.    I concluded the *Squirt* methodology is appropriate because, based on the available evidence, the parties' products in question or links to those products commonly appear side-by-side or sequentially to consumers. I understand from the CEO of the Plaintiff, Alex McIntosh, that the Plaintiff sells 95% of its skin care products online.[18] The Defendant has stated it sells 100% of its skin care products online.[19] Both the Plaintiff and Defendant sell the products directly to consumers on their websites: https://thrivecare.co/products/restoring-face-balm-for-sensitive-skin and https://le-vel.com/Products/THRIVE/Skin.

32.    I have reviewed online search results that demonstrate that links to the Defendant's webpage for Thrive Skin skin care products frequently appears at the top of on-line searches for terms relating to the Plaintiff's Thrive skin care products such as "thrive skin," "thrive skincare," "thrive skin men," and "thrive lotion".[20] A consumer shopping for skin care products online would very commonly see one or

---

[16] Reference Manual on Scientific Evidence, Third Edition West Group, St. Paul, MN, 2011
[17] *Squirtco v. Seven-Up Co.*, 628 F.2d 1086 (8th Cir. 1980)
[18] Trial Declaration of Alex McIntosh ¶ 40
[19] Deposition of Drew Hoffman at 22:14-20
[20] ThriveLevel_0003354-55; ThriveLevel_0003356-61; ThriveLevel_0003362-65; ThriveLevel_0003366-73

CONFIDENTIAL

several links to the Defendant's skin care products in line with and just above a link to the Plaintiff's skin care products. Consumers frequently open related links in separate browser tabs and in so doing could engage with both the Plaintiff's and the Defendant's products in question adjacent to one another. In addition, consumers shopping on eBay or searching for products on Google Shopping would commonly encounter both products in question adjacent to one another, as illustrated in the image following paragraph 22 of this report and other documents produced in this case. This evidence indicates that a consumer searching for Plaintiff's "Thrive" skin care products would commonly be presented with images of both parties' skin care products and/or links to both parties' websites and purchase portals. Even a consumer who conducted a more targeted search for the Plaintiff's company name and men's products from the Plaintiff would be likely to be presented with a link to the Defendant's skin care products page.

33.    Consumers very commonly look for products via online search, whether they hear about products from a friend, an ad, or media coverage. A consumer searching online for the Plaintiff or the Plaintiff's "Thrive" skin care products is likely to use terms such as "Thrive skincare" and "Thrive skin". The fact that Defendant's skin care products appear together with Plaintiff's "Thrive" skin care products in searches for "Thrive" and skin care-related terms, and even for Plaintiff's company name and for men's products, creates a high likelihood that consumers will see the parties' products together when they are searching online for "Thrive" skin care products. These facts support my decision to use the *Squirt* methodology for the consumer survey at issue here.

34.    The sample selection, questions, questionnaire design, and interviewing procedures employed in the surveys are designed in accordance with the generally accepted standards and procedures to meet the criteria for survey

12

CONFIDENTIAL

trustworthiness detailed in the Manual for Complex Litigation.[21] This includes the choice of close-ended answers in the screener so as not to bias the respondent or make them aware of the screener criteria.

35.     This test includes primary and control questions where the alleged infringing material is eliminated so as to determine the level of confusion specifically caused by the alleged infringing brand and to extract any predetermined perceptions, or what the survey industry refers to as "survey noise." As mentioned, all respondents saw the products in question in a lineup of four products including two control products, which are manufactured and sold by unrelated third parties. All four products, the two products in question and the two control products, were then analyzed in comparison to one another. All stimuli was randomized to prevent order bias.

### A.     Proper Qualifying Universe

36.     Addressing operational issues, the Reference Manual on Scientific Evidence, Third Edition West Group, St. Paul, MN, 2011 ("Reference Manual"), prepared for the Federal Judicial Center, states on page 376, "One of the first steps in designing a survey or in deciding whether an existing survey is relevant is to identify the target population (or universe). The target population consists of all elements (i.e., objects, individuals, or other social units) whose characteristics or perceptions the survey is intended to represent."[22]

37.     Given the products at issue, I determined that the appropriate universe for this survey would be comprised of 600 men and women between 18 and 65 who (a) have purchased skin care products on the internet within the last 6 months, (b) plan to do so again within the next 6 months, (c) have used the Internet to search for

---

[21] Manual for Complex Litigation, Fourth Edition, 2004
[22] Reference Manual on Scientific Evidence, Third Edition West Group, St. Paul, MN, 2011

CONFIDENTIAL

products or services within the last month, (d) did not work in a related industry or have a close relative that did so, and (e) speak fluent English.

38.    I determined that that questions below were proper screening questions for this survey. The type in bold and parenthesis indicates direction on if these responses qualify the respondent to proceed with the survey. Respondents did not see these instructions. Please see the document listed in Appendix 1 for "screen grabs" of what the respondents actually saw.

*1. What is your age?*
- *18 or younger* **(Terminate interview)**
- *18-20*
- *21-29*
- *30-39*
- *40-49*
- *50-59*
- *60-65*
- *66 or older* **(Terminate interview)**

*2. In the last 6 months have you purchased skin care products for your own use?*
- *Yes* **(Proceed)**
- *No* **(Terminate interview)**

*3. In the past 6 months, where have you purchased skin care products? (check all that apply)*
- *Internet*
- *Beauty supply store*
- *Retail outlet*
- *Other*
**(Terminate if the user does not select Internet)**

*4. In the next 6 months do you plan to purchase skin care products for your own use?*
- *Yes* **(Proceed)**
- *No* **(Terminate interview)**

14

CONFIDENTIAL

*5. In the next 6 months, where do you plan to purchase skin care products? (check all that apply)*
- *Internet*
- *Beauty supply store*
- *Retail outlet*
- *Other*
- **(Terminate if the user does not select Internet)**

39.    A series of control questions were then asked of all participants so as not to bias their responses by thinking that this survey was only about skin care products. All responses to these control questions qualified the respondent to proceed with the survey.

*7. In the last 6 months, where did you purchased dental care products? (check all that apply)*
- *Internet*
- *Beauty supply store*
- *Retail outlet*
- *Other*

*8. In the next 6 months do you plan to purchase dental care products for your own use?*
- *Yes*
- *No*

*9. In the next 6 months, where do you plan to purchase dental care products? (check all that apply)*
- *Internet*
- *Beauty supply store*
- *Retail outlet*
- *Other*

40.    A final follow up question further confirmed that all qualified respondents had recently purchased products or services on the internet:

CONFIDENTIAL

*10. In the past month have you used the Internet to search for products or services?*
- *Yes **(Proceed)***
- *No **(Terminate interview)***

41.    Respondents who were likely to have atypical knowledge of these brands or this industry were excluded, including individuals employed by an advertising agency, a consumer research firm, or a personal care product manufacturer, retailer, or distributor. Respondents whose family members were employed in these occupations were also excluded. Because the stimuli should be viewed at an appropriate size, anyone who was taking the survey on a tablet or a phone was disqualified and only those taking the survey on a laptop or desktop computer were permitted to proceed.

42.    Based on my experience and credentials as a survey expert, it is my opinion that the respondents meeting this survey's screening requirements are representative of the relevant consuming public for both the Plaintiff's and the Defendant's products.

### B.    Sample Size

43.    The Reference Guide to Survey Research states on page 377 that, "The surveyor's job generally is easier if a complete list of every eligible member of the population is available so that the sampling frame lists the identity of all members of the target population."[23] A sample drawn at random from such a list would be a true probability sample. A complete list of all members of the universe for this inquiry was obviously not available, which means that a true probability sample was not possible. That is, there does not exist an exhaustive list of every person over the age of 18 who meet all of the occupational screening requirements.

---

[23] Reference Guide on Survey Research, Shari Seidman Diamond, West Group, St. Paul, MN, 2011, pp 377

16

CONFIDENTIAL

44.    Therefore, a non-probability sample of 600 qualified respondents was used for the survey. Non-probability samples of this size are and have been used to make consequential academic and business decisions and are also accepted into evidence in courts throughout the country.

### C.    Interviewing Medium – On-Line Survey

45.    The Council of American Survey Research Organizations reported that in 2012 their members conducted more surveys via the Internet than by all other methods combined. As an example of its pervasiveness, Internet surveys were conducted 10 times more often than mall intercept surveys. The use of Internet surveys is thus "in accordance with generally accepted standards of procedure in the field."[24]

46.    The Internet was an especially appropriate interviewing medium for the inquiries in this survey because it required showing specific stimuli in a specific order to a representative sample of respondents meeting the screening requirements previously discussed. Additionally, and importantly: (a) personal interviews would have been prohibitively expensive, time consuming, and dangerous to perform during a worldwide pandemic, (b) telephone interviews would not have been possible because of the previously noted requirement to present visual stimuli, and (c) both the Plaintiff and Defendant use the Internet as a vehicle for advertising and promoting their products/services.

### D.    Sophistication of the Respondent Paneling and Survey Fielding Teams

47.    The survey was fielded by the internet survey firm, Illume, Inc. Illume is widely respected in the marketing research industry and has created hundreds of

---

[24] https://www.insightsassociation.org/issues-policies/glossary/council-american-survey-research-organisations-casro

CONFIDENTIAL

surveys that have been accepted by the courts and more than one thousand surveys
for the marketing and branding industries. Illume programmed the study using the
Sawtooth Software's Lighthouse Studio software suite as it does to program all of
its surveys. Sawtooth Software has been providing market research data collection
and analysis software since 1983. It uses IBM's SPSS software for data analysis.
SPSS has been widely used for over 50 years and recognized as the forerunner in
data analysis software. Illume also uses Sawtooth Software's web hosting services
for hosting all of their surveys. All surveys are secure using TLS 1.2, AES with 128
bit encryption (High); ECDH_P256 with 256 bit exchange, which ensures optimal
security.[25]

48.     Illume coordinated the respondent recruitment using the paneling firm
Innovate MR. Innovate MR recruited respondents from a diverse blend of channels
to ensure representativeness, including both online and offline publishers, social
networks like Facebook, web and SMS databases, advertising networks, and
television ad placement. They uses a dynamic profiling system that captures and
localizes data points based on geography and tracked respondent behavior
longitudinally using advanced algorithmic solutions designed to evaluate their
profile on an ongoing basis, which ensures accuracy and authenticity is
maintained.[26]

        **E.    "Double Blind" Protocol**

49.     Because of the way the questions were crafted and because at no time
were the parties' names or identities disclosed or revealed to Illume or Innovate
MR, neither the survey programmer nor the respondents knew the purpose of the
survey. That is, no question suggested the survey's sponsor or purpose. This

---

[25] http://www.illume-research.com/aboutus.html
[26] https://www.innovatemr.com/panels/consumer-panel/

CONFIDENTIAL

"double blind" protocol means that neither the programmer nor the respondents could intentionally or unintentionally influence the results.

50.    In my expert opinion, all seven of the standards delineated in the Manual for Complex Litigation, Fourth Edition, 2004[27] were observed in this survey. Furthermore, the following additional safeguards were observed:

a.  Respondents were told to view the stimuli as if they were considering buying it; that is, it was presented in a purchasing context.
b.  Respondents were told that it was permissible to have no opinion about a subject, and thus that they should not feel the need to guess at an answer.
c.  Persons who had potentially atypical knowledge because of their occupation were excluded from the survey.
d.  A control protocol was used to account for survey "noise."
e.  Finally, the survey was "double blinded": neither the survey company nor the respondents knew the sponsor or the purpose of the study; thus, neither could influence the results, if even unwittingly.

**F.    Qualifying Questions**

51.    The survey begins with a welcome statement that ensures the respondent that their responses will be kept confidential.

*"Welcome and thank you for agreeing to take part in our survey! Please be assured that all of your answers will be kept strictly confidential and are reported in aggregate only."*

52.    Possible respondents were then asked if they were taking the survey on a laptop of desktop computer, a tablet or a phone.  Because of the nature of the visual stimuli being analyzed, only those who were taking the survey on a desktop or laptop were qualified to proceed.

53.    Qualifying questions continued to ensure that all responses were genuine, honest and not aided by outside knowledge.

---

[27] Manual for Complex Litigation, Fourth Edition, 2004

CONFIDENTIAL

> *"Will you agree to answer the questions without help or assistance, answer truthfully and do not guess?*
> - *Yes*
> - *No*

Those who answered "No" were terminated from the interview and their responses were not tabulated in the results.

54.    Two qualifying questions ensured that the responses were wearing contacts or eyeglasses if they needed them:

> *"Do you need contacts or glasses for reading?"*
> - *Yes*
> - *No*

> *"If so, will you be wearing them when completing the survey?"*
> - *Yes*
> - *No*

Those who responded that they needed contacts or glasses but would not guarantee that they would be wearing them during the test were terminated from the survey and their responses were not tabulated in the results.

55.    Lastly, a final qualifying question further ensured the honesty of the responses and prevented guessing, acknowledging that it was appropriate to state that you don't know the answer rather than guess.

> *"Please understand that we are only interested in your opinions or beliefs; and if you don't have an opinion or belief or don't know the answer to a question, that is an acceptable answer. Do you agree not to guess or get information from anyone else, from the internet or any other source?"*
> - *Yes*
> - *No*

Those who answered "No" were terminated from the interview and their responses were not tabulated in the results.

CONFIDENTIAL

### G.    Likelihood of Confusion Questions

56.    Respondents were then provided with a lead-in statement encouraging respondents to view the following imagery as if they were shopping for the products shown, so as to best replicate the purchase experience.

> *You are about to see images of four products, each featured as you would see them when purchasing them.*

> *Please view the following images as if you were shopping for these products with the possible intent to purchase them. For the questions, if you do not have an opinion or are unsure of your opinion, it's perfectly all right to say so.*

After reading the text above, when respondents clicked on the "Continue" button, all 600 respondents were presented with the following images, consisting of screenshots of the product manufacturer's point of sale website, in random order to prevent order bias.

CONFIDENTIAL

## Image 1



Our Products ⌄    Regenerative Mission    Superplant Skincare    Our Skin Health Philosophy    Ingredients    Blog    Connect with Us



### SENSITIVE SKIN FACE BALM - STRESS DEFENSE - 2 FL. OZ. (60ML)

★★★★★ 9 reviews

$ 16.96

ADD TO CART

- Product Description
- Our Commitments

This natural moisturizer, along with Thrive's Sensitive Skin Face Wash, packs the perfect one-two punch to start your day. This balm delivers the same benefits as our regular Face Balm but was specially designed for Sensitive Skin, damaged from the daily stress and pollution of an active life, Thrives Restoring Face Balm helps hydrate, restore, and protect your face. Our natural formula is made with high-quality plant extracts with no added fragrance that make your skin look and feel healthier.






CONFIDENTIAL

## Image 2



CONFIDENTIAL

**Image 3**





URSA MAJOR

# Fortifying Face Balm

This moisturizer is matte, hydrating, and lightweight, but won't clog pores or create shine.

DEHYDRATION    BLACKHEADS    BREAKOUTS

**Good For**   Acneic, Combo, Normal, and Oily Skin Types

| 2.5 oz | Add To Bag — $36 |

This fast-absorbing balm is a weightless serum-like moisturizer —not at all what you might typically expect from a balm. It doesn't feel sticky or shiny in the slightest, and is a great layering product beneath sunscreen.

24

CONFIDENTIAL

## Image 4



CONFIDENTIAL

57.    Displaying these four images to respondents was followed by an additional screening question to ensure that respondents were paying full attention and taking the survey in earnest.

*What type of products were shown in the images you just reviewed?*
- *Detergent*
- *Shampoo*
- *Skin care products*
- *Pet food*
- *Don't know/no opinion*

Any responses that did not check skin care products were terminated from the survey.

58.    This attention-check question was followed by the primary statement:

*All of these products can be purchased online, but we are interested in who you believe makes each of these products, meaning their manufacturer or source.*

After reviewing this statement, images of two of the four products were then shown in a pair, adjacent to one another. This was repeated until each respondent had the opportunity to compare each of the four products to the other three products on a one-to-one basis. This allowed respondents to directly compare all four products to one another. These pairings of imagery were done in random order to prevent order bias. After each pair of images were shown, respondents were asked:

*Do you believe that these two products come from the same company/manufacturer/source?*
- *Yes, same company/manufacturer/source?*
- *No, different companies/manufacturers/sources?*
- *Not sure/ don't know*

59.    The survey then asked the open-ended question, "Why do you say

CONFIDENTIAL

that?" so as to get a better understanding of the rationale behind the respondent's earlier answer and to serve as a way of extracting survey noise or nonsensical answers.

60.    Those who answered "Different companies/manufacturers/sources" to the prior question were then asked a follow up question:

> *If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?*
> - *Yes, companies are affiliated, connected or associated*
> - *No, companies are not affiliated, connected or associated*
> - *Not sure/ don't know*

Again, this was followed by the open-ended question, "Why do you say that?" so as to get a better understanding of the rationale behind their earlier answer.

61.    These questions were followed by a written scenario and follow-up question, which was presented to the respondents as follows:

> *Please read the scenario below and answer the question that follows.*
>
> > *After ordering a skin care product, you receive an email with prominent text stating "Welcome to the Thrive Tribe". After ordering a second skincare product, you receive a second email with prominent text stating "Welcome to the Thrive Tribe".*
>
> *Based on these emails, do you believe that the two products you ordered are from the same company or companies that are affiliated, connected or associated or from different companies that are not affiliated, connected, or associated?*
> - *Yes, the products I ordered are from the same company or companies that are affiliated, connected, or associated*
> - *No, the products I ordered are from different companies that are not affiliated, connected, or associated*
> - *Not sure/ don't know*

This scenario is based on facts specific to the way the term "Thrive Tribe" is used

27

CONFIDENTIAL

by both the Plaintiff and the Defendant. At the time respondents received this scenario and question, they were not able to go back to prior questions they had already answered. This prevented respondents from revising their answers regarding the product images after they had received additional information about the "Thrive Tribe" usage.

62.    After having completed the product-specific questions, the respondent was provided with a request which directed them to enter the number 865 into the space below the request. This was yet another check for the integrity and trustworthiness of the responses, since if the individual queried did not do as requested, they were eliminated from the sample due to an attention deficit rationale which could have adversely reflected the quality of the answers previously given.

63.    Lastly, all respondents were asked a series of demographic questions about their gender, the highest level of schooling they had achieved, what state they lived in, and their approximate household income level.

### H.    Use of Controls and Net Confusion Scores

64.    Specific effort was made to be objective by recognizing potential, albeit inadvertent, biases and accounting for each of them beforehand. These responses are what researchers refer to as "noise," that is, any exogenous and difficult-to-measure issues such as respondents' preconceived opinions and/or those who had recently encountered the stimuli and have an unnaturally heightened awareness of it beyond the general public, and so forth.

65.    The Reference Guide on Survey Research states, that the control group view the same stimuli without the allegedly deceptive material.[28] As mentioned earlier, there were two images of two control products that did not feature the

---

[28] Reference Guide on Survey Research, Shari Seidman Diamond, Third Edition West Group, St. Paul, MN, 2011, pg. 398.

CONFIDENTIAL

Thrive brand name. The survey was able to determine the level of confusion that these control products had with the Plaintiff's product. This level of confusion as then subtracted from the confusion reported between the products in question to result in net confusion." This is further described in the following section.

## IX.   Tabulated Responses

### A.   A significant majority of respondents believed that the products in question are from the same company, manufacturer, or source

66.    The tabulated results in the chart below compare the level of confusion reported among each of the four pairs of products, i.e., the two products in question and the two control products. Of specific interest, 397 of the 600 respondents or **66% of all respondents believe that the products in question come from the same company/manufacturer or source.**

| Q18a - Do you believe that these two products come from the same company/manufacturer/source? | | | | | | |
|---|---|---|---|---|---|---|
| | Thrive v. THRIVE SKIN ---------- (A) | Thrive v. Ursa Major ---------- (B) | Thrive v. WLDKAT ---------- (C) | THRIVE SKIN v. Ursa Major ---------- (D) | THRIVE SKIN v. WLDKAT ---------- (E) | Ursa Major v. WLDKAT ---------- (F) |
| Total | 600 | 600 | 600 | 600 | 600 | 600 |
| | 100% | 100% | 100% | 100% | 100% | 100% |
| Yes, same company/manufacturer/source | 397 | 40 | 61 | 68 | 60 | 38 |
| | 66% | 7% | 10% | 11% | 10% | 6% |
| | BCDEF | | BF | BF | bF | |
| No, different companies/manufacturer/source | 100 | 418 | 407 | 383 | 420 | 420 |
| | 17% | 70% | 68% | 64% | 70% | 70% |
| | | AD | A | A | AD | AD |
| Not sure / Don't know | 103 | 142 | 132 | 149 | 120 | 142 |
| | 17% | 24% | 22% | 25% | 20% | 24% |
| | | Ae | a | Ae | | A |

Comparison Groups: ABCDEF
T-Test for Means, Z-Test for Percentages
Uppercase letters indicate significance at the 99% level.
Lowercase letters indicate significance at the 95% level.

CONFIDENTIAL

67.    This measure is accurate at the 99% level of confidence, meaning if this survey were taken 100 times, 99 of those surveys would show the same result. This reaffirms the significance of this finding and its strong support for the conclusion that the Defendant's products cause actual confusion with the Plaintiff's products among the relevant public.

68.    Additional proof of actual confusion can be found in the responses to the follow up question where those who answered different companies where then asked if they believed that these companies/manufactures/sources were affiliated, connected or associated with one another.

| Q20a - If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other? | | | | | | |
|---|---|---|---|---|---|---|
| | Thrive v. THRIVE SKIN | Thrive v. Ursa Major | Thrive v. WLDKAT | THRIVE SKIN v. Ursa Major | THRIVE SKIN v. WLDKAT | Ursa Major v. WLDKAT |
| | ----------- | ----------- | ----------- | ----------- | ----------- | ----------- |
| | (A) | (B) | (C) | (D) | (E) | (F) |
| Total | 100 | 418 | 407 | 383 | 420 | 420 |
| | 100% | 100% | 100% | 100% | 100% | 100% |
| Yes, companies are affiliated, connected or associated | 14 | 22 | 28 | 26 | 27 | 26 |
| | 14% | 5% | 7% | 7% | 6% | 6% |
| | bcdef | | | | | |
| No, companies are not affiliated, connected or associated | 56 | 231 | 215 | 206 | 225 | 232 |
| | 56% | 55% | 53% | 54% | 54% | 55% |
| Not sure / Don't know | 30 | 165 | 164 | 151 | 168 | 162 |
| | 30% | 39% | 40% | 39% | 40% | 39% |
| | | a | a | a | a | |

Comparison Groups: ABCDEF
T-Test for Means, Z-Test for Percentages
Uppercase letters indicate significance at the 99% level.
Lowercase letters indicate significance at the 95% level.

69.    Here again, among those 100 respondents, 14 of them believed that the companies who manufacture the Plaintiff's and the Defendant's products in question are affiliated. This finding is accurate at the 95% level of confidence.

70.    When the 397 respondents who believe that the products in question are from the same source are added to the 14 who believe that they are from affiliated sources are added, it results in **411 of the 600 total respondents** or

CONFIDENTIAL

**68.5%** of respondents who report actual confusion among the products in question. This is an exceptionally high level of confusion, in fact, in my experience, it is among the highest level of confusion in any survey that I have performed as an expert witness.

**B.  Net confusion scores also show an exceptional level of confusion**

71.    As mentioned, in order to extract the level of confusion caused exclusively by the Defendant's use of the "Thrive" name at issue, the average confusion scores from the control set are subtracted from the primary set scores to result in what the industry refers to as an average "net confusion" score.[29]

72.    The survey results report a level of confusion between the Plaintiff's product and the Ursa Major product of 66 respondents of the 600 questioned or 11% of all respondents who believed that these products come from the same source or from different but affiliated sources. The results show a level of confusion between the Plaintiff's product and the Wldkat product of 89 respondents of the 600 questioned or 14.8% of all respondents who believed that these products come from the same source or from different but affiliated sources. When these numbers are averaged, the resulting average level of control confusion is 12.9%.

73.    When this 12.9% is subtracted from the primary set's 68.5% level of confusion, it results in a net confusion score of **55.6%,** or a clear majority of all respondents who believe that the Plaintiff's and the Defendant's products in question are confusingly similar. Again, this measure refers only to the net confusion when compared to the average level of confusion with a control product.

**C.  Typical open-ended responses indicate that the Thrive name causes this significant confusion**

74.    As mentioned, responses to the open-ended questions, *"Why do you*

---

[29] Reference Guide on Survey Research, Shari Seidman Diamond, Third Edition West Group, St. Paul, MN, 2011

CONFIDENTIAL

*say that?"* further confirm the rationale behind the respondents' answers. Typical responses to these questions include reference the name of the products in question, Thrive, as driving this confusion. The following direct quotes are indicative of the very many responses that reference the products' name, Thrive, as causing this confusion. Capitalization, syntax and spelling errors are captured based on the actual responses.

- *They both say Thrive.*

- *They were both from Thrive*

- *Both manufacturered by "thrive"*

- *They have same name*

- *both the websites said Thrive*

- *They both say "Thrive" at the top of the bottles, which seems to indicate that is who made them.*

**D.    Extracting possibly questionable responses still indicates exceptional levels of confusion.**

75.    I reviewed all of the open-ended questions to determine if any of them were nonsensical or communicated an extraordinary knowledge of this case so as to be termed survey noise. I found only two responses that possibly could be indicative of a respondent not taking the survey in earnest. Respondent 75 indicated a response of "cbd" and respondent 596 indicated a response of "premium quality". I believe that these two responses could prove to be authentic, in that the Defendant's product promoted its use of "CBD" which corresponds to Plaintiff's "plant powered" Thrive product. Furthermore, Defendant's product could have been perceived by the second respondent to be a higher priced "premium quality" version of the Plaintiff's brand.

32

CONFIDENTIAL

76.    However, even if out of an abundance of caution I were to extract these two respondents' data from the overall data findings, it results in two fewer respondents showing "same company" confusion or **68.39% rather than 68.5%** primary confusion and **52.49% rather than 55.6%** net confusion. Regardless of whether these two responses were either genuine or not, their impact on the overall level of confusion is negligible.

## XII.    <u>Other Relevant Findings and Conclusions</u>

77.    I understand the Plaintiff has undertaken significant efforts to enforce its rights in the Thrive® mark. This has included sending cease-and-desist letters, filing at least one other lawsuit, and other steps to negotiate and obtain third parties' abandonment of marks that infringed upon the Plaintiff's trademarks or their agreement not to use such marks in relation to products that are the same as those sold by the Plaintiff.[30]  Its enforcement efforts have been very successful, causing numerous third parties to cease using Thrive-formative marks in relation to skin care products and express abandonment of related trademark registrations and applications.[31]

78.    In addition, as mentioned, the Plaintiff has consistently used its Thrive® mark since the product's inception across all of its marketing efforts.  In total the Plaintiff has spent approximately $1.15 million through 2020 in marketing and promoting its brand.[32]   These efforts and its resulting $1 million in gross sales in 2020, and increasing sales year-over-year,[33] are strong indications of the strength of the Plaintiff's mark and the consistency with which it has been enforced.

---

[30] ThriveLeVel_0001490-54; ThriveLeVel_0001648-57; ThriveLeVel_0001936-41; ThriveLeVel_0001975-89; ThriveLeVel_0001990-2016; ThriveLeVel_0003520-25
[31] Trial Declaration of Alex McIntosh ¶¶ 63-66
[32] ThriveLeVel_0003294; Trial Declaration of Alex McIntosh ¶¶ 55-56
[33] ThriveLeVel_0003294; Trial Declaration of Alex McIntosh ¶¶ 55-56

CONFIDENTIAL

79.    Having worked on launching or optimizing more than three dozen leading consumer skin care brands, such as Jergen's, Dove, St. Ives, Suave, Burt's Bees and many others, I have been involved in market research that confirms the consumer purchase decision process in the skin care category.  I can affirm that relatively inexpensive personal care products such as the products in question (retailing for under $80) require a lower degree of care in consumers making their purchase decisions. The skin care category is often driven by impulse purchasing, rather than a highly educated and well considered purchase process.  This lower degree of care driving which products to purchase results in a higher degree of the consumer unintentionally purchasing a potentially confusing product assuming it to be the product they intended to buy. This is confirmed through the findings of the consumer survey I conducted, where respondents were able to see product price for each product yet still demonstrated a significant level of confusion.

## XIV.  **Conclusion**

80.    The results of a well-conducted experimental design with the appropriate controls revealed a significant degree of confusion between the Plaintiff's "Thrive" branded products and the Defendant's "Thrive Skin" branded products. The level of confusion amongst the target market was shown to be 55.6%. It is my professional opinion that this level represents significant confusion above the noise level and suggests that, when purchasing, consumers are likely to confuse the Plaintiff's skin care products with the Defendant's skin care products.

81.    In addition, it is my opinion that there is a high similarity of goods and high market overlap between the products in question; the Plaintiff's THRIVE mark is relatively strong; and there is a relatively low degree of consumer care in choosing between the skin care products at issue.

CONFIDENTIAL

82.    I hold these opinions within a reasonable degree of certainty based on the survey results, and my 35-plus year experience in the branding industry. I respectfully reserve the right to amend this declaration with further comments in the event that additional information becomes available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 29, 2022.

_____
Rob Wallace

35

CONFIDENTIAL

## Appendix 1: Survey Data – filed as separate documents with this report

The spreadsheets of the raw data and tables were too large to include in this report. The following separate documents were attached to this report when filed:

1. Thrive Survey Printout.pdf

2. Thrive Final Raw Data.xlsx

3. Thrive Tabs.xlsx

4. Thrive Compare Tabs

CONFIDENTIAL

## Appendix 2: Documents Reviewed

### <u>Documents Cited</u>

1. Reference Manual on Scientific Evidence, Third Edition West Group, St. Paul, MN, 2011

2. *Squirtco v. Seven-Up Co*., 628 F.2d 1086 (8th Cir. 1980).

3. Reference Guide on Survey Research, Shari Seidman Diamond, West Group, St. Paul, MN, 2011

4. <u>https://www.insightsassociation.org/issues-policies/glossary/council-american-survey-research-organisations-casro</u>

5. <u>http://www.illume-research.com/aboutus.html</u>

6. https://www.innovatemr.com/panels/consumer-panel/

7. Manual for Complex Litigation, Fourth Edition, 2004

8. ThriveLeVel_0000500-01

9. ThriveLeVel_0000495-96

10. LE-VEL00020561

11. ThriveLevel_0001248-50

12. www.thrivecare.co

13. ThriveLevel_0001841-42

14. ThriveLevel_0002054-61

15. ThriveLevel_0002062-70

16. Defendant's Thrive Skin product pages at https://le-vel.com/Products/THRIVE/Skin

17. LE-VEL00020155-56

18. LE-VEL00020169-86

37

CONFIDENTIAL

19.   LE-VEL00020449-50

20.   LE-VEL00020453-54

21.   ThriveLevel_0001847-49

22.   ThriveLevel_0002448-59

23.   ThriveLevel_0003912

24.   ThriveLevel_0003280-84

25.   ThriveLevel_0003909 and attachment

26.   LE-VEL00023267

27.   https://www.instagram.com/thrivenaturalcare/

28.   https://www.instagram.com/le_velofficial/

29.   www.thrivecare.co

30.   https://le-vel.com/Products/THRIVE/Skin

31.   https://www.facebook.com/thrivenaturalcare/

32.   https://www.facebook.com/LevelBrands

33.   ThriveLevel_0003354-55

34.   ThriveLevel_0003356-61

35.   ThriveLevel_0003362-65

36.   ThriveLevel_0003366-73

37.   Demonstrating the Value of Marketing, Dominique M. Hanssens, Koen H. Pauwels, Journal of Marketing, American Marketing Association, 2016

38.   ThriveLevel_0000939

39.   ThriveLevel_0000949

40.   ThriveLevel_0003289

CONFIDENTIAL

41.    ThriveLevel_0003294

42.    ThriveLeVel_0001229

43.    Reference Manual on Scientific Evidence, Third Edition West Group, St. Paul, MN, 2011

44.    Trial Declaration of Alex McIntosh

45.    Deposition of Drew Hoffman

46.    ThriveLevel_0003354-55

47.    ThriveLevel_0003356-61

48.    ThriveLevel_0003362-65

49.    ThriveLevel_0003366-73.

50.    ThriveLeVel_0001490-54

51.    ThriveLeVel_0001648-57

52.    ThriveLeVel_0001936-41

53.    ThriveLeVel_0001975-89

54.    ThriveLeVel_0001990-2016

55.    ThriveLeVel_0003520-25

56.    ThriveLeVel_0003294

57.    ThriveLeVel_0003294

**Additional Documents Reviewed**

1.    Thrive Natural Care Complaint v. Le-Vel Brands

CONFIDENTIAL

## Appendix 3: Curriculum Vitae of Robert Wallace

**Rob Wallace Expert Witness: Brand identity**

917-860-0319
Rob@bestofbreedbranding.com
www.RobWallaceExpert.com

As the former managing partner of Wallace Church, Inc., one of the most recognized and accomplished brand identity strategy and design consultancies, I have more than thirty years of expertise in all aspects of branding strategy and design analysis for national and global brands. My core expertise is the ability to create and differentiate brand experiences that drive consumer awareness and purchase behavior.

Clients include Procter & Gamble, Coca-Cola, Unilever, Pfizer, Dell, Pepsico, Revlon, Target, The Home Depot, Johnson & Johnson, Bacardi, E&J Gallo, Mattel, Anheuser Busch, PNC Bank, Kroger, L'Oreal, Scotts/Miracle Gro and more than 40 national/global consumer product marketers of equal caliber.

**Areas of Expertise:**
Trademark/Trade Dress
Package/Product Design
Licensing
Intellectual Property Marketing Strategy
Brand Communications
Visual Brand identity
Advertising Claims
Consumer Research
Copyright Damages
Consumer Research
Planning/Analysis

**Industry Experience:**

| | |
|---|---|
| Food | Personal Care |
| Beverage | OTC and Rx Drugs |
| Home Products | HBA/Beauty Care |
| Wellness | Technology Brands |
| Toys/Sporting Goods | Hard Goods |
| Beer/Wine/Spirits | B to B |
| Apparel | Retailer Brands |
| Financial Services | |

**Background:**
Best of Breed Branding Consortium, LLC                June 2014 – Present
Managing Partner
- Actively manage a consortium of branding communications consultancies.
- Provide strategic consulting on all branding issues including brand name development, brand identity, graphic and structural package design, trademark and copyright development, and integration across advertising and all other brand communications.

CONFIDENTIAL

Wallace Church, Inc.,                                          1985 – June 2014
Managing Partner, Strategy
- Actively manage one of the world's most respected brand identity design consultancies.
- Provide strategic consulting on all branding issues including brand name development, brand identity, graphic and structural package design, trademark and copyright development, and integration across advertising and all other brand communications.

Peter Cris Advertising, Inc., New York, NY            1984 – 1985
Vice President, Marketing
- Provided both the strategic and creative force for this regional advertising agency.
- Acted as primary liaison between clients and creative department.

Modular Marketing, Inc., New York, NY                  1982 – 1984
Senior Account Manager
- Managed select client relationships through all creative and strategic aspects of project management for this marketing communications consultancy.
- Designed and developed brand promotion programs, corporate communications and brand identity assignments.

Grey Advertising, Inc., New York, NY                    1981 – 1982
Senior Account Manager
- Actively participated in one of the world's largest advertising agencies through the Market Horizons function, consulting with core clients on advertising and new brand communications opportunities.

**Education:**
MBA coursework, The New School, New York, NY       1981 – 1983
BA, English, Gettysburg College, Gettysburg, PA        1977 – 1981

**Professional Activities:**
- Expert speaker on brand identity design at more than 40 marketing, design and research industry events across the US, UK, Europe, Latin America and Asia
- Author of numerous articles and published case histories on brand identity design in the Wall Street Journal, Forbes, Marketing Week, Design Management Journal, Package Design Magazine and numerous other publications.
- Co-Author "Really Good Package Design Explained," Rockport Press, 09
- Lecturer on brand identity at Columbia Business School, Georgetown University, Seton Hall, University of Texas, School of Visual Arts Masters in Branding and other MBA programs of leading universities
- Board of Directors, Design Management Institute, 2010-Current
- Co-Chair of the Design Management Institute Design Value Project, 2012-Current
- Distinguished Faculty Member, Path to Purchase Institute, speaker at national conference for the last 8 years
- Founder "The Strategic Design Firm Leadership Summit" attached to the BXP Live event

CONFIDENTIAL

**Professional Memberships:**

Board of Directors, the Design Management Institute,
Co-Chair Design Value Project, the Design Management Institute
Distinguished Faculty, Path to Purchase Institute
American Marketing Association
Color Marketing Group
American Institute of Graphic Arts

CONFIDENTIAL

## Appendix 4: Partial List of Prior Cases

I have served as an expert witness on branding related issues on more than 65 prior occasions. In the last four years, I have been served on:

• Anti-Aging Essentials, Inc., v. Trufood MFG, INC. F/K/A Tsudis Chocolate Co and Belmont Confection.,U.S. District Court, District of Pennsylvania, 2016

• Pur Beverages v. Pom Wonderful, U.S. District Court, Southern District of California, 2016

• Fireclean, LLC v. George Fennell and Steel Shield Technologies, Inc., U.S. District Court, Eastern District of Virginia, 2016

• Smart Vent Products Inc v. Crawl Space Door Systems, Inc, U.S. District Court, New Jersey, 2016

• SC Johnson & Sons, Inc. v. Minigrip, LLC U.S. District Court, Western District of Wisconsin, 2017

• Gunterville Breathables, INC. v. Global Glove and Safety Manufacturing, Inc., U.S. District Court, Northern District of Alabama, 2017

• Texas Outhouse, Inc. and The        Gainsborough Corporation v. Fresh Can, LLC., U.S. District Court, Southern District of Texas, 2017

• StudioThink, LLC v. Unitrex, LTD., Court of Common Pleas, Cuyahoga County Ohio, 2017

• Lokai Holdings, LLC v. Twin Tiger USA, LLC, Southern District of New York, 2017

• K&M International, Inc, v. Rhode Island Novelty, Inc., U.S. District Court, District of Rhode Island, 2017

• Simon Nicholas Richmont, Patent No: 7,429,827 Re-examination Control Number 90/013,860, U.S. Patent and Trademark Office, 2017

• Turn Key Wine Brands LLC v. CustomVine, et al, U.S. District Court, Central District of California, 2017

• CNY, LLC v. CCNY Inc., U.S. District Court, Southern District of New York, 2017

• Redbox Automated Retail, LLC v. Xpress Retail LLC., U.S. District Court, Northern District of Illinois, 2018

• Simon Nicholas Richmond in two Reexamination proceedings in the United States Patent and Trademark Office (USPTO), Reexamination Control No. 90/013,860 and 90/013,861, 2018

• Roger Cofelt Jr., et als, v. The Kroger Company, et al, U.S. District Court, Central District of California, 2018

CONFIDENTIAL

• Quality Products, Inc., v. Verka Food Products LTD et al, U.S. District Court, Western District of Washington, Seattle, 2018

• Shaya Eidelman v. Sun Products Corp and Costco Wholesale Corp, U.S. District Court Southern District of New York, 2018

• Flying Nurses International LLC v. Flyingnurse.com et al. U.S. District Court, Eastern District of Virginia, 2018

• GDM Enterprises, LLC (Pure Cosmetics) v Astral Health & Beauty, INC., (PUR Cosmetics),U.S. District Court, Western District of Missouri, 2019

• BAMA ICEE LLC et al v J&J Snack Foods Corp et al., US District Court, Northern District Of Alabama, 2019

• The Black & Decker Corporation, et al v HARBOR FREIGHT TOOLS USA, INC., Report for Mediation, 2019

• 1231 Barrage Inc et al v. Automobile Dealers Assoc of Greater Philadelphia et al, Philadelphia County Court of Common Pleas, 2019

• Christopher Hayden v. Eagles Nest Outfitters, Inc. et al US District Court Western District of North Carolina, 2019

• Chantel Ray Finch v Weigh Down Workshop Ministries, Inc. et al, US District Court, Eastern District Of Virginia, Norfolk Division, 2019

• Mambu Bayoh v. AfroPunk Fest 2015, et al., U.S. District Court, Southern District of New York, 2019

• Scorocs LLC v. Innovations for Poverty Action Inc., US District Court, Western District Of Missouri, At Kansas City, 2019

• Good L Corp v. Fasteners for Retail, Inc., US District Court, Middle District of Tennessee, 2019

• Sunny Days Entertainment LLC v. Traxxas L.P., US District Court, District of South Carolina Greenville Division, 2019

• Venus Et Fleur, LLC v. Affordable Luxury NY, Inc dba Pret A Fleur, et al, US Court, Southern District of New York, 2019

• Rhino Metals Inc, v Sturdy Gun Safe Inc, US District Court, District Idaho, 2019

• American Customer Satisfaction Index, LLC v Genesys Telecommunications Laboratories, et al, US District Court, Eastern District of Michigan, Southern Division, 2020

• I.M. Wilson, Inc v Obchtchestvo S Ogranitchennoy Otvetsvennostyou "Grichko", et al, US Distinct Court, Eastern District of Pennsylvania, 2020

44

CONFIDENTIAL

• Country Life v. The Hain Celestial Group, Inc, US District Court, Eastern District of New York, 2020

• New NGC, Inc, et al v. Alpinebay, Inc, US District Court, For the Northern District of Illinois, Eastern Division, 2020

• P&P Imports v. Johnson Enterprises, LLC et al, US District Court for the Central District of California, 2020

• New NGC, Inc, et al v. Alpinebay, Inc, US District Court, for the Northern District of Illinois, Eastern Division, 2020

• Otter Products, LLC et al v. Bigbirds, LLC et als , US District Court, for the District of Colorado, 2020

• Sulzer Mixpak, A.D. v. DXM Co LTD et als , US District Court, for the Southern District of New York, 2020

• Jalinski Advisory Group, Inc. v. JBL Financial Services, Inc., US District Court, for the Eastern District of Missouri, Eastern Division, 2020

• American Medical Experts, LLC v. Ronny Nizar Hamad, Prime Medical Experts, LLC et al, US District Court, for the Eastern District of Virginia, 2020

• Restoration Hardware, Inc., *et al*., , v. Bungalow Home, LLC, US District Court, for the Southern District of Ohio, Eastern Division, 2020

• American Customer Satisfaction Index, LLC v ForeSee Results, et al, US District Court, Eastern District of Michigan, Southern Division, 2021

• Thrive Natural Care, Inc. v Thrive Causemetics, Inc., US District Court, Central District of California, 2021

• Jalinski Advisory Group, Inc. v. Franklin Advisory Group, Inc., US District Court, for the Eastern District of Pennsylvania, 2021

CONFIDENTIAL

## Appendix 5: Partial List of Authored Books and Articles

I have written a number of peer-reviewed brand identity articles, contributed to branding texts, and have been interviewed by The Wall Street Journal, The New York Times, and more than a dozen branding and marketing communications industry publications. I have spoken at more than 30 marketing communications and design industry events across North and South America, the UK, and Europe and Asia. I have lectured on brand identity at Columbia Business School, Georgetown, The University of Texas, and other leading universities. I have conducted webinar events with more than 1,600 participants on the topic of design process and design thinking.

I am on the Board of Directors of the Design Management Institute, the most prominent global design industry association, and I co-chair its Design Value Project. I am a Distinguished Faculty Member of the Path to Purchase Institute. Please see my current CV for a listing of these and other accomplishments.

I coauthored a book entitled "Really Good Packaging Explained", released in 2009 by Rockport Publishers. I was also a contributing author with Robin Landa and the book "Build Your Own Brand", Rockport, 2013. I also wrote the forward to Christopher Durham's book, "52 The My Private Brand Project", Folio28, 2014

In the past 15 years I have written the following articles:

- "The Tropicana Trouble and How It May Have Been Prevented", Package Digest, 2009
- "Blood, Sweat and Tiers, Building Optimal Brand Identity Architectures", GAIN, AIGA Journal of Business and Design, June 2008
- "Heinz Turns Iconic Authenticity Into Fresh Relevance", The Hub, September 2007
- "Design ROI Envisioned", Step Inside Design, July/August 2007
- "Be Smart Be Simple", Design Management Review, Spring 2006
- "Proving our Value: Measuring Package Design's Return on Investment", Design Management Journal, Summer 2001
- "The High Cost of Saving Money", Package Digest, Summer 2000
- "Icons, Your Brand's Visual Essence, Brandweek, Spring 2000

I have coauthored an article with Pamela De Cesare, former Associate Director of Package Communications, Kraft Foods, Inc., entitled "Amazing Pace, Shared Views on the Design Process", Design Management Journal, Spring 2000.

In the past several years I have posed more than two dozen articles and posts on Wallace Church's web site: http://wallacechurch.tumblr.com/ these include but are not limited to:

• "Quantifying Design's Value"

• "Design RI Re-Envisioned",

• "Cutting through the Sea of Sameness"

• "Architecting a Brand Experience"

CONFIDENTIAL

• "The National Color" and more

I am the founder of the Linked In Group- "Relevant Disruption in Branding" https://www.linkedin.com/groups?home=&gid=7422931 where I have posted more than 10 articles including:

• "Right Here, Right NOW!"

• "Fashion Touchdown"

• "Color is Key"

• "Cool Customization"

• "Relevance for Right Now"

• "Shape Language"

• "Visual Vampires"

# **Exhibit 2**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| THRIVE NATURAL CARE, INC. | Case No. 2:21-cv-02022-DOC-KES |
|       Plaintiff and Counterclaim Defendant, | |
| v. | **REBUTTAL EXPERT REPORT OF ROB WALLACE** |
| LE-VEL BRANDS, LLC, | |
|       Defendant and Counterclaim Plaintiff. | |

CONFIDENTIAL

## I.    <u>**Background, Qualifications, and Assignment**</u>

1.      My name is Rob Wallace. I am over 18 years of age, and I would be competent to testify as to the matters set forth herein if I am called upon to do so at trial, hearing or deposition.

2.      I was the Managing Partner for more than 30 years of one of the branding industry's most respected brand identity strategy and design firms, Wallace Church & Co., where I had specific and significant experience with the skincare market. I am currently the Managing Partner of Best of Breed Branding Consortium, an omni-channel branding consultancy that also focuses on all the branding issues involved in this case.

3.      Based on this experience, I have highly specialized knowledge of how marketers create and establish brands, how consumers interpret brand messaging, how they develop awareness and perceptions of brands and all the other marketing/branding issues in this case.

4.      As outlined in my Curriculum Vitae (Exhibit A), I have been actively involved in hundreds of brand naming, brand identity, brand messaging, product design, package design and web development assignments for dozens of leading consumer product and service companies. For example, my firm and I have developing brand messaging for such companies as Coca-Cola, Procter & Gamble, PepsiCo, Pfizer, Nestle, Johnson & Johnson, PNC Bank, Target and more than 100 additional national and global brand owners.

5.      Of specific relevance to the skincare market, I have been involved in consulting for more than three dozen skincare and personal care brands such as L'Oréal, Revlon, Dove, Jergens, Suave, St. Ives, Burt's Bees, and other skincare companies of equal caliber. That includes work relating to launching or optimizing these companies' skincare brands. In these assignments my team and I created the

CONFIDENTIAL

brand identities in the form of their graphic package design. We also provided strategic direction on their brand messaging that was then used to integrate advertising, social media, promotion and all other brand messaging.

6.    As another frequent part of these assignments, I participated in developing, fielding and/or analyzing well over one thousand consumer surveys and research projects. As a result, I have unique knowledge of how brand identity, package design and brand messaging affect consumer perceptions, how they shape consumer relationships with brands and how they drive consumer purchasing. I have had direct involvement in market research that confirms the consumer purchase decision process in the skincare product category.

7.    I served on the Board of Directors of The Design Management Institute, the largest global organization in the brand design and strategy industry, for 10 years. There I founded and co-chaired the Design Value Project, which focused on determining the return on investment of brand messaging and brand identity. As such I have been referred to as "the thought leader in quantifying brand design's value." I have delivered keynote presentations on this topic at more than 50 branding industry symposia across the US, Canada, Europe, Latin America and Asia. I have lectured at the graduate level of The Columbia School of Business, The SVA Masters in Branding Program, Georgetown University, University of Texas, Seton Hall and other educational institutions. My full Curriculum Vitae is attached as Exhibit A to this report.

8.    I have been asked by counsel for Plaintiff Thrive Natural Care, Inc. ("Plaintiff") to evaluate the report, including the survey, submitted by Dr. Michael Barone ("Barone Report") on behalf of Defendant Le-Vel Brands, LLC ("Defendant"). Documents that I considered in connection with my work in this matter are listed in Exhibit B.

3

CONFIDENTIAL

9.      I understand my task is to review materials and offer my opinion,
perspective and insights regarding this subject. I hold the opinions expressed in this
report, but as my study of the case continues I may acquire additional information
that leads to new insights relevant to these opinions. With that in mind, I reserve the
right to supplement this report if and when such additional information becomes
known to me. I may also provide rebuttal reports at a later date, in response to
arguments which may be proposed by the Defendant.

10.     I am being compensated in connection with my engagement in this
proceeding at the rate of $400 per hour for report writing and $500 per hour for
deposition and trial testimony. I have received no additional compensation for my
work in this proceeding. My compensation is in no way dependent upon the
outcome of this proceeding.

## II.    Summary of Opinions

11.     Dr. Barone's conclusions regarding Defendant's expansion are
unsupported by the evidence. He fails to explain how Defendant's move in April
2019 from selling ingestible products to topical skincare products is natural. There
is no evidence that such products commonly target the same groups of customers or
that synergies exist in production of ingestibles and topical skincare products.
Moreover, that ███████████████████████████████ does not support
that the product expansion was natural; women use many varied products in their
lives which does not necessarily mean all those products are related in some (or
any) way.

12.     Dr. Barone's attempt to support his conclusion that Defendant's
product line expansion was natural as of April 2019 because customers and
promoters commented about skincare in online posts is flawed in several respects.
First, Defendant had already made public—prior to the date of the posts Dr. Barone

4

CONFIDENTIAL

analyzed—that it planned to release a skincare line. That fact is even captured in two of the posts Dr. Barone analyzed, but he ignored it. Further, Dr. Barone counts posts guessing Defendant's new products would *not* be skincare as supporting the exact opposite conclusion that customers guessed the new release would be skincare products. He also failed to consider the priming effect that the very first post, which was by a promoter of Defendant and identified skincare, would have on all subsequent respondents, all of whom could see the initial public reply guessing skincare. In addition, Defendant had made a public trademark filing seeking a registration for a skincare product mark well before the release of its THRIVE SKIN line on April 30, 2019. For all these reasons, it was no secret—especially to Defendant's promoters and fans—that Defendant would be releasing skincare products in 2019. Dr. Barone's analysis of these purported "guesses" on social media is therefore misguided and irrelevant.

13.     Dr. Barone's consumer survey purportedly to test whether consumers believed a company could expand from selling supplements to skincare products has critical flaws and should be disregarded. First, the universe of respondents selected for Dr. Barone's survey was too small to be generate a 95% level of confidence that this represents the opinions of the relevant consuming public. Secondly and importantly, the survey used ineffective control stimuli that did not serve the purpose of a proper control. Third, even if this control were to be accepted, Dr. Barone still fails to properly use its results in determining the "net level" of expectation of natural expansion. When the 59% level of the toothbrush control is subtracted from the three tested products, it indicates a net level of acceptance of between 18-22% for the skincare products, meaning four out of five respondents do not believe that these products are a natural expansion. For these and other reasons, it is my opinion that Dr. Baron's survey results, and the opinions

CONFIDENTIAL

he draws from them, should not be accepted by the Court.

14.     Dr. Barone's opinions and conclusions regarding Plaintiff's products
and its customer base are erroneous and based on Defendant's legal arguments, not
the facts. Contrary to Dr. Barone's conclusion, Plaintiff has always sold products
properly categorized as skincare products since at least February 2014. Further,
Plaintiff did not "expand" from selling only to men to selling to women after
Defendant began selling its THRIVE SKIN skincare line in April 2019. Rather, my
analysis of the evidence supports the opposite conclusion that women were some of
the earliest adopters of Plaintiff's products in 2014, Plaintiff launched a female-
specific product in early 2015, the majority of Plaintiff's customers and users have
been women for many years, and Plaintiff has advertised its products to women for
many years, both on social media and in retail stores.

15.     Finally, Dr. Barone's opinion that it is almost unprecedented for a
skincare company to expand from focusing on male customers to focusing on both
male and female customers is unsupportable. I note that Dr. Barone appears to have
no specific experience in the skincare or grooming product markets. Rather, he is
parroting Defendant's attorneys' arguments without any support. Contrary to Dr.
Barone's opinions, it is common for companies in the skincare and beauty markets
to begin with a focus on a male audience and then expand that focus to unisex and
women-focused products. Gillette is just one example of a male-focused company
that had substantial success expanding to the female market. Moreover, market
research strongly supports the conclusion that women are far more likely to try and
buy more "masculine" appearing products than men are to try and buy more
"feminine" appearing products. This research demonstrates that Plaintiff (like
Gillette) followed the appropriate and recommended approach from 2015 onwards
when it began to target female customers for Plaintiff's THRIVE skincare products.

6

CONFIDENTIAL

## IV.    Detailed Analysis of Opinions

### A.    The Evidence Does Not Support That Expansion Was Natural in 2019

16.    Dr. Barone analyzes Defendant's brand expansion in its context starting in 2019. However, Dr. Barone's conclusions regarding Defendant's expansion are unsupported by the evidence.

#### 1.    Applicable law

17.    I understand that the "natural zone of expansion" refers to a doctrine which "grants a senior user of a mark superior rights as to any goods or services which purchasers might reasonably expect to emanate from it in the normal expansion of its business under the mark." *Sky Int'l AG v. Sky Cinemas LLC*, No. 2021-1575, 2021 WL 5985363, at *4 (Fed. Cir. Dec. 17, 2021); *see also* 4 McCarthy on Trademarks and Unfair Competition § 24:17 (5th ed. 2022) (hereinafter, "McCarthy"). I am informed that the "zone of natural expansion is generally defined narrowly." *Credit One Corporation v. Credit One Financial, Inc.*, 661 F. Supp. 2d 1134, 1138 (C.D. Cal. 2009). In addition, "the rule has been limited by a recognition that a senior user cannot by expansion prevail where the result would be a likelihood of confusion in derogation of established rights of the intervening user." McCarthy § 24:20; *see also Newmark Realty Cap., Inc. v. BGC Partners, Inc.*, No. 16-CV-01702-BLF, 2018 WL 2573183, at *16 (N.D. Cal. Mar. 30, 2018).

18.    I understand that, to apply the natural zone of expansion doctrine, "the senior user must show a likelihood of confusion between the use of the senior user's mark on its original products and the use of the junior user's mark on the products which the senior user allegedly would have naturally expanded to sell." *Newmark*, 2018 WL 2573183, at *17; *see also Inc. v. Lennar Corp.*, No. C15-1550RSL, 2017 WL 1037550, at *2 (W.D. Wash. Mar. 17, 2017) (same). This has been referred to

7

CONFIDENTIAL

as requiring a showing that the senior user could "bridge the gap" between its goods and those offered by the junior user. *See* McCarthy § 24:18; *Sky Int'l*, 2021 WL 5985363, at \*4.

19.    I understand that "[w]here goods are closely related (such as pancake batter and pancake syrup) or where a senior user would normally and reasonably be expected to expand into another product line (from bicycle tires to auto tires, for example), the evidence may support a finding that, 'at the time the junior user began use, purchasers would have been likely to be confused as to source or as to sponsorship, affiliation or connection' even if there were no actual prior use in the new market by the senior user." *iShow.com, Inc. v. Lennar Corp.*, No. C15-1550RSL, 2017 WL 1037550, at \*2 (W.D. Wash. Mar. 17, 2017) (quoting McCarthy § 24:20). In other words, to fall within the zone of natural expansion, the two categories of goods must be closely related such that synergies exist in the use or manufacture of the goods.

## 2.    Plaintiff's use of THRIVE mark

20.    Under Defendant's zone of expansion argument, I understand that Defendant purports to be the senior user of the mark THRIVE on supplements and weight-loss shake mix, and that Defendant alleges Plaintiff is the junior user of the THRIVE mark.

21.    As relates to this case, I understand Plaintiff created its Thrive brand of skincare products in or about 2012-2013, applied for federal trademark protection of the mark THRIVE on September 11, 2012, and in January of 2014 the first of two federal trademarks was registered under U.S. Trademark Reg. No. 4,467,942 (the "'942 Registration") for THRIVE in International Class 003 for "Non-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after

8

CONFIDENTIAL

shave lotions and creams."[1]

22.    I understand that Plaintiff applied for a second trademark application in May 2016, which issued in September 2020 as U.S. Trademark Reg. No. 6,164,303 for THRIVE in International Class 003 for the additional products of "Body and non-medicated soaps and skin cleansing gels; cosmetic sun care preparations and sunscreens; shaving creams and gels; pre-shaving preparations; after shave lotions and creams" (the "'303 Registration").[2]

23.    I understand that Plaintiff began using its THRIVE mark in commerce on skincare products—including a skin lotion, moisturizing oil, and face cleanser—not later than February 2014.[3] While Plaintiff used the mark in relation to skincare products even earlier, by February 2014 I understand that its THRIVE products were available to consumers on retail store shelves.[4] I am further informed that Plaintiff has used its THRIVE mark continuously on skincare products since at least February 2014.[5]

24.    To my knowledge, Defendant began publicly using the term "Thrive Skin" for its skincare products on or about April 30, 2019, when the Defendant first launched a line of Thrive Skin products.[6] Defendant sells skin cleansers, lotions, and moisturizers that are identical or very similar to the types of skincare products Plaintiff has sold using the THRIVE mark since 2014.[7]

25.    Dr. Barone's report frequently refers to Defendant's skincare products

---

[1] ThriveLeVel_0000500-01; Trial Declaration of Alex McIntosh ¶¶ 16-30
[2] ThriveLeVel_0000495-96
[3] Trial Declaration of Alex McIntosh ¶¶ 24-27
[4] Trial Declaration of Alex McIntosh ¶¶ 24-27
[5] Trial Declaration of Alex McIntosh ¶¶ 34-35
[6] LE-VEL00020561; ThriveLevel_0001248-50
[7] Review of the Defendant's Thrive Skin product pages at https://le-vel.com/Products/THRIVE/Skin; LE-VEL00020155-56; LE-VEL00020169-86; LE-VEL00020449-50; LE-VEL00020453-54; ThriveLevel_0001847-49; ThriveLevel_0002448-59; ThriveLevel_0003912

CONFIDENTIAL

as "anti-aging skincare products." Calling skincare products "anti-aging" is not a valid means to distinguish products within the skincare category. Further, Plaintiff's sunscreen products, which are covered by its '303 Registration are anti-aging products as well.[8] Sunscreen lotions are among the most widely used and effective anti-aging skincare products.[9]

### 3.    Conclusions regarding Dr. Barone's opinions

26.    After reviewing the Barone Report, I have determined that Dr. Barone's opinion that it was natural for Defendant to expand from vitamin supplements to topical skincare products as of April 2019 is not supported by the evidence.

27.    Dr. Barone states that "consumers become more likely to believe that the new product naturally fits with the brand's equity, permitting the brand to expand even further to other, related categories (Keller, 524)."[10]  However, he provides no validation that an expansion from vitamin ingestibles to topical skin lotions is an expected expansion into "a related category."

28.    Dr. Barone fails to identify any significant synergies between vitamin supplements and topical skincare products. In my experience working with companies in these industries, there are no synergies of use with supplements and skincare products, as there are with pancake batter and maple syrup, for instance. Using topical skincare products has no well-known connection among the consuming public with ingesting nutritional supplements, in contrast to pancakes and syrup. Neither does Dr. Barone provide any evidence that using topical skincare products enhances or provides additional benefits to ingesting nutritional

---

[8] ThriveLevel_0005208-15; ThriveLevel_0005216-22; ThriveLevel_0005223-28; ThriveLevel_0005229-32; ThriveLevel_0005233-40
[9] ThriveLevel_0005208-15; ThriveLevel_0005216-22; ThriveLevel_0005223-28; ThriveLevel_0005229-32; ThriveLevel_0005233-40
[10] Barone Report ¶ 13

CONFIDENTIAL

supplements, or vice versa. There simply are no synergies of use between the products at issue.

29.     Dr. Barone also fails to identify any synergies in the manufacture of supplements and topical skincare products. I understand that nutritional supplements and skincare products are typically manufactured by different manufacturers using different systems and different ingredients.[11] Defendant's President Drew Hoffman testified that Defendant used different manufacturers for its supplement products than its THRIVE SKIN skincare products.[12] Thus, there are no manufacturing synergies between nutritional supplements and topical skincare products. Dr. Barone's opinion that the two categories of products are closely related is unsupported. Defendants supplement and weight-loss skin patches are not related to Plaintiff's skincare products.

30.     At most, there is only an attenuated connection of supplements and skincare products being vaguely "health" related. However, nearly infinite products can support health—wild salmon, broccoli, running shoes, yoga mats, allergy pills, sunglasses, hats, etc. All of those products may even be sold in the same store, such as Whole Foods, or the same online site, such as Amazon. But that does not in any way mean they are all closely related so as to satisfy the zone of natural expansion test. Indeed, they are not. Neither are Defendant's nutritional supplements and topical skincare products. There is no relation between ingestibles and topical skincare, and Dr. Barone's attempts to opine otherwise are not supported by fact.

31.     I further understand that "[t]he actual intent of the senior user to expand is not particularly probative of whether the junior user's market is one into which the senior user would naturally expand." *Elvis Presley Enterprises Inc. v.*

---

[11] Rebuttal Expert Report of Sean Harrington
[12] Depo. of Drew Hoffman at 49:22-52:6; 54:23-56:20; 80:16-81:24

CONFIDENTIAL

*Capece*, 141 F.3d 188, 202 (5th Cir. 1998); *see also* McCarthy § 24:19; Restatement Third, Unfair Competition § 21, comment j (1995) and Reporter's Note on comment ("[U]nless the expansion is so imminent as to create a present likelihood of confusion, the intent of the prior user to expand or its activity in preparation to do so, unless known by prospective purchasers, does not affect the likelihood of confusion… . The relevant enquiry is whether prospective purchasers believe that such expansion by the prior user has in fact occurred.").

32.     In paragraph 25, Dr. Barone suggests that Defendant's cofounder Jason Camper previously worked for other companies that expanded into skincare and intended for Defendant to expand into skincare. However, Dr. Barone does not identify any evidence demonstrating that Defendant's supposed intent to expand was made public prior to Defendant's actual launch of the THRIVE SKIN line in April 2019, or that consumers widely know what companies Mr. Camper used to work for *and* what products those companies sold. Therefore, Mr. Camper's prior companies and Defendant's internal intent are irrelevant and cannot support Defendant's natural zone of expansion argument. *See Elvis*, 141 F.3d at 202.

33.     Dr. Barone also relies on five social media posts from 2014-2019 described in paragraph 34 of his report that purport to refer to Defendant's products having vague skin-related benefits. However, Dr. Barone fails to recognize that these posts appear to be made by Defendant's promoters who were merely attempting to sell more of Defendant's products in order to earn additional commissions, rather than by unaffiliated consumers. Lastly, five posts over a five-year period are hardly sufficient to support that consumers generally perceived an expansion from supplements to topical skincare products to be natural and expected.

34.     Dr. Barone states, "[s]imilarly, perceptions of fit may be high when the

CONFIDENTIAL

brand and extension relate to similar user groups (i.e., target markets) or usage situations (Keller, 525)."[13] In early 2019, Defendant's brand consisted of vitamin ingestibles, weight-loss shake powder, and a nutritional adhesive weight-loss patch; there were no topically applied products. Weight-loss patches like the DFT Patch are not considered "skincare products" or related to skincare products. Instead, they are generally considered to be in the same category as nutritional supplement products. In short, prior to Defendant's launch of its skincare product line there was absolutely no similarity of "usage associations" between Defendant's product mix in early 2019 and skincare products such as lotions, creams, and cleansers.

### B. Dr. Barone's Analysis of Defendant's February 2019 Instagram Post is Flawed

35.     To support his opinions, Dr. Barone relied in part on an analysis of responses on Instagram to a post made by Le-Vel in February 2019. In doing so, Dr. Barone overlooked data and facts demonstrating that Defendant's promoters were likely to have already known that Defendant intended to release skincare products.

36.     In his report, Dr. Barone described the findings from a review of social media responses as showing that 80 individuals made comments in response to the Instagram post by Defendant in February 2019, 45 people offered one or more guesses "about potential new Thrive products," and over half of the individuals offering a guess (26/45 or 57%) that "referenced skincare or anti-aging products[.]"[14]

37.     A review of the data shows that Dr. Barone included in his count of comments supposedly supporting that the new release would be skincare products the following comments that stated: "Not skin care 🤷‍♀️." and "I honestly don't think

---

[13] Barone Report ¶ 12
[14] Barone Report ¶ 33

CONFIDENTIAL

it will be skincare."[15] That alone indicates Dr. Barone's count is flawed.

38.    A count of comments that actually mention "skincare," "skin care," "lotion," "cream," or "face care" appear to total 19 of 80 comments. That is fewer positives than identified by Dr. Barone. Additionally, many of these 19 guesses also guessed for multiple things, for example "Thrive for dogs," "Work out training, exercise motivation," and "weight loss".[16] The respondents stating the new product would be solely skincare are thus significantly more limited than counted by Dr. Barone.

39.    In concluding that respondents' posts identifying skincare are the results of *guesses*, merely because the respondents purportedly believed skincare naturally followed from Defendant's other products, Dr. Barone overlooked critical evidence. One of the responses to the teaser post by Defendant states as follows: "A new type of Skin Care but not skincare as it has been known . DFT collagen And only time will tell ... build the excitement. **Last year at Thrivepalooza Skincare the word was dropped by Jason !** But this is Le-Vel the Innovators. Our minds will be blown !!!"[17] This response clearly refers to a statement made by Defendant's cofounder and CEO, Jason Camper, at Thrivepalooza 2018, which is Defendant's yearly gathering of its promoters and salespeople and its largest yearly event.[18]

40.    Another post captured by Dr. Barone also indicates Defendant released information in 2018 that it planned to launch an "anti aging line" of "creams".[19]

41.    It is therefore the case that at least this respondent, and likely many of the respondents who were promoters, *already knew that the product to be released*

---

[15] Barone Appendix B rows 3, 48
[16] Barone Appendix B
[17] Barone Appendix B row 34 (emphasis added)
[18] https://le-vel.com/thrivepalooza;
https://markets.businessinsider.com/news/stocks/thrivepalooza-hits-the-big-easy-1023259940
[19] Barone Appendix B row 41

CONFIDENTIAL

*would be a skincare product.* That knowledge was based on statements made by Defendant's CEO at the largest gathering of Defendant's promoters.

42.    Such a release of information by Defendant in 2018 also accords with the fact that it had already publicly filed an "intent to use" trademark application in April 2018 for skincare products, lotions, and creams, which had been published for opposition months earlier.[20] Such information was available to the public, including Defendant's promoters, well before the February 2019 "teaser" post analyzed by Dr. Barone.

43.    Further, Dr. Barone failed to consider that the very first response to Defendant's 2019 Instagram "teaser" post was: "Skin care!"[21] It is well-known that simply being exposed to certain words or subjects before being prompted to take action can have the effect of priming the respondent to consider those words in relation to their action. This is commonly referred to as "demand effects" and it highly biases a respondent's perceptions.[22] Here, every single person who subsequently responded to Defendant's post would have already been primed to think of skincare by seeing the initial response post. Had the initial respondent posted something different, say "Thrive for dogs" as a later respondent stated, it would be expected that subsequent respondents would have generated more responses for "Thrive for dogs" too.

44.    In addition, the person who wrote the first response "Skin care!" was obviously a promoter for Defendant at the time. Anyone viewing the post and response on Defendant's Instagram page could go to the Instagram account of the first respondent, @carissasims, and see that she was advertising Defendant's

---

[20]https://tsdr.uspto.gov/#caseNumber=%0987869941&caseSearchType=US_APPLICATION&caType=DEFAULT&searchType=statusSearch
[21] Barone Appendix B row 81
[22] "Demand Effects in Survey Experiments: an Emperical Analysis," Jonathan Mummolo, September 9, 2018

CONFIDENTIAL

products in contemporaneous posts. For example, the screenshot below is from this poster's Instagram account on February 19, 2019, a few days before she wrote the response post in question.



45.    It is probable then that people who viewed this respondent's initial post may have been likely to believe that she had inside information about Defendant's product release, because she was one of Defendant's promoters. Dr. Barone failed to take into account both the priming effect of this initial response post and the identity of the poster as a promoter in his analysis. Those are both facts that would have created a higher likelihood that following respondents would identify skincare as the forthcoming product.

46.    Based on this evidence, it is my opinion that Dr. Barone's analysis of the 2019 "teaser" post responses is deeply flawed. One cannot conclude from these

CONFIDENTIAL

facts that people responding to Defendant's post merely believed that skincare products were a natural expansion from the non-skincare products that Defendant sold previously. Rather, respondents were likely to have already known Defendant intended to release skincare products and/or were primed to think of skincare because that was the content of the first response, by a promoter of Defendant. Moreover, several respondents specifically stated it would *not* be a skincare product, but those responses were used as support by Dr. Barone anyway.

### C.    Dr. Barone's Consumer Survey Has Critical Flaws and Does Not Support His Zone of Expansion Opinions

47.    Dr. Barone's consumer survey purportedly to test whether consumers believed a company could expand from selling supplements to skincare products has critical flaws and should be disregarded.

48.    Dr. Barone states that this survey sample was limited to just 195 individuals.[23] Traditionally the courts like to see sample sizes of at least 400 respondents. Dr. Barone's survey size was significantly lower. As a result, this survey does not meet the 95% level of confidence that court accepted surveys require.

49.    Further, "[a] survey that provides information about a wholly irrelevant population is itself irrelevant."[24] Selection of the "universe" of consumers to be studied in a survey is of critical importance. *See, e.g.*, 4 J. Thomas McCarthy, McCarthy on Trademarks and Unfair Competition (Sep. 2007) at §32:159. "Selection of the proper universe is a crucial step, for even if the proper questions are asked in a proper manner, if the wrong persons are asked, the results are likely to be irrelevant." *Id*. Using an over-inclusive universe skews the results by introducing irrelevant data.

---

[23] Barone Report ¶ 44
[24] Reference Guide on Survey research, Shari Diamond, p. 377

CONFIDENTIAL

50.    In his survey, Dr. Barone selected only respondents who in the past
had purchased nutritional supplements from a multi-level marketing ("MLM")
company and who planned to do so again in the future.[25] Dr. Barone failed to test
whether respondents had any knowledge of skincare products whatsoever, had ever
previously purchased skincare products, or intended to do so in the future. As such,
it is impossible that Dr. Barone's survey could have tested consumer perception
regarding an expansion into the topical skincare market. The respondents could
have had *zero* knowledge of that market yet still have been selected to participate in
the survey.

51.    Further, Dr. Barone's survey tested only possible expansion in relation
to MLM companies; the findings are not generalizable to consumer perception
generally. Notably, Plaintiff is not an MLM company. And to prove the zone of
expansion was natural and expected, Defendant must prove that consumers were
likely to confuse Plaintiff's THRIVE *skincare products* with Defendant's THRIVE
*supplements*. *See* McCarthy § 24:20. By limiting the survey's findings solely to
MLMs, they cannot be expanded to cover the zone of expansion that Defendant is
alleging should apply here.

52.    In addition, the control stimuli used by Dr. Barone was irrelevant and
did not extract survey noise. An expert should select a stimulus for the control
group that shares as many characteristics with the experimental stimulus as
possible, with the key exception of the characteristic whose influence is being
assessed.[26] In Dr. Barone's survey he selected an electronic toothbrush image as a

---

[25] Barone Report ¶ 40 and Appendix D, Question S6
[26] *See, e.g., Skechers USA, Inc. v. Vans, Inc*., No. CV-07-01703, 2007 WL 4181677, at *8–9
(C.D. Cal. Nov. 20, 2007) (in trade dress infringement case, control stimulus should have retained
design elements not at issue, and because many elements of shared style and design were not
incorporated into the control, the "control was thus useless in eliminating explanations for
respondents' confusion other than the checkerboard design."); *Procter & Gamble Pharms., Inc. v.
Hoffmann-LaRoche Inc*., No. 06 CIV. 0034 (PAC), 2006 WL 2588002, at *24 (S.D.N.Y. Sept. 6,

CONFIDENTIAL

control, a stimuli that shares literally no characteristics with the topical skincare products being tested.[27]

     53.     Moreover, the picture of the toothbrush control product used by Dr. Barone had obvious differences from the pictures of skincare products he used. All three skincare products had the same packaging, design, infinity image, and similar product names that were lengthy and included the words "Infinite" and "CBD". The toothbrush, by contrast, lacked those characteristics. These differences are plainly visible in the images taken from the Barone Report, shown below.




2006) (in false advertising action, disclaimer was inadequate substitute for appropriate control group).
[27] Barone Appendix D, Question Q4

CONFIDENTIAL

54.    Dr. Barone's use of a highly dissimilar control—an electric toothbrush versus three images of skincare lotions—which not only is a very distinguishable product type but also looks substantially different than the other images, turned the survey into a mere guessing game where respondents could easily decipher which product was the "odd one out" and pick that as the "correct" or "different" answer. That is not the proper use of a control product and cannot support Dr. Barone's survey conclusions. *See Skechers*, 2007 WL 4181677 at *8-9. As a result, this ineffective control betrays the integrity of the survey results.

55.    However, if this control were to be accepted, Dr. Barone still fails to properly use its results in determining the "net level" of expectation of natural expansion. The purpose of a control is to extract survey noise or those answering with pre-conceived notions or without paying full attention to the question. To extract survey noise, the control findings must be subtracted from the primary findings to result in the net level response.

56.    Dr. Barone failed to determine the net level response for his survey data. He merely states that 59% of respondents would have expected the company at issue to expand from supplements to electric toothbrushes, while a higher percentage of between 77-81% of respondents would have expected an expansion into skincare products.[28] But to properly determine the *net* level of consumers who believed an expansion from supplements to skincare was natural, Dr. Barone should have subtracted the 59% positive response figure from the positive response figures for the skincare products tested. Had he done so, it would have indicated a net level of acceptance of 18% for the enzyme peel product, 21% for the correcting serum, and 22% for the moisturizing elixir.[29]

---

[28] Barone Report ¶¶ 45-47.
[29] Barone Report ¶ 45

CONFIDENTIAL

57.     In other words, after the survey noise is effectively removed, the chances that a consumer would perceive an expansion from supplements to skincare products was natural and expected was less than one in five. Those net results are significantly lower than what Dr. Barone reports and cannot substantiate evidence of natural product expansion. For this and other reasons, it is my opinion that Dr. Barone's survey results, and the opinions he draws from them, should not be accepted.

**D.     Dr. Barone's Analysis of, and Opinions Regarding, Plaintiff's Products and Business is Unsupported By the Evidence**

58.     I have reviewed Dr. Barone's analysis of Plaintiff's social media posts and related conclusions that Plaintiff purportedly only sold "grooming" products to men and did not sell any skincare products to women or target women as customers at any time. I find that Dr. Barone's opinions are completely unsupported by the evidence, including the evidence he specifically analyzes.

**1.     Plaintiff has sold skincare products to women since 2014**

59.     Dr. Barone states that the initial three products sold by Plaintiff, face wash, shave oil, and face balm, are "grooming products" and implies that those are somehow different from skincare products.[30] Dr. Barone does not say whether he actually used or tested these products or that his analysis is based on any facts at all.

60.     I have personally used and tested Plaintiff's initial three products, which I understand have the same basic formulation as originally released in 2014. They are consistent with what I know in my experience working with many skincare and beauty companies to be skincare products. The Face Wash is a facial cleanser. The Shaving Oil is a natural oil-based product that can be used for shaving and skin moisturization. The Face Balm is a lotion/cream type moisturizer consistent with what is commonly referred to in the skincare industry as a facial

---

[30] Barone Report ¶ 51

CONFIDENTIAL

lotion or a facial cream.

61.    Further, I have reviewed evidence from Plaintiff, including product descriptions and marketing materials that predate April 2019, which demonstrate that these three products are consistent with what other companies refer to as skincare products.[31] This conclusion is also based on my 30-plus years as a branding strategist for such beauty and wellness brands as L'Oreal, Procter & Gamble, Revlon, Burt's Bees, and many more similar companies.

62.    With regard to Plaintiff's target audience, I find that Dr. Barone's conclusion that Plaintiff sold only to men and targeted only men from 2014 to 2019 or afterwards to be completely erroneous. Contrary to Dr. Barone's conclusion, Plaintiff did not "expand" from selling only to men to selling to women after Defendant began selling its THRIVE SKIN skincare line in April 2019.

63.    I understand that, while Plaintiff began in 2013 with a focus on male customers, it quickly expanded the scope of its sales efforts and has sold a substantial majority of its THRIVE skincare products to female customers since at least 2016 if not earlier.[32]

64.    As early as 2014, Plaintiff received reports from one of its main retail customers, Whole Foods, that female Whole Foods employees and female customers were purchasing THRIVE skincare products in significant numbers.[33] For this reason, by the end of 2014, Plaintiff's skincare were being displayed on both men's and women's shelves in Whole Foods stores in Northern California.[34]

65.    Indeed, I note that by November 2014, Plaintiff's website described its

---

[31] ThriveLeVel_0000789-90; ThriveLeVel_0000910; ThriveLeVel_0000914; ThriveLeVel_0000932 (describing products); ThriveLeVel_0001238-47 (identifying skincare product types); ThriveLeVel_0001847-49 (same); ThriveLeVel_0002347
[32] ThriveLevel_0003280-84; ThriveLevel_0003909 and attachment; Trial Declaration of Alex McIntosh ¶¶ 43-52
[33] Trial Declaration of Alex McIntosh ¶ 43
[34] Trial Declaration of Alex McIntosh ¶ 43

22

CONFIDENTIAL

Face Wash product with the text "[r]emoves oil, *makeup*, and SPF without drying out your skin."[35] The reference to removing makeup for a product of this type would be directed to female customers, who are more frequent wearers (and removers) of makeup than men.

66.    In 2015, I understand that Plaintiff began advertising directly to women and also introduced a female-specific shave oil product, Bodyshave Oil, which it was already testing with female users by February 2015.[36] That led to an increase of women purchasers as well as women users of Plaintiff's skincare products.[37]

67.    While Plaintiff introduced a female-focused Bodyshave Oil product, it also directed its retailers that they could include the Bodyshave Oil in a shelf display with Plaintiff's Face Wash and Face Balm products as a "Skincare/Shave Set."[38] This demonstrates that the Face Wash and Face Balm were skincare products and also targeted for use by women.

68.    In August 2015, a Whole Foods representative was quoted in a media release describing Plaintiff's products "successful, contemporary, *natural skin care*" with an "appeal [that] is broad, spanning different ages *and across genders*; and I'm a big believer in its efficacy."[39] By 2015, this indicates Plaintiff's retail partners viewed Plaintiff's products as skincare products that were used by women.

69.    By 2017, Plaintiff had a substantial female social media following. A study of Plaintiff's Instagram page as of April 18, 2017, found that Plaintiff's Instagram followers were equally split at 50% female, 50% male.[40] A subsequent

---

[35] ThriveLevel_0000932 (emphasis added)
[36] ThriveLevel_0000850-51; ThriveLevel_0002629-30
[37] Trial Declaration of Alex McIntosh ¶ 43; ThriveLevel_0000934 (website depicting addition of Bodyshave Oil product)
[38] ThriveLeVel_0000798-99
[39] ThriveLevel_0002346 (emphasis added)
[40] ThriveLevel_0001850

CONFIDENTIAL

study on July 17, 2017, found that Plaintiff had 1,792 Instagram followers, 41% of
whom were female.[41]

70.    By early 2019, before Defendant's skincare product launch, Plaintiff
had already revised the titles of its product listings on Amazon to identify that they
were intended for men and women. For example, attached as <u>Exhibit C</u> is a copy of
data from Amazon.com showing a sale on April 1, 2019, where the product name
for Plaintiff's Face Wash product was "Natural Face Wash for Women and Men
with Sensitive Skin . . . ."[42]

71.    I understand that where Plaintiff receives demographic data on
purchasers, such as through Amazon.com, it indicates that about 60% of Plaintiff's
customers are female.[43] For example, customer demographic information for
purchasers of Plaintiff's products from Amazon.com for the fourth quarter of 2020
indicates that approximately 60% of unique customers on Plaintiff's Amazon page
are women and over 60% of total sales of THRIVE skincare products were to
women.

72.    I have also reviewed Plaintiff's product reviews and comments from its
Amazon product listings. The reviews and product answers, which predate April
2019, demonstrate that consumers viewed Plaintiff's products as skincare products
and that such products were frequently purchased and used by women. These
listings that I reviewed are attached as <u>Exhibit D</u> to this report. Some examples are
provided below.

73.    On May 4, 2017, a reviewer "Tiff" left a positive review of Plaintiff's
Face Wash, stating "[i]t says for men but I am a woman I use it and absolutely love

_____

[41] ThriveLevel_0001235
[42] ThriveLevel_0005243
[43] Trial Declaration of Alex McIntosh ¶ 44

CONFIDENTIAL

it!"[44] Several other reviews from 2017 on the same page noted the Face Wash was great for men and women.[45] A reviewer named "Leslie" stated on September 16, 2015, that "[a]lthough the packaging design is marketed to men, it will appeal to women as well" and noting she used the product herself.[46] A reviewer named "Margaret P." left a review on September 2, 2015, stating the Face Wash "will appeal to both men and women."[47] Additional reviews for the Face Wash product support this conclusion.[48] This evidence clearly demonstrates that consumers view the Face Wash as a skincare product (a cleanser), and that the product has been widely used by women and men since at least 2015.

74.    Women were similarly early adopters of Plaintiff's Shave Oil. A user named "The Gabster" left a review for the Shave Oil on September 4, 2015, titled "Soothing Smoothing Shave Oil for men and women" and discussing how the product "provided a soothing smoothing shave for my legs."[49] The review called Plaintiff's Shave Oil a "natural unisex product and can be used wherever you want to get rid of unwanted hair."[50] On the same page, in May 2017, a customer asked whether the Shave Oil had been tried by women, and Plaintiff responded that women "found Thrive Shave Oil both on Amazon and in Whole Foods and have been purchasing it not only for their guys, but also for themselves."[51]

75.    With regard to Plaintiff's Face Balm, a review from October 6, 2018, stated: "I am a woman but I use this product and really like it."[52] Another review on

---

[44] Ex. D.1 at ThriveLevel_0005115
[45] Ex. D.1 at ThriveLevel_0005115
[46] Ex. D.1 at ThriveLevel_0005115-16
[47] Ex. D.1 at ThriveLevel_0005116
[48] Ex. D.2 at ThriveLevel_0005130-32
[49] Ex. D.3 at ThriveLevel_0005158
[50] Ex. D.3 at ThriveLevel_0005158
[51] Ex. D.3 at ThriveLevel_0005158
[52] Ex. D.4 at ThriveLevel_0005063

CONFIDENTIAL

the same page from August 2019 is titled "Yes, it's nice for women too . . ." and states "it is great for women too."[53] In response to a user-submitted question about the Face Balm, "Can women use this product?", Plaintiff responded on June 26, 2018, that "[o]ur Face Balm is great for women and men (and we hear from a lot of our female customers that they love it)."[54] Plaintiff further stated on June 26, 2018, that "our Face Balm is a great daily moisturizer . . . that is packed with anti-oxidants and other skin-restring benefits that work for men AND women!"[55] Relatedly, many users have reviewed the Face Balm and called it a "face lotion" and "natural lotion," demonstrating that this product has been viewed by consumers and by Plaintiff as a lotion/moisturizer, not just a shaving product.[56]

76.    With regard to Plaintiff's Energy Scrub, a skin cleanser, an Amazon user named "Kate G Dillon" left a review on September 24, 2018, stating "while labeled for men, and I am a women :-) services my vanity and my high standards for environmental and social performance in equal parts."[57] Even as of 2015, soon after the Energy Scrub was released, an Amazon user named "Emmanuelle" posted a response to question on August 29, 2015, stating "I use it on my face and I really like it. It's definitely gentle enough or my skin and I'm a woman ;-)"[58]

77.    For the reasons discussed here, it is my opinion that Plaintiff's history supports its statements that it started with a focus on selling skincare products for men, but by 2015 was advertising directly to women and that women are the majority of purchasers and users of Plaintiff's products. Further, the evidence supports that Plaintiff and consumers have always viewed its products, including

---

[53] Ex. D.4 at ThriveLevel_0005063
[54] Ex. D.5 at ThriveLevel_0005170
[55] Ex. D.5 at ThriveLevel_0005170
[56] Ex. D.6 at ThriveLevel_0005069-70
[57] Ex. D.7 at ThriveLevel_0005040
[58] Ex. D.8 at ThriveLevel_0005184

CONFIDENTIAL

the initial three products, Face Balm, Face Wash, and Shave Oil, as skincare products, and that those products are properly categorized as skincare products under known market categorizations. Dr. Barone's conclusions to the contrary are unsupported by the evidence.

### 2. Dr. Barone's social media analysis ignores substantial evidence of Plaintiff's targeted advertising to female customers

78.    Dr. Barone's analysis of Plaintiff's social media usage and advertising is highly skewed and ignores substantial data.

79.    Dr. Barone did not undertake any study of Plaintiff's actual social media followers by gender. As I noted above, by 2017, Plaintiff had established a follower base comprising nearly 50% female followers.[59] Dr. Barone failed to consider that evidence.

80.    While Plaintiff did advertise to men on social media and elsewhere, Dr. Barone's analysis also disregarded that Plaintiff directly targeted women with advertisements and social media posts as well. For example, paragraph 55 of the Barone Report found that Plaintiff's social media posts included photographs of men more frequently. However, the analysis found that a full **27%** of Plaintiff's social media posts were directed specifically towards females or were unisex, i.e., contained images of both females and males.[60] In other words, more than 1 in 4 of Plaintiff's social media posts from 2014 through 2022 was targeted towards women. Dr. Barone ignores this finding.

81.    Dr. Barone claims in paragraph 56 of his report that the majority of Plaintiff's female-focused social media posts were made in 2019 to the present. However, Dr. Barone—while claiming Plaintiff *never* targeted women until after

---

[59] ThriveLevel_0001850; ThriveLevel_0001235
[60] Barone Report ¶ 55

CONFIDENTIAL

April 2019—fails to note his own finding that Plaintiff posted at least 16 posts on social media that directly targeted women customers prior to 2019.[61]

82.    Plaintiff's pre-2019 posts demonstrate that it clearly targeted women customers. This includes, for example, the image below, posted by Plaintiff on October 8, 2015, along with the following message: "@avocadodreams taking in the beautiful Colorado rockies. This is just one of the many breathtaking summits Jalissa climbed while on a 6 month national park adventure. Where's the most breathtaking view you've been to? #wethrive#Repost @avocadodreams with @repostapp I found my new favorite place in this world. by @cloud9alpine"[62]



 avocadodreams

---

[61] Barone Report ¶ 56
[62] Barone Appendix L 1091597724108000

CONFIDENTIAL

83.    Below is another example of a post by Plaintiff on Instagram on March 16, 2018, along with the following message: "We're inspired constantly by our community of Thrivers. Like @247_betterola who made a choice to be happy and healthy, and to make it happen every day! That's what we call an #owntheday mentality. Join our community ... #thrivecareOTD #PacuareLodge #ThriveInCostaRica #ThriveTribe #socent #socialbusiness #costarica #biodiversity #sustainability #farmtoface #naturalskincare #entrepreneurlife #entrepreneur #naturalproducts #crueltyfree #healthyskin #greenskincare #startuplife #thrivelife #naturalproducts #skincare #mensgrooming #2018goals #giveaway"[63]



---

[63] Barone Appendix L, 1736408772632260000

CONFIDENTIAL

84.     This type of advertising on social media is consistent with brands targeting female customers. It is also consistent with the fact that, by 2017, Plaintiff had a social media following that was around 50% female. Dr. Barone's opinion that Plaintiff was entirely focused on selling to men until after April 2019 is demonstrably false and unsupported by the evidence.

85.     Dr. Barone's analysis of social media hashtags is also skewed and erroneous. Dr. Barone opines that Plaintiff's social media messaging focuses on men and "refers to men through the use of various male-related hashtags[.]"[64] Dr. Barone then concludes that the results of his analysis show Plaintiff commonly used hashtags referencing men in its posts and did not use any hashtags that "directly and exclusively referenced female consumers" in its 200 most-used hashtags.[65]

86.     However, it is highly relevant that, according to Dr. Barone, "Compatibly, skincare products are targeted primarily toward females, with nearly twice as many females (65%) indicating daily usage of such products as males (37%) (Statista Survey, May 5 to 22, 2017)."[66]

87.     On review of the hashtags identified by Dr. Barone's analysis, one can easily see the flaws in his opinion. The very first, most-used hashtag by Plaintiff is "#naturalskincare" with 536 uses.[67] The third-most used hashtag, with 403 uses, is "#greenskincare".[68] The fourth most-used hashtag, with 384 uses, is "#skincare".[69] Also included in the top 30 are "#skincaretips" and "#veganskincare".[70] This evidence contradicts Dr. Barone's opinions that Plaintiff did not sell skincare products and that Plaintiff did not target female customers. If, as Dr. Barone states,

---

[64] Barone Report ¶ 53
[65] Barone Report ¶ 54
[66] Barone Report ¶ 26
[67] Barone Appendix J at 21
[68] Barone Appendix J at 21
[69] Barone Appendix J at 21
[70] Barone Appendix J at 21

CONFIDENTIAL

"skincare products are targeted primarily toward females," then Plaintiff's very frequent use of hashtags containing the term "skincare" demonstrates that its advertising was substantially targeted towards a female audience.

88.    Dr. Barone also ignored that one of Plaintiff's top 30 hashtags, with 148 uses, was "#greenbeautyproducts".[71] That is no doubt that the reference to "beauty products" is directly and exclusively targeted to women. Based on this and the above evidence, Dr. Barone erred in concluding that Plaintiff did not use any hashtags that referenced female customers.

89.    Finally, Dr. Barone claims that Plaintiff's brand equity is "quite different" from Defendant's because Plaintiff's "is focused on natural products and sustainable practices," while Defendant's is "a premium lifestyle brand targeted to consumers seeking a better lifestyle."[72] That conclusion is unsupported by any evidence.

90.    Contrary to Dr. Barone's opinion, in my experience with branding for skincare and personal care products, natural, healthy, and sustainable products are often used to promote a better lifestyle for the users. Indeed, creating better experiences for users is one of the critical aspects of the healthy, natural, and sustainable personal care product market. As just one example, Dr. Barone's hashtag analysis found that Plaintiff frequently (80 times) used the "#lifestyle" hashtag in its social media posts,[73] demonstrating that it was also focused on demonstrating its products led to a better lifestyle.

91.    Moreover, natural and sustainable products often cost more, and are advertised as "premium" products, versus products that contain synthetic ingredients, which necessarily are often much cheaper due to the lower quality of

---

[71] Barone Appendix J at 21
[72] Barone Report ¶ 50
[73] Barone Appendix J at 22

CONFIDENTIAL

ingredients and packaging. As such, it is my opinion that there is very significant overlap between Plaintiff's natural/sustainable skincare market positioning and brand equity and Defendant's premium and "better lifestyle" skincare market positioning and brand equity.

### E. Plaintiff's Shift to Target Female Customers in Addition to Male Customers is Strongly Supported By Market Research

92.    Contrary to Dr. Barone's opinion that it is almost unprecedented or impossible for a skincare company to expand from focusing on male customers to focusing on both male and female customers, the evidence shows that Plaintiff followed an approach that is strongly supported by research on gender-based product acceptance.

93.    Many consumer product companies have initially targeted men and then successfully expand their focus to women. Gillette, for example, began its targeted focus on men. Its tagline "the best a man can get" is still used in its current advertising. However, in 2021 Gillette's sales of its Venus branded razors for women generated more than $40 billion, or almost twice that of the total sales of razors to men. Other examples include Levis, Axe (Unilever), Men's Shave Club, Harry's, Bacardi, and Brickell.[74]

94.    According to a June 2019 article in Forbes, expanding from men's personal care to women's personal care "is a strategic move will help established brands dramatically expand their customer base, making the company even more attractive should they want to sell down the road."[75] A direct-to-consumer retail expert, Nik Sharma, is quoted by Forbes as saying, "Men's personal care products

---

[74] https://popsop.com/2012/04/crossing-the-gender-divide-a-brand%E2%80%99s-ability-to-speak-to-women-and-men/; https://economictimes.indiatimes.com/gender-bender-brands-focussed-on-men-now-wooing-women-customers/articleshow/12518042.cms?from=mdr; and https://www.forbes.com/sites/kaleighmoore/2019/06/26/why-mens-personal-care-lines-are-now-launching-womens-lines/?sh=4328f2245a55 (hereinafter, "Moore").
[75] Moore

CONFIDENTIAL

that already have the supply chain figured out can introduce a women's line and be profitable with it almost overnight."[76] Sharma "went on to say that since men's lines are often selling to one part of a household, new women's lines present a logical progression that allows brands to connect with the other half (like a spouse or partner) and offer them products as well."[77] This evidence directly contradicts Dr. Barone's opinion that such an expansion from a male personal care market to a female personal care market is unprecedented or extremely difficult.

95.     Further, contrary to Dr. Barone's opinions, research supports the conclusion that Plaintiff followed appropriate brand practices in shifting its focus in 2015 to target female customers to purchase its skincare products. Women are far more likely to cross over and try products that are considered "masculine" in nature than men are likely to cross over and try products that are considered "feminine" in nature.[78] Specifically, research results "suggest that masculine brands are more effective than other gendered brand profiles for masculine, feminine, and androgynous consumers."[79] People who identify as female reported higher cognitive loyalty, affective loyalty, and purchase intent for masculine brands than people who identified as male did for feminine brands.[80]

96.     Such research directly supports the recommendation that, just as Plaintiff did here, brands with an initially masculine image should *not* substantially modify that image to attract female customers.[81] As noted in Jung, "[t]he findings of

---

[76] Moore

[77] Moore

[78] Neale, et al., "Gender Identity and Brand Incongruence: When in Doubt, Pursue Masculinity," Journal of Strategic Marketing (May 2015) (hereinafter, "Neale"); Kwon Jung (2006) ,"Cross-Gender Brand Extensions: Effects of Gender of Brand, Gender of Consumer and Product Type on Evaluation of Cross-Gender Extensions", Advances in Consumer Research Volume 33 (hereinafter, "Jung").

[79] Neale at 1; Jung at 68, 73

[80] Neale at 19, 23; Jung at 71

[81] Neale at 23-25

CONFIDENTIAL

this study suggest that it would be easier for a masculine brand to extend to target female customers than the other way round."[82] Thus, brands seeking to shift to a unisex audience should skew towards a more masculine image, which will still attract women but without alienating male customers. That is exactly what Plaintiff did here—initially releasing relatively "masculine" appearing skincare products and then making minor shifts in its marketing and product line (such as the Bodyshave Oil release) to attract more female customers.

97.    As such, it is my opinion that Plaintiff followed appropriate and recommended practices by retaining its product appearance while also targeting women with advertising, product placement, customer reviews, and customer question responses, as noted above. Rather than being almost impossible, as Dr. Barone suggests, this type of gender cross-over is well-known and strongly supported by relevant research. Dr. Barone also ignores the fact that Plaintiff has not launched an entire product line extension targeted to the opposite gender than its initial line; rather, Plaintiff has over time adjusted its *marketing* to target women while leaving its product line intact.

## Conclusion

98.    Based upon the application of the legal principles described in this report, and upon my examination, analysis, and review of the Barone Report it is my opinion that Dr. Barone's Report and survey do not support his opinions that Defendant's expansion from vitamin ingestibles to topical skincare products was natural and expected by consumers. Further, the evidence does not support Dr. Barone's opinions that Plaintiff was not using the mark THRIVE on skincare products until after April 2019 or that Plaintiff was not selling to women and targeting women with advertising prior to 2019.

---

[82] Jung at 73

CONFIDENTIAL

99.    The information contained in this report is true and correct, and if called to testify under oath on such matters I could and would testify consistent with my opinions and conclusions contained therein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2022, at New York, New York.

_____
Rob Wallace

# **Exhibit B**

## **Documents Cited**

1.   ThriveLeVel_0000500-01

2.   Trial Declaration of Alex McIntosh

3.   ThriveLeVel_0000495-96

4.   LE-VEL00020561

5.   ThriveLevel_0001248-50

6.   www.thrivecare.co

7.   Defendant's Thrive Skin product pages at https://le-vel.com/Products/THRIVE/Skin

8.   LE-VEL00020155-56

9.   LE-VEL00020169-86

10.   LE-VEL00020449-50

11.   LE-VEL00020453-54

12.   ThriveLevel_0001847-49

13.   ThriveLevel_0002448-59

14.   ThriveLevel_0003912

15.   ThriveLevel_0005216-22

16.   ThriveLevel_0005223-28

17.   ThriveLevel_0005229-32

18.   ThriveLevel_0005233-40

19.   Rebuttal Expert Report of Sean Harrington

20.   Deposition of Drew Hoffman

21.    https://le-vel.com/thrivepalooza

22.    https://markets.businessinsider.com/news/stocks/thrivepalooza-hits-the-big-easy-1023259940

23.    https://tsdr.uspto.gov/#caseNumber=%0987869941&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch

24.    "Demand Effects in Survey Experiments: an Emperical Analysis," Jonathan Mummolo, September 9, 2018

25.    Instagram page of @carissasims

26.    Reference Guide on Survey research, Shari Diamond, p. 377

27.    ThriveLeVel_0000789-90

28.    ThriveLeVel_0000910

29.    ThriveLeVel_0000914

30.    ThriveLeVel_0000932

31.    ThriveLeVel_0001238-47

32.    ThriveLeVel_0001847-49

33.    ThriveLeVel_0002347

34.    ThriveLevel_0003280-84

35.    ThriveLevel_0003909 and attachment

36.    ThriveLevel_0000850-51

37.    ThriveLevel_0002629-30

38.    ThriveLevel_0002346

39.    ThriveLevel_0001850

40.    ThriveLevel_0001235

41.    ThriveLevel_0005243

42.    ThriveLevel_0005113-27

43.    ThriveLevel_0005128-42

44.    ThriveLevel_0005156-67

45.    ThriveLevel_0005052-66

46.    ThriveLevel_0005168-81

47.    ThriveLevel_0005067-82

48.    ThriveLevel_0005038-51

49.    ThriveLevel_0005182-95

50.    https://popsop.com/2012/04/crossing-the-gender-divide-a-
        brand%E2%80%99s-ability-to-speak-to-women-and-men/

51.    https://economictimes.indiatimes.com/gender-bender-brands-focussed-on-
        men-now-wooing-women-customers/articleshow/12518042.cms?from=mdr

52.    https://www.forbes.com/sites/kaleighmoore/2019/06/26/why-mens-personal-
        care-lines-are-now-launching-womens-lines/?sh=4328f2245a55

53.    Neale, et al., "Gender Identity and Brand Incongruence: When in Doubt,
        Pursue Masculinity," Journal of Strategic Marketing (May 2015)

54.    Kwon Jung (2006) ,"Cross-Gender Brand Extensions: Effects of Gender of
        Brand, Gender of Consumer and Product Type on Evaluation of Cross-
        Gender Extensions", Advances in Consumer Research Volume 33

## **Additional Documents Reviewed**

1.    Thrive Natural Care Complaint v. Le-Vel Brands

# Exhibit C

5/20/22, 1:36 PM

Manage Orders

Thrive Natural Care | United States    English ∨    Search    Messages | Help | Settings



# Order details    Order ID: # 111-9755794-5541051    Your Seller Order ID: # 111-9755794-5541051

Go back to order list

## Order summary

Ship by:    **Mon, Apr 1, 2019**
Purchase date:    Sun, Mar 31, 2019, 2:34 PM PDT

Shipping service: **Expedited**
Fulfillment:    Amazon
Sales channel:    Amazon.com 🇺🇸

## Ship to

Amherst, MA 01003-9243-
01

Contact Buyer:    **Gongtao**

Refund Order    Request a Review

## Order contents

| Image | Product name | More information | Quantity | Unit price | Proceeds |
|---|---|---|---|---|---|
| | Natural Face Wash for Women and Men with Sensitive Skin - Unscented Daily Facial Cleanser Made in USA with Natural Ingredients that Clean, Restore, an<br>**ASIN: B07BRCT9FS**<br>SKU: 852000005107+BA | Listing ID: 0327U3TFBNK<br>Order Item ID:<br>01115973245482 | 1 | $13.95 | Item: $13.95<br>Item subtotal: $13.95<br>Item total: $13.95 |

## Status

Payment complete

## Sales proceeds

Billing country/region: US 🇺🇸
Payment methods: Standard

Items total:    $13.95
**Grand total:    $13.95**

## Seller Notes

For your records only, will not be displayed to the buyer.

## Manage Feedback

Gongtao has not left you feedback for this order yet.

FEEDBACK

ThriveLevel_0005243

1/2

# **<u>Exhibit D</u>**

# Exhibit D.1

5/20/22, 10:05 AM    Amazon.com: THRIVE All Natural Face Wash for Sensitive Skin – Unscented Gentle Face Wash for Women & Men to Clean, Re...

Case 2:21-cv-02032-DOC-KES   Document 134   Filed 06/27/22   Page 97 of 218   Page
ID #:7333

Hello
Select your address

Beauty & Personal Care

Hello, Sign in
Account & Lists
Returns
& Orders
0

All    Best Sellers    Amazon Basics    Customer Service    New Releases    Prime    Today's Deals    Music    Books    All-new Fire 7 tablet

All Beauty    Premium Beauty    Makeup    Skin Care    Hair Care    Fragrance    Tools & Accessories    Personal Care    Oral Care    Men's Grooming

94

Beauty & Personal Care › Skin Care › Face › Cleansers › Washes

Sponsored

## THRIVE All Natural Face Wash for Sensitive Skin – Unscented Gentle Face Wash for Women & Men to Clean, Restore & Combat Skin Stress – Made in USA with Natural & Organic Ingredients – Vegan

Visit the Thrive Natural Care Store

855 ratings

| 19 answered questions

Price: **$12.56** ($3.72 / Fl Oz)

Get $50 off instantly: Pay $0.00 $13.95 upon approval for the Amazon Rewards Visa Card. No annual fee.

**Scent: Sensitive Skin Unscented**

**Size: 3.38 Fl Oz (Pack of 1)**

| 3.38 Fl Oz (Pack of 1) | 3 Units |

| | |
|---|---|
| Scent | Sensitive Skin Unscented |
| Brand | Thrive Natural Care |
| Skin Type | Sensitive |
| Item Form | Gel |
| Recommended Uses For Product | Face,Sensitive Skin |

### About this item

- PREMIUM FACE WASH FOR SENSITIVE SKIN - Liquid gel-based facial wash gently removes dirt, SPF, oil, and sweat. Specially formulated with clinically proven ingredients to avoid drying sensitive skin, help reduce irritation, and provide extra defense against skin stressors. Leaves your skin feeling clean, refreshed, and healthier looking

**One-time purchase:**
$13.95 ($4.13 / Fl Oz)
FREE delivery: **Thursday, May 26** on orders over $25.00 shipped by Amazon.
Ships from: Amazon
Sold by: Thrive Natural Care

**Subscribe & Save:**
10%    15%
$12.56 ($3.72 / Fl Oz)

Save 10% now and up to 15% on repeat deliveries.
• No fees
• Cancel anytime
Learn more

**Get it Thursday, May 26**

**In Stock.**

Qty: 1

Deliver every:
2 months (Most common)

Set Up Now

Auto-deliveries sold by Thrive Natural Care and Fulfilled by Amazon

Add to List

Have one to sell?
Sell on Amazon



HARRY'S

*Wake your face up with Harry's*

Harry's Face Wash - Face Cleanse...
1,118
$20.91  ✓prime

Sponsored

5/20/22, 10:15 AM — Amazon.com: THRIVE Natural Face Wash for Sensitive Skin – Unscented Gentle Face Wash for Women & Men to Clean, Re…

Case 2:21-cv-02033-DOC-KES Documents 134 Filed 06/27/22 Page 98 of 218 Page ID #:7334









2 VIDEOS



Roll over image to zoom in

- HIGH-PERFORMANCE NATURAL FORMULA - Our plant-based formula delivers three potent ingredients for sensitive skin: the Costa Rican super-plant Fierrillo (unique to Thrive products) with anti-oxidant & anti-irritation benefits; plus clinically-proven Tazman Pepper (helps reduce irritation and redness), and Wakame Kelp (reinforces skin's natural defenses against urban pollution and outdoor/adventure stressors)

- No added fragrances or scents. cent derived from the plant-

T MISSION - Your Thrive ports hard-working rural farmers d lands to health. Look better itive footprint

rom a small business brand.

earn more

ms



th regenerative

skincare

Sponsored



THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash wit…
1,478
$13.46 $14.95 ✓prime
Subscribe & Save

## Frequently bought together

 +  +         

Total price: $45.85

[ Add all three to Cart ]

☑ **This item:** THRIVE All Natural Face Wash for Sensitive Skin – Unscented Gentle Face Wash for Women & Men to Cle…   $13.95 ($4.13/Fl Oz)

☑ THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidants Improves Skin Texture, Un…   $14.95 ($4.42/Fl Oz)

☑ THRIVE All Natural Face Cream for Sensitive Skin – Facial Moisturizer Restores, Protects Skin & Helps Soothe Irritati…   $16.95 ($8.48/Fl Oz)

## 4 stars and above

Page 1 of 62

Sponsored ⓘ











Thrive Natural Men's Skin Care Set (3 Piece) - Grooming Gift Set To Wash, Shave, an...

**$44.95**

FREE delivery: **Thursday, May 26**

997

Reviews mention:
"The shave oil not only makes shaving easy but leaves the skin ..."    **See more**

THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight...

**$24.95**

FREE delivery: **Thursday, May 26** on orders over $25 shipped by Amazon.

2,169

Reviews mention:
"This product is a great moisturizer that is easy to spread and works ..."
**See more**

THRIVE All Natural Face Cream for Sensitive Skin – Facial Moisturizer Restores, Pro...

**$16.95**

FREE delivery: **Thursday, May 26** on orders over $25 shipped by Amazon.

253

Reviews mention:
"Soothing, non oily face balm feel great and absorbed easily into the skin."

THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidant...

**$14.95**

FREE delivery: **Thursday, May 26** on orders over $25 shipped by Amazon.

1,477

Reviews mention:
"Great Face Scrub - Smells Good - Makes Your Face Feel CLEAN and REFRESHED!"

THRIVE Natural Soap & Shower ... – 2-in-1 Shower Shaving Soap f...

**$12.95**

FREE delivery: Thursday, May 26 on orders shipped by Amazo

38

Reviews mention:
"Great product an company!"

---

## Have a question?

Find answers in product info, Q&As, reviews

> women

| All | Product Information | Customer Q&A's | **Customer Reviews** |

**For both men and women**

By Tiff on May 4, 2017

I love this face wash! This is the 3rd one i have bought. Its a perfect scrub not to big of granules that hurt your face and the smells like a minty with something else in it haha very refreshing tho and not an obnoxious smell . It says for men but i am a woman i use it and absolutely love it! Definitely would recommend. see less

**Good for men and women**

By awilli9004 on October 30, 2017

I don't know why this is advertised as being for men I think anyone would be fine with using this product. The scent is not floral or masculine. It has a distinct citrus scent to me. It cleans well without drying and did not irritate my sensitive skin. The only reason I gave it four stars is because I find it very difficult to squeeze out of the tube. It either needs a larger hole to squeeze the product out through or a less thick product. However, the difficult nature also prevents you from using too much product as a little goes a long way. see less

**Great face wash for men and women**

By Donna Oksenberg on December 15, 2017

Great natural gel for every day use. It is a smooth gel that lathers and cleans the skin perfectly leaving it fresh. I use it everyday in the morning and combine it with the scrub, which I also love and use couple of times a week. I also like to support the company and their mission :} see less

**Great face wash!**

By goodreasons2shop on September 17, 2017

smells great
cleans well with no unwanted residue
for men and women
love the natural ingredients
not drying
wonderful for my sensitive, dry skin
used with my battery operated skin brush for a wonderful clean see less

**Invigorating all-natural cleanser**

By Leslie on September 16, 2015

Thrive face wash is a gel cleanser with a fresh, spicy scent of cloves. This is a fairly thick gel and only a small amount was needed to make a rich lather. It rinsed off easily and left my face feeling fresh and clean.
Although the packaging design is marketed to men, it will appeal to women as well. I use it in the morning - I like the invigorating

ThriveLevel_0005115

5/20/22, 10:58 AM                    Amazon.com: THRIVE Natural Face Wash for Men & Women | Effective Organic Gentle Face Cleanser, Made in USA for Men, Women, Re…

Case 2:21-cv-02022-DOC-KES    Document 124    Filed 06/27/22    Page 100 of 218    Page
                                      ID #:7336

scent and fresh feeling when I first wake up, and that it is an all natural, chemical-free product. He uses it at night and is impressed by how well it removes the grime from the day without irritating or drying his skin. see less

### Fantastic natural smelling face wash!

By Will W on August 28, 2017

This is the third time I've bought this product, absolutely love it! When you compare this to other face washes out there, it surpasses them! It gets the results of a acne-clear face but with a natural aspect that smells fantastic! I've been using face washing for 13+ years and they all smell terrible. It's just a load of chemicals it seems! They have a very strong, icky smell and it really dries out your skin. Thrive smells natural, like cloves and works really well! For me, it doesn't dry out my skin as much as others would. I believe this product can be used for both men and women if you'd like as well!
This product is 100% definitely worth it, keep it up Thrive! Now just waiting for a bigger tube :) see less

### It only takes a small amount, and it's very pleasurable and effective to use. My family loves it.

By GardenCat on September 6, 2015

This is well sealed under the cap so that has to be removed prior to use. Then it is a flip cap. This comes out like a gel, and it only takes a small dab. The tube doesn't look big but it should last a long time. It smells naturally spicy and fragrant without being in any way annoying or overpowering. It cleans well. It has argan oil and other exotic oils that condition and clean skin without stripping it. It washes off ok - it takes a few splashes, but would be super easy to rinse under the shower.
It leaves skin feeling really nice- it removes all the sweat and oil but doesn't dry skin. Women, as well as men, will like this cleanser. There are 3 of us here, we all agree, it is a winner. We all like it very much. see less

### Clean fragrance

By Margaret P. on September 2, 2015

This face wash is a thick, pale yellow gel. It has a sweet citrus fragrance with a hint of spice that will appeal to both men and women.
Only a very small amount is needed. It creates very little suds and does an excellent job of removing oil and dirt. The fragrance lingers awhile.
The 100 ml or 3.38 oz. tube has a flip cap.
Ingredients: Aqua/water, glycerin(1), coco & lauryl glucoside(2), xanthan gum, polyglyceryl-4 laurate/sebacate and polyglyceryl-6 caprylate/caprate(2), Argania spinosa kernel oil, Lippia alba oil, Arrabidaea chica extract, natural fragrance(2) of grapefruit + lemon + orange + vetiver + star anise oils, dehydroacetic acid(2), benzyl alcohol(2), lactic acid(2).
(1) Vegetable-origin (2) ECOCERT or NaTrue certified/conforming see less

Customers also asked



| What's the pH please? | is the cleanser a soap free cleanser ? | Can i use this underneath my thick beard? |

| Is this a foaming cleanser? | Is this suitable for women? |

---

## From the brand



# THRIVE®
Powerful Plants For Adventurous Skin

### Our story

#### How we got our start?
We're a passionate team of American and Costa Rican entrepreneurs, chemists, ecologists, and rural farmers. Two obsessions brought us together to build Thrive from (literally) the soil up: making high-performance natural skincare that's awesome, so our customers look better and live healthier.

#### What makes our product unique?
Unique ingredients. Healthier skin. Inspiring mission. Our Gardens in Costa Rica produce two super-plant oils: juanilama & fierillo. Unique to Thrive, these oils are more effective than synthetic chemicals found in most skincare. Our Gardens restore degraded lands and boost rural farmer incomes.

#### Why we love what we do?
Our crazy team in the USA and Costa Rica wakes up every day focused on two things: making our products more effective and healthy and building a business that inspires other companies to aim higher by leaving

ThriveLevel_0005116

5/20/22, 3:58 AM          Amazon.com: THRIVE Natural Face Wash for Sensitive Skin - Organic & Gentle Face Wash for Women & Men - Clean, Re…

Case 2:21-cv-02022-DOC-KES   Document 124   Filed 06/27/22   Page 101 of 218   Page
ID #:7337

things better. We're proud to be on the leading
edge of a healthy and positive impact.

**Product Description**

# LOOK BETTER. LIVE HEALTHIER. LEAVE IT BETTER.

## WHAT IT DOES

- Gel-based wash helps remove dirt, oil, sunscreen & sweat, leaving your skin smooth and fresh
- Made for sensitive skin, gently cleans without over-drying

## WHY IT IS BETTER

- Powered with unique germ-fighting, antioxidant-rich superplant, Fierrillo, to help combat skin irritation
- Tasman Pepper helps calm skin inflammation; Wakame Seaweed protects from pollution
- Vegan, cruelty-free, GMO-free, no added fragrances

### THRIVE'S UNIQUE SUPER-PLANTS

# The strength of two unique-to-Thrive plants in a powerful skincare experience

Thrive harnesses the strength of botanicals from Costa Rica. Our regenerative farming method boosts the potency & purity of these super-plant oils so you can ditch the synthetic products to look better & live healthier.

**Juanilama**: citric-scented herb with potent anti-oxidants that help combat irritation, redness, & stress impacts on skin*

**Fierrillo**: rainforest vine with germ-fighting & anti-inflammatory properties used by indigenous Costa

Ricans to heal skin*

*Statements not evaluated by FDA



**Your Positive Impact**

Your Thrive purchase directly supports a beautiful idea: a business's activities, from start to end, from our farms to your face, should leave people and planet *healthier*. How? Read on…

View Thrive



| Q | Does this help with an oily face? | ⌄ |
| Q | Is this suitable for women? | ⌄ |
| Q | Can I use this underneath my thick beard? | ⌄ |

# Try Other Thrive Products



**Sensitive Skin Face Wash**

Wash



**Energy Scrub**

Exfoliate



**Daily Mineral Sun**

Protect from Sun & M

**USE**

ThriveLevel_0005118

5/20/22, 9:58 AM    Amazon.com: THRIVE All Natural Face Wash for Sensitive Skin – Unscented Gentle Face Wash for Women & Men to Clean, Re…

Case 2:21-cv-02022-DOC-KES    Document 124    Filed 06/27/22    Page 103 of 218    Page ID #:7339

| BENEFIT | Deep cleans and defends skin | Removes dry skin, cleans pores | Blocks UVA/UVB rays |
|---|---|---|---|
| Size | 3.38 Oz | 3.38 Oz | 2 Oz |
| Powered by Thrive Superplants | ✓ | ✓ | ✓ |
| Cruelty Free & Vegan | ✓ | ✓ | ✓ |

## Product details

**Is Discontinued By Manufacturer :** No

**Product Dimensions :** 2.48 x 2.2 x 5.51 inches; 3.36 Ounces

**UPC :** 852200005107

**Manufacturer :** Thrive Natural Care

**ASIN :** B07BRCT9FS

**Best Sellers Rank:** #26,446 in Beauty & Personal Care (See Top 100 in Beauty & Personal Care)
#253 in Amazon Launchpad Small Business Promotion
#379 in Facial Cleansing Washes
#473 in Amazon Launchpad Beauty & Health

**Customer Reviews:**
855 ratings

## Compare with similar items

|  | **This item** THRIVE All Natural Face Wash for Sensitive Skin – Unscented Gentle Face Wash for Women & Men to Clean, Restore & Combat Skin Stress – Made in USA with Natural & Organic Ingredients – Vegan | MARLOWE. No. 121 Facial Cleanser for Men 6oz | Daily Face Wash with Natural Extracts & Antioxidants | Soothes, Purifies, Refreshes | Thick Lather, No More Dry | Botanic Hearth Tea Tree Face Wash with Mint - Acne Fighting, Therapeutic, Hydrating Liquid Face Soap with Pure Tea Tree Oil - for Women and Men, Paraben Free, Fights Acne - 16 fl oz | Nabia Plant-based Natural Face Wash with Vitamin C: Gentle and Clean Revitalizing Cleanser, 5.07 Fl Oz |
|---|---|---|---|---|
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (855) | (1198) | (2457) | (393) |
| Price | $13⁹⁵ | $13⁹⁹ | $16⁹⁴ | $9⁷⁹ |
| Sold By | Thrive Natural Care | MARLOWE. | Botanic Hearth | Amazon.com |
| Age Range Description | Adult | — | Adult | — |
| Brand Name | Thrive Natural Care | MARLOWE. M BLEND | Botanic Hearth | Nabia |
| Item Form | Gel | Gel | Liquid | Foam |
| Item Weight | 3.36 ounces | — | — | — |
| Scent | Sensitive Skin Unscented | — | Tea Tree With Mint | — |
| Skin Type | Sensitive | — | Acne Prone | — |

ThriveLevel_0005119

5/20/22, 8:56 AM    Amazon.com: THRIVE Natural Face Wash - Best Sensitive Skin Unscented Gentle Face Wash for Women & Men — Clean, Re...

Case 2:21-cv-02022-DOC-KES   Document 124   Filed 06/27/22   Page 104 of 218   Page
ID #:7340

## Videos

**Videos for this product**



0:55

Review of the Thrive Natural Face Wash Gel

Emily & Sarah

0:23

Look Better & Live Healthier With Superplant Skincare

Thrive Natural Care

**Videos for related products**

0:28

Nabia Plant-based Skincare: Face Cream, Serum, Cleanser

eewee production, Inc. - Accelerator

About RUG

RUGGED &

Upload your video

## Important information

### Ingredients

Aqua/water, Glycerin (1), Coco-Glucoside (1), Glyceryl Oleate (1), Undaria Pinnatifida (Wakame Brown Seaweek) Extract (1), Xantham Gum, Tasmania Lanceolata Fruit Extract (1), Arrabidaea Chica (Fierrillo) Extract (2), Organic Argania Spinosa (Argan), Kernel Oil (3), Polyglyceryl-2 Sesquioleate (1), Dehydroacetic Acid, Benzyl Alcohol Key: (1) = Plant Derived; (2) = Supports Farmland Restoration; (3) Certified Organic Gmo Free And Animal Product/cruelty Free (Ok For Vegans)

## Explore more from Thrive Natural Care

Sponsored ⓘ






Thrive Natural Men's Skin Care Set (3 Piece) - Grooming Gift Set To Wash, Shave, an...
997
$44.95

THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidant...
1,477
$14.95

THRIVE All Natural Face Cream for Sensitive Skin – Facial Moisturizer Restores, Pro...
253
$16.95

THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight...
2,169
$24.95

THRIVE Natural Shave Soap & Shower Soap Bar – 2-in-1 Shower & Shaving Soap for Men ...
387
$12.95

SeboCalm Sensitive Skin Face Wash - Vegan Hypoallergenic Facial Cleanser for Combination Dry Sensitive and Oily Skin - Gentle Daily Facial Soap Redness Relief Face Wash for Women

★★★★½ 326

$15.98 ✓prime

Shop now

Sponsored

## Customer questions & answers

5/20/22, 10:08 AM — Amazon.com: THRIVE Natural Face Wash for Men: Sensitive Skin Unscented, Gentle Face Wash 3.4oz for Men & Women, Re…

Case 2:21-cv-02022-DOC-KES   Document 124   Filed 06/27/22   Page 105 of 218   Page ID #:7341

Have a question? Search for answers

**1 vote**

**Question:** Can i use this underneath my thick beard?

**Answer:** Yes. Thrive Face Wash is good for washing your under-beard skin, as our formula has plant oils from Costa Rica not found in any other products. These powerful oils calm irritation and redness, and deliver to your skin strong antioxidants to keep your skin healthy. Additionally, the light-foaming wash helps cleanse y… see more

By Thrive Natural Care SELLER on February 18, 2019

See more answers (1)

**0 votes**

**Question:** is the cleanser a soap free cleanser ?

**Answer:** Yes it is soap free

By Amazon Customer on March 25, 2021

**0 votes**

**Question:** Is this suitable for women?

**Answer:** Yes! Skin type--not gender--makes a bigger difference when choosing the best skincare products for your face and body. While there can be differences in female vs male skin, particularly in younger people (skin thickness, oil production, etc), skin type is more important. We designed our Restoring Face Wash for peop… see more

By Thrive Natural Care SELLER on July 24, 2019

**0 votes**

**Question:** Hmmm does it help against an oily face?

**Answer:** Thanks for your question. Thrive's Restoring Face Wash is formulated with natural, high-quality ingredients to provide a thorough but gentle cleanse. Harsh cleansing has been linked to triggering oil production so a gentle and effective cleanser should work well for oily skin. Let us know if you have any other question… see more

By Thrive Natural Care SELLER on July 10, 2018

See more answers (2)

See more answered questions (15)

---

## Customer reviews

### 4.4 out of 5

855 global ratings

| | | |
|---|---|---|
| 5 star | | 66% |
| 4 star | | 18% |
| 3 star | | 7% |
| 2 star | | 4% |
| 1 star | | 4% |

How customer reviews and ratings work

### Reviews with images

  

See all customer images

Top reviews

## Top reviews from the United States

 Audrey P

**Pretty Good**

Reviewed in the United States on April 1, 2021

Scent: Sensitive Skin Unscented     Size: 3.38 Fl Oz (Pack of 1)     Verified Purchase

The wash itself is good. I noticed a moderate improvement in my skin, less dry. I had been using a bar face wash for many years, as I believe that is the best way to cut down on waste, but my skin was drying out, so I needed something more nourishing. This product is good enough, but I need just as much face lotion as I did with my other wash. The company is ethical, but it takes a lot of the wash and lathering to give me the amount of foam to feel clean. Perhaps this is a personal issue, but nonetheless important to me. The packaging is plastic, which itself isn't technically a problem.

However, I've discovered that a majority of plastic containers that are advertised to be recyclable doesn't have the properties required to make it reusable, or, if they are, aren't being used in the way designed.

ThriveLevel_0005121

5/20/22, 9:08 AM                    Amazon.com: Thrive Natural Face Wash for Men and Women - Gentle Face Wash for Women & Men for Oily, Dry & Sensitive Skin, Clean, Re...

Case 2:21-cv-02022-DOC-KES Document 124 Filed 06/27/22 Page 106 of 218 Page ID #:7342

That being said, I am transitioning back to a bar face wash, obviously a different brand from what I was using before. It will last far longer than this was will, and the packaging is compostable.

6 people found this helpful

Helpful    Report abuse

Fred

**Clears up redness QUICKLY! Got rid of the acne too! If you're on the fence, BUY IT.**

Reviewed in the United States on March 7, 2019

Scent: Sensitive Skin Unscented    Size: 3.38 Fl Oz (Pack of 1)    **Verified Purchase**

I bought this product (the restorative slightly more expensive version) because it advertised to alleviate facial redness. I had this rash on my face under my eyes on both cheeks for years actually, and no product I tried could get rid of it. Until now! This all natural Thrive bottle just requires one or two drops at the start of your daily shower, and rinse it out five minutes later. Within a week, I already noticed a difference! I'm about halfway through the bottle and the difference is night and day.

I will be buying this again! Your face GLOWS. If you are looking for a natural solution, look no further. Plant based magic if you ask me.

17 people found this helpful

Helpful    Report abuse

Will W

**Fantastic natural smelling face wash!**

Reviewed in the United States on August 28, 2017

Scent: Original Scented    Size: 3.38 Fl Oz (Pack of 1)    **Verified Purchase**

This is the third time I've bought this product, absolutely love it! When you compare this to other face washes out there, it surpasses them! It gets the results of a acne-clear face but with a natural aspect that smells fantastic! I've been using face washing for 13+ years and they all smell terrible. It's just a load of chemicals it seems! They have a very strong, icky smell and it really dries out your skin. Thrive smells natural, like cloves and works really well! For me, it doesn't dry out my skin as much as others would. I believe this product can be used for both men and women if you'd like as well!

This product is 100% definitely worth it, keep it up Thrive! Now just waiting for a bigger tube :)

22 people found this helpful

Helpful    Report abuse

Karen Vint

**Husband loves it**

Reviewed in the United States on July 28, 2019

Scent: Original Scented    Size: 3.38 Fl Oz (Pack of 1)    **Verified Purchase**

Hubby has psoriasis on his face. Had been on the lookout for a new product because his usual facewash is getting harder to find. This is a little on the pricey side, but, it honestly takes so very little to wash with, so, that increases it's value. The smell is definitely masculine but isn't so overpowering that you smell it even after your shower. I use it occasionally and don't smell it on me once I'm ready for work. Hubby has commented several times he's seen fewer flakes in his beard since using this product. He is asking me to order more. Can't ask for a better review than that!

5 people found this helpful

Helpful    Report abuse

Talie

**Sensitive skin friendly**

Reviewed in the United States on January 18, 2020

Scent: Sensitive Skin Unscented    Size: 3.38 Fl Oz (Pack of 1)    **Verified Purchase**

ThriveLevel_0005122

Used quite a few products for sensitive skin, and this one is decent. Didn't make a significant difference and didn't irritate my skin; so, that's a win if you have sensitive skin.

That noted, the consistency is RUNNY af. So, it would be better in a pump than in a tube.

Other than that, this is a safe, if unimpressive product for people with sensitive skin.

(Seriously, clean is the only benefit this product gives. If that's all you are looking for, then this is a 10 out of 5 stars product for you. Get you some. For people with sensitive skin, that's sometimes everything.)

4 people found this helpful

Helpful Report abuse


chris s

**Runny.. don't squeeze the container.**

Reviewed in the United States on August 20, 2018

Scent: Sensitive Skin Unscented Size: 3.38 Fl Oz (Pack of 1) **Verified Purchase**

I really want to like this product. The product itself is ok as a face wash, but I'm losing a ton to over spillage. They need to either thicken the solution or shrink the diameter of the dispenser. — it's counterintuitive, but I'd suggest opening the cap and letting gravity drop the desired amount into your hand.

13 people found this helpful

Helpful Report abuse


Jon Weedin

**Great product, great company**

Reviewed in the United States on June 22, 2019

Scent: Original Scented Size: 3.38 Fl Oz (Pack of 1) **Verified Purchase**

I love this. It smells amazing, it cleans well, and my skin feels better after using it. I shave with an electric razor before I wash my face, and that leaves a mild stinging pain on my face. After I wash with this, that stinging goes away completely. I also have a scar on my face from about a year ago, and I feel like it's faded a lot since I started using this cleanser. The company is great, and I love what they're doing.

5 people found this helpful

Helpful Report abuse


Crys Marsters-Skerry

**The BEST facial cleanser in the world...even if it doesn't smell so great**

Reviewed in the United States on November 7, 2015

Scent: Original Scented Size: 3.38 Fl Oz (Pack of 1) **Verified Purchase**

Despite how much I abhor the fragrance of this wash, there is no other product that compares to its effectiveness. I have combination skin, ranging from bone dry to oily, and this wash is simply perfect. It is gentle enough to cleanse my face without drying it out or irritating it, and strong enough to remove all makeup, dirt, and oil. A little goes a long way, too. A drop smaller than a pea is enough for my entire face.

Bottom line is, it's amazing - I will never use another face wash in my life, so long as this one keeps getting produced. Even IF the clove and anise smells are nearly overwhelming. With the simple ingredients list and the amazing story behind this wash, I can handle the smell, and give it the 5 stars it deserves. Definitely not a purchase you will regret.

14 people found this helpful

Helpful Report abuse

**See all reviews ›**

## Top reviews from other countries

 Lor Ree

**Does not smell good**

Reviewed in Canada on April 25, 2022

Scent: Original Scented     Size: 3.38 Fl Oz (Pack of 1)     Verified Purchase

This product does not smell good and the smell doesn't really dissipate, so I don't like to use it. I have used it as body wash, just so that I can use it up. I don't really see any difference in blemishes either.

Report abuse

 Meagneato

**no more red**

Reviewed in Canada on March 11, 2021

Scent: Sensitive Skin Unscented     Size: 3.38 Fl Oz (Pack of 1)     Verified Purchase

my skin looks so much better, less redness and dryness around the mouth due to wearing a mask. worth a try!

One person found this helpful

Report abuse

 Michael Merry

**Excellent**

Reviewed in Canada on April 10, 2022

Scent: Original Scented     Size: 3.38 Fl Oz (Pack of 1)     Verified Purchase

My face feels wonderful after using the product. A small amount does the job. Good quality, has a nice fruity scent. Will buy again

Report abuse

 Itziar

**Fantastic gel-based wash**

Reviewed in Canada on August 23, 2017

Scent: Original Scented     Size: 3.38 Fl Oz (Pack of 1)     Verified Purchase

I've been on a quest to find natural grooming products that actually work, and this one is going to be a keeper. This facial wash is really very good. It's a nice gel that's spreads easily and lathers well. Don't need to use much to wash my whole face. I use it everyday after coming home from work and leaves my face super clean and feeling refreshed for the evening. Will purchase again

4 people found this helpful

Report abuse

 Marc-Andre Bourgon

**Best plant base face wash**

Reviewed in Canada on December 3, 2021

Scent: Sensitive Skin Unscented     Size: 3.38 Fl Oz (Pack of 1)     Verified Purchase

This stuff is awesome. Plain and simple

One person found this helpful

Report abuse

**See all reviews ›**

5/20/22, 12:56 AM Amazon.com: THRIVE Natural Face Wash for Sensitive Skin Unscented Gentle Face Wash Women & Men Clean, Re...

Case 2:21-cv-02022-DDC-KES Document 124 Filed 06/27/22 Page 109 of 218 Page ID #:7345

### Products related to this item

Page 1 of 174

Sponsored ⓘ


**Thrive Natural Men's Skin Care Set (3 Piece) - Grooming Gift Set To Wash, Shave, an...**
997
**$44.95**
FREE delivery: **Thursday, May 26**


**THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight...**
2,169
**$24.95**
FREE delivery: **Thursday, May 26** on orders over $25 shipped by Amazon.


**THRIVE All Natural Face Cream for Sensitive Skin – Facial Moisturizer Restores, Pro...**
253
**$16.95**
FREE delivery: **Thursday, May 26** on orders over $25 shipped by Amazon.


**THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidant...**
1,477
**$14.95**
FREE delivery: **Thursday, May 26** on orders over $25 shipped by Amazon.


**THRIVE Natural Soap & Shower – 2-in-1 Shower Shaving Soap f...**
3...
**$12.95**
FREE delivery: **Thursday, May 26** on orders...shipped by Amazo...

SeboCalm Sensitive Skin Face Wash - Vegan Hypoallergenic Facial...
★★★★☆ 326  $15.98 ✓prime
[ Shop now ]

Sponsored

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

## Recommended based on your shopping trends

Page 1 of 3

Sponsored


**LEMYKA Foaming Face Wash - Gentle, hydrating for Eczema-prone, Dry, Sensitive Skin, Natural Daily Facial Cleanser, pH**
132
**$19.98**


**Yu-Be Hydrating Face Wash with Irish Sea Moss, Green Tea, & Bergamot: Gentle Non-Foaming Gel Cleanser -**
52
**$22.00**


**Murad Environmental Shield Essential-C Cleanser - Anti-Aging Vitamin C Cleanser - Energizing, Antioxidant**
1,915
**$40.00**


**Vanicream Gentle Facial Cleanser with Pump Dispenser - 8 fl oz - Formulated Without Common Irritants for**
18,567
**$8.86**


**Garnier SkinActive Micellar Cleansing Water, For Waterproof Makeup, 13.5 Fl Oz, 2 Count**
27,268
**$15.94**

## Inspired by your browsing history

Page 1 of 5







THRIVE All Natural Face Cream for Sensitive Skin – Facial Moisturizer Restores, Protects Skin & Helps Soothe Irritation …
253
$16.95 ($8.48/Fl Oz)
Get it as soon as **Thursday, May 26**
FREE Shipping on orders over $25 shipped by Amazon

THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidants Improves Skin Texture,…
1,478
$14.95 ($4.42/Fl Oz)
Get it as soon as **Thursday, May 26**
FREE Shipping on orders over $25 shipped by Amazon

THRIVE Natural Mineral Face Sunscreen for Sensitive Skin SPF 30, 2 Ounces – Moisturizing Unscented Sunscreen f…
2,174
$26.95 ($13.48/Fl Oz)
Get it as soon as **Thursday, May 26**
FREE Shipping on orders over $25 shipped by Amazon

Thrive Natural Bakuchiol Serum for Face - Healthier Retinol Alternative with Hyaluronic Acid -…
4
$25.95 ($25.95/Fl Oz)
Get it as soon as **Thursday, May 26**
FREE Shipping on orders over $25 shipped by Amazon

THRIVE Natural Shave Soap & Shower Soap Bar – 2-in-1 Shower & Shaving Soap for Men & Women – Rich Lather f…
387
$12.95 ($3.70/Ounce)
Get it as soon as **Thursday, May 26**
FREE Shipping on orders over $25 shipped by Amazon

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English    United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business

Amazon Fresh

AmazonGlobal
Ship Orders Internationally

Home Services

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Everything
For
Your
Business

Experienced
Pros
Happiness
Guarantee

Audible
Listen to Books &
Original
Audio Performances

Book
Depository
Books With
Free
Delivery
Worldwide

Groceries
& More
Right To
Your Door

Box Office
Mojo
Find Movie
Box Office
Data

ComiXology
Thousands of
Digital Comics

DPReview
Digital
Photography

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle
Direct
Publishing
Indie
Digital &
Print
Publishing
Made Easy

Amazon
Photos
Unlimited Photo
Storage
Free With Prime

Prime
Video
Direct
Video
Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security
Systems

eero WiFi
Stream 4K
Video
in Every
Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription
Boxes
Top
subscription
boxes – right
to your door

PillPack
Pharmacy
Simplified

Amazon
Renewed
Like-new
products
you can
trust

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2022, Amazon.com, Inc. or its affiliates

**Exhibit D.2**

THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium ...

Hello
Select your address

Beauty & Personal Care

Hello, Sign in
Account & Lists ⌄

Returns
& Orders

0

All | Best Sellers | Amazon Basics | Customer Service | New Releases | Prime ⌄ | Today's Deals | Music | Books

All-new Fire 7 Kids tablet

All Beauty | Premium Beauty ⌄ | Makeup ⌄ | Skin Care ⌄ | Hair Care ⌄ | Fragrance ⌄ | Tools & Accessories ⌄ | Personal Care ⌄ | Oral Care ⌄ | Men's Grooming ⌄

Beauty & Personal Care › Skin Care › Face › Cleansers › Washes

# THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium Natural Ingredients for Healthier Skin Care – Vegan & Made in USA – Women & Mens Face Wash

Visit the Thrive Natural Care Store

854 ratings

| 19 answered questions

Price: **$11.66** ($3.45 / Fl Oz)

Get $50 off instantly: Pay $0.00 ~~$12.95~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Scent: **Original Scented**

Size: **3.38 Fl Oz (Pack of 1)**

| 3 Units | 3.38 Fl Oz (Pack of 1) |
|---|---|

| Scent | Original Scented |
|---|---|
| Brand | Thrive Natural Care |
| Skin Type | All |
| Item Form | Gel |
| Recommended Uses For Product | Face |

## About this item

- POWERFUL SKIN CARE FOR MEN & WOMEN – Dermatologist tested, gel-based facial wash deep cleanses removing dirt, SPF, oil, and sweat from the face while leaving your skin feeling smooth and fresh. Our truly natural formula avoids drying the skin and keeps you looking vibrant throughout the day

- TRULY NATURAL – Contains only plant-based ingredients, leaving out all the harsh synthetic additives, fragrances, or ingredients that may cause irritation. Certified as a "Premium Bodycare" product by Whole Foods Market, a designation given only to items with the highest levels of efficacy and safety. Safe to use on all skin types. Cruelty-free, vegan-safe, PABA-free, GMO-free, and paraben-free

- UNIQUE HIGH-PERFORMANCE INGREDIENTS – Packed with powerful anti-oxidant and skin

---

**One-time purchase:**
$12.95 ($3.83 / Fl Oz)
FREE delivery: **Wednesday, May 25** on orders over $25.00 shipped by Amazon.
Ships from: Amazon
Sold by: Thrive Natural Care

**Subscribe & Save:**
10%   15%
**$11.66** ($3.45 / Fl Oz)
Save 10% now and up to 15% on repeat deliveries.
• No fees
• Cancel anytime
Learn more
**Get it Wednesday, May 25**

In Stock.

Qty: 1

Deliver every:

2 months (Most common)

Set Up Now

Auto-deliveries sold by Thrive Natural Care and Fulfilled by Amazon

Add to List

Share

Have one to sell?

Sell on Amazon

Case 2:21-cv-02022-DOC-KES    Document 124    Filed 06/27/22    Page 114 of 218    Page
ID #:7350

benefits provided by two Costa Rican super plants unique to Thrive: Juanilama with anti-oxidant (87% more than vitamin E), germ-fighting, and anti-fungal properties helps combat blemishes and the impact of stress and pollution on the skin; Fierillo with germ-fighting, anti-inflammatory, skin-healing, and anti-oxidant properties helps promote healthier skin after exercise, outdoor adventures, or stress*

...ANTEED – Made in the U.S.
...ents sourced directly from
...nd Europe. Tube made with
... SATISFACTION GUARANTEE,
... Thrive, we'll refund your

...CAN FARMERS & RESTORES
...ve purchase directly supports
...rmers and restores degraded
... Look better while you leave a








2 VIDEOS



Roll over image to zoom in

...ms

### item

Neutrogena Ultra Gentle Hydrating Daily Facial Cleanser for Sensitive Skin, Acne, Eczema & Rosacea, Oil-Free, Soap-Free, Hypoallergenic & Non-Comedogenic Creamy Face Wash, 12 fl. oz
$8.22
(9599)
🌿 Climate Pledge Friendly

## Frequently bought together

 +  + 

Total price: $43.85

Add all three to Cart

☑ **This item:** THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Pre…   $12.95 ($3.83/Fl Oz)
Get it as soon as **Wednesday, May 25** FREE Shipping on orders over $25 shipped by Amazon

☑ THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidants Improves Skin Texture, Un…   $14.95 ($4.42/Fl Oz)
Get it as soon as **Wednesday, May 25** FREE Shipping on orders over $25 shipped by Amazon

☑ THRIVE Natural Face Moisturizer – Non-Greasy Soothing Facial Moisturizer Lotion for Men & Women Made in USA wi…   $15.95 ($7.98/Fl Oz)
Get it as soon as **Wednesday, May 25** FREE Shipping on orders over $25 shipped by Amazon

## 4 stars and above

Page 1 of 104

Sponsored ⓘ

ThriveLevel_0005129



**THRIVE Natural Daily Defense Skincare Kit for Women & Men (2 Piece) – Gift Set With…**
997
$31.95



**THRIVE Natural Face Moisturizer – Non-Greasy Soothing Facial Moisturizer Lotion for…**
535
$15.95



**THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight…**
2,169
$24.95



**Exfoliating Face Wash for Men - Exfoliating Face Scrub & Gentle Face Cleanser, Face…**
3,653
$24.95
Save $2.00 with coupon

**THRIVE Natu… Scrub for Me… – Exfoliating with Anti-Ox…**
$14.95

---

## Have a question?

Find answers in product info, Q&As, reviews

> "skin care"

All  |  Product Information  |  Customer Q&A's  |  **Customer Reviews**

---

**Clear skin**
By Elton McIntosh on November 13, 2020
Cleans without drying out your skin.

**Doesn't dry out skin**
By MamaT on August 23, 2021
Doesn't dry out my skin like most face cleansers and no oily residue. Has a natural, fresh smell.

**Sensitive skin friendly**
By Talie on January 18, 2020
…Used quite a few products for sensitive skin, and this one is decent.,Didn't make a significant difference and didn't irritate my skin; so, that's a win if you have sensitive skin.,
Other than that, this is a safe, if unimpressive product for people with sensitive skin.,For people with sensitive skin, that's sometime… see more

**This gave me bad skin**
By kyle Lammott on April 16, 2022
…>> used for a whole year <<
Sometimes when switching to a natural product it's takes a while for your skin to adjust; I used this and the lotion,I typically have fine skin, a blemish here or there on occasion but this stuff did not keep my skin clear at all.,
I switched to a new product 2 weeks ago and my skin is alre… see more

**Great for sensitive skin.**
By David J on July 20, 2018
…I have very sensitive skin and these products have been very effective with no allergic reaction of any kind. Will definitely re-order. see more

**Did a great job causing my skin to break out**
By kalman on June 8, 2017
…Did a great job causing my skin to break out.. see more

**Makes your skin feel smooth and clean**
By Audrey Topper on July 16, 2021
i have had this for 1 week and I love it, I am 60yo and my face tone is uneven. using this product has evened it and my skin feels so good. does not dry and is not hard on the facial, neck and chest skin. the scent is awesome, it really does make me feel energized and i need all that i can get in the morning.

**GREAT FOR SENSATIVE SKIN**
By Tannah on December 31, 2021
I had such a horrible problem with dry and itches skin and it was so red and HURT this Madd it feel so much better I'm never hoping back! Love it!!… see more

**Nice Smell - Leaves your Skin Soft and Clean**

ThriveLevel_0005130

By W.T.Hoffman on September 4, 2015

…Really nice skin care product.,This left me with clean feeling, soft skin, with a mild scent that's gender neutral. The product ad proclaims THRIVE FACE WASH is gluten free.,Skin care products designed for consumption of those on a gluten free diet.…

see more

### Perfect for my combination skin

By Tre on March 25, 2017

I've been using this for about two weeks and I really love it, and for several reasons. First, the packaging, this is kind of like a tube(similar to a toothpaste tube, but much bigger) so i can leave it on the sink or in the tub or whatever and not have to worry about leaking or messing around with a pump.

The scent is nice, really fresh and clean. In a way I kind of feel lucky that it's been so good for my skin, because I'm so sensitive and it can be tough finding something that works for me and my combination skin. A lot will cause pimples / breakouts or make me really dry, or leave eye makeup behind, but right from the first use, my face felt clean and soft and hydrated. Using something that is cruelty free also makes me happy.

I think I read in the item description that it's for Men, but I can't remember for sure, so I just want to add that I'm female and it works great for me . see less

### I didn't like how it smelled and my skin felt dry afterwards

By MyPenName on October 27, 2017

Tried my friend's, i wasn't impressed. I didn't like how it smelled and my skin felt dry afterwards. see less

### Fantastic!!!!

By Alaina on March 30, 2022

Best skin care product line I have used, hands down. Leaves your skin feeling amazing!!

### |Great product for removing oils on your skin

By jan b. post on July 31, 2017

ery good facial scrub to clean your face. I have naturally oily skin so a product like this is a great addition to my personal hygene. Great product, you cant go wrong with this product, give it a tray see less

### careful its very runny and you will waste alot till you get the hang of it

By Fady Salamey on January 26, 2018

works good and when used with its sister products you will like the improvement in skin tone and acne reduction.

### Has a nice gel-like sensation, but not a good option for sensitive skin

By Leanne Top Contributor: Health & Wellness, Makeup, Cooking on August 28, 2015

While I love the ideals behind this company, I didn't take a close look at the ingredient list before ordering this, and hadn't realized that it would have some ingredients (like anise and clove) that are irritants to sensitive skin. I've used it twice, and, while I love the gel-like feeling of it and how smooth it feels while you're washing your face, it left my skin stripped-feeling and stinging both times.

If you don't have sensitive skin, this will most likely work for you. The scent of this is as strong as other reviewers said (when I opened up the envelope it came in, I could smell the cloves and anise, even though the tube had an inner seal and was also in a small plastic bag), but it doesn't linger when you wash your face.

If Thrive comes out with a face wash for sensitive skin, I will definitely purchase it, but I would suggest looking for a different option if you have sensitive skin in any way. see less

### My skin thrives after using this product.

By Michelle L. Beck on August 30, 2015

Thrive is a brand/company that cares about the health of your skin and so much more. This company is environmentally and socially conscious. They are dedicated to restoring the land and giving back to the community by supporting local farmers and workers. Thrive is natural, hypo-allergenic and cruelty free. For those consumers who have sensitive skin, this is a product that I think you should try. I have not noticed any irritation, dryness or blemishs while using it. This face wash is free of everything….free of paraben, formaldehyde, ammonium, and PABA (para-aminobenzoc acid). The two ingredients that form the basis of the scent and yield the restorative properties of Thrive are Fierrilo and Juanilama. Both can be found in Costa Rica. Fierrillo is a vine that has anti-inflammatory properties and Juanilama (in the mint family) is a potent antioxidant with healing/restorative properties. The scent is pleasant enough and would remind you of cloves (i.e., those black things that my grandmother use to put in the Christmas ham). This may be a slightly confusing description, of the scent, but I think it is accurate. Note, while it may seem a little overwhelming/loud at first, it dies down once you rinse and the scent doesn't linger. In terms of the container, this 3.38 ounce container…is attractive (I really like the logo, a bold red feather) and fits anywhere…on the counter or in the shower. The translucent gel is easy to use/manage….you simply squeeze a little more than a pea size amount, add water and lather. I use my fingers versus a cloth and simply rub the mixture on your face. It goes on smoothly, doesn't leave the skin feeling oily and leaves no residue. And if you would like to exfoliate, you may want to use a face brush or a washcloth by rubbing it in a circular motion before rinsing well. I would definitely purchase other products on this line, and am considering purchasing the beard oil for my husband. With that being said, I would definitely recommend this product. Overall, I give it 5 stars see less

### Will buy again

By Amazon Customer on January 2, 2017

ThriveLevel_0005131

5/19/22, 10:56 AM                    Amazon.com: THRIVE Natural Face Wash Gel for Men & Women Daily Facial Cleanser with Anti-Oxidants & Unique Premium ...

Case 2:21-cv-02022-DOC-KES    Document 124    Filed 06/27/22    Page 117 of 218    Page
ID #:7353

My husband is very picky when it comes to skin care products. I bought this for him and he really enjoyed it. Even recommended it to his brother. The scent is not overwhelming, and gentle to the skin. Not only does this product work well, it uses great ingredients and is very environmental conscious. see less

### Smooth feeling skin

By Janet M Leeds on October 1, 2016

This wash is incredibly concentrated so a bottle lasts a long time. The smell is earthy and strong and is reminiscent of being in the woods. What I like the most about this face wash is how smooth it feels and how smooth it makes my face feel after I am done washing my face. see less

### No scent for sensitive skin

By T. Duc on April 16, 2018

This is a new face wash product Thrive, specifically formulated without any scents. It contains some unique ingredients like tazman pepper and wakame kelp that I haven't been able to find in my other face wash products. I also like the new feel of the bottle. see less

### Barbershop scent, Beauty Salon Skin

By DannThePannin'Man on August 22, 2015

I'll be the first to write a review.
At first I was hesitant, due to no reviews, but I made the purchase anyways.
I wanted to try a new face wash that was more gentle on my face.
If you've been to a legitimate Barber shop, then you'll love this smell!
It has the same type of smell you'd expect at a Barber shop!
Now on to the actual effectiveness of the face wash.
It is very thick compared to other face washes I've used.
It lathers quickly and leaves your face feeling smooth, but yet also what I could only describe as "grippy."
If you'd run your hands across your face, you wouldn't feel every pore, but you would pull your face apart if you were to rub with anything besides a gentle caress.
It works great. I have noticed a huge decrease in blemishes/pimples. (From 1 or 2 a day to 1 or 2 a week)
The bottle suggests washing twice a day, but with this size of bottle, you'd be out in a week! I use it once every other day when in the shower.
As noted above, even with my occasional use, I've noticed an improvement. I'm sure if I used it more, I'd have perfect skin, but what guy wants to have that?! see less

Customers also asked

| is this thin enough to use i an automatic dispenser? | does this contain soy? |

| Does it help with hyperpigmentation? | Is this suitable for women? | is the cleanser a soap free cleanser ? |

---

## From the brand





Powerful Plants For Adventurous Skin

### Our story

**How we got our start?**
We're a passionate team of American and Costa Rican entrepreneurs, chemists, ecologists, and rural farmers. Two obsessions brought us together to build Thrive from (literally) the soil up: making high-performance natural skincare that's awesome, so our customers look better and live healthier.

**What makes our product unique?**
Unique ingredients. Healthier skin. Inspiring mission. Our Gardens in Costa Rica produce two super-plant oils: juanilama & fierillo. Unique to Thrive, these oils are more effective than synthetic chemicals found in most skincare. Our Gardens restore degraded lands and boost rural farmer incomes.

**Why we love what we do?**

ThriveLevel_0005132

Our crazy team in the USA and Costa Rica wakes up every day focused on two things: making our products more effective and healthy and building a business that inspires other companies to aim higher by leaving things better. We're proud to be on the leading edge of a healthy and positive impact.

**Product Description**

# LOOK BETTER. LIVE HEALTHIER. LEAVE IT BETTER.





**WHAT IT DOES**

- Gel-based wash delivers a gentle, thorough clean
- Cleans without redness or irritation
- Refreshing fragrance from natural essential oils

**WHY IT IS BETTER**

- Unique germ-fighting, antioxidant-rich superplants, Juanilama, Fierrillo & Coralillo, help combat blemishes and promote healthier skin
- Argan oil and coco-glucoside enable deep cleaning without over-drying
- Recyclable tube made from plants
- Regenerative Farming, Cruelty-free, Vegan, Dermatologist Tested

**THRIVE'S UNIQUE SUPER-PLANTS**

ThriveLevel_0005133

# The strength of three unique-to-Thrive plants in a powerful skincare experience

Thrive harnesses the strength of botanicals from Costa Rica. Our regenerative farming method boosts the potency & purity of these superplant oils.

**Juanilama**: citric-scented herb with potent germ fighting properties for skin restoration & protection*

**Fierrillo**: rainforest vine with potent antioxidants to help combat irritation, redness, & stress impacts on skin*

**Coralillo:** jungle shrub with anti-inflammatory properties used by indigenous Costa Ricans to heal skin*

*Statements not evaluated by FDA



**Your Positive Impact**

Your Thrive purchase directly supports a beautiful idea: a business's activities, from start to end, from our farms to your face, should leave people and planet *healthier*. How? Read on…

View Thrive

| Q | Does this help with an oily face? | ▼ |

| Q | Is this suitable for women? | ▼ |

| Q | Can I use this underneath my thick beard? | ▼ |

5/19/22, 2:21 PM
Amazon.com: THRIVE Natural Face Wash Gel for Men & Women | Daily Facial Cleanser with Anti-Oxidants | Premium …

Case 2:21-cv-02022-DOC-KES Document 124 Filed 06/27/22 Page 120 of 218 Page ID #:7356

# Try Other Thrive Products



| | Face Wash | Deodorant Spray | Daily Defense Sunscreen |
|---|---|---|---|
| **USE** | Wash | Natural Deodorant | Protect from Sun & Moist |
| **BENEFIT** | Deep cleans without drying | Eliminates odor all day | Blocks UVA/UVB rays, hyd |
| **Size** | 3.38 Oz. | 4 Oz. | 2 Oz. |
| **Powered by Thrive Superplants** | ✓ | ✓ | ✓ |
| **Cruelty Free & Vegan** | ✓ | ✓ | ✓ |

---

## Product details

**Is Discontinued By Manufacturer :** No

**Product Dimensions :** 2.5 x 2.25 x 5.5 inches; 3.38 Ounces

**Item model number :** 852200005206-PARENT

**UPC :** 852200005008

**Manufacturer :** Thrive Natural Care

**ASIN :** B00PJB95X8

**Best Sellers Rank:** #20,772 in Beauty & Personal Care (See Top 100 in Beauty & Personal Care)
  #205 in Amazon Launchpad Small Business Promotion
  #294 in Facial Cleansing Washes
  #392 in Amazon Launchpad Beauty & Health

**Customer Reviews:**
  854 ratings

---

# Compare with similar items

| | | | |
|---|---|---|---|
| **This item** THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants | THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidants Improves | THRIVE Natural Face Moisturizer – Non-Greasy Soothing Facial Moisturizer Lotion for Men & Women | THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – High-Level Moisturizer |

ThriveLevel-0005135

5/19/22, Case 2:21-cv-02022-DOC-KES Document for 124 & Wolled Dally Facial Cleanser Light & Moistirizabbe Unfragre Premium ...

Case 2:21-cv-02022-DOC-KES Document 124 Filed 06/27/22 Page 121 of 218 Page
ID #:7357

| | | | | |
|---|---|---|---|
| | & Unique Premium Natural Ingredients for Healthier Skin Care – Vegan & Made in USA – Women & Mens Face Wash | Skin Texture, Unclogs Pores & Helps Prevent Ingrown Hairs – Made In USA – Vegan Natural Facial Scrub Exfoliator | Made in USA with Natural & Organic Ingredients Keep Skin Hydrated & Help Irritation as After Shave, 2 Oz | Broad-Spectrum Natural Face Sunblock with Clear Zinc Oxide & Antioxidants – Vegan Made in USA Non Greasy |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (854) | (1477) | (535) | (2169) |
| Price | $12⁹⁵ | $14⁹⁵ | $15⁹⁵ | $24⁹⁵ |
| Shipping | FREE Shipping on orders over $25.00 shipped by Amazon or get **Fast, Free Shipping** with **Amazon Prime** | FREE Shipping on orders over $25.00 shipped by Amazon or get **Fast, Free Shipping** with **Amazon Prime** | FREE Shipping on orders over $25.00 shipped by Amazon or get **Fast, Free Shipping** with **Amazon Prime** | FREE Shipping on orders over $25.00 shipped by Amazon or get **Fast, Free Shipping** with **Amazon Prime** |
| Sold By | Thrive Natural Care | Thrive Natural Care | Thrive Natural Care | Thrive Natural Care |
| Brand Name | Thrive Natural Care | Thrive Natural Care | Thrive Natural Care | Thrive Natural Care |
| Item Form | Gel | Gel | Lotion | Lotion |
| Size | 3.38 Fl Oz (Pack of 1) | 3.38 Fl Oz (Pack of 1) | 2 Fl Oz (Pack of 1) | 2 Fl Oz (Pack of 1) |

# Videos

### Videos for this product

### Videos for related products



| | |
|---|---|
| 0:55 | 0:23 |
| Review of the Thrive Natural Face Wash Gel | Look Better & Live Healthier With Superplant Skincare |
| Emily & Sarah | Thrive Natural Care |

| | |
|---|---|
| 0:28 | |
| Nabia Plant-based Skincare: Face Cream, Serum, Cleanser | About RU |
| eewee production, Inc. - Accelerator | RUGGED & |

Upload your video

## Important information

### Ingredients

Aqua/Water, Glycerin 1 , Coco-Glucoside 2 , Xanthan Gum, Arrabidea Chica Extract 3 , Polyglyceryl-4 Laurate/Sebacate & Polyceryl-6 Caprylate/Caprate 2 , Argania Spinosa Kernel Oil, Lippia Alba Oil 3 , Natural Fragrance (of Grapefruit, Lemon, Orange, Vetiver, Star Anise, Clove Oils) 2 , Dehydroacetic Acid 2 , Benzyl Alcohol 2 , Citric Acid. 1 Vegetable Origin, 2 ECOCERT OR NATRUE CERTIFIED/CONFORMING, 3 Supports Farmland Restoration *These statements have not been evaluated by the Food and Drug Administration.

## Explore more from Thrive Natural Care

Sponsored ⓘ

ThriveLevel_0005136







| | | | | |
|---|---|---|---|---|
| THRIVE Natural Daily Defense Skincare Kit for Women & Men (2 Piece) – Gift Set With… | THRIVE Natural Face Moisturizer – Non-Greasy Soothing Facial Moisturizer Lotion for… | THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight… | THRIVE Natural Shave Soap & Shower Soap Bar – 2-in-1 Shower & Shaving Soap for Men … | THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidant… |
| 997 | 535 | 2,169 | 387 | 1,477 |
| $31.95 | $15.95 | $24.95 | $12.95 | $14.95 |

## Customer Questions & Answers

See questions and answers

---

## Customer reviews

### 4.4 out of 5

854 global ratings

| | | |
|---|---|---|
| 5 star | | 67% |
| 4 star | | 18% |
| 3 star | | 7% |
| 2 star | | 4% |
| 1 star | | 4% |

How customer reviews and ratings work

## Reviews with images





See all customer images

Top reviews

## Top reviews from the United States

 Audrey P

**Pretty Good**

Reviewed in the United States on April 1, 2021

Scent: Sensitive Skin Unscented    Size: 3.38 Fl Oz (Pack of 1)    Verified Purchase

The wash itself is good. I noticed a moderate improvement in my skin, less dry. I had been using a bar face wash for many years, as I believe that is the best way to cut down on waste, but my skin was drying out, so I needed something more nourishing. This product is good enough, but I need just as much face lotion as I did with my other wash. The company is ethical, but it takes a lot of the wash and lathering to give me the amount of foam to feel clean. Perhaps this is a personal issue, but nonetheless important to me. The packaging is plastic, which itself isn't technically a problem.

ThriveLevel_0005137

However, I've discovered that a majority of plastic containers that are advertised to be recyclable doesn't have the properties required to make it reusable, or, if they are, aren't being used in the way designed.

That being said, I am transitioning back to a bar face wash, obviously a different brand from what I was using before. It will last far longer than this was will, and the packaging is compostable.

6 people found this helpful

Helpful          Report abuse

 Fred

**Clears up redness QUICKLY! Got rid of the acne too! If you're on the fence, BUY IT.**

Reviewed in the United States on March 7, 2019

Scent: Sensitive Skin Unscented     Size: 3.38 Fl Oz (Pack of 1)     Verified Purchase

I bought this product (the restorative slightly more expensive version) because it advertised to alleviate facial redness. I had this rash on my face under my eyes on both cheeks for years actually, and no product I tried could get rid of. Until now! This all natural Thrive bottle just requires one or two drops at the start of your daily shower, and rinse it out five minutes later. Within a week, I already noticed a difference! I'm about halfway through the bottle and the difference is night and day.

I will be buying this again! Your face GLOWS. If you are looking for a natural solution, look no further. Plant based magic if you ask me.

17 people found this helpful

Helpful          Report abuse

 Will W

**Fantastic natural smelling face wash!**

Reviewed in the United States on August 28, 2017

Scent: Original Scented     Size: 3.38 Fl Oz (Pack of 1)     Verified Purchase

This is the third time I've bought this product, absolutely love it! When you compare this to other face washes out there, it surpasses them! It gets the results of a acne-clear face but with a natural aspect that smells fantastic! I've been using face washing for 13+ years and they all smell terrible. It's just a load of chemicals it seems! They have a very strong, icky smell and it really dries out your skin. Thrive smells natural, like cloves and works really well! For me, it doesn't dry out my skin as much as others would. I believe this product can be used for both men and women if you'd like as well!

This product is 100% definitely worth it, keep it up Thrive! Now just waiting for a bigger tube :)

22 people found this helpful

Helpful          Report abuse

 Karen Vint

**Husband loves it**

Reviewed in the United States on July 28, 2019

Scent: Original Scented     Size: 3.38 Fl Oz (Pack of 1)     Verified Purchase

Hubby has psoriasis on his face. Had been on the lookout for a new product because his usual facewash is getting harder to find. This is a little on the pricey side, but it honestly takes so very little to wash with, so, that increases it's value. The smell is definitely masculine but isn't so overpowering that you smell it even after your shower. I use it occasionally and don't smell it on me once I'm ready for work. Hubby has commented several times he's seen fewer flakes in his beard since using this product. He is asking me to order more. Can't ask for a better review than that!

5 people found this helpful

Helpful          Report abuse

ThriveLevel_0005138


Talle

**Sensitive skin friendly**
Reviewed in the United States on January 18, 2020
Scent: Sensitive Skin Unscented    Size: 3.38 Fl Oz (Pack of 1)    Verified Purchase

Used quite a few products for sensitive skin, and this one is decent. Didn't make a significant difference and didn't irritate my skin; so, that's a win if you have sensitive skin.

That noted, the consistency is RUNNY af. So, it would be better in a pump than in a tube.

Other than that, this is a safe, if unimpressive product for people with sensitive skin.

(Seriously, clean is the only benefit this product gives. If that's all you are looking for, then this is a 10 out of 5 stars product for you. Get you some. For people with sensitive skin, that's sometimes everything.)

4 people found this helpful

Helpful    Report abuse


chris s

**Runny.. don't squeeze the container.**
Reviewed in the United States on August 20, 2018
Scent: Sensitive Skin Unscented    Size: 3.38 Fl Oz (Pack of 1)    Verified Purchase

I really want to like this product. The product itself is ok as a face wash, but I'm losing a ton to over spillage. They need to either thicken the solution or shrink the diameter of the dispenser. — it's counterintuitive, but I'd suggest opening the cap and letting gravity drop the desired amount into your hand.

13 people found this helpful

Helpful    Report abuse


Jon Weedin

**Great product, great company**
Reviewed in the United States on June 22, 2019
Scent: Original Scented    Size: 3.38 Fl Oz (Pack of 1)    Verified Purchase

I love this. It smells amazing, it cleans well, and my skin feels better after using it. I shave with an electric razor before I wash my face, and that leaves a mild stinging pain on my face. After I wash with this, that stinging goes away completely. I also have a scar on my face from about a year ago, and I feel like it's faded a lot since I started using this cleanser. The company is great, and I love what they're doing.

5 people found this helpful

Helpful    Report abuse

Crys Marsters-Skerry

**The BEST facial cleanser in the world...even if it doesn't smell so great**
Reviewed in the United States on November 7, 2015
Scent: Original Scented    Size: 3.38 Fl Oz (Pack of 1)    Verified Purchase

Despite how much I abhor the fragrance of this wash, there is no other product that compares to its effectiveness. I have combination skin, ranging from bone dry to oily, and this wash is simply perfect. It is gentle enough to cleanse my face without drying it out or irritating it, and strong enough to remove all makeup, dirt, and oil. A little goes a long way, too. A drop smaller than a pea is enough for my entire face.

Bottom line is, it's amazing - I will never use another face wash in my life, so long as this one keeps getting produced. Even IF the clove and anise smells are nearly overwhelming. With the simple ingredients list and the amazing story behind this wash, I can handle the smell, and give it the 5 stars it deserves. Definitely not a purchase you will regret.

14 people found this helpful

Helpful    Report abuse

ThriveLevel_0005139

See all reviews ›

## Top reviews from other countries

 Lor Ree

**Does not smell good**
Reviewed in Canada on April 25, 2022
Scent: Original Scented    Size: 3.38 Fl Oz (Pack of 1)    Verified Purchase

This product does not smell good and the smell doesn't really dissipate, so I don't like to use
it. I have used it as body wash, just so that I can use it up. I don't really see any difference in
blemishes either.

Report abuse

 Meagneato

**no more red**
Reviewed in Canada on March 11, 2021
Scent: Sensitive Skin Unscented    Size: 3.38 Fl Oz (Pack of 1)    Verified Purchase

my skin looks so much better, less redness and dryness around the mouth due to wearing a
mask. worth a try!

One person found this helpful

Report abuse

 Michael Merry

**Excellent**
Reviewed in Canada on April 10, 2022
Scent: Original Scented    Size: 3.38 Fl Oz (Pack of 1)    Verified Purchase

My face feels wonderful after using the product. A small amount does the job. Good quality,
has a nice fruity scent. Will buy again

Report abuse

 Itziar

**Fantastic gel-based wash**
Reviewed in Canada on August 23, 2017
Scent: Original Scented    Size: 3.38 Fl Oz (Pack of 1)    Verified Purchase

I've been on a quest to find natural grooming products that actually work, and this one is
going to be a keeper. This facial wash is really very good. It's a nice gel that's spreads easily
and lathers well. Don't need to use much to wash my whole face. I use it everyday after
coming home from work and leaves my face super clean and feeling refreshed for the
evening. Will purchase again

4 people found this helpful

Report abuse

Marc-Andre Bourgon

**Best plant base face wash**
Reviewed in Canada on December 3, 2021
Scent: Sensitive Skin Unscented    Size: 3.38 Fl Oz (Pack of 1)    Verified Purchase

This stuff is awesome. Plain and simple

One person found this helpful

Report abuse

ThriveLevel_0005140

See all reviews ›

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Shop with Points | Amazon Prime |
| Investor Relations | Advertise Your Products | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Reload Your Balance | Manage Your Content and Devices |
| Amazon Science | Host an Amazon Hub | Amazon Currency Converter | Amazon Assistant |
| | › See More Ways to Make Money | | Help |

English     United States

| Amazon Music Stream millions of songs | Amazon Advertising | Amazon Drive | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
|---|---|---|---|---|---|---|

ThriveLevel_0005141

5/19/22, 2:22 PM    Amazon.com: DHMOV-Natural Facial Cushion Gel for 1×4 & Women Daily Facial Cleanser & Light Anti-Oxidants & Unique Premium …

Case 2:21-cv-02022-DOC-KES    Document 124    Filed 06/27/22    Page 127 of 218    Page ID #:7363

Find, attract, and engage customers

Cloud storage from Amazon

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2022, Amazon.com, Inc. or its affiliates

ThriveLevel_0005142

# Exhibit D.3

Hello
Select your address

Beauty & Personal Care ⌄    thrive shave oil

Hello, Sign in
Account & Lists ⌄

Returns
& Orders    0

All | Best Sellers | Amazon Basics | Customer Service | New Releases | Prime ⌄ | Today's Deals | Music | Books | All-new Fire 7 tablet

All Beauty | Premium Beauty ⌄ | Makeup ⌄ | Skin Care ⌄ | Hair Care ⌄ | Fragrance ⌄ | Tools & Accessories ⌄ | Personal Care ⌄ | Oral Care ⌄ | Men's Grooming ⌄

 

Braun Razor for Men Wet & Dry Electric Foil Shaver with ProLift Beard Trimmer, Cleaning ...     $299.94 ✓pr

Sponsored

‹ Back to results

# THRIVE Natural Shave Oil for Men, 2 Ounces (60mL) – Replaces Pre-Shave Oils, Shaving Creams, Gels, and Foams – Shaving Oil Made in USA with Organic & Unique Premium Natural Ingredients – Vegan

Visit the Thrive Natural Care Store
626 ratings
| 13 answered questions

Price: **$18.95** ($9.48 / Fl Oz) Get **Fast, Free Shipping** with **Amazon Prime** & **FREE Returns**

Get $50 off instantly: Pay $0.00 ~~$18.95~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Size: **2 Fl Oz (Pack of 1)**

| 1 Fl Oz (1 Unit) | 2 Fl Oz (Pack of 1) |
| - - | $18.95 ($9.48 / Fl Oz) |

| 2 Fl Oz (3 Units) |
| $47.95 ($7.99 / Fl Oz) |

| **Brand** | Thrive Natural Care |
| **Skin Type** | Sensitive |
| **Age Range (Description)** | Adult |
| **Item Form** | Oil |

## About this item

- NATURAL LUBRICATION – Effective lubrication for easy, hassle-free shaving aids razor blades to glide effortlessly for a smoother shave. Effective all by itself, replacing gels, foams and creams. Each one 60ml bottle of Thrive Shave Oil can be used for as many as 90 shaves and extends the life of razor blades by slowing oxidation and microscopic rusting
- NEW LOOK & IMPROVED FORMULA – Updated formula gives sensitive and regular skin types an ultra-close, hydrated shave without irritation leaving the skin feeling moisturized and healthy. Sophisticated natural fragrance from premium essential oils. Plus, a new ergonomic, locking pump that prevents leaks

**One-time purchase:**
$18.95 ($9.48 / Fl Oz)

Get **Fast, Free Shipping** with **Amazon Prime** & **FREE Returns**

**FREE delivery Thursday, May 26** if you spend $25 on items shipped by Amazon

Or fastest delivery **Tomorrow, May 21.** Order within **4 hrs 4 mins**

Select delivery location

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from  Amazon
Sold by    Thrive Natural Care

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

**prime**

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with **Fast, FREE Delivery**

☐ Add a gift receipt for easy returns

**Subscribe & Save:**
10%    15%
$17.06 ($8.53 / Fl Oz)
First delivery on May 26
Ships from: Amazon
Sold by: Thrive Natural Care

ThriveLevel_0005156

5/20/22, 9:08 AM    Amazon.com: THRIVE Natural Shave Oil for Men, 2 Ounces (60mL) – Replaces Pre-Shave Oils, Shaving Creams, Gels, and Fo…

Case 2:21-cv-03022-DOC-KES   Document 124   Filed 06/27/22   Page 130 of 218   Page ID #:7366

- REDUCES REDNESS & IRRITATION – Compared to old school synthetic creams and gels, our shaving oil contains all natural ingredients including our unique-to-Thrive plant ingredients, Juanilama and Fierrillo. which help prevent irritation and skin reactions from regular shaving. Juanilama is filled with antioxidants that help skin issues, and Fierrillo is a rainforest vine that helps prevent shaving related irritations
- HIGH QUALITY & SATISFACTION GUARANTEED – Made in USA. Cruelty-free, vegan, PABA-free, GMO-free, paraben-free. Travel friendly. NEVER ANY SYNTHETIC COLORS, FRAGRANCES, OR INGREDIENTS. Thrive offers a 100% Satisfaction Guarantee. If you don't love your Thrive, we'll refund your purchase
- SUPPORTS COSTA RICAN FARMERS – With every purchase, you get a healthy natural facial moisturizer & sun screen while helping support the rural farmers who produced our super plants. Thrive's business model and supply chain is designed to help farmers restore degraded soil on their land and improve their livelihood

## Additional Details

Small Business

This product is from a small business brand.

Learn more

...ems

... item

Taconic Shave, Natural Shaving Cream – Lavender Lime - Ultra-Rich High Lather Formula – Natural Shave Cream for Men & Women in 8 oz. Pump Bottle – Scented Shaving Cream

8 Fl Oz (Pack of 1)

(108)

$17.99 ($2.25/Fl Oz)

🌿 Climate Pledge Friendly

C.O. Bigelow Premium Shave Cream for Men with Eucalyptus Oil, 5.2 Ounces

4,488

$9.50 $10.00 ✓prime

Subscribe & Save

★★★★☆



Have one to sell?

Sell on Amazon

Save 10%

THRIVE

Embody change with regenerative skincare

THRIVE Natural Shave Soap &…

387

$11.66 $12.95 ✓prime

Subscribe & Save

Sponsored








VIDEO




Roll over image to zoom in

Sponsored

## Frequently bought together

 +  + 

Total price: $49.85

Add all three to Cart

☑ **This item:** THRIVE Natural Shave Oil for Men, 2 Ounces (60mL) – Replaces Pre-Shave Oils, Shaving Creams, Gels, an…    $18.95 ($9.48/Fl Oz)

☑ THRIVE Natural Face Moisturizer – Non-Greasy Soothing Facial Moisturizer Lotion for Men & Women Made in USA wi…    $15.95 ($7.98/Fl Oz)

5/20/22, 10:58 AM                    Amazon.com: THRIVE Natural Shave Ounces (60ml) Replaces 2 Pre-Shaving Oils, Shaving Creams, Gels and Fo…

Case 2:21-cv-02022-DOC-KES   Document 124   Filed 06/27/22   Page 131 of 218   Page ID #:7367

☑ THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidants Improves Skin Texture, Un…   **$14.95** ($4.42/Fl Oz)

---

**4 stars and above**                                                           Page 1 of 39

Sponsored ⓘ







| THRIVE Natural Shave Soap & Shower Soap Bar – 2-in-1 Shower & Shaving Soap for Men … | THRIVE Natural Face Moisturizer – Non-Greasy Soothing Facial Moisturizer Lotion for… | Thrive Natural Deodorant Spray, 4 Ounces - All Day Protection, Aluminum… | THRIVE Shave & Moisturize Skincare Kit (2 Piece) – Natural Shave & Shower Bar and F… | The Art of Shaving Shave Beard Oil Protects Agains… |
|---|---|---|---|---|
| **$12.95** | **$15.95** | **$14.95** | **$26.95** | **$90.00** |
| FREE delivery: **Thursday, May 26** on orders over $25 shipped by Amazon. | FREE delivery: **Thursday, May 26** on orders over $25 shipped by Amazon. | FREE delivery: **Thursday, May 26** on orders over $25 shipped by Amazon. | FREE delivery: **Thursday, May 26** | FREE delivery: **Th May 26** |
| 387 | 535 | 132 | 997 | 4 |
| Reviews mention: "Great product and great company!" | Reviews mention: "Good quality lotion post shave and works well around eyes." | | Reviews mention: "I highly recommend Thrive as a brand AND their products are ..." See more | Reviews mention: "Best and smooth think I've ever got wonderful!" |

---

## Have a question?

Find answers in product info, Q&As, reviews

| women |
|---|

| All | Product Information | Customer Q&A's | **Customer Reviews** |
|---|---|---|---|

**Soothing Smoothing Shave Oil for men and women**

By The Gabster on September 4, 2015

Thrive provided a soothing smoothing shave for my legs. A little bit of it went a long way and the shave, with a blade, was so close. The scent is wonderful and very light. My skin felt hydrated. The Costa Rican two plant oils come from the Fierrillo and Juanilama plants and have been used by indigenous Costa Ricans for eons. This is a natural unisex product and can be used wherever you want to get rid of unwanted hair. Checkout their website for more information: www.thrivecare.co see less

Customers also asked

Is the shave oil suitable be used just as an overnight facial moisturizer?

If this product is great for facial hair, has anyone tried or considered women using it     What are the ingredients?

How would this work under (applied before) am shave soap???

How can one be assured that Thrive products are not contributing to the deforestation of Costa Rican rain forests?

---

## Product Description

5/20/22, 1:38 AM  Amazon.com: THRIVE Natural Shave Oil for Men, 2.2 ounces (60mL) - Replaces Pre-Shave Oils, Shaving Creams, Gels, and Fo…

Case 2:21-cv-02022-DOC-KES  Document 124  Filed 06/27/22  Page 132 of 218  Page ID #:7368

# LOOK BETTER. LIVE HEALTHIER. LEAVE IT BETTER.





**WHAT IT DOES**

- Delivers high lubrication for an ultra-close, non-irritating shave
- Natural oils moisturize and leaves skin smooth and moisturized after shaving
- Perfect size for travel or gym

**WHY IT IS BETTER**

- Unique superplants, Juanilama & Fierrillo, help guard against post-shave skin irritation
- Effective all by itself, replacing gels, foams, and creams
- 80+ shaves per bottle with leak proof locking pump
- Manufactured using 100% Wind Energy
- Regenerative Farming, Vegan, Cruelty-Free, GMO-free

**THRIVE'S UNIQUE SUPER-PLANTS**

## The strength of two unique-to-Thrive plants in a powerful skincare experience

Thrive harnesses the strength of botanicals from Costa Rica. Our regenerative farming method boosts the potency & purity of these super-plant oils so you can ditch the synthetic products to look better & live healthier.

**Juanilama**: citric-scented herb with potent anti-oxidants that help combat irritation, redness, & stress impacts on skin*

**Fierrillo**: rainforest vine with germ fighting & anti-inflammatory properties used by indigenous Costa Ricans to heal skin*

*Statements not evaluated by FDA

ThriveLevel_0005159

Case 2:21-cv-02022-DOC-KES    Document 124    Filed 06/27/22    Page 133 of 218    Page
ID #:7369



**Your Positive Impact**

Your Thrive purchase directly supports a beautiful idea: a business's activities, from start to end, from our farms to your face, should leave people and planet *healthier*. How? Read on…

Shop Thrive

○ ● ○ ○ ○

| Q | What type of aroma does this thrive oil have? is it citrusy/lemon-lime or some other composition? | ▼ |
|---|---|---|

| Q | How can one be assured that Thrive products are not contributing to the deforestation of Costa Rican rain forests? | ▼ |
|---|---|---|

| Q | Does this product come in a glass or plastic bottle? | ▼ |
|---|---|---|

| Q | Can this oil be used as a pre-shave oil under traditional shaving soap? | ▼ |
|---|---|---|

## Try Other Thrive Products



**Shave Oil**



**Energy Scrub**



**Deodorant Spray**

ThriveLevel_0005160

| | Shave | Exfoliate | Natural Deodorant |
|---|---|---|---|
| USE | | | |
| BENEFIT | Lubricates for a closer shave | Removes dry skin, cleans pores | Eliminates odor all da |
| Size | 2 Oz | 3.38 Oz | 4 Oz |
| Powered by Thrive Superplants | ✓ | ✓ | ✓ |
| Cruelty Free & Vegan | ✓ | ✓ | ✓ |

## Product details

**Product Dimensions** : 1.94 x 1.13 x 5 inches; 4.97 Ounces

**Manufacturer** : Thrive Natural Care

**ASIN** : B07S6R9W3J

**Best Sellers Rank:** #59,711 in Beauty & Personal Care (See Top 100 in Beauty & Personal Care)
   #115 in Men's Shaving Creams
   #474 in Amazon Launchpad Small Business Promotion
   #861 in Amazon Launchpad Beauty & Health

**Customer Reviews:**
   626 ratings

## Compare with similar items

| | This item THRIVE Natural Shave Oil for Men, 2 Ounces (60mL) – Replaces Pre-Shave Oils, Shaving Creams, Gels, and Foams – Shaving Oil Made in USA with Organic & Unique Premium Natural Ingredients – Vegan | Amazon Brand - Solimo 2-In-1 Shave Cream, Fragrance Free, 6 Fl. Oz. (Pack Of 2) | Tree Hut bare Moisturizing Shave Oil, Basic, Coconut-Lime, 7.7 Fl Oz | 8 fl. Oz, Lemongrass & Eucalyptus Pre Shave Oil for Men, Premium Pre Shave Oil, Excellent Shaving oil for Men, Prepares for a burns free Shave, Works with Straight or Safety Razor |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (626) | (2210) | (9699) | (1043) |
| Price | $18⁹⁵ | $8⁷⁰ | $11⁹⁹ | $23⁹⁷ |
| Shipping | FREE Shipping on orders over $25.00 shipped by Amazon or get **Fast, Free Shipping** with **Amazon Prime** | FREE Shipping on orders over $25.00 shipped by Amazon or get **Fast, Free Shipping** with **Amazon Prime** | FREE Shipping on orders over $25.00 shipped by Amazon or get **Fast, Free Shipping** with **Amazon Prime** | FREE Shipping on orders over $25.00 shipped by Amazon or get **Fast, Free Shipping** with **Amazon Prime** |
| Sold By | Thrive Natural Care | Amazon.com | Amazon.com | Cavin-Schon® |
| Brand Name | Thrive Natural Care | Solimo | Tree Hut | The Henna Guys |
| Size | 2 Fl Oz (Pack of 1) | — | 7.7 Fl Oz (Pack of 1) | — |

# Videos

ThriveLevel_0005161

**Videos for this product**

**Videos for related products**



0:23

Look Better & Live Healthier With Superplant Skincare

Thrive Natural Care



0:40

Majestic Pure Pre Shave Oil

Majestic Pure



0:46

Taconic Pre-Shave Oil

Super Safety Razors



Best Pre Sha...

CSP Product...



Upload your video

---

## Explore more from Thrive Natural Care

Sponsored ⓘ

THRIVE All Natural Face Wash for Sensitive Skin – Unscented Gentle Face Wash for Wo...

854

**$13.95**

Thrive Natural Body Mineral Sunscreen SPF 50, 4 Ounces - Water Resistant Reef Safe ...

2,174

**$20.95**

THRIVE Shave & Moisturize Skincare Kit (2 Piece) – Natural Shave & Shower Bar and F...

997

**$26.95**

THRIVE Natural Shave Soap & Shower Soap Bar – 2-in-1 Shower & Shaving Soap for Men ...

387

**$12.95**

THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidant...

1,477

**$14.95**

---

Save 10%

THRIVE

**Embody change with regenerative skincare**

THRIVE Natural Shave Soap & Shower Soap Bar – 2-in-1 Shower & Shaving Soap for Men & Women – Rich Lather for Smooth Shaving & Deep Hand & Body Cleansing – Vegan, Made in USA with Shea Butter, 3.5 Oz

⭐⭐⭐⭐½ 387

$11.66 ~~$12.95~~ ✓prime

Subscribe & Save

Shop now

Sponsored

---

## Customer Questions & Answers

See questions and answers

## Customer reviews

### 4.4 out of 5

626 global ratings

| | |
|---|---|
| 5 star | 69% |
| 4 star | 14% |
| 3 star | 6% |
| 2 star | 5% |
| 1 star | 5% |

How customer reviews and ratings work



Shop now

Sponsored

### Reviews with images



See all customer images

Top reviews

### Top reviews from the United States

 Brent Reid

**Excellent for irritation and an extremely close shave.**

Reviewed in the United States on March 4, 2017
Size: 1 Fl Oz (1 Unit)    Verified Purchase

I've been using Thrive Shave Oil for half a year. Initially, I didn't notice much difference from the shave butter I used to use. However, I ran out of Thrive about two weeks ago and completely forgot to order more. I figured that I would switch back to the old shave butter until I finished the bottle, while I waited until my new Thrive order arrived.

The results were astounding. I immediately began get ingrown hairs and severe irritation with the first shave. As I continued to use the shave butter, my shave continued to get worse. The morning that my Thrive order arrived, I had multiple ingrown hairs and and horrible rash. I switched back to Thrive the next day, and the irritation cleared up immediately.

I was amazed at how my face reacted to just over a week without Thrive…and how quickly it welcomed it back. I highly recommend this product for anyone with sensitive skin, especially if you appreciate a close shave.

Read more

26 people found this helpful

Helpful    Report abuse

 PLS

**I tried a few of these healthy shave gels. This one was the worst of the bunch**

Reviewed in the United States on November 14, 2019
Size: 2 Fl Oz (Pack of 1)    Verified Purchase

In her continuing effort to have us put fewer chemicals onto and into our bodies my wife has decided my Edge shave gel is the next to go. Going by the lists of good and bad ingredients in the Askmen article, we've tried 4 shave gels. Just so you know – I have oily skin and I shave my whole head. What I tried and the results in order:

4. Thrive Natural Shave Oil for Men. The worst of these for me. It's thin in my hand, sticky on my face, and doesn't give a great shave. Like a couple of the others this left my skin feeling sticky and coated in oil all day. It's also half the size for twice the cost. Not good.
2 and 3. Ursa Major Natural Shave Cream and Every Man Jack Shave Cream 6.7oz Fragrance-Free.
I couldn't tell much different in these. They feel oily when you apply them but they are smooth, pleasantly unscented, and give a great shave. Unfortunately they also left my face and head feeling oily all day even if I soaped up and washed a couple of times.

Read more

5/20/22, 10:30 AM    Amazon.com: THRIVE Natural Shave Oil with Ceanothus (Redshank) & Baobab - Pre-Shave Oil & Shaving Beams, Face and Fo…

Case 2:21-cv-02022-DOC-KES    Document 124    Filed 06/27/22    Page 137 of 218    Page ID #:7373



5 people found this helpful

 Helpful    Report abuse

OneTaste

**WILL BUY AGAIN**

Reviewed in the United States on May 18, 2020
Size: 2 Fl Oz (Pack of 1)    Verified Purchase

I purchased this product because razors are quite expensive! I use Gillette with Fussion razors and the typical Gillette shaving Gel seemed to clog the razors very quickly, drastically shortening the lifespan of the blades. I figured than an oil like this one would solve the clogging problem.

IT DID !!!

These are the points that I was SOLD on:

1. Keeps my blades unclogged.

2. I love the scent of the oil.

Read more

3 people found this helpful

Helpful    Report abuse

Scotty

**Pretty good as a pre-shave only...Dangerous glass bottle!**

Reviewed in the United States on January 23, 2019
Size: 1 Fl Oz (1 Unit)    Verified Purchase

Firstly, I don't see how you can possibly throw away your shaving cream and not get irritated. However, It does a very nice job as a pre-shave. So why only 1 star, when I'd given 4 in the past?

For one 1 reason and only 1 reason. It's insanely packaged in a glass bottle. Do they not know that many people shave in the shower? Sure enough, at 3/4 full, it slipped (it is oil!) and broke all over the shower floor. Not fun and pretty wasteful. It's not that they dont have plastic bottles. They use plastic for their aftershave. This is so backwards, it is just plain stupid. Should be reverse packaging, or no glass at all. I simple CANNOT purchase this product again, even though it's pretty darn good. That stinks!

7 people found this helpful

Helpful    Report abuse

**See all reviews ›**

## Top reviews from other countries

Tapas Pain

**Most of the reviews are over-stated**

Reviewed in Canada on April 1, 2021
Size: 2 Fl Oz (Pack of 1)    Verified Purchase

This is a fair and reasonable product, but it's not the be-all and end-all the way some reviews suggest. If those reviews are legitimate, then probably those people don't have lots of experience shaving with (hot and wet) soap and straight edge razors. That stated, the oil is pretty decent and useful. The oil hydrates the skin well, and the blade travels well over the skin. But remember, oil is not a substitute for a super sharp blade. A great shave starts with the blade, but the oil is helpful and useful. This oil is a tool in the kit, but it's not earth-

ThriveLevel_0005164

5/20/22, 8:08 AM    Amazon.com: THRIVE Natural Shave Ointment, 2 ounces (60mL) Replaces Pre-Shave Oils, Shaving Creams, Gels, and Fo…

Case 2:21-cv-02022-DOC-KES   Document 124   Filed 06/27/22   Page 138 of 218   Page
ID #:7374

shattering. I'm not crazy about the scent but the scent isn't offensive either - middle of the road.

5 people found this helpful

Report abuse

 Amazon Customer

**Important step in your shaving routine**

Reviewed in Canada on October 9, 2020

Size: 2 Fl Oz (Pack of 1)   **Verified Purchase**

I never really bothered with pre-shave oils previously when I shaved with cartridge razors and shave gels. Now that I have joined the world of wet shaving with a safety razor, I am playing a different tune. First of all, I am disappointed I never tried this earlier. The have experience is much more enjoyable witha good quality razor and shaving soap. But the pre-shave treatment becomes more important when using a safety razor. This oil is fantastic. First, the scent is very pleasant. Subtle hints of citrus. Hard to believe a couple drops makes a difference, but using 5-6 drops and massaging into my face does the trick. Whatever your preference of shaving soap, this oil will make the blade glide easily across the skin. No knicks, no cuts. The way shaving was meant to be.

Report abuse

 Lee

**Impressed**

Reviewed in Canada on November 23, 2021

Size: 2 Fl Oz (Pack of 1)   **Verified Purchase**

I wasn't expecting too much from a pre-shave oil having used some in the past. However, I was very impressed with the close, comfortable and cut-free shave this particular product provided. I did not need to also use my usual shaving soap, just this oil. I also like they use natural ingredients too. I will definitely continue to use this oil.

Report abuse

 Jimmy James

**It's not, erm, slippery...**

Reviewed in Canada on September 4, 2021

Size: 2 Fl Oz (Pack of 1)   **Verified Purchase**

First of all, the bottle was not sealed when it was delivered with a good percentage of the contents spilled inside the box. Most importantly, it actually makes the razor more grippy than glide across the skin. Odd property for a pre shave oil, IMO. Would not recommend.

Report abuse

rob kanabus

**Has a bad smell**

Reviewed in Canada on November 27, 2021

Size: 2 Fl Oz (Pack of 1)   **Verified Purchase**

I can't quite put my finger on it, but it's like the skin from peeling lemons or something (personally I like lemons so that's not it, but something like that. Like biting an orange with the skin on)

Report abuse

**See all reviews ›**

5/20/22, 9:38 AM    Amazon.com: THRIVE Natural Shave Cream with 12 Sunflower Oil Replaces Pre-Shave Oils, Shaving Creams, Gels and Fo…

Case 2:21-cv-02022-DOC-KES   Document 124   Filed 06/27/22   Page 139 of 218   Page ID #:7375

HARRY'S    Crafted with optimal comfort in mind

Harry's Post Shave - Post Shave Balm for Men - 3.4 Fl Oz…

★★★★½ 1,310  $15.96  ✓prime

Shop now

Sponsored

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Shop with Points | Amazon Prime |
| Investor Relations | Advertise Your Products | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Reload Your Balance | Manage Your Content and Devices |
| Amazon Science | Host an Amazon Hub | Amazon Currency Converter | Amazon Assistant |
| | › See More Ways to Make Money | | Help |

English          United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business | Amazon Fresh | AmazonGlobal Ship Orders Internationally | Home Services | Amazon Ignite | Amazon Web Services |

5/20/22, 8:38 AM                Amazon.com: THRIVE Natural Shave Cream With 12 Essential Oils (60 mL) Organic Pre-Shave Oil - Shaving Creams, Gels, and Fo…

Case 2:21-cv-02022-DOC-KES    Document 124    Filed 06/27/22    Page 140 of 218    Page
ID #:7376

Everything
For
Your Business

Groceries &
More
Right To
Your Door

Experienced
Pros
Happiness
Guarantee

Sell your original
Digital Educational
Resources

Scalable Cloud
Computing Services

Audible
Listen to Books &
Original
Audio Performances

Book
Depository
Books With
Free
Delivery
Worldwide

Box Office
Mojo
Find Movie
Box Office
Data

ComiXology
Thousands of
Digital Comics

DPReview
Digital
Photography

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle
Direct
Publishing
Indie
Digital &
Print
Publishing
Made Easy

Amazon
Photos
Unlimited
Photo Storage
Free With Prime

Prime
Video
Direct
Video
Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security
Systems

eero WiFi
Stream 4K
Video
in Every
Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription
Boxes
Top
subscription
boxes – right
to your door

PillPack
Pharmacy
Simplified

Amazon
Renewed
Like-new
products
you can
trust

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2022, Amazon.com, Inc. or its affiliates

**Exhibit D.4**

Case 2:21-cv-02022-DOC-KES   Document 124   Filed 06/27/22   Page 142 of 218   Page ID #:7378











2 VIDEOS



antioxidants & skin-restoring properties to reduce irritation, redness and razor bumps. Coralillo provides anti-inflammatory properties to help further soothe and heal your skin.*

- HIGH-PERFORMANCE & NEWLY UPGRADED NATURAL FORMULA – Upgraded formula contains our newest regeneratively farmed plant, Coralillo, providing a boost of antioxidants and skin soothing & skin healing benefits. Our plant-based formula contains no synthetic or artificial additives or fragrances that can cause irritation. Certified as "Premium Bodycare" product by Whole Foods Market for highest levels of efficacy and safety. Doesn't contain alcohol, so it won't dry the skin like conventional products

- 100% SATISFACTION GUARANTEE – If you don't love your Thrive, we'll refund your purchase. Made in USA. Travel size / TSA compliant. Cruelty-free, vegan-safe, PABA-free, GMO-free, and paraben-free. NEVER ANY SYNTHETIC COLORS, FRAGRANCES, OR INGREDIENTS

- SUPPORTS A GREAT MISSION – Your Thrive purchase directly supports hard-working rural farmers and restores degraded lands to health. It's our commitment to leave things better than we found them

Compare with similar items

---

## Similar item to consider

 Amazon Brand - Solimo Oil-free Facial Moisturizer for Sensitive Skin, 4 Fluid Ounce, 1 pack
$7.47
(4193)

Roll over image to zoom in

---

## Frequently bought together

 +   +  

Total price: $43.85

 Add all three to Cart

☑ **This item:** THRIVE Natural Face Moisturizer – Non-Greasy Soothing Facial Moisturizer Lotion for Men & Women Mad… $15.95 ($7.98/Fl Oz)
   Get it as soon as **Wednesday, May 25** FREE Shipping on orders over $25 shipped by Amazon

☑ THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium Nat… $12.95 ($3.83/Fl Oz)
   Get it as soon as **Wednesday, May 25** FREE Shipping on orders over $25 shipped by Amazon

☑ THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidants Improves Skin Texture, Un… $14.95 ($4.42/Fl Oz)
   Get it as soon as **Wednesday, May 25** FREE Shipping on orders over $25 shipped by Amazon

---

## 4 stars and above

Page 1 of 79

Sponsored 

ThriveLevel_0005053

5/19/22, 3:09 PM                    Amazon.com: THRIVE Natural Face Lotion for Men – Non-Greasy Body Lotion Facial Moisturizer for Men & Women Age in US…

Case 2:21-cv-02022-DOC-KES    Document 124    Filed 06/27/22    Page 144 of 218    Page
ID #:7380











THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight…
2,169
$24.95

THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti…
854
$12.95

THRIVE All Natural Face Cream for Sensitive Skin – Facial Moisturizer Restores, Pro…
253
$16.95

Restoring Skincare Kit for Women & Men With Sensitive Skin (2 Piece) – Gift Set wit…
997
$30.95

Men's Face C Moisturizer - Cream For M Collagen, Re…
$24.99

## Have a question?

Find answers in product info, Q&As, reviews

> cream

All      Product Information      Customer Q&A's      **Customer Reviews**

**Smells terrible but it works Great!!!**

By Nes on December 1, 2018

Not the best smelling but it grows on you and the smell doesn't last long after application. The cream itself is Amazing not greasy and leaves your skin super soft! Huge noticeable difference in a few days. My girlfriend stole it from me a few times after seeing how good it works. see less

**Good moisturizer, offensive scent.**

By Amazon Customer on November 7, 2018

I want to start off by saying I think this is a good product. The lightweight formula is great for someone with combination skin like mine. One thing I have to point out, sadly, is the smell. Although tolerable and quickly fading, the smell is almost musty and sour. Perhaps this is just me but it makes me feel a little nauseous when I first apply the product. I should have probably tried the cream for sensitive skin. see less

**Like**

By Tina ( Redz World Reviews) on September 1, 2015

tried this product after shaving my legs. Usually I get red bumps after shaving i have very sensitive skin. This took away the redness and irration marks. Stung a little but works. THe smell of it is strange, minty, lavendar, and a scent I cannot deciper all mixed together.comes out as a white cream, I had to pump the bottle a lot to get it going. A small amount of this goes a long ways. I like that it is natural and plant based. see less

**Unique Scent ! !**

By manuki on May 23, 2017

Been a fan of this product for the past 2 years. I previously used the face wash and this is the first time trying the face lotion. This is an impressive product that leaves your skin moisturized. The lotion has a great herbal smell that smells a bit like star anise but it's a very pleasant smell. The cream is not overly thick and oily. I would recommend this to any guy out there that wants to try out new skin scare products. I rarely buy things twice since I want to try out a bit of everything but Thrive products did grab my attention to give it a second try. Good job guys! see less

Customers also asked

How many fl. Oz?      Can women use this product?      What does it smell like?      Is this product alcohol free?

What are the ingredients? Can the company take a picture of the ingredients label and add it to the galley?

## From the brand

### Our story

#### How we got our start?

ThriveLevel_0005054

5/19/22, 11:51 AM    Amazon.com : Thrive Natural Face Moisturizer & Non-Greasy Beauty Cream Face Moisturizer Lotion for Men & Women Made in US…

Case 2:21-cv-02022-DOC-KES    Document 124    Filed 06/27/22    Page 145 of 218    Page
ID #:7381





**Powerful Plants For Adventurous Skin**

We're a passionate team of American and Costa Rican entrepreneurs, chemists, ecologists, and rural farmers. Two obsessions brought us together to build Thrive from (literally) the soil up: making high-performance natural skincare that's awesome, so our customers look better and live healthier.

**What makes our product unique?**
Unique ingredients. Healthier skin. Inspiring mission. Our Gardens in Costa Rica produce two super-plant oils: juanilama & fierillo. Unique to Thrive, these oils are more effective than synthetic chemicals found in most skincare. Our Gardens restore degraded lands and boost rural farmer incomes.

**Why we love what we do?**
Our crazy team in the USA and Costa Rica wakes up every day focused on two things: making our products more effective and healthy and building a business that inspires other companies to aim higher by leaving things better. We're proud to be on the leading edge of a healthy and positive impact.

## Product Description

# LOOK BETTER. LIVE HEALTHIER. LEAVE IT BETTER.




**WHAT IT DOES**

- Lightweight lotion for daily effective hydration and soothing of all skin types
- As an after-shave, reduces skin irritation and redness and repairs your face from daily wear & tear

**WHY IT IS BETTER**

- Unique germ-fighting, antioxidant-rich superplants, Juanilama, Fierrillo & Coralillo, help combat redness, skin irritation, and razor burn
- Concentrated formula spreads easily and gives you more uses than other leading brands
- Regenerative Farming, Vegan, Cruelty-Free, GMO-Free, Dermatologist Tested

THRIVE'S UNIQUE SUPER-PLANTS

# The strength of three unique-to-Thrive plants in a powerful skincare experience




Thrive harnesses the strength of botanicals from Costa Rica. Our regenerative farming method boosts the potency & purity of these superplant oils.

**Juanilama**: citric-scented herb with potent germ fighting properties for skin restoration & protection*

**Fierrillo**: rainforest vine with potent antioxidants to help combat irritation, redness, & stress impacts on skin*

**Coralillo:** jungle shrub with anti-inflammatory properties used by indigenous Costa Ricans to heal skin*

*Statements not evaluated by FDA



## Your Positive Impact

Your Thrive purchase directly supports a beautiful idea: a business's activities, from start to end, from our farms to your face, should leave people and planet *healthier.* How? Read on…

Visit Thrive

Q   What's the difference between the restoring and original face moisturizer?

Q   Is this suitable for women?

Q   Is this product tested on animals?

ThriveLevel_0005057

5/19/22, 11:51 AM    Amazon.com: THRIVE Natural Face Moisturizer & Non-Greasy Beard Oil for Facial Moisturizing, Skin Toning for Men & Women: Age in US…

Case 2:21-cv-02022-DGC-KES    Document 124    Filed 06/27/22    Page 148 of 218    Page
ID #:7384



| Q | Where is it made? ▼ |

| Q | Is this face balm non-comedogenic? ▼ |

## Try Other Thrive Products



|  | **Face Balm** | **Deodorant Spray** | **Daily Mineral Sunscreen** |
|---|---|---|---|
| **USE** | Moisturize | Natural Deodorant | Protect from Sun & Moist... |
| **BENEFIT** | Hydrates and soothes | Eliminates odor all day | Blocks UVA/UVB rays & hy... |
| **Size** | 2 Oz | 4 Oz | 2 Oz |
| **Powered by Thrive Superplants** | ✓ | ✓ | ✓ |
| **Cruelty Free & Vegan** | ✓ | ✓ | ✓ |

### Product details

**Is Discontinued By Manufacturer :** No

**Product Dimensions :** 1.6 x 1.1 x 4.8 inches; 2.08 Ounces

**Item model number :** 852200000000

**Department :** Men's

**UPC :** 852200005015

**Manufacturer :** Thrive Natural Care

**ASIN :** B00IFCAWS0

**Best Sellers Rank:** #28,189 in Beauty & Personal Care (See Top 100 in Beauty & Personal Care)
   #271 in Amazon Launchpad Small Business Promotion
   #382 in Eye Treatment Products
   #495 in Amazon Launchpad Beauty & Health

**Customer Reviews:**

535 ratings

## Compare with similar items

   

| | This item THRIVE Natural Face Moisturizer – Non-Greasy Soothing Facial Moisturizer Lotion for Men & Women Made in USA with Natural & Organic Ingredients Keep Skin Hydrated & Help Irritation as After Shave, 2 Oz | Amazon Brand - Solimo Oil-free Facial Moisturizer for Sensitive Skin, 4 Fluid Ounce, 1 pack | THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight Moisturizer Broad-Spectrum Natural Face Sunblock with Clear Zinc Oxide & Antioxidants – Vegan Made in USA Non Greasy | THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium Natural Ingredients for Healthier Skin Care – Vegan & Made in USA – Women & Mens Face Wash |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (535) | (4193) | (2169) | (854) |
| Price | $15.95 | $7.47 | $24.95 | $12.95 |
| Shipping | FREE Shipping on orders over $25.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $25.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $25.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $25.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime |
| Sold By | Thrive Natural Care | Amazon.com | Thrive Natural Care | Thrive Natural Care |
| Brand Name | Thrive Natural Care | Solimo | Thrive Natural Care | Thrive Natural Care |
| Item Form | Lotion | Liquid | Lotion | Gel |
| Size | 2 Fl Oz (Pack of 1) | 4 Fl Oz (Pack of 1) | 2 Fl Oz (Pack of 1) | 3.38 Fl Oz (Pack of 1) |

# Videos

Page 1 of 2

### Videos for this product

 

Look Better & Live Healthier With Superplant Skincare

Thrive Natural Care

Do We Like the Thrive Face Balm?

Emily & Sarah

### Videos for related products

 

Natural Face Moisturizer For Women & Men

Era Organics

NAELI Face Collagen & F...

NAELI

Upload your video

ThriveLevel_0005059

Case 2:21-cv-02022-DOC-KES   Document 124   Filed 06/27/22   Page 150 of 218   Page ID #:7386

**Important information**

## Ingredients

Ingredients: Water, Caprylic/Capric Triglyceride (1), Glycerin (1), Glyceryl Stearate (1), Cetearyl Alcohol (1), Sodium Stearoyl Lactylate (1), Aloe Barbadensis (Aloe Vera) Leaf Extract (3), Fridericia Chica (Arrabidaea Chica) Extract (2), Hamelia Patens Extract (2), Lippia Alba Oil (2), Olea Europaea (Olive) Fruit Oil, Butyrospermum Parkii (Shea) Butter (3), Macadamia Ternifolia (Macadamia) Seed Oil, Argania Spinosa (Argan) Kernel Oil (3), Helianthus Annuus (Sunflower) Seed Oil, Rosmarinus Officinalis (Rosemary) Leaf Extract, Xanthan Gum (1), Natural Fragrance (of orange, grapefruit, lemon, anise, guaiacwood, cedarwood, peppermint, davana, patchouli, vetiver, clove oils), Dehydroacetic Acid, Benzyl Alcohol, Citric Acid. (1) Plant derived; (2) Supports farmland restoration; (3) Certified organic

---

**Products related to this item**                                                              Page 1 of 20

Sponsored ⓘ









THRIVE Natural Face Moisturizer Lotion (3 Pack) – Non-Greasy Soothing Facial Moistu... Cream
253
$40.95

THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti…
854
$12.95

THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight…
2,169
$24.95

TENDU shea butter face moisturizer manuka honey skin face cream - Honey halo moistu... Cream
$19.99

Restoring Ski for Women & Sensitive Ski Gift Set wit..
$30.95

---

## Customer questions & answers

> Have a question? Search for answers

| 4 votes | **Question:** | What are the ingredients? Can the company take a picture of the ingredients label and add it to the galley? |
|---|---|---|
| | **Answer:** | Hi Laurel, thanks for your question. We're attaching here the certified ingredient list for Thrive's Face Balm. And good news: this product has been certified by Whole Foods Market as "Premium Bodycare" - the highest ranking for safety, efficacy and responsible sourcing. So you and other customers know that what you … see more |

By Thrive Natural Care SELLER on February 27, 2017

| 2 votes | **Question:** | What does it smell like? |
|---|---|---|
| | **Answer:** | Smells like plant extracts. . . . Costa Rican plants |

By Matthew Michael Biedron on February 14, 2018

See more answers (3)

| 0 votes | **Question:** | How many fl. Oz? |
|---|---|---|
| | **Answer:** | Hi. Our face balms are each 60ml or 2 oz Thank you. |

By Thrive Natural Care SELLER on November 18, 2018

See more answers (2)

| 0 votes | **Question:** | Animal tested? |
|---|---|---|
| | **Answer:** | Not a single Thrive product and none of the ingredients in our products are tested on animals. Our full line is vegan safe. Whole Foods Market has certified our products "Premium Bodycare", their highest rank for effective, safe, and sustainable. |

By Thrive Natural Care SELLER on April 30, 2018

ThriveLevel_0005060

See more answers (1)

See more answered questions (4)

## Customer reviews

### 4.4 out of 5

535 global ratings

| | | |
|---|---|---|
| 5 star | | 67% |
| 4 star | | 16% |
| 3 star | | 9% |
| 2 star | | 4% |
| 1 star | | 4% |

How customer reviews and ratings work

## By feature

| | |
|---|---|
| Moisturizing | 4.6 |
| Light weight | 4.5 |
| Scent | 4.3 |

## Review this product

Share your thoughts with other customers

Write a customer review

### Reviews with images



See all customer images

### Read reviews that mention

| face balm | sensitive skin | long way | razor burn | small amount |

| face wash | long time | natural ingredients | goes a long | shave oil |

| feels absolutely | feels good | absorbs quickly | makes my skin |

Top reviews

## Top reviews from the United States

 Ryan H

**It took a long time to find a facial moisturizer I liked.**

Reviewed in the United States on June 24, 2019

Scent: Original Scented   Size: 2 Fl Oz (Pack of 1)   **Verified Purchase**

This is by far my favorite facial moisturizer (and I've tried many of the higher-end options).

It smells fantastic — natural, herbally-derived (like an Aveda product) and somehow still manly. Also, as the listing claims, it really does feel clean and lightweight. You can tell it's not clogging your pores or making it hard for your skin to breathe. There aren't a lot of harsh chemicals in the formula that might dry out your skin after the initial moisturizing benefits have worn off. This means you only have to apply it once a day in normal environments. And, that little drop will cover your entire face as the formula is so lightweight and efficient. That means, even though it's a little pricier, the bottle will last a long time.

9 people found this helpful

Helpful    Report abuse

 BME

**Bald Dude**

Reviewed in the United States on March 17, 2021

Scent: Original Scented   Size: 2 Fl Oz (Pack of 1)   **Verified Purchase**

I'm a dude. Minimal maintenance. I hate applying things and i dislike things that smell "nice". Applying things make me feel sticky.

Anyways i started shaving my head and well i noticed that my head would dry out and it was super uncomfortable. This moisturizer saved me. My skin feels great it stays hydrated no more irritation, silky not shiny.

I'm buying again i love this thing

4 people found this helpful

5/19/22, 2:36 PM    Amazon.com: THRIVE Natural Face Moisturizer & Greasy Scrub for Facial Moisturizing for Men & Women Face in US…

Case 2:21-cv-02022-DGC-KES   Document 124   Filed 06/27/22   Page 152 of 218   Page
ID #:7388

Helpful    Report abuse

 Anthony J. Walsh

**Smells rancid**

Reviewed in the United States on April 11, 2022
Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    **Verified Purchase**

I don't know if I got a bad batch, but mine smelled rancid the very first time I used it. It
made my face smell like a moldy sponge, and my girlfriend actually gagged. It really was
gross.

I thought I would give this brand a try, because I like their environmental stance and price
point. I had the lotion for about a month and a half before I actually used it, so my return
window expired, and I ended up having to throw the whole thing away. I still had some of
my old lotion left, and I used the rest of that before I tried this new one. A month and a half
should not be long enough for it to go bad.

I guess I'll go back to the more expensive one that I know is good. Too bad. I really wanted
to like this brand.

One person found this helpful

Helpful    Report abuse

 Nancy H.

**Natural Ingredients from Sustainable Resources**

Reviewed in the United States on July 31, 2021
Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    **Verified Purchase**

I don't recall exactly when my husband placed his first order but I he recalls reading the
story and felt yours was a mission to support. He was searching for a facial exfoliant made
with natural ingredients. Energy scrub filled the bill for him. Our first Amazon order on
October 10, 2015 was also for Energy Scrub. He has enjoyed using the other products as
well including the Face Wash, Face Balm and Shave Oil. The decision to produce them in 100
ML sizes or less guaranteeing travel size compliance was near genius. The products have
traveled with him work travels and vacations. Adding a 30 SPF sunscreen to Face Balm was
much appreciated too.
Stay true to your mission.

2 people found this helpful

Helpful    Report abuse

 Edon Ben-Artzi

**Very good product!**

Reviewed in the United States on June 23, 2018
Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    **Verified Purchase**

I am very pleased with this product. A little goes a long way. In combination with a toner I
use, i have notice a clearer complexion, less redness, & smaller pores. I have found a great
product and I hope they make it for a long time. I also use their face scrub and its great too!

9 people found this helpful

Helpful    Report abuse

NYC Amazon Shopper

**Surprisingly good**

Reviewed in the United States on June 9, 2019
Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    **Verified Purchase**

I'm in my 40's and have somewhat oily skin, but after shower or in the winter, skin can get
dry.
I don't like greasy lotions.
I don't like the feeling of goop on my face.
I enjoy a clean feel, where the lotion gets rid of flaky or dry skin feeling after a shower.

ThriveLevel_0005062

5/19/22, 3:45 PM    Amazon.com: Thrive Natural Face Moisturizer + Face Moisturizer for Men & Women (2oz) - Non-Greasy Face Lotion for Men & Women made in US…

Case 2:21-cv-02022-DGC-KES   Document 124   Filed 06/27/22   Page 153 of 218   Page ID #:7389

And this lotion does just that. No breakouts. Mild, masculine, woodsy smell, that ultimately does not linger.

I'm very happy with the results thus far.

2 people found this helpful

| Helpful |     Report abuse

 Ross

**Awesome, natural lotion specifically made for men**

Reviewed in the United States on September 23, 2016

Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    **Verified Purchase**

I love this lotion--I'm a total convert. I feel great about using it, because it's all natural. It applies easily in a matte finish, not at all oily and makes my skin look great without any breakouts. And it has an awesome natural fragrance that is very masculine, so you feel like it's tailor made for a men's needs and skin. Even a drop goes pretty far, so one bottle lasts me a long time. For the price of drug store products filled with all sorts of chemicals and preservatives, this far exceeds in quality and value. I can't recommend Thrive enough--their shave oil, facial scrub and facial wash are also fantastic and have become my go-to products.

20 people found this helpful

| Helpful |     Report abuse

 Amazon Customer

**Healing**

Reviewed in the United States on October 6, 2018

Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    **Verified Purchase**

I am a woman but I use this product and really like it. Absorbs quickly and the healing properties of the oils really work.

10 people found this helpful

| Helpful |     Report abuse

**See all reviews ›**

## Top reviews from other countries

 Patricia Baranyai

**Yes, it's nice for women too if you like a slightly earthy scent...**

Reviewed in Canada on August 19, 2019

Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    **Verified Purchase**

I love this moisturizer. It goes on smoothly, isn't greasy and has a lovely scent. I don't find the scent too strong at all. If you like earthier tones such as Vetiver, which happens to be one of my favorite essential oils, then you might like this scent. The Vetiver is also softened by some of the other natural scents added to the product. I was worried about the scent before purchasing because of some of the reviews and the "questions answered" section, where one person suggested it might not be suitable for women. To the contrary, it is great for women too. You just need to know what kind of scents you love. It is definitely not a floral type scent. Some of the reviews don't seem to reflect how lovely the product is, but I love it. Would definitely purchase again. They also have an unscented version, but I'm sure glad I chose this one.

3 people found this helpful

Report abuse

 Amazon Customer

**The magic elixir.**

ThriveLevel_0005063

5/19/22, 12:51 AM — Amazon.ca: DrBrickel - Natural Face Moisturizer - Greasy Scent Original 2 oz - Moisturizing Lotion for Men & Women — Page in US…

Case 2:21-cv-02022-DGC-KES Document 124 Filed 06/27/22 Page 154 of 218 Page ID #:7390

Reviewed in Canada on February 24, 2021
Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    **Verified Purchase**

I am pleasantly surprised!! I have tried many face creams and moisturizers with a wide range of results but have found this little bottle to be the magic elixir. It lasts all day, just as other reviewers have stated, and a small amount goes a long way. The scent is outdoorsy rather than perfumy, and most importantly, it works and works very well. I'm a painter/drywaller and so I encounter a lot of dust and paint fumes throughout the day. My skin has taken a bit of a beating over the past forty years but I can say this cream has reduced the red spots and left my face feeling very nice day after day. I highly recommend it! Thank you for such an excellent product.

Report abuse

 Brett Johnson

**At last a lotion that works well and has no burning chemicals.**

Reviewed in Canada on January 27, 2020
Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    **Verified Purchase**

I have been looking for a good men's face cream for a while. I've tried many different ones such as Nivea at the low-end and Brickell at the high end. Brickle is not bad, but I find it lacks lasting moisturizing properties. Thrive men's face moisturizer does the trick as it gives me good moisture and hydration that lasts much longer. It also makes my face feel very smooth due to The Shea butter. The price is less expensive then others of this caliber and the company is very ethical by treating their farmers who provide their ingredients well. Also, good natural ingredients with no harsh burning chemicals. I also like the fact that this doubles as an after shave and moisturizer which is a real bonus. The sent of this product smells to me like cloves and orange. My wife loves it.

2 people found this helpful

Report abuse

 JASON

**Lasts all day, not for all skin types**

Reviewed in Canada on July 2, 2021
Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    **Verified Purchase**

If 'stearate' = 'a vegetable oil derivative' and 'glycerin' = 'another vegetable oil derivative', then "glyceryl stearate" = vegan elixir! To be fair, this balm does not feel like it is there which is why it gets my three stars rating but as soon as you posture a hand on your face, which we all can do impulsively, you've just clammed your fingers and you will have to wash them.

Surprisingly, there is no "heaviness" to the feel with this product. But it's a moisturizer that works best for dry skin or for dry conditions in late Summer and late Fall/Winter. I'll give it 4-5 stars if it was labeled for dryness. If you have naturally oily skin, those natural oils do not emulsify well with a lot of glyceryl stearate (double-blend vegetable oil). Checking the ingredients and familiarizing yourself with their reactive properties is a good consumer habit. Also, the more of something, the more reactive it can be over other properties that you may also want, like a pleasant scent retention.

Read more

Report abuse

 Stranger of MTL

**Even for the toughest of skins**

Reviewed in Canada on October 16, 2019
Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    **Verified Purchase**

I purchased this product when I heard about in one of my podcasts. Being an all natural product,I said why not give it a shot. Well,here I am countless of bottles after and going strong. I absolutely love the feel when I apply it after a shower. Being a blue collar guy,I am exposed to all the elements. This product right here is the saviour to my Grind. No sticky feeling. No smelling of chemicals. Just pure clean and effective product. Highly recommend it,especially if your skin takes a beating.

ThriveLevel_0005064

5/19/22, 11:54 AM    Amazon.com: THRIVE Natural Face Moisturizer + Greasy Soothing Facial Moisturizer for Men & Women Face in US…

Case 2:21-cv-02022-DGC-KES    Document 124    Filed 06/27/22    Page 155 of 218    Page ID #:7391

2 people found this helpful

Report abuse

---

**See all reviews ›**

---

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Shop with Points | Amazon Prime |
| Investor Relations | Advertise Your Products | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Reload Your Balance | Manage Your Content and Devices |
| Amazon Science | Host an Amazon Hub | Amazon Currency Converter | Amazon Assistant |
|  | › See More Ways to Make Money |  | Help |

English    United States

ThriveLevel_0005065

5/19/22, 11:41 AM — Amazon.com: Thrive Natural Face Moisturizer : Greasy Best Natural Face Moisturizer Lotion for Men & Women Face in US...

Case 2:21-cv-02022-DOC-KES Document 124 Filed 06/27/22 Page 156 of 218 Page ID #:7392

| Amazon Music<br>Stream millions of songs | Amazon<br>Advertising<br>Find, attract, and engage customers | Amazon<br>Drive<br>Cloud storage from Amazon | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Alexa<br>Actionable Analytics for the Web |
| --- | --- | --- | --- | --- | --- | --- |
| Sell on Amazon<br>Start a Selling Account | Amazon<br>Business<br>Everything For Your Business | Amazon<br>Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home<br>Services<br>Experienced Pros Happiness Guarantee | Amazon Ignite<br>Sell your original Digital Educational Resources | Amazon Web<br>Services<br>Scalable Cloud Computing Services |
| Audible<br>Listen to Books & Original Audio Performances | Book<br>Depository<br>Books With Free Delivery Worldwide | Box Office<br>Mojo<br>Find Movie Box Office Data | ComiXology<br>Thousands of Digital Comics | DPReview<br>Digital Photography | Fabric<br>Sewing, Quilting & Knitting | Goodreads<br>Book reviews & recommendations |
| IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle<br>Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon<br>Photos<br>Unlimited Photo Storage Free With Prime | Prime<br>Video<br>Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands | Amazon Warehouse<br>Great Deals on Quality Used Products |
| Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home | Neighbors App<br>Real-Time Crime & Safety Alerts |
| | Amazon<br>Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | | Amazon<br>Renewed<br>Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2022, Amazon.com, Inc. or its affiliates

**Exhibit D.5**

Case 2:21-cv-02022-DOC-KES Document 124 Filed 06/27/22 Page 158 of 218 Page ID #:7394

All
Best Sellers
Amazon Basics
Customer Service
New Releases
Prime ⌄
Today's Deals
Music
Books
All-new Fire 7 tablet

Hello
Select your address

All ⌄ | thrive natural care

Hello, Sign in
Account & Lists ⌄

Returns
& Orders

0

All Beauty | Premium Beauty ⌄ | Makeup ⌄ | Skin Care ⌄ | Hair Care ⌄ | Fragrance ⌄ | Tools & Accessories ⌄ | Personal Care ⌄ | Oral Care ⌄ | Men's Grooming ⌄

‹ Back to results

# THRIVE Natural Face Moisturizer – Non-Greasy Soothing Facial Moisturizer Lotion for Men & Women Made in USA with Natural & Organic Ingredients Keep Skin Hydrated & Help Irritation as After Shave, 2 Oz

Visit the Thrive Natural Care Store

535 ratings

| 8 answered questions

Price: **$14.36** ($7.18 / Fl Oz)

Get $50 off instantly: Pay $0.00 ~~$15.95~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Scent: **Original Scented**

Size: **2 Fl Oz (Pack of 1)**

| 2 Fl Oz (Pack of 1) | 3 Units | 2 Fl Oz |

| Item Form | Lotion |
| Use for | Face |
| Brand | Thrive Natural Care |
| Product Benefits | Hydrating |
| Recommended Uses For Product | Soothing |

## About this item

- DUAL PURPOSE FACE MOISTURIZER & AFTERSHAVE – Unique ingredients and plant-based formula effectively hydrates for better looking skin all day long. For men, this moisturizer is great as an aftershave, it soothes and helps reduce irritation. Non-greasy, lightweight, shine-free formula effective for dry, combination, or oily skin types.

**One-time purchase:**
$15.95 ($7.98 / Fl Oz)
FREE delivery: **Thursday, May 26** on orders over $25.00 shipped by Amazon.
Ships from: Amazon
Sold by: Thrive Natural Care

**Subscribe & Save:**
10%  15%
**$14.36** ($7.18 / Fl Oz)
Save 10% now and up to 15% on repeat deliveries.
• No fees
• Cancel anytime
Learn more
**Get it Thursday, May 26**

**In Stock.**

Qty: 1

Deliver every:
3 months (Most common)

Set Up Now

Auto-deliveries sold by Thrive Natural Care and Fulfilled by Amazon

Add to List

Have one to sell?

Sell on Amazon

- Concentrated facial moisturizer balm formula gives you more bang for the buck
- POWERED BY UNIQUE SUPER-PLANT INGREDIENTS – Dermatologist tested and packed with powerful super-plants from Costa Rica unique to Thrive. Juanilama delivers potent germ-fighting properties to help combat razor burn, irritation, and stress impacts on the skin. Fierillo provides potent antioxidants & skin-restoring properties to reduce irritation, redness and razor bumps. Coralillo provides anti-inflammatory properties to help further soothe and heal your skin.*
- HIGH-PERFORMANCE & NEWLY UPGRADED NATURAL FORMULA – Upgraded formula contains our newest regeneratively farmed plant, Coralillo, providing a boost of antioxidants and skin soothing & skin healing benefits. Our plant-based formula contains no synthetic or artificial additives or fragrances that can cause irritation. Certified as "Premium Bodycare" product by Whole Foods Market for highest levels of efficacy and safety. Doesn't contain alcohol, so it won't dry the skin like conventional products
- 100% SATISFACTION GUARANTEE – If you don't love your Thrive, we'll refund your purchase. Made in USA. Travel size / TSA compliant. Cruelty-free, vegan-safe, PABA-free, GMO-free, and paraben-free. NEVER ANY SYNTHETIC COLORS, FRAGRANCES, OR INGREDIENTS
- SUPPORTS A GREAT MISSION – Your Thrive purchase directly supports hard-working rural farmers and restores degraded lands to health. It's our commitment to leave things better than we found them

**Additional Details**

**Small Business**
This product is from a small business brand. Support small. Learn more

Compare with similar items

**Similar item to consider**

Amazon Brand - Solimo Oil-free Facial Moisturizer for Sensitive Skin, 4 Fluid Ounce, 1 pack
**4 Fl Oz (Pack of 1)**
(4198)
$7.47 ($1.87/Fl Oz)

Roll over image to zoom in



**Frequently bought together**

 +  + 

Total price: $43.85

Add all three to Cart

☑ **This item:** THRIVE Natural Face Moisturizer – Non-Greasy Soothing Facial Moisturizer Lotion for Men & Women Mad…  $15.95 ($7.98/Fl Oz)

ThriveLevel_0005169

5/20/22, 12:34 PM — Amazon.com: THRIVE Natural Face Lotion for Men — Greasy Soothing Facial Moisturizer Lotion for Men & Women Made in US…

Case 2:21-cv-02022-DOC-KES Document 124 Filed 06/27/22 Page 160 of 218 Page ID #:7396

☑ THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium Nat…   $12.95 ($3.83/Fl Oz)

☑ THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidants Improves Skin Texture, Un…   $14.95 ($4.42/Fl Oz)

**Explore more from Thrive Natural Care**                                          Page 1 of 2

Sponsored ⓘ











THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight…

THRIVE Natural Daily Defense Skincare Kit for Women & Men (2 Piece) – Gift Set With…

THRIVE All Natural Face Wash for Sensitive Skin – Unscented Gentle Face Wash for Wo…

THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidant…

Thrive Natur… Serum for Fa… Healthier Re… Alternative v…

$24.95

$31.95

$13.95

$14.95

$25.95

FREE delivery: **Thursday, May 26** on orders over $25 shipped by Amazon.

FREE delivery: **Thursday, May 26**

FREE delivery: **Thursday, May 26** on orders over $25 shipped by Amazon.

FREE delivery: **Thursday, May 26** on orders over $25 shipped by Amazon.

FREE delivery: May 26

2,169

997

854

1,477

Reviews mention:
"This product is a great moisturizer that is easy to spread and works …"
See more

Reviews mention:
"I highly recommend Thrive as a brand AND their products are …" See more

Reviews mention:
"It's a very good cleanser with a nice smell!"

Reviews mention:
"Great Face Scrub - Smells Good - Makes Your Face Feel CLEAN and REFRESHED!"

## Have a question?

Find answers in product info, Q&As, reviews

| women |
|---|

**All**   Product Information   Customer Q&A's   Customer Reviews

Customer questions & answers

**Q: Can women use this product?**
**A:** From the Thrive Natural Care team --- thanks for your question. Our Face Balm is great for women and men (and we hear from a lot of our female customers that they love it). While we developed it with men in mind (especially because the balm is great as an after-shave to help restore skin immediately following the shave), our Face Balm is a great daily moisturizer, made with our powerful plants from Costa Rica, that is packed with anti-oxidants and other skin-restoring benefits that work for men AND women! Please let us know what you think if you decide to give it a try. see less
By Thrive Natural Care on June 26, 2018

See other answers

See 1 matching Q&A ›

| Don't see the answer you're looking for?   | Post your question |
|---|---|

Customers also asked

| Does this include any SPF protection from the sun? | What does it smell like? | Can women use this product? |
|---|---|---|

| Animal tested? |
|---|

| What are the ingredients? Can the company take a picture of the ingredients label and add it to the galley? |
|---|

Amazon.com: THRIVE Natural Face Moisturizer - Non Greasy Soothing Facial Moisturizer Lotion for Men & Women Made in US…

## From the brand



# THRIVE®
Powerful Plants For Adventurous Skin

### Our story

**How we got our start?**
We're a passionate team of American and
Costa Rican entrepreneurs, chemists,
ecologists, and rural farmers. Two
obsessions brought us together to build
Thrive from (literally) the soil up: making
high-performance natural skincare that's
awesome, so our customers look better
and live healthier.

**What makes our product unique?**
Unique ingredients. Healthier skin.
Inspiring mission. Our Gardens in Costa
Rica produce two super-plant oils:
juanilama & fierillo. Unique to Thrive,
these oils are more effective than synthetic
chemicals found in most skincare. Our
Gardens restore degraded lands and boost
rural farmer incomes.

**Why we love what we do?**
Our crazy team in the USA and Costa Rica
wakes up every day focused on two things:
making our products more effective and
healthy and building a business that
inspires other companies to aim higher by
leaving things better. We're proud to be on
the leading edge of a healthy and positive
impact.

## Product Description

# LOOK BETTER. LIVE HEALTHIER. LEAVE IT BETTER.





## WHAT IT DOES

- Lightweight lotion for daily effective hydration and soothing of all skin types
- As an after-shave, reduces skin irritation and redness and repairs your face from daily wear & tear

## WHY IT IS BETTER

- Unique germ-fighting, antioxidant-rich superplants, Juanilama, Fierrillo & Coralillo, help combat redness, skin irritation, and razor burn
- Concentrated formula spreads easily and gives you more uses than other leading brands
- Regenerative Farming, Vegan, Cruelty-Free, GMO-Free, Dermatologist Tested

### THRIVE'S UNIQUE SUPER-PLANTS

# The strength of three unique-to-Thrive plants in a powerful skincare experience

Thrive harnesses the strength of botanicals from Costa Rica. Our regenerative farming method boosts the potency & purity of these superplant oils.

**Juanilama**: citric-scented herb with potent germ fighting properties for skin restoration & protection*

**Fierrillo**: rainforest vine with potent antioxidants to help combat irritation, redness, & stress impacts on skin*

**Coralillo:** jungle shrub with anti-inflammatory properties used by indigenous Costa Ricans to heal skin*

*Statements not evaluated by FDA



## Your Positive Impact

Your Thrive purchase directly supports a beautiful idea: a business's activities, from start to end, from our farms to your face, should leave people and planet *healthier*. How? Read on…

Visit Thrive



| Q | What's the difference between the restoring and original face moisturizer? | ▼ |
| Q | Is this suitable for women? | ▼ |
| Q | Is this product tested on animals? | ▼ |
| Q | Where is it made? | ▼ |
| Q | Is this face balm non-comedogenic? | ▼ |

## Try Other Thrive Products





ThriveLevel_0005173

5/20/22, 2:21 PM    Amazon.com: THRIVE Natural Face Moisturizer – Non-Greasy Soothing Facial Moisturizer Lotion for Men & Women Made in US…

Case 2:21-cv-02022-DOC-KES    Document 124    Filed 06/27/22    Page 164 of 218    Page
ID #:7400

|  | **Face Balm** | **Deodorant Spray** | **Daily Mineral Sunscre** |
|---|---|---|---|
| **USE** | Moisturize | Natural Deodorant | Protect from Sun & Moist |
| **BENEFIT** | Hydrates and soothes | Eliminates odor all day | Blocks UVA/UVB rays & hy |
| **Size** | 2 Oz | 4 Oz | 2 Oz |
| **Powered by Thrive Superplants** | ✓ | ✓ | ✓ |
| **Cruelty Free & Vegan** | ✓ | ✓ | ✓ |

## Product details

**Is Discontinued By Manufacturer :** No

**Product Dimensions :** 1.6 x 1.1 x 4.8 inches; 2.08 Ounces

**Item model number :** 852200000000

**Department :** Men's

**UPC :** 852200005015

**Manufacturer :** Thrive Natural Care

**ASIN :** B00IFCAWS0

**Best Sellers Rank:** #31,042 in Beauty & Personal Care (See Top 100 in Beauty & Personal Care)
　#292 in Amazon Launchpad Small Business Promotion
　#415 in Eye Treatment Products
　#545 in Amazon Launchpad Beauty & Health

**Customer Reviews:**

535 ratings

## Compare with similar items

|  | This item THRIVE Natural Face Moisturizer – Non-Greasy Soothing Facial Moisturizer Lotion for Men & Women Made in USA with Natural & Organic Ingredients Keep Skin Hydrated & Help Irritation as After Shave, 2 Oz | Amazon Brand - Solimo Oil-free Facial Moisturizer for Sensitive Skin, 4 Fluid Ounce, 1 pack | THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight Moisturizer Broad-Spectrum Natural Face Sunblock with Clear Zinc Oxide & Antioxidants – Vegan Made in USA Non Greasy | THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium Natural Ingredients for Healthier Skin Care – Vegan & Made in USA – Women & Mens Face Wash |
|---|---|---|---|---|
|  | [Add to Cart] | [Add to Cart] | [Add to Cart] | [Add to Cart] |
| Customer Rating | (535) | (4198) | (2174) | (855) |
| Price | $15⁹⁵ | $7⁴⁷ | $24⁹⁵ | $12⁹⁵ |
| Shipping | FREE Shipping on orders over $25.00 shipped by Amazon or get **Fast, Free** | FREE Shipping on orders over $25.00 shipped by Amazon or get **Fast, Free** | FREE Shipping on orders over $25.00 shipped by Amazon or get **Fast, Free** | FREE Shipping on orders over $25.00 shipped by Amazon or get **Fast, Free** |

ThriveLevel_0005174

| | Shipping with Amazon Prime | Shipping with Amazon Prime | Shipping with Amazon Prime | Shipping with Amazon Prime |
|---|---|---|---|---|
| Sold By | Thrive Natural Care | Amazon.com | Thrive Natural Care | Thrive Natural Care |
| Brand Name | Thrive Natural Care | Solimo | Thrive Natural Care | Thrive Natural Care |
| Item Form | Lotion | Liquid | Lotion | Gel |
| Size | 2 Fl Oz (Pack of 1) | 4 Fl Oz (Pack of 1) | 2 Fl Oz (Pack of 1) | — |

## Videos

### Videos for this product



1:00

Do We Like the Thrive Face Balm?

Emily & Sarah

0:23

Look Better & Live Healthier With Superplant Skincare

Thrive Natural Care

### Videos for related products

1:31

Natural Face Moisturizer For Women & Men

Era Organics

NAELI Face Collagen

NAELI

Upload your video

## Important information

### Ingredients

Ingredients: Water, Caprylic/Capric Triglyceride (1), Glycerin (1), Glyceryl Stearate (1), Cetearyl Alcohol (1), Sodium Stearoyl Lactylate (1), Aloe Barbadensis (Aloe Vera) Leaf Extract (3), Fridericia Chica (Arrabidaea Chica) Extract (2), Hamelia Patens Extract (2), Lippia Alba Oil (2), Olea Europaea (Olive) Fruit Oil, Butyrospermum Parkii (Shea) Butter (3), Macadamia Ternifolia (Macadamia) Seed Oil, Argania Spinosa (Argan) Kernel Oil (3), Helianthus Annuus (Sunflower) Seed Oil, Rosmarinus Officinalis (Rosemary) Leaf Extract, Xanthan Gum (1), Natural Fragrance (of orange, grapefruit, lemon, anise, guaiacwood, cedarwood, peppermint, davana, patchouli, vetiver, clove oils), Dehydroacetic Acid, Benzyl Alcohol, Citric Acid. (1) Plant derived; (2) Supports farmland restoration; (3) Certified organic

## Products related to this item

Sponsored ⓘ







| THRIVE All Natural Face Wash for Sensitive Skin – Unscented Gentle Face Wash for Wo... | Thrive Natural Body Mineral Sunscreen SPF 50, 4 Ounces - Water Resistant Reef Safe ... | Restoring Skincare Kit for Women & Men With Sensitive Skin (2 Piece) – Gift Set wit... | THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidant... | Thrive Natural Deodorant Spray, 4 Ounces - All Day Protection, Aluminum... |
|---|---|---|---|---|
| 854 | 2,174 | 997 | 1,477 | 132 |
| $13.95 | $20.95 | $30.95 | $14.95 | $14.95 |

## Customer Questions & Answers

See questions and answers

5/20/22, 8:12 AM     Amazon.com: THRIVE Natural Face Moisturizer - Non Greasy Soothing Facial Moisturizer & Lotion for Men & Women Made in US…

Case 2:21-cv-02022-DOC-KES   Document 124   Filed 06/27/22   Page 166 of 218   Page ID #:7402

## Customer reviews

### 4.4 out of 5

535 global ratings

| | | |
|---|---|---|
| 5 star | | 67% |
| 4 star | | 16% |
| 3 star | | 9% |
| 2 star | | 4% |
| 1 star | | 4% |

How customer reviews and ratings work

### Reviews with images



See all customer images

Top reviews

### Top reviews from the United States

 Ryan H

#### It took a long time to find a facial moisturizer I liked.

Reviewed in the United States on June 24, 2019

Scent: Original Scented     Size: 2 Fl Oz (Pack of 1)     Verified Purchase

This is by far my favorite facial moisturizer (and I've tried many of the higher-end options).

It smells fantastic — natural, herbally-derived (like an Aveda product) and somehow still manly. Also, as the listing claims, it really does feel clean and lightweight. You can tell it's not clogging your pores or making it hard for your skin to breathe. There aren't a lot of harsh chemicals in the formula that might dry out your skin after the initial moisturizing benefits have worn off. This means you only have to apply it once a day in normal environments. And, that little drop will cover your entire face as the formula is so lightweight and efficient. That means, even though it's a little pricier, the bottle will last a long time.

9 people found this helpful

Helpful     Report abuse

 BME

#### Bald Dude

Reviewed in the United States on March 17, 2021

Scent: Original Scented     Size: 2 Fl Oz (Pack of 1)     Verified Purchase

I'm a dude. Minimal maintenance. I hate applying things and i dislike things that smell "nice". Applying things make me feel sticky.

Anyways i started shaving my head and well i noticed that my head would dry out and it was super uncomfortable. This moisturizer saved me. My skin feels great it stays hydrated no more irritation, silky not shiny.

ThriveLevel_0005176

I'm buying again i love this thing

4 people found this helpful

Helpful    Report abuse

Anthony J. Walsh

**Smells rancid**

Reviewed in the United States on April 11, 2022

Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    Verified Purchase

I don't know if I got a bad batch, but mine smelled rancid the very first time I used it. It made my face smell like a moldy sponge, and my girlfriend actually gagged. It really was gross.

I thought I would give this brand a try, because I like their environmental stance and price point. I had the lotion for about a month and a half before I actually used it, so my return window expired, and I ended up having to throw the whole thing away. I still had some of my old lotion left, and I used the rest of that before I tried this new one. A month and a half should not be long enough for it to go bad.

I guess I'll go back to the more expensive one that I know is good. Too bad. I really wanted to like this brand.

One person found this helpful

Helpful    Report abuse

Nancy H.

**Natural Ingredients from Sustainable Resources**

Reviewed in the United States on July 31, 2021

Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    Verified Purchase

I don't recall exactly when my husband placed his first order but I he recalls reading the story and felt yours was a mission to support. He was searching for a facial exfoliant made with natural ingredients. Energy scrub filled the bill for him. Our first Amazon order on October 10, 2015 was also for Energy Scrub. He has enjoyed using the other products as well including the Face Wash, Face Balm and Shave Oil. The decision to produce them in 100 ML sizes or less guaranteeing travel size compliance was near genius. The products have traveled with him work travels and vacations. Adding a 30 SPF sunscreen to Face Balm was much appreciated too.
Stay true to your mission.

2 people found this helpful

Helpful    Report abuse

Edon Ben-Artzi

**Very good product!**

Reviewed in the United States on June 23, 2018

Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    Verified Purchase

I am very pleased with this product. A little goes a long way. In combination with a toner I use, i have notice a clearer complexion, less redness, & smaller pores. I have found a great product and I hope they make it for a long time. I also use their face scrub and its great too!

9 people found this helpful

Helpful    Report abuse

NYC Amazon Shopper

**Surprisingly good**

Reviewed in the United States on June 9, 2019

Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    Verified Purchase

I'm in my 40's and have somewhat oily skin, but after shower or in the winter, skin can get dry.

ThriveLevel_0005177

I don't like greasy lotions.
I don't like the feeling of goop on my face.
I enjoy a clean feel, where the lotion gets rid of flaky or dry skin feeling after a shower.
And this lotion does just that. No breakouts. Mild, masculine, woodsy smell, that ultimately does not linger.
I'm very happy with the results thus far.

2 people found this helpful

[ Helpful ]    Report abuse

 Ross

**Awesome, natural lotion specifically made for men**
Reviewed in the United States on September 23, 2016
Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    **Verified Purchase**

I love this lotion--I'm a total convert. I feel great about using it, because it's all natural. It applies easily in a matte finish, not at all oily and makes my skin look great without any breakouts. And it has an awesome natural fragrance that is very masculine, so you feel like it's tailor made for a men's needs and skin. Even a drop goes pretty far, so one bottle lasts me a long time. For the price of drug store products filled with all sorts of chemicals and preservatives, this far exceeds in quality and value. I can't recommend Thrive enough--their shave oil, facial scrub and facial wash are also fantastic and have become my go-to products.

20 people found this helpful

[ Helpful ]    Report abuse

 Amazon Customer

**Healing**
Reviewed in the United States on October 6, 2018
Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    **Verified Purchase**

I am a woman but I use this product and really like it. Absorbs quickly and the healing properties of the oils really work.

10 people found this helpful

[ Helpful ]    Report abuse

**See all reviews ›**

## Top reviews from other countries

 Patricia Baranyai

**Yes, it's nice for women too if you like a slightly earthy scent...**
Reviewed in Canada on August 19, 2019
Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    **Verified Purchase**

I love this moisturizer. It goes on smoothly, isn't greasy and has a lovely scent. I don't find the scent too strong at all. If you like earthier tones such as Vetiver, which happens to be one of my favorite essential oils, then you might like this scent. The Vetiver is also softened by some of the other natural scents added to the product. I was worried about the scent before purchasing because of some of the reviews and the "questions answered" section, where one person suggested it might not be suitable for women. To the contrary, it is great for women too. You just need to know what kind of scents you love. It is definitely not a floral type scent. Some of the reviews don't seem to reflect how lovely the product is, but I love it. Would definitely purchase again. They also have an unscented version, but I'm sure glad I chose this one.

3 people found this helpful

Report abuse

ThriveLevel_0005178

5/20/22, 12:58 AM                    Amazon.com: THRIVE Natural Face Moisturizer - Non Greasy Soothing Facial Moisturizer, Lotion for Men & Women Made in US…

Case 2:21-cv-02022-DOC-KES   Document 124   Filed 06/27/22   Page 169 of 218   Page ID #:7405



Amazon Customer

**The magic elixir.**

Reviewed in Canada on February 24, 2021

Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    **Verified Purchase**

I am pleasantly surprised!! I have tried many face creams and moisturizers with a wide range of results but have found this little bottle to be the magic elixir. It lasts all day, just as other reviewers have stated, and a small amount goes a long way. The scent is outdoorsy rather than perfumy, and most importantly, it works and works very well. I'm a painter/drywaller and so I encounter a lot of dust and paint fumes throughout the day. My skin has taken a bit of a beating over the past forty years but I can say this cream has reduced the red spots and left my face feeling very nice day after day. I highly recommend it! Thank you for such an excellent product.

Report abuse



Brett Johnson

**At last a lotion that works well and has no burning chemicals.**

Reviewed in Canada on January 27, 2020

Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    **Verified Purchase**

I have been looking for a good men's face cream for a while. I've tried many different ones such as Nivea at the low-end and Brickell at the high end. Brickle is not bad, but I find it lacks lasting moisturizing properties. Thrive men's face moisturizer does the trick as it gives me good moisture and hydration that lasts much longer. It also makes my face feel very smooth due to The Shea butter. The price is less expensive then others of this caliber and the company is very ethical by treating their farmers who provide their ingredients well. Also, good natural ingredients with no harsh burning chemicals. I also like the fact that this doubles as an after shave and moisturizer which is a real bonus. The sent of this product smells to me like cloves and orange. My wife loves it.

2 people found this helpful

Report abuse



JASON

**Lasts all day, not for all skin types**

Reviewed in Canada on July 2, 2021

Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    **Verified Purchase**

If 'stearate' = 'a vegetable oil derivative' and 'glycerin' = 'another vegetable oil derivative', then "glyceryl stearate" = vegan elixir! To be fair, this balm does not feel like it is there which is why it gets my three stars rating but as soon as you posture a hand on your face, which we all can do impulsively, you've just clammed your fingers and you will have to wash them.

Surprisingly, there is no "heaviness" to the feel with this product. But it's a moisturizer that works best for dry skin or for dry conditions in late Summer and late Fall/Winter. I'll give it 4-5 stars if it was labeled for dryness. If you have naturally oily skin, those natural oils do not emulsify well with a lot of glyceryl stearate (double-blend vegetable oil). Checking the ingredients and familiarizing yourself with their reactive properties is a good consumer habit. Also, the more of something, the more reactive it can be over other properties that you may also want, like a pleasant scent retention.

Read more

Report abuse

Stranger of MTL

**Even for the toughest of skins**

Reviewed in Canada on October 16, 2019

Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    **Verified Purchase**

I purchased this product when I heard about in one of my podcasts. Being an all natural product,I said why not give it a shot. Well,here I am countless of bottles after and going strong. I absolutely love the feel when I apply it after a shower. Being a blue collar guy,I am exposed to all the elements. This product right here is the saving grace. No more sticky

5/20/22, 12:38 AM          Amazon.com: DRUVEN Natural Face Moisturizer - Greasy Soothing Facial Moisturizing Lotion for Men & Women Age in US…

Case 2:21-cv-02022-DDC-KGS   Document 124   Filed 06/27/22   Page 170 of 218   Page ID #:7406

feeling. No smelling or chemicals. Just pure clean and effective product. Highly recommend it,especially if your skin takes a beating.

2 people found this helpful

Report abuse

---

See all reviews ›

---

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

5/20/22, 10:38 AM Amazon.com: THRIVE Natural Face Moisturizer – Greasy Soothing Facial Moisturizing Lotion for Men & Women Mage in US…

Case 2:21-cv-02022-DOC-KES Document 124 Filed 06/27/22 Page 171 of 218 Page ID #:7407

English    United States

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract,
and
engage
customers

Amazon
Drive
Cloud
storage
from
Amazon

6pm
Score deals
on fashion
brands

AbeBooks
Books, art
&
collectibles

ACX
Audiobook
Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Sell on Amazon
Start a Selling Account

Amazon
Business
Everything
For
Your Business

Amazon
Fresh
Groceries &
More
Right To
Your Door

AmazonGlobal
Ship Orders
Internationally

Home
Services
Experienced
Pros
Happiness
Guarantee

Amazon Ignite
Sell your original
Digital Educational
Resources

Amazon Web
Services
Scalable Cloud
Computing Services

Audible
Listen to Books &
Original
Audio Performances

Book
Depository
Books With
Free
Delivery
Worldwide

Box Office
Mojo
Find Movie
Box Office
Data

ComiXology
Thousands of
Digital Comics

DPReview
Digital
Photography

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle
Direct
Publishing
Indie
Digital &
Print
Publishing
Made Easy

Amazon
Photos
Unlimited
Photo Storage
Free With Prime

Prime
Video
Direct
Video
Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security
Systems

eero WiFi
Stream 4K
Video
in Every
Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription
Boxes
Top
subscription
boxes – right
to your door

PillPack
Pharmacy
Simplified

Amazon
Renewed
Like-new
products
you can
trust

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2022, Amazon.com, Inc. or its affiliates

**Exhibit D.6**



Hello
Select your address
All
thrive natural care balm
Hello, Sign in
Account & Lists
Returns
& Orders
0

All Best Sellers Amazon Basics Customer Service New Releases Prime Today's Deals Music Books All-new Fire 7 tablet

**All Beauty** Premium Beauty Makeup Skin Care Hair Care Fragrance Tools & Accessories Personal Care Oral Care Men's Grooming

‹ Back to results

Thrive
Face Balm

2 VIDEOS

# THRIVE Natural Face Moisturizer – Non-Greasy Soothing Facial Moisturizer Lotion for Men & Women Made in USA with Natural & Organic Ingredients Keep Skin Hydrated & Help Irritation as After Shave, 2 Oz

Visit the Thrive Natural Care Store
535 ratings
| 8 answered questions

Price: $14.36 ($7.18 / Fl Oz)

Get $50 off instantly: Pay $0.00 ~~$15.95~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Scent: **Original Scented**

Size: **2 Fl Oz (Pack of 1)**

2 Fl Oz (Pack of 1) | 3 Units | 2 Fl Oz

| | |
|---|---|
| **Item Form** | Lotion |
| **Use for** | Face |
| **Brand** | Thrive Natural Care |
| **Product Benefits** | Hydrating |
| **Recommended Uses For Product** | Soothing |

## About this item

- DUAL PURPOSE FACE MOISTURIZER & AFTERSHAVE – Unique ingredients and plant-based formula effectively hydrates for better looking skin all day long. For men, this moisturizer is great as an aftershave, it soothes and helps reduce irritation. Non-greasy, lightweight, shine-free formula effective for dry, combination, or oily skin types. Concentrated facial moisturizer balm formula gives you more bang for the buck
- POWERED BY UNIQUE SUPER-PLANT INGREDIENTS – Dermatologist tested and packed with powerful super-plants from Costa Rica unique to Thrive. Juanilama delivers potent germ-fighting properties to help combat razor burn, irritation, and stress impacts on the skin. Fierillo provides potent

**One-time purchase:**
$15.95 ($7.98 / Fl Oz)
FREE delivery: **Wednesday, May 25** on orders over $25.00 shipped by Amazon.
Ships from: Amazon
Sold by: Thrive Natural Care

**Subscribe & Save:**
10% 15%
$14.36 ($7.18 / Fl Oz)

Save 10% now and up to 15% on repeat deliveries.
• No fees
• Cancel anytime
Learn more
**Get it Wednesday, May 25**

In Stock.

Qty: 1

Deliver every:
3 months (Most common)

Set Up Now

Auto-deliveries sold by Thrive Natural Care and Fulfilled by Amazon

Add to List

Share

Have one to sell?
Sell on Amazon

ThriveLevel_0005067

5/19/22, 12:33 PM    Amazon.com: THRIVE Natural Face Moisturizer - Non-Greasy Soothing Facial Moisturizing Lotion for Men & Women Mad… in US…

Case 2:21-cv-02022-DOC-KES   Document 124   Filed 06/27/22   Page 174 of 218   Page ID #:7410

antioxidants & skin-restoring properties to reduce irritation, redness and razor bumps. Coralillo provides anti-inflammatory properties to help further soothe and heal your skin.*

- HIGH-PERFORMANCE & NEWLY UPGRADED NATURAL FORMULA – Upgraded formula contains our newest regeneratively farmed plant, Corallilo, providing a boost of antioxidants and skin soothing & skin healing benefits. Our plant-based formula contains no synthetic or artificial additives or fragrances that can cause irritation. Certified as "Premium Bodycare" product by Whole Foods Market for highest levels of efficacy and safety. Doesn't contain alcohol, so it won't dry the skin like conventional products
- 100% SATISFACTION GUARANTEE – If you don't love your Thrive, we'll refund your purchase. Made in USA. Travel size / TSA compliant. Cruelty-free, vegan-safe, PABA-free, GMO-free, and paraben-free. NEVER ANY SYNTHETIC COLORS, FRAGRANCES, OR INGREDIENTS
- SUPPORTS A GREAT MISSION – Your Thrive purchase directly supports hard-working rural farmers and restores degraded lands to health. It's our commitment to leave things better than we found them

Compare with similar items

## Similar item to consider



Amazon Brand - Solimo Oil-free Facial Moisturizer for Sensitive Skin, 4 Fluid Ounce, 1 pack
$7.47

(4193)

## Frequently bought together

 +  +  + 

Total price: $43.85

Add all three to Cart

☑ **This item:** THRIVE Natural Face Moisturizer – Non-Greasy Soothing Facial Moisturizer Lotion for Men & Women Mad…    $15.95 ($7.98/Fl Oz)
   Get it as soon as **Wednesday, May 25** FREE Shipping on orders over $25 shipped by Amazon

☑ THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium Nat…    $12.95 ($3.83/Fl Oz)
   Get it as soon as **Wednesday, May 25** FREE Shipping on orders over $25 shipped by Amazon

☑ THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidants Improves Skin Texture, Un…    $14.95 ($4.42/Fl Oz)
   Get it as soon as **Wednesday, May 25** FREE Shipping on orders over $25 shipped by Amazon

## 4 stars and above

Page 1 of 79

Sponsored ⓘ

ThriveLevel_0005068

Roll over image to zoom in

5/19/22, Case 2:21-cv-02022-DGC-KES Amazon.com: THRIVE Natural Face Lotion for Men: Non-Greasy Document 124 Filed 06/27/22 Moisturizer for Face with Page 175 of 218... & Women | Page in US...

Case 2:21-cv-02022-DGC-KES Document 124 Filed 06/27/22 Page 175 of 218 Page ID #:7411







THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight…

2,169

$24.95

THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti…

854

$12.95

THRIVE All Natural Face Cream for Sensitive Skin – Facial Moisturizer Restores, Pro…

253

$16.95

Restoring Skincare Kit for Women & Men With Sensitive Skin (2 Piece) – Gift Set wit…

997

$30.95

Men's Face C Moisturizer - Cream For M Collagen, Re

$24.99

## Have a question?

Find answers in product info, Q&As, reviews

lotion

All   Product Information   Customer Q&A's   **Customer Reviews**

### Great Face lotion
By Liz on October 27, 2017
My husband loves this lotion.

### Great lotion; problem with bottle
By James Moran on December 11, 2021
…The last few bottles would stop dispensing lotion with 1/3 to 1/2 lotion remaining.,The pump mechanism would not dispense lotion when repeatedly pressing the plunger. I've tapped the bottle to move fluid around to no effect.,Have to take off pump and manually get lotion out. Fix the pump please! 5 stars for lotion … see more

### Soothing aftershave lotion.
By R P O on March 26, 2020
Excellent aftershave lotion. A little goes a long way. I use it after shaving with a double edge razor. The scent is nice and subtle.

### Great after shave lotion!!
By Richard Riccardi on February 8, 2019
Love this lotion for after I shave!!
I shave with a straight razor!!
Big help!!

### Best Aftershave Lotion
By Jennifer Mark Krabacher on May 9, 2017
This is the best aftershave lotion I have ever used. It's thin (but not too thin) and not sticky or oily like other aftershaves.… see more

### Good aftershave lotion
By Cristina on June 12, 2017
…face after shaving compare to other brands he had in the past it leaves his face smooth with no after shave bumps or redness he is really happy with the lotion… see more

### This is a great quality lotion aftershave
By PremierShoppingPromos on September 17, 2017
This is a great quality lotion aftershave!… see more

### Good lotion, no scent. Husband ❤️
By Kristin T on January 8, 2020
I bought this Face lotion for my husband last Christmas, As he was looking for something without scent, and he loved it!… see more

### Thrive knows how to make a great product. The lotion is as good as the …
By Nic on April 10, 2018
…The lotion is as good as the face scrub. The scent, the feel, it's all there - kudos to Thrive! see more

ThriveLevel_0005069

5/19/22, 1:35 PM    Amazon.com: THRIVE Natural Face Moisturizer Lotion - Greasy Beard Oil Facial Moisturizer for Men & Women Made in US…

Case 2:21-cv-02022-DGC-KES    Document 124    Filed 06/27/22    Page 176 of 218    Page
ID #:7412

**This lotion works great!**
By Amazon Customer on April 6, 2019
I bought this as a stocking stuffer for my husband  see more

**Awesome, natural lotion specifically made for men**
By Ross on September 23, 2016
I love this lotion--I'm a total convert. I feel great about using it, because it's all natural.…  see more

**Great product**
By Spencer on February 9, 2020
…Also the lotion with zinc is a great sunscreen lotion in the summer  see more

**Five Stars**
By Alexandra Pulido on May 25, 2018
Amazing face lotion! Thanks @Thrive!

**Amazing product**
By mb18 on December 19, 2018
I love this lotion. Been using it for 2+ years. I previously would get rosacea on occasion. Since using the Thrive lotion, no rosacea - skin looks and feels great.

**Spray nozzle does NOT work!**
By Mark Zhang on May 18, 2018
This is my second time to purchase Thrive Natural Face Lotion for men. I love the lotion a lot and that's why I purchase it again.…  see more

**Finally a face lotion my son will use!**
By Kindle Customer on January 25, 2019
My son actually using it and he likes the product.  see more

**Surprisingly good**
By NYC Amazon Shopper on June 9, 2019
…I don't like greasy lotions.
I don't like the feeling of goop on my face.,
I enjoy a clean feel, where the lotion gets rid of flaky or dry skin feeling after a shower.
And this lotion does just that.…  see more

**Five Stars**
By Chris Boy on June 4, 2018
Good quality lotion post shave and works well around eyes.

**Skin has never looked better**
By Ben on January 23, 2019
…I started using this lotion along with the Thrive face wash and energy scrub about six months ago--and my skin has never looked better.,I apply the lotion morning and evening, after using the face wash or energy scrub.,It is the first face lotion I've found that really, truly does not leave an oily sheen on my face.…  see more

**Four Stars**
By Luis on January 12, 2017
Love this face balm :) I have super sensitive skin and this lotion really helps with the redness.

Customers also asked

| Animal tested? | Can women use this product? | What does it smell like? |

| Does this include any SPF protection from the sun? |

| What are the ingredients? Can the company take a picture of the ingredients label and add it to the galley? |

## From the brand

### Our story

**How we got our start?**
We're a passionate team of American and Costa Rican entrepreneurs, chemists, ecologists, and rural farmers. Two obsessions brought us together to build

ThriveLevel_0005070

5/19/22, 1:35 PM · Amazon.com: THRIVE Natural Face Moisturizer - Non-Greasy Soothing Facial Moisturizer Lotion for Men & Women Face in US…

Case 2:21-cv-02022-DGC-KES · Document 124 · Filed 06/27/22 · Page 177 of 218 · Page ID #:7413



# THRIVE®

Powerful Plants For Adventurous Skin

Thrive from (literally) the soil up: making high-performance natural skincare that's awesome, so our customers look better and live healthier.

**What makes our product unique?**
Unique ingredients. Healthier skin. Inspiring mission. Our Gardens in Costa Rica produce two super-plant oils: juanilama & fierillo. Unique to Thrive, these oils are more effective than synthetic chemicals found in most skincare. Our Gardens restore degraded lands and boost rural farmer incomes.

**Why we love what we do?**
Our crazy team in the USA and Costa Rica wakes up every day focused on two things: making our products more effective and healthy and building a business that inspires other companies to aim higher by leaving things better. We're proud to be on the leading edge of a healthy and positive impact.

## Product Description

# LOOK BETTER. LIVE HEALTHIER. LEAVE IT BETTER.




**WHAT IT DOES**

- Lightweight lotion for daily effective hydration and soothing of all skin types
- As an after-shave, reduces skin irritation and redness and repairs your face from daily wear & tear

**WHY IT IS BETTER**

- Unique germ-fighting, antioxidant-rich superplants, Juanilama, Fierrillo & Coralillo, help combat redness, skin irritation, and razor burn
- Concentrated formula spreads easily and gives you more uses than other leading brands
- Regenerative Farming, Vegan, Cruelty-Free, GMO-Free, Dermatologist Tested

THRIVE'S UNIQUE SUPER-PLANTS

# The strength of three unique-to-Thrive plants in a powerful skincare experience

Thrive harnesses the strength of botanicals from Costa Rica. Our regenerative farming method boosts the potency & purity of these superplant oils.




**Juanilama**: citric-scented herb with potent germ fighting properties for skin restoration & protection*

**Fierrillo**: rainforest vine with potent antioxidants to help combat irritation, redness, & stress impacts on skin*

**Coralillo:** jungle shrub with anti-inflammatory properties used by indigenous Costa Ricans to heal skin*

*Statements not evaluated by FDA

ThriveLevel_0005072



## Your Positive Impact

Your Thrive purchase directly supports a beautiful idea: a business's activities, from start to end, from our farms to your face, should leave people and planet *healthier*. How? Read on…

Visit Thrive

| Q | What's the difference between the restoring and original face moisturizer? | ▼ |

| Q | Is this suitable for women? | ▼ |

| Q | Is this product tested on animals? | ▼ |

ThriveLevel_0005073



Q    Where is it made?    ▼

Q    Is this face balm non-comedogenic?    ▼

# Try Other Thrive Products



|  | Face Balm | Deodorant Spray | Daily Mineral Sunscre |
|---|---|---|---|
| **USE** | Moisturize | Natural Deodorant | Protect from Sun & Moist |
| **BENEFIT** | Hydrates and soothes | Eliminates odor all day | Blocks UVA/UVB rays & hy |
| **Size** | 2 Oz | 4 Oz | 2 Oz |
| **Powered by Thrive Superplants** | ✓ | ✓ | ✓ |
| **Cruelty Free & Vegan** | ✓ | ✓ | ✓ |

## Product details

**Is Discontinued By Manufacturer :** No

**Product Dimensions :** 1.6 x 1.1 x 4.8 inches; 2.08 Ounces

**Item model number :** 852200000000

**Department :** Men's

**UPC :** 852200005015

**Manufacturer :** Thrive Natural Care

**ASIN :** B00IFCAWS0

**Best Sellers Rank:** #28,189 in Beauty & Personal Care (See Top 100 in Beauty & Personal Care)

#271 in Amazon Launchpad Small Business Promotion

#382 in Eye Treatment Products

#495 in Amazon Launchpad Beauty & Health

**Customer Reviews:**

ThriveLevel_0005074

535 ratings

## Compare with similar items

   

| | This item THRIVE Natural Face Moisturizer – Non-Greasy Soothing Facial Moisturizer Lotion for Men & Women Made in USA with Natural & Organic Ingredients Keep Skin Hydrated & Help Irritation as After Shave, 2 Oz | Amazon Brand - Solimo Oil-free Facial Moisturizer for Sensitive Skin, 4 Fluid Ounce, 1 pack | THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight Moisturizer Broad-Spectrum Natural Face Sunblock with Clear Zinc Oxide & Antioxidants – Vegan Made in USA Non Greasy | THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium Natural Ingredients for Healthier Skin Care – Vegan & Made in USA – Women & Mens Face Wash |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (535) | (4193) | (2169) | (854) |
| Price | $15.95 | $7.47 | $24.95 | $12.95 |
| Shipping | FREE Shipping on orders over $25.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $25.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $25.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime | FREE Shipping on orders over $25.00 shipped by Amazon or get Fast, Free Shipping with Amazon Prime |
| Sold By | Thrive Natural Care | Amazon.com | Thrive Natural Care | Thrive Natural Care |
| Brand Name | Thrive Natural Care | Solimo | Thrive Natural Care | Thrive Natural Care |
| Item Form | Lotion | Liquid | Lotion | Gel |
| Size | 2 Fl Oz (Pack of 1) | 4 Fl Oz (Pack of 1) | 2 Fl Oz (Pack of 1) | 3.38 Fl Oz (Pack of 1) |

## Videos

Page 1 of 2

### Videos for this product



Look Better & Live Healthier With Superplant Skincare

Thrive Natural Care



Do We Like the Thrive Face Balm?

Emily & Sarah

### Videos for related products



Natural Face Moisturizer For Women & Men

Era Organics



NAELI Face Collagen & F...

NAELI

Upload your video

ThriveLevel_0005075

Case 2:21-cv-02022-DOC-KES    Document 124    Filed 06/27/22    Page 182 of 218    Page
ID #:7418

### Important information

## Ingredients

Ingredients: Water, Caprylic/Capric Triglyceride (1), Glycerin (1), Glyceryl Stearate (1), Cetearyl Alcohol (1), Sodium Stearoyl Lactylate (1), Aloe
Barbadensis (Aloe Vera) Leaf Extract (3), Fridericia Chica (Arrabidaea Chica) Extract (2), Hamelia Patens Extract (2), Lippia Alba Oil (2), Olea Europaea
(Olive) Fruit Oil, Butyrospermum Parkii (Shea) Butter (3), Macadamia Ternifolia (Macadamia) Seed Oil, Argania Spinosa (Argan) Kernel Oil (3),
Helianthus Annuus (Sunflower) Seed Oil, Rosmarinus Officinalis (Rosemary) Leaf Extract, Xanthan Gum (1), Natural Fragrance (of orange, grapefruit,
lemon, anise, guaiacwood, cedarwood, peppermint, davana, patchouli, vetiver, clove oils), Dehydroacetic Acid, Benzyl Alcohol, Citric Acid. (1) Plant
derived; (2) Supports farmland restoration; (3) Certified organic

---

### Products related to this item

Sponsored ⓘ

Page 1 of 20



**THRIVE Natural Face
Moisturizer Lotion (3
Pack) – Non-Greasy
Soothing Facial Moistu…**
Cream
253
$40.95



**THRIVE Natural Face
Wash Gel for Men &
Women – Daily Facial
Cleanser with Anti…**
854
$12.95



**THRIVE Natural
Moisturizing Mineral
Face Sunscreen SPF 30, 2
Ounces – Lightweight…**
2,169
$24.95



**TENDU shea butter face
moisturizer manuka
honey skin face cream -
Honey halo moistu…**
Cream
$19.99

**Restoring Ski
for Women &
Sensitive Ski
Gift Set wit…**
$30.95

---

## Customer questions & answers

Have a question? Search for answers

4
votes

**Question:**   What are the ingredients? Can the company take a picture of the ingredients label and add it to
the galley?

**Answer:**     Hi Laurel, thanks for your question. We're attaching here the certified ingredient list for Thrive's
Face Balm. And good news: this product has been certified by Whole Foods Market as "Premium
Bodycare" - the highest ranking for safety, efficacy and responsible sourcing. So you and other
customers know that what you … see more
By Thrive Natural Care SELLER  on February 27, 2017

2
votes

**Question:**   What does it smell like?

**Answer:**     Smells like plant extracts. . . . Costa Rican plants
By Matthew Michael Biedron on February 14, 2018

See more answers (3)

0
votes

**Question:**   How many fl. Oz?

**Answer:**     Hi. Our face balms are each 60ml or 2 oz
Thank you.
By Thrive Natural Care SELLER  on November 18, 2018

See more answers (2)

0
votes

**Question:**   Animal tested?

**Answer:**     Not a single Thrive product and none of the ingredients in our products are tested on animals. Our
full line is vegan safe. Whole Foods Market has certified our products "Premium Bodycare", their
highest rank for effective, safe, and sustainable.
By Thrive Natural Care SELLER  on April 30, 2018

ThriveLevel_0005076

See more answers (1)

See more answered questions (4)

## Customer reviews

### 4.4 out of 5

535 global ratings

| | | |
|---|---|---|
| 5 star | | 67% |
| 4 star | | 16% |
| 3 star | | 9% |
| 2 star | | 4% |
| 1 star | | 4% |

How customer reviews and ratings work

## By feature

| | |
|---|---|
| Moisturizing | 4.6 |
| Light weight | 4.5 |
| Scent | 4.3 |

## Review this product

Share your thoughts with other customers

Write a customer review

### Reviews with images



See all customer images

### Read reviews that mention

| face balm | sensitive skin | long way | razor burn | small amount |
|---|---|---|---|---|

| face wash | long time | natural ingredients | goes a long | shave oil |
|---|---|---|---|---|

| feels absolutely | feels good | absorbs quickly | makes my skin |
|---|---|---|---|

Top reviews

### Top reviews from the United States

 Ryan H

**It took a long time to find a facial moisturizer I liked.**
Reviewed in the United States on June 24, 2019
Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    Verified Purchase

This is by far my favorite facial moisturizer (and I've tried many of the higher-end options).

It smells fantastic — natural, herbally-derived (like an Aveda product) and somehow still manly. Also, as the listing claims, it really does feel clean and lightweight. You can tell it's not clogging your pores or making it hard for your skin to breathe. There aren't a lot of harsh chemicals in the formula that might dry out your skin after the initial moisturizing benefits have worn off. This means you only have to apply it once a day in normal environments. And, that little drop will cover your entire face as the formula is so lightweight and efficient. That means, even though it's a little pricier, the bottle will last a long time.

9 people found this helpful

Helpful    |    Report abuse

 BME

**Bald Dude**
Reviewed in the United States on March 17, 2021
Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    Verified Purchase

I'm a dude. Minimal maintenance. I hate applying things and i dislike things that smell "nice". Applying things make me feel sticky.

Anyways i started shaving my head and well i noticed that my head would dry out and it was super uncomfortable. This moisturizer saved me. My skin feels great it stays hydrated no more irritation, silky not shiny.

I'm buying again i love this thing

4 people found this helpful

ThriveLevel_0005077

5/19/22, 1:09 PM    Amazon.com: THRIVE Natural Face Moisturizer + Greasy Scum Off Facial Moisturizer for Men & Women Face in US…

Case 2:21-cv-02022-DGC-KES   Document 124   Filed 06/27/22   Page 184 of 218   Page
ID #:7420

Helpful        Report abuse

 Anthony J. Walsh

**Smells rancid**

Reviewed in the United States on April 11, 2022
Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    **Verified Purchase**

I don't know if I got a bad batch, but mine smelled rancid the very first time I used it. It
made my face smell like a moldy sponge, and my girlfriend actually gagged. It really was
gross.

I thought I would give this brand a try, because I like their environmental stance and price
point. I had the lotion for about a month and a half before I actually used it, so my return
window expired, and I ended up having to throw the whole thing away. I still had some of
my old lotion left, and I used the rest of that before I tried this new one. A month and a half
should not be long enough for it to go bad.

I guess I'll go back to the more expensive one that I know is good. Too bad. I really wanted
to like this brand.

One person found this helpful

Helpful        Report abuse

 Nancy H.

**Natural Ingredients from Sustainable Resources**

Reviewed in the United States on July 31, 2021
Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    **Verified Purchase**

I don't recall exactly when my husband placed his first order but I he recalls reading the
story and felt yours was a mission to support. He was searching for a facial exfoliant made
with natural ingredients. Energy scrub filled the bill for him. Our first Amazon order on
October 10, 2015 was also for Energy Scrub. He has enjoyed using the other products as
well including the Face Wash, Face Balm and Shave Oil. The decision to produce them in 100
ML sizes or less guaranteeing travel size compliance was near genius. The products have
traveled with him work travels and vacations. Adding a 30 SPF sunscreen to Face Balm was
much appreciated too.
Stay true to your mission.

2 people found this helpful

Helpful        Report abuse

 Edon Ben-Artzi

**Very good product!**

Reviewed in the United States on June 23, 2018
Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    **Verified Purchase**

I am very pleased with this product. A little goes a long way. In combination with a toner I
use, i have notice a clearer complexion, less redness, & smaller pores. I have found a great
product and I hope they make it for a long time. I also use their face scrub and its great too!

9 people found this helpful

Helpful        Report abuse

 NYC Amazon Shopper

**Surprisingly good**

Reviewed in the United States on June 9, 2019
Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    **Verified Purchase**

I'm in my 40's and have somewhat oily skin, but after shower or in the winter, skin can get
dry.
I don't like greasy lotions.
I don't like the feeling of goop on my face.
I enjoy a clean feel, where the lotion gets rid of flaky or dry skin feeling after a shower.

ThriveLevel_0005078

And this lotion does just that. No breakouts. Mild, masculine, woodsy smell, that ultimately does not linger.

I'm very happy with the results thus far.

2 people found this helpful

Helpful     Report abuse

 Ross

**Awesome, natural lotion specifically made for men**

Reviewed in the United States on September 23, 2016

Scent: Original Scented     Size: 2 Fl Oz (Pack of 1)     Verified Purchase

I love this lotion--I'm a total convert. I feel great about using it, because it's all natural. It applies easily in a matte finish, not at all oily and makes my skin look great without any breakouts. And it has an awesome natural fragrance that is very masculine, so you feel like it's tailor made for a men's needs and skin. Even a drop goes pretty far, so one bottle lasts me a long time. For the price of drug store products filled with all sorts of chemicals and preservatives, this far exceeds in quality and value. I can't recommend Thrive enough--their shave oil, facial scrub and facial wash are also fantastic and have become my go-to products.

20 people found this helpful

Helpful     Report abuse

 Amazon Customer

**Healing**

Reviewed in the United States on October 6, 2018

Scent: Original Scented     Size: 2 Fl Oz (Pack of 1)     Verified Purchase

I am a woman but I use this product and really like it. Absorbs quickly and the healing properties of the oils really work.

10 people found this helpful

Helpful     Report abuse

**See all reviews ›**

## Top reviews from other countries

 Patricia Baranyai

**Yes, it's nice for women too if you like a slightly earthy scent...**

Reviewed in Canada on August 19, 2019

Scent: Original Scented     Size: 2 Fl Oz (Pack of 1)     Verified Purchase

I love this moisturizer. It goes on smoothly, isn't greasy and has a lovely scent. I don't find the scent too strong at all. If you like earthier tones such as Vetiver, which happens to be one of my favorite essential oils, then you might like this scent. The Vetiver is also softened by some of the other natural scents added to the product. I was worried about the scent before purchasing because of some of the reviews and the "questions answered" section, where one person suggested it might not be suitable for women. To the contrary, it is great for women too. You just need to know what kind of scents you love. It is definitely not a floral type scent. Some of the reviews don't seem to reflect how lovely the product is, but I love it. Would definitely purchase again. They also have an unscented version, but I'm sure glad I chose this one.

3 people found this helpful

Report abuse

 Amazon Customer

**The magic elixir.**

5/19/22, 11:05 PM · Amazon.ca : DBUZE Manual Facial Cleansing Brush: Deep Cleaning Skin Dirt and Oil Moisturizing Pores for Men & Women Face in US…

Case 2:21-cv-02022-DGC-KES Document 134 Filed 06/27/22 Page 186 of 218 Page ID #:7422

Reviewed in Canada on February 24, 2021
Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    **Verified Purchase**

I am pleasantly surprised!! I have tried many face creams and moisturizers with a wide range of results but have found this little bottle to be the magic elixir. It lasts all day, just as other reviewers have stated, and a small amount goes a long way. The scent is outdoorsy rather than perfumy, and most importantly, it works and works very well. I'm a painter/drywaller and so I encounter a lot of dust and paint fumes throughout the day. My skin has taken a bit of a beating over the past forty years but I can say this cream has reduced the red spots and left my face feeling very nice day after day. I highly recommend it! Thank you for such an excellent product.

Report abuse

 Brett Johnson

### At last a lotion that works well and has no burning chemicals.

Reviewed in Canada on January 27, 2020
Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    **Verified Purchase**

I have been looking for a good men's face cream for a while. I've tried many different ones such as Nivea at the low-end and Brickell at the high end. Brickle is not bad, but I find it lacks lasting moisturizing properties. Thrive men's face moisturizer does the trick as it gives me good moisture and hydration that lasts much longer. It also makes my face feel very smooth due to The Shea butter. The price is less expensive then others of this caliber and the company is very ethical by treating their farmers who provide their ingredients well. Also, good natural ingredients with no harsh burning chemicals. I also like the fact that this doubles as an after shave and moisturizer which is a real bonus. The sent of this product smells to me like cloves and orange. My wife loves it.

2 people found this helpful

Report abuse

 JASON

### Lasts all day, not for all skin types

Reviewed in Canada on July 2, 2021
Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    **Verified Purchase**

If 'stearate' = 'a vegetable oil derivative' and 'glycerin' = 'another vegetable oil derivative', then "glyceryl stearate" = vegan elixir! To be fair, this balm does not feel like it is there which is why it gets my three stars rating but as soon as you posture a hand on your face, which we all can do impulsively, you've just clammed your fingers and you will have to wash them.

Surprisingly, there is no "heaviness" to the feel with this product. But it's a moisturizer that works best for dry skin or for dry conditions in late Summer and late Fall/Winter. I'll give it 4-5 stars if it was labeled for dryness. If you have naturally oily skin, those natural oils do not emulsify well with a lot of glyceryl stearate (double-blend vegetable oil). Checking the ingredients and familiarizing yourself with their reactive properties is a good consumer habit. Also, the more of something, the more reactive it can be over other properties that you may also want, like a pleasant scent retention.

Read more

Report abuse

 Stranger of MTL

### Even for the toughest of skins

Reviewed in Canada on October 16, 2019
Scent: Original Scented    Size: 2 Fl Oz (Pack of 1)    **Verified Purchase**

I purchased this product when I heard about in one of my podcasts. Being an all natural product,I said why not give it a shot. Well,here I am countless of bottles after and going strong. I absolutely love the feel when I apply it after a shower. Being a blue collar guy,I am exposed to all the elements. This product right here is the saviour to my Grind. No sticky feeling. No smelling of chemicals. Just pure clean and effective product. Highly recommend it,especially if your skin takes a beating.

ThriveLevel_0005080

2 people found this helpful

Report abuse

**See all reviews** ›

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Shop with Points | Amazon Prime |
| Investor Relations | Advertise Your Products | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Reload Your Balance | Manage Your Content and Devices |
| Amazon Science | Host an Amazon Hub | Amazon Currency Converter | Amazon Assistant |
|  | › See More Ways to Make Money |  | Help |

English      United States

ThriveLevel_0005081

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon<br>Advertising<br>Find, attract,<br>and<br>engage<br>customers | Amazon<br>Drive<br>Cloud<br>storage<br>from<br>Amazon | 6pm<br>Score deals<br>on fashion<br>brands | AbeBooks<br>Books, art<br>&<br>collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web |
| Sell on Amazon<br>Start a Selling Account | Amazon<br>Business<br>Everything<br>For<br>Your Business | Amazon<br>Fresh<br>Groceries &<br>More<br>Right To<br>Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home<br>Services<br>Experienced<br>Pros<br>Happiness<br>Guarantee | Amazon Ignite<br>Sell your original<br>Digital Educational<br>Resources | Amazon Web<br>Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Listen to Books &<br>Original<br>Audio Performances | Book<br>Depository<br>Books With<br>Free<br>Delivery<br>Worldwide | Box Office<br>Mojo<br>Find Movie<br>Box Office<br>Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital<br>Photography | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations |
| IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals<br>Need | Kindle<br>Direct<br>Publishing<br>Indie<br>Digital &<br>Print<br>Publishing<br>Made Easy | Amazon<br>Photos<br>Unlimited<br>Photo Storage<br>Free With Prime | Prime<br>Video<br>Direct<br>Video<br>Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | Amazon Warehouse<br>Great Deals on<br>Quality Used Products |
| Whole Foods Market<br>America's Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security<br>Systems | eero WiFi<br>Stream 4K<br>Video<br>in Every<br>Room | Blink<br>Smart Security<br>for Every Home | Neighbors App<br>Real-Time Crime<br>& Safety Alerts |
| | Amazon<br>Subscription<br>Boxes<br>Top<br>subscription<br>boxes – right<br>to your door | PillPack<br>Pharmacy<br>Simplified | Amazon<br>Renewed<br>Like-new<br>products<br>you can<br>trust | | | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2022, Amazon.com, Inc. or its affiliates

ThriveLevel_0005082

**Exhibit D.7**



Hello
Select your address

All ▾  thrive natural care energy scrub

Hello, Sign in
Account & Lists ▾

Returns
& Orders

0

All  Best Sellers  Amazon Basics  Customer Service  New Releases  Prime ▾  Today's Deals  Music  Books

All-new Fire 7 Kids tablet

All Beauty  Premium Beauty ▾  Makeup ▾  Skin Care ▾  Hair Care ▾  Fragrance ▾  Tools & Accessories ▾  Personal Care ▾  Oral Care ▾  Men's Grooming ▾

‹ Back to results

3 VIDEOS

Roll over image to zoom in

## THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidants Improves Skin Texture, Unclogs Pores & Helps Prevent Ingrown Hairs – Made In USA – Vegan Natural Facial Scrub Exfoliator

Visit the Thrive Natural Care Store

1,477 ratings

| 22 answered questions

Price: **$13.46** ($3.98 / Fl Oz)

Get $50 off instantly: Pay $0.00 $14.95 upon approval for the Amazon Rewards Visa Card. No annual fee.

Size: **3.38 Fl Oz (Pack of 1)**

| 3.38 Fl Oz (Pack of 1) | 3 Units |

| | |
|---|---|
| **Brand** | Thrive Natural Care |
| **Scent** | Scented |
| **Product Benefits** | Exfoliating, Cleansing, Energizing, Even Toning, Hypoallergenic, Pore treatment, Radiant Skin, Skin Cell |
| | See more |
| **Item Weight** | 0.21 Pounds |
| **Skin Type** | Oily, Combination, Dry, Normal |

### About this item

- POWERFULLY NATURAL – Made from premium plant-based ingredients plus potent Costa Rican plant oils and invigorating Arabica coffee grounds that deep cleanse, energize, and help protect skin from stress and irritation. 100% natural with no artificial ingredients, synthetics, colors, or fragrances
- EXFOLIATES & IMPROVES SKIN APPEARANCE – Natural exfoliants provide medium level of exfoliation and remove oil, sweat, SPF, and other impurities without drying the skin. Its natural exfoliants help scrub off dry and dead skin, improving the skin's overall appearance, tone, and texture without the irritation frequently caused by the walnut and apricot shell exfoliants used in other natural scrubs

**One-time purchase:**
$14.95 ($4.42 / Fl Oz)
FREE delivery: **Wednesday, May 25** on orders over $25.00 shipped by Amazon.
Ships from: Amazon
Sold by: Thrive Natural Care

Subscribe & Save:
10%  15%
**$13.46** ($3.98 / Fl Oz)

Save 10% now and up to 15% on repeat deliveries.
• No fees
• Cancel anytime
Learn more

**Get it Wednesday, May 25**

In Stock.

Qty: 1

Deliver every:
3 months (Most common)

Set Up Now

Auto-deliveries sold by Thrive Natural Care and Fulfilled by Amazon

Add to List

Share

Have one to sell?

Sell on Amazon

- EXCLUSIVE INGREDIENTS – Unique to Thrive's facial scrub are two exclusive plant-based ingredients: juanilama and fierillo. Juanilama has germ-fighting, anti-fungal, and anti-oxidant properties (87% more than vitamin E) that help combat ingrown hairs, blemishes, and impacts of stress and pollution on the skin.* Fierillo extract has germ-fighting, anti-inflammatory, skin-healing, and anti-oxidant properties that help promote healthier skin after exercise, outdoor adventures, or stress*
- EFFECTIVE & SAFE – This premium exfoliating face scrub is suitable for vegans, gluten free, GMO free, cruelty free, and contains no animal products and NO plastic microbeads. Whole Foods Markets has certified this natural scrub as a "premium bodycare" for achieving the highest level of effectiveness and health. Best, Thrive offers a 100% Satisfaction Guarantee. If you don't love your Thrive, we'll refund your purchase. Made in USA
- SUPPORTS COSTA RICAN FARMERS – With every purchase, you get a great face scrub and you help support the rural farmers who made it. Our business model is designed to help farmers restore the degraded soil on their land and to improve their livelihood

Compare with similar items

## Consider a similar item



Eva Naturals Microdermabrasion Face Exfoliator and Facial Scrub - Exfoliating Facial Cleanser With Aloe, Willow Bark, Salicylic Acid Exfoliating Face Wash, Face Cleanser- Exfoliating Face Scrub (2 oz)

$12.95

(911)

🌿 Climate Pledge Friendly

## Make it a bundle

We found 6 bundles with this item:



THRIVE Natural Face Scrub And Natural Face Wash Gel (BUNDLE) - ...

$23.95  $27.90

7

This bundle contains 2 items



THRIVE Natural Face Scrub And Shave & Shower Soap Bar (BU...

$24.20

1

This bundle contains 2 items



THRIVE Natural Face Scrub And Soothing Face Moisturizer (BU...

$25.95  $30.85

4

This bundle contains 2 items



THRIVE Natu... Scrub, Natura... Wash Gel And...

$37.45  $43.8...

This bundle con...
items

THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidants Improves Skin...

## Frequently bought together

5/19/22, Case 2:21-cv-02022-DOC-KES ... Amazon.com: THRIVE Natural Face Scrub for Men & Women ... Exfoliating Face Wash with Anti-Oxidants Improves Skin Texture ...
Case 2:21-cv-02022-DOC-KES    Document 184    Filed 06/27/22    Page 192 of 218    Page
ID #:7428

 +  +  +  + 

Total price: **$43.85**

Add all three to Cart

☑ **This item:** THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidants Improves Skin ...    **$14.95** ($4.42/Fl Oz)
Get it as soon as **Wednesday, May 25** FREE Shipping on orders over $25 shipped by Amazon

☑ THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium Nat...    **$12.95** ($3.83/Fl Oz)
Get it as soon as **Wednesday, May 25** FREE Shipping on orders over $25 shipped by Amazon

☑ THRIVE Natural Face Moisturizer – Non-Greasy Soothing Facial Moisturizer Lotion for Men & Women Made in USA wi...    **$15.95** ($7.98/Fl Oz)
Get it as soon as **Wednesday, May 25** FREE Shipping on orders over $25 shipped by Amazon

---

**4 stars and above**    Page 1 of 48

Sponsored ⓘ

        

| | | | | |
|---|---|---|---|---|
| THRIVE Natural Face Moisturizer – Non-Greasy Soothing Facial Moisturizer Lotion for... | THRIVE All Natural Face Wash for Sensitive Skin – Unscented Gentle Face Wash for Wo... | THRIVE Natural Deep Clean Skincare Kit for Men & Women (3 Piece) – Gift Set with Na... | THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight... | Aveeno Posit... Radiant Skin... Exfoliating D... Scrub, Moist... |
| 535 | 854 | 997 | 2,169 | |
| $15.95 | $13.95 | $40.95 | $24.95 | $5.68 |
| | | | | Save $0.94 wit... |

---

## Have a question?

Find answers in product info, Q&As, reviews

"skincare"

All    Product Information    Customer Q&A's    **Customer Reviews**

**High performing skincare that aligns with my values**
By Kate G Dillon on September 24, 2018
Thrive Natural face Scrub - while labeled for men, and I am a woman :-) - serves my vanity and my high standards for environmental and social performance in equal parts. I care about my skin, but I also don't want to do so at the expense of the planet and people. I was so grateful to find this product and this company - I wish all my consumption could abide by their motto "Leaving the world better than we found it." Highly recommended!! see less

**Husband loves it**
By Snoopy_ca on April 6, 2019
Let me start by saying that my husband never cared much for skincare... so it is hard for him to like anything remotely skincare related. I noticed his skin has some built-up that needs to be cleared (obviously, for someone doesn't have any skincare routine) and went ahead and bought it for him. So far it is going well for him. He loves the scent and likes how clean his face feels after. I am considering to get some other products now given his growing interest. Great scrub. see less

**Boyfriend LOVES this product**
By Amazon Customer on November 12, 2018
…I liked their approach to skincare–good for your skin and for the planet–'A farm to face approach' as they put it…. see more

**Natural ingredients, and pleasant feel**
By Marino Shauye on September 10, 2015
Thrive Energy Scrub is another skincare product made from natural ingredients -- loving this trend because rubbing synthetic chemicals into your face doesn't feel right. As the tube says, this is "a better way to groom."

ThriveLevel_0005040

The texture of the scrub is pretty "gentle" as natural scrubs go. The scrubbing "bits" are small and not too rough on even sensitive skin, texture is between apricot scrubs and micro-beads. It is just enough to be effective and leaves a smooth feel without irritating. However, it doesn't rinse away as cleanly (meaning leaving that fresh, clean feel) as I'd hoped, which is why it is docked one star. That said, having all natural ingredients also means it shouldn't really strip your skin, so this makes sense. Its fragrance is pleasant and isn't overly perfume-y. Some may describe it as "masculine" as this line does seem to be taylored to men. Anise and clove smells pervade, but not too intensely. It also has a citrus note, which is nice.

The tube boasts that "your purchase helps rural farmers and restores degraded lands" so you can feel good knowing your purchase helps people and the environment too. (Found more info about this on their website at thrivecare.co)

I've included photos of the back of the tube so you can see the complete ingredients list and some other feature points.

Happy scrubbing! see less

Customers also asked

Does this product cleanse the facial pores from dirt, oil and chemical build up??

Do you make any unscented products at thrive?          Does this product have sulfates in it?

Is this better to use pre-shave, post-shave, or both to best reduce redness/irritation?

What's the use of hydrogenated jojoba oil on face?

---

## From the brand





Powerful Plants For Adventurous Skin

### Our story

**How we got our start?**
We're a passionate team of American and Costa Rican entrepreneurs, chemists, ecologists, and rural farmers. Two obsessions brought us together to build Thrive from (literally) the soil up: making high-performance natural skincare that's awesome, so our customers look better and live healthier.

**What makes our product unique?**
Unique ingredients. Healthier skin. Inspiring mission. Our Gardens in Costa Rica produce two super-plant oils: juanilama & fierillo. Unique to Thrive, these oils are more effective than synthetic chemicals found in most skincare. Our Gardens restore degraded lands and boost rural farmer incomes.

**Why we love what we do?**
Our crazy team in the USA and Costa Rica wakes up every day focused on two things: making our products more effective and healthy and building a business that inspires other companies to aim higher by leaving things better. We're proud to be on the leading edge of a healthy and positive impact.

---

## Product Description

5/19/22, 12:58 PM    Amazon.com : THRIVE Natural Face Scrub for Men & Women - Exfoliating Face Wash & Facial Cleanser Improves Skin Texture…

Case 2:21-cv-02022-DOC-KES    Document 84    Filed 06/27/22    Page 194 of 218    Page ID #:7430

# LOOK BETTER. LIVE HEALTHIER. LEAVE IT BETTER.





**WHAT IT DOES**

- Removes dead skin cells, dirt, oil, sweat, and SPF
- Deep cleans to reveal brighter, healthy, refreshed skin
- Gently exfoliates to unclog pores and help prevent ingrown hairs when used before shaving

**WHY IT IS BETTER**

- Powered with unique germ-fighting, antioxidant-rich superplants, Juanilama & Fierrillo
- Uses plant-based environmentally safe exfoliants - no plastic microbeads
- Natural cleansers that don't overdry
- Recyclable tube made from plants
- Regenerative farming, Cruelty free, GMO free, Vegan

**THRIVE'S UNIQUE SUPER-PLANTS**

## The strength of two unique-to-Thrive plants in a powerful skincare experience

Thrive harnesses the strength of botanicals from Costa Rica. Our regenerative farming method boosts the potency & purity of these super-plant oils so you can ditch the synthetic products to look better & live healthier.

**Juanilama**: citric-scented herb with potent anti-oxidants that help combat irritation, redness, & stress impacts on skin*

**Fierrillo**: rainforest vine with germ-fighting & anti-inflammatory properties used by indigenous Costa

ThriveLevel_0005042

Ricans to heal skin*

*Statements not evaluated by FDA



**Q**  Is this product gentle enough to be used on the face?  ⌄

**Q**  Why do the directions say to use every 2-3 days? What happens if I use it daily?  ⌄

**Q**  Is this product for men and women?  ⌄

**Q**  Does this product have microbeads in it?  ⌄

# Try Other Thrive Products

ThriveLevel_0005043

 

|  | **Energy Scrub** | **Deodorant Spray** | **Daily Defense Suns...** |
|---|---|---|---|
| **USE** | Exfoliate | Natural Deodorant | Protect from Sun & M... |
| **BENEFIT** | Removes dry skin, cleans pores | Eliminates odor all day | Blocks UVA/UVB rays &... |
| **Size** | 3.38 Oz | 4 Oz | 2 Oz |
| **Powered by Thrive Superplants** | ✓ | ✓ | ✓ |
| **Cruelty Free & Vegan** | ✓ | ✓ | ✓ |

---

## Product details

**Is Discontinued By Manufacturer :** No

**Product Dimensions :** 3 x 1.8 x 5.25 inches; 3.36 Ounces

**Item model number :** 852200000000

**UPC :** 852200005039

**Manufacturer :** Thrive

**ASIN :** B00VVS2PTO

**Best Sellers Rank:** #20,831 in Beauty & Personal Care (See Top 100 in Beauty & Personal Care)

#79 in Facial Scrubs

#206 in Amazon Launchpad Small Business Promotion

#394 in Amazon Launchpad Beauty & Health

**Customer Reviews:**
1,477 ratings

---

## Compare with similar items

| **This item** THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidants Improves Skin Texture, Unclogs Pores & Helps Prevent Ingrown Hairs – Made In USA – Vegan Natural Facial Scrub Exfoliator | Amazon Brand - Solimo Apricot Scrub Facial Cleanser, 6 Ounce | THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium Natural Ingredients for Healthier Skin Care – Vegan & Made in USA – Women & Mens Face Wash | Era Organics Microdermabrasion Facial Scrub & Face Exfoliator - Spa Quality Exfoliating Face Mask with Manuka Honey & Walnut - Moisturizing Face Exfoliant for Dry Skin, Blackheads, Wrinkles, Acne + |
|---|---|---|---|

ThriveLevel_0005044

| | | | | |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (1477) | (5092) | (854) | (15117) |
| Price | $14.95 | $4.28 | $12.95 | $15.45 |
| Sold By | Thrive Natural Care | Amazon.com | Thrive Natural Care | Era Organics |
| Brand Name | Thrive Natural Care | Solimo | Thrive Natural Care | Era Organics |
| Item Form | Gel | Powder | Gel | Cream |
| Size | 3.38 Fl Oz (Pack of 1) | 6 Ounce (Pack of 1) | 3.38 Fl Oz (Pack of 1) | 2 Ounce (Pack of 1) |

# Videos

### Videos for this product



| | | | |
|---|---|---|---|
| 0:45 | 0:23 | 0:32 | Videos f |
| Our Thoughts on the Thrive Natural Exfoliating Scrub | Look Better & Live Healthier With Superplant Skincare | Thrive Natural Face Scrub - Healthier for you and the planet | Vitamin C Face Was... |
| Emily & Sarah | Thrive Natural Care | Thrive Natural Care | Instanatur |



Upload your video

## Important information

### Ingredients

Water, Hydrogenated Jojoba Oil, Glycerin (1), Coco-Glucoside (2), Euphorbia Cerifera (Candelilla) Wax, Xanthan Gum, Polyglyceryl-4 Laurate/sebacate And Polyglyceryl-6 Caprylate/caprate (2), Argania Spinosa Kernel Oil, Coffea Arabica (Coffee) Seed Powder, Lippia Alba Oil (3), Arrabidea Chica Extract (3), Natural Fragrance (Of Grapefruit, Lemon, Orange, Vetiver, Star Anise, Clove Oils) (2), Dehydroacetic Acid (2), Benzyl Alcohol (2), Citric Acid (2)

KEY -- (1) Vegetable-Origin, (2) Ecocert Or Nature Certified/conforming, (3) Supports Farmland Restoration

## Explore more from Thrive Natural Care

Sponsored ⓘ







| THRIVE Natural Face Moisturizer – Non-Greasy Soothing Facial Moisturizer Lotion for... | THRIVE Natural Shave Soap & Shower Soap Bar – 2-in-1 Shower & Shaving Soap for Men ... | THRIVE All Natural Face Wash for Sensitive Skin – Unscented Gentle Face Wash for Wo... | THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight... | Restoring Skincare Kit for Women & Men With Sensitive Skin (2 Piece) – Gift Set wit... |
|---|---|---|---|---|
| 535 | 387 | 854 | 2,169 | 997 |
| $15.95 | $12.95 | $13.95 | $24.95 | $30.95 |

ThriveLevel_0005045

**Customer Questions & Answers**

See questions and answers

# Customer reviews

### 4.5 out of 5

1,477 global ratings

| | | |
|---|---|---|
| 5 star | | 68% |
| 4 star | | 19% |
| 3 star | | 9% |
| 2 star | | 2% |
| 1 star | | 3% |

How customer reviews and ratings work

### Reviews with images



See all customer images

Top reviews

## Top reviews from the United States

 Tim

**Good natural exfoliant**

Reviewed in the United States on June 5, 2019

Size: 3.38 Fl Oz (Pack of 1)    Verified Purchase

So, I changed to this product because it is all natural, and it's mindful of how it impacts the planet. I've been using this product once a week, sometimes twice, for about a month. As an exfoliant I find that it isn't consistent with each use. The liquid soap suspension is thinner than most exfoliants out there, and there doesn't seem to be enough exfoliating beads in a typical "dab" of product. So, sometimes I get enough beads and other times I have to squirt out more. The beads are smooth and don't feel like they are scrubbing anything away, but afterward I can feel and see that it has. The liquid soap suspension has a light earthy scent to it. Nothing offensive and goes away in 10 minutes. After the first use, I thought the soap didn't do anything because my face felt oily/tacky. However, I believe the soap has some moisturizers in it. My face was actually moisturized and hydrated, not greasy. When I shave, the razor doesn't seem to drag. I've also noticed a slight reduction in pore size, so I believe it's cleaning deep in those oily pores. I do wish there were more beads, and that the suspension was a little thicker.

18 people found this helpful

Helpful    Report abuse

 Spinoza

**I wish they sold this stuff in Gallon jugs !!**

Reviewed in the United States on April 4, 2019

Size: 3.38 Fl Oz (Pack of 1)    Verified Purchase

ThriveLevel_0005046

My face has been either dry or oily .. but always out of balance. Once I started using this regularly, every day in the morning, my skin feels smooth and balanced. Girlfriend loves it ! The fact that they make this from costa rican plant oils and yes coffee is just an added bonus. I got turned on to exfoliating by hearing that it is the main part of Pharrell Williams' skin care regime. Wish I had found this earlier.

18 people found this helpful

Helpful | Report abuse

hainabear

### I'll never buy anything else again
Reviewed in the United States on March 22, 2020
Size: 3.38 Fl Oz (Pack of 1)    Verified Purchase

The second I opened the bottle and I gave it a whiff, I knew immediately that the ingredients were good. It smelled like plants. No chemicals, no harsh cleaning agents, just...plants. A quick jaunt to the back of the bottle confirmed my suspicions. Thrive only includes the finest pure ingredients. And even better, they source them sustainably and give back to the earth as well. I could not be happier. Also my face feels amazing.
P.S. A little goes a long way. It comes out of the bottle fast so be warned.



9 people found this helpful

Helpful | Report abuse

Brian Garcia

### Worth your purchase
Reviewed in the United States on August 19, 2021
Size: 3.38 Fl Oz (Pack of 1)    Verified Purchase

This facial cleanser really gets into the nitty gritty of your pores and dead skin cells. It really refreshes my face it's super fun to apply? I use this right after my shower and wow it works perfectly. Gets all that gunk and dead skin cells off my face. I have a mix of oily and dry patches on my face. Oily, forehead, chin, nose, but very dry cheeks. This is for all oily or dry faces. It's amazing and you just need to buy it for yourself. I also use this with a EZBASICS Facial Cleansing Brush which is available on Amazon as well. It's a must buy facial scrubber in my opinion. 5/5 cleanser

3 people found this helpful

Helpful | Report abuse

Kay

### NO REGRETS!
Reviewed in the United States on December 21, 2021
Size: 3.38 Fl Oz (Pack of 1)    Verified Purchase

I have oily skin and I've been suffering with acne problems since high school (I am now 45). Im sure you can imagine I've used every product. Although some have worked, they were temporary solutions because the pimples would come right back like I owed them money lol. Sadly left with dark marks and relied on make-up to cover the flaws.

After doing extensive research, I came across Energy Scrub by Thrive Natural Face Scrub. What intrigued me were the ingredients. WOW! WOW! WOW! The only thing I regret is not getting this product sooner. I use it as a mask (for 1 hour) 3 times a week (do not use more than 3 times a week as it will over dry your skin). I promise you I seen an immediate difference within a week. I've been using it for 3 weeks so far and I'm proud to say, I can now run errands without the need of putting on make-up foundation to give the look of even flawless skin. I can successfully achieve that look bare faced thanks to this product.

FYI: On the other 4 days a week, I use Revive Microdermabrasion Facial Scrub by Era

One person found this helpful

Helpful    Report abuse

---

**Steve _ 87**

**Awesome all-natural exfoliant**

Reviewed in the United States on February 5, 2019

Size: 3.38 Fl Oz (Pack of 1)    Verified Purchase

I've been making an effort to get away from unneeded chemicals in everyday things that I use. Soap, shampoo, face wash, etc.

I was looking for an all natural face scrub and came across Thrive. It's great stuff! I've been using it every other day and I like how my skin feels afterwards. I can tell it does what its supposed to. It smells good too.

$13 and some change for a tube that isn't even 4 ounces is somewhat steep to me, but at the same time it is what it is. You gotta pay more for the stuff that's better for you.

9 people found this helpful

Helpful    Report abuse

---

**Basingstoke**

**seems to be just right**

Reviewed in the United States on April 7, 2019

Size: 3 Units    Verified Purchase

I stopped ordering my Kyoku face scrub when I received a tube that seemed to be a different formulation and I was unsuccessful in contacting the manufacturer or distributor. I did a little research and decided to try Thrive. It has just the right amount of grittiness to do the job, and, though I am sensitive to smells and often feel products are overly-fragranced, find the scent of this one to be most appealing. After running low on my first tube, I just ordered three more.

9 people found this helpful

Helpful    Report abuse

---

**Thomas Perkins**

**First time scrubber**

Reviewed in the United States on March 8, 2021

Size: 3.38 Fl Oz (Pack of 1)    Verified Purchase

Never used a scrub before. But I hadn't shaved in six months and my COVID beard was very thick even after a scissor trim. I was afraid my skin would suffer so I used Thrive's Scrub twice a couple days before shaving. The first scrub left me a little crusty so I used their facial wash (samples) after. The second scrub a couple days later smoothed out my skin, yes even under that beard. Using the scrub and the shaving oil really made the difference for a shaving experience without nicks, cuts, raw skin. And the scent is appealing. Time to try something new, guys.

One person found this helpful

Helpful    Report abuse

---

**See all reviews ›**

## Top reviews from other countries

**operafan**

**Overpowering scent**

ThriveLevel_0005048

Reviewed in Canada on December 16, 2021
Size: 3.38 Fl Oz (Pack of 1)    **Verified Purchase**

I really wanted to love this! Or even like it! I am trying to get rid of chemicals and synthetic fragrances in my beauty products. This seemed to fit the bill nicely. However, I believe this product either needs some work or needs to be marketed differently. Here are my points (apologies to the manufacturers, because I do like to support those who are making healthier products for us and the planet):

- this is NOT a unisex product. To me, this is very much a men's product. If you tend towards more feminine things, you will probably not like this. I am okay with unisex type of scents, but this smells like men's aftershave to me (probably all the wood scents I saw after reading the small print on the back?). If you are calling a shower product unisex, I think you should stick to citrus or fresh scents. Don't go all woodsy and pretend it's for most women.

- this says clearly on it that it does not contain synthetic fragrances. That is TRUE. BUT it is

Read more

One person found this helpful

Report abuse



**Katrina**

**Pretty good daily scrub**
Reviewed in Canada on February 17, 2021
Size: 3.38 Fl Oz (Pack of 1)    **Verified Purchase**

Honestly I like this scrub. It's very light. The scent could be a little better, and there isn't alot of exfoliant inside which is good if you want to use it as a daily wash. I wanted it more of a weekly deep scrub but I'll just use it daily instead. I really prefer creamier, more exfoliant filled scrubs but I like that it's natural and there is no extreme perfume chemical scent like in most non natural face scrubs.



2 people found this helpful

Report abuse



**Chad**

**Scrubbing Done Well**
Reviewed in Canada on August 11, 2021
Size: 3.38 Fl Oz (Pack of 1)    **Verified Purchase**

I really like this product. It has a fresh vegetable scent rather than soapy or fragranced. The scrub is short of aggressive but seems to work really well. Rinsing is easy and your skin is left feeling better than clean. No dryness at all. Just clean. At the offered price it is a great value.

One person found this helpful

Report abuse

**Geraldine**

**Terrible Smell!**
Reviewed in Canada on January 20, 2021
Size: 3.38 Fl Oz (Pack of 1)    **Verified Purchase**

I got this hoping to replace Live Clean facial scrub which I loved but unfortunately has been discontinued.😞 I will have to keep looking.
P
This scrub has a strong, unpleasant smell, hard to describe but gross. Like a mixture of coffee and chemicals.

ThriveLevel_0005049

5/19/22, 12:54 PM    Amazon.com: Thrive Natural Face Scrub for Men & Women - Exfoliating Face Wash with Natural & Organic Ingredients for Superior Texture…

Case 2:21-cv-02022-DOC-KES    Document 124    Filed 06/27/22    Page 202 of 218    Page ID #:7438

The tube is small for the price.

The ingredients are not the best either.

Sending back for a refund.

I hope Live Clean changes their mind. They had the perfect scrub product. 

Report abuse

 Cathy

**Watery**
Reviewed in Canada on November 20, 2021
Size: 3.38 Fl Oz (Pack of 1)    **Verified Purchase**

I found this to be watery , and you needed a lot to get the job done. No noticeable scent that I can remember, and the container is small. You can buy StIves and its really thick and smells nice. This one was just too expensive for what you got.

Report abuse

**See all reviews ›**

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

**Get to Know Us**

Careers

Blog

About Amazon

**Make Money with Us**

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon Store Card

Amazon Secured Card

**Let Us Help You**

Amazon and COVID-19

Your Account

Your Orders

ThriveLevel_0005050

Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English

United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2022, Amazon.com, Inc. or its affiliates

ThriveLevel_0005051

**Exhibit D.8**

5/20/22, 9:32 AM — Amazon.com: THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidants Improves Skin Texture…

Case 2:21-cv-02022-DDC-KES Document 184 Filed 06/27/22 Page 205 of 218 Page ID #:7441



Hello
Select your address

All ▾ | thrive natural care

Hello, Sign in
Account & Lists ▾

Returns
& Orders

🛒 0

All | Best Sellers | Amazon Basics | Customer Service | New Releases | Prime ▾ | Today's Deals | Music | Books | All-new Fire 7 tablet

All Beauty | Premium Beauty ▾ | Makeup ▾ | Skin Care ▾ | Hair Care ▾ | Fragrance ▾ | Tools & Accessories ▾ | Personal Care ▾ | Oral Care ▾ | Men's Grooming ▾

‹ Back to results

## THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidants Improves Skin Texture, Unclogs Pores & Helps Prevent Ingrown Hairs – Made In USA – Vegan Natural Facial Scrub Exfoliator

Visit the Thrive Natural Care Store
1,478 ratings
| 22 answered questions

Price: **$13.46** ($3.98 / Fl Oz)

Get $50 off instantly: Pay $0.00 ~~$14.95~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Size: **3.38 Fl Oz (Pack of 1)**

| 3 Units | **3.38 Fl Oz (Pack of 1)** |

| **Brand** | Thrive Natural Care |
| **Scent** | Scented |
| **Product Benefits** | Exfoliating, Cleansing, Energizing, Even Toning, Hypoallergenic, Pore treatment, Radiant Skin, Skin Cell |
| | See more |
| **Item Weight** | 0.21 Pounds |
| **Skin Type** | Oily, Combination, Dry, Normal |

### About this item

- POWERFULLY NATURAL – Made from premium plant-based ingredients plus potent Costa Rican plant oils and invigorating Arabica coffee grounds that deep cleanse, energize, and help protect skin from stress and irritation. 100% natural with no artificial ingredients, synthetics, colors, or fragrances
- EXFOLIATES & IMPROVES SKIN APPEARANCE – Natural exfoliants provide medium level of exfoliation and remove oil, sweat, SPF, and other impurities without drying the skin. Its natural exfoliants help scrub off dry and dead skin, improving the skin's overall appearance, tone, and texture without the irritation frequently caused by the walnut and apricot shell exfoliants used in other natural scrubs
- EXCLUSIVE INGREDIENTS – Unique to Thrive's facial scrub are two exclusive plant-based ingredients: juanilama and fierillo. Juanilama has germ-fighting, anti-fungal, anti-oxidant properties (87% more than vitamin E) that help combat ingrown hairs,

**One-time purchase:**
$14.95 ($4.42 / Fl Oz)
FREE delivery: **Thursday, May 26** on orders over $25.00 shipped by Amazon.
Ships from: Amazon
Sold by: Thrive Natural Care

**Subscribe & Save:**
10%  15%
**$13.46** ($3.98 / Fl Oz)

Save 10% now and up to 15% on repeat deliveries.
• No fees
• Cancel anytime
Learn more
**Get it Thursday, May 26**

**In Stock.**

Qty: 1

Deliver every:
3 months (Most common) ▾

**Set Up Now**

Auto-deliveries sold by Thrive Natural Care and Fulfilled by Amazon

Add to List

Have one to sell?

Sell on Amazon

ThriveLevel_0005182

5/20/22, 9:58 AM    Amazon.com: THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidants Improves Skin Texture…

Case 2:21-cv-02022-DOC-KES    Document 184    Filed 06/27/22    Page 206 of 218    Page ID #:7442



blemishes, and impacts of stress and pollution on the skin.* Fierillo extract has germ-fighting, anti-inflammatory, skin-healing, and anti-oxidant properties that help promote healthier skin after exercise, outdoor adventures, or stress*

- EFFECTIVE & SAFE – This premium exfoliating face scrub is suitable for vegans, gluten free, GMO free, cruelty free, and contains no animal products and NO plastic microbeads. Whole Foods Markets has certified this natural scrub as a "premium bodycare" for achieving the highest level of effectiveness and health. Best, Thrive offers a 100% Satisfaction Guarantee. If you don't love your Thrive, we'll refund your purchase. Made in USA

- SUPPORTS COSTA RICAN FARMERS – With every purchase, you get a great face scrub and you help support the rural farmers who made it. Our business model is designed to help farmers restore the degraded soil on their land and to improve their livelihood

---

### Additional Details

**Small Business**
This product is from a small business brand. Support small. Learn more

Compare with similar items

### Consider a similar item



Eva Naturals Microdermabrasion Face Exfoliator and Facial Scrub - Exfoliating Facial Cleanser With Aloe, Willow Bark, Salicylic Acid Exfoliating Face Wash, Face Cleanser- Exfoliating Face Scrub (2 oz)

**2 Fl Oz (Pack of 1)**

(915)

$12.95 ($6.48/Fl Oz)

🌱 Climate Pledge Friendly









3 VIDEOS



Roll over image to zoom in

### Make it a bundle

We found 6 bundles with this item:

THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidants Improves Skin…



THRIVE Natural Face Scrub And Natural Face Wash Gel (BUNDLE) - …

$23.95 $27.90

7

This bundle contains 2 items



THRIVE Natural Face Scrub And Shave & Shower Soap Bar (BU…

$24.20

1

This bundle contains 2 items



THRIVE Natural Face Scrub And Soothing Face Moisturizer (BU…

$25.95 $30.85

4

This bundle contains 2 items



THRIVE Natur… Scrub, Natura Wash Gel And…

$37.45 $43.8

This bundle con… items

### Frequently bought together

ThriveLevel_0005183



   

Total price: **$43.85**

[ Add all three to Cart ]

☑ **This item:** THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidants Improves Skin …   **$14.95** ($4.42/Fl Oz)
☑ THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium Nat…   **$12.95** ($3.83/Fl Oz)
☑ THRIVE Natural Face Moisturizer – Non-Greasy Soothing Facial Moisturizer Lotion for Men & Women Made in USA wi…   **$15.95** ($7.98/Fl Oz)

**4 stars and above**

Page 1 of 83

Sponsored ⓘ

    

| THRIVE All Natural Face Wash for Sensitive Skin – Unscented Gentle Face Wash for Wo… | THRIVE Natural Face Moisturizer – Non-Greasy Soothing Facial Moisturizer Lotion for… | Brickell Men's Renewing Face Scrub for Men, Natural and Organic Deep Exfoliating Fa… | THRIVE All Natural Face Scrub For Men & Women – Exfoliating Face Wash Unclogs Pores… | THRIVE Natur… Defense Skir Women & M… – Gift Set Wi… |
|---|---|---|---|---|
| **$13.95** | **$15.95** | **$22.00** | **$38.45** | **$31.95** |
| FREE delivery: **Thursday, May 26** on orders over $25 shipped by Amazon. | FREE delivery: **Thursday, May 26** on orders over $25 shipped by Amazon. | FREE delivery: **Thursday, May 26** on orders over $25 shipped by Amazon. | FREE delivery: **Thursday, May 26** | FREE delivery: **May 26** |
| 854 | 535 | 5,268 | 1,477 | |
| Reviews mention: "It's a very good cleanser with a nice smell!" | Reviews mention: "Good quality lotion post shave and works well around eyes." | Reviews mention: "Excellent product very good scrubbing for the face all natural …" See more | Reviews mention: "Great Face Scrub - Smells Good - Makes Your Face Feel CLEAN and REFRESHED!" | Reviews menti… "I highly recom as a brand AN products are … |

## Have a question?

Find answers in product info, Q&As, reviews

[ women ]

| All | Product Information | **Customer Q&A's** | Customer Reviews |

**Q: Is this product gentle enough to be used on the face?**
**A:** I use it on my face only and I really like it. It's definitely gentle enough for my skin and I'm a woman ;-)
By Emmanuelle on August 29, 2015

**Q: Does this work with people of color especially black skin?**
**A:** Yes. A high-performance natural exfoliant like Thrive's is helpful to people of color in two ways: (1) people of color tend to have stronger/more wiry hair, and natural exfoliation can help prevent ingrown hairs. For men who shave their face, or women who shave their bodies, this exfoliation is helpful pre-shave; (2) many synthetic and some natural exfoliants can dry or micro-tear skin unnecessarily. That results in irritated or "ashen-looking skin", which most people of color prefer to avoid. Thrive's combination of three plant based exfoliants are effective, but avoid the harshness and tearing that can occur from some natural exfoliants that use apricot or walnut shell particles. And don't even get us started on synthetic exfoliants in some conventional products: most of those are made from plastic resins similar to those used to make bottles. Not necessary for the face, and terrible for the environment. Those synthetic particles are being banned around the world. Hope this helps! see less
By Thrive Team on November 17, 2018

Don't see the answer you're looking for?   [ Post your question ]

5/20/22, 10:58 AM  Amazon.com: THRIVE Natural Face Scrub for Men & Women — Exfoliating Face Washing Cleanser & Improves Skin Texture…

Case 2:21-cv-02022-DOC-KES   Document 84   Filed 06/27/22   Page 208 of 218   Page ID #:7444

Customers also asked

What's the use of hydrogenated jojoba oil on face?

Will you guys ever make bigger bottles?

I'm looking for a coarse scrub with some gritty-ness. Does have enough coarse-ness?

Will this exfolliate the scalp? Is it ok to use on the scalp hair?

Is this better to use pre-shave, post-shave, or both to best reduce redness/irritation?

---

**From the brand**





Powerful Plants For Adventurous Skin

### Our story

**How we got our start?**
We're a passionate team of American and Costa Rican entrepreneurs, chemists, ecologists, and rural farmers. Two obsessions brought us together to build Thrive from (literally) the soil up: making high-performance natural skincare that's awesome, so our customers look better and live healthier.

**What makes our product unique?**
Unique ingredients. Healthier skin. Inspiring mission. Our Gardens in Costa Rica produce two super-plant oils: juanilama & fierillo. Unique to Thrive, these oils are more effective than synthetic chemicals found in most skincare. Our Gardens restore degraded lands and boost rural farmer incomes.

**Why we love what we do?**
Our crazy team in the USA and Costa Rica wakes up every day focused on two things: making our products more effective and healthy and building a business that inspires other companies to aim higher by leaving things better. We're proud to be on the leading edge of a healthy and positive impact.

---

**Product Description**

5/20/22, 6:48 PM · Amazon.com: THRIVE Natural Face Scrub for Men & Women - Exfoliating Face Washing Scrub - Improves Skin Texture…

Case 2:21-cv-02022-DOC-KES    Document 84    Filed 06/27/22    Page 209 of 218    Page ID #:7445

# LOOK BETTER. LIVE HEALTHIER. LEAVE IT BETTER.

## WHAT IT DOES

- Removes dead skin cells, dirt, oil, sweat, and SPF
- Deep cleans to reveal brighter, healthy, refreshed skin
- Gently exfoliates to unclog pores and help prevent ingrown hairs when used before shaving

## WHY IT IS BETTER

- Powered with unique germ-fighting, antioxidant-rich superplants, Juanilama & Fierrillo
- Uses plant-based environmentally safe exfoliants - no plastic microbeads
- Natural cleansers that don't overdry
- Recyclable tube made from plants
- Regenerative farming, Cruelty free, GMO free, Vegan

### THRIVE'S UNIQUE SUPER-PLANTS

## The strength of two unique-to-Thrive plants in a powerful skincare experience

Thrive harnesses the strength of botanicals from Costa Rica. Our regenerative farming method boosts the potency & purity of these super-plant oils so you can ditch the synthetic products to look better & live healthier.

**Juanilama**: citric-scented herb with potent anti-oxidants that help combat irritation, redness, & stress impacts on skin*

**Fierrillo**: rainforest vine with germ-fighting & anti-inflammatory properties used by indigenous Costa Ricans to heal skin*

*Statements not evaluated by FDA



### Your Positive Impact

Your Thrive purchase directly supports a beautiful idea: a business's activities, from start to end, from our farms to your face, should leave people and planet *healthier*. How? Read on…

View Thrive

| Q | Is this product gentle enough to be used on the face? | ▼ |

| Q | Why do the directions say to use every 2-3 days? What happens if I use it daily? | ▼ |

| Q | Is this product for men and women? | ▼ |

| Q | Does this product have microbeads in it? | ▼ |

## Try Other Thrive Products



**Energy Scrub**

Exfoliate



**Deodorant Spray**

Natural Deodorant



**Daily Defense Sun**

Protect from Sun & M

USE

ThriveLevel_0005187

5/20/22, 1:38 AM                     Amazon.com: THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidants Improves Skin Texture…

Case 2:21-cv-02022-DOC-KES   Document 84   Filed 06/27/22   Page 211 of 218   Page ID #:7447

| BENEFIT | Removes dry skin, cleans pores | Eliminates odor all day | Blocks UVA/UVB rays & |
|---|---|---|---|
| Size | 3.38 Oz | 4 Oz | 2 Oz |
| Powered by Thrive Superplants | ✓ | ✓ | ✓ |
| Cruelty Free & Vegan | ✓ | ✓ | ✓ |

---

## Product details

**Is Discontinued By Manufacturer** : No

**Product Dimensions** : 3 x 1.8 x 5.25 inches; 3.36 Ounces

**Item model number** : 852200000000

**UPC** : 852200005039

**Manufacturer** : Thrive

**ASIN** : B00VVS2PTO

**Best Sellers Rank**: #22,351 in Beauty & Personal Care (See Top 100 in Beauty & Personal Care)
  #78 in Facial Scrubs
  #209 in Amazon Launchpad Small Business Promotion
  #405 in Amazon Launchpad Beauty & Health

**Customer Reviews:**
  1,478 ratings

---

## Compare with similar items

|  | **This item** THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidants Improves Skin Texture, Unclogs Pores & Helps Prevent Ingrown Hairs – Made In USA – Vegan Natural Facial Scrub Exfoliator | THRIVE Natural Face Moisturizer – Non-Greasy Soothing Facial Moisturizer Lotion for Men & Women Made in USA with Natural & Organic Ingredients Keep Skin Hydrated & Help Irritation as After Shave, 2 Oz | Era Organics Microdermabrasion Facial Scrub & Face Exfoliator - Spa Quality Exfoliating Face Mask with Manuka Honey & Walnut - Moisturizing Facial Exfoliant for Dry Skin, Blackheads, Wrinkles, Acne + | Exfoliating Face Scrub & Exfoliating Face Wash (2 in 1) - Face Exfoliator Scrub, Microdermabrasion Facial Scrub, Exfoliating Scrub in Natural Face Wash Base, Facial Exfoliator, Exfoliante Para La Cara… |
|---|---|---|---|---|
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (1478) | (535) | (15131) | (999) |
| Price | $14.95 | $15.95 | $15.45 | $21.99 |
| Shipping | FREE Shipping on orders over $25.00 shipped by Amazon or get **Fast, Free Shipping** with **Amazon Prime** | FREE Shipping on orders over $25.00 shipped by Amazon or get **Fast, Free Shipping** with **Amazon Prime** | FREE Shipping on orders over $25.00 shipped by Amazon or get **Fast, Free Shipping** with **Amazon Prime** | FREE Shipping on orders over $25.00 shipped by Amazon or get **Fast, Free Shipping** with **Amazon Prime** |
| Sold By | Thrive Natural Care | Thrive Natural Care | Era Organics | Beauty by Earth |
| Brand Name | Thrive Natural Care | Thrive Natural Care | Era Organics | Beauty by Earth |
| Item Form | Gel | Lotion | Cream | Gel |

ThriveLevel_0005188

Case 2:21-cv-02022-DOC-KES    Document 124    Filed 06/27/22    Page 212 of 218    Page ID #:7448

| Size | 3.38 Fl Oz (Pack of 1) | 2 Fl Oz (Pack of 1) | 2 Ounce (Pack of 1) | 4 Fl Oz (Pack of 1) |

## Videos

### Videos for this product



0:45
Our Thoughts on the Thrive Natural Exfoliating Scrub
Emily & Sarah

0:23
Look Better & Live Healthier With Superplant Skincare
Thrive Natural Care

0:32
Thrive Natural Face Scrub - Healthier for you and the planet
Thrive Natural Care

### Videos f

Vitamin C
Face Was
Instanatur

Upload your video

## Important information

### Ingredients

Water, Hydrogenated Jojoba Oil, Glycerin (1), Coco-Glucoside (2), Euphorbia Cerifera (Candelilla) Wax, Xanthan Gum, Polyglyceryl-4 Laurate/sebacate And Polyglyceryl-6 Caprylate/caprate (2), Argania Spinosa Kernel Oil, Coffea Arabica (Coffee) Seed Powder, Lippia Alba Oil (3), Arrabidaea Chica Extract (3), Natural Fragrance (Of Grapefruit, Lemon, Orange, Vetiver, Star Anise, Clove Oils) (2), Dehydroacetic Acid (2), Benzyl Alcohol (2), Citric Acid (2)

KEY -- (1) Vegetable-Origin, (2) Ecocert Or Nature Certified/conforming, (3) Supports Farmland Restoration

## More from frequently bought brands

Sponsored ⓘ

    

THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti...
854
$12.95

THRIVE Natural Face Moisturizer – Non-Greasy Soothing Facial Moisturizer Lotion for...
535
$15.95

THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight...
2,169
$24.95

Thrive Natural Deodorant Spray, 4 Ounces - All Day Protection, Aluminum...
132
$14.95

THRIVE Natural Shave Oil for Men, 2 Ounces (60mL) – Replaces Pre-Shave Oils, Shavin...
626
$18.95

## Customer Questions & Answers

See questions and answers

## Customer reviews

### 4.5 out of 5

1,478 global ratings

| | | |
|---|---|---|
| 5 star | | 68% |
| 4 star | | 19% |
| 3 star | | 9% |
| 2 star | | 2% |
| 1 star | | 3% |

How customer reviews and ratings work

### Reviews with images

  

See all customer images

Top reviews

### Top reviews from the United States

 Tim

**Good natural exfoliant**
Reviewed in the United States on June 5, 2019
Size: 3.38 Fl Oz (Pack of 1)    Verified Purchase

So, I changed to this product because it is all natural, and it's mindful of how it impacts the planet. I've been using this product once a week, sometimes twice, for about a month. As an exfoliant I find that it isn't consistent with each use. The liquid soap suspension is thinner than most exfoliants out there, and there doesn't seem to be enough exfoliating beads in a typical "dab" of product. So, sometimes I get enough beads and other times I have to squirt out more. The beads are smooth and don't feel like they are scrubbing anything away, but afterward I can feel and see that it has. The liquid soap suspension has a light earthy scent to it. Nothing offensive and goes away in 10 minutes. After the first use, I thought the soap didn't do anything because my face felt oily/tacky. However, I believe the soap has some moisturizers in it. My face was actually moisturized and hydrated, not greasy. When I shave, the razor doesn't seem to drag. I've also noticed a slight reduction in pore size, so I believe it's cleaning deep in those oily pores. I do wish there were more beads, and that the suspension was a little thicker.

18 people found this helpful

Helpful    Report abuse

 Spinoza

**I wish they sold this stuff in Gallon jugs !!**
Reviewed in the United States on April 4, 2019
Size: 3.38 Fl Oz (Pack of 1)    Verified Purchase

My face has been either dry or oily .. but always out of balance. Once I started using this regularly, every day in the morning, my skin feels smooth and balanced. Girlfriend loves it ! The fact that they make this from costa rican plant oils and yes coffee is just an added bonus. I got turned on to exfoliating by hearing that it is the main part of Pharrell Williams' skin care regime. Wish I had found this earlier.

18 people found this helpful

Helpful    Report abuse

 hainabear

ThriveLevel_0005190

5/20/22, 9:52 AM    Amazon.com: Thrive Natural Face Scrub Men & Women Face Exfoliating Scrub Face Wash - Mens Facial Cleanser & Exfoliant Improves Skin Texture…

Case 2:21-cv-02022-DOC-KES    Document 84    Filed 06/27/22    Page 214 of 218    Page ID #:7450

**I'll never buy anything else again**
Reviewed in the United States on March 22, 2020
Size: 3.38 Fl Oz (Pack of 1)    <span>Verified Purchase</span>

The second I opened the bottle and I gave it a whiff, I knew immediately that the ingredients were good. It smelled like plants. No chemicals, no harsh cleaning agents, just…plants. A quick jaunt to the back of the bottle confirmed my suspicions. Thrive only includes the finest pure ingredients. And even better, they source them sustainably and give back to the earth as well. I could not be happier. Also my face feels amazing.
P.S. A little goes a long way. It comes out of the bottle fast so be warned.

9 people found this helpful

Helpful    Report abuse

 Brian Garcia

**Worth your purchase**
Reviewed in the United States on August 19, 2021
Size: 3.38 Fl Oz (Pack of 1)    <span>Verified Purchase</span>

This facial cleanser really gets into the nitty gritty of your pores and dead skin cells. It really refreshes my face it's super fun to apply? I use this right after my shower and wow it works perfectly. Gets all that gunk and dead skin cells off my face. I have a mix of oily and dry patches on my face. Oily, forehead, chin, nose, but very dry cheeks. This is for all oily or dry faces. It's amazing and you just need to buy it for yourself. I also use this with a EZBASICS Facial Cleansing Brush which is available on Amazon as well. It's a must buy scrubber in my opinion. 5/5 cleanser

3 people found this helpful

Helpful    Report abuse

Kay

**NO REGRETS!**
Reviewed in the United States on December 21, 2021
Size: 3.38 Fl Oz (Pack of 1)    <span>Verified Purchase</span>

I have oily skin and I've been suffering with acne problems since high school (I am now 45). Im sure you can imagine I've used every product. Although some have worked, they were temporary solutions because the pimples would come right back like I owed them money lol. Sadly left with dark marks and relied on make-up to cover the flaws.

After doing extensive research, I came across Energy Scrub by Thrive Natural Face Scrub. What intrigued me were the ingredients. WOW! WOW! WOW! The only thing I regret is not getting this product sooner. I use it as a mask (for 1 hour) 3 times a week (do not use more than 3 times a week as it will over dry your skin). I promise you I seen an immediate difference within a week. I've been using it for 3 weeks so far and I'm proud to say, I can now run errands without the need of putting on make-up foundation to give the look of even flawless skin. I can successfully achieve that look bare faced thanks to this product.

FYI: On the other 4 days a week, I use Revive Microdermabrasion Facial Scrub by Era Organics as a mask for 1 hour. Amazing product as well.

One person found this helpful

Helpful    Report abuse

Steve _ 87

**Awesome all-natural exfoliant**
Reviewed in the United States on February 5, 2019
Size: 3.38 Fl Oz (Pack of 1)    <span>Verified Purchase</span>

5/20/22, 8:12 AM Amazon.com: Thrive Natural Face Scrub for Men & Women - Exfoliating Face Wash with Natural Extracts - Improves Skin Texture…

Case 2:21-cv-02022-DOC-KES Document 124 Filed 06/27/22 Page 215 of 218 Page ID #:7451

I've been making an effort to get away from unneeded chemicals in everyday things that I use. Soap, shampoo, face wash, etc.

I was looking for an all natural face scrub and came across Thrive. It's great stuff! I've been using it every other day and I like how my skin feels afterwards. I can tell it does what its supposed to. It smells good too.

$13 and some change for a tube that isn't even 4 ounces is somewhat steep to me, but at the same time it is what it is. You gotta pay more for the stuff that's better for you.

9 people found this helpful

Helpful | Report abuse

 Basingstoke

**seems to be just right**
Reviewed in the United States on April 7, 2019
Size: 3 Units    Verified Purchase

I stopped ordering my Kyoku face scrub when I received a tube that seemed to be a different formulation and I was unsuccessful in contacting the manufacturer or distributor. I did a little research and decided to try Thrive. It has just the right amount of grittiness to do the job, and, though I am sensitive to smells and often feel products are overly-fragranced, find the scent of this one to be most appealing. After running low on my first tube, I just ordered three more.

9 people found this helpful

Helpful | Report abuse

 Thomas Perkins

**First time scrubber**
Reviewed in the United States on March 8, 2021
Size: 3.38 Fl Oz (Pack of 1)    Verified Purchase

Never used a scrub before. But I hadn't shaved in six months and my COVID beard was very thick even after a scissor trim. I was afraid my skin would suffer so I used Thrive's Scrub twice a couple days before shaving. The first scrub left me a little crusty so I used their facial wash (samples) after. The second scrub a couple days later smoothed out my skin, yes even under that beard. Using the scrub and the shaving oil really made the difference for a shaving experience without nicks, cuts, raw skin. And the scent is appealing. Time to try something new, guys.

One person found this helpful

Helpful | Report abuse

**See all reviews ›**

## Top reviews from other countries

 operafan

**Overpowering scent**
Reviewed in Canada on December 16, 2021
Size: 3.38 Fl Oz (Pack of 1)    Verified Purchase

I really wanted to love this! Or even like it! I am trying to get rid of chemicals and synthetic fragrances in my beauty products. This seemed to fit the bill nicely. However, I believe this product either needs some work or needs to be marketed differently. Here are my points (apologies to the manufacturers, because I do like to support those who are making healthier products for us and the planet):

- this is NOT a unisex product. To me, this is very much a men's product. If you tend more feminine things, you will probably not like this. I am okay with unisex type of scents, but this smells like men's aftershave to me (probably all the woodsy scents). After reading

5/20/22, 8:47 AM    Amazon.com: DGHES : Natural Face Scrub for Men & Women : Exfoliating Face Wash with 2.5% AHA & BHA improves skin Texture…

Case 2:21-cv-02022-DOC-KES   Document 184   Filed 06/27/22   Page 216 of 218   Page ID #:7452

the small print on the back?). If you are calling a shower product unisex, I think you should stick to citrus or fresh scents. Don't go all woodsy and pretend it's for most women.

- this says clearly on it that it does not contain synthetic fragrances. That is TRUE. BUT it is

Read more

One person found this helpful

Report abuse



**Katrina**

**Pretty good daily scrub**
Reviewed in Canada on February 17, 2021
Size: 3.38 Fl Oz (Pack of 1)    Verified Purchase

Honestly I like this scrub. It's very light. The scent could be a little better, and there isn't alot of exfoliant inside which is good if you want to use it as a daily wash. I wanted it more of a weekly deep scrub but I'll just use it daily instead. I really prefer creamier, more exfoliant filled scrubs but I like that it's natural and there is no extreme perfume chemical scent like in most non natural face scrubs.

2 people found this helpful

Report abuse



**Chad**

**Scrubbing Done Well**
Reviewed in Canada on August 11, 2021
Size: 3.38 Fl Oz (Pack of 1)    Verified Purchase

I really like this product. It has a fresh vegetable scent rather than soapy or fragranced. The scrub is short of aggressive but seems to work really well. Rinsing is easy and your skin is left feeling better than clean. No dryness at all. Just clean. At the offered price it is a great value.

One person found this helpful

Report abuse



**Geraldine**

**Terrible Smell!**
Reviewed in Canada on January 20, 2021
Size: 3.38 Fl Oz (Pack of 1)    Verified Purchase

I got this hoping to replace Live Clean facial scrub which I loved but unfortunately has been discontinued.🙁 I will have to keep looking.
P
This scrub has a strong, unpleasant smell, hard to describe but gross. Like a mixture of coffee and chemicals.

The tube is small for the price.

The ingredients are not the best either.

Sending back for a refund.

I hope Live Clean changes their mind. They had the perfect scrub product. 🙂

Report abuse

Cathy

ThriveLevel_0005193

5/20/22, 11:38 AM     Amazon.com: Dr. Jart+ Natural Face Scrub for Men and Women – Exfoliating Face Wash with Antioxidants and Powerful Texture...

Case 2:21-cv-02022-DDC-KES   Document 84   Filed 06/27/22   Page 217 of 218   Page ID #:7453

☁

**Watery**

Reviewed in Canada on November 20, 2021

Size: 3.38 Fl Oz (Pack of 1)     **Verified Purchase**

I found this to be watery , and you needed a lot to get the job done. No noticeable scent that I can remember, and the container is small. You can buy StIves and its really thick and smells nice. This one was just too expensive for what you got.

Report abuse

**See all reviews** ›

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

Back to top

**Get to Know Us**

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

ThriveLevel_0005194

English     United States

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract,
and
engage
customers

Amazon
Drive
Cloud
storage
from
Amazon

6pm
Score deals
on fashion
brands

AbeBooks
Books, art
&
collectibles

ACX
Audiobook
Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Sell on Amazon
Start a Selling Account

Amazon
Business
Everything
For
Your Business

Amazon
Fresh
Groceries &
More
Right To
Your Door

AmazonGlobal
Ship Orders
Internationally

Home
Services
Experienced
Pros
Happiness
Guarantee

Amazon Ignite
Sell your original
Digital Educational
Resources

Amazon Web
Services
Scalable Cloud
Computing Services

Audible
Listen to Books &
Original
Audio Performances

Book
Depository
Books With
Free
Delivery
Worldwide

Box Office
Mojo
Find Movie
Box Office
Data

ComiXology
Thousands of
Digital Comics

DPReview
Digital
Photography

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle
Direct
Publishing
Indie
Digital &
Print
Publishing
Made Easy

Amazon
Photos
Unlimited
Photo Storage
Free With Prime

Prime
Video
Direct
Video
Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security
Systems

eero WiFi
Stream 4K
Video
in Every
Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription
Boxes
Top
subscription
boxes – right
to your door

PillPack
Pharmacy
Simplified

Amazon
Renewed
Like-new
products
you can
trust

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2022, Amazon.com, Inc. or its affiliates

ThriveLevel_0005195