Stephen McArthur (SBN 277712)
stephen@smcarthurlaw.com
Thomas Dietrich (SBN 254282)
tom@smcarthurlaw.com
THE MCARTHUR LAW FIRM, P.C.
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Telephone: (323) 639-4455

*Attorneys for Plaintiff and Counterclaim Defendant Thrive Natural Care, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> LE-VEL BRANDS, LLC, <br><br> Defendant and Counterclaim Plaintiff. | Case No. 2:21-CV-02022-DOC-KES <br><br> **DECLARATION OF ROB WALLACE IN SUPPORT OF THRIVE NATURAL CARE, INC.'S OPPOSITION TO LE-VEL'S MOTION TO EXCLUDE REPORT AND TESTIONY OF ROBERT WALLACE** <br><br> Hon. David O. Carter |

I, ROB WALLACE, declare as follows:

1. I make this Declaration in support of Thrive Natural Care, Inc.'s ("TNC") opposition to Le-Vel Brands, LLC's ("Le-Vel") motion to exclude my report and testimony. I am over 18 years of age. The matters set forth herein are of my own personal knowledge if called upon to testify as to such matters, I could and would do so.

2. I am currently the Managing Partner of Best of Breed Branding Consortium, an omni-channel branding consultancy that also focuses on all the branding issues involved in this case. Prior to my current position, I was the Managing Partner for more than 30 years of one of the branding industry's most respected brand identity strategy and design firms, Wallace Church & Co., where I had specific and significant experience with the skin care market. Based on this experience, I have highly specialized knowledge of how marketers create and establish brands, how consumers interpret brand messaging, how they develop awareness and perceptions of brands and all the other marketing/branding issues in this case.

3. In my career, I have been actively involved in hundreds of brand naming, brand identity, brand messaging, product design, package design and web development assignments for dozens of leading consumer product and service companies. For example, my firm and I have developed brand messaging for such companies as Coca-Cola, Procter & Gamble, PepsiCo, Pfizer, Nestle, Johnson & Johnson, PNC Bank, Target and more than 100 additional national and global brand owners.

4. Of specific relevance to the products in question, I have been involved in consulting for more than three dozen skin care and personal care brands such as L'Oréal, Revlon, Dove, Jergens, Suave, St. Ives, Burt's Bees, and other skin care companies of equal caliber. That includes work relating to launching or optimizing these companies' skin care brands. In these assignments my team and I created the

brand identities in the form of their graphic package design. We also provided strategic direction on their brand messaging that was then used to integrate advertising, social media, promotion and all other brand messaging.

5. As another frequent part of these assignments, I participated in developing, fielding and/or analyzing well over one thousand consumer surveys and research projects. As a result, I have unique knowledge of how brand identity, package design and brand messaging affect consumer perceptions, how they shape consumer relationships with brands and how they drive consumer purchasing. I have had direct involvement in market research that confirms the consumer purchase decision process in the skin care product category.

6. I served on the Board of Directors of The Design Management Institute, the largest global organization in the brand design and strategy industry, for 10 years. There I founded and co-chaired the Design Value Project, which focused on determining the return on investment of brand messaging and brand identity. As such I have been referred to as "the thought leader in quantifying brand design's value." I have delivered keynote presentations on this topic at more than 50 branding industry symposia across the US, Canada, Europe, Latin America and Asia. I have lectured at the graduate level of The Columbia School of Business, The SVA Masters in Branding Program, Georgetown University, University of Texas, Seton Hall and other educational institutions.

7. My testimony and opinions have been accepted by and admitted in proceedings both before the U.S. District Courts and also the USPTO Trademark Trial and Appeal Board. I have served as an expert witness on more than 70 cases concerning intellectual property infringement, trademark and trade dress infringement, marketing research, false or deceptive advertising and brand messaging, and other marketing/branding industry issues. In such capacity I have designed and conducted court-compliant surveys for many of these cases. I have been deposed and/or testified in court as an expert witness more than 30 times.

