| | |
|---|---|
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP<br>Mark Sommers (*pro hac vice*)<br>  mark.sommers@finnegan.com<br>Patrick Rodgers (*pro hac vice*)<br>  patrick.rodgers@finnegan.com<br>901 New York Avenue, NW,<br>Washington, DC 20001-4413<br>Telephone: (202) 408-4064<br>Facsimile: (202) 408-4400<br><br>Morgan E. Smith (293503)<br>  morgan.smith@finnegan.com<br>Daniel R. Mello Jr. (325714)<br>  daniel.mello@finnegan.com<br>3300 Hillview Avenue<br>Palo Alto, CA 94304<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666<br><br>KENDALL BRILL & KELLY LLP<br>Alan Jay Weil (63153)<br>  aweil@kbkfirm.com<br>Amanda D. Barrow (313583)<br>  abarrow@kbkfirm.com<br>10100 Santa Monica, Suite 1725<br>Los Angeles, California 90067<br>Telephone:  (310) 556-2700<br>Facsimile:  (310) 556-2705<br><br>*Attorneys for Defendant and Counterclaim Plaintiff Le-Vel Brands, LLC* | THE MCARTHUR LAW FIRM, P.C.<br>Stephen McArthur (277712)<br>  stephen@smcarthurlaw.com<br>Thomas Dietrich (254282)<br>  tom@smcarthurlaw.com<br>9465 Wilshire Boulevard<br>Suite 300<br>Beverly Hills, CA 90212<br>Telephone: (323) 639-4455<br><br>*Attorneys for Plaintiff and Counterclaim Defendant Thrive Natural Care, Inc.* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| THRIVE NATURAL CARE, INC.,<br><br>  Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br>LE-VEL BRANDS, LLC,<br><br>  Defendant and Counterclaim Plaintiff. | Case No. 2:21-CV-02022-DOC-KES<br><br>**JOINT SETTLEMENT STATUS REPORT**<br><br>Judge:  Hon. David O. Carter<br>Crtrm:  10A<br><br>Action Filed:  March 4, 2021 |

Plaintiff and Counterclaim Defendant Thrive Natural Care, Inc. ("TNC") and Defendant and Counterclaim Plaintiff Le-Vel Brands, LLC ("Le-Vel") submit this Joint Status Report as directed by the Court. (Dkt. 191.)

The parties have executed a settlement agreement requiring that certain actions be taken by October 25, 2022 and expect to file a stipulated dismissal of all claims with prejudice no later than November 4, 2022. Therefore, in the interest of preserving judicial resources, the parties respectfully request that the Court stay its rulings on the following motions until November 8, 2022:

- Le-Vel's Motion for Summary Judgment (Dkt. 130);
- TNC's Motion for Partial Summary Judgment (Dkt. 121);
- Le-Vel's Motion to Exclude Survey and Testimony of Robert E. Wallace (Dkt. 120);
- Le-Vel's Motion to Exclude Report and Testimony of David Drews (Dkt. 129); and
- Le-Vel's Motion to Strike Jury Trial Demand (Dkt. 132).

Dated: September 26, 2022                    */s/ Alan Jay Weil*

Morgan E. Smith (SBN 293503)
morgan.smith@finnegan.com
Mark Sommers (*pro hac vice*)
mark.sommers@finnegan.com
Patrick J. Rodgers (*pro hac vice*)
patrick.rodgers@finnegan.com
Daniel R. Mello Jr. (SBN 325714)
daniel.mello@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

Alan Jay Weil (SBN 63153)
aweil@kbkfirm.com
Amanda D. Barrow (SBN 313583)
abarrow@kbkfirm.com
KENDALL BRILL & KELLY LLP

*Attorneys for Le-Vel Brands, LLC*

Dated: September 26, 2022                    */s/ Stephen McArthur*

Stephen McArthur (SBN 277712)
stephen@smcarthurlaw.com
Thomas Dietrich (SBN 254282)
tom@smcarthurlaw.com
THE MCARTHUR LAW FIRM, P.C.

*Attorneys for Thrive Natural Care, Inc.*

## ATTESTATION UNDER LOCAL RULE 5-4.3.4(a)(2)

Pursuant to Local Rule 5-4.3.4(a)(2), the below filer attests that concurrence in the filing of this document has been obtained from the above signatories.

Dated: September 26, 2022                    */s/ Alan Jay Weil*

Alan Jay Weil (SBN 63153)
aweil@kbkfirm.com