# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| THRIVE NATURAL CARE, INC., <br><br>    Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> LE-VEL BRANDS, LLC, <br><br>    Defendant and Counterclaim Plaintiff. | Case No. 2:21-CV-02022-DOC-KES <br><br> **ORDER ON STIPULATED DISMISSAL OF ENTIRE ACTION [195]** <br><br> Judge: Hon. David O. Carter <br> Crtrm: 10A <br><br> Action Filed: March 4, 2021 |

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603360008

ORDER ON STIPULATED DISMISSAL OF ENTIRE ACTION

## ORDER

Pursuant to the stipulation of the parties, the entire action is dismissed with prejudice, each side to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: November 4, 2022

*/s/ David O. Carter*

David O. Carter
UNITED STATES DISTRICT JUDGE

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603360008

2

ORDER ON STIPULATED DISMISSAL OF ENTIRE ACTION