DECLARATION OF ROB WALLACE
Case No. 2:22-CV-02022-DOC-KES

8. Le-Vel's assertion that the Le-Vel stimulus I used "was not public facing" is factually incorrect. Consumers do not need to "click through numerous different pages on Le-Vel's website to navigate from the public-facing THRIVE SKIN product page to the image [I] used as a stimulus for Le-Vel," as Le-Vel claims. Instead, this https://thrivevitamin.le-vel.com/Shop URL is the page I was directed to on the front page of Google's search engine when I searched for purchasing Le-Vel's Thrive Skin products. There was no sign-in, log-in, or account creation necessary at any point.

9. Attached to this declaration as Exhibit 1 is a true and correct copy of a printout of the entire webpage from the Le-Vel's Thrive Skin point of sale that I used for my survey. There is nothing inappropriate about isolating one representative product from the entire page to test. It is not required to show survey respondents the remaining Thrive Skin products on the page, nor would it have had any material effect on the survey results. At no point in the purchase process do any Le-Vel customers have to review any Le-Vel products that are not branded as "Thrive Skin" to get to the product page and "add to cart" functionality that was examined.

10. Attached to this declaration as Exhibit 2 is a screen capture of exactly what is shown on a shopper's computer screen while shopping for Le-Vel's products on Le-Vel's website *without* ever signing in or clicking through to any additional URL pages. Consumers may review the product details and "add to shopping cart" the Thrive Skin products for purchase, all without signing in or creating an account. This is where the stimulus for the survey was taken from.

/ / /

/ / /

/ / /

/ / /

/ / /



11. I never had to create an account or log in to access the above webpages or add Le-Vel's Thrive Skin products to my shopping cart. After I submitted my report, I later created an account and logged on, and confirmed that it is a generic account creation process similar to most other e-commerce websites. Nothing about the sign-in process changes the opinions of my survey or how the products would be viewed by a consumer.

12. Le-Vel's assertions that I "backfilled" data are not true.

13. Le-Vel asked me about certain screenshots, and I testified that those screenshots were taken after I ran the survey, but before I drafted the opinions in my expert report.

14. Of course, I personally reviewed each of the webpages and search results *before* I conducted my survey, but that was not the question posed to me by Le-Vel.

15. The chronological order is that I <u>first</u> reviewed numerous websites and search engine results, which showed Le-Vel's Thrive Skin and TNC's Thrive skincare products advertised and sold side-by-side. I performed each of these

searches myself. I also examined Le-Vel's Thrive Skin products at the point of sale on Le-Vel's website. <u>Second</u>, I conducted the consumer survey. <u>Third</u>, I went back and ran the same searches again and visited the same websites again to take screenshots. <u>Fourth</u>, I drafted my report. There is nothing improper about this order, and nothing requiring that I take screenshots of my initial review and analysis.

16.   The information contained in my expert reports is true and correct, and if called to testify under oath on such matters I could and would testify consistent with my opinions and conclusions contained therein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 1, 2022, at New York, New York.

Rob Wallace

# **<u>Exhibit 1</u>**





| 60-Day Challenge Packs | ⌄ |
|---|---|

| THRIVE Experience 1, 2, 3 | ⌄ |
|---|---|

| THRIVE Plus Line | ⌄ |
|---|---|

| THRIVE SKIN | ⌃ |
|---|---|



**THRIVE SKIN - 3 Step System**

Price: **$191.00**

| Autoship Program | Today's Order |
|---|---|
| ⌃ | ⌃ |
| 0 | 0 |
| ⌄ | ⌄ |

**VIEW DETAILS**  ⌄

**THRIVE SKIN - Skincare Sample Kit**

Price: **$77.00**

| Autoship Program | Today's Order |
|---|---|
| ⌃ | ⌃ |
| 0 | 1 |
| ⌄ | ⌄ |

**VIEW DETAILS**  ⌃

Our 3-step system known as PEEL • REDUCE • RESTORE is the first of its kind in skincare technology, CBD biohacking, and anti-aging advancement.

Our propriety system uses clinically studied, premium grade ingredients and is powered by the many medicinal benefits CBD is known for.

Even further anti-aging benefits were discovered while developing this system through over a year of internal CBD biohacking efforts.

Our proprietary sourced CBD grade oil takes this system to even greater heights. THRIVE SKIN is a true masterpiece.

Each sample kit includes:

- 10 Infinite CBD Enzyme Peel packets
- 10 Infinite CBD Correcting Serum packets
- 10 Infinite

| Autoship Program (0): | USD $0.00 |
|---|---|
| Today's Order (1): | USD $77.00 |

Empty Cart    Continue Order



### THRIVE SKIN - Infinite CBD Enzyme Peel

Price: **$64.00**

| Autoship Program | Today's Order |
|---|---|
| ▲ 0 ▼ | ▲ 0 ▼ |

**VIEW DETAILS** ⌄



### THRIVE SKIN - Infinite CBD Correcting Serum

Price: **$64.00**

| Autoship Program | Today's Order |
|---|---|
| ▲ 0 ▼ | ▲ 0 ▼ |

**VIEW DETAILS** ⌃

**THRIVE SKIN - Infinite CBD Correcting Serum** (1.0 fl oz)

A balance of nature, science and CBD innovation, working harmoniously to provide a luxurious high performance Facial Serum. Excellent for all skin types, this proprietary Serum helps reduce the negative results of oxidative stress (such as redness, fine lines, and skin roughness), increases moisture and reduces the appearance of lines and wrinkles.

### THRIVE SKIN - Infinite CBD AM/PM Moisturizing Elixir

Price: **$64.00**

| Autoship Program | Today's Order |
|---|---|
| ▲ 0 ▼ | ▲ 0 ▼ |

**VIEW DETAILS** ⌄



### THRIVE SKIN - Infinite Daily Detox Purifying Bar

Price: **$46.00**

| Autoship Program | Today's Order |
|---|---|
| ▲ 0 ▼ | ▲ 0 ▼ |

| | | |
|---|---|---|
| Autoship Program (0): | | USD $0.00 |
| Today's Order (1): | | USD $77.00 |

**VIEW DETAILS** ⌄         Empty Cart    Continue Order

### THRIVE SKIN - Infinite Charcoal Activated Mask

Price: $40.00

| Autoship Program | Today's Order |
|---|---|
| ▲ | ▲ |
| 0 | 0 |
| ▼ | ▼ |

VIEW DETAILS

### THRIVE SKIN - Infinite Hand & Foot Reparative Cream

Price: $30.00

| Autoship Program | Today's Order |
|---|---|
| ▲ | ▲ |
| 0 | 0 |
| ▼ | ▼ |

VIEW DETAILS

### THRIVE SKIN - Infinite Skin & Hair Peptide Gel

Price: $58.00

| Autoship Program | Today's Order |
|---|---|
| ▲ | ▲ |
| 0 | 0 |
| ▼ | ▼ |

VIEW DETAILS

### THRIVE SKIN - Infinite Detox Body Scrub

Price: $34.00

| Autoship Program | Today's Order |
|---|---|
| ▲ | ▲ |
| 0 | 0 |
| ▼ | ▼ |

VIEW DETAILS

Other Items

Autoship Program (0):       USD $0.00
Today's Order (1):          USD $77.00

Empty Cart   Continue Order

 Terms   Contact                                                                                                          

English *Español*

©2022 LE-VEL — The trademarks appearing throughout this site belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.

Autoship Program (0):              USD $0.00
Today's Order (1):                 USD $77.00

Empty Cart    Continue Order

# **Exhibit 2**

